**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.  17-01194-LPS-CJB |
| DELPHI AUTOMOTIVE SYSTEMS, LLC, and DELPHI TECHNOLOGIES, INC. | ) ) ) | |
| Defendants. | ) | |

**STIPULATION RE DELPHI TECHNOLOGIES, INC.**

Plaintiff Microchip Technology Incorporated and Defendant Delphi Automotive Systems, LLC stipulate as follows:

1.  Delphi Automotive Systems, LLC shall not assert a defense based, in whole or in part, upon an assertion that Delphi Technologies, Inc. is responsible for the conduct described in the Complaint that Microchip alleges constitutes infringement of the patents in suit.

2.  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Microchip shall forthwith file a Notice of Dismissal Without Prejudice of Defendant Delphi Technologies, Inc.

DATED this 26th day of September, 2017.

OF COUNSEL

Bruce W. Slayden II
Brian C. Banner
SLAYDEN GRUBERT BEARD PLLC
401 Congress Avee.
Suite 1900
Austin, Texas 78701
(512) 402-3550
bslayden@sgbfirm.com
bbanner@sgbfirm.com

SHAW KELLER LLP

By:   */s/ Jeffrey T. Castellano*
      John W. Shaw (#3362)
      Jeffrey T. Castellano (#4837)
      Nathan R. Hoeschen (#6232)
      I.M. Pei Building
      1105 North Market Street 12th Floor
      Wilmington, DE 19801
      (302) 298-0700
      jshaw@shawkeller.com
      jcastellano@shawkeller.com
      nhoeschen@shawkeller.com

*Attorneys for Plaintiff*
*Microchip Technologies Incorporated*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Charles W. Shifley
Robert H. Resis
Binal J. Patel
Jason S. Shull
Timothy J. Rechtien
Eric J. Hamp
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312)463-5000

By:  */s/ Philip A. Rovner*
      Philip A. Rovner (#3215)
      Jonathan A. Choa (#5319)
      Hercules Plaza
      P.O. Box 951
      Wilmington, DE 19899
      (302) 984-6000
      provner@potteranderson.com
      jchoa@potteranderson.com

*Attorneys for Defendant*
*Delphi Technologies, Inc.*