**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROCHIP TECHNOLOGY INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 17-01194-LPS-CJB |
| ) | |
| DELPHI AUTOMOTIVE SYSTEMS, LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Delphi Automotive Systems, LLC hereby states that its ultimate parent corporation is Delphi Automotive PLC, a publicly held company.

OF COUNSEL:

Charles W. Shifley
Robert H. Resis
Binal J. Patel
Jason S. Shull
Timothy J. Rechtien
Eric J. Hamp
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000

Dated: October 18, 2017
5389648

POTTER ANDERSON & CORROON LLP

By:  */s/ Philip A. Rovner*
   Philip A. Rovner (#3215)
   Jonathan A. Choa (#5319)
   Hercules Plaza
   P.O. Box 951
   Wilmington, DE 19899
   (302) 984-6000
   provner@potteranderson.com
   jchoa@potteranderson.com

*Attorneys for Defendant
Delphi Automotive Systems, LLC*