# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-1194-LPS |
| v. | ) |
| | ) |
| DELPHI AUTOMOTIVE SYSTEMS, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 4, 2018, the following document was served on the following counsel of record at the addresses and in the manner indicated:

DELPHI AUTOMOTIVE SYSTEMS, LLC'S
PRELIMINARY PROPOSED CLAIM CONSTRUCTIONS

## BY EMAIL

John W. Shaw, Esq.
Jeffrey T. Castellano, Esq.
Nathan R. Hoeschen, Esq.
Shaw Keller LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com

Bruce W. Slayden II, Esq.
R. William Beard, Jr., Esq.
Brian C. Banner, Esq.
Truman H. Fenton, Esq.
Slayden Grubert Beard PLLC
401 Congress Ave., Suite 1900
Austin TX 78701
bslayden@sgbfirm.com
wbeard@sgbfirm.com
bbanner@sgbfirm.com
tfenton@sgbfirm.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Elizabeth R. Brannen<br>Kenneth J. Halpern<br>STRIS & MAHER LLP<br>725 S. Figueroa Street<br>Suite 1830<br>Los Angeles, CA 90017<br>(213) 995-6800 | By: */s/ Philip A. Rovner*<br>     Philip A. Rovner (#3215)<br>     Jonathan A. Choa (#5319)<br>     Hercules Plaza<br>     P.O. Box 951<br>     Wilmington, DE 19899-0951<br>     (302) 984-6000<br>     provner@potteranderson.com<br>     jchoa@potteranderson.com |
| Dated: May 7, 2018<br>5803024 | *Attorneys for Defendant*<br>*Delphi Automotive Systems, LLC* |