# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    C.A. No. 17-1194-LPS-CJB <br> : |
| APTIV SERVICES US, LLC | : <br> : |
| Defendant. | : |

## ORDER

At Wilmington this **17th** day of **June, 2019**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that the following claim terms of U.S. Patent Nos. 7,478,191 ("the '191 Patent"), 7,523,243 ("the '243 Patent"), and 7,627,708 ("the '708 Patent) are construed as follows:

| Claim Term | Court's Construction |
|---|---|
| **coupled, coupling**<br><br>[claims 1, 7, 8, 9, 17, and 19 of the '191 Patent] | directly or indirectly connected |
| **peripheral devices**<br><br>[claim 1 of the '191 Patent]<br><br>**peripheral USB devices**<br><br>[claims 7 and 17 of the '191 Patent] | devices that communicate with a host computer over USB |
| **maintain connectivity**<br><br>[claims 1, 7 and 17 of the '191 Patent] | maintain an electrical connection |
| **wherein the USB hub is operable to provide connectivity between the first host device and the plurality of peripheral devices when the first host device is connected to the USB hub and the second host device is connected to the USB device**<br><br>[claim 1 of the '191 Patent] | "the USB device" refers to the "USB hub" |
| **automatic switching**<br><br>[this term does not appear in the claims] | No construction necessary; the term is not in the claims. However, the claims do not cover simultaneous connectivity between any one peripheral device and a plurality of hosts. |
| **USB multi-host device**<br><br>[claims 1-3, 5-7, 10, 16-18, and 23-25 of the '243 Patent; claims 3, 5 and 6 of the '708 Patent.] | Preamble is not limiting and need not be construed |
| **respective dedicated USB connection / dedicated USB connection**<br><br>[claims 1, 3, 7, 18, 23, and 24 of the '243 Patent] | a USB connection that is not shared (except that multiple USB connections may alternate, in some manner, communicating across the same shared physical connection) |

| | |
|---|---|
| **multi-host device controller**<br><br>[claims 1-3, 5-8, 10, and 15-17 of the '243 Patent, and claims 3, 5, and 6 of the '708 Patent]<br><br>**controller . . . for accessing a function of the shared USB device block**<br><br>[claim 23 of the '243 Patent] | No construction necessary |
| **USB device block**<br><br>[claims 1, 3, 7, 23 and 24 of the '243 Patent; claim 3 of the '708 Patent] | a USB device or segment of a USB device that performs a function to provide a capability to a host over USB |
| **A shared USB device . . . that corresponds to at least one function**<br><br>[claim 18 of the '243 Patent] | a USB device that provides the same shared function (or functions) to multiple hosts |

_____
UNITED STATES DISTRICT JUDGE