IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 17-1194-LPS ) |
| APTIV SERVICES US, LLC, | ) ) |
| Defendant. | ) |

**PLAINTIFF'S EMERGENCY MOTION TO**
**EXTEND DISCOVERY DEADLINE AND TO EXPEDITE BRIEFING**

Plaintiff Microchip Technology Inc. ("Microchip") hereby moves under Fed. R. Civ. P. 16(b)(4) and Fed. R. Civ. P. 6(b)(1) to extend the deadline for submission of its rebuttal expert report on the issues challenged in Microchip's Motion to Strike Portions of the Opening Expert Report of John Garney (D.I. 149, "the Motion to Strike") until fourteen (14) calendar days after the Court issues its ruling on the Motion to Strike.

In addition, to reduce the impact of this extension on the current schedule, Microchip moves under D. Del. LR 7.1.2 for expedited briefing on the Motion to Strike. Specifically, Microchip requests that briefing take place on the following schedule:

      Answering Brief:      October 3, 2019 at 10:00 AM

      Reply Brief:      October 3, 2019 at 6:00 PM

Pursuant to D. Del. LR 7.1.1, Microchip avers that reasonable efforts were made to reach agreement on the matters set forth in this motion.

1. Pursuant to the Scheduling Order, Defendant Aptiv Services US, LLC ("Aptiv") served its opening expert report on invalidity ("the Garney Report") on September 16, 2019. (*See* D.I. 41; D.I. 211).

2. On September 27, 2019, following meet and confers between the parties, Microchip promptly moved to strike those portions of the Garney Report relating to obviousness for failure to comply with Rule 26. (D.I.149).

3. Pursuant to ¶ 11 of the Scheduling Order, Aptiv's letter brief in response to the Motion to Strike is due on October 4, 2019, and Microchip's reply is due on October 7, 2019. Microchip's rebuttal report on validity in response to the Garney Report is due on October 11, 2019. (D.I. 111).

4. The Motion to Strike requests that the Court strike the majority of the invalidity arguments raised in the Garney Report. Thus, the Court's ruling will drastically affect the scope and content of Microchip's rebuttal report on validity. Even if Microchip were to submit its reply brief on October 4, 2019, the same day Aptiv's response is due, Microchip submits that five business days is insufficient time for the Court to rule on this issue and for Microchip to incorporate the Court's ruling into its rebuttal report. An expedited briefing schedule will thus permit the orderly progression of expert discovery in this case.

5. Microchip submits that good cause exists to extend Microchip's deadline to respond to the challenged portions of the Garney Report and to modify the briefing schedule.

6. Under Fed. R. Civ. P. 16(b)(4) and Fed. R. Civ. P. 6(b)(1)(A), the Court may modify scheduling order deadlines for good cause upon a party's motion. "Good cause" exists under Rule 16(b)(4) "when the ordered schedule cannot reasonably be met despite the diligence of the party seeking the extension." *Leader Techs., Inc. v. Facebook, Inc.*, C.A. No. 08-862-LPS,

2010 U.S. Dist. LEXIS 63493, at *9 (D. Del. June 24, 2010). This analysis "hinges on diligence of the movant, and not on prejudice to the non-moving party." *Id.*

7. Microchip has been diligent. After receiving the 722-page Garney Report, Microchip carefully reviewed its contents, and held internal conferences to discuss the options for remedying deficiencies in the report. Then, on September 20, 2019, Microchip sent Aptiv a letter outlining the problems in the report and requesting a meet and confer. On September 23, 2019 (the next business day), the parties met and conferred and Aptiv's counsel agreed to follow up with a possible compromise. On September 24, 2019, Aptiv's counsel informed Microchip's counsel that Aptiv would not be making any changes to the Garney Report. Microchip filed its motion to strike on September 27, 2019. Thus, from the moment that Microchip received the Garney Report, it has proceeded diligently to evaluate the report, engage in the meet and confer process, and seek Court intervention.

8. Finally, although this analysis does not focus on Aptiv's prejudice, Aptiv will not be prejudiced by the slight extension of the expert disclosure schedule Microchip has requested. Any prejudice to Aptiv can be alleviated by adjustments to the reply deadline for its reply expert report on obviousness and the expert discovery period. Microchip is confident the parties can agree on such other extensions if the Court extends the deadline for Microchip's rebuttal report. Dispositive motions are not to be filed for more than two months, and trial is not for almost eight months. Furthermore, Microchip is prepared to respond to all those portions of the Garney Report that are not covered by the Motion to Strike (*e.g.* 101, 112, and anticipation).

9. Expedited briefing on the Motion to strike will also present no hardship to Aptiv. The Motion to Strike is less than three pages in length and is not factually or legally complex. Furthermore, Aptiv has been aware of the basis for the Motion to Strike since at least September

20, 2019 when Microchip sent Aptiv's counsel a letter outlining the issues raised in the Motion to Strike.

WHEREFORE, Microchip respectfully requests the Court enter the attached order expediting the briefing schedule on the motion to dismiss or, in the alternative, extending the time for Microchip to submit is rebuttal expert report on validity until 10 days after the Court rules on the Motion to Strike.

|  |  |
|---|---|
| | */s/ Nathan R. Hoeschen* |
| | John W. Shaw (No. 3362) |
| | Jeffrey T. Castellano (No. 4837) |
| | Nathan R. Hoeschen (No. 6232) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| OF COUNSEL: | Wilmington, DE 19801 |
| Bruce W. Slayden II | (302) 298-0700 |
| Brian C. Banner | jshaw@shawkeller.com |
| R. William Beard, Jr. | jcastellano@shawkeller.com |
| Truman H. Fenton | nhoeschen@shawkeller.com |
| Darryl J. Adams | *Attorneys for Plaintiff* |
| SLAYDEN GRUBERT BEARD PLLC | |
| 401 Congress Ave., Suite 1650 | |
| Austin, TX 78701 | |
| (512) 402-3550 | |

Dated: September 27, 2019

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 17-1194-LPS ) |
| APTIV SERVICES US, LLC, | ) ) ) |
| Defendant. | ) |

**PROPOSED ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION TO EXTEND DISCOVERY DEADLINE AND TO EXPEDITE BRIEFING**

At Wilmington, this ____ day of _____, 2019, having considered Plaintiff Microchip Technology, Inc.'s ("Microchip's") Emergency Motion to Expedite Briefing and to Extend Discovery Deadline, and all papers and argument submitted in connection therewith, it is HEREBY ORDERED that the motion is GRANTED, as follows:

1. Defendant Aptiv Services US, LLC will submit its opposition letter brief to the Motion to Strike by October 3, 2019 at 10:00 AM.

2. Microchip will submit its reply in support of its motion to strike by October 3, 2019 at 6:00 PM; and

3. The time for Microchip to submit its rebuttal expert report on the issues challenged in the Motion to Strike is extended until fourteen (14) days after the Court issues its ruling on the Motion to Strike.

_____
Chief United States District Judge