IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 17-1194-LPS ) |
| APTIV SERVICES US, LLC, | ) ) |
| Defendant. | ) ) |

**[PROPOSED] STIPULATED ORDER GRANTING RELIEF FROM REMAINING DEADLINES RELATED TO U.S. PATENT NO. 7,478,191**

WHEREAS, following briefing by the parties, the Court held a claim construction hearing on February 25, 2019;

WHEREAS, the Court issued a claim construction memorandum opinion and order on June 17, 2019, which construed various terms related to the '191 patent (D.I. 113, 114);

WHEREAS, Microchip filed a motion for reconsideration of the Court's opinion and order related to "automatic switching," with the understanding the Court construed the term "automatically provide connectivity" (D.I. 117), which Aptiv opposed (D.I. 122);

WHEREAS, on October 15, 2019, the Court denied Microchip's motion for reconsideration, clarifying "[t]he Court did not offer a construction of 'automatically provide connectivity'" (D.I. 164);

WHEREAS, Microchip concedes that it cannot prove infringement of the '191 patent in light of the Court's opinion and orders finding "the claims do not cover simultaneous connectivity between any one peripheral device and a plurality of hosts" (D.I. 113 at 10-12; D.I. 114 at 2; D.I. 164);

WHEREAS, certain upcoming deadlines relate to the '191 patent claims, counterclaims, and defenses;

WHEREAS, the parties are evaluating avenues for obtaining a judgment of non-infringement of the '191 patent, and anticipate seeking the same from the Court in a timely manner; and

WHEREAS, in light of Microchip's concession, the parties agree that the case should not proceed as to the '191 patent claims, counterclaims, and defenses, subject to an entry of judgment and the parties' right to appeal;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the parties are relieved of any remaining deadlines as they relate to the '191 patent claims, counterclaims, and defenses. The parties will continue on the current schedule with regard to their claims, counterclaims, and defenses related to the '243 patent and the '708 patent.

| | |
|---|---|
| */s/ Jeff Castellano* | */s/ Philip A Rover* |
| John W. Shaw (No. 3362) | Philip A. Rovner (No. 3215) |
| Jeffrey T. Castellano (No. 4837) | Jonathan A Choa (No. 5319) |
| SHAW KELLER LLP | POTTER ANDERSON & CORROON LLP |
| I.M. Pei Building | Hercules Plaza |
| 1105 North Market Street, 12th Floor | P.O. Box 951 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 298-0700 | (302) 984-6000 |
| jshaw@shawkeller.com | provner@potteranderson.com |
| jcastellano@shawkeller.com | jchoa@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: October 18, 2019

IT IS SO ORDERED, this _____ day of _____, 2019.

                                                                    Chief United States District Judge