IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | ) ) ) |
| Plaintiff, | ) C.A. No. 17-1194-LPS ) |
| v. | ) ) |
| APTIV SERVICES US, LLC, Defendant. | ) ) ) |

## [PROPOSED] STIPULATED REQUEST FOR JUDGMENT AND ORDER DISMISSING COUNTERCLAIMS

WHEREAS, as Plaintiff Microchip Technology Incorporated ("Microchip") and Defendant Aptiv Services, US, LLC ("Aptiv") (together, the "Parties"), informed the Court via stipulation on October 18, 2019 (D.I. 166), in light of the Court's October 15, 2019 Order denying Microchip's motion for reconsideration, Microchip concedes that it cannot prove infringement of any asserted claim of 7,478,191 ("the '191 patent") given the Court's opinion and orders finding "the claims do not cover simultaneous connectivity between any one peripheral device and a plurality of hosts" (D.I. 113 at 10-12; D.I. 114 at 2; D.I. 164); and

WHEREAS, the parties agree that judgment of non-infringement of the '191 patent is warranted due to the Court's holding that "the claims do not cover simultaneous connectivity between any one peripheral device and a plurality of hosts"; and

WHEREAS, the parties agree that Aptiv's counterclaim of invalidity with regard to the '191 patent should be dismissed without prejudice if this Court enters this stipulation and proposed order; and

WHEREAS, the parties agree that nothing in this stipulation or proposed order should be construed as a waiver of either party's right to appeal, at the appropriate future juncture, any

aspect of the Court's claim construction opinion and order (D.I. 113, 114) or to affect the schedule or proceedings with respect to the other two patents (U.S. Patent Nos. 7,523,243 and 7,627,708) asserted by Microchip against Aptiv in this case:

NOW, THEREFORE, it is HEREBY ORDERED as follows:

1. Judgment in favor of Aptiv and against Microchip on Microchip's claims for infringement of the '191 patent and Aptiv's counterclaim for non-infringement of the '191 patent is granted, subject to either party's right to appeal any aspect of the Court's claim construction opinion and order (D.I. 113, 114).

2. Aptiv's declaratory judgment counterclaim of invalidity of the '191 Patent is dismissed without prejudice.

*/s/ Jeff Castellano*
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
jcastellano@shawkeller.com
*Attorneys for Plaintiff*

*/s/ Jonathan A. Choa*
Philip A. Rovner (No. 3215)
Jonathan A. Choa (No. 5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant*

Dated: October 31, 2019

IT IS SO ORDERED, this _____ day of _____, 2019.

_____
United States District Judge