IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 17-01194-LPS-JLH |
| v. ) | |
| ) | |
| APTIV SERVICES US, LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT APTIV SERVICES US, LLC'S MOTION FOR SUMMARY JUDGMENT
OF NONINFRINGEMENT OR, IN THE ALTERNATIVE, INVALIDITY**

Pursuant to Federal Rule of Civil Procedure 56 and the First Amended Scheduling Order, Defendant Aptiv Services US, LLC ("Aptiv") moves for summary judgment of noninfringement or, in the alternative, invalidity.

The grounds for this motion are more fully set forth in the Opening Brief in Support of Aptiv's Motion for Summary Judgment and upon the papers, records and pleadings on file with the Court.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | By: */s/ Philip A. Rovner* |
| Elizabeth R. Brannen | Philip A. Rovner (#3215) |
| Kenneth J. Halpern | Jonathan A. Choa (#5319) |
| Justin M. Barnes | Hercules Plaza |
| Jhaniel N. James | P.O. Box 951 |
| Hanna Chandoo | Wilmington, DE 19899 |
| STRIS & MAHER LLP | (302) 984-6000 |
| 777 S Figueroa St | provner@potteranderson.com |
| Ste 3850 | jchoa@potteranderson.com |
| Los Angeles, CA 90017 | |
| (213) 995-6800 | *Attorneys for Defendant* |
| | *Aptiv Services US, LLC* |
| Dated: December 17, 2019 | |
| 6517466 | |