IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **MICROCHIP TECHNOLOGY INCORPORATED,** | : Case No.  1:17-cv-01194-JDW |
| *Plaintiff,* | : |
| v. | : |
| **APTIV SERVICES US LLC,** | : |
| *Defendant.* | : |

### ORDER

**AND NOW**, this 13th day of February, 2020, following a telephone conference with Counsel for the Parties, the prior Scheduling Order (ECF No. 46) is hereby **AMENDED** as follows:

1. A technology tutorial will be held on **April 17, 2020**, at **10:30 a.m.** in Courtroom 3B, at United States District Court, 601 Market Street, Philadelphia, PA 19106;

2. The hearing scheduled for February 25, 2020, is **RESCHEDULED** for **April 17, 2020**, at **1:30 p.m.** in Courtroom 3B, at United States District Court, 601 Market Street, Philadelphia, PA 19106;

3. No later than June 5, 2020, counsel for each party shall exchange a list identifying each exhibit the party expects to offer at trial;

4. No later than June 19, 2020, the parties shall file a pretrial order.  The Parties shall include in their pretrial order all information required by Fed. R. Civ. P. 26(a)(3) and Local Rule of Civil Procedure 16.3(c).

5. All *motions in limine* shall be filed on or before **June 12, 2020**. Responses, if any, shall be filed no later than July 2, 2020;

6. No later than June 26, 2020, each party may submit proposed jury questions for *voir dire* via e-mail in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "*voir dire* questions" and the case caption in the subject line;

7. No later than June 26, 2020, the Parties may file proposed jury instructions on substantive issues with an electronic copy e-mailed in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "jury instructions" and the case caption in the subject line. Proposed jury instructions should be submitted as a joint submission, and for any instructions on which the Parties do not agree, plaintiff's proposal shall be in italics and defendant's submission shall be in bold, with citations to the sources of law upon which each proposed instruction is based;

8. On or before July 10, 2020, the Parties shall submit to the Court all exhibits that the Parties intend to use at trial. If the Parties intend to present evidence electronically, then the exhibits shall be submitted electronically (on a memory stick, CD, DVD, or hard drive) with each exhibit as a separate file. If the Parties do not intend to present evidence electronically, then the exhibits shall be submitted in a binder, with each exhibit separately tabbed. Exhibits shall be consecutively numbered, without a prefix indicating the party proffering the exhibit (*i.e.,* "Ex. 1," "Ex. 2," etc.; not "P-1," P-2," and "D-1," D-2," etc.). The Parties must confer in advance of the submission to eliminate duplication in the exhibits that they submit. The exhibits must be accompanied by a table of contents that lists each exhibit and sets forth whether there is an objection to the admission of the document in evidence at the trial and the basis for any such objection;

9. The final pretrial conference scheduled for April 10, 2020 is **RESCHEDULED** for **July 15, 2020**, at 10:00 a.m. in Room 3809, at United States District Court, 601 Market Street, Philadelphia, PA 19106. Counsel shall be prepared to discuss any pending *motions in limine*, objections to witnesses and exhibits, and any stipulations of uncontested facts;

10. The trial scheduled for May 18, 2020, is **RESCHEDULED** for **July 20, 2020** at **9:30 a.m**. in Courtroom 6A at the J. Caleb Boggs Federal Building, 844 North King Street, Wilmington, Delaware 19801.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.