# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICROCHIP TECHNOLOGY INCORPORATED,** | : Case No. 1:17-cv-01194-JDW |
| *Plaintiff,* | : |
| v. | : |
| **APTIV SERVICES US LLC,** | : |
| *Defendant.* | : |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 5th day of June, 2020, following a telephone conference with Counsel for the Parties, the prior Scheduling Order (ECF No. 232) is hereby **AMENDED** as follows:

1. No later than October 16, 2020, counsel for each party shall exchange a list identifying each exhibit the party expects to offer at trial;

2. No later than October 30, 2020, the parties shall file a pretrial order. The Parties shall include in their pretrial order all information required by Fed. R. Civ. P. 26(a)(3) and Local Rule of Civil Procedure 16.3(c).

3. All *motions in limine* shall be filed on or before October 23, 2020. Responses, if any, shall be filed no later than November 13, 2020;

4. No later than November 6, 2020, the Parties may file proposed jury instructions on substantive issues with an electronic copy e-mailed in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "jury instructions" and the case caption in the subject line. Proposed jury instructions should be submitted as a joint submission, and for any instructions on which the Parties do not agree, plaintiff's proposal shall be in italics and

defendant's submission shall be in bold, with citations to the sources of law upon which each proposed instruction is based;

5. No later than November 13, 2020, each party may submit proposed jury questions for *voir dire* via e-mail in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "*voir dire* questions" and the case caption in the subject line;

6. On or before December 1, 2020, the Parties shall submit to the Court all exhibits that the Parties intend to use at trial. If the Parties intend to present evidence electronically, then the exhibits shall be submitted electronically (on a memory stick, CD, DVD, or hard drive) with each exhibit as a separate file. If the Parties do not intend to present evidence electronically, then the exhibits shall be submitted in a binder, with each exhibit separately tabbed. Exhibits shall be consecutively numbered, without a prefix indicating the party proffering the exhibit (*i.e.,* "Ex. 1," "Ex. 2," etc.; not "P-1," P-2," and "D-1," D-2," etc.). The Parties must confer in advance of the submission to eliminate duplication in the exhibits that they submit. The exhibits must be accompanied by a table of contents that lists each exhibit and sets forth whether there is an objection to the admission of the document in evidence at the trial and the basis for any such objection;

7. The Court will conduct a final pretrial conference on December 3, 2020, at 10:00 a.m. in Room 3809, at United States District Court, 601 Market Street, Philadelphia, PA 19106. Counsel shall be prepared to discuss any pending *motions in limine*, objections to witnesses and exhibits, and any stipulations of uncontested facts;

8. Trial will begin on December 7, 2020 at 9:30 a.m. at the J. Caleb Boggs Federal Building, 844 North King Street, Wilmington, Delaware 19801, in a Courtroom to be determined.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.