**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **MICROCHIP TECHNOLOGY INCORPORATED,**<br><br>　　*Plaintiff*,<br><br>　　　　v.<br><br>**APTIV SERVICES US LLC.,**<br><br>　　*Defendant*. | **Case No. 1:17-cv-01194-JDW** |

## ORDER

AND NOW, this 28th day of July, 2020, upon consideration of Microchip Technology's Motion for a Finding of Estoppel Pursuant to 35 U.S.C. § 315(e)(2) (D.I. 191), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED IN PART** and **DENIED IN PART**.

It is **FURTHER ORDERED** that, pursuant to 35 U.S.C. § 315(e)(2), Defendant Aptiv Services US, LLC, is estopped from asserting the following invalidity arguments:

A. Obviousness based on Dickens, in combination with other written prior art, but not in combination with physical device prior art US-98/Belkin;

B. Obviousness based on Furukawa in combination with other written prior art, but not in combination with physical device prior art US-98/Belkin; and

C. Anticipation based on Ito, alone or in combination with other written prior art, but not in combination with physical device prior art US-98/Belkin.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　*/s/ Joshua D. Wolson*
　　　　　　　　　　　　　　　　　　　　JOSHUA D. WOLSON, J.