# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICROCHIP TECHNOLOGY INCORPORATED,** *Plaintiff*, v. **APTIV SERVICES US LLC.,** *Defendant*. | Case No. 1:17-cv-01194-JDW |

## ORDER

AND NOW, this 31st day of July, 2020, upon consideration of Aptiv's Motion for Summary Judgment of Noninfringement or, in the Alternative, Invalidity (D.I. 186), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **DENIED.**

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.