#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICROCHIP TECHNOLOGY INC.,** *Plaintiff*, v. **APTIV SERVICES US LLC.,** *Defendant*. | Case No. 1:17-cv-01194-JDW |

### ORDER

AND NOW, this 13th day of October, 2020, following a telephone conference with counsel, it is **ORDERED** that the pending dates in the Amended Scheduling Order (D.I. 240) are **VACATED**. The Court will set a new pretrial schedule when it is able to schedule a trial in this action.

                **BY THE COURT**

                */s/ Joshua D. Wolson*
                JOSHUA D. WOLSON, J.