

Jeffrey T. Castellano
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0703 - Direct
jcastellano@shawkeller.com

September 17, 2021

**BY CM/ECF**
The Honorable Joshua D. Wolson
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 3809
Philadelphia, PA 19106

      Re:    *Microchip Technology Inc. v. Aptiv Services US, LLC,*
               C.A. No. 17-1194-JDW

Dear Judge Wolson:

      Pursuant to D. Del. L. R. 7.1.4, plaintiff Microchip Technology Inc. respectfully requests oral argument on plaintiff Microchip Technology Incorporated's motion to exclude opinions disclosed in Mr. Michael Chase's supplemental expert report (D.I. 279) and defendant Aptiv Services US, LLC's motion to exclude the expert testimony of Dr. Stephen L. Becker regarding reasonable royalty damages (D.I. 281).

      Briefings on both motions is complete. Submissions for plaintiff's motion may be found at Docket Items 280, 290, 291, and 296. Submissions for defendant's motion may be found at Docket Items 282, 283, 292, and 297.

                                      Respectfully,

                                      */s/ Jeff Castellano*

                                      Jeffrey T. Castellano (No. 4837)

cc:    Clerk of the Court (via CM/ECF)
        All Counsel of Record (via CM/ECF and email)