IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>APTIV SERVICES US, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 17-1194-JDW<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that the pretrial deadlines set forth in D.I. 284 shall be modified, and that certain agreed deadlines shall be ordered by the Court, as follows:

| Event | Current Deadline (where applicable) | New deadline |
|---|---|---|
| Plaintiff to provide updated Pretrial Order (PTO) draft | January 12, 2022 | January 19, 2022 |
| Defendant to provide PTO redlines | January 28, 2022 | February 4, 2022 |
| Plaintiff to provide draft jury instruction and verdict form | -- | February 11, 2022 |
| Exchange exhibit lists | January 28, 2022 | February 15, 2022 |
| File PTO | February 11, 2022 | February 18, 2022 |
| File motions *in limine* | February 4, 2022 | February 22, 2022 |
| Exchange affirmative deposition designations | -- | February 25, 2022 |
| Defendant provides jury instruction redlines and verdict form redlines | -- | February 25, 2022 |
| Exchange copies of exhibits | -- | February 28, 2022 |
| File jury instructions and verdict forms | March 4, 2022 | March 4, 2022 (unchanged) |

| | | |
|---|---|---|
| Exchange exhibit objections | -- | March 8, 2022 |
| Submit proposed voir dire | March 11, 2022 | March 11, 2022 (unchanged) |
| Exchange deposition designation objections/counters | -- | March 11, 2022 |
| File motion *in limine* responses | February 25, 2022 | March 15, 2022 |
| Exchange objections to deposition designation counters | -- | March 18, 2022 |
| Submit exhibits to Court (noting outstanding objections) | March 28, 2022 | March 28, 2022 (unchanged) |
| Submit deposition designations to Court (noting outstanding objections) | -- | March 28, 2022 |

Excepting the deadlines changed by this stipulation and order, D.I. 284 shall continue to govern the pretrial process in this action.

*/s/ Jeff Castellano*
John W. Shaw (No. 3362)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*

*/s/ Philip A. Rovner*
Philip A. Rovner (No. 3215)
Jonathan A. Choa (No. 5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant*

Dated: January 13, 2022

SO ORDERED this __13th__ day of __January__, 2022.

*/s/ Joshua D. Wolson*
United States District Judge