# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICROCHIP TECHNOLOGY INCORPORATED,** <br><br> *Plaintiff,* <br><br> v. <br><br> **APTIV SERVICES US LLC,** <br><br> *Defendant.* | Case No. 1:17-cv-01194-JDW |

## ORDER

**AND NOW**, this 16th day of February, 2022, upon consideration of the Parties' joint letter to the Court, it is **ORDERED** that each party shall file a maximum of five (5) motions *in limine*. Each party may devote a total of 20 pages to motions *in limine* and 20 pages to responses, divided as it sees fit among the motions and responses respectively.

                                                                        **BY THE COURT:**

                                                          */s/ Joshua D. Wolson*              
                                                          JOSHUA D. WOLSON, J.