IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> APTIV SERVICES US, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 17-1194-JDW <br> ) <br> ) <br> ) <br> ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for the parties to submit their Motions *in Limine* (D.I. 309) is extended through and including February 23, 2022.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Jonathan A. Choa* |
| John W. Shaw (No. 3362) | Philip A. Rovner (No. 3215) |
| Andrew E. Russell (No. 5382) | Jonathan A. Choa (No. 5319) |
| Nathan R. Hoeschen (No. 6232) | POTTER ANDERSON & CORROON LLP |
| SHAW KELLER LLP | Hercules Plaza |
| I.M. Pei Building | P.O. Box 951 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 984-6000 |
| (302) 298-0700 | provner@potteranderson.com |
| jshaw@shawkeller.com | jchoa@potteranderson.com |
| arussell@shawkeller.com | *Attorneys for Defendant* |
| nhoeschen@shawkeller.com | |
| *Attorneys for Plaintiff* | |

Dated: February 22, 2022

IT IS SO ORDERED, this 23rd day of February, 2022.

                                               */s/ Joshua D. Wolson*
                                              Unites States District Judge