IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 17-1194-JDW ) |
| APTIV SERVICES US, LLC, | ) ) |
| Defendant. | ) ) |

## MICROCHIP TECHNOLOGY INCORPORATED'S MOTIONS *IN LIMINE*

Plaintiff Microchip Technology Inc. (Microchip) respectfully moves for an order granting the following motions *in limine*:

I. <u>Motion *In Limine* No. 1</u>: Exclude References to *Inter Partes* Review Proceedings

II. <u>Motion *In Limine* No. 2</u>: Exclude Undisclosed and Improper Technical Expert Opinions

III. <u>Motion *In Limine* No. 3</u>: Exclude Evidence of Aptiv Services US, LLC's Patents

IV. <u>Motion *In Limine* No. 4</u>: Exclude Evidence of An Alleged Molex Non-Infringing Substitute

V. <u>Motion *In Limine* No. 5</u>: Exclude Testimony or Documents at Trial that Aptiv Refused to Provide During Discovery Based on a Privilege Claim

The grounds for these motions *in limine* are fully set forth in Microchip's Opening Brief, filed concurrently herewith.

|  |  |
|---|---|
| | /s/ *Andrew E. Russell* |
| | John W. Shaw (No. 3362) |
| | Andrew E. Russell (No. 5382) |
| | Nathan R. Hoeschen (No. 6232) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| OF COUNSEL: | Wilmington, DE 19801 |
| Bruce W. Slayden II | (302) 298-0700 |
| Brian C. Banner | jshaw@shawkeller.com |
| R. William Beard, Jr. | arussell@shawkeller.com |
| Truman H. Fenton | nhoeschen@shawkeller.com |
| Darryl J. Adams | *Attorneys for Plaintiff* |
| Joseph D. Gray | |
| SLAYDEN GRUBERT BEARD PLLC | |
| 401 Congress Ave., Suite 1650 | |
| Austin, TX 78701 | |
| (512) 402-3550 | |

Dated: February 23, 2022