# EXHIBIT 1

Exhibit 1 - Excerpt of February 15, 2022 Microchip's Preliminary Exhibit List

| Exhibit | Bates Range | Dep. Exhibit |
|---|---|---|
| 2011 Audit Reconciliation.xlsx | APTIV_00040774-APTIV_00040775 | |
| ACAS Monthly Reporting Package 0113.pdf | APTIV_00040781-APTIV_00040785 | |
| ACAS Monthly Reporting Package 0114.pdf | APTIV_00040786-APTIV_00040790 | |
| ACAS Monthly Reporting Package 0213.pdf | APTIV_00040791-APTIV_00040795 | |
| ACAS Monthly Reporting Package 0214.pdf | APTIV_00040796-APTIV_00040800 | |
| ACAS Monthly Reporting Package 0313.pdf | APTIV_00040801-APTIV_00040805 | |
| ACAS Monthly Reporting Package 0314.pdf | APTIV_00040806-APTIV_00040810 | |
| ACAS Monthly Reporting Package 0413.pdf | APTIV_00040811-APTIV_00040816 | |
| ACAS Monthly Reporting Package 0414.pdf | APTIV_00040817-APTIV_00040821 | |
| FINAL CLIENT Unwired Holdings 2011 #94956.pdf | APTIV_00040822-APTIV_00040838 | |
| FINAL CLIENT Unwired Holdings 2012 No123077.pdf | APTIV_00040839-APTIV_00040855 | |
| FINAL CLIENT Unwired Holdings 2013 No2035.pdf | APTIV_00040856-APTIV_00040872 | |
| Invoice Example 35022698.pdf | APTIV_00040873 | |
| Unwired Mgmt bridge to FY13 Audit.xlsx | APTIV_00040874-APTIV_00040876 | |
| Upswing - Stock Purchase Agr 092214 - Fully Executed with Schedules.pdf | APTIV_00040877-APTIV_00041056 | |
| Delphi Data Connectivity presentation to Renault | APTIV_00095177-APTIV_00095184 | |
| Boston Sales Spreadsheet | APTIV_00095988 | |
| 2019 Declaration - Chrysler Dec 13 | APTIV_00175491-APTIV_00175502 | P032 |
| FCA Business Unit Review | APTIV_00175516-APTIV_00175528 | P035 |
| Revenue Global PLM | APTIV_00175624-APTIV_00175629 | |
| PCBA cost breakdown template.xlsx | APTIV_00175733 | |
| CS Revenue by PLine -EMEA.xlsx | APTIV_00175739-APTIV_00175754 | |
| FCA MY21 WL (Grand Cherokee) USB's PXRB201806-50794 | APTIV_00175758-APTIV_00175773 | P034 |
| OEM Actual 2017 Revenue | APTIV_00175845-APTIV_00175850 | |
| OEM Actual 2017 Revenue | APTIV_00175871-APTIV_00175876 | |
| Contractual Price Downs 2019 BBP.xlsx | APTIV_00176062 | |
| Contractual Price Downs 2019 BBP.xlsx | APTIV_00176069-APTIV_00176246 | |
| Contractual Price Downs 2019 BBP.xlsx | APTIV_00176254 | |
| CS Revenue by PLine.xlsx | APTIV_00176260-APTIV_0017627 | |
| UNWIRED TECHNOLOGY LLC | APTIV_00176343-APTIV_00176365 | P037 |
| Aptiv Product Spreadsheet | APTIV_00309789_AEO | P003 |
| Historical Sales (Boston) (May 19) spreadsheet | APTIV_00309859 | P030 |
| Aptiv 2018 Annual Form 10-K | | |
| American Capital Receives $138 Million from Sale of Unwired Holdings and Generates a 16% Annual | | |
| Delphi Signs Definitive Agreement to Acquire Unwired Technology LLC (Exhibit D to complaint) | | |

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No.: 1:17-CV-01194-LPS |
| | § | |
| APTIV SERVICES US, LLC | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**EXPERT REPORT OF STEPHEN L. BECKER, Ph.D.**
**ON BEHALF OF MICROCHIP TECHNOLOGY INCORPORATED.**

STEPHEN L. BECKER, Ph.D.

9/16/2019
DATE

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

55.   In the sections below, I discuss each of the *Panduit* factors in turn. I then discuss my conclusions regarding lost profits damages with respect to the accused sales of Aptiv.

### 1.   *Panduit* Factor 1: Demand for the Patented Product

56.   *Panduit* Factor 1 contemplates whether there is demand for the patented product.  The logic behind Factor 1 stems from the "but for" nature of a lost profits claim. It must be the case that "but for" the infringement on the part of the accused infringer the patent holder would have reasonably made additional sales. For such "but for" sales to logically occur, it is a threshold requirement that there be demand in the marketplace for the patented products.

57.   The question posed by *Panduit* Factor 1 is whether demand exists for patent-practicing product.  As discussed below, there is clear evidence of demand for products that utilize the Patents-in-Suit, both in the form of sales by Aptiv of the Accused Products as wells as sales by Microchip of products that enable the use of the patented inventions when implemented in a larger USB module.

58.   I examined data provided by Aptiv for units and revenues for sales of the Accused Products within the United States.[96]   Aptiv's first sales of the Accused Products occurred in the second quarter of 2015.  In total from April 1, 2015 through May 31, 2019, Aptiv has sold 28,014,441 units of the Accused Products, generating revenues of approximately $447.2 million.[97] Unit sales have grown from less than a million units in 2015 to approximately 10.4 million units in 2018, with revenues similarly growing from $14.3 million in 2015 to $170.4 million in 2018.[98] These unit sales have been made predominantly to three customers – GM (14.8 million units), Ford (9.2 million units), and Fiat Chrysler (3.7 million).[99]

59.   Between April 1, 2017 and June 30, 2019, Microchip also sold ▮▮▮▮▮▮ units of its Sandia chips garnering revenues of ▮▮▮▮▮▮ [100]  I understand that the Sandia family of chips enable the use of the patented inventions within a media break-out-box module.

60.   The Microchip and Aptiv sales data clearly demonstrate demand for the patented product. *Panduit* Factor 1 is clearly met in this case.

---

[96] Aptiv Resp. Interrogatory No. 5 (May 17, 2019) and updated spreadsheet (Aptiv_00309859).
[97] Exhibit SLB-2A.
[98] Exhibit SLB-2A.
[99] Exhibit SLB-2D.
[100] Exhibit SLB-5B.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY