# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>APTIV SERVICES US, LLC,<br><br>      Defendant. | C.A. No. 17-01194-JDW |

## DEFENDANT APTIV SERVICES US, LLC'S
## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Aptiv Services US, LLC ("Aptiv"), by and through its undersigned attorneys, files this motion for leave to file the exhibits to its motions *in limine* under seal ("Motion").

Plaintiff Microchip Technology Inc. ("Microchip") has indicated that the supporting exhibits to Aptiv's motions *in limine* contain information that is properly designated "Highly Confidential – Attorneys' Eyes Only." Aptiv takes no position as to the confidentiality of the material designated by Microchip, and requests leave to file under seal solely to remain in compliance with the Protective Order in this case. Microchip will file its own declaration in support of sealing the exhibits.

Filed contemporaneously with this Motion are redacted versions of the exhibits. The proposed under seal exhibits will be submitted separately to the Court.

<div style="display: flex;">

OF COUNSEL:

Daralyn J. Durie
Timothy Saulsbury
Eric C. Wiener
Joyce C. Li
DURIE TANGRI LLP
217 Leidesdorff St.
San Francisco, CA 94111
(415) 362-6666

W. Henry Huttinger
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
(213) 992-4499

Dated: February 23, 2022
10050428

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant*
*Aptiv Services US, LLC*

</div>