IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APTIV SERVICES US, LLC, ) <br> ) <br> Defendant. ) | C.A. No. 17-01194-JDW |

**[PROPOSED] ORDER GRANTING DEFENDANT APTIV SERVICES US, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Upon application of Defendant Aptiv Services US, LLC ("Defendant"), and for good cause shown,

IT IS HEREBY ORDERED this _____ day of February 2022, that Defendant may file under seal the exhibits to its Motions *In Limine*.

Dated: _____

Honorable Joshua D. Wolson