IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> APTIV SERVICES US, LLC, <br> Defendant. | ) ) ) ) ) ) ) C.A. No. 17-1194-JDW ) ) ) ) ) |

## DECLARATION OF JARED CROP

I, Jared Crop, declare and state as follows:

1. I understand that Microchip Technology Incorporated is plaintiff in a lawsuit captioned *Microchip Technology Inc. v. Aptiv Services US, LLC*, Civ No. 17-1194-JDW-CJB (D. Del.) ("Lawsuit").

2. This declaration is submitted in in support of Microchip's Motion to File Under Seal. Specifically, I am submitting this declaration in support of Microchip's request to redact competitive financial information related to certain products manufactured and sold by Microchip.

3. I am over the age of 18 and hold the position of Associate Director - IP & Litigation at Microchip Technology Incorporated. I have personal and direct knowledge of the facts stated in this declaration, or believe them to be true based on my experience, review of business records or information I have otherwise received in the course of my duties, and I am competent to testify regarding the same.

4.	I understand Defendant Aptiv has sought leave to file under seal unredacted versions of the documents it attached as Exhibit 2 to its Motion *in Limine* No. 1, D.I. 321, and Exhibit 1 to its Motion *in Limine* No. 2, D.I. 322.

5.	The unredacted versions of these two documents contain Microchip's sensitive financial information related to certain products that Microchip currently sells and has sold in the past. This information includes profit margin and average selling price information related to these products that is not public information and that Microchip protects from public disclosure because it is sensitive business intelligence. The public disclosure of Microchip's sensitive financial information would result in serious injury to Microchip. If Microchip's sensitive financial information were to become public, Microchip's competitors could use this information to under-cut Microchip while competing with Microchip for business. This would place Microchip at a considerable competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 24, 2022

_____
Jared Crop