IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 17-1194-JDW |
| APTIV SERVICES US, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**PROPOSED VERDICT FORM**

Pursuant to D. Del. L.R. 51.1 and the Scheduling Order (D.I. 309), Plaintiff Microchip Technology Incorporated and Defendant Aptiv Services US, LLC submit the following Proposed Verdict Form.

We, the jury, unanimously agree to the answers to the following questions and return them as our verdict in this case:

## I. DIRECT INFRINGEMENT

**Question No. 1.** Has Microchip proven by a preponderance of the evidence that Aptiv directly infringed the following asserted claims? "Yes" is in favor of Microchip, and "No" is in favor of Aptiv.

'243 Patent

| | | |
|---|---|---|
| **Claim 6:** | Yes _____ | No _____ |
| **Claim 10:** | Yes _____ | No _____ |
| **Claim 22:** | Yes _____ | No _____ |
| **Claim 23:** | Yes _____ | No _____ |
| **Claim 24:** | Yes _____ | No _____ |
| **Claim 25:** | Yes _____ | No _____ |

'708 Patent

| | | |
|---|---|---|
| **Claim 6:** | Yes _____ | No _____ |

## II. INDIRECT INFRINGEMENT

**Question No. 2.** Has Microchip proven by a preponderance of the evidence that Aptiv actively induced infringement of the following asserted claims? "Yes" is in favor of Microchip, and "No" is in favor of Aptiv.

'243 Patent

| | | |
|---|---|---|
| **Claim 6:** | Yes _____ | No _____ |
| **Claim 10:** | Yes _____ | No _____ |
| **Claim 22:** | Yes _____ | No _____ |
| **Claim 23:** | Yes _____ | No _____ |
| **Claim 24:** | Yes _____ | No _____ |
| **Claim 25:** | Yes _____ | No _____ |

'708 Patent

| | | |
|---|---|---|
| **Claim 6:** | Yes _____ | No _____ |

**Question No. 3.** Has Microchip proven by a preponderance of the evidence that Aptiv contributed to the infringement of the following asserted claims? "Yes" is in favor of Microchip, and "No" is in favor of Aptiv.

'243 Patent

| | | |
|---|---|---|
| **Claim 6:** | Yes _____ | No _____ |
| **Claim 10:** | Yes _____ | No _____ |
| **Claim 22:** | Yes _____ | No _____ |
| **Claim 23:** | Yes _____ | No _____ |
| **Claim 24:** | Yes _____ | No _____ |
| **Claim 25:** | Yes _____ | No _____ |

'708 Patent

| | | |
|---|---|---|
| **Claim 6:** | Yes _____ | No _____ |

### III. WILLFUL INFRINGEMENT

**If you answered "YES" to Question 1, 2, and/or 3 for any of the claims, answer Question 4. If not, go to Question 5.**

**Question No. 4.**   Has Microchip proven by a preponderance of the evidence that Aptiv's infringement was willful? "Yes" is in favor of Microchip, and "No" is in favor of Aptiv.

        **'243 Patent**    Yes _____    No _____

        **'708 Patent**    Yes _____    No _____

## IV. VALIDITY – ANTICIPATION

**Question No. 5.** Has Aptiv proven by clear and convincing evidence that the following claims are anticipated by a prior art product? "Yes" is in favor of Aptiv, and "No" is in favor of Microchip.

'243 Patent

| | | |
|---|---|---|
| **Claim 6:** | Yes _____ | No _____ |
| **Claim 10:** | Yes _____ | No _____ |
| **Claim 22:** | Yes _____ | No _____ |
| **Claim 23:** | Yes _____ | No _____ |
| **Claim 24:** | Yes _____ | No _____ |
| **Claim 25:** | Yes _____ | No _____ |

'708 Patent

| | | |
|---|---|---|
| **Claim 6:** | Yes _____ | No _____ |

## V. VALIDITY – OBVIOUSNESS

**Question No. 6.** Has Aptiv proven by clear and convincing evidence that the following claims are invalid as obvious based on a prior art product combined with prior art patents or publications? "Yes" is in favor of Aptiv, and "No" is in favor of Microchip.

'243 Patent

**Claim 6:**   Yes _____   No _____

**Claim 10:**   Yes _____   No _____

**Claim 22:**   Yes _____   No _____

**Claim 23:**   Yes _____   No _____

**Claim 24:**   Yes _____   No _____

**Claim 25:**   Yes _____   No _____

'708 Patent

**Claim 6:**   Yes _____   No _____

## VI. VALIDITY – WRITTEN DESCRIPTION

**Question No. 7.**  Has Aptiv proven by clear and convincing evidence that the following claims are invalid due to lack of adequate written description? "Yes" is in favor of Aptiv, and "No" is in favor of Microchip.

'243 Patent

| | | |
|---|---|---|
| **Claim 6:** | Yes _____ | No _____ |
| **Claim 10:** | Yes _____ | No _____ |
| **Claim 22:** | Yes _____ | No _____ |
| **Claim 23:** | Yes _____ | No _____ |
| **Claim 24:** | Yes _____ | No _____ |
| **Claim 25:** | Yes _____ | No _____ |

'708 Patent

| | | |
|---|---|---|
| **Claim 6:** | Yes _____ | No _____ |

## VII.   VALIDITY – ENABLEMENT

**Question No. 8.**   Has Aptiv proven by clear and convincing evidence that the following claims are invalid for failure to enable the claimed invention? "Yes" is in favor of Aptiv, and "No" is in favor of Microchip.

'243 Patent

| | | |
|---|---|---|
| **Claim 6:** | Yes _____ | No _____ |
| **Claim 10:** | Yes _____ | No _____ |
| **Claim 22:** | Yes _____ | No _____ |
| **Claim 23:** | Yes _____ | No _____ |
| **Claim 24:** | Yes _____ | No _____ |
| **Claim 25:** | Yes _____ | No _____ |

'708 Patent

| | | |
|---|---|---|
| **Claim 6:** | Yes _____ | No _____ |

VIII. **DAMAGES**

**If you answered "Yes" to any asserted claim in question 1, 2, or 3 and answered "No" to the corresponding claim in questions 5 through 8 (*i.e.*, if you found any asserted claims to be valid and infringed), then you must consider and follow the instructions below. If you did not find any claims both infringed and valid, then you should not answer any questions related to damages, and should proceed to the signature page (page 13).**

For each infringing unit sold, you may only award one category of damages: either lost profits or a reasonable royalty.

**Question No. 9.** What total dollar amount of lost profits, if any, did Microchip prove by a preponderance of the evidence it is entitled to?

$_____

**Question No. 10.** What total dollar amount did Microchip prove by a preponderance of the evidence it is owed as a reasonable royalty for Aptiv's use of the invention?

$_____

You have now reached the end of the verdict form and you should review it to ensure it accurately reflects your **unanimous** determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

_____
JURY FOREPERSON

Date: _____