IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 17-1194-JDW<br>) |
| APTIV SERVICES US, LLC, | )<br>) |
| Defendant. | )<br>)<br>)<br>) |

**[PROPOSED] ORDER**

**AND NOW**, this __ day of March, 2022, upon consideration of plaintiff Microchip Technology Inc.'s ("Microchip's") Emergency Motion for Leave to File an Additional Motion *in Limine*, and for Expedited Briefing, it is **ORDERED** that Microchip's motion is **GRANTED**. Microchip's Proposed Motion *in Limine*, attached as Exhibit 1 to its Motion for Leave, is deemed served and filed as of the date of this Order. Aptiv may file an opposition or before March 28, 2022.

                                                **BY THE COURT:**

                                                _____

                                                JOSHUA D. WOLSON, J.