IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, ) ) ) Plaintiff, ) ) v. ) ) APTIV SERVICES US, LLC, ) ) Defendant. ) | C.A. No. 17-1194-JDW |

**STIPULATION REGARDING BRIEFING ON MOTION**

WHEREAS, Microchip Technology Inc. ("Microchip") intends to file a motion regarding the Court's July 28, 2020 order granting Microchip's Motion for a Finding of Estoppel Pursuant to 35 U.S.C. § 315(e)(2) (D.I. 246);

WHEREAS, the parties have met and conferred and agreed to a briefing schedule and page limits;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that briefing shall be submitted as follows:

1. Microchip will file its motion of up to five pages in length regarding the Court's estoppel order by March 24, 2022;[1]

2. Aptiv Services US, LLC will file its response of up to five pages in length by 5:00 p.m. on March 31, 2022.

---

[1] The Court's 6:00 pm filing deadline shall not apply to Microchip's deadline to file its motion.

1

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*

*/s/ Philip A. Rovner*
Philip A. Rovner
Jonathan A. Choa
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant*

SO ORDERED this ____ day of March, 2022.

_____
United States District Judge