IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>APTIV SERVICES US, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 17-1194-JDW<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

**AND NOW**, this __ day of _____, 2022, upon consideration of plaintiff Microchip Technology Inc.'s ("Microchip's") Motion Regarding the Court's Prior Art Estoppel Order (D.I. 246), it is **ORDERED** that Microchip's motion is **GRANTED**. The Court instructs Aptiv to restrict its obviousness grounds to:

1) Dickens in combination with US-98; and

2) Dickens in combination with Belkin.

**BY THE COURT:**

_____
JOSHUA D. WOLSON, J.