# Exhibit A

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> APTIV SERVICES US, LLC, <br><br> Defendant. | Case No. 17-01194-JDW |

### DEFENDANT APTIV SERVICES US LLC'S NOTICE OF PRIOR ART UNDER 35 U.S.C. § 282

| | |
|---|---|
| OF COUNSEL: <br><br> Daralyn J. Durie <br> Timothy Saulsbury <br> Eric C. Wiener <br> Joyce C. Li <br> 217 Leidesdorff St. <br> San Francisco, CA 94111 <br> (415) 362-6666 <br><br> W. Henry Huttinger <br> Andrew T. Jones <br> DURIE TANGRI LLP <br> 953 East 3rd Street <br> Los Angeles, CA  90013 <br> Telephone:    213-992-4499 <br> Facsimile:    415-236-6300 | Philip A. Rovner (#3215) <br> Jonathan A. Choa (#5319) <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza <br> P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> provner@potteranderson.com <br> jchoa@potteranderson.com <br><br> *Attorneys for Defendant* <br> *Aptiv Services US, LLC* |

Pursuant to 35 U.S.C. § 282, Defendant Aptiv Services US LLC ("Aptiv") respectfully submits this notice to Plaintiff Microchip Technology Inc. ("Microchip").

Aptiv has previously given notice to Microchip in writing of the certain patents, publications, and other documents, including prior art, on which it intends to rely at trial, as proving anticipation, obviousness, or the state of the art by way of Aptiv's invalidity contentions, interrogatory responses, expert reports, summary judgment motions, and draft pretrial filings, each of which is incorporated by reference as if fully set forth herein.

For the avoidance of doubt, Aptiv discloses the following patents, publications, and other documents, including the country, number, date, and name of the patentee of any patent, and the title, date, and page numbers[1] of any publication to be relied upon to prove anticipation or obviousness of U.S. Patent No. 7,523,243, and U.S. Patent No. 7,627,708 ("the Asserted Patents"):

- U.S. Patent No. 6,549,966 ("Dickens") (published April 15, 2003), first named inventor Dickens.
- Japanese Unexamined Patent Application No. P2003-256351 ("Furakawa") (published September 12, 2003), first named inventor Furakawa.
- Japanese Patent Application Publication P2000-194649 ("Ito") (published July 14, 2000), first named inventor Ito.
- US-98 USB Auto Share Switch 4x4 ("US-98").
- Belkin 4x4 USB Peripheral Switch ("Belkin").

---

[1] Where no page range is included, the relevant pages include all pages in the publication, patent, or patent application.

1

In addition, Aptiv may rely on any of the above materials, or any prior art listed in Appendix A (Aptiv's Final Invalidity Contentions, dated August 9, 2019) in Sections III and IV, Appendix B (Exhibits B-1, B-2, B-3, B-4, C-1, C-2, and C-3 to Appendix A) (various dates and authors, as indicated), as well as the following materials, as showing the state of the art with respect to the Asserted Patents:

- PL-2501 Hi-Speed USB 2.0 Host-to-Host Bridge/Network Controller Product Datasheet, Rev. 1.1 (Feb. 2003).
- USB 2.0 Transceiver Macrocell Interface (UTMI) Specification, Version 1.05 (Mar. 29, 2001).
- USB Specification, Rev. 1.0 (Jan. 15, 1996).
- USB Specification, Rev. 2.0 (Apr. 27, 2000).
- John Hyde, Design by Example (2d ed. 2001).
- Jan Axelson, USB Complete: Everything You Need to Develop Custom USB Peripherals (3d ed. 2001) (including USB 2.0 and USB On-The-Go) (1995).
- John Garney, USB Hardware and Software (1998).
- On-The-Go Supplement to the USB 2.0 Specification, Rev. 1.0 (Dec. 18, 2001).
- Product Manual for US-98 (May 7, 2004).

Aptiv further discloses that it may rely upon at trial Renee Rozycki (5120 110th Avenue North, Clearwater, Florida 33760) as a person who may have prior knowledge of or may have previously used or offered for sale the invention of the patents-in-suit.

| | |
|---|---|
| Dated: March 4, 2022 | POTTER ANDERSON & CORROON LLP |
| | By:     */s/ Andrew T. Jones* |
| OF COUNSEL: | Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com |
| Daralyn J. Durie<br>Timothy Saulsbury<br>Eric C. Wiener<br>Joyce C. Li<br>DURIE TANGRI LLP<br>217 Leidesdorff St.<br>San Francisco, CA 94111<br>(415) 362-6666 | |
| | *Attorneys for Defendant*<br>*Aptiv Services US, LLC* |
| W. Henry Huttinger<br>Andrew T. Jones<br>DURIE TANGRI LLP<br>953 East 3rd Street<br>Los Angeles, CA 90013<br>Telephone: 213-992-4499<br>Facsimile: 415-236-6300 | |

## PROOF OF SERVICE

I am employed in Los Angeles County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 953 East 3rd Street, Los Angeles, CA 90013.

On March 4, 2022, I served the following documents in the manner described below:

**DEFENDANT APTIV SERVICES US LLC'S NOTICE OF PRIOR ART UNDER 35 U.S.C. § 282**

[X]  (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from ajones@durietangri.com to the email addresses set forth below.

On the following part(ies) in this action:

| | |
|---|---|
| Bruce W. Slayden II | John W. Shaw |
| Brian C. Banner | Jeff Castellano |
| R. William Beard, Jr. | Nathan R. Hoeschen |
| Truman H. Fenton | SHAW KELLER LLP |
| Darryl J. Adams | I.M. Pei Building |
| Joseph D. Gray | 1105 North Market Street, 12th Floor |
| SLAYDEN GRUBERT BEARD PLLC | Wilmington, DE 19899 |
| 401 Congress Avenue, Suite 1650 | jshaw@shawkeller.com |
| Austin, TX 78701 | jcastellano@shawkeller.com |
| bslayden@sgbfirm.com | nhoeschen@shawkeller.com |
| bbanner@sgbfirm.com | |
| wbeard@sgbfirm.com | Attorneys for Plaintiff |
| tfenton@sgbfirm.com | |
| dadams@sgbfirm.com | |
| jgray@sgbfirm.com | |
| microchipvaptiv@sgbfirm.com | |

Attorneys for Plaintiff

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 4, 2022, at Los Angeles, California.

*/s/ Andrew T. Jones*
Andrew T. Jones

4