# **Exhibit B**

## Truman Fenton

| | |
|---|---|
| **From:** | Eric Wiener <EWiener@durietangri.com> |
| **Sent:** | Wednesday, March 9, 2022 7:00 PM |
| **To:** | Brian Banner; Rovner, Philip A.; Choa, Jonathan A.; Andrew Jones; SERVICE-APTIV |
| **Cc:** | John Shaw; Joseph D. Gray; SGB Litigation; Bruce Slayden; arussell@shawkeller.com |
| **Subject:** | RE: Microchip v. Aptiv - Case Narrowing [IWOV-iManage.FID98943] |

Brian,

Pursuant to the parties' agreement regarding case narrowing, Aptiv elects the following four invalidity theories (for each of the 7 claims Microchip identifies below):

1. Obviousness based on Dickens and the US-98 system, in light of the state of the art at the time
2. Obviousness based on Dickens and the Belkin system, in light of the state of the art at the time
3. Lack of written description
4. Lack of enablement

Regards,

Eric

Eric Wiener (he/him) | Durie Tangri LLP | ewiener@durietangri.com | 415-376-6408

---

**From:** Brian Banner <bbanner@sgbfirm.com>
**Sent:** Wednesday, March 2, 2022 6:36 AM
**To:** Eric Wiener <EWiener@durietangri.com>; Rovner, Philip A. <provner@potteranderson.com>; Choa, Jonathan A. <jchoa@potteranderson.com>; Andrew Jones <AJones@durietangri.com>; SERVICE-APTIV <SERVICE-APTIV@durietangri.com>
**Cc:** John Shaw <jshaw@shawkeller.com>; Joseph D. Gray <jgray@sgbfirm.com>; SGB Litigation <litigation@sgbfirm.com>; Bruce Slayden <bslayden@sgbfirm.com>; arussell@shawkeller.com
**Subject:** Microchip v. Aptiv - Case Narrowing [IWOV-iManage.FID98943]

Eric,

Pursuant to the parties' agreement re: case narrowing (Microchip narrows to no more than 7 claims and one week later, Aptiv narrows to no more than four invalidity theories per claim), Microchip elects to pursue the following seven claims:

- '708 claim 6
- '243 claims 6, 10, 22-25

Regards,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD** PLLC
401 Congress Ave, Ste 1650 | Austin, TX 78701 | USA
[O] 512.402.3569 | [C] 512.468.6297 | sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter.  Please let the sender know if this message was received in error.