**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROCHIP TECHNOLOGY INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-01194-JDW |
| | ) |
| APTIV SERVICES US, LLC, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER REGARDING PLAINTIFF MICROCHIP
TECHNOLOGY INC.'S MOTION REGARDING THE COURT'S
<u>PRIOR ART ESTOPPEL ORDER (D.I. 246)</u>**

Now before the Court is Plaintiff Microchip Technology Inc.'s Motion Regarding the Court's Prior Art Estoppel Order (D.I. 246). Upon consideration of the motion and all other pleadings and papers relating hereto, the Court hereby **DENIES** Microchip's Motion. The Court instructs the parties that, with respect to obviousness, Aptiv may use documents about the state of the art to:

1) explain how a person of skill in the art would interpret the disclosures of the asserted references, and

2) show why a person of skill in the art would be motivated to combine them.

Nothing in this order prohibits Aptiv from using documents about the state of the art as evidence for issues other than obviousness.

IT IS SO ORDERED.

Dated:

_____
United States District Judge