**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICROCHIP TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>APTIV SERVICES US, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 17-01194-JDW |

**EXHIBITS 1-2 TO DEFENDANT APTIV SERVICES US, LLC'S OPPOSITION TO PLAINTIFF MICROCHIP'S MOTION IN LIMINE NO. 6**


OF COUNSEL:

Daralyn J. Durie
Timothy Saulsbury
Eric C. Wiener
Joyce C. Li
217 Leidesdorff St.
San Francisco, CA 94111
(415) 362-6666

W. Henry Huttinger
Andrew T. Jones
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
(213) 992-4499

Dated: March 31, 2022

Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant Aptiv Services US, LLC*

# EXHIBIT 1

# Expert Report of John Garney (Non-Infringement)

*Microchip Technology, Inc. v. Aptiv Services US, LLC*

**Contains Material Designated Attorneys' Eyes Only**

October 18, 2019

one function" to which a multi-host device controller is configured to establish concurrent dedicated USB connections to two different upstream ports.[260]

b. Asserted claim 23 of the '243 Patent, from which asserted claims 24 and 25 depend, requires "a shared USB device block operable to be simultaneously configured by two or more USB hosts."[261]

c. Claim 3 of the '708 Patent, from which asserted claim 6 depends, requires "a USB function block" to which a multi-host device controller is configured to establish concurrent first and second USB connections to two different hosts.[262]

d. Claim 18 of the '243 Patent, from which asserted claim 22 depends, requires "a shared USB device . . . [that] corresponds to at least one function.[263] The Court construed the term to mean "a USB device that provides the same shared function (or functions) to multiple hosts.[264] The Court explained, "Combining multiple devices in a single housing does not make the devices "shared" according to the '243 Patent . . . . only if "**a [(*i.e., one)*] USB device**" provides "***the same shared function*** (or functions) to multiple hosts" does it become a "shared USB device."[265]

164. To satisfy these limitations, the USB hosts must configure and be able to access the same device or function block. There is no such shared USB device or function in the Accused Products. Aptiv's Dual Role Hub allows communications *between* the Head Unit and iPhone (which functions, in CarPlay mode after role reversal, as a second host). The Dual Role Hub does not allow the Head Unit and iPhone both to host any given device or function. No USB device or device block performing a single function is shared, as these patents require.

165. It is unclear exactly why Mr. Zatkovich believes the Accused Products satisfy this aspect of the claims. Mr. Zatkovich opines that the Accused Products contain such "a USB device block,"[266] and at various points in his report he suggests that the "Dual Role Hub," what he calls "the EP Bridge," or the FIFO buffers and portions of the microcontroller firmware and hardware constitute the USB device or function block to which two hosts may establish dedicated USB connections, or shared USB device.[267] I disagree that any of these possibilities can satisfy this claim limitation, as discussed below.

---

[260] '243 Patent, at 4:56, 5:10, 42.

[261] *Id.* at 6:66-67.

[262] '708 Patent, at 5:12.

[263] '243 Patent, at 35-39.

[264] D.I. 113, at 21.

[265] *Id.* (emphasis in original).

[266] Zatkovich Rep. ¶¶ 125-128.

[267] *Id.* ¶¶ 115, 127.



Contains Material Designated Attorneys' Eyes Only

**List of Attachments and Exhibits**

| | |
|---|---|
| Exhibit A | Curriculum Vitae |
| Exhibit B | List of Prior Testimony |
| Exhibit C | List of Information Considered |

**Reservation of Rights**

I may address other issues in later expert reports, if needed, to address additional discovery or additional reports offered by Microchip and/or if directed by the Court. Portions of the above-identified documents may be enlarged, animated, colored or otherwise adapted to illustrate the above-identified opinions.

Executed on October 18, 2019.

John Garney

Contains Material Designated
Attorneys' Eyes Only

# EXHIBIT 2

# Opening Expert Report of John Garney

*Microchip Technology, Inc. v. Aptiv Services US, LLC*

**Contains Material Designated Attorneys' Eyes Only**

September 16, 2019




The only difference between this diagram and Figure 3-1 in the Prolific Revision 1.1 document is the arrangement of ROM and RAM in the block at the bottom right. This has no relevance to Prolific's teachings with regard to bridging/connecting multiple USB hosts. The version 1.0 document even describes the functionality provided by the Prolific device in identical terms to version 1.1 (the descriptions are the same, verbatim).[441] For these reasons, I conclude that the Datasheet was published roughly contemporaneously with the version 1.0 document cited in the Lin Patent, no later than the February 2003 date it recites. I also conclude based on the nearly identical diagram and entirely identical textual description in the version 1.0 document, published in September 2002, that the latter document describes a device with the same features and capabilities I attribute to Prolific in my analysis above.

**Written Description, Enablement, and Indefiniteness – Section 112**

*'191 Patent*

352. I have not been asked to provide an opinion on the ultimate question of whether the claims of the '191 Patent are invalid under 35 U.S. C. § 112 for failure to provide an adequate written description or for lack of enablement. I have been asked to provide opinions about the patent's disclosures that are relevant to these determinations.

353. I understand that the Court has determined that the claims of the '191 Patent do not cover simultaneous connectivity between any one peripheral device and a plurality of hosts (and that Microchip has requested reconsideration of that determination). Standard USB 1.0 and 2.0

---

[441] *Compare* Prolific Datasheet, at APTIV_00005246 ("1.0 Introduction") *with* Prolific Datasheet, at APTIV_00355501 ("Overview").



Contains Material Designated
Attorneys' Eyes Only

| | |
|---|---|
| Exhibit E-2 | '243 Claim Chart based on Japanese Unexamined Patent Application No. P2003-256351 filed by Furukawa |
| Exhibit E-3 | '243 Claim Chart based on Japanese Patent Application Publication No. 2000-194649 filed by Ito |
| Exhibit E-4 | '243 Claim Chart based on US-98 Auto Share Switch 4x4/Belkin 4x4 USB Peripheral Switch |

| | |
|---|---|
| Exhibit F-1 | '708 Claim Chart based on U.S. Patent No. 6,549,966 to Dickens |
| Exhibit F-2 | '708 Claim Chart based on Japanese Unexamined Patent Application No. P2003-256351 filed by Furukawa |
| Exhibit F-3 | '708 Claim Chart based on Japanese Patent Application Publication No. 2000-194649 filed by Ito |
| Exhibit F-4 | '708 Claim Chart based on US-98 Auto Share Switch 4x4/Belkin 4x4 USB Peripheral Switch |

**Reservation of Rights**

I may address other issues in later expert reports, if needed, to address additional discovery or additional reports offered by Microchip and/or if directed by the Court. Portions of the above-identified documents may be enlarged, animated, colored or otherwise adapted to illustrate the above-identified opinions.

Executed on September 16, 2019.

John Garney



Contains Material Designated
Attorneys' Eyes Only