IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 17-1194-JDW ) |
| APTIV SERVICES US, LLC, | ) ) ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL
OF PLAINTIFFS' MOTIONS IN LIMINE 1 AND 4**

Following discussions with Defendant Aptiv Service US, LLC, Plaintiff Microchip Technology Incorporated ("Microchip") hereby withdraws its Motion *in Limine* No. 1 to exclude references to *Inter Partes* Review proceedings, and its Motion *in Limine* No. 4 to exclude evidence of an alleged Molex non-infringing substitute.  *See* D.I. 319.  Microchip does not withdraw its remaining Motions *in Limine*, including Nos. 2-3 and 5-6.  *See id.*; D.I. 340.

|  |  |
|---|---|
| | */s/ Andrew E. Russell* |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| Bruce W. Slayden II | Andrew E. Russell (No. 5382) |
| Brian C. Banner | Nathan R. Hoeschen (No. 6232) |
| R. William Beard, Jr. | SHAW KELLER LLP |
| Truman H. Fenton | I.M. Pei Building |
| Darryl J. Adams | 1105 North Market Street, 12th Floor |
| Joseph D. Gray | Wilmington, DE 19801 |
| SLAYDEN GRUBERT BEARD PLLC | (302) 298-0700 |
| 401 Congress Ave., Suite 1650 | jshaw@shawkeller.com |
| Austin, TX 78701 | arussell@shawkeller.com |
| (512) 402-3550 | nhoeschen@shawkeller.com |
| | *Attorneys for Plaintiff* |

Dated: April 3, 2022