IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 17-1194-JDW ) |
| APTIV SERVICES US, LLC, | ) ) ) |
| Defendant. | ) |

**STIPULATION REGARDING MOTIONS IN LIMINE**

WHEREAS, Microchip Technology Inc. ("Microchip") and Aptiv Services US, LLC ("Aptiv") have continued to meet and confer regarding the parties' motions *in limine*, and the scope of Microchip's infringement claims;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that:

1. As to Aptiv's Motion *in Limine* 1, Microchip will not reference, or introduce evidence regarding, Aptiv's (or its predecessors-in-interest, including Unwired or Delphi) company-wide revenues/profits at trial, and Aptiv will not reference, or introduce evidence regarding, Microchip's (or its predecessors-in-interest, including SMSC) company-wide revenues/profits at trial.  Aptiv's Motion *in Limine* 1 otherwise remains in dispute.

2. As to Microchip's Motion *in Limine* No. 2, Aptiv's expert Mr. John Garney will not present evidence regarding testing of any device other than the two devices previously disclosed and addressed in his expert report and during his deposition.

1

Further, Mr. Garney will not testify about the Court's claim construction memorandum opinion or reasoning set forth therein (D.I. 113). The parties' agreement does not preclude Mr. Garney from applying the Court's claim construction set forth in D.I. 114. Based upon the parties' agreements as set forth in this paragraph, Microchip's Motion *in Limine* No. 2 is withdrawn.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Philip A. Rovner* |
| John W. Shaw (No. 3362) | Philip A. Rovner |
| Andrew E. Russell (No. 5382) | Jonathan A. Choa |
| Nathan R. Hoeschen (No. 6232) | POTTER ANDERSON & CORROON LLP |
| SHAW KELLER LLP | Hercules Plaza |
| I.M. Pei Building | P.O. Box 951 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 984-6000 |
| (302) 298-0700 | provner@potteranderson.com |
| jshaw@shawkeller.com | jchoa@potteranderson.com |
| arussell@shawkeller.com | *Attorneys for Defendant* |
| nhoeschen@shawkeller.com | |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of April, 2022.

_____
United States District Judge