| Deponent | Aptiv's Designations | Microchip's Objections | Microchip's Counters | Aptiv's Objections | Aptiv's Counter-Counters | Microchip's Objections | Microchip's Objections | Court Order |
|---|---|---|---|---|---|---|---|---|
| **Petku, Craig** | | | | | | | | |
| | 78:23-79:24 | | | | 129:4-132:3, 149:20-150:6, 152:4-25 | ICD | | Sustained |
| | | | 79:25-80:20 | | | | | |
| | 153:10-24 | | | | | | | |
| | 155:7-21 | | 155:22-156:13 | | | | | |
| | 166:18-167:11 | | 167:19-24 | | | | | |
| **Bohm, Mark** | | | | | | | | |
| | 56:10-17 | | 22:19-24, 55:22-56:6 | | 56:7-9 | | | |
| | 61:14-21 | | | | | | | |
| | 62:1-16 | | | | | | | |
| | 117:7-15 | | 115:8-117:6 | | | | | |
| | 153:22-156:2 | | 156:3-157:1 | | | | | |
| | 162:6-10 | | | | | | | |
| | 189:9-17 | | 189:5-8 | | 188:23-189:4 | | | |
| | 193:12-194:10 | | | | | | | |
| **Sroka, David** | | | | | | | | |
| | 9:25-10:3 | | | | | | | |
| | 109:5-110:5 | | | | | | | |
| **Obolsky, Mitch** | | | | | | | | |
| | 88:10-21 | | 90:3-17 | | | | | |
| **Perkins, Donald** | | | | | | | | |
| | 48:21-25 | | | | | | | |
| | 49:10-11 | | | | | | | |
| | 49:13 | | | | | | | |
| | 120:1-8 | | 120:9-18 | | | | | |
| | 120:22-25 | | 121:10-15, 121:23-24 | | | | | |
| | 121:16-22 | | 121:2-7, 121:10-15, 121:23-24 | | | | | |
| | 122:15-123:16 | | 124:3-23 | | | | | |
| | 125:8-126:19 | | | | | | | |
| | 142:15-143:1 | | 143:6-8 | | | | | |
| | 143:9-11 | | 143:6-8 | | | | | |
| | 144:17-145:16 | | 143:6-8, 145:17-19 | | | | | |
| | 146:11-19 | | 146:20-147:13 | | | | | |
| | 147:14-23 | | 147:24-148:2 | | | | | |
| | 148:12-18 | | 148:19-150:20 | | | | | |
| | 150:24-151:21 | | | | | | | |
| | 152:3-11 | | | | | | | |
| | 152:24-153:5 | F, speculation | | | | | | Sustained |
| | 156:3-12 | 802, F, speculation | | | | | | Overruled |
| | 180:21-181:16 | | | | | | | |
| | 181:25-183:20 | | 183:22-184:17; 184:20-185:2; 186:10-17 | | | | | |
| | 183:22-184:17 | | 183:22-184:17; 184:20-185:2; 186:10-17 | | | | | |
| | 184:20-185:2 | | 185:10-14, 186:10-17 | | 185:15-25 | | | |
| | 191:4-12 | | 191:15-16 | | 191:17-19 | | | |
| | 192:3-14 | | 192:15-18 | | | | | |
| | 195:15-25 | | | | | | | |

