

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

April 10, 2022

**BY CM/ECF**
The Honorable Joshua D. Wolson
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 3809
Philadelphia, PA 19106

    Re:   *Microchip Technology Inc. v. Aptiv Services US, LLC,*
             C.A. No. 17-1194-JDW

Dear Judge Wolson,

    In advance of tomorrow's charge conference, Microchip Technology Inc. ("Microchip") requests the attached edits to the Court's proposed final jury instructions. The attached redlined version includes edits on pages 10, 17-19, 22, 27, 35-36, 43-44, 46, 48, and 51.

    Microchip will also e-mail a Word version of the updated proposed instructions to the Court.

                                   Respectfully,

                                   */s/ Andrew E. Russell*

                                   Andrew E. Russell (No. 5382)

cc:   Clerk of the Court (via CM/ECF)
       All Counsel of Record (via CM/ECF)