

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

April 20, 2022

**BY CM/ECF and E-MAIL**
The Honorable Joshua D. Wolson
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 3809
Philadelphia, PA 19106

    Re:    *Microchip Technology Inc. v. Aptiv Services US, LLC*,
            C.A. No. 17-1194-JDW (D. Del.)

Dear Judge Wolson,

    The parties write pursuant to the Court's Policies and Procedures to request a one-week extension to the deadline to provide a joint post-trial status report and proposed form of order to enter judgment, which is set forth in ¶ 23 of the Scheduling Order in the above-captioned action (D.I. 46). The deadline is currently set for today, 7 days after the jury verdict.

    Good cause exists for this extension and for requesting the extension less than seven days before the deadline. This deadline was not fixed at a date certain until trial concluded just seven days ago, and since then counsel for the parties have been occupied with traveling and wrapping up their trial arrangements. The parties have not yet had time to review the final trial transcripts, exchange draft forms of judgment, or discuss the process for post-trial motions. Further, Microchip's client has been unavailable this week due to other commitments.

    As such, the parties request that the Court extend the deadline to file a joint post-trial status report and proposed form of order to enter judgment, as set forth in ¶ 23 of the Scheduling Order, to April 27, 2022.

                                        Respectfully,

                                        */s/ Andrew E. Russell*

                                        Andrew E. Russell (No. 5382)

cc:    Clerk of the Court (via CM/ECF)
        All Counsel of Record (via CM/ECF)