# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICROCHIP TECHNOLOGY INCORPORATED,**<br><br>*Plaintiff,*<br><br>v.<br><br>**APTIV SERVICES US LLC,**<br><br>*Defendant.* | Case No. 1:17-cv-01194-JDW |

## ORDER

**AND NOW**, this 20th day of April, 2022, upon review of the Parties' letter requesting an extension of the deadline to file a joint post-trial status report and proposed form of order to enter judgment (D.I. 361), it is **ORDERED** that the Parties shall have until April 27, 2022, to file a joint post-trial status report and proposed form of order to enter judgment.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.