

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

April 29, 2022

**BY CM/ECF and E-MAIL**
The Honorable Joshua D. Wolson
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 3809
Philadelphia, PA 19106

    Re:    *Microchip Technology Inc. v. Aptiv Services US, LLC,*
             C.A. No. 17-1194-JDW

Dear Judge Wolson,

    The parties write pursuant to ¶ 23 of the Scheduling Order in the above-captioned action (D.I. 46) to provide a joint post-trial status report and proposed form of order for judgment.

    The parties currently expect to file one or more post-trial motions under Federal Rules of Civil Procedure 50 and/or 59, and jointly agree that good cause exists to extend the deadlines for those motions, and for attorneys' fees motions, as set forth below. The parties propose the following schedule for briefing on post-trial motions:

    Motions under Federal Rules of Civil Procedure 50 and 59 will be due by May 20, 2022. Answering briefs will be due on June 10, 2022, and replies will be due June 24, 2022. Briefing will follow the local rules, except that, consistent with the Court's procedures, the combined total pages for opening, answering, and responsive briefs on Rule 50 and 59 motions will be 8,750, 8,750, and 3,500 words, respectively, or 25, 25, and 10 pages.

    The deadline for any party to move for costs and attorneys' fees under Federal Rule of Civil Procedure 54(d) or 35 U.S.C. § 285 is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

    The Court has good cause to set or extend the deadlines described above, in order to provide the parties time to prepare fulsome post-trial briefs for the Court, and to prevent the parties from being forced to file attorneys' fees motions that may ultimately prove unnecessary or unwarranted following the resolution of post-trial motions and of any appeal.

    The parties have met and conferred but have been unable to reach agreement on a proposed form of order. Microchip's proposed form of order is attached as Exhibit A, and Aptiv's is attached Exhibit B. The parties will also e-mail Word versions to chambers. The

SHAW KELLER LLP
The Honorable Joshua D. Wolson
Page 2

parties propose that the Court issue an order permitting them to submit three-page letter briefs in support of their respective positions, due by next Wednesday, May 4.

    Respectfully,

    */s/ Andrew E. Russell*

    Andrew E. Russell (No. 5382)

cc:    Clerk of the Court (via CM/ECF)
       All Counsel of Record (via CM/ECF and Email)