# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 17-1194-JDW |
| APTIV SERVICES US, LLC, | ) ) ) |
| Defendant. | ) |

### [PROPOSED] JUDGMENT FOLLOWING JURY VERDICT[1]

This _____ day of _____, 2022, the Court having held a jury trial and the jury having rendered a unanimous verdict on April 13, 2022 (see D.I. 356), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Defendant Aptiv Services LLC ("Defendant") and against Plaintiff Microchip Technology Incorporated ("Plaintiff") on Count I (Infringement of U.S. Patent No. 7,523,243 ("the '243 patent")) of Plaintiff's Complaint for Patent Infringement (D.I. 1) with respect to claims 23, 24, and 25 of the '243 patent;

2. Judgment is entered in favor of Defendant and against Plaintiff on Count I (Non-Infringement of the '243 patent) of Defendant's First Amended Counterclaims (D.I. 59) with respect to claims 23, 24, and 25 of the '243 patent;

---

[1] Microchip notes that it would agree to Aptiv's proposed form of order on the judgment if item 3 of that order encompassed judgment on Counts II (Invalidity of the '243 patent) and IV (Invalidity of the '708 patent) of Defendant's First Amended Counterclaims (D.I. 59) as to all claims.

1

2

      3.      Judgment is entered in favor of Plaintiff and against Defendant on Count II (Invalidity of the '243 patent) of Defendant's First Amended Counterclaims (D.I. 59) with respect to claims 23, 24, and 25 of the '243 patent.

      IT IS FURTHER ORDERED that this Judgment shall have the effect of denying as moot all other motions made by the parties pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

_____
United States District Judge