# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 17-1194-JDW |
| APTIV SERVICES US, LLC, | ) ) ) | |
| Defendant. | ) | |

**[PROPOSED] JUDGMENT FOLLOWING JURY VERDICT**

This _____ day of _____, 2022, the Court having held a jury trial and the jury having rendered a unanimous verdict on April 13, 2022 (see D.I. 356), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Defendant Aptiv Services LLC ("Defendant") and against Plaintiff Microchip Technology Incorporated ("Plaintiff") Counts I (Infringement of U.S. Patent No. 7,523,243 ("the '243 patent")) and II (Infringement of U.S. Patent No. 7,627,708 ("the '708 patent")) of Plaintiff's Complaint for Patent Infringement (D.I. 1);

2. Judgment is entered in favor of Defendant and against Plaintiff on Counts I (Non-Infringement of the '243 patent) and III (Non-Infringement of the '708 patent) of Defendant's First Amended Counterclaims (D.I. 59);

3. Judgment is entered in favor of Plaintiff and against Defendant on Count II (Invalidity of the '243 patent) of Defendant's First Amended Counterclaims (D.I. 59) with respect to claims 23, 24, and 25 of the '243 patent.[1]

---

[1] As is reflected in the letter being submitted in connection with these proposals, Aptiv requests the opportunity to present briefing to the Court in support of its proposed form of judgment following the jury verdict.

1

2

IT IS FURTHER ORDERED that this Judgment shall have the effect of denying as moot all other motions made by the parties pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

_____
United States District Judge