IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICROCHIP TECHNOLOGY INCORPORATED,**<br><br>*Plaintiff,*<br><br>v.<br><br>**APTIV SERVICES US LLC,**<br><br>*Defendant.* | Case No. 1:17-cv-01194-JDW |

# ORDER

**AND NOW**, this 2nd day of May, 2022, upon review of the Parties joint letter providing a post-trial status report, it is **ORDERED** as follows:

1. By May 4, 2022, each Party shall file a letter brief in support of its positions on the form of order to enter judgment. Each Party's brief shall not exceed three pages, including signature block;

2. Motions under Federal Rules of Civil Procedure 50 and 59, if any, shall be filed by May 20, 2022. Answering briefs shall be filed by June 10, 2022, and replies shall be filed by June 24, 2022. Motions shall be filed in the form prescribed in Judge Wolson's Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure;

3. The deadline for any party to move for costs and attorneys' fees under Federal Rule of Civil Procedure 54(d) or 35 U.S.C. § 285 is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, and no Party shall file any such motion before that time.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.