# EXHIBIT B

| | |
|---|---|
| **From:** | Eric Wiener |
| **To:** | Brian Banner; Andrew Russell; Rovner, Philip A. |
| **Cc:** | Choa, Jonathan A.; AptivTrial; SKMicrochip; SERVICE-APTIV |
| **Subject:** | RE: [EXT] RE: Microchip v. Aptiv, C.A. No. 17-1194 - Deadline today |
| **Date:** | Wednesday, April 27, 2022 5:21:17 PM |
| **Attachments:** | image001.jpg |

Brian,

Your proposed edits to paragraph 4 are not acceptable to us or appropriate.  Based on Microchip's election of claims, the question of whether any claims other than claims 23-25 of the '243 patent are invalid was not presented to the jury.  Thus it would be inappropriate to enter judgement in Microchip's favor on Aptiv's counterclaims as to any claims other than claims 23-25 of the '243 patent.

I am available to discuss by telephone if you would like.

-Eric


Eric Wiener (he/him) | Durie Tangri LLP | ewiener@durietangri.com | 415-376-6408

**From:** Brian Banner <bbanner@sgbfirm.com>
**Sent:** Wednesday, April 27, 2022 1:47 PM
**To:** Eric Wiener <EWiener@durietangri.com>; Andrew Russell <arussell@shawkeller.com>; Rovner, Philip A. <provner@potteranderson.com>
**Cc:** Choa, Jonathan A. <jchoa@potteranderson.com>; AptivTrial <AptivTrial@sgbfirm.com>; SKMicrochip <SKMicrochip@shawkeller.com>; SERVICE-APTIV <SERVICE-APTIV@durietangri.com>
**Subject:** RE: [EXT] RE: Microchip v. Aptiv, C.A. No. 17-1194 - Deadline today

Eric,

Please see the attached revisions to your previous version of the proposed form of judgment.  Let us know if this is acceptable.

Regards,
Brian

**From:** Eric Wiener <EWiener@durietangri.com>
**Sent:** Wednesday, April 27, 2022 3:34 PM
**To:** Andrew Russell <arussell@shawkeller.com>; Rovner, Philip A. <provner@potteranderson.com>
**Cc:** Choa, Jonathan A. <jchoa@potteranderson.com>; AptivTrial <AptivTrial@sgbfirm.com>; SKMicrochip <SKMicrochip@shawkeller.com>; SERVICE-APTIV <SERVICE-APTIV@durietangri.com>
**Subject:** RE: [EXT] RE: Microchip v. Aptiv, C.A. No. 17-1194 - Deadline today

Andrew-