# EXHIBIT F

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

PACIFIC BIOSCIENCES OF )
CALIFORNIA, INC., )
 )
        Plaintiff, ) C.A. No. No. 17-cv-275-LPS
 ) C.A. No. No. 17-cv-1353-LPS
   v. )
 ) **JURY TRIAL DEMANDED**
OXFORD NANOPORE TECHNOLOGIES, )
INC., and OXFORD NANOPORE )
TECHNOLOGIES, LTD., )
 )
       Defendants. )

*LPS* (handwritten initials)

## [PROPOSED] JUDGMENT

This action came before the Court for a trial by jury beginning on March 9. The jury rendered a verdict on March 18 by way of a verdict form (D.I. 478) [PACBIO's proposal: and the Court ruled on the parties' respective motions for summary judgment on February 19, 2020 (D.I. 443)]. Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is entered on the March 18, 2020 verdict in favor of Plaintiff, Pacific Biosciences of California, Inc. ("PacBio"), and against Defendants, Oxford Nanopore Technologies, Inc. and Oxford Nanopore Technologies, Ltd. (together "Oxford") on all claims of infringement of the '400 Patent, '323 Patent, and '056 Patent as set out in the verdict form. [D.I. 478 at 2-6].

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Defendants, Oxford, and against Plaintiff, PacBio, on all claims of infringement of the '929 Patent as set out in the verdict form. [D.I. 478 at 6-7].

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff, PacBio, and against Defendants, Oxford, on all claims of invalidity based on lack of written description of the '400 Patent, the '323 Patent, the '929 Patent, and claims 2 and 12 of the '056 Patent as set out in the verdict form. [D.I. 478 at 8-10, 12].

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Defendants, Oxford, and against Plaintiff, PacBio, on the claim of invalidity for lack of adequate written description of claim 1 of the '056 Patent as set out in the verdict form. [D.I. 478 at 10].

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Defendants, Oxford, and against Plaintiff, PacBio, on all claims of invalidity for lack of enablement of the '400 Patent, the '323 Patent, the '056 Patent, and claims 1 and 2 of the '929 Patent as set out in the attached verdict form. [D.I. 478 at 8-10, 12].

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff, PacBio, and against Defendants, Oxford, on the claim of invalidity for lack of enablement of claim 10 of the '929 Patent as set out in the verdict form. [D.I. 478 at 12].

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Defendants, Oxford, and against Plaintiff, PacBio, on the claim of invalidity for indefiniteness of claim 1 of the '056 Patent as set out in the attached verdict form. [D.I. 478 at 11].

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff, PacBio, and against Defendants, Oxford, on all claims of invalidity for indefiniteness for claims 2 and 12 of the '056 Patent as set out in the verdict form. [D.I. 478 at 11].

[PACBIO's proposal: IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff, PacBio, and against Defendants, Oxford, on all claims of invalidity

for anticipation for the '400 and '323 Patents ~~as set out in the Court's order on summary judgment. [D.I. 443 at 9].~~

~~[PACBIO's proposal: IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff, PacBio, and against Defendants, ONT, on all claims of invalidity for obviousness for the '400 and '323 Patents as set out in the Court's order on summary judgment. [D.I. 443 at 10-11].]~~

~~[PACBIO's proposal: IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff, PacBio, and against Defendants, ONT, on all claims of invalidity for lack of patent eligibility for the '400 and '323 Patents as set out in the Court's order on summary judgment. [D.I. 443 at 11-12].]~~

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Defendants, Oxford, and against Plaintiff, PacBio, on all claims of invalidity for obviousness of the '929 Patent as set out in the verdict form. [D.I. 478 at 11].

Dated: March 31, 2020

The Honorable Leonard P. Stark

*No increase in page limits for post-trial motions is warranted. The parties' agreed-upon schedule for briefing such motions is ADOPTED.*