# EXHIBIT 1

# Eric Wiener

| | |
|---|---|
| **From:** | Joseph D. Gray <jgray@sgbfirm.com> |
| **Sent:** | Monday, February 14, 2022 9:00 AM |
| **To:** | Eric Wiener; Brian Banner; Rovner, Philip A.; Choa, Jonathan A.; Andrew Jones; SERVICE-APTIV |
| **Cc:** | SGB Litigation; Darryl Adams; Bruce Slayden; Truman Fenton; Tecuan Flores; Jeff Castellano; John Shaw |
| **Subject:** | RE: Microchip v. Aptiv - Draft Pretrial Order [IWOV-iManage.FID98943] |

Eric,

Following up on our Friday call, Microchip proposes the following for case narrowing and MIL page limits:

1. Case Narrowing. Microchip shall reduce the number of asserted claims to 5 (from 10) by Wednesday, February 16th. Aptiv shall identify up to 3 invalidity theories per remaining asserted claim by Wednesday, February 23rd.

2. MIL Page Limit. The parties shall be permitted to file up to 5 motions *in limine* comprising up to 25 total pages (*i.e.,* an average of 5 pages each). The parties shall likewise be permitted up to 25 total pages for oppositions to MILs. The parties may decide for themselves how to allocate their total page count across MILs (*e.g.*, some may be less than 5 pages, while some may be more than 5 pages).

Also as we discussed, we think it makes sense to send a letter to Judge Wolson sooner rather than later addressing Dr. Becker's potential inability to arrive in Delaware by Friday, April 8th. Our current expectation is that accommodating Dr. Becker's conflict would require at most adjourning for a ½ day on Friday, April 8th with Dr. Becker testifying on Monday, April 11th as the final witness of Microchip's case-in-chief.

Please let me know if a call to discuss these issues would be helpful.

Regards,
Joey

---

**From:** Eric Wiener <EWiener@durietangri.com>
**Sent:** Tuesday, February 8, 2022 4:23 PM
**To:** Joseph D. Gray <jgray@sgbfirm.com>; Brian Banner <bbanner@sgbfirm.com>; Rovner, Philip A. <provner@potteranderson.com>; Choa, Jonathan A. <jchoa@potteranderson.com>; Andrew Jones <AJones@durietangri.com>; SERVICE-APTIV <SERVICE-APTIV@durietangri.com>
**Cc:** SGB Litigation <litigation@sgbfirm.com>; Darryl Adams <dadams@sgbfirm.com>; Bruce Slayden <bslayden@sgbfirm.com>; Truman Fenton <tfenton@sgbfirm.com>; Tecuan Flores <tflores@sgbfirm.com>; Jeff Castellano <jcastellano@shawkeller.com>; John Shaw <jshaw@shawkeller.com>
**Subject:** RE: Microchip v. Aptiv - Draft Pretrial Order [IWOV-iManage.FID98943]

Joey-

10 AM Pacific on Friday works for us.

-Eric

Eric Wiener (he/him) | Durie Tangri LLP | ewiener@durietangri.com | 415-376-6408

**From:** Joseph D. Gray <jgray@sgbfirm.com>
**Sent:** Tuesday, February 8, 2022 9:35 AM
**To:** Eric Wiener <EWiener@durietangri.com>; Brian Banner <bbanner@sgbfirm.com>; Rovner, Philip A. <provner@potteranderson.com>; Choa, Jonathan A. <jchoa@potteranderson.com>; Andrew Jones <AJones@durietangri.com>; SERVICE-APTIV <SERVICE-APTIV@durietangri.com>
**Cc:** SGB Litigation <litigation@sgbfirm.com>; Darryl Adams <dadams@sgbfirm.com>; Bruce Slayden <bslayden@sgbfirm.com>; Truman Fenton <tfenton@sgbfirm.com>; Tecuan Flores <tflores@sgbfirm.com>; Jeff Castellano <jcastellano@shawkeller.com>; John Shaw <jshaw@shawkeller.com>
**Subject:** RE: Microchip v. Aptiv - Draft Pretrial Order [IWOV-iManage.FID98943]

Eric,

Is your team available to discuss the PTO this Friday between 9am and 1pm PT?

