IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>APTIV SERVICES US, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 17-1194-JDW<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF MICROCHIP TECHNOLOGY INCORPORATED'S MOTION FOR<br>NEW TRIAL PUSUANT TO RULE 59**

Plaintiff Microchip Technology Incorporated respectfully moves the Court for a new trial pursuant to Federal Rule of Civil Procedure 59. The grounds for this motion are set forth in Plaintiff Microchip Technology Incorporated's Brief in Support of its Motion for a New Trial Pursuant to Rule 59, filed concurrently herewith.

| | |
|---|---|
| OF COUNSEL:<br>Bruce W. Slayden II<br>Brian C. Banner<br>R. William Beard, Jr.<br>Truman H. Fenton<br>Darryl J. Adams<br>Joseph D. Gray<br>SLAYDEN GRUBERT BEARD PLLC<br>401 Congress Ave., Suite 1650<br>Austin, TX 78701<br>(512) 402-3550<br><br>Dated: May 20, 2022 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiff* |