IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 17-1194-JDW ) |
| APTIV SERVICES US, LLC, | ) ) |
| Defendant. | ) ) ) ) |

**[PROPOSED] ORDER**

**AND NOW**, this __ day of _____, 2022, upon consideration of Plaintiff Microchip Technology Incorporated's Motion for a New Trial Pursuant to Rule 59, and for the reasons set forth therein, it is **ORDERED** that Microchip's motion is **GRANTED**.

**BY THE COURT:**

_____
JOSHUA D. WOLSON, J.