# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APTIV SERVICES US, LLC, )<br>)<br>Defendant. ) | C.A. No. 17-01194-JDW |

## MOTION FOR JUDGMENT AS A MATTER OF LAW OR ALTERNATIVELY FOR A NEW TRIAL

Pursuant to Federal Rule of Civil Procedure 50(b), Defendant Aptiv Services US, LLC ("Aptiv") moves that, should the Court grant Plaintiff Microchip Technology, Inc.'s ("Microchip") Motion for Judgment as a Matter of Law and find that Aptiv infringed one or more of claims 23-25 of U.S. Patent No. 7,523,243 (the "'243 Patent"), it also find as a matter of law that claims 23-25 of the '243 Patent are invalid under 35 U.S.C. § 112 for lack of written description and/or lack of enablement.

In the alternative, Aptiv moves pursuant to Federal Rule of Civil Procedure 59 that, should the Court grant Microchip's Motion for a New Trial on the issue of whether Aptiv infringed one or more of claims 23-25 of the '243 patent, it also grant a new trial on the issue of whether claims 23-25 of the '243 Patent are invalid under 35 U.S.C. § 112 for lack of written description and/or lack of enablement.

The grounds for this motion are more fully set forth in the Opening Brief in Support of Aptiv's Motion for Judgment as a Matter of Law and upon the papers, records, and pleadings on file with the Court.

2

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Daralyn J. Durie<br>Timothy Saulsbury<br>Eric C. Wiener<br>Joyce C. Li<br>DURIE TANGRI LLP<br>217 Leidesdorff St.<br>San Francisco, CA 94111<br>(415) 362-6666 | By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com |
| W. Henry Huttinger<br>Andrew T. Jones<br>DURIE TANGRI LLP<br>953 East 3rd Street<br>Los Angeles, CA  90013<br>(213) 992-4499 | *Attorneys for Defendant*<br>*Aptiv Services US, LLC* |

Dated: May 20, 2022
10151022