**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROCHIP TECHNOLOGY INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APTIV SERVICES US, LLC, )<br>)<br>Defendant. ) | C.A. No. 17-01194-JDW |

**[PROPOSED] ORDER GRANTING DEFENDANT APTIV SERVICES US, LLC'S
MOTION FOR JUDGMENT AS MATTER OF LAW**

The Court, having considered the moving papers and evidence submitted in support thereof, the opposition, the reply, and argument presented at any hearing on the matter, and good cause therefore, orders as follows:

*Either*

Having found, pursuant to a motion filed by Plaintiff Microchip Technology, Inc., that Defendant Aptiv Services US, LLC infringed one or more of claims 23 – 25 of the '243 patent, Aptiv's Motion for Judgment as Matter of Law is hereby **GRANTED**, and the court finds as a matter of law that claims 23 – 25 of the '243 patent are invalid under 35 U.S.C. § 112 for lack of written description or lack of enablement.

*Or*

Having granted Plaintiff Microchip Technology, Inc.'s, motion for a new trial on the issue of whether Defendant Aptiv Services US, LLC infringed one or more of claims 23 – 25 of the '243 patent, Aptiv's Motion for a New Trial on the issue of whether claims 23 – 25 of the

'243 patent are invalid under 35 U.S.C. § 112 for lack of written description or lack of enablement.

**IT IS SO ORDERED.**

Dated: _____

UNITED STATES DISTRICT JUDGE