| Deponent | Aptiv's Designations | Microchip's Objections | Microchip's Counters | Aptiv's Objections | Aptiv's Counter-Counters | Microchip's Objections | Microchip's Objections | Court Order |
|---|---|---|---|---|---|---|---|---|
| | 199:14-23 | | 200:6-8 | | 200:9-11 | | | |
| | 200:9-201:1 | | 200:6-8 | | 200:9-11 | | | |
| | 201:23-202:1 | | 202:5-6 | | 202:7-9 | | | |
| | 203:1-9 | | 203:10-16 | | | | | |
| | 213:2-16 | | 213:17-214:5 | | | | | |
| Rozycki, Rene | | | | | | | | |
| | 5:8-10 | | | | | | | |
| | 8:16-23 | | 8:24-9:4 | | | | | |
| | 12:12-24 | | 32:13-33:19, 35:1-36:11 | | | | | |
| | 14:12-16 | | | | | | | |
| | 15:23-17:14 | 402, 403, speculation | 32:13-33:19, 35:1-36:11 | | 33:20-34:1; 36:18-20 | 402, 403, speculation | 402, 403, speculation | Not resolved - Court cannot determine what trial exhibit is referenced |
| | 18:7-12 | 402, 403, speculation | 32:13-33:19, 35:1-36:11 | | 33:20-34:1; 36:18-20 | 402, 403, speculation | 402, 403, speculation | Not resolved - Court cannot determine what trial exhibit is referenced |
| | 18:18-23 | 402, 403, speculation | 32:13-33:19, 35:1-36:11 | | 33:20-34:1; 36:18-20 | 402, 403, speculation | 402, 403, speculation | Not resolved - Court cannot determine what trial exhibit is referenced |
| | 20:3-12 | 402, 403, speculation | 32:13-33:19, 35:1-36:11 | | 33:20-34:1; 36:18-20 | 402, 403, speculation | 402, 403, speculation | Not resolved - Court cannot determine what trial exhibit is referenced |
| | 20:18-21:5 | 402, 403, speculation | 32:13-33:19, 35:1-36:11 | | 33:20-34:1; 36:18-20 | 402, 403, speculation | 402, 403, speculation | Not resolved - Court cannot determine what trial exhibit is referenced |
| | 21:15-22:10 | 402, 403, 802, speculation, F | 32:13-33:19, 35:1-36:11 | | 33:20-34:1; 36:18-20 | 402, 403, speculation | 402, 403, speculation | Not resolved - Court cannot determine what trial exhibit is referenced |
| | 23:2-4 | 802 | 23:5-9, 32:13-33:19, 35:1-36:11 | | 23:10-18; 33:20-34:1; 36:18-20 | 402, 403, speculation | 402, 403, speculation | Not resolved - Court cannot determine what trial exhibit is referenced |
| | 24:10-25:3 | 402, 403, 802, F, speculation | 32:13-33:19, 35:1-36:11 | | 33:20-34:1; 36:18-20 | 402, 403, speculation | 402, 403, speculation | Not resolved - Court cannot determine what trial exhibit is referenced |
| | 26:15-19 | 402, 403, 802, F, speculation | 32:13-33:19, 35:1-36:11 | | 33:20-34:1; 36:18-20 | 402, 403, speculation | 402, 403, speculation | Not resolved - Court cannot determine what trial exhibit is referenced |
| | 30:7-18 | 402, 403, F | 32:13-33:19, 35:1-36:11 | | 33:20-34:1; 36:18-20 | 402, 403, speculation | 402, 403, speculation | Not resolved - Court cannot determine what trial exhibit is referenced |
| Ghosh, Atish | | | | | | | | |
| | 6:6-12 | | | | | | | |
| | 14:13-24 | | | | | | | |
| | 44:1-45:3 | | 45:4-8 | | | | | |
| | 55:4-7 | 402, 403, IET, LC, asked and answered | | | | | | Sustained |
| | 55:18-20 | 402, 403, IET, LC, asked and answered | | | | | | Sustained |
| | 55:23 | 402, 403, IET, LC, asked and answered | | | | | | Sustained |

| Deponent | Aptiv's Designations | Microchip's Objections | Microchip's Counters | Aptiv's Objections | Aptiv's Counter-Counters | Microchip's Objections | Microchip's Objections | Court Order |
|---|---|---|---|---|---|---|---|---|
| | 56:12-18 | 402, 403, IET, LC, asked and answered | | | | | | Sustained |
| | 56:21-23 | 402, 403, IET, LC, asked and answered | | | | | | Sustained |
| | 57 9-18 | 402, 403, IET, LC, asked and answered | | | | | | Sustained |
| | 57:21-22 | 402, 403, IET, LC, asked and answered | | | | | | Sustained |
| | 58:13-59:13 | | 59:14-17, 65:18-66:2 | | | | | |
| | 65:18-66:2 | | | | | | | |
| | 70:3-8 | | | | | | | |
| | 72:19-73:11 | | | | | | | |
| | 74 9-19 | | 74:9-19 | | | | | |
| | 74:21 | | | | | | | |
| | 78:10-11 | 402, 403, LC, vague | 78:14-16 | | | | | Overruled |
| | 78:14-16 | 402, 403, LC, vague | 78:19-21 | | | | | Overruled |
| | 78:19-21 | 402, 403, LC, vague | | | | | | Overruled |
| | 78:24-79:7 | 402, 403, LC, vague | 79:9-12 | | | | | Overruled |
| | 79:9-12 | 402, 403, LC, vague | | | | | | Overruled |
| | 80:21-81:14 | 402, 403, IET, LC, ambiguous | 81:15-23 | | 82:21-25 | | | Overruled |
| | 83:1-4 | 402, 403, IET, LC, assumes facts not in evidence | 83:7-12 | | | | | Sustained |
| | 83:7-12 | 402, 403, IET, LC, assumes facts not in evidence | | | | | | Sustained |
| | 84:5-11 | 402, 403 | | | | | | Sustained |
| | 85:7-86:11 | | | | | | | |
| | 97:10-98:2 | | 98:4-14 | | | | | |
| | 98:4-14 | | 98:16-99:2 | | | | | |
| | 98:16-99:2 | | 99:5-9 | | | | | |
| | 99:5-9 | | 99:14-20 | | | | | |
| | 99:14-20 | 402, 403 | 99:22-24 | | | | | Overruled |
| | 99:22-24 | 402, 403 | | | | | | Overruled |
| | 100:25-101:7 | 402, 403, LC | | | | | | Overruled |
| | 105:14-21 | 402, 403, LC | | | | | | Sustained |
| | 112:12-113:2 | 402, 403, 602, IET, LC, speculation | 113:5-10 | | | | | 112:12-17 - Overruled 112:18-113:2 - Sustained |
| | 113:5-10 | 402, 403, 602, IET, LC, speculation | 113:13 | | | | | Sustained |
| | 113:13 | 402, 403, 602, IET, LC, speculation | | | | | | Sustained |
| | 115:25-116:14 | 402, 403, IET, LC | | | | | | Overruled |
| | 241:10-13 | 402, 403, IET, LC | 241:16-242:13 | | | | | Sustained |
| | 241:16-242:13 | 402, 403, IET, LC | | | | | | 241:16-20 - Sustained 241:21-242:13 - Overruled |
| | 248:5-12 | 602 | 220:24-221:16 | | | | | Moot. Per the Parties email datd April 4, 2022, this objection was withdrawn |
| | 249:18-250:2 | 402, 403, 602, IET, LC | | | | | | Sustained |