Thanks,
Joey

**From:** Eric Wiener <EWiener@durietangri.com>
**Sent:** Friday, February 4, 2022 4:45 PM
**To:** Brian Banner <bbanner@sgbfirm.com>; Rovner, Philip A. <provner@potteranderson.com>; Choa, Jonathan A. <jchoa@potteranderson.com>; Andrew Jones <AJones@durietangri.com>; SERVICE-APTIV <SERVICE-APTIV@durietangri.com>
**Cc:** SGB Litigation <litigation@sgbfirm.com>; Darryl Adams <dadams@sgbfirm.com>; Bruce Slayden <bslayden@sgbfirm.com>; Truman Fenton <tfenton@sgbfirm.com>; Joseph D. Gray <jgray@sgbfirm.com>; Tecuan Flores <tflores@sgbfirm.com>; Jeff Castellano <jcastellano@shawkeller.com>; John Shaw <jshaw@shawkeller.com>
**Subject:** RE: Microchip v. Aptiv - Draft Pretrial Order [IWOV-iManage.FID98943]

Brian,

Attached please find Aptiv's redlines to the draft pretrial order, along with Exhibit 2 (Aptiv's Statement of Contested Facts) and Exhibit 4 (Aptiv's Statement of Issues of Law). Please let us know your availability next week to meet and confer regarding the remaining disputes in the pretrial order.

Additionally, can you please confirm that Microchip will be serving Dr. Becker's updated damages calculations by next Thursday, February 10 based on the updated financial data we produced this week?

Have a nice weekend,

Eric

Eric Wiener (he/him) | Durie Tangri LLP | ewiener@durietangri.com | 415-376-6408

**From:** Brian Banner <bbanner@sgbfirm.com>
**Sent:** Wednesday, January 19, 2022 7:43 PM
**To:** Eric Wiener <EWiener@durietangri.com>; Rovner, Philip A. <provner@potteranderson.com>; Choa, Jonathan A. <jchoa@potteranderson.com>; Andrew Jones <AJones@durietangri.com>; SERVICE-APTIV <SERVICE-APTIV@durietangri.com>
**Cc:** SGB Litigation <litigation@sgbfirm.com>; Darryl Adams <dadams@sgbfirm.com>; Bruce Slayden <bslayden@sgbfirm.com>; Truman Fenton <tfenton@sgbfirm.com>; Joseph D. Gray <jgray@sgbfirm.com>; Tecuan Flores <tflores@sgbfirm.com>; Jeff Castellano <jcastellano@shawkeller.com>; John Shaw <jshaw@shawkeller.com>
**Subject:** Microchip v. Aptiv - Draft Pretrial Order [IWOV-iManage.FID98943]

Eric,

Attached is the draft pretrial order along with Microchip's Exhibits 1 and 3. As you'll see, Exhibits 1 and 3 contain Microchip's statements of issues of contested fact and issues of law, respectively. Per the court's order (D.I. 309) Exhibits 5-6 (deposition designations), 7-9 (exhibit lists), and 10 (motions in limine) are not due to be exchanged on today's date.

Please let us know if you have any questions.

Regards,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD PLLC**

401 Congress Ave, Ste 1650 ׀ Austin, TX 78701 ׀ USA

[O] 512.402.3569 ׀ [C] 512.468.6297 ׀ sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter. Please let the sender know if this message was received in error.

# EXHIBIT 2

# Eric Wiener

| | |
|---|---|
| **From:** | Brian Banner <bbanner@sgbfirm.com> |
| **Sent:** | Wednesday, March 2, 2022 6:36 AM |
| **To:** | Eric Wiener; Rovner, Philip A.; Choa, Jonathan A.; Andrew Jones; SERVICE-APTIV |
| **Cc:** | John Shaw; Joseph D. Gray; SGB Litigation; Bruce Slayden; arussell@shawkeller.com |
| **Subject:** | Microchip v. Aptiv - Case Narrowing [IWOV-iManage.FID98943] |

Eric,

Pursuant to the parties' agreement re: case narrowing (Microchip narrows to no more than 7 claims and one week later, Aptiv narrows to no more than four invalidity theories per claim), Microchip elects to pursue the following seven claims:

- '708 claim 6
- '243 claims 6, 10, 22-25

Regards,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD PLLC**

401 Congress Ave, Ste 1650 | Austin, TX 78701 | USA

[O] 512.402.3569 | [C] 512.468.6297 | sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter. Please let the sender know if this message was received in error.

# EXHIBIT 3

# Eric Wiener

| | |
|---|---|
| **From:** | Brian Banner <bbanner@sgbfirm.com> |
| **Sent:** | Saturday, April 2, 2022 11:09 AM |
| **To:** | Andrew Jones; Joyce Li; Eric Wiener; Darryl Adams; Truman Fenton; SGB Litigation; Joseph D. Gray; Bruce Slayden; Tecuan Flores; John Shaw; arussell@shawkeller.com |
| **Cc:** | SERVICE-APTIV; provner@potteranderson.com; Choa, Jonathan A.; Heather Zappa |
| **Subject:** | MTI v. Aptiv - MTI Case Narrowing [IWOV-iManage.FID98943] |

Counsel,

To further narrow the issues for the jury, Microchip will not assert Claim 22 of the '243 patent. Microchip is also withdrawing its indirect infringement claims.