| Deponent | Aptiv's Designations | Microchip's Objections | Microchip's Counters | Aptiv's Objections | Aptiv's Counter-Counters | Microchip's Objections | Microchip's Objections | Court Order |
|---|---|---|---|---|---|---|---|---|
| | 252:5-17 | 602, IET | 252:18-253:6 | | | | | Moot. Per the Parties email datd April 4, 2022, this objection was withdrawn |
| | 254:11-13 | 402, 403, 602, IET, LC | 254:16-255:5 | | | | | Overruled |
| | 254:16-255:5 | 402, 403, 602, IET, LC | 255:8-12 | | | | | Overruled |
| | 255:8-12 | 402, 403, 602, IET, LC | 255:13-12 | | | | | Overruled |
| | | | | | | | | |
| Yeda, Shyambabu | | | | | | | | |
| | 11:25-12:10 | | 12:11-13:13 | | 14:24-15:1 | | | |
| | 84:10-86:18 | | | | | | | |
| | 88:5-24 | | 90:4-10 | | | | | |

| Code | Objection |
|---|---|
| ARG | Lawyer Argument or Colloquy. Aptiv objects to this deposition designation because it is lawyer argument and not testimony of the witness. |
| CM | Cumulative. Aptiv objects to this deposition designation on the ground that it is duplicative and/or cumulative of other designations. |
| F | Foundation. Aptiv objects to this deposition designation on the ground that the foundation necessary for its admission has not been laid. (Fed. R. Evid. 602) |
| H | Hearsay. Aptiv objects to this deposition designation because it constitutes or contains hearsay. (Fed. R. Evid. 801-802) |
| I | Incomplete. Aptiv objects to this deposition designation because it does not contain the complete testimony. (Fed. R. Evid. 106) Aptiv generally objects to all designations that include only part of a question and/or part of an answer, or that do not include any question. |
| IR | Not Relevant. Aptiv objects to this deposition designation because it is not relevant to any issue to be decided in this case. (Fed. R. Evid. 401-402) |
| LO | Lay Opinion. Aptiv objects to this deposition designation because it constitutes or contains improper opinion by a lay witness. (Fed. R. Evid. 701-702) |
| NRT | Non-Responsive Testimony. Aptiv objects to this deposition designation because it includes statements that are not responsive to the question asked. |
| S | Speculative. Aptiv objects to this deposition designation because it includes statements that are speculative as to matters of fact or law. |
| SCOPE | Beyond Scope of 30(b)(6) Notice or Topics. Aptiv objects to this deposition designation because it is outside the scope of the topics on which the witness was designated as a corporate representative. |
| UP | Unfair Prejudice. Aptiv objects to this deposition designation because its probative value is outweighed by unfair prejudice and/or confusion of the issues. (Fed. R. Evid. 403) |
| VA | Vague and Ambiguous. Aptiv objects to this deposition designation because it includes vague and indefinite statements. |
| MIL | Subject to an Aptiv MIL:  This testimony is subject to a currently pending motion *in limine* Aptiv has filed and should be excluded for the reasons set forth in Aptiv's motion. |
| ICD | Improper Counter Designation.  Aptiv objects to this counter-designation because it is not necessary or relevant to be considered along with Aptiv's affirmative designation. |
| L | Leading.  Aptiv objects as an improper leading question. |

| Abbreviation/Objection | Description |
| --- | --- |
| LC | Legal conclusion.  Party objects to this testimony as an improper legal conclusion. |
| IET | Improper Expert Testimony.  Party objects to this testimony as attempted expert testeimony from a person who was not designated as an expert |
| F | Lack of Foundation.  Party objects to this testimony on the ground that the foundation necessary for its admission has not been laid. |
| Numerical Objection | Refers to FRE rule number. |