Regards,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD PLLC**

401 Congress Ave, Ste 1650 l Austin, TX 78701 l USA

[O] 512.402.3569 l [C] 512.468.6297 l sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter. Please let the sender know if this message was received in error.

# EXHIBIT 4

# Eric Wiener

| | |
|---|---|
| **From:** | Brian Banner <bbanner@sgbfirm.com> |
| **Sent:** | Sunday, April 3, 2022 2:15 PM |
| **To:** | Eric Wiener; Darryl Adams |
| **Cc:** | AptivTrial; SERVICE-APTIV |
| **Subject:** | Re: 2022.04.03 DRAFT Stipulation re MILs [IWOV-iManage.FID98943] |
| **Attachments:** | 2022.04.03 DRAFT Stipulation re MILs.docx |

Eric,

To further narrow the issues for the jury, Microchip will not assert Claim 6 of the '708 patent or Claims 6 and 17 of the '243 patent. The remaining asserted claims are '243 patent Claims 10 & 23-25. Please see the attached revisions to the stip which reflect our changes and the additional withdrawn claims.

Darryl just responded separately re: meeting at 5:30.

Regards,

Brian C. Banner

**sgb** | **SLAYDEN GRUBERT BEARD** PLLC

401 Congress Ave, Ste 1650 I Austin, TX 78701 I USA

[O] 512.402.3569 I [C] 512.468.6297   I   sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter. Please let the sender know if this message was received in error.

---

**From:** Eric Wiener <EWiener@durietangri.com>
**Sent:** Sunday, April 3, 2022 4:44 PM
**To:** Darryl Adams <dadams@sgbfirm.com>
**Cc:** AptivTrial <AptivTrial@sgbfirm.com>; SERVICE-APTIV <SERVICE-APTIV@durietangri.com>
**Subject:** RE: 2022.04.03 DRAFT Stipulation re MILs

Darryl,

Please see the proposed edits attached to the stipulation.

1

Also, please let us know your availability in the next hour or so to meet and confer regarding some of the remaining exhibit objections, including the proposed limiting instructions you proposed on several exhibits.  We are free at 5:30 if you are free then.

-Eric

Eric Wiener (he/him) | Durie Tangri LLP | ewiener@durietangri.com | 415-376-6408

---

**From:** Darryl Adams <dadams@sgbfirm.com>
**Sent:** Sunday, April 3, 2022 2:25 PM
**To:** Eric Wiener <EWiener@durietangri.com>
**Cc:** AptivTrial <AptivTrial@sgbfirm.com>; SERVICE-APTIV <SERVICE-APTIV@durietangri.com>
**Subject:** 2022.04.03 DRAFT Stipulation re MILs

Eric – attached is a draft stipulation regarding Aptiv MIL 1 and Microchip MIL 2.  Please review and let us know if we have permission to file.

Darryl

# EXHIBIT 5

# Eric Wiener

| | |
|---|---|
| **From:** | Brian Banner <bbanner@sgbfirm.com> |
| **Sent:** | Wednesday, April 6, 2022 8:20 AM |
| **To:** | Eric Wiener; AptivTrial |
| **Cc:** | SERVICE-APTIV; provner@potteranderson.com; arussell@shawkeller.com |
| **Subject:** | RE: Opening deck exchange [IWOV-iManage.FID98943] |

Eric,

Given the court's decision, Microchip will not present claim 10 at trial.

Regards,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD PLLC**

401 Congress Ave, Ste 1650 I Austin, TX 78701 I USA

[O] 512.402.3569 I [C] 512.468.6297  I  sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter.  Please let the sender know if this message was received in error.

---

**From:** Brian Banner <bbanner@sgbfirm.com>
**Sent:** Tuesday, April 5, 2022 10:46 PM
**To:** Eric Wiener <EWiener@durietangri.com>; AptivTrial <AptivTrial@sgbfirm.com>
**Cc:** SERVICE-APTIV <SERVICE-APTIV@durietangri.com>; provner@potteranderson.com; arussell@shawkeller.com
**Subject:** Re: Opening deck exchange [IWOV-iManage.FID98943]

Eric,

Because the claim construction issue has not yet been resolved and we need to be ready to proceed tomorrow, Microchip is withdrawing claim 10.  Microchip reserves the right to reassert claim 10 if the Court reconstrues terms or construes additional terms.

Microchip will not oppose reasonable requests by Aptiv to revise its opening demonstratives related to claim 10.

Regards,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD PLLC**

401 Congress Ave, Ste 1650 I Austin, TX 78701 I USA

[O] 512.402.3569 I [C] 512.468.6297  I  sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter.  Please let the sender know if this message was received in error.

**From:** Eric Wiener <EWiener@durietangri.com>
**Sent:** Monday, April 4, 2022 5:31 PM
**To:** Brian Banner <bbanner@sgbfirm.com>; AptivTrial <AptivTrial@sgbfirm.com>
**Cc:** SERVICE-APTIV <SERVICE-APTIV@durietangri.com>; provner@potteranderson.com <provner@potteranderson.com>; arussell@shawkeller.com <arussell@shawkeller.com>
**Subject:** RE: Opening deck exchange [IWOV-iManage.FID98943]

Brian,

We understand that Microchip is maintaining its assertion of claims 10 and 23-25, and we intend to address all of those claims in our opening statement. We look forward to exchanging opening demonstratives at 8:00 tonight as previously agreed.

Regards,

Eric

Eric Wiener (he/him) | Durie Tangri LLP | ewiener@durietangri.com | 415-376-6408

**From:** Brian Banner <bbanner@sgbfirm.com>
**Sent:** Monday, April 4, 2022 5:28 PM
**To:** Eric Wiener <EWiener@durietangri.com>; AptivTrial <AptivTrial@sgbfirm.com>
**Cc:** SERVICE-APTIV <SERVICE-APTIV@durietangri.com>; provner@potteranderson.com; arussell@shawkeller.com
**Subject:** RE: Opening deck exchange [IWOV-iManage.FID98943]

Eric,

The court's email did not resolve the issue. Therefore, Microchip cannot narrow its case at this time and reserves the right to do so after this issue is resolved.

Regards,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD PLLC**

401 Congress Ave, Ste 1650 l Austin, TX 78701 l USA
[O] 512.402.3569 l [C] 512.468.6297 l sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter. Please let the sender know if this message was received in error.

**From:** Eric Wiener <EWiener@durietangri.com>
**Sent:** Monday, April 4, 2022 5:23 PM
**To:** Brian Banner <bbanner@sgbfirm.com>; AptivTrial <AptivTrial@sgbfirm.com>
**Cc:** SERVICE-APTIV <SERVICE-APTIV@durietangri.com>; provner@potteranderson.com; arussell@shawkeller.com
**Subject:** Opening deck exchange

Brian,

In view of the email from the Court, please let us know your final election of claims Microchip will be pursuing at trial.

Regards,

Eric

Eric Wiener (he/him) | Durie Tangri LLP | ewiener@durietangri.com | 415-376-6408

# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br>BOSTON SCIENTIFIC SCIMED, INC.,<br>and MEDTRONIC AVE, INC.<br><br>        Defendants. | Civil Action No. 97-550-SLR<br>        (consolidated) |
| BOSTON SCIENTIFIC CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>CORDIS CORPORATION, ETHICON, INC.<br>and JOHNSON & JOHNSON<br>INTERVENTIONAL SYSTEMS CO.,<br><br>        Defendants. | Civil Action No. 98-19-SLR |

**JUDGMENT IN A CIVIL CASE**

Pursuant to the notice of withdrawal of claims based on U.S. Patent No. 5,102,417, dated March 22, 2000 (D.I. 662); the jury verdict, dated December 11, 2000 (D.I. 182 (Civ. No. 98-197-SLR)); the court's memorandum opinion and order, dated March 28, 2002 (D.I. 1127, 1128); the court's memorandum order, dated May 15, 2002 (D.I. 1153); the court's September 22, 2004 ruling (D.I. 1253 at 27); and the jury verdict, dated March 24, 2005 (D.I. 1366):

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Cordis Corporation, Ethicon, Inc. and Johnson & Johnson Interventional Systems Co. (collectively "Cordis") and against Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life System, Inc.)(collectively "BSC") with respect to BSC's infringement of claims 23 and 44 of United States Patent No. 4,739,762 (the "'762 patent");

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Cordis and against BSC with respect to

the validity of claim 23 of the '762 patent;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of BSC and against Cordis with respect to the infringement of claim 22 of United States Patent No. 5,902,332 (the "'332 patent");

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of BSC and against Cordis with respect to the validity of claim 44 of the '762 patent and claim 22 of the of the '332 patent;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Cordis and against BSC with respect to the enforceability of the '762 patent and the '332 patent;

IT IS FURTHER ORDERED AND ADJUDGED that Cordis' complaint alleging infringement by BSC of claims 44, 51, 52 and 54 of the '762 patent, claims 17, 18, 25 and 26 of U.S. Patent No. 5,102,417, and claims 22 and 24 of the '332 patent, be dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that the issue of damages for BSC's infringement of claim 23 of the '762 patent is deferred until after all relevant liability issues are finally determined through appeal; and

IT IS FURTHER ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 54(d)(1) and D. Del. L.R. 54.1, BSC shall pay Cordis its costs incurred with respect to the '762 patent.

Dated: March 21, 2006

_____
United States District Judge

_____
(By) Deputy Clerk

2