# Exhibit 1

Page 1

1

          IN THE UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF DELAWARE
3
                        - - -
4
MICROCHIP TECHNOLOGY        : C.A. No. 17-1194
5  INCORPORATED,            :
                            :
6           Plaintiff,      :
                            :
7        vs.                :
                            :
8  APTIV SERVICES US, LLC,  :
                            :
9           Defendant.      :
10                      - - -
11            TRANSCRIPT OF PROCEEDINGS
12                   TESTIMONY
13                   VOLUME 3
14                      - - -
15      Date:  Friday, April 8, 2022
16      Time:  9 o'clock a.m.
17      Place:  J. Caleb Boggs Federal Building
               844 N. King Street
18             Courtroom 6B
               Wilmington, Delaware  19801
19
20   Before:  HONORABLE JOSHUA D. WOLSON, JUDGE
21
  Reporter:  Rose A. Tamburri, RPR, CM, CRR
22           Notary Public of Delaware
                        - - -
23           VERITEXT LEGAL SOLUTIONS
                 MID-ATLANTIC REGION
24        1801 Market Street, Suite 1800
           Philadelphia, Pennsylvania  19103

JURY TRIAL - VOLUME 3

Page 2

```
1
    A P P E A R A N C E S:
2
3       SHAW KELLER LLP
        BY:  JOHN W. SHAW, ESQUIRE
4       ANDREW E. RUSSELL, ESQUIRE
        I.M. Pei Building
5       1105 N. Market Street
        12th Floor
6       Wilmington, Delaware  19801
        (302) 298-0700
7       jshaw@shawkeller.com
        arussell@shawkeller.com
8
                    and
9
        SLAYDEN, GRUBERT & BEARD
10      BY:  BRUCE SLAYDEN, ESQUIRE
             BRIAN BANNER, ESQUIRE
11           JOSEPH D. GRAY, ESQUIRE
             TRUMAN FENTON, ESQUIRE
12      Frost Bank Tower
        401 Congress Avenue
13      #1650
        Austin, Texas  78701
14      (512) 402-3550
        bslayden@sgbfirm.com
15      bbanner@sgbfirm.com
        jgray@sgbfirm.com
16      tfenton@sgbfirm.com
17      Representing the Plaintiff
18
19
20
21
22
23
24
```

JURY TRIAL - VOLUME 3

```
                                            Page 3

 1
     A P P E A R A N C E S (Cont'd)
 2
 3        POTTER, ANDERSON & CORROON
          BY:  PHILIP A. ROVNER, ESQUIRE
 4        1313 N. Market Street
          Hercules Plaza, 6th Floor
 5        P.O. Box 951
          Wilmington, Delaware  19899
 6        (302)  984-6114
          provner@potteranderson.com
 7
                       and
 8
          DURIE TANGRI
 9        BY:  DARALYN J. DURIE, ESQUIRE
               ERIC C. WIENER, ESQUIRE
10             TIMOTHY C. SAULSBURY, ESQUIRE
          217 Leidesdorff Street
11        San Francisco, california  94111
          (415) 362-6666
12        ddurie@durietangri.com
          eweiner@durietangri.com
13        tsaulsbury@durietangri.com
14
          Representing the Defendant
15
16
17
18
19
20
21
22
23
24
```

Page 4

I N D E X

WITNESS                                        PAGE

MITCHEL OBOLSKY

      CROSS-EXAMINATION BY:
      MS. DURIE                                  9
      REDIRECT EXAMINATION BY:
      MR. SLAYDEN                                66


IVAN ZATKOVICH

      DIRECT EXAMINATION BY:
      MR. FENTON                                73

      CROSS-EXAMINATION BY:
      MS. DURIE                                145
      REDIRECT EXAMINATION BY:
      MR. FENTON                                264


DR. STEPHEN BECKER

      DIRECT EXAMINATION BY:
      MR. GRAY                                  266

      CROSS-EXAMINATION BY:
      MR. WIENER                                356

Page 5

E X H I B I T S

| NO. | MARKED | ADMITTED |
|---|---|---|
| 262 | 10 | 11 |
| 272 | 22 | 22 |
| 269 | 26 | 27 |
| 275 | 28 | 28 |
| 273 | 31 | 31 |
| 236 | 35 | 35 |
| 270 | 36 | 37 |
| 271 | 36 | 37 |
| 42 | 49 | 49 |
| 50 | 66 | 66 |
| 82 | 67 | 67 |
| 47 | 67 | 67 |
| 94 | 108 | 108 |
| 5 | 109 | 110 |
| 6 | 109 | 110 |
| 7 | 109 | 110 |
| 373 | 153 | 154 |
| 186 | 155 | 156 |
| 374 | 198 | -- |
| 375 | 199 | -- |
| 370 | 221 | 227 |

JURY TRIAL - VOLUME 3

Page 6

1              E X H I B I T S, (Cont'd)

2

     376              231                    --

3

     182              280                   281

4

      18              281                   281

5

     125              281                   281

6

     264              387                   387

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

                                            08:19:09

JURY TRIAL - VOLUME 3

Page 7

|  |  |  |
|---|---|---|
| 1 | (Whereupon, the Court commenced | 08:19:09 |
| 2 | proceedings at 9 o'clock a.m.) | 08:19:13 |
| 3 | THE COURT CLERK:  All rise.  The | 08:19:17 |
| 4 | Honorable Joshua D. Wolson presiding. | 08:19:21 |
| 5 | THE COURT:  All right.  Good | 08:19:26 |
| 6 | morning, everybody. | 08:57:07 |
| 7 | MR. SLAYDEN:  Good morning. | 08:57:09 |
| 8 | MS. DURIE:  Good morning. | 08:57:10 |
| 9 | THE COURT:  Have a seat, please. | 08:57:11 |
| 10 | All right. | 08:57:14 |
| 11 | We got the jury instructions that | 08:57:16 |
| 12 | everybody sent last night.  Thank you.  We are | 08:57:17 |
| 13 | working through the changes you saw.  I will | 08:57:20 |
| 14 | try to incorporate them into our draft and I | 08:57:24 |
| 15 | will get you something by the end of the day | 08:57:28 |
| 16 | so you can look at them over the weekend. | 08:57:31 |
| 17 | MS. DURIE:  And I just want to be | 08:57:33 |
| 18 | clear that there is a dispute between the | 08:57:34 |
| 19 | parties about the changes. | 08:57:36 |
| 20 | THE COURT:  Yes, I saw that there | 08:57:37 |
| 21 | was a draft. | 08:57:38 |
| 22 | MS. DURIE:  Perfect. | 08:57:39 |
| 23 | THE COURT:  And then I guess you | 08:57:40 |
| 24 | accepted -- one side made changes, the other | 08:57:42 |

JURY TRIAL - VOLUME 3

Page 8

| | | |
|---|---|---|
| 1 | side didn't accept all the changes and made | 08:57:46 |
| 2 | their own changes.  I didn't think that meant | 08:57:48 |
| 3 | you had agreed to their changes. | 08:57:50 |
| 4 | MS. DURIE:  Perfect.  We just | 08:57:51 |
| 5 | wanted to get it in because we knew you were | 08:57:52 |
| 6 | waiting for it. | 08:57:55 |
| 7 | THE COURT:  Understood.  I think | 08:57:56 |
| 8 | we understand the state of play. | 08:57:57 |
| 9 | MS. DURIE:  Perfect. | 08:57:59 |
| 10 | THE COURT:  You know, you'll see | 08:58:00 |
| 11 | what we give you, and obviously to the extent | 08:58:01 |
| 12 | of what we issue.  I don't think it will be | 08:58:05 |
| 13 | amongst the confusion, but if it is, you'll | 08:58:08 |
| 14 | let us know. | 08:58:10 |
| 15 | MS. DURIE:  Yes.  Thank you. | 08:58:11 |
| 16 | Very, very much appreciate it, getting the | 08:58:11 |
| 17 | heads-up. | 08:58:15 |
| 18 | THE COURT:  Yes.  Okay.  All | 08:58:15 |
| 19 | right.  I think that's it.  I didn't hear | 08:58:20 |
| 20 | anything else in terms of issues we need to | 08:58:23 |
| 21 | take up; right? | 08:58:25 |
| 22 | MR. SLAYDEN:  No, Your Honor. | 08:58:26 |
| 23 | THE COURT:  All right.  Let's | 08:58:27 |
| 24 | bring the jury in and we'll get Mr. Obolsky | 08:58:28 |

JURY TRIAL - VOLUME 3

Page 9

| | | |
|---|---|---|
| 1 | back up here. | 08:58:31 |
| 2 | (Whereupon, the jury entered the | 08:58:33 |
| 3 | courtroom.) | 08:58:35 |
| 4 | THE COURT:  All right. | 08:58:59 |
| 5 | Good morning, everybody.  I am | 08:58:59 |
| 6 | impressed with your promptness.  I appreciate | 08:59:03 |
| 7 | it.  It's not always the case with juries, so | 08:59:05 |
| 8 | you are in good standing. | 08:59:08 |
| 9 | All right.  So we're going to | 08:59:09 |
| 10 | resume this morning with Mr. Obolsky.  I'm | 08:59:11 |
| 11 | sorry, you can all be seated.  You can resume | 08:59:14 |
| 12 | Mr. Obolsky's cross-examination, so Mr. | 08:59:17 |
| 13 | Obolsky, if you will step up. | 08:59:20 |
| 14 | You understand you're still under | 08:59:37 |
| 15 | oath? | 08:59:38 |
| 16 | THE WITNESS:  Yes, I do. | 08:59:39 |
| 17 | THE COURT:  All right. | 08:59:40 |
| 18 | Ms. Durie, you may proceed. | 08:59:41 |
| 19 | MS. DURIE:  Thank you. | 08:59:43 |
| 20 | - - - | 08:59:43 |
| 21 | CROSS-EXAMINATION, CONTINUED | 08:59:43 |
| 22 | - - - | 08:59:43 |
| 23 | BY MS. DURIE: | 08:59:43 |
| 24 | Q.  Mr. Obolsky, good morning. | 08:59:44 |

JURY TRIAL - VOLUME 3

Page 10

| | | |
|---|---|---|
| 1 | A.   Good morning. | 08:59:46 |
| 2 | Q.   Now, yesterday we left off in | 08:59:46 |
| 3 | December of 2014, and we were talking about | 08:59:48 |
| 4 | Chrysler.  And just by way of a refresher, | 08:59:52 |
| 5 | Tecvox was one of Microchip's customers; | 08:59:57 |
| 6 | right? | 09:00:00 |
| 7 | A.   Yes, it was. | 09:00:00 |
| 8 | Q.   An Tecvox had been pitching the | 09:00:03 |
| 9 | Chrysler business with a Microchip chip; | 09:00:06 |
| 10 | right? | 09:00:09 |
| 11 | A.   Yes, it was. | 09:00:10 |
| 12 | Q.   Okay. | 09:00:12 |
| 13 | That was the FlexConnect chip that | 09:00:12 |
| 14 | did not have persistent USB; right? | 09:00:14 |
| 15 | A.   Yes. | 09:00:18 |
| 16 | Q.   And Tecvox had learned that it was | 09:00:18 |
| 17 | losing the Chrysler business; right? | 09:00:22 |
| 18 | A.   Yes. | 09:00:24 |
| 19 | Q.   Okay. | 09:00:25 |
| 20 | MS. DURIE:  Let me mark for | 09:00:27 |
| 21 | identification TX-262. | 09:00:31 |
| 22 | (Whereupon, Trial Exhibit 262 was | 09:00:36 |
| 23 | introduced.) | 09:00:40 |
| 24 | BY MS. DURIE: | 09:00:47 |

Page 11

```
 1        Q.   Exhibit 262 is an email amongst a         09:00:47

 2   number of individuals at Microchip regarding a      09:00:50

 3   Thursday Chrysler meeting; correct?                 09:00:56

 4        A.   Let me look at it.                         09:01:00

 5        Q.   Sure.                                      09:01:01

 6        A.   Yes.                                       09:01:04

 7             MS. DURIE:  We offer it.                   09:01:06

 8             MR. SLAYDEN:  No objection.                09:01:07

 9             THE COURT:  Okay.  So received.            09:01:07

10             MS. DURIE:  And, Mr. Glass, if we          09:01:11

11   can put up page 1, and start at the -- that's       09:01:13

12   perfect.                                            09:01:18

13   BY MS. DURIE:                                        09:01:19

14        Q.   Now, this is an email, we see, from        09:01:19

15   Sal Canu; correct?                                  09:01:27

16        A.   Yes, it is.                                09:01:29

17        Q.   And can you remind us who he is?           09:01:30

18        A.   He is a salesman and applications          09:01:31

19   engineer inside of Microchip.                       09:01:33

20        Q.   Perfect.                                   09:01:35

21             Let's take a look -- let's start           09:01:36

22   at "Short-term" in the middle of the page.  He      09:01:38

23   is discussing Microchip's short-term position;      09:01:41

24   right?                                              09:01:43
```

JURY TRIAL - VOLUME 3

Page 12

1    A.    Yeah, where are we looking?                 09:01:48

2    Q.    Right there where it says,                  09:01:51

3    "Short-term."                                     09:01:53

4    A.    Okay.  I got it.                            09:01:53

5    Q.    And if the monitor in front of you          09:01:54

6    is --                                             09:01:56

7    A.    Easier up here.                             09:01:56

8    Q.    Completely understand.                      09:01:57

9          And he says, "We looked at                  09:02:00

10   developing a solution for 1 upstream lane,        09:02:02

11   persistent USB data and we don't have a           09:02:06

12   solution.  We wish we could provide a solution    09:02:08

13   but we don't have it."                            09:02:10

14          That was true; right?                      09:02:12

15   A.    Yes.                                        09:02:13

16   Q.    And then if we go a little bit              09:02:13

17   further down, he says, "We still think our        09:02:17

18   USB84604 solution is the best solution."          09:02:23

19          That was the FlexConnect solution;         09:02:28

20   right?                                            09:02:30

21   A.    Yes.                                        09:02:30

22   Q.    Okay.                                       09:02:31

23          Now, let's go up -- actually, I            09:02:32

24   take it back.                                     09:02:35

JURY TRIAL - VOLUME 3

                                                          Page 13

1              MS. DURIE:  Let's go down, take        09:02:39

2    that down and go to "Long-term" underneath       09:02:40

3    there, if we can blow that up.  Perfect.         09:02:43

4    That's what we need.  That's great.              09:02:47

5    BY MS. DURIE:                                    09:02:49

6        Q.   So he says, "Long-term:  We have        09:02:49

7    Sparta in the product pipeline and will          09:02:53

8    continue on that path.  This is the solution     09:02:55

9    that works with 2 upstream lanes."               09:02:58

10             So that's not a one-lane solution,     09:03:02

11   that's a two-lane solution; right?               09:03:04

12       A.   That's what it says, yes.               09:03:07

13       Q.   Okay.                                    09:03:08

14             And then he says, "We will              09:03:10

15   consider a solution for 1 upstream lane with     09:03:12

16   persistent USB data but do not have a            09:03:15

17   commitment for that now."                        09:03:18

18             So 1 upstream lane with persistent     09:03:21

19   USB data, that's what Chrysler was asking for?   09:03:24

20       A.   Yes.                                     09:03:26

21       Q.   That's what Tecvox didn't have?         09:03:27

22       A.   Yes.                                     09:03:29

23       Q.   Right?                                   09:03:29

24             And Dave Diovardi, who is he?          09:03:31

Page 14

1      A.   Dave Diovardi is a program manager at        09:03:34

2   Chrysler.                                            09:03:39

3      Q.   Okay.                                        09:03:39

4           MS. DURIE:  Now, if we can go up,            09:03:40

5   Mr. Glass, to the top of the email.  It says,        09:03:42

6   "Our position:  Upper Management involvement."       09:03:48

7           Actually, can we go back down to            09:03:52

8   "Long-term," I apologize.                            09:03:55

9   BY MS. DURIE:                                        09:03:56

10      Q.   It says, "(We can ask Dave Diovardi         09:03:56

11   here - Is the Unwired solution certified with       09:03:59

12   Apple?)  Certification of this system would         09:04:01

13   help make the case to Upper Management to put       09:04:03

14   this solution in the pipeline."                     09:04:06

15           So some of the folks at Microchip           09:04:08

16   were trying to make the case with upper             09:04:11

17   management about this 1 upstream lane with          09:04:13

18   persistent USB data saying hey, guys, we need       09:04:15

19   to do this; right?                                  09:04:19

20      A.   Yes.  It appears so.                        09:04:20

21      Q.   And one of the road blocks was that         09:04:22

22   Microchip was worried that Apple wasn't             09:04:24

23   ultimately going to certify this?                   09:04:26

24      A.   Yes.                                        09:04:29

JURY TRIAL - VOLUME 3

Page 15

| | | |
|---|---|---|
| 1 | Q.   Okay. | 09:04:29 |
| 2 | And so now, let's go up to the | 09:04:30 |
| 3 | top.  "Our position:  Upper Management | 09:04:33 |
| 4 | involvement." | 09:04:37 |
| 5 | Now, upper management, that's you; | 09:04:39 |
| 6 | right?  You're part of upper management? | 09:04:41 |
| 7 | A.   Yes. | 09:04:43 |
| 8 | Q.   Okay. | 09:04:44 |
| 9 | "Upper Management is aware of the | 09:04:45 |
| 10 | market, the requirements, and all solutions | 09:04:47 |
| 11 | proposed.  More information is needed for them | 09:04:49 |
| 12 | to make any directional changes and this will | 09:04:51 |
| 13 | take time.  A business case providing revenue | 09:04:54 |
| 14 | commitments/estimates would have to justify | 09:04:56 |
| 15 | investment." | 09:04:59 |
| 16 | Now, sir, you said yesterday in | 09:05:01 |
| 17 | your direct examination that Microchip always | 09:05:02 |
| 18 | does what its customers want; right? | 09:05:05 |
| 19 | A.   Eventually, yes. | 09:05:08 |
| 20 | Q.   Yeah, eventually. | 09:05:10 |
| 21 | You knew that this was something | 09:05:12 |
| 22 | that Tecvox wanted; right? | 09:05:13 |
| 23 | A.   Yes.  We became aware, yes. | 09:05:16 |
| 24 | Q.   Yeah.  And your response wasn't | 09:05:19 |

Page 16

| | | |
|---|---|---|
| 1 | absolutely, we'll get right on it; your | 09:05:21 |
| 2 | response was yeah, we'll think about it and | 09:05:23 |
| 3 | see if that's something we want to do? | 09:05:25 |
| 4 | A.   That's the response here. | 09:05:28 |
| 5 | Q.   Right. | 09:05:30 |
| 6 | A.   I'm not copied on this message. | 09:05:31 |
| 7 | Q.   Okay. | 09:05:33 |
| 8 | So the wall that Microchip ran | 09:05:33 |
| 9 | into in this timeframe is that they didn't | 09:05:35 |
| 10 | have a solution to be able, both, to have | 09:05:39 |
| 11 | music at the same time as CarPlay in a single | 09:05:43 |
| 12 | lane format, and you weren't sure it was worth | 09:05:45 |
| 13 | the investment to come up with one? | 09:05:47 |
| 14 | A.   At this point, we weren't sure we | 09:05:51 |
| 15 | should do this chip, yes. | 09:05:53 |
| 16 | Q.   Right. | 09:05:56 |
| 17 | MS. DURIE:  Mr. Glass, if we could | 09:05:57 |
| 18 | put up TX-36 in evidence. | 09:05:59 |
| 19 | BY MS. DURIE: | 09:06:04 |
| 20 | Q.   TX-36 is an email exchange with you | 09:06:06 |
| 21 | and Steve Sanghi. | 09:06:10 |
| 22 | So who is Steve Sanghi? | 09:06:14 |
| 23 | A.   Steve Sanghi, at the time, was the | 09:06:15 |
| 24 | CEO of Microchip. | 09:06:17 |

JURY TRIAL - VOLUME 3

Page 17

| | | |
|---|---|---|
| 1 | Q.   And there is a copy there to Ganesh | 09:06:18 |
| 2 | Moorthy.  Who was he? | 09:06:23 |
| 3 | A.   Ganesh was my boss immediately and | 09:06:24 |
| 4 | eventually has now become the CEO. | 09:06:28 |
| 5 | Q.   Right. | 09:06:30 |
| 6 | So fair to say this is about as | 09:06:31 |
| 7 | upper management as it gets; right? | 09:06:32 |
| 8 | A.   That's fair. | 09:06:34 |
| 9 | Q.   Okay. | 09:06:35 |
| 10 | Now, if we can start at the email | 09:06:37 |
| 11 | that you sent, it's on the second page, and | 09:06:41 |
| 12 | blow up this. | 09:06:48 |
| 13 | So you said -- this is part of | 09:06:51 |
| 14 | what you wrote; right? | 09:06:52 |
| 15 | A.   Yeah. | 09:06:56 |
| 16 | Q.   And you're talking about a meeting | 09:06:56 |
| 17 | that's going to happen with Tecvox; right? | 09:06:58 |
| 18 | And if we go down, there is a | 09:07:05 |
| 19 | discussion here about Don Perkins.  Who is | 09:07:07 |
| 20 | Don? | 09:07:09 |
| 21 | A.   Don was one of the marketing managers | 09:07:10 |
| 22 | at the time. | 09:07:14 |
| 23 | Q.   Okay. | 09:07:14 |
| 24 | MS. DURIE:  And so let's go down, | 09:07:14 |

Page 18

```
 1    the next page following up on your email, we          09:07:16

 2    can go to page 3.  There we go.                       09:07:21

 3    BY MS. DURIE:                                          09:07:21

 4       Q.   And so in your summary of this, you           09:07:25

 5    say, "In my last meeting with Raj, he stated          09:07:28

 6    that he blames Microchip for his failure at           09:07:31

 7    Chrysler."                                             09:07:34

 8            So this is the Tecvox guy saying              09:07:36

 9    he thinks it's Microchip's fault that he lost          09:07:37

10    the Chrysler business; right?                          09:07:39

11       A.   That's what -- that is what he                09:07:42

12    thought, I guess.                                      09:07:43

13       Q.   Yeah.                                          09:07:44

14            And you say, "He was trying to                09:07:45

15    make me feel guilty, and be more agreeable to          09:07:48

16    supporting them.  The reality is the market is         09:07:51

17    evolving quickly.  Our current solution is             09:07:54

18    good, but does not solve all problems.  We are         09:07:56

19    planning to develop a next generation                  09:07:58

20    solution, in part based on Tecvox's feedback.          09:08:00

21    In part in response to the Unwired solution,           09:08:03

22    which we had dismissed when they were a small          09:08:05

23    standalone company."                                   09:08:07

24            And that's true; right?                        09:08:09
```

JURY TRIAL - VOLUME 3

Page 19

```
 1        A.    That is true.  Unwired was struggling        09:08:14

 2   quite a bit at the time.                                09:08:17

 3        Q.    Yeah.  They were a small stand-alone         09:08:18

 4   company and so you dismissed their solution?            09:08:20

 5        A.    Yes.                                         09:08:24

 6        Q.    Okay.                                        09:08:26

 7              MS. DURIE:  Let's go to the first            09:08:34

 8   page.  Great.  And actually, can you just go            09:08:29

 9   back to the whole document for a second so we           09:08:36

10   can see where we're going.                              09:08:39

11   BY MS. DURIE:                                           09:08:41

12        Q.    So at the top, this is your email to         09:08:41

13   your CEO, to the guy who is going to become             09:08:43

14   your CEO, and you are responding to this email          09:08:46

15   thread; right?                                          09:08:48

16        A.    Can you repeat your question?  I was         09:08:51

17   not quite following.                                    09:08:54

18        Q.    Sure.                                        09:08:55

19              This email that you wrote at the            09:08:56

20   top, you're reporting to your CEO and to the           09:08:57

21   guy who is going to become your CEO about this         09:09:00

22   email thread underneath that we were just             09:09:02

23   looking at; right?                                     09:09:04

24        A.    Yes.                                        09:09:06
```

JURY TRIAL - VOLUME 3

Page 20

| | | |
|---|---|---|
| 1 | Q.   Okay. | 09:09:06 |
| 2 | And you say, "We left with actions | 09:09:07 |
| 3 | relating to pricing and technology," and then | 09:09:10 |
| 4 | let's look at the second one.  "We have been | 09:09:13 |
| 5 | working on the business case and technical | 09:09:16 |
| 6 | details to provide a single connection | 09:09:18 |
| 7 | solution similar to Unwired.  We are still not | 09:09:20 |
| 8 | sure the ROI" -- that's return on investment; | 09:09:24 |
| 9 | right? | 09:09:28 |
| 10 | A.   Yes. | 09:09:28 |
| 11 | Q.   "We are still not sure the return on | 09:09:29 |
| 12 | investment justifies this project, but are | 09:09:31 |
| 13 | much more confident than when it was first | 09:09:34 |
| 14 | proposed.  This development would be about 1.5 | 09:09:37 |
| 15 | to $2 million."  And then you go on to say, | 09:09:40 |
| 16 | "With limited resources." | 09:09:45 |
| 17 | Limited resources; I think I heard | 09:09:48 |
| 18 | in opening that Microchip's R & D budget is | 09:09:50 |
| 19 | $1.2 billion; is that right? | 09:09:55 |
| 20 | A.   It is today, yes. | 09:09:57 |
| 21 | Q.   Yeah. | 09:09:58 |
| 22 | A.   It was not at this time. | 09:09:59 |
| 23 | Q.   Right. | 09:10:01 |
| 24 | But if it is -- if it's | 09:10:02 |

Page 21

| | | |
|---|---|---|
| 1 | $1.2 billion today, presumably it was several | 09:10:04 |
| 2 | hundred million dollars back then; right? | 09:10:07 |
| 3 | A.   That's a fair estimate. | 09:10:08 |
| 4 | Q.   Okay. | 09:10:09 |
| 5 | So "with limited resources, this | 09:10:10 |
| 6 | project needs to return 15 to $20 million or | 09:10:13 |
| 7 | will not be funded." | 09:10:17 |
| 8 | So at this point in time, | 09:10:19 |
| 9 | January 6, 2015, Microchip had not yet made a | 09:10:21 |
| 10 | decision whether it was willing to make an | 09:10:23 |
| 11 | investment in order to come out with a | 09:10:25 |
| 12 | one-lane persistent USB solution; fair? | 09:10:28 |
| 13 | A.   Yes, that was the Sandia chip we have | 09:10:30 |
| 14 | been talking about that was being analyzed, | 09:10:33 |
| 15 | the business plan was being worked. | 09:10:35 |
| 16 | Q.   Okay. | 09:10:37 |
| 17 | Now, at this point in time, | 09:10:38 |
| 18 | combatting the Unwired threat was a key goal | 09:10:41 |
| 19 | of your business unit; right? | 09:10:44 |
| 20 | A.   In this context, I think it was a key | 09:10:49 |
| 21 | to what Tecvox needed and responded to | 09:10:51 |
| 22 | Chrysler. | 09:10:58 |
| 23 | MS. DURIE:  Okay.  Let me mark for | 09:10:58 |
| 24 | identification Exhibit 272. | 09:11:00 |

JURY TRIAL - VOLUME 3

Page 22

| | | |
|---|---|---|
| 1 | (Whereupon, Trial Exhibit 272 was | 09:11:05 |
| 2 | introduced.) | 09:11:08 |
| 3 | BY MS. DURIE: | 09:11:14 |
| 4 | Q.   Okay. | 09:11:15 |
| 5 | Exhibit 272 is an email from you | 09:11:15 |
| 6 | to a number of individuals, including Mark | 09:11:19 |
| 7 | Bohm, January 12th, 2015; right? | 09:11:21 |
| 8 | A.   Hang on one second. | 09:11:26 |
| 9 | Q.   Sure. | 09:11:27 |
| 10 | A.   Yes. | 09:11:28 |
| 11 | MS. DURIE:  We offer it. | 09:11:30 |
| 12 | MR. SLAYDEN:  No objection. | 09:11:30 |
| 13 | THE COURT:  All right.  It will | 09:11:32 |
| 14 | come in. | 09:11:33 |
| 15 | MS. DURIE:  And we can start at | 09:11:34 |
| 16 | the top of the first page. | 09:11:39 |
| 17 | BY MS. DURIE: | 09:11:41 |
| 18 | Q.   There's an email from you, | 09:11:41 |
| 19 | January 12th, 2015, "Updated Goals," and | 09:11:43 |
| 20 | underneath that you say, "One bonus goal | 09:11:49 |
| 21 | related to Unwired that was already in our | 09:11:52 |
| 22 | plans.  In yellow." | 09:11:55 |
| 23 | So these are corporate goals; | 09:11:57 |
| 24 | right? | 09:11:59 |

JURY TRIAL - VOLUME 3

Page 23

| | | |
|---|---|---|
| 1 | A.   Hang on. | 09:12:00 |
| 2 | Yeah, these are division goals, | 09:12:05 |
| 3 | yes. | 09:12:09 |
| 4 | Q.   Now, is it right that the way | 09:12:10 |
| 5 | Microchip worked, bonuses for employees in a | 09:12:12 |
| 6 | particular group or division are tied to goals | 09:12:15 |
| 7 | for that division or group for some period of | 09:12:19 |
| 8 | time? | 09:12:21 |
| 9 | A.   No, they are not. | 09:12:21 |
| 10 | Q.   Okay. | 09:12:22 |
| 11 | So bonuses are completely | 09:12:22 |
| 12 | unrelated to corporate performance? | 09:12:24 |
| 13 | A.   Well, bonus is only a function of | 09:12:26 |
| 14 | corporate high-line revenue and growth, | 09:12:28 |
| 15 | period. | 09:12:31 |
| 16 | Q.   Okay.  Fair enough. | 09:12:31 |
| 17 | Now, let's take a look at the | 09:12:33 |
| 18 | goals.  I take it even if you don't have | 09:12:36 |
| 19 | bonuses tied to them, you still care about | 09:12:38 |
| 20 | meeting them? | 09:12:43 |
| 21 | A.   We set a plan and we hope to meet | 09:12:43 |
| 22 | that plan. | 09:12:45 |
| 23 | Q.   Great. | 09:12:46 |
| 24 | MS. DURIE:  Let's take a look at | 09:12:46 |

Page 24

| | | |
|---|---|---|
| 1 | the third page, Mr. Glass, and let's take a | 09:12:49 |
| 2 | look at what the goals were. | 09:12:52 |
| 3 | BY MS. DURIE: | 09:12:55 |
| 4 | Q.   So Q4, fiscal year 2015, January to | 09:12:55 |
| 5 | March of 2015, Objectives and Key Results. | 09:13:00 |
| 6 | So this is a list of goals, and | 09:13:04 |
| 7 | then you're highlighting the status of | 09:13:06 |
| 8 | performance against those goals; right? | 09:13:09 |
| 9 | A.   Yes. | 09:13:12 |
| 10 | Q.   Okay. | 09:13:12 |
| 11 | And so green means complete, | 09:13:13 |
| 12 | yellow means at risk, red means likely miss, | 09:13:17 |
| 13 | blue is on track.  1(c) goal, initiate | 09:13:21 |
| 14 | business and technical actions to combat the | 09:13:25 |
| 15 | Unwired threat, and the status of that | 09:13:27 |
| 16 | particular goal is yellow, which means it was | 09:13:30 |
| 17 | seen as being at risk; right? | 09:13:32 |
| 18 | A.   Yeah.  It was being completed by the | 09:13:35 |
| 19 | end of March. | 09:13:37 |
| 20 | Q.   There was a risk that you would not | 09:13:38 |
| 21 | succeed in your business and technical actions | 09:13:41 |
| 22 | to combat the Unwired threat by the end of the | 09:13:43 |
| 23 | quarter? | 09:13:49 |
| 24 | A.   I'm sorry, by? | 09:13:49 |

JURY TRIAL - VOLUME 3

Page 25

| | | |
|---|---|---|
| 1 | Q.   The end of the quarter. | 09:13:50 |
| 2 | A.   Yes.  And that's what it's measuring. | 09:13:51 |
| 3 | Q.   Right.  So keep this date in mind. | 09:13:54 |
| 4 | Let's go back to the first page. | 09:13:57 |
| 5 | January 12th, 2015; did anything | 09:13:59 |
| 6 | else happen on January 12th, 2015, relevant to | 09:14:09 |
| 7 | this case? | 09:14:12 |
| 8 | A.   I'm sorry? | 09:14:13 |
| 9 | Q.   Did anything else happen on | 09:14:14 |
| 10 | January 12th, 2015, that is relevant to this | 09:14:16 |
| 11 | case? | 09:14:19 |
| 12 | A.   I don't specifically remember, but... | 09:14:20 |
| 13 | Q.   All right.  Let's take a look. | 09:14:23 |
| 14 | MS. DURIE:  TX-9 in evidence, | 09:14:25 |
| 15 | please. | 09:14:28 |
| 16 | BY MS. DURIE: | 09:14:28 |
| 17 | Q.   January 12th, 2015, "Dear Mr. Voto," | 09:14:29 |
| 18 | here are our concerns. | 09:14:38 |
| 19 | A.   Yes. | 09:14:41 |
| 20 | Q.   So you sent the notice letter to | 09:14:41 |
| 21 | Delphi the same day that you sent around | 09:14:44 |
| 22 | internally that your goal of initiating | 09:14:46 |
| 23 | business and technical actions to combat the | 09:14:48 |
| 24 | Unwired threat was at risk; right? | 09:14:51 |

JURY TRIAL - VOLUME 3

Page 26

| | | |
|---|---|---|
| 1 | A.   It would appear so, yes. | 09:14:56 |
| 2 | Q.   All right. | 09:14:58 |
| 3 | Now, Delphi responded to that | 09:14:58 |
| 4 | letter promptly; right? | 09:15:00 |
| 5 | A.   I guess, as I understand it. | 09:15:03 |
| 6 | MS. DURIE:  Let's take a look. | 09:15:09 |
| 7 | Mark for identification Exhibit 269. | 09:15:11 |
| 8 | (Whereupon, Trial Exhibit 269 was | 09:15:13 |
| 9 | introduced.) | 09:15:16 |
| 10 | BY MS. DURIE: | 09:15:28 |
| 11 | Q.   Exhibit 269 is a fax, which is kind | 09:15:28 |
| 12 | of charming.  It is a fax from 2015, and if we | 09:15:31 |
| 13 | take a look at the thing that was faxed, it's | 09:15:36 |
| 14 | a letter from Delphi to Microchip Technology | 09:15:38 |
| 15 | Incorporated responding to the January 12th | 09:15:43 |
| 16 | letter that we were just looking at; right? | 09:15:45 |
| 17 | A.   Yes, it appears to be. | 09:15:49 |
| 18 | MS. DURIE:  We offer 269. | 09:15:50 |
| 19 | MR. SLAYDEN:  It's got a | 09:15:57 |
| 20 | limitation to it. | 09:15:59 |
| 21 | THE COURT:  I'm sorry? | 09:16:01 |
| 22 | MR. SLAYDEN:  Subject to a | 09:16:02 |
| 23 | limitation, I'll represent, giving the letter | 09:16:02 |
| 24 | to attorneys. | 09:16:08 |

JURY TRIAL - VOLUME 3

Page 27

| | | |
|---|---|---|
| 1 | THE COURT:  Okay.  I'll receive | 09:16:09 |
| 2 | it.  And, ladies and gentlemen, you'll see the | 09:16:13 |
| 3 | exhibit.  You should not draw any inferences, | 09:16:17 |
| 4 | one way or another, from the fact that there | 09:16:19 |
| 5 | were also attorneys who received a copy of it, | 09:16:22 |
| 6 | which you'll see on the letter. | 09:16:23 |
| 7 | MS. DURIE:  Terrific. | 09:16:25 |
| 8 | Mr. Glass, if we could see 269, | 09:16:27 |
| 9 | please, page 2. | 09:16:31 |
| 10 | BY MS. DURIE: | 09:16:32 |
| 11 | Q.  This is the letter that Delphi faxed | 09:16:33 |
| 12 | back dated January 30th, 2015, responding to | 09:16:35 |
| 13 | the letter, and if we can go down, saying we | 09:16:41 |
| 14 | don't intend to use any of your intellectual | 09:16:44 |
| 15 | properties, we value our business | 09:16:47 |
| 16 | relationship, et cetera; right? | 09:16:48 |
| 17 | A.  Yes, that appears so. | 09:16:52 |
| 18 | Q.  Okay. | 09:16:53 |
| 19 | And Microchip didn't respond to | 09:16:53 |
| 20 | this letter from Delphi; right? | 09:16:57 |
| 21 | A.  I don't know.  I don't know what | 09:16:59 |
| 22 | happened next. | 09:17:01 |
| 23 | Q.  You don't know what happened next. | 09:17:02 |
| 24 | All right.  Well, let's take a look. | 09:17:05 |

JURY TRIAL - VOLUME 3

                                                    Page 28

1              MS. DURIE:  275.                      09:17:10

2              (Whereupon, Trial Exhibit 275 was     09:17:13

3    introduced.)                                    09:17:16

4    BY MS. DURIE:                                   09:17:16

5        Q.   Exhibit 275, email from Mitch Obolsky  09:17:29

6    to Steve Sanghi, CEO, Ganesh Moorthy,           09:17:33

7    CEO-to-be, initial proposal for Tecvox; right?  09:17:38

8        A.   Hang on.  Yes.                         09:17:41

9        Q.   January 26, 2015?                      09:17:45

10       A.   Yes.                                    09:17:46

11             MS. DURIE:  We offer 275.             09:17:47

12             MR. SLAYDEN:  No objection, Your       09:17:49

13   Honor.                                          09:17:51

14             THE COURT:  All right.  It's          09:17:51

15   admitted.                                       09:17:52

16             MS. DURIE:  Okay.  So Exhibit 275,    09:17:55

17   page 1, if you can blow that up.  Perfect.      09:17:57

18             Thank you.  All right.                09:18:01

19   BY MS. DURIE:                                   09:18:03

20       Q.   So this is an email from you, "The     09:18:03

21   attached slides are the heart of the            09:18:05

22   discussion with Tecvox.  There have been about  09:18:07

23   20 hours of internal Microchip meetings in the  09:18:12

24   last two weeks, and many more are needed to     09:18:14

Page 29

| | | |
|---|---|---|
| 1 | complete the product definition." | 09:18:17 |
| 2 | And then it goes on to say, "We | 09:18:22 |
| 3 | now believe it is technically feasible to | 09:18:25 |
| 4 | develop a solution that competes with | 09:18:28 |
| 5 | Unwired's and also can serve the European car | 09:18:30 |
| 6 | manufacturers whose needs differ slightly." | 09:18:33 |
| 7 | So now you had concluded that this | 09:18:38 |
| 8 | one-lane persistent USB solution was | 09:18:44 |
| 9 | technically feasible? | 09:18:48 |
| 10 | A.   That's what it says.  That is | 09:18:51 |
| 11 | correct. | 09:18:54 |
| 12 | Q.   That, indeed, is what it says. | 09:18:54 |
| 13 | Now, you let your CEO know -- if | 09:18:57 |
| 14 | we can scroll down a little bit -- you got a | 09:19:01 |
| 15 | preliminary set of features, you've got a | 09:19:06 |
| 16 | development timeline, you've got product | 09:19:09 |
| 17 | costs. | 09:19:11 |
| 18 | Developing a chip takes a lot; | 09:19:11 |
| 19 | right? | 09:19:13 |
| 20 | A.   Yes, it does. | 09:19:14 |
| 21 | Q.   Yeah. | 09:19:15 |
| 22 | And you say, "It will likely take | 09:19:15 |
| 23 | until the end of March to fully define the | 09:19:17 |
| 24 | product and timeline," so you're not even | 09:19:20 |

JURY TRIAL - VOLUME 3

Page 30

| | | |
|---|---|---|
| 1 | going to have a plan until the end of March, | 09:19:23 |
| 2 | and likely two years or more to reach | 09:19:25 |
| 3 | production if the business plan says we should | 09:19:27 |
| 4 | proceed with this project. | 09:19:29 |
| 5 | That's what you told your CEO at | 09:19:31 |
| 6 | the time; right? | 09:19:34 |
| 7 | A.   Yes.  That's what it says. | 09:19:35 |
| 8 | Q.   Okay. | 09:19:36 |
| 9 | And ultimately you decided, at | 09:19:40 |
| 10 | this point in time, to call the thing that you | 09:19:43 |
| 11 | were developing a multi-host device | 09:19:46 |
| 12 | controller; right? | 09:19:52 |
| 13 | A.   I guess so.  I don't -- I don't know | 09:19:54 |
| 14 | that. | 09:19:56 |
| 15 | Q.   Yeah. | 09:19:57 |
| 16 | A.   I assume. | 09:19:58 |
| 17 | Q.   It is after you've sent the notice | 09:19:59 |
| 18 | letter to Aptiv/Delphi; right?  Right? | 09:20:01 |
| 19 | A.   Hang on one second.  You said this is | 09:20:09 |
| 20 | after?  What's the date?  I'm sorry. | 09:20:11 |
| 21 | Q.   Yeah, this is after.  January 26th; | 09:20:13 |
| 22 | right? | 09:20:15 |
| 23 | A.   Yes, yes.  Sorry. | 09:20:16 |
| 24 | Q.   You're thinking about how to counter | 09:20:17 |

JURY TRIAL - VOLUME 3

Page 31

| | | |
|---|---|---|
| 1 | the threat posed by the Unwired/Delphi | 09:20:20 |
| 2 | solution at this point in time; right? | 09:20:24 |
| 3 | A.   Yes. | 09:20:26 |
| 4 | Q.   And so you picked, for the product | 09:20:27 |
| 5 | that you were starting to develop, the name | 09:20:31 |
| 6 | that was in the patent that you had sent to | 09:20:33 |
| 7 | Delphi; right? | 09:20:37 |
| 8 | A.   If that's true, yes. | 09:20:40 |
| 9 | MS. DURIE:   Let's take a look. | 09:20:43 |
| 10 | Identification, Exhibit 273. | 09:20:48 |
| 11 | (Whereupon, Trial Exhibit 273 was | 09:20:52 |
| 12 | offered.) | 09:20:55 |
| 13 | BY MS. DURIE: | 09:21:03 |
| 14 | Q.   Exhibit 273, an email from David | 09:21:05 |
| 15 | Sroka to Mark Bohm, among others, dated | 09:21:09 |
| 16 | January 12th, 2015; right? | 09:21:12 |
| 17 | A.   Yes. | 09:21:17 |
| 18 | MS. DURIE:   We offer it. | 09:21:17 |
| 19 | MR. SLAYDEN:   No objection, Your | 09:21:19 |
| 20 | Honor. | 09:21:20 |
| 21 | THE COURT:   All right.   It is | 09:21:20 |
| 22 | admitted. | 09:21:21 |
| 23 | MS. DURIE:   And, Mr. Glass, if we | 09:21:23 |
| 24 | can take a look at Exhibit 273, second full | 09:21:25 |

JURY TRIAL - VOLUME 3

Page 32

| | | |
|---|---|---|
| 1 | paragraph, from Mr. Sroka. | 09:21:29 |
| 2 | BY MS. DURIE: | 09:21:31 |
| 3 |     Q.   Now, just to be clear -- | 09:21:31 |
| 4 |         MS. DURIE:  And if you can blow | 09:21:33 |
| 5 | that up, too. | 09:21:35 |
| 6 | BY MS. DURIE: | 09:21:35 |
| 7 |     Q.   So Mr. Sroka is the one we saw | 09:21:37 |
| 8 | yesterday who is, both, a marketing guy, but | 09:21:39 |
| 9 | also an engineer who was working on that | 09:21:41 |
| 10 | PowerPoint product definition set of slides | 09:21:43 |
| 11 | for the chip that Microchip was working on; | 09:21:45 |
| 12 | right? | 09:21:47 |
| 13 |     A.   Can you repeat that?  I'm sorry, I | 09:21:48 |
| 14 | didn't follow the whole thing. | 09:21:51 |
| 15 |     Q.   Sure. | 09:21:52 |
| 16 |         Yesterday we saw a PowerPoint | 09:21:53 |
| 17 | presentation, it had Mr. Sroka's name on it, | 09:21:54 |
| 18 | relating to the development of the Sandia | 09:21:57 |
| 19 | chip; right?  That's the one-lane persistent | 09:21:59 |
| 20 | USB? | 09:22:01 |
| 21 |     A.   Yes, I think so. | 09:22:02 |
| 22 |     Q.   Okay. | 09:22:04 |
| 23 |         And I think we confirmed, he is, | 09:22:04 |
| 24 | both, a marketing guy, but also an engineer; | 09:22:07 |

JURY TRIAL - VOLUME 3

Page 33

| | | |
|---|---|---|
| 1 | right? | 09:22:09 |
| 2 | A.    Yes. | 09:22:09 |
| 3 | Q.    Okay. | 09:22:09 |
| 4 | And so Mr. Sroka, as the person | 09:22:10 |
| 5 | responsible for this project, says, "First we | 09:22:14 |
| 6 | are well positioned with USB84604," so | 09:22:18 |
| 7 | Microchip is still trying to sell that old | 09:22:22 |
| 8 | FlexConnect solution; right? | 09:22:25 |
| 9 | A.    I don't know about old.  It was brand | 09:22:27 |
| 10 | new at that time. | 09:22:30 |
| 11 | Q.    All right.  Fine. | 09:22:30 |
| 12 | Microchip was still trying to sell | 09:22:31 |
| 13 | the FlexConnect solution that it had already | 09:22:33 |
| 14 | developed; right? | 09:22:36 |
| 15 | A.    Yes. | 09:22:37 |
| 16 | Q.    Okay. | 09:22:37 |
| 17 | And he says, "but we lost against | 09:22:39 |
| 18 | Unwired at Chrysler, Ford, and GM.  Chrysler | 09:22:42 |
| 19 | came to us very aggressively to look at doing | 09:22:47 |
| 20 | a spoofed device," and this spoofed device, | 09:22:49 |
| 21 | that's the Unwired solution? | 09:22:53 |
| 22 | A.    Well, I mean, Unwired has a solution. | 09:22:54 |
| 23 | Q.    Right. | 09:22:56 |
| 24 | A.    Chrysler asked us for a solution. | 09:22:57 |

JURY TRIAL - VOLUME 3

Page 34

| | | |
|---|---|---|
| 1 | Q.   Right. | 09:22:59 |
| 2 |       And then if we keep going, it | 09:22:59 |
| 3 | says, "This really kept us in the game and by | 09:23:02 |
| 4 | showing our experience in the area (product | 09:23:05 |
| 5 | brief) and legitimized our inputs and concerns | 09:23:09 |
| 6 | for both Sparta and MHDC," multi-host device | 09:23:12 |
| 7 | controller... "we use this name as it relates | 09:23:15 |
| 8 | to our patents"; right? | 09:23:18 |
| 9 | A.   Yes, that's what it says. | 09:23:21 |
| 10 | Q.   Now, in the event, Microchip didn't | 09:23:23 |
| 11 | actually use that name for very long, did it? | 09:23:25 |
| 12 | A.   I'm sorry? | 09:23:28 |
| 13 | Q.   In the event, Microchip did not use | 09:23:29 |
| 14 | that name for very long? | 09:23:33 |
| 15 | A.   I'm not sure what that means, "in the | 09:23:34 |
| 16 | event." | 09:23:36 |
| 17 | Q.   Sure.  Let's take a look. | 09:23:36 |
| 18 | A.   I'm not sure what those words mean. | 09:23:38 |
| 19 |       MS. DURIE:  Fair enough.  I think | 09:23:42 |
| 20 | I can help to clarify that for you. | 09:23:43 |
| 21 | Exhibit 236 for identification. | 09:23:46 |
| 22 |       (Whereupon, Trial Exhibit 236 was | 09:23:48 |
| 23 | introduced.) | 09:23:50 |
| 24 | BY MS. DURIE: | 09:24:00 |

JURY TRIAL - VOLUME 3

Page 35

```
 1        Q.   So Exhibit 236 is a copy of a          09:24:00

 2   Microchip specification for USB4916.  That's     09:24:04

 3   the Sandia chip; right?                          09:24:09

 4        A.   Yes.  That's one of the variants,      09:24:12

 5   yes.                                             09:24:14

 6             MS. DURIE:  We offer 236.              09:24:14

 7             MR. SLAYDEN:  No objection, Your       09:24:16

 8   Honor.                                           09:24:16

 9             THE COURT:  All right.  It will be     09:24:18

10   received.                                        09:24:18

11             MS. DURIE:  Okay.                      09:24:19

12   BY MS. DURIE:                                    09:24:21

13        Q.   So now, before we were looking at a    09:24:22

14   document back in 2015 when you were talking      09:24:23

15   about calling the chip the multi-host device     09:24:29

16   controller.  Now we have the product spec        09:24:33

17   sheet.                                           09:24:35

18             MS. DURIE:  Actually, if you can       09:24:36

19   go all the way to the bottom, Mr. Glass.  Go     09:24:37

20   all the way to the bottom.                       09:24:39

21   BY MS. DURIE:                                    09:24:39

22        Q.   And we see 2017; right?                09:24:42

23        A.   Yeah, that looks like the date on      09:24:47

24   this document.                                   09:24:48
```

JURY TRIAL - VOLUME 3

Page 36

| | | |
|---|---|---|
| 1 | Q.   Right. | 09:24:50 |
| 2 | And if we go up to the top, we see | 09:24:50 |
| 3 | that it is now called the USB 2.0 Hi-Speed | 09:24:52 |
| 4 | Multi-Host Endpoint Reflector; right? | 09:24:57 |
| 5 | A.   I guess.  That's what it says, yeah. | 09:25:03 |
| 6 | Q.   So you changed the name; right? | 09:25:04 |
| 7 | A.   I don't know. | 09:25:06 |
| 8 | Q.   Okay. | 09:25:07 |
| 9 | Fast forward to October of 2015. | 09:25:08 |
| 10 | So we're now roughly 10 months after that | 09:25:12 |
| 11 | letter that we saw notifying Delphi/Aptiv | 09:25:16 |
| 12 | about the patents; okay? | 09:25:21 |
| 13 | MS. DURIE:  Mark for | 09:25:24 |
| 14 | identification Exhibit 270. | 09:25:26 |
| 15 | (Whereupon, Trial Exhibit 270 was | 09:25:28 |
| 16 | introduced.) | 09:25:31 |
| 17 | MS. DURIE:  And let me also mark | 09:25:45 |
| 18 | 271. | 09:25:46 |
| 19 | (Whereupon, Trial Exhibit 271 was | 09:25:49 |
| 20 | introduced.) | 09:25:52 |
| 21 | MS. DURIE:  Okay. | 09:26:05 |
| 22 | BY MS. DURIE: | 09:26:05 |
| 23 | Q.   So Exhibit 270, email from Keith | 09:26:06 |
| 24 | Barber at Microchip to you, copying some of | 09:26:11 |

JURY TRIAL - VOLUME 3

Page 37

| | | |
|---|---|---|
| 1 | the other folks whose names we have seen, | 09:26:15 |
| 2 | attaching what is referred to as the DDC | 09:26:17 |
| 3 | minutes. | 09:26:21 |
| 4 | And 271, which is the attachment | 09:26:23 |
| 5 | and the minutes of that meeting. | 09:26:27 |
| 6 | Do you see that? | 09:26:30 |
| 7 | A.   Yes, I do. | 09:26:33 |
| 8 | MS. DURIE:  We offer 270 and 271. | 09:26:34 |
| 9 | MR. SLAYDEN:  No objection, Your | 09:26:37 |
| 10 | Honor. | 09:26:38 |
| 11 | THE COURT:  All right.  They're | 09:26:38 |
| 12 | received. | 09:26:39 |
| 13 | MS. DURIE:  Mr. Glass, if we could | 09:26:40 |
| 14 | go to 270, that's right, that's 270, and if we | 09:26:42 |
| 15 | could then put up 271.  So just leave it like | 09:26:47 |
| 16 | that for the moment.  That's perfect. | 09:26:52 |
| 17 | BY MS. DURIE: | 09:26:54 |
| 18 | Q.   So this is reporting on a meeting | 09:26:55 |
| 19 | that took place between Microchip and Delphi; | 09:26:56 |
| 20 | right? | 09:26:59 |
| 21 | A.   Yes, it appears to be. | 09:27:01 |
| 22 | Q.   And this is a meeting that took place | 09:27:03 |
| 23 | in October of 2015; right? | 09:27:06 |
| 24 | A.   Yes, that's the date on there. | 09:27:11 |

JURY TRIAL - VOLUME 3

Page 38

```
 1      Q.   It took place at Delphi, Auburn          09:27:13

 2   Hills, Michigan, near Detroit; right?            09:27:22

 3      A.   Yeah, at Delphi.  I don't know the       09:27:23

 4   location at all.                                 09:27:25

 5      Q.   Okay.                                     09:27:26

 6           And you were there; right?              09:27:26

 7      A.   Yes.  I just don't know where.          09:27:26

 8      Q.   Totally fair.                            09:27:30

 9           So folks from Delphi, including         09:27:31

10   Rob Voto, Mike Dreon; right?  You recognize     09:27:33

11   Mr. Dreon?                                       09:27:39

12      A.   I think so.                              09:27:39

13      Q.   Do you remember he was at the           09:27:42

14   meeting, too?                                    09:27:43

15      A.   I wouldn't remember, but I believe      09:27:43

16   you, yes.                                        09:27:46

17      Q.   All right.                              09:27:46

18           And so you were there along with        09:27:47

19   some of the other folks from Microchip; right?  09:27:49

20      A.   Yes.                                     09:27:51

21      Q.   And Microchip took notes of what the    09:27:52

22   Delphi folks said and what the Microchip folks  09:27:56

23   said; right?                                     09:27:59

24      A.   Do we know that those are Microchip     09:28:00
```

Page 39

```
 1    notes?  I don't know who took the notes.  I          09:28:02

 2    can see that they were taken, but I don't know       09:28:04

 3    who took the notes.                                  09:28:09

 4        Q.   All right.                                  09:28:10

 5             Well, notes were taken of the               09:28:11

 6    meeting in the form of minutes that were then        09:28:13

 7    attached to an email and circulated internally       09:28:18

 8    at Microchip?                                        09:28:18

 9        A.   Yes, they were forwarded.                   09:28:18

10        Q.   Sure.                                       09:28:20

11             You are not aware of any email              09:28:20

12    within Microchip where anyone said hey, wait a       09:28:23

13    minute, that's not what we talked about;             09:28:25

14    right?                                               09:28:27

15        A.   I don't know.                               09:28:28

16        Q.   I'm sure if there is one, we'll see         09:28:28

17    it.                                                  09:28:28

18             So let's take a look at the                 09:28:31

19    minutes of the meeting.  Start at the top            09:28:32

20    there.  And that's actually perfect.  We can         09:28:34

21    just have it there, yeah.                            09:28:36

22             "Rob does not consider" -- that's           09:28:38

23    Rob Voto from Delphi; right?                         09:28:39

24        A.   Yes.                                        09:28:41
```

Page 40

| | | |
|---|---|---|
| 1 | Q.   Okay. | 09:28:41 |
| 2 | "Rob does not consider Delphi" -- | 09:28:42 |
| 3 | DDC, that's Delphi; right? | 09:28:45 |
| 4 | A.   Yes, Delphi, Delphi, yes. | 09:28:47 |
| 5 | Q.   Okay. | 09:28:50 |
| 6 | "Rob does not consider DDC as a | 09:28:51 |
| 7 | competent competitor to Microchip because | 09:28:53 |
| 8 | they're not trying to sell ASIC to the open | 09:28:56 |
| 9 | market." | 09:28:59 |
| 10 | So what Rob Voto from Delphi is | 09:28:59 |
| 11 | saying here is, we're not competing with you, | 09:29:02 |
| 12 | we're not trying to sell these chips to anyone | 09:29:04 |
| 13 | else; right? | 09:29:07 |
| 14 | A.   Yeah.  That was Rob's view, but I | 09:29:08 |
| 15 | disagree. | 09:29:10 |
| 16 | Q.   Right.  Fair enough.  We're going to | 09:29:11 |
| 17 | get to your perspective in just a minute. | 09:29:13 |
| 18 | And Mr. Voto said, the next box, | 09:29:15 |
| 19 | "Microchip did not have a solution for the | 09:29:21 |
| 20 | single upstream lane that The Big 3 OEMs, | 09:29:23 |
| 21 | Ford, Chrysler, GM, wanted"; right? | 09:29:27 |
| 22 | A.   Yes, that's correct. | 09:29:32 |
| 23 | Q.   And that was true? | 09:29:34 |
| 24 | A.   Yes. | 09:29:37 |

JURY TRIAL - VOLUME 3

Page 41

| | | |
|---|---|---|
| 1 | Q.   Okay. | 09:29:38 |
| 2 | It says in the notes, "Mitch | 09:29:40 |
| 3 | acknowledged that USB84604 was not adopted by | 09:29:41 |
| 4 | The Big 3." | 09:29:46 |
| 5 | That's that FlexConnect solution; | 09:29:47 |
| 6 | right? | 09:29:49 |
| 7 | A.   Yeah.   These are not things I said. | 09:29:50 |
| 8 | These are somebody else -- something people | 09:29:53 |
| 9 | wrote down.   These are not things that I said. | 09:29:55 |
| 10 | Q.   Well, it says, "Mitch acknowledged | 09:29:57 |
| 11 | that 84604, FlexConnect, was not adopted by | 09:30:00 |
| 12 | The Big 3." | 09:30:05 |
| 13 | Do you deny that you said that? | 09:30:05 |
| 14 | A.   No, I don't deny I said that. | 09:30:07 |
| 15 | Q.   Okay.   Great.   Let's go to the next | 09:30:08 |
| 16 | one. | 09:30:11 |
| 17 | MS. DURIE:   No. 3 in that list, if | 09:30:12 |
| 18 | we can blow that up.   There we go.   Perfect. | 09:30:14 |
| 19 | BY MS. DURIE: | 09:30:16 |
| 20 | Q.   "Rob," Rob Voto, Delphi, "said he | 09:30:17 |
| 21 | does not want to be a silicon developer" -- | 09:30:20 |
| 22 | that means making chips; right? | 09:30:22 |
| 23 | A.   Yes. | 09:30:24 |
| 24 | Q.   "Rob said he does not want to be a | 09:30:25 |

Page 42

| | | |
|---|---|---|
| 1 | silicon developer if he does not have to.  If | 09:30:27 |
| 2 | Microchip has an IC" -- that's a chip; right? | 09:30:30 |
| 3 | A.   Yes. | 09:30:32 |
| 4 | Q.   Okay. | 09:30:33 |
| 5 | -- "that he can use, he would | 09:30:33 |
| 6 | rather use a Microchip chip.  He wants to sell | 09:30:35 |
| 7 | modules." | 09:30:38 |
| 8 | And that is, in fact, what Mr. | 09:30:39 |
| 9 | Voto explained was his position at the | 09:30:42 |
| 10 | meeting; right? | 09:30:44 |
| 11 | A.   Yes. | 09:30:44 |
| 12 | Q.   Okay. | 09:30:46 |
| 13 | MS. DURIE:  Let us go on to the | 09:30:53 |
| 14 | next page. | 09:30:55 |
| 15 | BY MS. DURIE: | 09:30:57 |
| 16 | Q.   Now, this was the first time that you | 09:31:00 |
| 17 | had talked with the folks at Microchip about | 09:31:04 |
| 18 | that patent letter since they had responded to | 09:31:08 |
| 19 | you at the end of January; right? | 09:31:12 |
| 20 | A.   You mean they spoke to Delphi? | 09:31:14 |
| 21 | Q.   I'm sorry, yes, spoke to Delphi. | 09:31:17 |
| 22 | A.   Yes. | 09:31:20 |
| 23 | Q.   And so that patent letter came up in | 09:31:20 |
| 24 | this conversation; right? | 09:31:23 |

JURY TRIAL - VOLUME 3

Page 43

| | | |
|---|---|---|
| 1 | A.   Yes, it probably did. | 09:31:25 |
| 2 | Q.   Okay. | 09:31:28 |
| 3 | And Rob, Rob Voto from Delphi, | 09:31:28 |
| 4 | said he "received/reviewed/responded to the | 09:31:31 |
| 5 | letter sent by Microchip legal in January 2015 | 09:31:35 |
| 6 | regarding our patents." | 09:31:38 |
| 7 | Now, you said you weren't sure who | 09:31:40 |
| 8 | took those notes.  The fact that it says, "our | 09:31:42 |
| 9 | patents," is probably a clue that these were | 09:31:44 |
| 10 | notes that were taken by Microchip; right? | 09:31:46 |
| 11 | A.   I don't know.  Let me read it. | 09:31:51 |
| 12 | Potentially, yes. | 09:31:59 |
| 13 | Q.   Yeah. | 09:32:00 |
| 14 | His statement was that Delphi | 09:32:01 |
| 15 | believes it is not infringing.  And that is, | 09:32:04 |
| 16 | in fact, what Mr. Voto told you; right? | 09:32:07 |
| 17 | A.   I believe that's correct. | 09:32:12 |
| 18 | Q.   Okay. | 09:32:13 |
| 19 | And it says, "Mitch," that's you, | 09:32:14 |
| 20 | "noted that the DDC ASIC may be infringing on | 09:32:19 |
| 21 | our patents.  We will get a hub and test." | 09:32:25 |
| 22 | And that is, in fact, what you | 09:32:29 |
| 23 | told Mr. Voto; right? | 09:32:31 |
| 24 | A.   Again, I don't know that to be true. | 09:32:34 |

Page 44

| 1 | That's someone else's notes. | 09:32:37 |
| 2 | Q.   Someone else at Microchip? | 09:32:39 |
| 3 | A.   I guess now, yes, possibly.  Yes. | 09:32:41 |
| 4 | Q.   Do you deny that you said that? | 09:32:45 |
| 5 | A.   I don't remember saying that, but I | 09:32:47 |
| 6 | don't know.  Yeah, I think -- I think | 09:32:51 |
| 7 | certainly we were going to -- you know, we | 09:32:54 |
| 8 | didn't have a product, and at one point, we | 09:32:57 |
| 9 | would get a product and definitively prove | 09:32:59 |
| 10 | they were infringing, but we didn't have one | 09:33:02 |
| 11 | yet. | 09:33:05 |
| 12 | Q.   So you told Mr. Voto -- he said we | 09:33:05 |
| 13 | don't infringe and you said we think you may | 09:33:09 |
| 14 | be infringing, we're going to check? | 09:33:12 |
| 15 | A.   I think that's a matter of politeness | 09:33:15 |
| 16 | in a meeting face-to-face with somebody.  I'm | 09:33:17 |
| 17 | not sure about the word "may" or what was said | 09:33:19 |
| 18 | exactly, but I'm sure I was polite at the | 09:33:21 |
| 19 | time. | 09:33:24 |
| 20 | Q.   Did you make an effort to be polite | 09:33:24 |
| 21 | in the original notice letter that you sent as | 09:33:26 |
| 22 | well? | 09:33:30 |
| 23 | A.   I think the letter needed to be | 09:33:30 |
| 24 | factual.  It's a legal type letter to say, you | 09:33:32 |

Page 45

| | | |
|---|---|---|
| 1 | know, at that point, we've looked at the data | 09:33:34 |
| 2 | and it is actually being explained to us that | 09:33:38 |
| 3 | it appears to be infringing our patents, also. | 09:33:40 |
| 4 | Q.  Okay. | 09:33:45 |
| 5 | Now, let's look at what happened | 09:33:46 |
| 6 | after this October meeting. | 09:33:47 |
| 7 | MS. DURIE:  Let's have Exhibit 41 | 09:33:52 |
| 8 | in evidence. | 09:33:54 |
| 9 | BY MS. DURIE: | 09:34:01 |
| 10 | Q.  This is an email exchange among you | 09:34:02 |
| 11 | and Ganesh Moorthy; right? | 09:34:04 |
| 12 | A.  Yes. | 09:34:08 |
| 13 | Q.  And we are on October 18th of 2015; | 09:34:10 |
| 14 | right? | 09:34:16 |
| 15 | MS. DURIE:  You can take it down. | 09:34:21 |
| 16 | We don't need a particular -- that should be | 09:34:23 |
| 17 | fine.  I take it back.  We can do that. | 09:34:26 |
| 18 | BY MS. DURIE: | 09:34:28 |
| 19 | Q.  So in the middle of the page there, | 09:34:29 |
| 20 | there is an email from Mr. Moorthy; right? | 09:34:30 |
| 21 | A.  Yes. | 09:34:34 |
| 22 | Q.  And one of his questions to you was, | 09:34:34 |
| 23 | "How long does it make sense for Unwired to | 09:34:38 |
| 24 | not see what they are doing as competitive to | 09:34:41 |

JURY TRIAL - VOLUME 3

Page 46

| | | |
|---|---|---|
| 1 | you"; right? | 09:34:46 |
| 2 | A.   Yes.   When they win, we lose.   That's | 09:34:48 |
| 3 | the definition of a competitor. | 09:34:51 |
| 4 | Q.   Let's take a look at your response. | 09:35:03 |
| 5 | Second paragraph, actually the top, you're | 09:35:14 |
| 6 | changing your flight plans, et cetera, and | 09:35:17 |
| 7 | then you say, "Unwired sees themselves as a | 09:35:19 |
| 8 | module maker that was forced to do a chip | 09:35:22 |
| 9 | because no one else would.   They showed a | 09:35:25 |
| 10 | willingness to use our chip, especially if it | 09:35:30 |
| 11 | is required by each of The Big 3." | 09:35:34 |
| 12 | So that was your report to | 09:35:36 |
| 13 | Microchip's CEO-to-be of what had transpired | 09:35:38 |
| 14 | at that meeting; right? | 09:35:43 |
| 15 | A.   Yes. | 09:35:44 |
| 16 | Q.   Okay. | 09:35:45 |
| 17 | And then you go on and you say, | 09:35:46 |
| 18 | "Bottom line we missed it."   First Christian, | 09:35:51 |
| 19 | then the crossover marketer, then Don, then | 09:35:55 |
| 20 | Jesse; lots of other people's fault? | 09:36:00 |
| 21 | A.   I'm sorry? | 09:36:02 |
| 22 | Q.   Lots of other people's fault. | 09:36:04 |
| 23 | A.   Well, we missed it.   I didn't say | 09:36:09 |
| 24 | they missed it. | 09:36:15 |

Page 47

| | | |
|---|---|---|
| 1 | Q.   Fair enough.  Fair enough. | 09:36:16 |
| 2 | You would include yourself in one | 09:36:17 |
| 3 | of the people who missed it? | 09:36:18 |
| 4 | A.   Yes.  We did not see the market | 09:36:19 |
| 5 | accepting a non-standard solution. | 09:36:22 |
| 6 | Q.   You didn't say anything here about | 09:36:24 |
| 7 | patents, did you? | 09:36:27 |
| 8 | A.   I'm sorry? | 09:36:28 |
| 9 | Q.   You didn't say anything here about | 09:36:29 |
| 10 | patents? | 09:36:32 |
| 11 | A.   No.  We don't mention the patents in | 09:36:34 |
| 12 | every letter. | 09:36:37 |
| 13 | Q.   Now, Mr. Moorthy, to whom you sent | 09:36:43 |
| 14 | this, he was very concerned about competition | 09:36:46 |
| 15 | from Delphi; right? | 09:36:52 |
| 16 | A.   I don't know about very concerned, | 09:36:55 |
| 17 | but certainly concerned about, you know, | 09:36:57 |
| 18 | somebody winning against us.  They were the | 09:37:01 |
| 19 | competition. | 09:37:06 |
| 20 | Q.   Competition. | 09:37:06 |
| 21 | Microchip doesn't usually face | 09:37:07 |
| 22 | competition; right? | 09:37:09 |
| 23 | A.   We face competition all day every | 09:37:10 |
| 24 | day, yeah. | 09:37:12 |

JURY TRIAL - VOLUME 3

Page 48

| | | |
|---|---|---|
| 1 | Q.   Really? | 09:37:12 |
| 2 | A.   Yeah. | 09:37:13 |
| 3 | Q.   In the automotive chip business? | 09:37:14 |
| 4 | A.   Certainly.  We're like the 8th | 09:37:16 |
| 5 | largest or 9th largest automotive chip | 09:37:19 |
| 6 | manufacturer. | 09:37:22 |
| 7 | Q.   How about in the market area where | 09:37:24 |
| 8 | you're a monopolist? | 09:37:27 |
| 9 | A.   You used the word "monopolist."  I | 09:37:27 |
| 10 | mean, I told you before, there are many, many | 09:37:29 |
| 11 | hub manufacturers.  We just chose to do the | 09:37:31 |
| 12 | automotive hub variants that others chose not | 09:37:33 |
| 13 | to do, but other companies could do this | 09:37:36 |
| 14 | easily; they just choose not to. | 09:37:38 |
| 15 | Q.   Right. | 09:37:39 |
| 16 | Now, you said I chose the | 09:37:39 |
| 17 | word monopolist.  That was actually your word | 09:37:42 |
| 18 | yesterday; right? | 09:37:43 |
| 19 | A.   Well, I responded that you could use | 09:37:43 |
| 20 | that word, and I said possibly. | 09:37:45 |
| 21 | Q.   Yes, right. | 09:37:45 |
| 22 | And you said other people could | 09:37:47 |
| 23 | compete with you potentially, but as a general | 09:37:49 |
| 24 | proposition, they don't; right? | 09:37:53 |

JURY TRIAL - VOLUME 3

Page 49

| | | |
|---|---|---|
| 1 | A.   Well, they have not. | 09:37:54 |
| 2 | Q.   Okay. | 09:37:55 |
| 3 | MS. DURIE:  Let's take a look at | 09:37:55 |
| 4 | Exhibit 42 for identification. | 09:37:57 |
| 5 | (Whereupon, Trial Exhibit 42 was | 09:37:59 |
| 6 | introduced.) | 09:38:01 |
| 7 | BY MS. DURIE: | 09:38:13 |
| 8 | Q.   TX-42 is an email exchange among Dave | 09:38:14 |
| 9 | Carpenter, Ganesh Moorthy and yourself, plus a | 09:38:18 |
| 10 | couple of other folks, November 2015, about | 09:38:23 |
| 11 | Delphi; correct? | 09:38:27 |
| 12 | A.   Say it again. | 09:38:31 |
| 13 | Q.   Sure. | 09:38:32 |
| 14 | Exhibit 42 is an email exchange | 09:38:33 |
| 15 | among Dave Carpenter, Ganesh Moorthy, Mitch | 09:38:37 |
| 16 | Obolsky, and a couple of other people from | 09:38:40 |
| 17 | November of 2015 about Delphi? | 09:38:44 |
| 18 | A.   Yes. | 09:38:48 |
| 19 | MS. DURIE:  We offer it. | 09:38:50 |
| 20 | MR. SLAYDEN:  Your Honor, that's | 09:38:51 |
| 21 | subject to a limiting instruction. | 09:38:52 |
| 22 | THE COURT:  All right.  So it will | 09:38:54 |
| 23 | be received and, ladies and gentlemen, in this | 09:38:56 |
| 24 | exhibit when you see it, there are some | 09:38:59 |

Page 50

| | | |
|---|---|---|
| 1 | comments that are either reported or made by | 09:39:03 |
| 2 | people who do not work at Microchip.  And you | 09:39:07 |
| 3 | can consider those statements for the fact | 09:39:10 |
| 4 | that they were said and the impact they had on | 09:39:12 |
| 5 | Microchip, but you should not treat them as | 09:39:15 |
| 6 | true or consider them for the truth.  Those | 09:39:17 |
| 7 | are statements made by non-Microchip | 09:39:22 |
| 8 | employees.  You should consider them not to be | 09:39:25 |
| 9 | the truth of what they say.  Okay? | 09:39:26 |
| 10 | All right.  You can proceed. | 09:39:28 |
| 11 | MS. DURIE:  Thank you.  If we can | 09:39:30 |
| 12 | have up the last exhibit, 42.  And I actually | 09:39:31 |
| 13 | want to start at the beginning of time in the | 09:39:35 |
| 14 | email exchange, but at the end of the | 09:39:38 |
| 15 | document.  So I want to start at the bottom of | 09:39:41 |
| 16 | page 6, which is the first email in the | 09:39:43 |
| 17 | thread. | 09:39:48 |
| 18 | BY MS. DURIE: | 09:39:48 |
| 19 | Q.  And we have here an email from Keith | 09:39:48 |
| 20 | Barber to you. | 09:39:51 |
| 21 | Now, who is Mr. Barber? | 09:39:53 |
| 22 | A.  Hang on.  Let me just -- | 09:39:55 |
| 23 | Q.  Sure.  Take your time. | 09:39:56 |
| 24 | A.  Let me see where you are. | 09:39:59 |

JURY TRIAL - VOLUME 3

Page 51

```
 1        Q.    No, that's fine.                              09:40:00

 2        A.    Okay.  Keith Barber is a salesman in          09:40:01

 3   Detroit.                                                 09:40:05

 4        Q.    Perfect.                                      09:40:05

 5              And so let's take a look at what              09:40:06

 6   he wrote, bottom of page 6.  Okay.                       09:40:08

 7              So "Items for consideration:"                 09:40:15

 8              Now, above here, he's talking                 09:40:19

 9   about a price proposal that's being made to              09:40:21

10   Delphi; right?                                           09:40:25

11        A.    Let me read it.                               09:40:27

12        Q.    Sure.                                         09:40:28

13        A.    Where are we?                                 09:40:28

14        Q.    "Mitch" --                                    09:40:30

15        A.    Hang on a minute.                             09:40:32

16        Q.    Take a look.                                  09:40:34

17              (Whereupon, the witness reviews               09:40:40

18   the exhibit.)                                            09:40:41

19              THE WITNESS:  Okay.  Yes.                     09:40:42

20              MS. DURIE:  Right.                            09:40:44

21   BY MS. DURIE:                                            09:40:44

22        Q.    He's talking about a price proposal           09:40:45

23   to Delphi, and he says at the bottom, "Items             09:40:47

24   for consideration:                                       09:40:50
```

Page 52

|   |   |   |
|---|---|---|
| 1 | "Unwired/Delphi developed an ASIC | 09:40:51 |
| 2 | to capture the model year 2016 to 2018 USB | 09:40:53 |
| 3 | single lane hub for Big 3 as the USB84604," | 09:40:58 |
| 4 | that's FlexConnect, "did not meet the single | 09:41:02 |
| 5 | USB lane requirement as communicated directly | 09:41:05 |
| 6 | to Microchip"; right? | 09:41:08 |
| 7 | MCHP, what does that stand for? | 09:41:10 |
| 8 | A.   Microchip. | 09:41:12 |
| 9 | Q.   Right. | 09:41:13 |
| 10 | -- "by The Big 3 engineering | 09:41:14 |
| 11 | teams"; true? | 09:41:16 |
| 12 | A.   Yes, that's what it says. | 09:41:17 |
| 13 | Q.   Okay. | 09:41:18 |
| 14 | MS. DURIE:   Next page, one, two, | 09:41:20 |
| 15 | three, four, let's go to five. | 09:41:25 |
| 16 | BY MS. DURIE: | 09:41:27 |
| 17 | Q.   "Rob Voto," from Delphi, "expressed | 09:41:29 |
| 18 | that if Microchip has a better solution, they | 09:41:33 |
| 19 | will entertain engaging with Microchip.  He | 09:41:35 |
| 20 | wants to win module business and does not have | 09:41:37 |
| 21 | to divert -- does not have to divert | 09:41:40 |
| 22 | engineering resources and dollars on an ASIC. | 09:41:42 |
| 23 | The question is, how do we enable him to make | 09:41:45 |
| 24 | a decision to align with Microchip"; right? | 09:41:47 |

JURY TRIAL - VOLUME 3

Page 53

```
 1              What is UNG?                        09:41:52

 2      A.   UNG was the name of the USB and        09:41:53

 3  networking division that we've been talking     09:41:56

 4  about.                                          09:41:58

 5      Q.   Okay.                                  09:41:59

 6              Now, let's go down to the bottom    09:42:00

 7  of page 7 continuing in the thread and look     09:42:02

 8  what it says at the bottom, "Taking this        09:42:05

 9  background into consideration."                 09:42:08

10              So this is Keith Barber reporting   09:42:09

11  to you saying there is the background.  Now,    09:42:12

12  here is what we want to propose to Delphi.      09:42:15

13              "Honor our 2016 LTA commitment of   09:42:18

14  2.6 million percent for all UNG products."      09:42:24

15              What does LTA mean?                 09:42:28

16      A.   That's long-term payment.             09:42:29

17      Q.   Right.                                 09:42:31

18              Microchip and Delphi have a number  09:42:32

19  of long-term supply agreements; right?          09:42:34

20      A.   Yes.                                   09:42:37

21      Q.   Okay.                                  09:42:38

22              Some of those agreements,           09:42:39

23  Microchip is the sole source; right?            09:42:41

24      A.   Almost every product we make is        09:42:44
```

JURY TRIAL - VOLUME 3

Page 54

| | | |
|---|---|---|
| 1 | proprietary, so many of our products -- well, | 09:42:46 |
| 2 | that product, we are the sole source.  Nobody | 09:42:50 |
| 3 | has that product. | 09:42:52 |
| 4 | Q.   Right. | 09:42:53 |
| 5 |         That's why it's really important | 09:42:53 |
| 6 | to have these long-term supply agreements; | 09:42:55 |
| 7 | right? | 09:42:58 |
| 8 | A.   I guess so, yes.  As a reason, yes. | 09:42:58 |
| 9 | Q.   Right. | 09:43:03 |
| 10 |         From Delphi's perspective, it | 09:43:03 |
| 11 | would be a big problem if they've got a sole | 09:43:06 |
| 12 | source chip and suddenly they can't get it; | 09:43:08 |
| 13 | right? | 09:43:10 |
| 14 | A.   Potentially, yes. | 09:43:10 |
| 15 | Q.   So what Mr. Barber is proposing is | 09:43:13 |
| 16 | that Delphi honor its 2016 long-term agreement | 09:43:17 |
| 17 | commitment of 2.69 percent. | 09:43:21 |
| 18 |         What does that mean? | 09:43:23 |
| 19 | A.   I can guess what it means.  I think | 09:43:30 |
| 20 | it means that they were expecting a reduction | 09:43:31 |
| 21 | of 2.69 percent if they hit the volumes they | 09:43:34 |
| 22 | had set. | 09:43:38 |
| 23 | Q.   Right. | 09:43:38 |
| 24 |         And that's pretty standard in | 09:43:39 |

JURY TRIAL - VOLUME 3

Page 55

| | | |
|---|---|---|
| 1 | these long-term supply agreements; right? | 09:43:41 |
| 2 | A.   To have a number that will go down, | 09:43:43 |
| 3 | yes.  If they have a forecast that goes up, | 09:43:45 |
| 4 | sometimes it goes down. | 09:43:48 |
| 5 | Q.   Right. | 09:43:50 |
| 6 | And if you look at what Mr. Barber | 09:43:50 |
| 7 | says a little further on here, he says, "We | 09:43:52 |
| 8 | want to create a symbiotic relationship and | 09:43:54 |
| 9 | the foundation is trust on both sides"; right? | 09:43:57 |
| 10 | A.   Yes, that's what Mr. Barber says. | 09:43:59 |
| 11 | Yes. | 09:44:01 |
| 12 | Q.   Okay. | 09:44:02 |
| 13 | MS. DURIE:  Let's take a look at | 09:44:04 |
| 14 | your response.  Page 3, middle of the page, | 09:44:05 |
| 15 | Mitch Obolsky, page 3, middle of the page, | 09:44:15 |
| 16 | part way down, further down, further down. | 09:44:20 |
| 17 | There we go. | 09:44:23 |
| 18 | BY MS. DURIE: | 09:44:24 |
| 19 | Q.   From you, back to Keith Barber, | 09:44:24 |
| 20 | "After more thought and discussion, I think | 09:44:26 |
| 21 | the best answer is to tell Delphi there will | 09:44:28 |
| 22 | be no price reductions this year for those | 09:44:30 |
| 23 | products"; right?  That's what you said? | 09:44:32 |
| 24 | A.   Yes. | 09:44:36 |

JURY TRIAL - VOLUME 3

Page 56

| | | |
|---|---|---|
| 1 | Q.   Okay. | 09:44:36 |
| 2 | MS. DURIE:  Now, let's look at | 09:44:38 |
| 3 | what Mr. Pennington says.  He's one of the | 09:44:39 |
| 4 | individuals -- strike that. | 09:44:41 |
| 5 | BY MS. DURIE: | 09:44:43 |
| 6 | Q.   Who is Mr. Pennington? | 09:44:43 |
| 7 | A.   Mr. Pennington is a salesman who has | 09:44:44 |
| 8 | lived his whole life right there at Delphi. | 09:44:48 |
| 9 | Q.   Okay. | 09:44:50 |
| 10 | He is a salesman that is working | 09:44:51 |
| 11 | for Microchip; right? | 09:44:53 |
| 12 | A.   Yes, yes, yes. | 09:44:54 |
| 13 | Q.   Okay. | 09:44:55 |
| 14 | Let's look at what he has to say. | 09:44:55 |
| 15 | MS. DURIE:  Let's blow that up all | 09:44:58 |
| 16 | the way down to the bottom of the page. | 09:44:59 |
| 17 | Perfect. | 09:45:01 |
| 18 | BY MS. DURIE: | 09:45:01 |
| 19 | Q.   "I'm not quite clear to what there | 09:45:03 |
| 20 | will be no price reductions this year for | 09:45:05 |
| 21 | those products.  What does those products mean | 09:45:07 |
| 22 | exactly?  Does this mean we will not honor our | 09:45:11 |
| 23 | CY 2016 committed price agreements with | 09:45:14 |
| 24 | Delphi?  Is that the message, Mitch?" | 09:45:18 |

JURY TRIAL - VOLUME 3

Page 57

| | | |
|---|---|---|
| 1 | And then he goes on in the middle | 09:45:21 |
| 2 | of the next paragraph, he says, "If that's the | 09:45:23 |
| 3 | message, I will support it and can carry it | 09:45:26 |
| 4 | back to customer." | 09:45:28 |
| 5 | A.    Um-hmm. | 09:45:30 |
| 6 | Q.    And then he says in the middle of | 09:45:31 |
| 7 | that paragraph, "There are going to be | 09:45:33 |
| 8 | questions; right?  Questions will evolve | 09:45:36 |
| 9 | around when can they expect to get the 379,000 | 09:45:39 |
| 10 | in savings that we promised them in our | 09:45:42 |
| 11 | long -- long term agreements." | 09:45:47 |
| 12 | And if we look at the very bottom, | 09:45:49 |
| 13 | he says, "My two cents."  Last paragraph.  "We | 09:45:51 |
| 14 | all need to realize that this decision | 09:45:57 |
| 15 | probably will have some type of impact on our | 09:45:59 |
| 16 | business going forward, not only for UNG | 09:46:01 |
| 17 | products but also for other divisions as well. | 09:46:04 |
| 18 | From Delphi's perspective it now becomes one | 09:46:07 |
| 19 | of supplier credibility.  For me I am saddened | 09:46:09 |
| 20 | that it has come to this, credibility is built | 09:46:13 |
| 21 | over time and I am sure everyone will remember | 09:46:15 |
| 22 | the wild ride we have had with Delphi over the | 09:46:20 |
| 23 | last 25 years.  Our reputation and integrity | 09:46:24 |
| 24 | is everything.  We all know the story of | 09:46:26 |

JURY TRIAL - VOLUME 3

Page 58

| | | |
|---|---|---|
| 1 | credibility and when it is lost..." | 09:46:28 |
| 2 | And then you responded -- | 09:46:31 |
| 3 | actually, I take it back.  Mr. Moorthy | 09:46:35 |
| 4 | responded; right?  Let's take a look at his | 09:46:37 |
| 5 | response. | 09:46:44 |
| 6 | MS. DURIE:  Top of the second | 09:46:49 |
| 7 | page, if we can blow up the top of the second | 09:46:46 |
| 8 | page, starting at line 2. | 09:46:51 |
| 9 | BY MS. DURIE: | 09:46:53 |
| 10 | Q.   "In fact, Unwired had been destroying | 09:46:53 |
| 11 | Microchip revenue and profits with what they | 09:46:56 |
| 12 | have done." | 09:46:59 |
| 13 | That was part of his concern; | 09:46:59 |
| 14 | right? | 09:47:01 |
| 15 | A.   That's what it says, yes. | 09:47:02 |
| 16 | Q.   And then the next bullet point, Mr. | 09:47:03 |
| 17 | Moorthy says, beginning in the middle of the | 09:47:06 |
| 18 | paragraph, "Ideally we want Delphi to cease | 09:47:08 |
| 19 | development of new products that continues to | 09:47:12 |
| 20 | destroy our business - that discussion takes | 09:47:14 |
| 21 | time and we need some negotiating leverage." | 09:47:21 |
| 22 | Do you see that? | 09:47:25 |
| 23 | A.   Yes. | 09:47:26 |
| 24 | MS. DURIE:  Let's go to the first | 09:47:28 |

Page 59

| | | |
|---|---|---|
| 1 | page. | 09:47:29 |
| 2 | BY MS. DURIE: | 09:47:34 |
| 3 | Q.   Mr. Carpenter weighs in.  Second | 09:47:35 |
| 4 | paragraph of his email beginning part way | 09:47:38 |
| 5 | down, talking about Delphi's reaction, and it | 09:47:46 |
| 6 | says, maybe about seven lines down, "They | 09:47:49 |
| 7 | still do not understand why we view them as a | 09:47:52 |
| 8 | competitor when we did not have a viable | 09:47:55 |
| 9 | solution to single lane CarPlay.  They met | 09:47:57 |
| 10 | with us on numerous occasions before kicking | 09:47:59 |
| 11 | off their ASIC development to be sure they | 09:48:02 |
| 12 | exhausted all alternatives with us." | 09:48:04 |
| 13 | That was true? | 09:48:09 |
| 14 | A.   This is -- this is Dave Carpenter's | 09:48:12 |
| 15 | view of their view, so yes, that is true. | 09:48:14 |
| 16 | That's their view, yes. | 09:48:18 |
| 17 | Q.   It was their view and it was true? | 09:48:19 |
| 18 | A.   I'm not sure; which part are you | 09:48:23 |
| 19 | asking was true? | 09:48:25 |
| 20 | Q.   The part that's highlighted there in | 09:48:26 |
| 21 | yellow. | 09:48:29 |
| 22 | A.   Yeah, that they didn't understand why | 09:48:32 |
| 23 | we were a competitor, yes.  Well, they were | 09:48:35 |
| 24 | taking our business away.  They are a | 09:48:37 |

JURY TRIAL - VOLUME 3

Page 60

| | | |
|---|---|---|
| 1 | competitor.  So yes, that was their view. | 09:48:39 |
| 2 | They didn't understand why taking business | 09:48:43 |
| 3 | from Microchip would make them a competitor. | 09:48:46 |
| 4 | MS. DURIE:  Good.  Let's go -- | 09:48:51 |
| 5 | BY MS. DURIE: | 09:49:04 |
| 6 | Q.   You said in your direct testimony | 09:49:05 |
| 7 | yesterday that Aptiv continues to buy chips | 09:49:07 |
| 8 | from Microchip; right? | 09:49:10 |
| 9 | A.   Yes.  Yes. | 09:49:12 |
| 10 | Q.   Okay. | 09:49:13 |
| 11 | And you would agree, though, that | 09:49:14 |
| 12 | in the relationship between Aptiv and | 09:49:19 |
| 13 | Microchip, Microchip has a fair bit of | 09:49:21 |
| 14 | negotiating leverage; right? | 09:49:24 |
| 15 | A.   Well, we sell chips and they buy | 09:49:28 |
| 16 | chips.  I'm not sure. | 09:49:31 |
| 17 | Q.   Now, you said yesterday in your | 09:49:33 |
| 18 | direct testimony that Microchip was perfectly | 09:49:34 |
| 19 | happy to keep selling chips to Aptiv; right? | 09:49:37 |
| 20 | A.   Yes.  When we're not competing, yes. | 09:49:40 |
| 21 | Q.   When you're not competing. | 09:49:43 |
| 22 | Now, Microchip and Aptiv, under | 09:49:46 |
| 23 | any definition of competing, are not competing | 09:49:50 |
| 24 | on Aptiv's safety business; right? | 09:49:54 |

JURY TRIAL - VOLUME 3

Page 61

| | | |
|---|---|---|
| 1 | A.   I'm sorry? | 09:49:58 |
| 2 | Q.   Let me back up. | 09:50:00 |
| 3 |      Aptiv makes a bunch of different | 09:50:01 |
| 4 | kinds of components; right? | 09:50:03 |
| 5 | A.   Yes. | 09:50:04 |
| 6 | Q.   It has a line of business that are | 09:50:06 |
| 7 | products for safety in automobiles; right? | 09:50:09 |
| 8 | A.   Yes.  I don't know that to be true, | 09:50:12 |
| 9 | but yes, that's fine. | 09:50:13 |
| 10 | Q.   Okay. | 09:50:14 |
| 11 |      And it buys chips from Microchip | 09:50:16 |
| 12 | on the safety side of its business; right? | 09:50:20 |
| 13 | A.   Again, I don't know the names of the | 09:50:22 |
| 14 | business, but yes, they buy chips from | 09:50:23 |
| 15 | Microchip, yes. | 09:50:26 |
| 16 | Q.   Okay. | 09:50:26 |
| 17 |      And the safety side of the | 09:50:27 |
| 18 | business, whatever you call it, things like | 09:50:29 |
| 19 | the controllers that automatically brake the | 09:50:31 |
| 20 | car if you get too close to somebody else, you | 09:50:34 |
| 21 | would agree that's a different line of | 09:50:37 |
| 22 | business from what we're talking about in this | 09:50:38 |
| 23 | lawsuit? | 09:50:41 |
| 24 | A.   Yes. | 09:50:42 |

JURY TRIAL - VOLUME 3

Page 62

```
 1      Q.   Okay.                                  09:50:42

 2           Now, you're under oath; you're a       09:50:43

 3  senior vice president at Microchip.  You are    09:50:48

 4  an officer of the company; right?              09:50:50

 5      A.   Not -- I'm not --                       09:50:53

 6      Q.   You are an appointed officer of the    09:50:57

 7  company?                                        09:50:59

 8      A.   Yes, I guess.                           09:51:00

 9      Q.   Okay.                                   09:51:01

10           So let's be very clear.  Will you      09:51:03

11  agree that Microchip will engage in business    09:51:07

12  as usual with Aptiv, regardless of patent       09:51:12

13  disputes between the companies, on the safety   09:51:16

14  side of the business?                           09:51:19

15      A.   As a general case, yeah.  We are       09:51:21

16  still working with Aptiv on pretty much every   09:51:23

17  area.                                           09:51:26

18      Q.   Okay.                                   09:51:26

19           I understand you're still working      09:51:27

20  with Aptiv.  Will you repeat after me:          09:51:28

21  Microchip will engage in business as usual      09:51:33

22  with Aptiv, regardless of what happens in this  09:51:38

23  case?                                           09:51:42

24      A.   Will engage with -- I'm not sure I     09:51:45
```

Page 63

| | | |
|---|---|---|
| 1 | understand what you're saying.  What is the | 09:51:49 |
| 2 | question? | 09:51:51 |
| 3 | Q.   Will you agree, as an officer of | 09:51:52 |
| 4 | Microchip, that Microchip will engage in | 09:51:58 |
| 5 | business as usual with Aptiv on the unrelated | 09:52:03 |
| 6 | safety side of its business, regardless of | 09:52:09 |
| 7 | having disputes between the parties about the | 09:52:14 |
| 8 | dual role hub? | 09:52:17 |
| 9 | A.   I'm not sure I understand it.  It's a | 09:52:19 |
| 10 | very long, strange question to me, so maybe | 09:52:23 |
| 11 | piece it. | 09:52:26 |
| 12 | Q.   What part of that is complicated? | 09:52:26 |
| 13 | A.   Just, I'm trying to follow the | 09:52:30 |
| 14 | sequence of events directly.  Yes, we will | 09:52:32 |
| 15 | work with Aptiv. | 09:52:34 |
| 16 | Q.   That was not my question.  Let me ask | 09:52:35 |
| 17 | it again. | 09:52:37 |
| 18 | A.   I'm not sure I understand the | 09:52:37 |
| 19 | question. | 09:52:39 |
| 20 | Q.   Let me ask you again. | 09:52:39 |
| 21 | A.   Yes. | 09:52:40 |
| 22 | Q.   Will Microchip commit to engage in | 09:52:41 |
| 23 | business as usual with Aptiv on the safety | 09:52:47 |
| 24 | side of its business where you are the sole | 09:52:53 |

JURY TRIAL - VOLUME 3

Page 64

| | | |
|---|---|---|
| 1 | supplier, regardless of patent disputes about | 09:52:56 |
| 2 | the hub business at issue in this case? | 09:53:04 |
| 3 | A.   I don't understand what "commit to | 09:53:10 |
| 4 | engage" means. | 09:53:11 |
| 5 | Q.   You are an officer of the company. | 09:53:13 |
| 6 | A.   Yes. | 09:53:15 |
| 7 | Q.   That's what I mean by commit. | 09:53:16 |
| 8 | A.   We are absolutely willing to work | 09:53:20 |
| 9 | with them on safety products together. | 09:53:21 |
| 10 | Q.   Still not my question. | 09:53:24 |
| 11 | A.   I don't understand the question. | 09:53:25 |
| 12 | That's the problem.  I'm happy to answer. | 09:53:26 |
| 13 | Q.   Are you willing to repeat these words | 09:53:29 |
| 14 | after me? | 09:53:31 |
| 15 | MR. SLAYDEN:  Your Honor, object. | 09:53:32 |
| 16 | She's asking him just to repeat the words she | 09:53:33 |
| 17 | says?  That's not a question. | 09:53:37 |
| 18 | THE COURT:  Okay.  I don't need | 09:53:38 |
| 19 | speaking objections. | 09:53:41 |
| 20 | MR. SLAYDEN:  I'm sorry. | 09:53:41 |
| 21 | THE COURT:  If you have an | 09:53:42 |
| 22 | objection, make an objection and if you need | 09:53:44 |
| 23 | to approach, approach. | 09:53:46 |
| 24 | The objection is sustained. | 09:53:47 |

JURY TRIAL - VOLUME 3

Page 65

| | | |
|---|---|---|
| 1 | BY MS. DURIE: | 09:53:53 |
| 2 | Q.   Let me ask the question then, Mr. | 09:53:49 |
| 3 | Obolsky, like this: | 09:53:51 |
| 4 |         Are you willing to make a | 09:53:53 |
| 5 | commitment that Microchip will engage in | 09:53:54 |
| 6 | business as usual?  Yes or no? | 09:53:58 |
| 7 | A.   Yes.  I guess we would do business as | 09:54:02 |
| 8 | usual with Aptiv.  I don't really understand | 09:54:06 |
| 9 | the question, but yes, certainly.  In our | 09:54:09 |
| 10 | view, we want to continue to work with them as | 09:54:12 |
| 11 | we always have. | 09:54:14 |
| 12 | Q.   Business as usual? | 09:54:15 |
| 13 | A.   Again, it's a very broad business as | 09:54:19 |
| 14 | usual, but yes.  Yes. | 09:54:22 |
| 15 | Q.   Good. | 09:54:25 |
| 16 | A.   Business as usual, yes, I believe so. | 09:54:26 |
| 17 |         MS. DURIE:  Good.  Thank you.  No | 09:54:28 |
| 18 | further questions. | 09:54:30 |
| 19 |         MR. SLAYDEN:  Your Honor, we have | 09:54:53 |
| 20 | one housekeeping issue here. | 09:54:58 |
| 21 |         THE COURT:  Do you need to | 09:55:00 |
| 22 | approach? | 09:55:01 |
| 23 |         MR. SLAYDEN:  No, no, it's fine. | 09:55:02 |
| 24 |         THE COURT:  Okay. | 09:55:03 |

JURY TRIAL - VOLUME 3

Page 66

| | | |
|---|---|---|
| 1 | MR. SLAYDEN:  It is Exhibit 50; it | 09:55:04 |
| 2 | is a native document.  There's no objection to | 09:55:06 |
| 3 | it. | 09:55:09 |
| 4 | THE COURT:  Okay. | 09:55:09 |
| 5 | MR. SLAYDEN:  So we move to admit | 09:55:10 |
| 6 | Exhibit 50, Your Honor. | 09:55:12 |
| 7 | THE COURT:  Okay. | 09:55:13 |
| 8 | No objections; right?  Per his | 09:55:13 |
| 9 | discussion, there is no objection, Ms. Durie? | 09:55:16 |
| 10 | MS. DURIE:  No. | 09:55:18 |
| 11 | THE COURT:  All right.  So it will | 09:55:19 |
| 12 | be received. | 09:55:21 |
| 13 | (Whereupon, Trial Exhibit 50 was | 09:55:21 |
| 14 | introduced and admitted.) | 09:55:25 |
| 15 | MR. SLAYDEN:  Mr. Ferrer, can you | 09:55:28 |
| 16 | bring up Exhibit -- no, hold on.  Don't bring | 09:55:32 |
| 17 | it up. | 09:55:35 |
| 18 | May I approach? | 09:55:36 |
| 19 | THE COURT:  Yes. | 09:55:38 |
| 20 | - - - | 09:55:39 |
| 21 | REDIRECT EXAMINATION | 09:55:39 |
| 22 | - - - | 09:55:46 |
| 23 | BY MR. SLAYDEN: | 09:55:46 |
| 24 | Q.   Mr. Obolsky, can you identify | 09:55:49 |

JURY TRIAL - VOLUME 3

Page 67

| | | |
|---|---|---|
| 1 | Exhibit 52 for us? | 09:55:51 |
| 2 | A.   This one? | 09:55:54 |
| 3 | Q.   82, I'm sorry. | 09:55:55 |
| 4 | A.   Yes.  Yes.  It appears to be an | 09:55:57 |
| 5 | internal document that I wrote. | 09:55:59 |
| 6 | (Whereupon, Trial Exhibit 82 was | 09:55:59 |
| 7 | introduced.) | 09:56:03 |
| 8 | MR. SLAYDEN:  Okay.  Move to admit | 09:56:03 |
| 9 | it. | 09:56:05 |
| 10 | MS. DURIE:  No objection. | 09:56:05 |
| 11 | THE COURT:  Okay.  It is received. | 09:56:06 |
| 12 | (Whereupon, Trial Exhibit 47 was | 09:56:06 |
| 13 | introduced.) | 09:56:16 |
| 14 | BY MR. SLAYDEN: | 09:56:16 |
| 15 | Q.   Mr. Obolsky, do you recognize the | 09:56:36 |
| 16 | document I gave you? | 09:56:39 |
| 17 | A.   Yes. | 09:56:43 |
| 18 | Q.   Exhibit 47? | 09:56:43 |
| 19 | A.   Yes. | 09:56:46 |
| 20 | MR. SLAYDEN:  Move to admit it.  I | 09:56:46 |
| 21 | apologize for not having a copy. | 09:56:48 |
| 22 | MS. DURIE:  No objection. | 09:56:49 |
| 23 | THE COURT:  Okay.  It is received. | 09:56:51 |
| 24 | Mr. Slayden, is that Exhibit 47, | 09:57:01 |

JURY TRIAL - VOLUME 3

Page 68

1    the last one?                                    09:57:03

2            MR. SLAYDEN:  Yes, sir.                  09:57:04

3            THE COURT:  Okay.                        09:57:05

4    BY MR. SLAYDEN:                                  09:57:11

5       Q.  Mr. Obolsky, do you recognize            09:57:12

6    Exhibit 42 that I have put in front of you?      09:57:14

7       A.  Yes.  This is a Microchip internal        09:57:17

8    document.                                        09:57:21

9            MR. SLAYDEN:  Move to admit              09:57:22

10   Exhibit 42.                                      09:57:24

11           MS. DURIE:  Sorry, 42?                   09:57:27

12           MR. SLAYDEN:  Yes.                       09:57:29

13           THE COURT:  42, is that what you         09:57:30

14   said?                                            09:57:32

15           MR. SLAYDEN:  42, Your Honor.            09:57:32

16           THE COURT:  Okay.                        09:57:34

17           MS. DURIE:  No objection.                09:57:34

18           THE COURT:  Okay.  It is received.       09:57:35

19           MR. SLAYDEN:  I can take those           09:57:39

20   back.                                            09:57:40

21           (Brief pause.)                           09:57:53

22   BY MR. SLAYDEN:                                  09:58:25

23      Q.  Mr. Obolsky, yesterday you testified      09:58:26

24   concerning a period of time around 2014 when     09:58:28

JURY TRIAL - VOLUME 3

Page 69

| | | |
|---|---|---|
| 1 | Aptiv -- excuse me, Delphi contacted Microchip | 09:58:34 |
| 2 | concerning Unwired. | 09:58:39 |
| 3 | Do you remember that? | 09:58:40 |
| 4 | A.   Yes, I do. | 09:58:41 |
| 5 | Q.   And did Aptiv actually -- Delphi | 09:58:42 |
| 6 | actually contact Microchip and ask them to | 09:58:46 |
| 7 | investigate Unwired's one-lane solution? | 09:58:49 |
| 8 | A.   Yes, they did. | 09:58:51 |
| 9 | MR. SLAYDEN:  Mr. Ferrer, can you | 09:58:57 |
| 10 | bring up Exhibit 58.  And can you go down | 09:58:58 |
| 11 | to... | 09:59:20 |
| 12 | BY MR. SLAYDEN: | 09:59:20 |
| 13 | Q.   Do you have Exhibit 58 in your | 09:59:21 |
| 14 | notebook? | 09:59:22 |
| 15 | A.   58, I have -- I don't have it. | 09:59:36 |
| 16 | Q.   That's okay.  Can you see the screen? | 09:59:42 |
| 17 | Or I can bring you a copy. | 09:59:45 |
| 18 | A.   Yes, I can. | 09:59:46 |
| 19 | MR. SLAYDEN:  And, Mr. Ferrer, can | 09:59:59 |
| 20 | you bring up the last sentence of the first | 10:00:00 |
| 21 | full paragraph, please. | 10:00:02 |
| 22 | BY MR. SLAYDEN: | 10:00:04 |
| 23 | Q.   And do you recognize this email? | 10:00:13 |
| 24 | A.   Yes. | 10:00:17 |

Page 70

| | | |
|---|---|---|
| 1 | Q.   And do you recognize Mr. Orlosky? | 10:00:19 |
| 2 | A.   From the exhibit, yes. | 10:00:24 |
| 3 | Q.   And he is a Delphi employee? | 10:00:26 |
| 4 | A.   As I understand it, yes. | 10:00:29 |
| 5 | Q.   And the last sentence, it says, this | 10:00:32 |
| 6 | is Delphi talking, "I started working on these | 10:00:38 |
| 7 | products a little over a year ago and am self | 10:00:41 |
| 8 | taught.  No one existed in this position (a | 10:00:44 |
| 9 | guy quit and I was not engaged) and the | 10:00:47 |
| 10 | SMSC/Microchip guys have been outstanding in | 10:00:51 |
| 11 | helping me learn the technologies and make the | 10:00:54 |
| 12 | right product decisions.  We will continue | 10:00:56 |
| 13 | down this road and I'm sure there will be no | 10:00:59 |
| 14 | further discussion."  {Sic} | 10:01:02 |
| 15 |        Isn't that Delphi giving Microchip | 10:01:04 |
| 16 | a compliment for helping them during this time | 10:01:07 |
| 17 | when Unwired starting competing with Delphi? | 10:01:10 |
| 18 | A.   Yes.  At that point, we were partners | 10:01:12 |
| 19 | hoping to win together, and yeah, they were -- | 10:01:15 |
| 20 | as I mentioned earlier, we put a lot of | 10:01:17 |
| 21 | technical support into any designs with our | 10:01:19 |
| 22 | customer. | 10:01:23 |
| 23 | Q.   And can you please remind the jury | 10:01:26 |
| 24 | why Microchip raised prices on its four USB | 10:01:31 |

JURY TRIAL - VOLUME 3

Page 71

| | | |
|---|---|---|
| 1 | hub products back in the timeframe of 2019? | 10:01:35 |
| 2 | A.   It became obvious that all the prior | 10:01:39 |
| 3 | discussions about what the plans were were no | 10:01:42 |
| 4 | longer going to be true and the volumes would, | 10:01:43 |
| 5 | you know, start to drop dramatically as they | 10:01:45 |
| 6 | shifted over to an alternate solution.  So the | 10:01:48 |
| 7 | volume was dropping and all the forecasts | 10:01:51 |
| 8 | didn't make any sense, so we said fine, time | 10:01:53 |
| 9 | to adjust, and then it all bared out, right? | 10:01:56 |
| 10 | We talked about it dropping from 16 million to | 10:01:58 |
| 11 | eight million to five million in consecutive | 10:02:01 |
| 12 | years, and that was not the original forecast. | 10:02:04 |
| 13 | Q.   So Aptiv wasn't going to be this | 10:02:06 |
| 14 | long-term agreement commitment? | 10:02:08 |
| 15 | A.   I'm sorry.  No, Aptiv was going to | 10:02:10 |
| 16 | come nowhere near what they had forecast | 10:02:13 |
| 17 | prior. | 10:02:15 |
| 18 | Q.   And did that turn out to be true? | 10:02:15 |
| 19 | A.   Yes.  As I just mentioned, the | 10:02:17 |
| 20 | revenue -- the revenue dropped dramatically | 10:02:19 |
| 21 | once they had their own different solution | 10:02:23 |
| 22 | that was no longer a partnership with the new | 10:02:25 |
| 23 | competing solution. | 10:02:27 |
| 24 | Q.   And I think you testified yesterday | 10:02:28 |

JURY TRIAL - VOLUME 3

Page 72

| | | |
|---|---|---|
| 1 | that Microchip supplies Aptiv over 100 other | 10:02:29 |
| 2 | products, approximately? | 10:02:34 |
| 3 | A.   Yeah. | 10:02:35 |
| 4 | Q.   To Aptiv? | 10:02:36 |
| 5 | A.   Yes.  Something just above 100, | 10:02:37 |
| 6 | giving broad numbers. | 10:02:41 |
| 7 | Q.   Did Microchip raise the prices on | 10:02:41 |
| 8 | those products? | 10:02:44 |
| 9 | A.   No, we did not.  Only on the ones | 10:02:44 |
| 10 | where we were directly competing. | 10:02:46 |
| 11 | MR. SLAYDEN:  No further | 10:02:48 |
| 12 | questions. | 10:02:49 |
| 13 | THE COURT:  Ms. Durie? | 10:02:51 |
| 14 | MS. DURIE:  Nothing further. | 10:02:53 |
| 15 | THE COURT:  Mr. Obolsky, you can | 10:02:54 |
| 16 | step down.  If your binder is there, why don't | 10:02:56 |
| 17 | you take it with you. | 10:03:00 |
| 18 | (Whereupon, the witness was | 10:04:12 |
| 19 | excused.) | 10:04:14 |
| 20 | (Brief pause.) | 10:04:15 |
| 21 | MR. FENTON:  Good morning, Your | 10:04:48 |
| 22 | Honor. | 10:04:49 |
| 23 | THE COURT:  Good morning. | 10:04:49 |
| 24 | MR. FENTON:  My name is Truman | 10:04:50 |

Page 73

| | | |
|---|---|---|
| 1 | Fenton and I am an attorney on behalf of | 10:04:51 |
| 2 | Microchip Technology, and we are going to | 10:04:54 |
| 3 | present Mr. Ivan Zatkovich. | 10:04:56 |
| 4 | THE COURT:  All right.  Call Mr. | 10:04:57 |
| 5 | Zatkovich up to the stand, please. | 10:04:59 |
| 6 | THE COURT CLERK:  Please state and | 10:05:13 |
| 7 | spell your name for the record. | 10:05:20 |
| 8 | THE WITNESS:  Ivan Zatkovich, | 10:05:23 |
| 9 | I-V-A-N, Z-A-T-K-O-V-I-C-H. | 10:05:24 |
| 10 | -  -  - | 10:05:38 |
| 11 | DIRECT EXAMINATION | 10:06:22 |
| 12 | -  -  - | 10:06:22 |
| 13 | BY MR. FENTON: | 10:06:24 |
| 14 | Q.   Mr. Zatkovich, would you introduce | 10:06:25 |
| 15 | yourself, please. | 10:06:26 |
| 16 | A.   Yes.  My name is Ivan Zatkovich.  I | 10:06:27 |
| 17 | live in New York, but I was born and raised in | 10:06:30 |
| 18 | Pittsburgh, Pennsylvania. | 10:06:32 |
| 19 | Q.   And, Mr. Zatkovich, did you prepare | 10:06:34 |
| 20 | some slides to go over with the jury today? | 10:06:36 |
| 21 | A.   Yes.  I prepared two expert reports | 10:06:39 |
| 22 | for this matter, and I summarized portions of | 10:06:41 |
| 23 | that and basically summarized them in slides. | 10:06:44 |
| 24 | MR. FENTON:  Can we take a look at | 10:06:48 |

JURY TRIAL - VOLUME 3

Page 74

1    the first slide, please.                        10:06:50

2              THE WITNESS:  Sure.                    10:06:51

3    BY MR. FENTON:                                   10:06:54

4        Q.   Will you briefly introduce yourself,    10:06:55

5    including your educational background.           10:06:57

6        A.   Sure.  I went to the University of      10:06:58

7    Pittsburgh where I received a bachelor's in      10:07:01

8    computer science.  I also began my master's      10:07:03

9    study in what's called heterogeneous computer    10:07:06

10   networks.  Basically it's getting computers,     10:07:10

11   microcomputers, to talk to each other.           10:07:13

12            I also minored in the design of         10:07:15

13   digital electronic circuits.                     10:07:21

14       Q.   And then what is your overall           10:07:23

15   background?                                       10:07:25

16       A.   My overall background, for the          10:07:26

17   last -- actually over 30 years, has been in      10:07:29

18   computer science.  Basically my career has       10:07:32

19   focused on building electronic devices,          10:07:35

20   getting computer devices to talk to computers    10:07:40

21   and getting computers to talk to each other.     10:07:43

22   So that boils down to computer networks,         10:07:45

23   digital circuit design, and software to          10:07:47

24   control those devices in that communication.     10:07:50

Page 75

| | | |
|---|---|---|
| 1 | Q.   And, I'm sorry, you have a bachelor's | 10:07:57 |
| 2 | in computer science.  Did you work on your | 10:08:00 |
| 3 | master's? | 10:08:02 |
| 4 | A.   I did.  My master's thesis was | 10:08:02 |
| 5 | actually an extension of my senior year | 10:08:05 |
| 6 | project which University of Pittsburgh had, | 10:08:08 |
| 7 | and this was in the late '70s, had a | 10:08:11 |
| 8 | microcomputer laboratory where, back in the | 10:08:13 |
| 9 | '70s, we had the Radio Shack TR3, we had the | 10:08:17 |
| 10 | Apple 2, MSI A88.  I was in heaven when I was | 10:08:21 |
| 11 | working in those computer labs. | 10:08:25 |
| 12 | So I developed a project.  At the | 10:08:26 |
| 13 | time, none of these computers could talk to | 10:08:28 |
| 14 | each other.  Today it's a given, but then, | 10:08:30 |
| 15 | back then, you couldn't do that.  So I | 10:08:33 |
| 16 | developed my master's thesis on getting these | 10:08:35 |
| 17 | computers to speak to each other. | 10:08:38 |
| 18 | And then I developed an | 10:08:40 |
| 19 | application on top of that which was a game | 10:08:41 |
| 20 | where each user would sit on their computer | 10:08:43 |
| 21 | and be in a virtual matrix and try to find and | 10:08:47 |
| 22 | kill each other within the matrix. | 10:08:51 |
| 23 | Q.   Now, did you complete your master's? | 10:08:53 |
| 24 | A.   I did not.  Shortly after I finished | 10:08:55 |

Page 76

| | | |
|---|---|---|
| 1 | my thesis of this project, Digital | 10:08:58 |
| 2 | Equipment -- Digital was the second largest | 10:09:01 |
| 3 | manufacturer of computers at the time.  They | 10:09:04 |
| 4 | came along and basically gave me a job offer | 10:09:06 |
| 5 | to work on their computers, which I loved.  So | 10:09:09 |
| 6 | I forego my master's study and jumped into | 10:09:13 |
| 7 | Digital Equipment. | 10:09:16 |
| 8 |     Q.   And what kind of a company was it | 10:09:17 |
| 9 | that you worked for, Digital Equipment? | 10:09:18 |
| 10 |     A.   It was fantastic.  It was -- the | 10:09:20 |
| 11 | owner of the company was Ken Olsen, he was an | 10:09:22 |
| 12 | engineer, so it was a company run by engineers | 10:09:25 |
| 13 | for engineers.  So in that company, I was | 10:09:27 |
| 14 | doing exactly what I loved, designing | 10:09:31 |
| 15 | electrical components and getting computers to | 10:09:33 |
| 16 | talk to each other. | 10:09:36 |
| 17 |     Q.   What is the rest of your professional | 10:09:38 |
| 18 | history, if you could just give a brief | 10:09:40 |
| 19 | overview of that? | 10:09:42 |
| 20 |     A.   Sure.  Again, every -- throughout my | 10:09:43 |
| 21 | career, I focused on designing electronic | 10:09:46 |
| 22 | devices to talk to computers and getting | 10:09:49 |
| 23 | computers to talk to each other in different | 10:09:51 |
| 24 | ways.  So I'll give you a brief summary of the | 10:09:53 |

JURY TRIAL - VOLUME 3

Page 77

1    different jobs that I did that in.                    10:09:56

2           At Digital Equipment, as I                     10:09:58

3    mentioned, I designed and developed disk              10:10:01

4    devices, disk drives and tape drives; I               10:10:05

5    designed and developed communication software.        10:10:09

6           At GTE Data Services, which became             10:10:11

7    Verizon, I designed and developed                     10:10:15

8    telecommunications software, again getting            10:10:17

9    computers to communicate over telephone               10:10:20

10   networks.                                             10:10:23

11          At Utility Partners, I was the                 10:10:23

12   director of networks and we developed devices,        10:10:25

13   field devices, that could communicate via             10:10:30

14   computers over the radio network for the field        10:10:35

15   service personnel.                                    10:10:40

16          At Tanning Technology, I developed             10:10:41

17   eCommerce software primarily for communicating        10:10:45

18   secure financial transactions, making                 10:10:50

19   transactions, ensuring transactions over              10:10:52

20   computer networks.                                    10:10:58

21          At Eva-tone, which was a                       10:10:59

22   multimedia company, I was developing network          10:11:00

23   communications to communicate media to and            10:11:02

24   from networks, audio media, video media,              10:11:06

JURY TRIAL - VOLUME 3

Page 78

|   |   |   |
|---|---|---|
| 1 | streaming media. | 10:11:09 |
| 2 | And at Smith & Nephew, I was a | 10:11:10 |
| 3 | global web manager.  Smith & Nephew | 10:11:14 |
| 4 | manufactures medical instruments and | 10:11:17 |
| 5 | specialized bandages, and they have | 10:11:20 |
| 6 | subsidiaries all over the world.  So I was | 10:11:22 |
| 7 | overseeing the 24 different websites that they | 10:11:25 |
| 8 | had over the globe and making sure they were | 10:11:29 |
| 9 | synchronized and communicating with each | 10:11:33 |
| 10 | other. | 10:11:35 |
| 11 | And then finally I got to start my | 10:11:35 |
| 12 | own company where I could take my projects and | 10:11:37 |
| 13 | I could design whatever devices I wanted, | 10:11:40 |
| 14 | well, whatever clients would hire me to | 10:11:43 |
| 15 | design.  And I also, at the current time, I | 10:11:44 |
| 16 | have about a dozen consultants that I employ | 10:11:49 |
| 17 | within eComp Consultants. | 10:11:51 |
| 18 | Q.   Now, you also have another slide that | 10:11:54 |
| 19 | talks about some specific projects.  Can we | 10:11:58 |
| 20 | focus in on -- would you describe your work at | 10:12:01 |
| 21 | Utility Partners? | 10:12:04 |
| 22 | A.   Sure.  I actually cherry-picked some | 10:12:06 |
| 23 | of the projects from some of the different | 10:12:08 |
| 24 | companies that I thought were most closely | 10:12:11 |

Page 79

| | | |
|---|---|---|
| 1 | related to this. | 10:12:13 |
| 2 | Again, as I mentioned, at Digital | 10:12:13 |
| 3 | Equipment Corporation, I was doing high speed | 10:12:16 |
| 4 | communications.  I was doing disk and tape | 10:12:18 |
| 5 | device drivers to communicate from a disk to | 10:12:21 |
| 6 | the computer. | 10:12:23 |
| 7 | I was also on -- at that time, I | 10:12:25 |
| 8 | was a member of the International Standards | 10:12:28 |
| 9 | Organization, ISO, and I was on two different | 10:12:32 |
| 10 | committees.  One of the committees was | 10:12:35 |
| 11 | designing standards for the disk drives, for | 10:12:37 |
| 12 | the disk format.  Another of the ISO | 10:12:40 |
| 13 | committees was developing standards for | 10:12:44 |
| 14 | Ethernet.  I think you heard Mr. Bohm describe | 10:12:47 |
| 15 | Ethernet as a wired version, an older wired | 10:12:50 |
| 16 | version of WiFi.  So we were developing | 10:12:54 |
| 17 | standards for that. | 10:12:56 |
| 18 | At Utility Partners, one of the | 10:12:58 |
| 19 | devices that I had to develop was related to | 10:13:02 |
| 20 | what we call mobile field terminal.  These | 10:13:05 |
| 21 | were older, I guess you could call them older | 10:13:08 |
| 22 | versions of iPads.  They were electric devices | 10:13:12 |
| 23 | that you could download work orders and upload | 10:13:16 |
| 24 | them to the computer. | 10:13:19 |

Page 80

|   |   |   |
|---|---|---|
| 1 | So we rigged them up to | 10:13:21 |
| 2 | communicate via the radio so that field | 10:13:22 |
| 3 | technicians could get these guys to go out and | 10:13:25 |
| 4 | hook up electricity, repair the transformers; | 10:13:29 |
| 5 | rather than have them go to the central office | 10:13:31 |
| 6 | every time they needed to pick up a paperwork | 10:13:34 |
| 7 | order, we gave them these global field | 10:13:37 |
| 8 | terminals where they could download their work | 10:13:40 |
| 9 | orders over the radio. | 10:13:43 |
| 10 | When they came back into the | 10:13:44 |
| 11 | central office at the end of the day, they | 10:13:46 |
| 12 | needed to upload those computer work orders to | 10:13:48 |
| 13 | the computer.  Well, this was 1996, '97, very | 10:13:51 |
| 14 | early beginnings of USB.  I wanted to convince | 10:13:56 |
| 15 | our utility company clients to use USB because | 10:14:01 |
| 16 | I knew that was an up and coming thing at that | 10:14:05 |
| 17 | time. | 10:14:08 |
| 18 | Unfortunately, most of the MDT | 10:14:08 |
| 19 | units only communicated via these old serial | 10:14:13 |
| 20 | devices.  So what I had to do is design a | 10:14:16 |
| 21 | special type of USB hub that would allow you | 10:14:19 |
| 22 | to connect normal USB devices, as well as | 10:14:21 |
| 23 | these other older terminals with serial | 10:14:25 |
| 24 | communications. | 10:14:28 |

JURY TRIAL - VOLUME 3

Page 81

| | | |
|---|---|---|
| 1 | So we had -- in the hub, I had to | 10:14:29 |
| 2 | design a conversion from serial communications | 10:14:31 |
| 3 | to the USB communications so that everything | 10:14:34 |
| 4 | would go up to the host computer using USB | 10:14:36 |
| 5 | hub.  So I thought that's quite interesting, | 10:14:40 |
| 6 | it worked quite well. | 10:14:42 |
| 7 | At Tanning Technology, that's not | 10:14:43 |
| 8 | a tanning booth company, Mr. Tanning was the | 10:14:47 |
| 9 | name of the owner of the company.  We did | 10:14:49 |
| 10 | network infrastructure.  We did a specific | 10:14:52 |
| 11 | project for Morgan Stanley.  We were | 10:14:55 |
| 12 | developing mobile applications for their stock | 10:14:57 |
| 13 | brokers. | 10:15:00 |
| 14 | Again, this is well before the | 10:15:01 |
| 15 | iPhone and Smartphones.  We were taking these | 10:15:02 |
| 16 | palm PDAs and these older Blackberries and | 10:15:06 |
| 17 | developing software where you could download | 10:15:11 |
| 18 | stock quotes, do stock trades and connect them | 10:15:13 |
| 19 | via the computer via a USB adapter.  So we | 10:15:17 |
| 20 | designed USB adapters for the Blackberries and | 10:15:23 |
| 21 | the palm PDA. | 10:15:27 |
| 22 | And at eComp Consultants, my | 10:15:28 |
| 23 | company, one of the projects that we worked on | 10:15:31 |
| 24 | was developing a special type of WiFi called a | 10:15:33 |

JURY TRIAL - VOLUME 3

Page 82

| | | |
|---|---|---|
| 1 | mesh network WiFi.  That's allowing people to | 10:15:36 |
| 2 | take their cell phones and communicate with | 10:15:40 |
| 3 | each other on their cell phones creating a | 10:15:43 |
| 4 | network without using the telephone network. | 10:15:45 |
| 5 | It's called, using WiFi direct, you can | 10:15:48 |
| 6 | communicate directly with other phones and you | 10:15:51 |
| 7 | can create a network of phones using WiFi | 10:15:54 |
| 8 | direct.  Very interesting.  We developed some | 10:15:57 |
| 9 | applications on top of that. | 10:15:59 |
| 10 | Another device that we designed | 10:16:01 |
| 11 | was a locator tag.  I don't know if you're | 10:16:04 |
| 12 | familiar with Apple AirTag, where you put the | 10:16:08 |
| 13 | tag on the device; in case you lose it, you | 10:16:11 |
| 14 | can look on your iPhone to where you've lost | 10:16:14 |
| 15 | it. | 10:16:16 |
| 16 | We were working on technology | 10:16:16 |
| 17 | similar to that before the AirTag where it | 10:16:19 |
| 18 | used a tag on the device that we had to | 10:16:22 |
| 19 | connect to it, charge it via USB, and also to | 10:16:25 |
| 20 | download and upload information to the tag | 10:16:30 |
| 21 | using a USB interface. | 10:16:32 |
| 22 | So those are just a sample of | 10:16:35 |
| 23 | projects that I thought related to the | 10:16:37 |
| 24 | technology here. | 10:16:39 |

JURY TRIAL - VOLUME 3

Page 83

| | | |
|---|---|---|
| 1 | Q.   Have you testified at trial before in | 10:16:40 |
| 2 | a patent case? | 10:16:41 |
| 3 | A.   I have. | 10:16:42 |
| 4 | Q.   And have you testified both on behalf | 10:16:43 |
| 5 | of plaintiffs and defendants? | 10:16:46 |
| 6 | A.   Yes.  I would say almost equal | 10:16:47 |
| 7 | plaintiff and defendants. | 10:16:50 |
| 8 | Q.   Are you being compensated for your | 10:16:51 |
| 9 | work on this case? | 10:16:52 |
| 10 | A.   I am. | 10:16:53 |
| 11 | Q.   And does your compensation tie at all | 10:16:54 |
| 12 | to the outcome of this litigation? | 10:16:57 |
| 13 | A.   No.  I get paid the same, regardless | 10:17:00 |
| 14 | of the outcome. | 10:17:02 |
| 15 | MR. FENTON:  Your Honor, we tender | 10:17:03 |
| 16 | Mr. Ivan Zatkovich as an expert on technical | 10:17:05 |
| 17 | issues in the area of system integration and | 10:17:08 |
| 18 | communications. | 10:17:10 |
| 19 | MS. DURIE:  No objection. | 10:17:11 |
| 20 | THE COURT:  Okay.  He is accepted. | 10:17:12 |
| 21 | BY MR. FENTON: | 10:17:14 |
| 22 | Q.   Mr. Zatkovich, what was your | 10:17:14 |
| 23 | assignment and what did you do to accomplish | 10:17:15 |
| 24 | that assignment? | 10:17:18 |

Page 84

1      A.   My general assignment was to                10:17:20

2    basically examine the patents-in-suit,             10:17:22

3    specifically the '243 Patent, to analyze that      10:17:26

4    and also to look at both the Aptiv product and     10:17:30

5    the Microchip product to see how those related     10:17:34

6    to the '243 Patent.                                10:17:37

7      Q.   Okay.                                        10:17:40

8           And what kind of materials did you          10:17:40

9    consider in analyzing this process?                10:17:42

10     A.   Well, first and foremost, dozens of          10:17:45

11   documents describing the specifications,           10:17:48

12   circuit diagrams, communication protocols of       10:17:51

13   the Aptiv and the Microchip devices.  I looked     10:17:56

14   at the court filings, of course.  I looked at      10:17:59

15   the source code.                                   10:18:02

16          Aptiv provided the software that            10:18:03

17   they developed that sits on both their             10:18:05

18   Boston -- it runs on both their Boston chip        10:18:08

19   and in the head unit that the Boston chip          10:18:10

20   connects to.                                       10:18:13

21          I looked at the expert reports of           10:18:14

22   the experts in this case, and I also read          10:18:18

23   testimony of the various witnesses that were       10:18:21

24   deposed in this matter.                            10:18:23

Page 85

```
 1       Q.   And did you conduct any analysis of        10:18:26

 2   any systems or technologies?                        10:18:30

 3       A.   Well, yes.  One of the things that I        10:18:32

 4   did was to test the Aptiv device.  After            10:18:34

 5   having read all the specifications, the design      10:18:38

 6   and having what I felt was a clear                  10:18:41

 7   understanding of that device, I wanted to test      10:18:43

 8   it just to make sure it matched with the            10:18:45

 9   specification.                                       10:18:48

10            So I found a specific make and             10:18:49

11   model of a car that I knew had that Aptiv           10:18:52

12   Boston chip in it, which was a GMC Yukon.  I        10:18:56

13   wanted to rent a Cadillac Escalade, but that        10:19:01

14   wasn't in the budget, so I rented the Yukon         10:19:05

15   and I hooked up a LeCroy Logic Analyzer that        10:19:07

16   would intercept the communications going from       10:19:11

17   the iPhone through the Boston chip device and       10:19:13

18   up to the head unit.                                 10:19:16

19            And basically my -- my objective           10:19:17

20   of that was just to verify that it was              10:19:20

21   operating consistently with the documents that     10:19:22

22   I had read.                                          10:19:25

23       Q.   And did you research any USB               10:19:27

24   materials or other materials on your own to        10:19:29
```

Page 86

| | | |
|---|---|---|
| 1 | make sure you understood the context of this | 10:19:31 |
| 2 | case? | 10:19:33 |
| 3 | A.   Yes.  Of course, I mean, while I was | 10:19:33 |
| 4 | developing USB devices, I was very familiar | 10:19:36 |
| 5 | with USB spec, but that had been a little | 10:19:38 |
| 6 | while, so I refreshed my memory on the USB | 10:19:41 |
| 7 | specifications. | 10:19:44 |
| 8 | Q.   Did you prepare some slides to | 10:19:46 |
| 9 | discuss USB concepts? | 10:19:48 |
| 10 | A.   I did.  I have been sitting in court | 10:19:49 |
| 11 | here, so I know witnesses have been talking | 10:19:55 |
| 12 | about USB.  I wanted to do a top-down review | 10:19:58 |
| 13 | of this, but hopefully it's just a quick | 10:20:02 |
| 14 | overview. | 10:20:04 |
| 15 | So USB standard, which is several | 10:20:06 |
| 16 | hundred pages long, basically has three | 10:20:10 |
| 17 | categories; it has mechanical -- actually, do | 10:20:12 |
| 18 | we have like a cable? | 10:20:15 |
| 19 | Q.   I'm handing you 359 and an iPhone. | 10:20:35 |
| 20 | A.   Great.  All right. | 10:20:37 |
| 21 | So mechanical specifications are | 10:20:39 |
| 22 | basically the specifications about the | 10:20:40 |
| 23 | connection.  This is the thing that you charge | 10:20:44 |
| 24 | your iPhone and you are almost always | 10:20:46 |

JURY TRIAL - VOLUME 3

Page 87

| | | |
|---|---|---|
| 1 | connecting upside-down.  So the mechanical | 10:20:49 |
| 2 | specifications define the size and the shape, | 10:20:51 |
| 3 | the composition of the physical items, | 10:20:55 |
| 4 | including the port. | 10:20:58 |
| 5 | And this connects into, as the | 10:20:59 |
| 6 | picture shows here, it connects into the port. | 10:21:02 |
| 7 | That's the USB port there, and the mechanical | 10:21:11 |
| 8 | specification covers that as well. | 10:21:15 |
| 9 | The second part is the electrical | 10:21:17 |
| 10 | specifications.  Basically that's the voltages | 10:21:19 |
| 11 | and the signal, the types of signals that get | 10:21:22 |
| 12 | transmitted on the cables for the | 10:21:25 |
| 13 | communication. | 10:21:27 |
| 14 | The third part is by far the | 10:21:28 |
| 15 | largest part of the specification, and that's | 10:21:30 |
| 16 | the communications.  That includes the | 10:21:32 |
| 17 | commands, the type of data transfer that | 10:21:36 |
| 18 | you're communicating back and forth. | 10:21:39 |
| 19 | But those three parts basically | 10:21:41 |
| 20 | make up the entirety of the USB | 10:21:43 |
| 21 | specifications. | 10:21:45 |
| 22 | Q.   And then did you want to go over some | 10:21:48 |
| 23 | of the concepts within USB? | 10:21:50 |
| 24 | A.   Yeah.   Real quick, we'll go top to | 10:21:52 |

JURY TRIAL - VOLUME 3

Page 88

| | | |
|---|---|---|
| 1 | bottom here. | 10:21:55 |
| 2 | So the green -- the green line | 10:21:56 |
| 3 | here -- oops, I'm pressing the wrong button. | 10:21:58 |
| 4 | The green line here represents the | 10:22:03 |
| 5 | USB bus.  That's the physical connection; a | 10:22:05 |
| 6 | combination of all the cables is the USB bus. | 10:22:09 |
| 7 | That's where all the signals get transmitted | 10:22:11 |
| 8 | on.  And if you want to connect to a host, you | 10:22:15 |
| 9 | would have to connect into the USB bus. | 10:22:18 |
| 10 | That's connected through that host. | 10:22:20 |
| 11 | And the host at the top, of | 10:22:22 |
| 12 | course, is the device that's in control.  It | 10:22:24 |
| 13 | is the one that sends commands down to the | 10:22:27 |
| 14 | devices.  Devices can't say anything until the | 10:22:28 |
| 15 | host sends a command to it; then the devices | 10:22:31 |
| 16 | can respond. | 10:22:34 |
| 17 | The devices, of course, are what | 10:22:36 |
| 18 | follow the commands.  And in this particular | 10:22:39 |
| 19 | case, we have the USB host, which the computer | 10:22:43 |
| 20 | has, in this case, up to three ports.  What | 10:22:48 |
| 21 | happens if we have more than three USB devices | 10:22:50 |
| 22 | that you want to plug in?  Some of you may be | 10:22:52 |
| 23 | familiar.  You can plug in a hub.  A hub gives | 10:22:56 |
| 24 | you extra ports. | 10:22:59 |

JURY TRIAL - VOLUME 3

Page 89

| | | |
|---|---|---|
| 1 | Q.   Mr. Zatkovich, what are the little | 10:23:01 |
| 2 | red numbers? | 10:23:03 |
| 3 | A.   The little red numbers are the | 10:23:03 |
| 4 | addresses of the devices.  Every time a device | 10:23:05 |
| 5 | gets added to the USB hub, it has to be given | 10:23:10 |
| 6 | an address, and that's done by the host, and | 10:23:13 |
| 7 | I'll talk a little bit more in detail on that. | 10:23:15 |
| 8 | But even the hub has to have an | 10:23:18 |
| 9 | address, too, because it has to talk to the | 10:23:20 |
| 10 | host.  So now the hub is given some more | 10:23:22 |
| 11 | supports so we can add some more devices. | 10:23:27 |
| 12 | And let's talk briefly about what | 10:23:29 |
| 13 | happens when we add a new device to the bus. | 10:23:31 |
| 14 | When we add a new device to the bus, such as a | 10:23:35 |
| 15 | memory stick, the first thing that happens is | 10:23:37 |
| 16 | it sends up basically a discovery signal up to | 10:23:40 |
| 17 | the host saying there's a new device here and | 10:23:43 |
| 18 | we don't know what it is. | 10:23:45 |
| 19 | So the host does what's called an | 10:23:46 |
| 20 | enumeration, and I think you've heard that | 10:23:49 |
| 21 | term, "enumeration."  Basically it's the host | 10:23:52 |
| 22 | saying I need to know who you are.  So it asks | 10:23:55 |
| 23 | for the device's configuration, what type of | 10:23:59 |
| 24 | device you are, what type of interface do you | 10:24:02 |

JURY TRIAL - VOLUME 3

Page 90

| | | |
|---|---|---|
| 1 | use to communicate data.  And once it receives | 10:24:05 |
| 2 | that information, it -- and if the host is | 10:24:07 |
| 3 | satisfied, it assigns a new address to that | 10:24:12 |
| 4 | device so that it can tell that device from | 10:24:16 |
| 5 | all the other devices on the USB bus. | 10:24:17 |
| 6 | Of course, this is the way the | 10:24:20 |
| 7 | standard USB network works in a standard USB | 10:24:22 |
| 8 | device.  We're going to be looking at some | 10:24:28 |
| 9 | non-standard USB devices. | 10:24:32 |
| 10 | Q.   Thank you. | 10:24:35 |
| 11 | Now, we've already heard a bit | 10:24:36 |
| 12 | about CarPlay, but do you have some slides | 10:24:37 |
| 13 | giving a review of CarPlay and how some of the | 10:24:40 |
| 14 | CarPlay issues interface with this case? | 10:24:43 |
| 15 | A.   Sure.  One item I forgot, small but | 10:24:44 |
| 16 | important concept, the host is considered at | 10:24:49 |
| 17 | the top of the triangle, so it looks at its | 10:24:53 |
| 18 | devices through downstream, downstream ports, | 10:24:56 |
| 19 | and the devices look up to the host and it | 10:24:59 |
| 20 | looks up to those through upstream ports. | 10:25:02 |
| 21 | Important concept I will be talking about | 10:25:05 |
| 22 | later. | 10:25:07 |
| 23 | All right.  CarPlay.  And I know | 10:25:08 |
| 24 | many of you have probably used CarPlay or seen | 10:25:12 |

JURY TRIAL - VOLUME 3

Page 91

```
 1    it before.  Some of you may have not.  So I'm        10:25:15

 2    going to assume that some of you may have not,       10:25:18

 3    so I'm going to talk about it from the               10:25:21

 4    beginning.                                           10:25:23

 5            So CarPlay is an invention by                10:25:24

 6    Apple.  We know Steve Jobs, big innovator.           10:25:27

 7    His concept was create a computer in a phone         10:25:30

 8    together in a smart iPhone and put an iPhone         10:25:34

 9    in everybody's pocket.                               10:25:36

10            Well, Apple took that one step               10:25:38

11    further and wanted to put an iPhone in               10:25:40

12    everybody's car.  They saw cars coming out           10:25:42

13    with these sophisticated head units, these           10:25:45

14    screens where you can display your radio             10:25:49

15    stations, where you can show -- control your         10:25:51

16    heater, where you can show your mapping.  So         10:25:53

17    iPhone wanted to get into that business and so       10:25:56

18    they invented the concept of CarPlay.                10:25:59

19            And very much like Apple, they               10:26:01

20    wanted to make sure that the CarPlay device,         10:26:03

21    the iPhone, was -- had some -- some control          10:26:05

22    over the head unit.  So it wanted the iPhone         10:26:09

23    to be the host.  Of course, the car                  10:26:13

24    manufacturers wanted the head unit to be the        10:26:15
```

JURY TRIAL - VOLUME 3

Page 92

| | | |
|---|---|---|
| 1 | host. | 10:26:17 |
| 2 | So you can't have two hosts on the | 10:26:18 |
| 3 | same bus.  What do you do?  Well, we'll talk | 10:26:20 |
| 4 | about that. | 10:26:24 |
| 5 | Q.   Before we move off this screen, the | 10:26:24 |
| 6 | head unit is showing CarPlay; is that correct? | 10:26:26 |
| 7 | A.   Correct. | 10:26:28 |
| 8 | Q.   And what is it? | 10:26:29 |
| 9 | A.   The concept of CarPlay is to take the | 10:26:30 |
| 10 | applications that are on your iPhone and allow | 10:26:34 |
| 11 | you to access them on the screen of the car. | 10:26:36 |
| 12 | So that while you're driving, you don't have | 10:26:40 |
| 13 | to look at your phone; you can just press a | 10:26:42 |
| 14 | button on the screen. | 10:26:44 |
| 15 | Q.   And, Mr. Zatkovich, what would that | 10:26:46 |
| 16 | screen look like before CarPlay started up? | 10:26:50 |
| 17 | Would it have the same icons? | 10:26:56 |
| 18 | A.   It would have the normal radio | 10:26:57 |
| 19 | control, showing your radio stations, or it | 10:26:59 |
| 20 | would have your heater control or your map. | 10:27:02 |
| 21 | Once you plug in your iPhone device and it | 10:27:04 |
| 22 | becomes CarPlay, you can see the CarPlay | 10:27:07 |
| 23 | applications. | 10:27:08 |
| 24 | But you have to plug it in.  So if | 10:27:09 |

Page 93

| | | |
|---|---|---|
| 1 | your car's head unit is CarPlay compatible, it | 10:27:14 |
| 2 | will give you USB ports to plug in.  Now, some | 10:27:18 |
| 3 | car manufacturers only assign one USB port to | 10:27:21 |
| 4 | CarPlay and you have to figure out which one | 10:27:24 |
| 5 | it is, and usually it's labeled.  Other car | 10:27:26 |
| 6 | manufacturers prefer that all of the USB ports | 10:27:28 |
| 7 | in the car be CarPlay enabled, and that's a | 10:27:32 |
| 8 | very desirable feature, so that you don't have | 10:27:36 |
| 9 | to figure it out. | 10:27:38 |
| 10 | But once you do plug your car -- | 10:27:40 |
| 11 | or your iPhone into your USB CarPlay port, the | 10:27:43 |
| 12 | head unit then displays your CarPlay | 10:27:48 |
| 13 | applications from your iPhone on the screen. | 10:27:52 |
| 14 | And what happens at that point -- so let's | 10:27:54 |
| 15 | say, for example, you touch on the Apple, play | 10:27:56 |
| 16 | music application.  What happens?  The head | 10:28:01 |
| 17 | unit detects that and sends that down to the | 10:28:04 |
| 18 | iPhone.  It says somebody has touched on the | 10:28:07 |
| 19 | Apple play music icon, down to the iPhone. | 10:28:10 |
| 20 | The iPhone says fine, let me send | 10:28:15 |
| 21 | back up to you music selections that I have | 10:28:18 |
| 22 | that you can play.  And that's what then | 10:28:21 |
| 23 | appear on the head unit. | 10:28:25 |
| 24 | So that's, in a nutshell, that's | 10:28:27 |

JURY TRIAL - VOLUME 3

Page 94

```
 1    the concept of CarPlay.                        10:28:30

 2       Q.   Now, do you have some slides talking   10:28:32

 3    about the '243 Patent and the invention?       10:28:35

 4       A.   I do.  We are going to have many       10:28:40

 5    slides on that.  I apologize.  We will be      10:28:42

 6    going through a lot of claim items, but that's 10:28:44

 7    my job.                                        10:28:49

 8            So I wanted to do a brief overview     10:28:49

 9    of patents in general.  I've had the           10:28:53

10    opportunity, over my 30-year career, to        10:28:56

11    examine hundreds -- probably at least a couple 10:28:58

12    thousand patents.  Sometimes I do them for     10:29:02

13    fun; being that there's so many patents out    10:29:07

14    there.                                         10:29:12

15            In other cases, companies hire me      10:29:12

16    to evaluate their patent portfolio.  For       10:29:14

17    example, AT&T has about 200 telecommunication  10:29:17

18    patents.  They asked me to evaluate them and   10:29:20

19    identify which ones I thought were the most    10:29:22

20    valuable so they could maintain them and       10:29:24

21    monetize them.                                 10:29:27

22            In other cases, I get hired to         10:29:27

23    evaluate patents for patent litigation, which  10:29:30

24    is what I'm doing today, among my other        10:29:33
```

JURY TRIAL - VOLUME 3

Page 95

1     projects.                                      10:29:36

2             So all patents basically have          10:29:37

3     three parts; it's the cover.  On the cover,    10:29:40

4     you have the inventor who invented it; in this 10:29:43

5     case, Mr. Bohm, and his associate.  We have    10:29:46

6     the history of the patent, what patents are    10:29:49

7     related to it, when it was issued and the      10:29:52

8     patent number, of course, which is important.  10:29:57

9             The next -- and the bulk of the        10:30:01

10    patent is the description of the technology.   10:30:05

11    It's actually called the specification.  It    10:30:07

12    has the diagrams and the descriptions of the   10:30:09

13    technology.                                     10:30:13

14             It also had, as Mr. Bohm              10:30:14

15    mentioned, it has embodiments.  Embodiments     10:30:17

16    are just examples of how you might use that     10:30:21

17    technology in a device or in a system.  And we  10:30:23

18    can see that here at the top in the infamous    10:30:26

19    Figure 3 of the '243 Patent, and we'll be       10:30:31

20    talking about that.                             10:30:35

21             The last part of the patent is the    10:30:37

22    claims, and even though the specification       10:30:40

23    talks about the background of the technology    10:30:44

24    and the embodiments, the actual invention is    10:30:46

JURY TRIAL - VOLUME 3

Page 96

| | | |
|---|---|---|
| 1 | defined in the claims, itself.  Each -- in | 10:30:50 |
| 2 | fact, each claim is an invention in and of | 10:30:52 |
| 3 | itself, a valid claim. | 10:30:55 |
| 4 | And this particular patent has 25 | 10:30:57 |
| 5 | claims.  Each claim is different.  They have | 10:31:00 |
| 6 | to be different.  Many of them look similar, | 10:31:02 |
| 7 | but the patent will not allow you to issue a | 10:31:04 |
| 8 | patent if any of the claims say the same thing | 10:31:08 |
| 9 | or do the same thing.  So they are distinct. | 10:31:12 |
| 10 | Sometimes differences are very | 10:31:15 |
| 11 | subtle.  I felt for Mr. Bohm when he was up | 10:31:18 |
| 12 | here trying to compare two different claims. | 10:31:21 |
| 13 | Sometimes it takes many hours to tease out the | 10:31:22 |
| 14 | difference between claims, but they are | 10:31:25 |
| 15 | different.  Trust me. | 10:31:27 |
| 16 | We'll be talking about claims 23, | 10:31:28 |
| 17 | 24 and 25.  All right.  Should I proceed into | 10:31:31 |
| 18 | the rest of the patent? | 10:31:41 |
| 19 | Q.   Please proceed. | 10:31:43 |
| 20 | A.   All right.  Okay.  I know you've seen | 10:31:43 |
| 21 | Figure 3.  We're going to walk through it | 10:31:47 |
| 22 | again from bottom to top.  Hopefully I'll be | 10:31:49 |
| 23 | able to describe it in an understandable | 10:31:53 |
| 24 | fashion. | 10:31:56 |

JURY TRIAL - VOLUME 3

Page 97

| | | |
|---|---|---|
| 1 | But let's start at the bottom. | 10:31:57 |
| 2 | The device/function box.  What is that?  Well, | 10:31:59 |
| 3 | that is the actual USB device or device | 10:32:03 |
| 4 | portion or function, such as the mouse, the | 10:32:08 |
| 5 | memory stick, the interface control.  That's | 10:32:10 |
| 6 | the thing that actually does something. | 10:32:13 |
| 7 | But on top of that, we have the | 10:32:16 |
| 8 | USB multi-host device controller.  What is | 10:32:20 |
| 9 | that?  Well, every USB device has to be a USB | 10:32:24 |
| 10 | device controller, okay?  So we have the USB | 10:32:28 |
| 11 | device, the mouse or the memory stick. | 10:32:32 |
| 12 | On top of that, we have the device | 10:32:34 |
| 13 | controller and it communicates -- has to | 10:32:36 |
| 14 | communicate with the host.  So it speaks the | 10:32:38 |
| 15 | USB language, whereas the mouse or the memory | 10:32:40 |
| 16 | stick can't communicate USB language; the | 10:32:43 |
| 17 | microcontroller communicates USB language and | 10:32:47 |
| 18 | speaks to the host. | 10:32:50 |
| 19 | Now, this -- this time we have a | 10:32:51 |
| 20 | special type of USB device controller; it's a | 10:32:53 |
| 21 | multi-host.  So basically we're taking -- | 10:32:56 |
| 22 | we're creating a multi-host device controller | 10:32:59 |
| 23 | where the controller must speak to two hosts | 10:33:02 |
| 24 | at the same time, and they must coordinate | 10:33:05 |

Page 98

```
 1    together because they're both trying to access     10:33:08
 2    that same device or that portion of that same      10:33:10
 3    device at the same time.  We have to link them     10:33:12
 4    together and coordinate them, so that's what       10:33:16
 5    the USB multi-host controller device is.           10:33:19
 6              Above that, endpoints.  Mr. Bohm         10:33:22
 7    talked about the endpoints a little bit.  So       10:33:26
 8    we're communicating data back and forth here.      10:33:28
 9              Where do we store that data?             10:33:31
10    Well, the endpoints are the memory buffers.        10:33:33
11    It stores information such as what type of         10:33:37
12    device it is, what the address of the device       10:33:42
13    is, if you want to send data up to a host, you     10:33:45
14    temporarily store that information in the          10:33:47
15    endpoint buffer before it goes to the host.        10:33:49
16    So basically the endpoints are the                 10:33:51
17    memory-holding information between the device      10:33:53
18    and the host.                                      10:33:55
19              And in this particular case, we          10:33:56
20    have two sets of memory, two sets of endpoints     10:33:57
21    reserved for each host because they are            10:34:00
22    separate and distinct.  All right.                 10:34:03
23              So we've got the device, we've got       10:34:04
24    the controller that can talk USB to both hubs,     10:34:07
```

JURY TRIAL - VOLUME 3

Page 99

| | | |
|---|---|---|
| 1 | and we've got the memory to hold the data to | 10:34:10 |
| 2 | go back and forth on the hub's bus. | 10:34:13 |
| 3 | How do we actually get that data | 10:34:16 |
| 4 | out onto the bus?  We have to have an upstream | 10:34:18 |
| 5 | port.  That's the thing that actually connects | 10:34:20 |
| 6 | the device to the USB bus, to communicate with | 10:34:22 |
| 7 | the host. | 10:34:27 |
| 8 | And you'll see the designation | 10:34:28 |
| 9 | PHY, P-H-Y; that's basically shorthand for | 10:34:32 |
| 10 | physical.  It's the physical signals that gets | 10:34:35 |
| 11 | transported over the USB bus cable to | 10:34:37 |
| 12 | communicate with the first host.  But we also | 10:34:42 |
| 13 | call it the port.  In this case, since we're | 10:34:44 |
| 14 | talking upstream to the host, it's an upstream | 10:34:47 |
| 15 | port.  So those are the components. | 10:34:51 |
| 16 | And what I'm going to do now is | 10:34:54 |
| 17 | basically walk through the claim language and | 10:34:56 |
| 18 | describe how the claim language describes what | 10:34:58 |
| 19 | those components have to do. | 10:35:02 |
| 20 | Q.   And, Mr. Zatkovich, at the top here, | 10:35:04 |
| 21 | you have a head unit and an iPhone.  Those are | 10:35:06 |
| 22 | not in the patent, are they? | 10:35:08 |
| 23 | A.   Those are not in the patent.  Those | 10:35:09 |
| 24 | are just two example hosts.  An iPhone is a | 10:35:11 |

JURY TRIAL - VOLUME 3

Page 100

| | | |
|---|---|---|
| 1 | computer and a head unit is a computer.  They | 10:35:14 |
| 2 | are valid hosts.  So these are valid examples | 10:35:18 |
| 3 | of what type of hosts might communicate. | 10:35:21 |
| 4 | Q.   And we'll see those annotations on | 10:35:24 |
| 5 | later slides? | 10:35:27 |
| 6 | A.   Right.  I am using those throughout | 10:35:27 |
| 7 | because they are basically the hosts that will | 10:35:30 |
| 8 | be connecting to the accused devices.  All | 10:35:32 |
| 9 | right. | 10:35:34 |
| 10 | So the patent claim is laid out in | 10:35:34 |
| 11 | elements.  So we have multiple -- basically | 10:35:39 |
| 12 | three paragraphs here, each of which is a | 10:35:43 |
| 13 | claim element in and of itself. | 10:35:45 |
| 14 | At the top, that line that says, | 10:35:47 |
| 15 | "USB multi-host device comprising," that's | 10:35:49 |
| 16 | called a preamble.  There is a little note | 10:35:52 |
| 17 | there.  In this particular case, the preamble, | 10:35:55 |
| 18 | the Court has decided that the preamble is not | 10:35:58 |
| 19 | limited, meaning it's not necessary, it is not | 10:36:00 |
| 20 | a requirement, it is not part of the | 10:36:03 |
| 21 | invention; it is basically just an | 10:36:05 |
| 22 | introduction to the rest of the claim | 10:36:07 |
| 23 | elements. | 10:36:09 |
| 24 | So I am going to start proceeding | 10:36:09 |

JURY TRIAL - VOLUME 3

Page 101

| | | |
|---|---|---|
| 1 | through the claim elements.  All right.  What | 10:36:12 |
| 2 | is on the first claim element?  A shared USB | 10:36:14 |
| 3 | device block. | 10:36:17 |
| 4 | So we talked about the device | 10:36:19 |
| 5 | block down here, but in this case, it's not | 10:36:24 |
| 6 | just USB device or USB function; it is a USB | 10:36:27 |
| 7 | device block. | 10:36:30 |
| 8 | What is a device block?  Well, | 10:36:31 |
| 9 | fortunately, the Court has given us a special | 10:36:34 |
| 10 | definition of what the USB device block is. | 10:36:37 |
| 11 | It is a USB device or segments of a USB | 10:36:41 |
| 12 | device.  We'll stop there.  So it can be an | 10:36:47 |
| 13 | entire USB device, like USB printer or a USB | 10:36:50 |
| 14 | memory stick, or it can be just a portion, a | 10:36:53 |
| 15 | segment, any part of that device. | 10:36:55 |
| 16 | So, for example, if the USB device | 10:36:57 |
| 17 | was a memory stick, a USB device block may be | 10:37:01 |
| 18 | just a portion of that that doesn't read, | 10:37:06 |
| 19 | memory reads or storage or memory rights, or | 10:37:09 |
| 20 | it might be the whole memory stick.  So that's | 10:37:11 |
| 21 | an example of what a USB device block might | 10:37:14 |
| 22 | be. | 10:37:17 |
| 23 | So the claim has a shared USB | 10:37:18 |
| 24 | device block, and now it's going to be | 10:37:21 |

JURY TRIAL - VOLUME 3

Page 102

| | | |
|---|---|---|
| 1 | operable to be simultaneously configured by | 10:37:23 |
| 2 | two or more USB hosts.  Basically it means | 10:37:27 |
| 3 | once hosts are connected and configured, they | 10:37:32 |
| 4 | will be simultaneously, at the same time, they | 10:37:35 |
| 5 | will be connected to that shared USB device | 10:37:38 |
| 6 | block. | 10:37:42 |
| 7 | And I have a little -- well, | 10:37:43 |
| 8 | that's the essence of that.  We'll talk more | 10:37:45 |
| 9 | about the simultaneously configured. | 10:37:47 |
| 10 | So now we've talked about the | 10:37:54 |
| 11 | shared USB device block.  Let's talk about the | 10:37:56 |
| 12 | controller.  As I mentioned, this is that | 10:37:59 |
| 13 | special controller that must control two hosts | 10:38:02 |
| 14 | at the same time.  So we have a controller | 10:38:05 |
| 15 | configured to establish concurrent respective | 10:38:08 |
| 16 | dedicated USB connections.  All right. | 10:38:11 |
| 17 | So what is a respective dedicated | 10:38:15 |
| 18 | USB connection?  The Court has given us a | 10:38:16 |
| 19 | definition for that, too.  And it is simple. | 10:38:20 |
| 20 | It's a USB connection that is not shared. | 10:38:24 |
| 21 | There are some exceptions to that, but in this | 10:38:28 |
| 22 | case, they are really -- the exceptions don't | 10:38:31 |
| 23 | apply. | 10:38:35 |
| 24 | So basically a respective | 10:38:35 |

JURY TRIAL - VOLUME 3

Page 103

| | | |
|---|---|---|
| 1 | dedicated USB connection is just a USB | 10:38:36 |
| 2 | connection that is not shared.  And I am | 10:38:39 |
| 3 | illustrating that here by saying the first | 10:38:42 |
| 4 | host has a dedicated connection and the second | 10:38:45 |
| 5 | host has a separate dedicated connection. | 10:38:48 |
| 6 | That's basically all that claim element means. | 10:38:52 |
| 7 | What are they connected to?  Well, | 10:38:55 |
| 8 | they are connected between the shared USB | 10:38:59 |
| 9 | device block and the two or more hosts, | 10:39:03 |
| 10 | naturally.  All right. | 10:39:05 |
| 11 | So a lot of complicated language, | 10:39:06 |
| 12 | but basically we have a shared USB device | 10:39:09 |
| 13 | block that's going to be connected via two | 10:39:11 |
| 14 | separate connections to the two hosts.  All | 10:39:14 |
| 15 | right. | 10:39:17 |
| 16 | The next claim element is a very | 10:39:17 |
| 17 | special claim element.  It is -- in fact, it | 10:39:20 |
| 18 | describes a function, and this function is | 10:39:24 |
| 19 | only in this claim; it's in none of the other | 10:39:26 |
| 20 | claims in the patent.  So this is why it is a | 10:39:28 |
| 21 | special claim, so let's focus on this one. | 10:39:32 |
| 22 | All right.  In this claim element, | 10:39:35 |
| 23 | it says, "Wherein the controller" -- I have a | 10:39:40 |
| 24 | little animation here.  Try to enjoy that for | 10:39:44 |

Page 104

| | | |
|---|---|---|
| 1 | the time being.  I'll explain what that is. | 10:39:46 |
| 2 | "The controller is operable to receive and | 10:39:49 |
| 3 | respond to simultaneous respective USB access | 10:39:51 |
| 4 | requests."  Okay. | 10:39:54 |
| 5 | What does that mean?  All right. | 10:39:54 |
| 6 | So we know the controller, that controller | 10:39:56 |
| 7 | must be able to respond to simultaneous USB | 10:40:00 |
| 8 | access requests; in other words, receive and | 10:40:05 |
| 9 | respond, both. | 10:40:08 |
| 10 | So if I have two hosts and they're | 10:40:10 |
| 11 | both trying to talk to this device at the same | 10:40:12 |
| 12 | time, this special controller has to be able | 10:40:14 |
| 13 | to receive those requests and respond to them | 10:40:16 |
| 14 | at the same time, if necessary.  Okay?  It | 10:40:19 |
| 15 | doesn't mean they are going to get access to | 10:40:22 |
| 16 | the device, okay.  Depending on the device, | 10:40:24 |
| 17 | you can't -- sometimes a device won't take -- | 10:40:27 |
| 18 | can't serve as two hosts at the same time, but | 10:40:30 |
| 19 | the controllers have to process -- have to | 10:40:33 |
| 20 | arbitrate that, in a sense, okay? | 10:40:35 |
| 21 | And who are those accesses coming | 10:40:38 |
| 22 | from?  They're coming from the two or more USB | 10:40:40 |
| 23 | hosts. | 10:40:43 |
| 24 | And what do they want to do?  They | 10:40:43 |

Page 105

| | | |
|---|---|---|
| 1 | want to access the function of the shared | 10:40:45 |
| 2 | device. | 10:40:47 |
| 3 | So again, a complicated claim | 10:40:47 |
| 4 | element, very simple.  We have the control, | 10:40:52 |
| 5 | special controller, which has to handle | 10:40:54 |
| 6 | simultaneous requests and responses to that | 10:40:56 |
| 7 | USB device block. | 10:40:57 |
| 8 | Q.   And, Mr. Zatkovich, you have a memory | 10:41:00 |
| 9 | stick annotated on this one as well? | 10:41:02 |
| 10 | A.   Yeah.  Before we get to that, the | 10:41:05 |
| 11 | reason why I put in this funky animation is I | 10:41:07 |
| 12 | want to illustrate the fact that in real life, | 10:41:09 |
| 13 | how USB controller works is that it -- again, | 10:41:12 |
| 14 | since the device can't talk to the host, the | 10:41:16 |
| 15 | host has to keep polling the device, do you | 10:41:18 |
| 16 | have data, do you have data, do you have data. | 10:41:21 |
| 17 | It does that hundreds of times a second. | 10:41:23 |
| 18 | So for a normal USB, it would have | 10:41:27 |
| 19 | to be able to accept requests and responses | 10:41:30 |
| 20 | from one host to a device hundreds of times a | 10:41:32 |
| 21 | second.  In this case, if you have two hosts, | 10:41:36 |
| 22 | that special microcontroller multi-host device | 10:41:39 |
| 23 | controller has to accept requests and | 10:41:43 |
| 24 | responses hundreds of times a second from both | 10:41:45 |

|    |                                                        |          |
|----|--------------------------------------------------------|----------|
| 1  | hosts at the same time.  That's why this claim         | 10:41:48 |
| 2  | is so special.  I think that takes care of             | 10:41:51 |
| 3  | that one.                                              | 10:42:01 |
| 4  | Now let's talk about the memory                        | 10:42:02 |
| 5  | stick.  So let's give an example of what a             | 10:42:03 |
| 6  | memory stick would -- how it would operate if          | 10:42:05 |
| 7  | it were a multi-host device.                           | 10:42:08 |
| 8  | I've got a memory stick.  I plug                       | 10:42:12 |
| 9  | it into both hosts, and remember, we have to           | 10:42:15 |
| 10 | have a shared device box.  So let's pretend            | 10:42:18 |
| 11 | that the portion -- that segment of that               | 10:42:21 |
| 12 | device that we're going to share will be the           | 10:42:25 |
| 13 | ability to read from that memory stick; not            | 10:42:27 |
| 14 | necessarily write, but read.                           | 10:42:30 |
| 15 | So let's say one of the hosts                          | 10:42:31 |
| 16 | doesn't have the possibility to read and               | 10:42:37 |
| 17 | write.  So the first host will write                   | 10:42:38 |
| 18 | photographs to that memory stick and the               | 10:42:42 |
| 19 | second host could read photographs from that           | 10:42:45 |
| 20 | memory stick.                                          | 10:42:47 |
| 21 | So both devices could read from                        | 10:42:48 |
| 22 | that memory stick, but only one device could           | 10:42:51 |
| 23 | write.  That would be an example of a memory           | 10:42:54 |
| 24 | stick that has two functions, to read and to           | 10:42:56 |

Page 107

| | | |
|---|---|---|
| 1 | write, but only the read function is shared | 10:43:00 |
| 2 | between the two.  That would be -- a USB | 10:43:01 |
| 3 | device block would be the portion of that. | 10:43:05 |
| 4 | Q.   Now, we talked a lot about the patent | 10:43:08 |
| 5 | and we talked about basic concepts.  Should we | 10:43:11 |
| 6 | talk about the Aptiv product? | 10:43:15 |
| 7 | THE COURT:  Before we do that, Mr. | 10:43:17 |
| 8 | Fenton, why don't we take a mid-morning break. | 10:43:19 |
| 9 | It is a good point anyway since you were going | 10:43:22 |
| 10 | to change topics. | 10:43:24 |
| 11 | So, same caution as always; don't | 10:43:28 |
| 12 | go back and start talking about anything | 10:43:30 |
| 13 | you're hearing at this point.  You have to | 10:43:31 |
| 14 | wait until we're done.  But just take a short | 10:43:34 |
| 15 | 5 to 10-minute break, and then we'll resume as | 10:43:37 |
| 16 | soon as everybody is ready.  Okay? | 10:43:40 |
| 17 | (Whereupon, the jury was excused | 10:43:42 |
| 18 | from the courtroom.) | 10:43:45 |
| 19 | THE COURT:  Okay.  Take a short | 10:44:08 |
| 20 | break and try to be back somewhere between 10 | 10:44:10 |
| 21 | of and 5 of.  Okay?  Stand in recess. | 10:44:13 |
| 22 | (Whereupon, a 10-minute recess was | 10:44:18 |
| 23 | taken at 10:45 a.m.) | 10:44:20 |
| 24 | THE COURT CLERK:  All rise. | 10:54:07 |

JURY TRIAL - VOLUME 3

Page 108

| | | |
|---|---|---|
| 1 | THE COURT:  All right.  Have a | 10:55:00 |
| 2 | seat, please, and you can get the jury. | 10:55:03 |
| 3 | (Whereupon, the jury entered the | 10:55:06 |
| 4 | courtroom.) | 10:55:08 |
| 5 | THE COURT:  Mr. Fenton, you may | 10:55:34 |
| 6 | proceed. | 10:55:36 |
| 7 | BY MR. FENTON: | 10:55:37 |
| 8 | Q.   Mr. Zatkovich, one housekeeping | 10:55:38 |
| 9 | matter that I missed.  I want to go back to | 10:55:40 |
| 10 | it.  Will you take a look in your binder at | 10:55:43 |
| 11 | Exhibit 94? | 10:55:46 |
| 12 | A.   Exhibit? | 10:55:46 |
| 13 | Q.   94. | 10:55:47 |
| 14 | A.   94.  I have that. | 10:55:49 |
| 15 | (Whereupon, Trial Exhibit 94 was | 10:55:49 |
| 16 | introduced.) | 10:55:49 |
| 17 | BY MR. FENTON: | 10:55:54 |
| 18 | Q.   And what is Exhibit 94? | 10:55:54 |
| 19 | A.   That's my resume. | 10:55:55 |
| 20 | MR. FENTON:  Your Honor, at this | 10:55:58 |
| 21 | time we offer Exhibit 94 for admission. | 10:56:00 |
| 22 | MS. DURIE:  No objection. | 10:56:03 |
| 23 | THE COURT:  All right.  Received. | 10:56:04 |
| 24 | BY MR. FENTON: | 10:56:08 |

| | | |
|---|---|---|
| 1 | Q.   Before the break, we were talking | 10:56:09 |
| 2 | about the general concepts.  So do you have | 10:56:11 |
| 3 | slides prepared today to talk about the Aptiv | 10:56:13 |
| 4 | product? | 10:56:15 |
| 5 | A.   Yes.  I'll start with a very high | 10:56:16 |
| 6 | level overview of the Aptiv product.  It is -- | 10:56:19 |
| 7 | well, there's some exhibits that I think we | 10:56:24 |
| 8 | want to introduce. | 10:56:26 |
| 9 | Q.   Will you pause one second?  Just real | 10:56:37 |
| 10 | quick, let's just walk through this real | 10:56:38 |
| 11 | quick. | 10:56:40 |
| 12 | Exhibits 5, 6 and 7 in your | 10:56:40 |
| 13 | binder, will you look real quick at those? | 10:56:45 |
| 14 | A.   Yes.  Exhibit 5 -- I have them, yes, | 10:56:47 |
| 15 | those are the right ones. | 10:56:51 |
| 16 | Q.   And what are those documents? | 10:56:52 |
| 17 | A.   Those are documents from Aptiv | 10:56:53 |
| 18 | describing their device.  Among many other | 10:56:58 |
| 19 | items that I reviewed, I chose those to pull | 10:57:01 |
| 20 | specific extracts out so I can explain the | 10:57:04 |
| 21 | device. | 10:57:07 |
| 22 | (Whereupon, Trial Exhibits 5, 6 | 10:57:07 |
| 23 | and 7, respectively, were introduced.) | 10:57:07 |
| 24 | MR. FENTON:  And to the extent | 10:57:07 |

Page 110

1    that those haven't been admitted, we offer          10:57:09

2    those into evidence, Exhibits 5, 6 and 7.           10:57:11

3              MS. DURIE:   No objection.                10:57:13

4              THE COURT:   Okay.  Received.             10:57:14

5              MR. FENTON:   Okay.                       10:57:16

6              THE WITNESS:   There we go.  All          10:57:28

7    right.                                              10:57:29

8              So Exhibit 5 is basically a               10:57:29

9    presentation that Unwired/Aptiv put together        10:57:33

10   to provide a high level description of what         10:57:38

11   their Boston chip did.  And we'll be looking        10:57:42

12   at this diagram in more detail.                     10:57:47

13             One of the things I wanted to             10:57:49

14   point out that I thought was interesting, up        10:57:51

15   here it says, "Digital iPod out OTG."  That's       10:57:53

16   Apple's original name for the CarPlay product.      10:57:58

17   Fortunately, they changed it.  It was a little      10:58:01

18   more descriptive.                                   10:58:04

19             There we go.  Exhibit 6 is a large        10:58:07

20   document describing the specifications of the       10:58:11

21   Boston chip, itself.  This is how this              10:58:16

22   functions.                                          10:58:18

23   BY MR. FENTON:                                      10:58:18

24      Q.   Before you move on from that                10:58:19

Page 111

| | | |
|---|---|---|
| 1 | document, there are a couple words on here | 10:58:21 |
| 2 | that I think it's worth talking about. | 10:58:22 |
| 3 | ASIC, what is an ASIC? | 10:58:25 |
| 4 | A.   ASIC stands for Application Specific | 10:58:26 |
| 5 | Integrated Circuit.  Integrated circuit is a | 10:58:28 |
| 6 | chip.  Application specific means if you want | 10:58:31 |
| 7 | to design a custom device for a particular | 10:58:33 |
| 8 | function that's not normally a function, you | 10:58:37 |
| 9 | would develop what's called an application | 10:58:41 |
| 10 | specific integrated chip. | 10:58:42 |
| 11 | Q.   And this document doesn't have | 10:58:45 |
| 12 | Unwired or Aptiv or Delphi on it; it has | 10:58:46 |
| 13 | something in the corner, IDK. | 10:58:49 |
| 14 | Do you see that? | 10:58:51 |
| 15 | A.   Yes. | 10:58:51 |
| 16 | Q.   What is that? | 10:58:52 |
| 17 | A.   That is a separate company that Aptiv | 10:58:52 |
| 18 | used to design and develop this particular | 10:58:55 |
| 19 | ASIC chip, the Boston chip. | 10:58:59 |
| 20 | The last document, Exhibit 7, is a | 10:59:04 |
| 21 | fairly complex diagram showing the internal | 10:59:10 |
| 22 | logic, the internal function of the Boston | 10:59:13 |
| 23 | chip product.  There is a lot of pieces on | 10:59:16 |
| 24 | there that we don't need to talk about, so I | 10:59:18 |

JURY TRIAL - VOLUME 3

Page 112

```
 1    will be focusing on some of them, but we'll go       10:59:21

 2    back to the highest level diagram that I like,        10:59:25

 3    which is at this level.                               10:59:27

 4            So over here, we have the host               10:59:31

 5    side.  It's not on the Boston chip, of course;        10:59:34

 6    this represents the head unit.                        10:59:39

 7            On the other side, we have the               10:59:40

 8    iPhone, which is going to be the other host,          10:59:42

 9    and that, of course, is not part of the chip.         10:59:46

10    But everything in between is on the Boston            10:59:48

11    chip.                                                 10:59:50

12            So the first thing that's on the             10:59:52

13    Boston chip is a hub.  It connects to the host        10:59:53

14    via, of course, the upstream port because it          10:59:57

15    is the host.  That gives the hub unit                 11:00:00

16    additional ports that it can use to                   11:00:03

17    communicate with the USB devices.                     11:00:05

18            So in this particular case, we are           11:00:07

19    showing the iPhone and gray box which                 11:00:09

20    represents another device, such as a memory           11:00:13

21    stick, that you can plug into the Boston chip          11:00:16

22    device.                                               11:00:19

23            And the next slide is the same               11:00:22

24    thing, but as I mentioned before, the iPhone          11:00:25
```

JURY TRIAL - VOLUME 3

Page 113

| | | |
|---|---|---|
| 1 | wants to be the host when it is talking to the | 11:00:27 |
| 2 | head unit. | 11:00:29 |
| 3 | So this diagram, it's the same | 11:00:31 |
| 4 | thing, only it represents what happens when | 11:00:34 |
| 5 | the iPhone does what's called role reversal. | 11:00:35 |
| 6 | You heard that term, "role reversal."  That's | 11:00:39 |
| 7 | when the iPhone first connects as a device and | 11:00:41 |
| 8 | it says, I want to do CarPlay and it reverses | 11:00:44 |
| 9 | its role, and as a result of that, the Boston | 11:00:48 |
| 10 | chip routes its downstream port to the bridge | 11:00:51 |
| 11 | so that it can be a host. | 11:00:55 |
| 12 | So we saw it switching from this | 11:00:59 |
| 13 | connection as a downstream port to routing the | 11:01:02 |
| 14 | iPhone via upstream port to this thing in the | 11:01:07 |
| 15 | middle, which is the bridge.  And we're going | 11:01:10 |
| 16 | to talk a lot about the bridge. | 11:01:13 |
| 17 | The bridge has two sides.  The | 11:01:15 |
| 18 | device A side of the bridge talks to the head | 11:01:19 |
| 19 | unit host and the device B side of the bridge | 11:01:22 |
| 20 | talks to the iPhone host.  And we'll talk -- | 11:01:25 |
| 21 | we'll switch to a more detailed version of | 11:01:28 |
| 22 | this, this diagram. | 11:01:30 |
| 23 | Q.   And this diagram that you have been | 11:01:32 |
| 24 | talking about is on Exhibit 5; is that | 11:01:33 |

JURY TRIAL - VOLUME 3

Page 114

| | | |
|---|---|---|
| 1 | correct? | 11:01:35 |
| 2 | A.   Pardon?  This is Exhibit 5, correct. | 11:01:35 |
| 3 | All right. | 11:01:42 |
| 4 | We're going to explain how I found | 11:01:43 |
| 5 | the elements of the claim 23, how they were | 11:01:46 |
| 6 | operated within the Aptiv device, but we're | 11:01:49 |
| 7 | going to continue looking at the device first. | 11:01:52 |
| 8 | Here is that big diagram.  The | 11:01:56 |
| 9 | bridge part that I pointed out on the other | 11:01:58 |
| 10 | device, on the other diagram, this is where | 11:02:01 |
| 11 | the bridge is. | 11:02:05 |
| 12 | Q.   And, Mr. Zatkovich, this is | 11:02:05 |
| 13 | Exhibit 7; is that correct? | 11:02:07 |
| 14 | A.   This is Exhibit 7. | 11:02:07 |
| 15 | Q.   And this is Aptiv's figure? | 11:02:08 |
| 16 | A.   All these documents came from Aptiv, | 11:02:11 |
| 17 | that is correct. | 11:02:13 |
| 18 | So what we are going to do is | 11:02:15 |
| 19 | we're going to kind of isolate on that, I'm | 11:02:17 |
| 20 | outlining specific pieces of that and then | 11:02:26 |
| 21 | we're going to load that.  There you go.  All | 11:02:28 |
| 22 | right. | 11:02:38 |
| 23 | So this is the bridge product of | 11:02:38 |
| 24 | the last diagram that we talked about.  So | 11:02:41 |

JURY TRIAL - VOLUME 3

Page 115

```
 1    what is the bridge?  Well, we see the two        11:02:43

 2    green boxes on either side.  One of those        11:02:46

 3    boxes is the side that talks to the head unit,   11:02:50

 4    one of those boxes is the side that talks to     11:02:53

 5    the iPhone.                                       11:02:55

 6              Those are UDCs, USB device             11:02:56

 7    controllers.  Remember I said every USB device   11:03:01

 8    has a USB device controller?  That's what        11:03:03

 9    those are.                                        11:03:06

10              And separately, each of those USB      11:03:07

11    device controllers could talk -- the one USB     11:03:11

12    device controller could talk to the head unit    11:03:14

13    all by itself, the other USB device controller   11:03:16

14    could talk to the iPhone all by itself, but as   11:03:18

15    soon as you connect those together and you       11:03:21

16    coordinate them, put them together with some     11:03:24

17    glue, we now have what?  We have a multi-host    11:03:26

18    USB device controller, assuming that it can      11:03:30

19    simultaneously connect to and talk to two        11:03:34

20    different hosts and have coordinated together    11:03:36

21    in a fashion so that they can talk to a shared   11:03:39

22    USB device block.                                 11:03:41

23              All right.  What is -- what is the     11:03:43

24    glue that holds it together?  The glue that      11:03:45
```

Page 116

| | | |
|---|---|---|
| 1 | holds it together is this MCU, that's the | 11:03:48 |
| 2 | microcontroller unit, and that's basically the | 11:03:52 |
| 3 | microprocessor.  It has a bunch of software on | 11:03:54 |
| 4 | it and I am kind of color-coding it. | 11:03:57 |
| 5 | The blue software is related to | 11:04:00 |
| 6 | the device function and the green -- I'm | 11:04:02 |
| 7 | sorry, the blue software is what glues the two | 11:04:03 |
| 8 | halves of the controller together to create | 11:04:07 |
| 9 | one multi-host device controller.  All right. | 11:04:09 |
| 10 | So what is the controller | 11:04:11 |
| 11 | controlling?  It's controlling the bridge in | 11:04:14 |
| 12 | the middle, which is the FIFO buffers.  All | 11:04:19 |
| 13 | right.  What is FIFO?  FIFO stands for first | 11:04:23 |
| 14 | in/first out.  And the purpose of those FIFO | 11:04:25 |
| 15 | buffers is to allow the Apple host, the iPhone | 11:04:30 |
| 16 | host, to talk to the head unit host. | 11:04:33 |
| 17 | So a FIFO, first in/first out. | 11:04:35 |
| 18 | The Apple sends memory into that buffer.  The | 11:04:39 |
| 19 | first thing that comes out will be that same | 11:04:41 |
| 20 | data that goes to the head unit host.  So we | 11:04:43 |
| 21 | have multiple FIFO buffers together being | 11:04:47 |
| 22 | controlled by these two UDCs glued together. | 11:04:51 |
| 23 | All right.  So that's a quick overview. | 11:04:58 |
| 24 | We also see some black boxes | 11:05:01 |

JURY TRIAL - VOLUME 3

Page 117

1    there, small black boxes at the bottom.  Those        11:05:03

2    are the P-H-Ys, the PHYs.  If you remember,            11:05:06

3    those are the upstream ports.  That's how they         11:05:10

4    connect to the host.  That's how they connect          11:05:12

5    to the host via the USB hub.  All right.               11:05:14

6              Well, let's take that segment and            11:05:24

7    go back to the claim.  All right.  So if you           11:05:31

8    remember, the first thing we have is the               11:05:36

9    shared USB device block.  It is operable to be         11:05:38

10   simultaneously configured by two or more USB           11:05:41

11   hubs.  Shared USB device block can be any              11:05:44

12   portion of the USB device.  And I have                 11:05:47

13   summarized what I consider all of the aspects          11:05:52

14   of that is.                                            11:05:55

15             The USB device block at the bottom           11:05:56

16   is the function of transferring data between           11:06:01

17   the two hosts, and the microprocessor, the MCU         11:06:04

18   logic, that coordinates the data transfers             11:06:09

19   through the FIFO buffers.                              11:06:11

20             So again, we have the multi-host             11:06:13

21   controller, we have the FIFO buffers.  This is         11:06:16

22   the shared function, the shared USB device             11:06:20

23   block that's used to connect the one host to           11:06:23

24   the other host with the assistance of the              11:06:26

Page 118

```
 1   microprocessor software.                         11:06:30

 2           All right.  That, I believe,             11:06:32

 3   covers that.                                     11:06:36

 4       Q.   Okay.                                   11:06:37

 5           Mr. Zatkovich, do you have an            11:06:37

 6   opinion as to whether or not the first element  11:06:39

 7   of claim 23 is satisfied by the Boston          11:06:42

 8   product?                                         11:06:45

 9       A.   Yes, the Aptiv product does practice    11:06:45

10   the first element, including the USB device      11:06:48

11   block.  The Boston chip includes a shared USB    11:06:50

12   device block operable to be simultaneously       11:06:55

13   configured by two or more USB hosts.             11:06:57

14           And again, for the record, all of        11:07:00

15   this is occurring on exhibit --                  11:07:02

16       Q.   This is coming out of Exhibit 7, is     11:07:05

17   it not?                                          11:07:07

18       A.   7, yes.  Thank you.                      11:07:07

19           All right.  So let's take that off       11:07:10

20   and let's go into the next thing.                11:07:13

21           All right.  So we have the               11:07:16

22   controller, and remember, this is the special   11:07:17

23   controller, the multi-host device USB           11:07:19

24   controller configured to establish concurrent   11:07:22
```

Page 119

| | | |
|---|---|---|
| 1 | respective dedicated USB connections. | 11:07:25 |
| 2 | And we know that the Aptiv Boston | 11:07:27 |
| 3 | chip will allow you to have the head unit and | 11:07:30 |
| 4 | the iPhone connected and configured at the | 11:07:34 |
| 5 | same time. We tested it. | 11:07:37 |
| 6 | And what are they connected | 11:07:39 |
| 7 | between? The controller establishes the | 11:07:42 |
| 8 | connection between that shared USB device | 11:07:46 |
| 9 | block, the FIFO buffers and the logic, and the | 11:07:49 |
| 10 | two hosts. | 11:07:53 |
| 11 | Okay. I have checked that off. | 11:07:57 |
| 12 | Q. Mr. Zatkovich, do you have an opinion | 11:07:59 |
| 13 | as to that claim limitation? | 11:08:01 |
| 14 | A. Yes. The Boston chip practices the | 11:08:03 |
| 15 | second claim element of a controller | 11:08:06 |
| 16 | configured to establish concurrent respective | 11:08:09 |
| 17 | dedicated USB connections between the shared | 11:08:12 |
| 18 | USB device block and the two or more USB | 11:08:15 |
| 19 | hosts. All right. | 11:08:20 |
| 20 | So the last element to claim 23, | 11:08:21 |
| 21 | again, that's the special one; that's the one | 11:08:24 |
| 22 | that has the simultaneous accesses. So we | 11:08:27 |
| 23 | have the special multi-host USB device | 11:08:30 |
| 24 | controller. It's operable to receive and | 11:08:34 |

JURY TRIAL - VOLUME 3

Page 120

1    respond to simultaneous respective USB          11:08:37

2    accesses sent by two or more USB hosts for      11:08:40

3    accessing function of the shared USB device     11:08:45

4    block.                                          11:08:48

5             Well, I know that it does that,        11:08:48

6    but how do you know that it does that?  I put   11:08:50

7    together another little animation using         11:08:54

8    Spotify as an example.  So let's take the       11:08:59

9    scenario where I am a user in the car, I        11:09:03

10   select the Spotify music icon.                  11:09:06

11            What happens next?  The head unit      11:09:10

12   sends the message back down to the iPhone that  11:09:13

13   says, they have selected the Spotify icon.      11:09:17

14   That's a request.  When it receives an          11:09:20

15   acknowledgment, that's a response.              11:09:22

16            The iPhone says, I got your            11:09:25

17   message.  I am going to send you a song or a    11:09:27

18   list of songs to be played.  That's a request   11:09:31

19   to respond, not necessarily simultaneously.     11:09:34

20            Then what happens?  Well, we have      11:09:38

21   to start playing music; right?  So the user     11:09:40

22   requests the song to be played, and we have a   11:09:43

23   little animation here.  What happens is the     11:09:46

24   iPhone takes this music file and chops it up    11:09:48

JURY TRIAL - VOLUME 3

Page 121

| | | |
|---|---|---|
| 1 | into little parts, okay, so thousands -- the | 11:09:52 |
| 2 | song is broken up into thousands of parts that | 11:09:57 |
| 3 | get sent one at a time, again, hundreds of | 11:10:00 |
| 4 | times a second, and again, the iPhone is | 11:10:02 |
| 5 | hundreds of times a seconds requesting what's | 11:10:06 |
| 6 | called a data out, data out, data out, data | 11:10:08 |
| 7 | out.  And that was what gets sent to the USB | 11:10:12 |
| 8 | shared device block, which again, the purpose | 11:10:16 |
| 9 | of that is to transfer data from one host to | 11:10:18 |
| 10 | the other. | 11:10:21 |
| 11 | And, of course, it's doing its | 11:10:21 |
| 12 | job.  It receives that data out packet from | 11:10:23 |
| 13 | the phone, transfers it across the bridge to | 11:10:27 |
| 14 | the other side so that the other half of the | 11:10:30 |
| 15 | controller can receive that and send it to the | 11:10:32 |
| 16 | head unit. | 11:10:36 |
| 17 | Now, the head unit with the green | 11:10:37 |
| 18 | double line is now doing data in, data in, | 11:10:40 |
| 19 | data in.  And they are -- again, they are both | 11:10:43 |
| 20 | doing that hundreds of times a second, and | 11:10:47 |
| 21 | that is one example of simultaneous requests | 11:10:49 |
| 22 | and responses.  That's -- and that's how you | 11:10:53 |
| 23 | play music from an iPhone. | 11:10:58 |
| 24 | Q.   Just to clarify, when the -- you said | 11:11:00 |

Page 122

| | | |
|---|---|---|
| 1 | when the data is being sent from the UDC-US to | 11:11:04 |
| 2 | the head unit, what is the -- what is | 11:11:08 |
| 3 | happening there?  Is it just sending it? | 11:11:10 |
| 4 | A.   You mean for the head unit on the | 11:11:14 |
| 5 | right? | 11:11:16 |
| 6 | Q.   Correct. | 11:11:17 |
| 7 | A.   It's -- the head unit is continually | 11:11:18 |
| 8 | requesting, do you have any data, do you have | 11:11:21 |
| 9 | any data, and the right side of the controller | 11:11:22 |
| 10 | is saying yes, I have data, I have data. | 11:11:25 |
| 11 | Now, the data that's being sent | 11:11:28 |
| 12 | from the iPhone will be sent faster than it | 11:11:31 |
| 13 | can play.  So in that case, at some point, | 11:11:35 |
| 14 | these FIFO buffers are going to full up faster | 11:11:38 |
| 15 | than the head unit can pull them off.  So | 11:11:42 |
| 16 | again, part of the glue between controlling | 11:11:44 |
| 17 | access to the device is the MCU, the MCU logic | 11:11:46 |
| 18 | up here. | 11:11:54 |
| 19 | When the FIFO buffers fill up, it | 11:11:54 |
| 20 | gets interrupted.  When the FIFO buffer is | 11:11:57 |
| 21 | filled up, what are we going to do?  It will | 11:11:59 |
| 22 | start pausing the iPhone.  It says, don't | 11:12:02 |
| 23 | play, don't play, don't play.  And eventually, | 11:12:04 |
| 24 | those FIFO buffers will be cleared and the | 11:12:07 |

Page 123

| | | |
|---|---|---|
| 1 | iPhone will continue sending the items. | 11:12:09 |
| 2 | Did that answer your question? | 11:12:15 |
| 3 | Q.   Yes, it did. | 11:12:17 |
| 4 | A.   Okay.  And that's basically where the | 11:12:17 |
| 5 | Boston chip includes the controller is | 11:12:25 |
| 6 | operable to receive and respond to | 11:12:29 |
| 7 | simultaneous respective USB access requests | 11:12:30 |
| 8 | sent by the two or more USB hubs for accessing | 11:12:34 |
| 9 | a function of the shared device block.  Again, | 11:12:38 |
| 10 | the function of the shared device block is | 11:12:41 |
| 11 | transferring data from one host to another. | 11:12:44 |
| 12 | Now, in this example I showed data | 11:12:46 |
| 13 | going from the iPhone to the head unit.  The | 11:12:48 |
| 14 | head unit can do exactly the same thing. | 11:12:51 |
| 15 | There is actually two sets -- we see the -- in | 11:12:53 |
| 16 | the middle there, we see bulk in, bulk out. | 11:12:56 |
| 17 | Can you see that?  Bulk in, bulk out, | 11:13:00 |
| 18 | interrupt in, interrupt out.  These are the | 11:13:04 |
| 19 | different FIFO buffers. | 11:13:07 |
| 20 | So there is one set of bulk out | 11:13:08 |
| 21 | and bulk in FIFO buffers that go in this | 11:13:10 |
| 22 | direction, and there's one pair of FIFO bulk | 11:13:14 |
| 23 | in bulk out FIFO buffers that go in this | 11:13:16 |
| 24 | direction.  So basically both the host and the | 11:13:20 |

JURY TRIAL - VOLUME 3

Page 124

| | | |
|---|---|---|
| 1 | iPhone can perform the same shared USB device | 11:13:23 |
| 2 | block functions. | 11:13:27 |
| 3 | Q.   Okay. | 11:13:28 |
| 4 |      Mr. Zatkovich, do you have an | 11:13:29 |
| 5 | opinion about this last claim element? | 11:13:30 |
| 6 | A.   Yes.  As I mentioned, the Boston chip | 11:13:32 |
| 7 | includes the controller -- where the | 11:13:36 |
| 8 | controller is operable to receive and respond | 11:13:38 |
| 9 | to simultaneous respective USB access requests | 11:13:40 |
| 10 | sent by the two or more USB hosts for | 11:13:43 |
| 11 | accessing a function of the shared USB device | 11:13:46 |
| 12 | block. | 11:13:49 |
| 13 | Q.   And, Mr. Zatkovich, do you have an | 11:13:49 |
| 14 | opinion as to whether the Aptiv product | 11:13:51 |
| 15 | practices claim 23? | 11:13:54 |
| 16 | A.   Yes, it practices each individual | 11:13:55 |
| 17 | claim, and therefore, it practices the claim | 11:13:58 |
| 18 | as a whole. | 11:14:01 |
| 19 | Q.   Thank you.  Should we look at claim | 11:14:02 |
| 20 | 24 then? | 11:14:09 |
| 21 | A.   Claim 24.  We're having fun.  All | 11:14:10 |
| 22 | right.  So I am going to walk through claim 24 | 11:14:14 |
| 23 | just like I did claim 23. | 11:14:17 |
| 24 |      The difference -- claim 23 is | 11:14:19 |

JURY TRIAL - VOLUME 3

Page 125

| | | |
|---|---|---|
| 1 | what's called an independent claim.  It sits | 11:14:21 |
| 2 | all by itself.  Those three claim elements all | 11:14:24 |
| 3 | by themselves constitute an invention, okay? | 11:14:28 |
| 4 | But you can have what's called | 11:14:31 |
| 5 | dependent claims which tack on additional | 11:14:33 |
| 6 | claims.  So if you want to add more functions | 11:14:36 |
| 7 | to that invention, you can create a dependent | 11:14:39 |
| 8 | claim, and that's what we have here. | 11:14:42 |
| 9 | So we can see it starts out with | 11:14:43 |
| 10 | "USB multi-host function of claim 23," so we | 11:14:47 |
| 11 | start with all the same functions that we had | 11:14:50 |
| 12 | in claim 23 and we add onto that.  We'll walk | 11:14:52 |
| 13 | through what we're adding. | 11:14:55 |
| 14 | Q.   And, Mr. Zatkovich, what is that | 11:14:56 |
| 15 | first line of the claim called? | 11:14:58 |
| 16 | A.   That's the preamble.  And again, we | 11:14:59 |
| 17 | know that the preamble is not limiting, which | 11:15:02 |
| 18 | means it's not really describing a requirement | 11:15:05 |
| 19 | of the invention, itself, it's just an | 11:15:07 |
| 20 | introduction. | 11:15:09 |
| 21 | All right.  So this might look | 11:15:11 |
| 22 | familiar because this is an exact copy of an | 11:15:14 |
| 23 | element from the previous, it is just giving | 11:15:18 |
| 24 | us context.  It is saying "wherein | 11:15:19 |

JURY TRIAL - VOLUME 3

Page 126

| | | |
|---|---|---|
| 1 | establishing the concurrent respective | 11:15:23 |
| 2 | dedicated connections between the shared USB | 11:15:25 |
| 3 | device block and the two or more hosts." | 11:15:28 |
| 4 | So where claim 23 establishes two | 11:15:32 |
| 5 | separate dedicated connections from the host | 11:15:36 |
| 6 | to the device, keep that context in mind, what | 11:15:38 |
| 7 | happens next? In this particular context, we | 11:15:43 |
| 8 | have the controller, again, that special | 11:15:47 |
| 9 | controller, is operable to maintain respective | 11:15:49 |
| 10 | dedicated address, configuration and response | 11:15:52 |
| 11 | information for each of the two hosts. All | 11:15:56 |
| 12 | right. What is that? All right. | 11:15:59 |
| 13 | So the dedicated address | 11:16:02 |
| 14 | configuration and response information. So as | 11:16:05 |
| 15 | I mentioned, whenever you add a USB device to | 11:16:08 |
| 16 | the -- I'm sorry, to the USB bus. Sorry. | 11:16:14 |
| 17 | Each one -- each host has to have its own | 11:16:22 |
| 18 | address. Each host will actually have a | 11:16:25 |
| 19 | separate configuration and each host will have | 11:16:28 |
| 20 | the ability to have a separate response to | 11:16:32 |
| 21 | information. | 11:16:35 |
| 22 | Where do we store that? Well, we | 11:16:36 |
| 23 | talked about storing that at the endpoint. | 11:16:39 |
| 24 | That's not required here, but we'll see that. | 11:16:41 |

Page 127

```
 1    All this claim requires is that each host of        11:16:43

 2    the multi-host device controller has the            11:16:49

 3    ability to maintain a separate address and          11:16:51

 4    configuration and response information for          11:16:55

 5    each host.  And, in fact, this illustrates          11:16:59

 6    what that means.                                    11:17:01

 7            So let's go to an example of what            11:17:02

 8    this means.  So this example, I'm choosing a        11:17:05

 9    printer/scanner as the example device.  So the      11:17:10

10    first host is going to configure the                11:17:14

11    printer/scanner and the second host is going        11:17:18

12    to configure the printer/scanner.  If you           11:17:20

13    remember the term that we used was                  11:17:22

14    enumeration.  We're going to enumerate that         11:17:25

15    device.                                             11:17:28

16            So the first host sends an                   11:17:28

17    enumeration, starts the enumeration process by      11:17:30

18    sending a request down to this multi-host           11:17:33

19    device, and it responds with, I am a printer.       11:17:37

20    I am a printer, Item 1002, and that gets sent       11:17:45

21    back to the host.                                   11:17:51

22            And then the second host comes               11:17:52

23    along and says, I want to discover you and          11:17:54

24    configure you, but in this case, the second         11:17:56
```

JURY TRIAL - VOLUME 3

Page 128

1   host gets a configuration of printer/scanner,        11:17:59

2   all right?  So we have potentially a shared          11:18:03

3   function between the two of which is a portion        11:18:06

4   of that device, the printer, where, in the           11:18:08

5   case of the second host, it might have an            11:18:12

6   additional function called the scanner.              11:18:14

7           Why would we have two different             11:18:16

8   hosts configure them separately?  Several            11:18:18

9   reasons.  The most important thing is that the       11:18:21

10  patent claim allows for that.  It allows you         11:18:24

11  to enumerate the device and have two separate        11:18:28

12  addresses, two separate configurations, and         11:18:31

13  one response to information.                          11:18:37

14          One example would be that first             11:18:38

15  host doesn't have the proper drivers or             11:18:40

16  software to talk to the scanner, so it only          11:18:42

17  chooses to talk to the printer.                      11:18:44

18          The second host does, however,              11:18:46

19  have that special printer/scanner software so        11:18:48

20  that it gets configured as a full                    11:18:51

21  printer/scanner.  So that would be an example.       11:18:53

22  And that basically is the extent of claim 24.        11:19:01

23  All right.                                           11:19:05

24          So now I'll show how the Aptiv              11:19:05

JURY TRIAL - VOLUME 3

Page 129

| | | |
|---|---|---|
| 1 | product practices that with a new item.  All | 11:19:09 |
| 2 | right.  As I mentioned before, that claim | 11:19:15 |
| 3 | language there comes directly from claim 23. | 11:19:18 |
| 4 | We already know what claim 23 does, but it's | 11:19:20 |
| 5 | the process of establishing concurrent | 11:19:24 |
| 6 | separate connections between the hosts and the | 11:19:28 |
| 7 | shared device block.  And we know that the | 11:19:32 |
| 8 | iPhone and the head unit can both talk to the | 11:19:34 |
| 9 | device block at the same time.  But we are | 11:19:37 |
| 10 | going to add something to that, as we | 11:19:41 |
| 11 | discovered. | 11:19:44 |
| 12 | The controller is operable to | 11:19:45 |
| 13 | maintain respective dedicated address | 11:19:47 |
| 14 | configuration and response information for | 11:19:49 |
| 15 | each of the two hosts.  So I tested this, but | 11:19:52 |
| 16 | the documentation supports this, but I've | 11:19:55 |
| 17 | tested this as well. | 11:19:58 |
| 18 | When the head unit does the | 11:19:59 |
| 19 | enumeration of the Boston chip, it returns, | 11:20:02 |
| 20 | for example, a product ID.  You see on the | 11:20:06 |
| 21 | side there, product ID host-to-host bridge. | 11:20:10 |
| 22 | Sounds logical.  That's basically what Aptiv | 11:20:14 |
| 23 | chose to call the product ID where they | 11:20:19 |
| 24 | configured it from the head unit. | 11:20:21 |

JURY TRIAL - VOLUME 3

Page 130

| | | |
|---|---|---|
| 1 | But when an iPhone connects to | 11:20:24 |
| 2 | discover that device, it gets back at | 11:20:31 |
| 3 | potentially a different address with a product | 11:20:35 |
| 4 | ID of iAP2 NCM accessory.  What is that? | 11:20:38 |
| 5 | Well, again, that's the product ID | 11:20:44 |
| 6 | that Aptiv chose to put in there, but it | 11:20:51 |
| 7 | represents what Apple requires that it talk | 11:20:54 |
| 8 | to.  In other words, Apple will not talk to a | 11:20:56 |
| 9 | device in CarPlay unless it's iAP compatible | 11:20:59 |
| 10 | and NCM compatible. | 11:21:02 |
| 11 | IAP is the method for | 11:21:06 |
| 12 | authenticating the device.  Apple doesn't want | 11:21:07 |
| 13 | to talk to just any device.  It has to be a | 11:21:09 |
| 14 | registered authorized device that Apple has | 11:21:12 |
| 15 | approved.  And that's the process that you go | 11:21:15 |
| 16 | through getting iAP to verify that it is an | 11:21:18 |
| 17 | authentic Apple CarPlay device. | 11:21:22 |
| 18 | NCM is how it -- for example, when | 11:21:24 |
| 19 | we did the Spotify data transfer, it is using | 11:21:28 |
| 20 | the NCM protocol to do that music transfer. | 11:21:31 |
| 21 | And that pretty much is an example of how the | 11:21:36 |
| 22 | controller -- remember, there is the special | 11:21:39 |
| 23 | multi-host controller.  It maintains two | 11:21:43 |
| 24 | separate addresses, two separate | 11:21:45 |

JURY TRIAL - VOLUME 3

Page 131

| | | |
|---|---|---|
| 1 | configurations and two separate response | 11:21:48 |
| 2 | information for each host. | 11:21:50 |
| 3 | Q.   So, Mr. Zatkovich, do you have an | 11:21:52 |
| 4 | opinion as to that last element of claim 24? | 11:21:54 |
| 5 | A.   Yes.  The Boston chip includes the | 11:21:56 |
| 6 | controller that's operable to maintain | 11:22:00 |
| 7 | respective dedicated address configuration and | 11:22:02 |
| 8 | response information for each of the two or | 11:22:05 |
| 9 | more USB hosts. | 11:22:07 |
| 10 | Q.   Okay. | 11:22:08 |
| 11 | So because this is a dependent | 11:22:09 |
| 12 | claim, I am adding a couple more questions | 11:22:11 |
| 13 | here.  It cites back to claim 23. | 11:22:13 |
| 14 | So again, did you have an opinion | 11:22:17 |
| 15 | as to whether the Boston chip practices claim | 11:22:19 |
| 16 | 23? | 11:22:23 |
| 17 | A.   Yeah.  As I mentioned, it practices | 11:22:23 |
| 18 | all the claim elements of claim 23, so the | 11:22:25 |
| 19 | Boston chip practices claim 23, and now we | 11:22:28 |
| 20 | tack on the additional requirements, and I | 11:22:31 |
| 21 | checked through those, so in total, the Boston | 11:22:36 |
| 22 | chip practices the entirety of claim 24. | 11:22:38 |
| 23 | Q.   Thank you. | 11:22:40 |
| 24 | Now, before you said you were | 11:22:41 |

Page 132

| | | |
|---|---|---|
| 1 | testing the -- testing the system, what was | 11:22:43 |
| 2 | the test like?  Did you test both sides of the | 11:22:47 |
| 3 | system?  How did that work? | 11:22:49 |
| 4 | A.   Well, when I rented the Yukon GMC, I | 11:22:51 |
| 5 | didn't want to rip out the -- it was an | 11:22:57 |
| 6 | expensive car.  I didn't want to rip out the | 11:23:00 |
| 7 | dash and rip out the device, potentially | 11:23:02 |
| 8 | damaging the device, but it wasn't necessary. | 11:23:05 |
| 9 | I was able to plug the analyzer into the port | 11:23:07 |
| 10 | and then plug the iPhone into that, and the | 11:23:10 |
| 11 | analyzer could see every -- all the signals | 11:23:12 |
| 12 | going back and forth from the iPhone to the | 11:23:15 |
| 13 | bridge which would then be relayed to the head | 11:23:18 |
| 14 | unit. | 11:23:22 |
| 15 | And again, the purpose was not to | 11:23:23 |
| 16 | determine exactly how it worked from that; it | 11:23:26 |
| 17 | was just to verify that all the documentation | 11:23:29 |
| 18 | that I had read on how it worked and how it | 11:23:31 |
| 19 | communicated was consistent with how I tested | 11:23:33 |
| 20 | the device. | 11:23:36 |
| 21 | Q.   Now, you also mentioned the iAP2 and | 11:23:37 |
| 22 | NCM interfaces? | 11:23:41 |
| 23 | A.   Yep. | 11:23:43 |
| 24 | Q.   Let's just pick one since that's a | 11:23:44 |

Page 133

1    lot to talk through.  The NCM interface is          11:23:47

2    only listed on the left side and not on the         11:23:50

3    right side.  What is your understanding of how      11:23:52

4    the NCM interface works?                            11:23:56

5         A.   Well, again, as I mentioned, the NCM      11:23:57

6    interface is what's used to do the bulk of          11:24:00

7    data transfers in the example that I provided.      11:24:03

8    It's how the music data gets transferred from       11:24:06

9    one end to another, for example, among other        11:24:09

10   types of transfers.                                 11:24:12

11        Q.   And which of the UDCs are involved in     11:24:12

12   completing the NCM transfer?                        11:24:15

13        A.   Both of them.  Both the head unit         11:24:17

14   side and the iPhone side, both have to be NCM       11:24:19

15   compatible and both have to be iAP compatible       11:24:23

16   in order for this CarPlay device to work            11:24:25

17   correctly.                                          11:24:28

18             So again, just because they have a        11:24:29

19   different product ID doesn't mean they don't        11:24:32

20   perform the same function.                          11:24:35

21        Q.   Should we turn to claim 25?              11:24:39

22        A.   All right.  Last claim.  Only two        11:24:46

23   elements.  All right.                               11:24:50

24             So the first claim element, a            11:24:55

JURY TRIAL - VOLUME 3

Page 134

```
 1    respective USB interface circuit for each of      11:24:58

 2    the two or more USB hosts.  All right.            11:25:01

 3            So we talked -- well, I don't know         11:25:04

 4    if I specifically used the term "innovate         11:25:08

 5    circuit," but it's how the USB device, in this    11:25:11

 6    case, the multi-host USB device, communicates     11:25:13

 7    with the bus.                                      11:25:17

 8            And if you'll recall, that's the           11:25:18

 9    upstream port, also called the PHY.  So this      11:25:20

10    is an example in the patent of how the --         11:25:24

11    where the interface circuit is, which is the      11:25:29

12    upstream port to connect these guys to the        11:25:32

13    bus.                                               11:25:35

14            All right.  The next part of that          11:25:38

15    is wherein each respective USB interface          11:25:40

16    circuit, the ports, enable the USB multi-host     11:25:44

17    device to transmit and/or receive data over      11:25:47

18    the USB bus, which is basically what I just       11:25:50

19    said.                                              11:25:55

20            So we have the ports.  The ports           11:25:55

21    allow you to transmit and receive data between    11:25:58

22    the -- transmit and receive data over the USB     11:26:01

23    bus.  Pretty simple.                              11:26:07

24            All right.                                 11:26:12
```

Page 135

```
 1      Q.   Wait, Mr. Zatkovich, before we move     11:26:12

 2   on, do you have an opinion as to the second     11:26:14

 3   element of claim 25?  I'm sorry.                 11:26:16

 4      A.   I will when we get to the Aptiv          11:26:20

 5   device.                                          11:26:22

 6      Q.   Does Figure 3 infringe claim 25?        11:26:22

 7      A.   Right now I'm just still going           11:26:26

 8   through the claim.                               11:26:28

 9           So the next part of that is             11:26:29

10   respective endpoint buffer; in other words,     11:26:30

11   the separate endpoint buffer for each of the    11:26:33

12   two or more hosts.  And we talked about that     11:26:36

13   briefly before.                                 11:26:39

14           The endpoint buffer is the memory       11:26:40

15   that holds the information going back and        11:26:43

16   forth, such as the device time, the address,    11:26:45

17   temporarily holds the music data while the      11:26:48

18   music data is being transmitted.                 11:26:50

19           So the key point is that each host      11:26:52

20   has a separate -- has a respective endpoint     11:26:55

21   buffer to hold information.  And the next        11:26:58

22   part, of course, is we have that endpoint       11:27:03

23   buffer, which is the memory, and its purpose    11:27:06

24   is to store the respective -- the separate      11:27:07
```

JURY TRIAL - VOLUME 3

Page 136

1    dedicated address, the separate configuration          11:27:10

2    and the separate response information leading          11:27:13

3    to the two hosts.                                      11:27:15

4            And again, as part of the testing,             11:27:17

5    we know that this endpoint buffer contains             11:27:19

6    this respective -- this separate information           11:27:23

7    for this host and this endpoint buffer would           11:27:26

8    maintain separate information for this host.           11:27:29

9    That would be an example.  All right.                  11:27:33

10           Let's see about -- I think you can             11:27:35

11   pretty much guess how that's going to match to         11:27:38

12   the Aptiv device, but we'll walk through that.         11:27:41

13   All right.                                             11:27:45

14           So we have respective USB                      11:27:46

15   interface circuit, and I pointed that out              11:27:50

16   before.  It's these PHYs.  That's the upstream         11:27:54

17   port which connects to each of the hosts.  And         11:28:00

18   the purpose of that interface circuit is               11:28:02

19   for -- enable the USB multi-host device, this          11:28:07

20   entire device, to transmit and receive data            11:28:11

21   over the USB bus.  Of course, that's the               11:28:17

22   purpose of the upstream port.                          11:28:20

23           All right.  Therefore, it's my                 11:28:22

24   opinion that the Boston chip includes a                11:28:27

Page 137

| | | |
|---|---|---|
| 1 | respective USB interface circuit for each of | 11:28:31 |
| 2 | the two or more USB hosts wherein each of the | 11:28:34 |
| 3 | respective USB interface circuits enables the | 11:28:38 |
| 4 | multi-host device to transmit and receive data | 11:28:42 |
| 5 | over a USB bus.  All right. | 11:28:44 |
| 6 | One last point now.  We have | 11:28:48 |
| 7 | the -- | 11:28:52 |
| 8 | Q.   All right.  Before we move on -- | 11:28:52 |
| 9 | A.   Sure. | 11:28:53 |
| 10 | Q.   -- do you have an opinion as to the | 11:28:54 |
| 11 | second element of -- or the first element of | 11:28:55 |
| 12 | claim 25? | 11:28:58 |
| 13 | A.   I do.  I stated that language | 11:28:59 |
| 14 | already. | 11:29:01 |
| 15 | Q.   Let me back up before that, though. | 11:29:01 |
| 16 | What is that top -- the preamble, | 11:29:03 |
| 17 | your opinion of the preamble? | 11:29:06 |
| 18 | A.   Again, this is another preamble, I | 11:29:07 |
| 19 | forgot to mention it, but the same as with the | 11:29:10 |
| 20 | others.  This preamble is not limiting; | 11:29:12 |
| 21 | meaning, it is just an introduction to provide | 11:29:15 |
| 22 | context for the claim. | 11:29:16 |
| 23 | All right.  So the last claim | 11:29:18 |
| 24 | element, a respective endpoint buffer.  Again, | 11:29:21 |

JURY TRIAL - VOLUME 3

Page 138

| | | |
|---|---|---|
| 1 | we have the memory buffer for each of the two | 11:29:24 |
| 2 | hosts that will each store a separate address, | 11:29:27 |
| 3 | a separate configuration, and separate | 11:29:31 |
| 4 | response information. | 11:29:33 |
| 5 | And we know that EP0 is the | 11:29:34 |
| 6 | endpoints memory for both sides of the | 11:29:40 |
| 7 | controller that store separate address | 11:29:44 |
| 8 | information, separate configuration | 11:29:49 |
| 9 | information and separate response information | 11:29:51 |
| 10 | for sending data to the two hosts.  Pretty | 11:29:52 |
| 11 | straightforward. | 11:30:01 |
| 12 | So the bottom line is the Boston | 11:30:02 |
| 13 | chip includes a respective endpoint buffer for | 11:30:05 |
| 14 | each of the two or more USB hosts for storing | 11:30:10 |
| 15 | respective dedicated address, configuration | 11:30:13 |
| 16 | and response information for each of the two | 11:30:16 |
| 17 | or more USB hosts. | 11:30:18 |
| 18 | Q.   Okay.  So -- | 11:30:20 |
| 19 | A.   And as a reminder, this is all -- | 11:30:21 |
| 20 | claim 23 is done on Exhibit 7. | 11:30:24 |
| 21 | Q.   All right. | 11:30:26 |
| 22 | So I think -- so again, Mr. | 11:30:27 |
| 23 | Zatkovich, what was your opinion as to whether | 11:30:29 |
| 24 | the Aptiv product practiced claim 23? | 11:30:31 |

Page 139

```
 1      A.   As we mentioned, the Aptiv product          11:30:35

 2  practices claim 23.                                  11:30:38

 3      Q.   And do you have an opinion as to            11:30:39

 4  whether the Aptiv Boston 2 chip practices            11:30:41

 5  claim 25 in its entirety?                            11:30:44

 6      A.   And because it practices the elements       11:30:46

 7  of claim 25, it also practices that claim as a       11:30:48

 8  whole.                                               11:30:52

 9      Q.   All right.                                  11:31:00

10           We've gone through a lot of claim           11:31:02

11  language.  Can we get out of the claims for a        11:31:05

12  few minutes?                                         11:31:07

13      A.   Let me get a drink of water.  We're         11:31:07

14  almost done.                                         11:31:10

15      Q.   Okay.                                       11:31:13

16           Mr. Zatkovich, we heard before, we          11:31:13

17  heard Mr. Bohm talking about some benefits.          11:31:16

18  Do you want to talk through some of the              11:31:19

19  benefits of the '243 having a multi-host             11:31:21

20  device in the context of this case?                  11:31:23

21      A.   Yes.  So we talked about, briefly, at       11:31:25

22  least one or two of those already.  But again,       11:31:28

23  this is for car manufacturers.  Certain car          11:31:36

24  manufacturers are looking for certain                11:31:38
```

JURY TRIAL - VOLUME 3

Page 140

| | | |
|---|---|---|
| 1 | features.  I call these The Big 3.  The Big 3 | 11:31:41 |
| 2 | features are single lane to the head unit, | 11:31:47 |
| 3 | CarPlay enabled on all downstream ports and | 11:31:50 |
| 4 | persistent USB connections when CarPlay is | 11:31:53 |
| 5 | activated. | 11:31:56 |
| 6 | I'll walk through those. | 11:31:57 |
| 7 | So single lane to the head unit, | 11:31:59 |
| 8 | you might have heard the term "single | 11:32:02 |
| 9 | upstream, single cable."  That, again, allows | 11:32:05 |
| 10 | the head unit to be connected to the bridge by | 11:32:09 |
| 11 | a single cable.  It's cheaper, less wiring, | 11:32:12 |
| 12 | less prone to failure.  Very desirable. | 11:32:16 |
| 13 | Therefore, the fact that the bridge unit | 11:32:20 |
| 14 | connects to the head unit with a single | 11:32:25 |
| 15 | upstream port, a single cable, provides that | 11:32:26 |
| 16 | feature. | 11:32:30 |
| 17 | Next one:  CarPlay enabled on all | 11:32:32 |
| 18 | downstream ports.  If you remember, we have | 11:32:35 |
| 19 | this little gadget here that regardless of | 11:32:38 |
| 20 | which port you plug into the iPhone, it -- the | 11:32:42 |
| 21 | microcontroller will detect that and allow you | 11:32:47 |
| 22 | to route that hub to the bridge so that it | 11:32:50 |
| 23 | becomes CarPlay port.  So that allows you to | 11:32:54 |
| 24 | plug your USB cable from your iPhone into any | 11:32:57 |

Page 141

| | |
|---|---|
| 1 | of the ports and any of them will be able to | 11:33:00 |
| 2 | switch into CarPlay mode. | 11:33:03 |
| 3 | Again, very desirable feature; you | 11:33:05 |
| 4 | don't have to figure out which port to plug | 11:33:07 |
| 5 | in. Manufacturers love it. | 11:33:10 |
| 6 | Last but not least, persistent USB | 11:33:11 |
| 7 | connections when CarPlay is activated. What | 11:33:16 |
| 8 | does that mean? Well, in many circumstances, | 11:33:19 |
| 9 | when the iPhone takes over as a host, some of | 11:33:24 |
| 10 | these port functions are disabled. What | 11:33:28 |
| 11 | manufacturers require, if you have a USB | 11:33:31 |
| 12 | device already plugged into one of the ports, | 11:33:35 |
| 13 | such as a memory stick, and you decide to plug | 11:33:38 |
| 14 | your iPhone into another USB port and it | 11:33:40 |
| 15 | switches the host mode, what the manufacturers | 11:33:43 |
| 16 | want is that USB memory stick is still | 11:33:45 |
| 17 | connected to the head unit and still active, | 11:33:48 |
| 18 | so that's what persistence means. | 11:33:51 |
| 19 | And we know that Aptiv provides | 11:33:54 |
| 20 | all of those features. In fact, it was a | 11:33:57 |
| 21 | requirement of their clients to provide all | 11:33:59 |
| 22 | those features. | 11:34:02 |
| 23 | Q. Now, Mr. Zatkovich, do you have an | 11:34:02 |
| 24 | opinion as to whether or how those features | 11:34:04 |

Page 142

| | | |
|---|---|---|
| 1 | relate to the '243 Patent? | 11:34:06 |
| 2 | A.  I do.  My opinion is that if you | 11:34:08 |
| 3 | provide each and every one of those features, | 11:34:12 |
| 4 | then you necessarily have to practice the | 11:34:15 |
| 5 | claims of the patent. | 11:34:17 |
| 6 | Q.  Did you take a look at the Microchip | 11:34:20 |
| 7 | Sandia product? | 11:34:22 |
| 8 | A.  I did.  I did a similar analysis on | 11:34:23 |
| 9 | that for the Microchip product.  So -- | 11:34:26 |
| 10 | Q.  And before we get into this one -- | 11:34:31 |
| 11 | A.  Sure. | 11:34:33 |
| 12 | Q.  -- what figure is this in this | 11:34:33 |
| 13 | drawing from? | 11:34:35 |
| 14 | A.  This is Exhibit 292 at page 3.  I | 11:34:35 |
| 15 | believe Mr. Bohm, the inventor, used this | 11:34:39 |
| 16 | diagram as well.  And it's probably a good | 11:34:41 |
| 17 | idea to just point out some features here. | 11:34:45 |
| 18 | So this is the Sandia bridge, | 11:34:47 |
| 19 | okay?  The Sandia bridge, we have it plugged | 11:34:50 |
| 20 | in here and we would have the iPhone or USB | 11:34:56 |
| 21 | devices connected here.  So it has a bridge as | 11:34:58 |
| 22 | well.  It's basically the same function | 11:35:03 |
| 23 | designed a little bit differently.  It has the | 11:35:05 |
| 24 | multi-host controller here identified in these | 11:35:08 |

Page 143

1    boxes.                                         11:35:11

2              I am not going to go through the     11:35:11

3    detail, but it has the ports down here which   11:35:13

4    can be configured as downstream or upstream    11:35:18

5    ports.                                         11:35:21

6        Q.    And then the other box in the corner 11:35:21

7    down there, the microcontroller, is that a box 11:35:23

8    also?                                          11:35:27

9        A.    That's the microprocessor, just like 11:35:27

10   the Apple device has the microprocessor to     11:35:30

11   allow the logic of the two ports together.     11:35:34

12             So the Sandia Microchip device       11:35:38

13   also provides a single-lane capability where   11:35:41

14   its bridge device gets connected to the host   11:35:43

15   units with a single cable feature.             11:35:46

16             When you plug the iPhone into any    11:35:51

17   of the ports, in this case this device has     11:35:54

18   four ports, you plug the iPhone into any of    11:35:56

19   those four ports, it will be routed to the     11:35:58

20   bridge and become an upstream host port.       11:36:01

21             And last but not least, if I have    11:36:06

22   a memory stick or some other USB device        11:36:08

23   already plugged into one of the ports and I    11:36:10

24   plug in my iPhone and switch to a host mode,   11:36:13

Page 144

1    that memory stick device will remain connected          11:36:16

2    and functional to the head unit.  So                    11:36:19

3    therefore, by association, the Sandia bridge            11:36:25

4    device practices its own invention.                    11:36:29

5        Q.   Now, Mr. Zatkovich, did you also do a          11:36:32

6    detailed analysis, you know, on the more               11:36:34

7    detailed documents as well to show that the            11:36:37

8    Sandia product practices the '243 Patent?              11:36:39

9        A.   Yes.  I have about 30, 40 pages                11:36:43

10   discussing each component and many other               11:36:45

11   diagrams of how they practice -- how Sandia            11:36:49

12   practices its own invention.                           11:36:52

13       Q.   So do you have summary slides?                 11:36:55

14       A.   Yeah.  I wanted to wrap up with just          11:37:00

15   two basic concepts; the multi-host controller         11:37:03

16   and the shared USB device.  I'm pretty sure            11:37:08

17   you remember what I'm talking about, but               11:37:13

18   again, we have the controller here, the                11:37:16

19   multi-host device controller, which again, is          11:37:19

20   this special controller which must connect to          11:37:22

21   both hosts at the same time.                           11:37:24

22            So if we have, on the right side,             11:37:27

23   the two green boxes, as you recall, each green         11:37:29

24   box is plugged together as a single multi-host         11:37:33

JURY TRIAL - VOLUME 3

Page 145

```
 1    controller in a coordinated fashion so they        11:37:36

 2    can simultaneously talk to the iPhone and the      11:37:40

 3    host.  That's the multi-host device controller     11:37:42

 4    or the controller.                                 11:37:45

 5              And last but not least is the USB         11:37:50

 6    device block.  The USB device is the FIFO          11:37:53

 7    buffers in between the controller that provide     11:37:57

 8    the ability to transfer data; specifically         11:37:59

 9    transferring data between the two hosts which      11:38:04

10    includes the microprocessor logic that            11:38:07

11    coordinates the data transfers through those       11:38:10

12    FIFO buffers.  And that's it.                      11:38:12

13              MR. FENTON:  I pass the witness.          11:38:17

14                      -  -  -                           11:38:30

15                  CROSS-EXAMINATION                     11:38:30

16                      -  -  -                           11:38:31

17    BY MS. DURIE:                                       11:38:31

18       Q.   Mr. Zatkovich, good morning.               11:38:31

19       A.   Good morning.                              11:38:33

20       Q.   We have not met before, but I am           11:38:35

21    Daralyn Durie, obviously one of the lawyers        11:38:38

22    representing Aptiv.                                11:38:41

23              I'd like to start where you              11:38:42

24    started with TX-94 in evidence, if we could        11:38:45
```

Page 146

| | | |
|---|---|---|
| 1 | please put that up.  This is the resume that | 11:38:51 |
| 2 | you submitted in connection with this case; | 11:38:53 |
| 3 | right? | 11:38:56 |
| 4 | A.   Correct. | 11:38:56 |
| 5 | Q.   And it says, "eComp Consultants," at | 11:38:57 |
| 6 | the top.  That's your consulting company; | 11:39:01 |
| 7 | right? | 11:39:04 |
| 8 | A.   It is. | 11:39:04 |
| 9 | Q.   And you do information, technology | 11:39:04 |
| 10 | and patent litigation consulting? | 11:39:06 |
| 11 | A.   That's correct. | 11:39:08 |
| 12 | Q.   Now, you talked a little bit about | 11:39:08 |
| 13 | your professional background.  The last time | 11:39:10 |
| 14 | you had a full-time technical job at a company | 11:39:13 |
| 15 | was before 2000; right? | 11:39:18 |
| 16 | A.   Meaning a company other than my own? | 11:39:20 |
| 17 | Q.   Right. | 11:39:22 |
| 18 | A.   No, actually the last time I had | 11:39:23 |
| 19 | full-time employment at a company was 2008. | 11:39:24 |
| 20 | Q.   Okay. | 11:39:31 |
| 21 | And which company was that? | 11:39:32 |
| 22 | A.   That was Smith & Nephew. | 11:39:34 |
| 23 | Q.   Okay.  Fair enough. | 11:39:37 |
| 24 | And you founded your consulting | 11:39:38 |

JURY TRIAL - VOLUME 3

Page 147

| | | |
|---|---|---|
| 1 | company in 2000? | 11:39:41 |
| 2 | A.    Correct.  I was doing part-time | 11:39:42 |
| 3 | consulting while I was working for other | 11:39:44 |
| 4 | companies. | 11:39:46 |
| 5 | Q.    Okay. | 11:39:46 |
| 6 | Now, starting on page 6 of your | 11:39:47 |
| 7 | resume, you list the cases in which you have | 11:39:49 |
| 8 | testified as an expert; right? | 11:39:52 |
| 9 | A.    Sample cases. | 11:39:53 |
| 10 | Q.    Oh, this is just a sample? | 11:39:55 |
| 11 | A.    I have probably been retained for | 11:39:57 |
| 12 | over 60 cases. | 11:39:59 |
| 13 | Q.    Okay. | 11:40:00 |
| 14 | MS. DURIE:  Well, let's just | 11:40:00 |
| 15 | scroll through, if we can, Mr. Glass. | 11:40:01 |
| 16 | BY MS. DURIE: | 11:40:06 |
| 17 | Q.    So this goes on for quite awhile; | 11:40:07 |
| 18 | right? | 11:40:10 |
| 19 | A.    Um-hmm. | 11:40:11 |
| 20 | Q.    13, 14, 15, 16, 17, 18.  So that's | 11:40:12 |
| 21 | just a sample? | 11:40:18 |
| 22 | A.    That's at least all the cases in the | 11:40:19 |
| 23 | last five years, but I think it's the majority | 11:40:22 |
| 24 | of them. | 11:40:25 |

JURY TRIAL - VOLUME 3

Page 148

```
 1      Q.   Okay.                                11:40:26

 2           So let's talk some of the subject    11:40:26

 3   matter of the cases that you have testified  11:40:29

 4   in.                                          11:40:31

 5           MS. DURIE:  And if we can have the   11:40:32

 6   slide.                                       11:40:33

 7   BY MS. DURIE:                                11:40:34

 8      Q.   You have testified about kiosks for  11:40:34

 9   hotel business centers; right?               11:40:36

10      A.   Correct.                             11:40:38

11      Q.   You've testified about media         11:40:39

12   streaming?                                   11:40:41

13      A.   Correct.                             11:40:41

14      Q.   Playlists?                           11:40:42

15      A.   Correct.                             11:40:43

16      Q.   Geolocation technology?              11:40:44

17      A.   Yes.                                 11:40:46

18      Q.   Speech recognition software?         11:40:46

19      A.   Speech recognition specifically      11:40:48

20   linked to telecommunications, yes.           11:40:51

21      Q.   Okay.                                11:40:53

22           Call processing centers?             11:40:53

23      A.   Again, specifically related to       11:40:54

24   communications.                             11:40:57
```

JURY TRIAL - VOLUME 3

Page 149

```
 1      Q.   Okay.                                    11:40:57

 2           Supply chain management software?        11:40:58

 3      A.   Mainly regarding network transactions    11:41:01

 4  for supply chain.                                 11:41:03

 5      Q.   Manufacturing automation?                11:41:06

 6      A.   Yes, device controlling electronic       11:41:08

 7  devices.                                          11:41:11

 8      Q.   Sales projection system software?        11:41:12

 9      A.   Oh, yes.  That was a number of           11:41:15

10  transactions for doing financial transactions.   11:41:19

11      Q.   Online payment security?                 11:41:22

12      A.   Yes, again, network communications       11:41:24

13  for financial transactions.                       11:41:27

14      Q.   Damages for copyright infringement?      11:41:28

15      A.   No, I have not done any damages for      11:41:31

16  copyright.                                        11:41:33

17      Q.   Let's take a look back at your CV,       11:41:35

18  TX-94, page 8.                                    11:41:41

19           Let's take a look at the entry for       11:41:43

20  Cohen vs. United States.  It's at the bottom      11:41:48

21  and I guess it runs over to page 9.               11:41:50

22           You testified in a case, Cohen vs.       11:41:53

23  United States, copyright infringement             11:41:56

24  testifying expert for Cohen, provide expert       11:41:59
```

Page 150

| | | |
|---|---|---|
| 1 | report, damages and deposition; is that right? | 11:42:03 |
| 2 | A.   I'm sorry, could you do a blowup of | 11:42:06 |
| 3 | that? | 11:42:08 |
| 4 | MS. DURIE:  Sure.  Let's blow it | 11:42:09 |
| 5 | up there if we can.  Bottom of 8, top of 9. | 11:42:10 |
| 6 | It's at the very top of 9.  Copyright | 11:42:20 |
| 7 | infringement, there we go. | 11:42:23 |
| 8 | THE WITNESS:  Yes. | 11:42:26 |
| 9 | MS. DURIE:  No, no, if you can | 11:42:27 |
| 10 | blow up the whole entry, Mr. Glass, so we can | 11:42:30 |
| 11 | see it.  And it would be the next page, | 11:42:32 |
| 12 | page 9.  There you go, at the top. | 11:42:46 |
| 13 | THE WITNESS:  Yes, I remember this | 11:42:51 |
| 14 | case.  I was doing the publishing transactions | 11:42:52 |
| 15 | and identifying what material in that | 11:42:56 |
| 16 | published material transactions were | 11:43:00 |
| 17 | infringed. | 11:43:06 |
| 18 | I also provided support for | 11:43:06 |
| 19 | damages, again, identifying the value of | 11:43:10 |
| 20 | publishing transactions.  But I did not | 11:43:13 |
| 21 | provide, for example, specific damage numbers | 11:43:16 |
| 22 | or estimates. | 11:43:19 |
| 23 | MS. DURIE:  Okay.  Fair enough. | 11:43:20 |
| 24 | We can go back to the slides, Mr. | 11:43:21 |

Page 151

```
 1   Glass.                                           11:43:24

 2   BY MS. DURIE:                                    11:43:24

 3       Q.   You testified about media publishing    11:43:25

 4   practices?                                       11:43:27

 5       A.   Again, in regards to network            11:43:27

 6   communications for distributing media, yes.      11:43:30

 7       Q.   Content licensing?                       11:43:33

 8       A.   Again, related to distributing          11:43:34

 9   content over the Internet.                       11:43:37

10       Q.   Web content customization?              11:43:39

11       A.   Same thing, distributing web content    11:43:41

12   over the network.                                11:43:43

13       Q.   Right.                                   11:43:44

14            Social media user content?              11:43:45

15       A.   Yes.  So that was transactions for      11:43:47

16   distributing social media content.              11:43:52

17       Q.   Right.                                   11:43:54

18            The "like" feature?                      11:43:55

19       A.   That was for Facebook.  I was an        11:43:57

20   expert for Facebook.  They wanted to discuss     11:44:01

21   how information was transmitted between the      11:44:05

22   Facebook application, for example, on a mobile   11:44:08

23   device and the Facebook server.  And one of     11:44:11

24   the examples that we looked at was what          11:44:14
```

Page 152

| | | |
|---|---|---|
| 1 | happened when you pressed the "like" feature, | 11:44:16 |
| 2 | what transactions occurred. | 11:44:19 |
| 3 |     Q.   You testified about video | 11:44:20 |
| 4 | conferencing technology? | 11:44:23 |
| 5 |     A.   Yes, media communications. | 11:44:24 |
| 6 |     Q.   You testified about systems for | 11:44:25 |
| 7 | pricing construction projects? | 11:44:27 |
| 8 |     A.   I think that's correct. | 11:44:31 |
| 9 |     Q.   Let's take a look back at TX-94, | 11:44:33 |
| 10 | page 16. | 11:44:38 |
| 11 |        MS. DURIE:  And if we can go, Mr. | 11:44:38 |
| 12 | Glass, to the entry for Uniloc vs. Autodesk. | 11:44:40 |
| 13 | Right in the middle, two-thirds of the way | 11:44:47 |
| 14 | down, further down.  Uniloc vs. Autodesk. | 11:44:50 |
| 15 | There we go. | 11:44:56 |
| 16 | BY MS. DURIE: | 11:44:57 |
| 17 |     Q.   Non-infringement of two patents about | 11:44:57 |
| 18 | systems that facilitate the pricing of | 11:45:00 |
| 19 | construction projects? | 11:45:03 |
| 20 |     A.   Right.  So Autodesk is a CAD system. | 11:45:04 |
| 21 | In this particular case, the CAD system, once | 11:45:08 |
| 22 | you design a construction project, it breaks | 11:45:11 |
| 23 | that down into separate transactions to allow | 11:45:15 |
| 24 | a server, for example, to price that project. | 11:45:19 |

Page 153

| | | |
|---|---|---|
| 1 | I wasn't involved in the aspect of | 11:45:23 |
| 2 | pricing or how those transactions do pricing, | 11:45:26 |
| 3 | only in the aspect of how the transactions | 11:45:29 |
| 4 | from Autodesk are implemented and transmitted. | 11:45:32 |
| 5 | Q.   Now, in the resume that you submitted | 11:45:38 |
| 6 | for this case, you included various references | 11:45:40 |
| 7 | to USB; right? | 11:45:42 |
| 8 | A.   Correct. | 11:45:44 |
| 9 | Q.   You also have a bio of yourself on | 11:45:45 |
| 10 | your website; right? | 11:45:50 |
| 11 | A.   Yes. | 11:45:52 |
| 12 | MS. DURIE:  Okay.  I'd like to | 11:45:54 |
| 13 | mark this for identification as 373. | 11:45:56 |
| 14 | (Whereupon, Trial Exhibit 373 was | 11:46:03 |
| 15 | introduced.) | 11:46:08 |
| 16 | BY MS. DURIE: | 11:46:17 |
| 17 | Q.   Exhibit 373 is your website bio; | 11:46:18 |
| 18 | correct? | 11:46:21 |
| 19 | A.   Yes. | 11:46:22 |
| 20 | MS. DURIE:  We offer it. | 11:46:23 |
| 21 | MR. FENTON:  No objection. | 11:46:25 |
| 22 | THE WITNESS:  I'm sorry? | 11:46:26 |
| 23 | THE COURT:  I'm sorry, Mr. Fenton? | 11:46:28 |
| 24 | MR. FENTON:  No objection. | 11:46:30 |

Page 154

| | | |
|---|---|---|
| 1 | THE COURT:  Okay.  It's admitted. | 11:46:32 |
| 2 | BY MS. DURIE: | 11:46:34 |
| 3 | Q.   So this is how you market yourself on | 11:46:35 |
| 4 | your website; right? | 11:46:36 |
| 5 | A.   Yes, I think this is correct. | 11:46:40 |
| 6 | Q.   Okay.  Ivan Zatkovich, expert | 11:46:42 |
| 7 | witness. | 11:46:46 |
| 8 | And you list your focus areas on | 11:46:46 |
| 9 | your website; right? | 11:46:50 |
| 10 | A.   Yes. | 11:46:51 |
| 11 | Q.   Bank/sweep accounts, billing and | 11:46:51 |
| 12 | payment processing, call and contact center | 11:46:54 |
| 13 | automation, content personalization, credit | 11:46:57 |
| 14 | card prepaid card processing, eCommerce | 11:46:59 |
| 15 | Internet marketing, electronic transactions, | 11:47:02 |
| 16 | ERP supply chain, high volume content | 11:47:05 |
| 17 | websites, insurance claims process, Internet | 11:47:10 |
| 18 | publishing, IVR speech recognition, search | 11:47:12 |
| 19 | engine optimization and software copyright. | 11:47:15 |
| 20 | You do not list USB specifically | 11:47:18 |
| 21 | on your website; right? | 11:47:20 |
| 22 | A.   Well, those are specific examples of | 11:47:23 |
| 23 | projects.  Again, each of these relate to | 11:47:28 |
| 24 | financial network transactions, eCommerce | 11:47:31 |

JURY TRIAL - VOLUME 3

Page 155

| | | |
|---|---|---|
| 1 | network transactions, or in the case of | 11:47:33 |
| 2 | electronic devices, electronic transactions. | 11:47:37 |
| 3 | Q.   Okay. | 11:47:41 |
| 4 | Well, you've never written an | 11:47:42 |
| 5 | article about USB; right? | 11:47:44 |
| 6 | A.   I've written internal documentation | 11:47:48 |
| 7 | for my companies, but no, nothing published. | 11:47:51 |
| 8 | Q.   You are not the inventor on any | 11:47:54 |
| 9 | patents that relate to USBs? | 11:47:56 |
| 10 | A.   That's correct. | 11:47:57 |
| 11 | Q.   In fact, you are not an inventor on | 11:47:58 |
| 12 | any patents at all? | 11:48:00 |
| 13 | A.   I have not invented any patents | 11:48:02 |
| 14 | myself, no. | 11:48:04 |
| 15 | Q.   Now, the patents in this case | 11:48:04 |
| 16 | reference the USB specification; right? | 11:48:06 |
| 17 | A.   Correct. | 11:48:08 |
| 18 | Q.   That is the USB 2.0 specification? | 11:48:09 |
| 19 | A.   That's correct. | 11:48:13 |
| 20 | MS. DURIE:  I am going to hand you | 11:48:27 |
| 21 | what has been marked as Exhibit 186. | 11:48:30 |
| 22 | (Whereupon, Trial Exhibit 186 was | 11:48:34 |
| 23 | introduced.) | 11:48:40 |
| 24 | THE WITNESS:  Looks about right. | 11:48:42 |

JURY TRIAL - VOLUME 3

Page 156

```
 1    BY MS. DURIE:                                    11:48:44

 2        Q.    Now, Exhibit 186 is a copy of the USB    11:48:44

 3    2.0 specification; right?                          11:48:48

 4        A.    Yes.                                     11:48:53

 5             MS. DURIE:  We offer it.                  11:48:54

 6             MR. FENTON:  No objection.                11:48:55

 7             THE COURT:  It is admitted.               11:48:57

 8             MS. DURIE:  Mr. Glass, if we can          11:48:58

 9    put that up, start with the first page,           11:49:00

10    perfect.  And then let's go to page 3.            11:49:03

11             And if we can blow up the top half       11:49:06

12    of the page.                                      11:49:09

13    BY MS. DURIE:                                     11:49:12

14        Q.    There is an acknowledgment of the       11:49:12

15    individuals who contributed to the USB 2.0        11:49:13

16    technical specification; right?                   11:49:16

17        A.    Yes, that's what it appears to be.      11:49:19

18        Q.    And there is a hub working group and    11:49:21

19    there is an individual who was the chair          11:49:24

20    editor of the hub working group.                  11:49:27

21             Do you see that?                         11:49:29

22        A.    Yes, that would be similar to the ISO   11:49:30

23    committee that I sat on.                          11:49:33

24        Q.    All right.  Well, let's start with      11:49:34
```

JURY TRIAL - VOLUME 3

Page 157

1    USB for now.                                          11:49:36

2         So Mr. Garney is identified here                11:49:37

3    as the chair/editor of the hub working group         11:49:40

4    that contributed to the USB 2.0 specification;       11:49:44

5    right?                                                11:49:48

6         A.   Yes, correct.                               11:49:48

7         Q.   Okay.                                        11:49:49

8              And you know who Mr. Garney is,             11:49:49

9    right?  He's our expert in this case.                 11:49:51

10        A.   That's my understanding, yes.               11:49:53

11        Q.   Now, you are not listed here; right?        11:49:55

12        A.   I am not.                                    11:49:57

13        Q.   In fact, you are not listed in any of       11:49:58

14   the groups of people who contributed to the          11:50:01

15   2.0 specification; right?                             11:50:03

16        A.   No, not to my knowledge.                    11:50:04

17        Q.   You never attended any standard            11:50:05

18   setting meetings for USB; right?                      11:50:07

19        A.   Conferences or standards committees?        11:50:11

20        Q.   Standard-setting meetings for the          11:50:15

21   USB.                                                  11:50:17

22        A.   No, only for the ISO.                        11:50:18

23        Q.   Now, before you agree to take on a         11:50:20

24   case, do you do anything to make sure that you       11:50:22

JURY TRIAL - VOLUME 3

Page 158

| | | |
|---|---|---|
| 1 | agree with the side that you are going to be | 11:50:24 |
| 2 | testifying for? | 11:50:27 |
| 3 | A.   Not necessarily.  Most times when I | 11:50:32 |
| 4 | interview for a case, I will provide my | 11:50:36 |
| 5 | qualifications and I will -- if there is a | 11:50:40 |
| 6 | patent involved, I will take a look at the | 11:50:44 |
| 7 | patent and indicate whether I feel comfortable | 11:50:46 |
| 8 | expressing opinions on that technology. | 11:50:48 |
| 9 | Q.   Okay. | 11:50:50 |
| 10 | So you served as an expert in, | 11:50:51 |
| 11 | what, roughly 60 to 70 cases over the last | 11:50:55 |
| 12 | decade or so? | 11:50:58 |
| 13 | A.   Yes, over the last 11 years or so. | 11:51:01 |
| 14 | Yes. | 11:51:05 |
| 15 | Q.   And the Court has disagreed with your | 11:51:05 |
| 16 | opinions in about half of those cases; right? | 11:51:07 |
| 17 | A.   I have never done any scorekeeping on | 11:51:12 |
| 18 | that, but I wouldn't be surprised.  I don't | 11:51:16 |
| 19 | know if you have done the research or not. | 11:51:20 |
| 20 | Q.   Half sound about right? | 11:51:23 |
| 21 | A.   I don't know.  I have never done any | 11:51:24 |
| 22 | bookkeeping, but I wouldn't disagree if you've | 11:51:27 |
| 23 | already done the research. | 11:51:29 |
| 24 | MS. DURIE:  I'd like, Your Honor, | 11:51:31 |

JURY TRIAL - VOLUME 3

Page 159

| | | |
|---|---|---|
| 1 | to read from the witness's deposition, | 11:51:32 |
| 2 | page 34, lines 11 through 16. | 11:51:35 |
| 3 | Would the Court like a copy? | 11:51:38 |
| 4 | THE COURT:  Are you going to put | 11:51:39 |
| 5 | it up or are you just going to read? | 11:51:40 |
| 6 | MS. DURIE:  I am just going to | 11:51:42 |
| 7 | read it. | 11:51:43 |
| 8 | THE COURT:  You can read it. | 11:51:43 |
| 9 | MS. DURIE:  Thank you. | 11:51:44 |
| 10 | BY MS. DURIE: | 11:51:45 |
| 11 | Q.  At your deposition, sir, you were | 11:51:45 |
| 12 | asked the following questions and gave the | 11:51:47 |
| 13 | following answer: | 11:51:48 |
| 14 | "QUESTION:  Has any Court ever | 11:51:49 |
| 15 | disagreed with your opinions? | 11:51:51 |
| 16 | "ANSWER:  Certainly. | 11:51:52 |
| 17 | "QUESTION:  Do you remember which | 11:51:54 |
| 18 | ones? | 11:51:55 |
| 19 | "ANSWER:  Any Court that didn't | 11:51:56 |
| 20 | rule for the party that I was representing.  I | 11:51:57 |
| 21 | would say approximately half." | 11:52:00 |
| 22 | So your record, sir, is | 11:52:03 |
| 23 | basically half? | 11:52:10 |
| 24 | A.  Again, I haven't done the research. | 11:52:10 |

JURY TRIAL - VOLUME 3

Page 160

| | | |
|---|---|---|
| 1 | I was asked how many and I gave a brief | 11:52:12 |
| 2 | estimate.  It could be much higher than that, | 11:52:15 |
| 3 | it could be lower than that.  I don't know. | 11:52:18 |
| 4 | Q.   Now, you are charging Microchip $525 | 11:52:19 |
| 5 | an hour for your time; right? | 11:52:22 |
| 6 | A.   I believe that's my rate, right. | 11:52:24 |
| 7 | Q.   You said a Cadillac Escalade wasn't | 11:52:26 |
| 8 | in the budget? | 11:52:30 |
| 9 | A.   Correct. | 11:52:30 |
| 10 | Q.   How much have you billed total for | 11:52:31 |
| 11 | your time today in this case? | 11:52:34 |
| 12 | A.   Including the time on the trial? | 11:52:35 |
| 13 | Q.   Sure. | 11:52:37 |
| 14 | A.   I don't know.  I haven't done the | 11:52:38 |
| 15 | math on that. | 11:52:39 |
| 16 | Q.   Ballpark. | 11:52:40 |
| 17 | A.   I would say more than 100 hours and | 11:52:42 |
| 18 | less than 200 hours. | 11:52:45 |
| 19 | Q.   Okay. | 11:52:46 |
| 20 | More than 100 hours, so that would | 11:52:47 |
| 21 | be, let's see, at least $50,000? | 11:52:53 |
| 22 | A.   That -- that math sounds correct. | 11:52:56 |
| 23 | Q.   50 to 100? | 11:52:58 |
| 24 | A.   Yeah.  Over the last three years, | 11:52:59 |

JURY TRIAL - VOLUME 3

Page 161

```
 1    that would be about right.                    11:53:01

 2        Q.   Okay.                                11:53:02

 3             Now, in order to offer an opinion    11:53:03

 4    about infringement, you need to understand    11:53:08

 5    what the claims cover; right?                 11:53:11

 6        A.   Yes.                                 11:53:13

 7        Q.   Okay.                                11:53:14

 8             You also, therefore, need to         11:53:15

 9    understand what the claims don't cover; right?11:53:16

10        A.   I'm not sure I understand the        11:53:20

11    question.                                     11:53:21

12        Q.   Well, I mean, you need to understand 11:53:22

13    what they cover and what they don't cover;    11:53:23

14    right?                                        11:53:26

15        A.   I guess in general, that would be    11:53:29

16    true.                                         11:53:31

17        Q.   All right.                           11:53:31

18             So for the jury to find for          11:53:32

19    Microchip in this case, the jury has to find  11:53:34

20    that at least one of the claims is both valid 11:53:37

21    and infringed; right?                         11:53:43

22        A.   That would be my understanding, yes. 11:53:44

23        Q.   Okay.                                11:53:46

24             And the patent needs to mean the     11:53:46
```

Page 162

| | | |
|---|---|---|
| 1 | same thing for purposes of validity and | 11:53:49 |
| 2 | infringement; right? | 11:53:57 |
| 3 | A.   That would be my understanding as | 11:53:57 |
| 4 | well. | 11:53:59 |
| 5 | Q.   A patent owner can't say a patent | 11:53:59 |
| 6 | means one thing when you are analyzing | 11:54:02 |
| 7 | infringement and a different thing when you're | 11:54:04 |
| 8 | analyzing validity; right? | 11:54:06 |
| 9 | A.   I would say that's correct. | 11:54:11 |
| 10 | Q.   So it's important for Microchip to | 11:54:12 |
| 11 | take consistent positions with respect to | 11:54:14 |
| 12 | validity and infringement; right? | 11:54:17 |
| 13 | MR. FENTON:   Objection.  Calls for | 11:54:20 |
| 14 | a legal conclusion. | 11:54:21 |
| 15 | THE COURT:   Sustained. | 11:54:22 |
| 16 | BY MS. DURIE: | 11:54:23 |
| 17 | Q.   Well, the validity of patents is | 11:54:23 |
| 18 | something you've been asked to look at in | 11:54:26 |
| 19 | other cases; right? | 11:54:27 |
| 20 | A.   I have done validity analysis in | 11:54:28 |
| 21 | other cases. | 11:54:30 |
| 22 | Q.   You have testified in other cases | 11:54:30 |
| 23 | that patents are valid; right? | 11:54:32 |
| 24 | A.   Correct. | 11:54:34 |

JURY TRIAL - VOLUME 3

Page 163

| | | |
|---|---|---|
| 1 | Q.   In other cases you have done an | 11:54:34 |
| 2 | analysis of the prior art; right? | 11:54:36 |
| 3 | A.   I have. | 11:54:38 |
| 4 | Q.   And indeed, in other cases, some | 11:54:39 |
| 5 | other cases, you have testified that patent | 11:54:41 |
| 6 | claims are not valid; right? | 11:54:44 |
| 7 | A.   I have in certain cases. | 11:54:46 |
| 8 | Q.   Okay. | 11:54:47 |
| 9 | Now, in this case, Microchip | 11:54:48 |
| 10 | didn't ask you to look at the prior art; | 11:54:50 |
| 11 | right? | 11:54:52 |
| 12 | A.   I was not requested to do that, no. | 11:54:53 |
| 13 | Q.   They did not ask you to look at | 11:54:56 |
| 14 | whether the claims are valid or not; right? | 11:54:58 |
| 15 | A.   No, they did not. | 11:55:00 |
| 16 | Q.   Microchip hired someone else to | 11:55:01 |
| 17 | address questions of patent validity; right? | 11:55:04 |
| 18 | A.   That is correct. | 11:55:08 |
| 19 | Q.   That is Dr. Levy sitting right there; | 11:55:09 |
| 20 | right? | 11:55:11 |
| 21 | A.   Yes. | 11:55:11 |
| 22 | Q.   Okay. | 11:55:12 |
| 23 | He is the invalidity expert; | 11:55:12 |
| 24 | right? | 11:55:16 |

JURY TRIAL - VOLUME 3

Page 164

| | | |
|---|---|---|
| 1 | A.   Correct. | 11:55:17 |
| 2 | Q.   Now, you said, I think, in your | 11:55:17 |
| 3 | direct examination that you read the expert | 11:55:20 |
| 4 | reports in this case; is that right? | 11:55:22 |
| 5 | A.   Correct.  The expert reports of | 11:55:23 |
| 6 | opposing experts. | 11:55:27 |
| 7 | Q.   Right. | 11:55:27 |
| 8 | But you didn't read all of the | 11:55:28 |
| 9 | expert reports when you were putting your | 11:55:29 |
| 10 | opinions together; right? | 11:55:31 |
| 11 | A.   Well, all the reports that pertain to | 11:55:32 |
| 12 | the practicing of the claims by the accused | 11:55:36 |
| 13 | product. | 11:55:38 |
| 14 | Q.   Right. | 11:55:38 |
| 15 | So when you were putting together | 11:55:39 |
| 16 | your opinions on infringement, you didn't | 11:55:41 |
| 17 | review a copy of Dr. Levy's opinions on | 11:55:43 |
| 18 | validity; right? | 11:55:49 |
| 19 | A.   Correct.  I wanted to provide | 11:55:50 |
| 20 | objective independent opinions. | 11:55:52 |
| 21 | Q.   Right. | 11:55:53 |
| 22 | And you made no effort to have | 11:55:53 |
| 23 | your opinions on infringement be consistent | 11:55:57 |
| 24 | with Dr. Levy's opinions on validity; right? | 11:55:59 |

JURY TRIAL - VOLUME 3

Page 165

```
 1        A.    That's the definition of being        11:56:03

 2   objective, yes.                                   11:56:05

 3        Q.    Okay.                                  11:56:05

 4              So you don't know whether they are     11:56:06

 5   consistent or not?                                11:56:08

 6        A.    I don't.                               11:56:09

 7        Q.    Okay.                                  11:56:09

 8              Now, you know that there was a         11:56:10

 9   proceeding before a patent office about the       11:56:13

10   '243 Patent that is called an Inter Partes        11:56:17

11   Review proceeding; right?                         11:56:21

12        A.    Yes, I was aware there were IPRs.      11:56:22

13        Q.    Right.                                 11:56:25

14              And Microchip hired yet another        11:56:26

15   expert for that proceeding; right?                11:56:27

16        A.    That's my understanding, yes.          11:56:30

17        Q.    Right.                                 11:56:31

18              That was a gentleman by the name       11:56:32

19   of Mr. Knapen; {ph} right?                        11:56:33

20        A.    I don't know -- I don't know that      11:56:35

21   name.                                             11:56:36

22        Q.    Okay.                                  11:56:37

23              I take it then that you never          11:56:38

24   spoke with Mr. Knapen?                            11:56:40
```

JURY TRIAL - VOLUME 3

Page 166

| | | |
|---|---|---|
| 1 | A.   I have not. | 11:56:41 |
| 2 | Q.   Or reviewed his opinions? | 11:56:42 |
| 3 | A.   No. | 11:56:43 |
| 4 | Q.   You know that Microchip did have an | 11:56:45 |
| 5 | expert who provided expert testimony to the | 11:56:47 |
| 6 | patent office? | 11:56:51 |
| 7 | A.   I would expect that.  That's -- that | 11:56:52 |
| 8 | occurs in most IPRs, yes. | 11:56:54 |
| 9 | Q.   Right. | 11:56:57 |
| 10 | But you didn't review it? | 11:56:57 |
| 11 | A.   I did not. | 11:56:59 |
| 12 | Q.   And you, therefore, made no effort to | 11:57:00 |
| 13 | have your opinions be consistent with the | 11:57:02 |
| 14 | positions that Microchip's expert had provided | 11:57:05 |
| 15 | to the patent office? | 11:57:07 |
| 16 | A.   Correct.  I wanted my opinions to be, | 11:57:08 |
| 17 | again, independent and objective. | 11:57:10 |
| 18 | Q.   Right. | 11:57:11 |
| 19 | So as far as you knew, you and Dr. | 11:57:12 |
| 20 | Levy and Mr. Knapen were all saying different | 11:57:15 |
| 21 | things about what the patent claims covered? | 11:57:17 |
| 22 | A.   It's conceivable, yes. | 11:57:19 |
| 23 | Q.   Now, I want to be clear, in the | 11:57:20 |
| 24 | patent office proceeding that we have been | 11:57:22 |

JURY TRIAL - VOLUME 3

Page 167

| | | |
|---|---|---|
| 1 | talking about, this Inter Partes Review | 11:57:25 |
| 2 | proceeding that you called an IPR, the patent | 11:57:28 |
| 3 | office does not look at infringement; right? | 11:57:30 |
| 4 | A.   Right. | 11:57:33 |
| 5 | MR. FENTON:  Objection.  Outside | 11:57:34 |
| 6 | the scope of the direct. | 11:57:35 |
| 7 | THE COURT:  Sustained. | 11:57:42 |
| 8 | BY MS. DURIE: | 11:57:42 |
| 9 | Q.   Well, let me ask it this way: | 11:57:43 |
| 10 | Are you aware of any proceeding in | 11:57:45 |
| 11 | which anyone has made any judgment about | 11:57:47 |
| 12 | infringement before this? | 11:57:49 |
| 13 | MR. FENTON:  Objection, vague. | 11:57:51 |
| 14 | THE COURT:  Overruled. | 11:57:52 |
| 15 | THE WITNESS:  I'm sorry, could you | 11:57:57 |
| 16 | ask the question again? | 11:57:58 |
| 17 | BY MS. DURIE: | 11:57:59 |
| 18 | Q.   Are you aware of any prior proceeding | 11:57:59 |
| 19 | in which anyone considered the question of | 11:58:01 |
| 20 | whether Aptiv infringes a patent before this | 11:58:03 |
| 21 | one, this trial, this case? | 11:58:06 |
| 22 | A.   I don't believe so, no. | 11:58:08 |
| 23 | Q.   Now, Microchip didn't give you a copy | 11:58:11 |
| 24 | of the decision from the patent office when | 11:58:15 |

Page 168

```
 1    you were coming up with your opinions; right?     11:58:19

 2        A.   No.  I would have had access to it       11:58:21

 3    anyway, but again, I wanted to provide            11:58:23

 4    objective opinions.                               11:58:25

 5        Q.   Okay.                                    11:58:26

 6             Now, you conducted an infringement       11:58:27

 7    analysis; right?                                  11:58:33

 8        A.   Correct.                                 11:58:34

 9        Q.   And your opinions are set forth in       11:58:36

10    your expert reports; right?                       11:58:38

11        A.   Correct.                                 11:58:40

12        Q.   You submitted two expert reports?        11:58:41

13        A.   I did.                                   11:58:43

14        Q.   Right?  An opening report and then       11:58:44

15    you got to see what Dr. Garney had to say --      11:58:46

16    what Mr. Garney had to say and you got to         11:58:49

17    respond to that; right?                           11:58:52

18        A.   That's correct.                          11:58:53

19        Q.   And those expert reports were then       11:58:54

20    provided to us so that we would know what all     11:58:56

21    of your opinions were; right?  That's the         11:58:59

22    reason we have expert reports in these            11:59:01

23    proceedings.                                      11:59:03

24        A.   Correct.                                 11:59:04
```

JURY TRIAL - VOLUME 3

Page 169

| | | |
|---|---|---|
| 1 | Q.   So you did your best to make sure | 11:59:05 |
| 2 | that your expert reports were comprehensive; | 11:59:08 |
| 3 | right? | 11:59:10 |
| 4 | A.   As best as I could. | 11:59:10 |
| 5 | Q.   Right. | 11:59:11 |
| 6 | And detailed? | 11:59:11 |
| 7 | A.   Right. | 11:59:12 |
| 8 | Q.   You set forth all of your opinions? | 11:59:12 |
| 9 | A.   Yes. | 11:59:14 |
| 10 | Q.   Tried to be scrupulously accurate; | 11:59:15 |
| 11 | right? | 11:59:18 |
| 12 | A.   There's about 400 pages, as I recall. | 11:59:18 |
| 13 | Q.   Yes, they are quite thick, indeed. | 11:59:20 |
| 14 | And in your expert reports, you | 11:59:23 |
| 15 | said that claim 1 is representative of all of | 11:59:27 |
| 16 | the claims in the '243 Patent; right? | 11:59:31 |
| 17 | MR. FENTON:  Objection, scope. | 11:59:34 |
| 18 | THE COURT:  Overruled. | 11:59:35 |
| 19 | THE WITNESS:  It's representative | 11:59:38 |
| 20 | in the fact that it has claim elements, some | 11:59:39 |
| 21 | aspects of claim elements that would be | 11:59:43 |
| 22 | consistent across multiple claims.  Again, the | 11:59:46 |
| 23 | patent does not allow duplicate claims. | 11:59:50 |
| 24 | MS. DURIE:  Right. | 11:59:53 |

Page 170

```
 1    BY MS. DURIE:                                    11:59:54

 2        Q.   But in your expert report, you chose    11:59:54

 3    to structure your expert report by identifying   11:59:57

 4    one claim as a representative claim; right?       12:00:00

 5        A.   I actually analyzed each and every      12:00:04

 6    asserted claim, but yes, I picked one as to       12:00:06

 7    illustrate the concepts of the patent.           12:00:09

 8        Q.   Right.                                   12:00:11

 9             And the claim that you picked as a       12:00:12

10    representative claim of the '243 Patent was       12:00:14

11    claim 1?                                          12:00:17

12        A.   Correct.  Again, just to illustrate     12:00:18

13    the general capabilities of the patent.          12:00:20

14        Q.   Okay.                                    12:00:23

15             Now, you testified a little bit          12:00:25

16    earlier about what you consider to be the         12:00:27

17    three main features of the Aptiv CarPlay          12:00:31

18    solution; right?                                  12:00:35

19        A.   Yes.                                     12:00:36

20             MS. DURIE:  And if we can have,          12:00:37

21    Mr. Glass, NCD2-69.                               12:00:40

22    BY MS. DURIE:                                     12:00:52

23        Q.   This was the slide that you put up;      12:00:52

24    right?                                            12:00:54
```

JURY TRIAL - VOLUME 3

Page 171

| | | |
|---|---|---|
| 1 | A.    Correct. | 12:00:55 |
| 2 | Q.    And it is your opinion that any hub | 12:00:56 |
| 3 | supporting those three features would | 12:01:01 |
| 4 | necessarily infringe the '243 Patent; right? | 12:01:03 |
| 5 | A.    Correct.  In at least the claim 23, | 12:01:09 |
| 6 | 24, 25. | 12:01:13 |
| 7 | Q.    Well, you're saying now at least | 12:01:14 |
| 8 | claim 23, but that was not a distinction that | 12:01:16 |
| 9 | you drew in your expert report; right? | 12:01:19 |
| 10 | A.    Correct.  I was just illustrating for | 12:01:22 |
| 11 | this particular proceeding. | 12:01:23 |
| 12 | Q.    Right. | 12:01:25 |
| 13 | A.    But I would agree, it would apply to | 12:01:25 |
| 14 | all of them. | 12:01:27 |
| 15 | Q.    Right. | 12:01:28 |
| 16 | In your expert report, you said | 12:01:29 |
| 17 | any hub supporting these three features would | 12:01:30 |
| 18 | necessarily infringe the '243 Patent | 12:01:33 |
| 19 | generally; right? | 12:01:37 |
| 20 | A.    Yes. | 12:01:38 |
| 21 | Q.    Okay. | 12:01:38 |
| 22 | And you identified what you | 12:01:39 |
| 23 | thought was required in order to provide those | 12:01:41 |
| 24 | three main features; right? | 12:01:45 |

Page 172

1     A.   Yes.                                          12:01:49

2     Q.   And in conducting that analysis, you         12:01:50

3  did not distinguish between claim 1 and claim        12:01:55

4  23; right?                                           12:02:00

5     A.   No.   There are common elements              12:02:02

6  between the two, but there are also                  12:02:04

7  differences.                                         12:02:06

8     Q.   Right.                                        12:02:06

9          And each of the things that you              12:02:06

10  identified in your report as being necessary         12:02:09

11  for these three features is something that is        12:02:13

12  present in claim 1; right?                           12:02:16

13     A.   Yes, I believe that's correct.               12:02:18

14     Q.   Now, let's talk a little bit about           12:02:22

15  the Aptiv product.                                   12:02:26

16          MS. DURIE:  And if we could go to            12:02:28

17  slide 21.                                            12:02:29

18  BY MS. DURIE:                                        12:02:32

19     Q.   This image comes from your report;          12:02:33

20  right?                                               12:02:36

21     A.   Correct.                                     12:02:36

22     Q.   And you labeled this --                      12:02:38

23          MS. DURIE:  If we can go to slide            12:02:40

24  22.                                                  12:02:42

Page 173

```
 1   BY MS. DURIE:                                  12:02:43

 2       Q.    In your report, you added some       12:02:43

 3   labeling to this; right?  The first host is on 12:02:45

 4   the left, the second host, the phone, is on    12:02:48

 5   the right; correct?                            12:02:51

 6       A.    Correct.                             12:02:52

 7       Q.    And you see that Aptiv's dual role   12:02:54

 8   hub has two device controllers; right, in the  12:02:58

 9   bridge?                                         12:03:04

10       A.    Correct, two device controllers      12:03:04

11   joined together.  Correct.                     12:03:06

12       Q.    Right.                               12:03:07

13             And you have another diagram in      12:03:08

14   your report that shows this in a little bit     12:03:10

15   more detail?                                    12:03:12

16             MS. DURIE:  If we could go to         12:03:13

17   slide 24.  There we go.  Perfect.              12:03:15

18   BY MS. DURIE:                                  12:03:21

19       Q.    This is also from your expert report; 12:03:21

20   right?                                          12:03:24

21       A.    Yes.                                 12:03:25

22       Q.    Okay.                                12:03:26

23             And you see here two device          12:03:26

24   controllers that have been identified with     12:03:31
```

Page 174

```
 1    purple boxes around them, device controller        12:03:34

 2    UDC_US and device controller UDC_DS; right?         12:03:37

 3        A.   That's correct.                            12:03:44

 4        Q.   And UDC_US stands for USB device           12:03:44

 5    controller upstream; right?                         12:03:49

 6        A.   Yes.                                        12:03:50

 7        Q.   And UDC_DS stands for USB device           12:03:50

 8    controller downstream; right?                       12:03:54

 9        A.   Yes.                                        12:03:56

10        Q.   And in the dual role hub, the              12:03:57

11    upstream controller responds to USB requests        12:03:59

12    from the head unit which is one host; right?        12:04:03

13        A.   I'm sorry, could you repeat that?          12:04:05

14        Q.   Sure.                                       12:04:06

15             In the dual role hub, the upstream         12:04:07

16    controller responds to USB requests from the        12:04:09

17    first host, the head unit?                          12:04:11

18        A.   Correct.                                    12:04:13

19        Q.   And in the dual role hub, the              12:04:15

20    downstream controller responds to USB requests      12:04:17

21    from the iPhone, which is a second host;            12:04:21

22    right?                                               12:04:23

23        A.   Correct.  That would be the second         12:04:24

24    dedicated connection.                                12:04:25
```

JURY TRIAL - VOLUME 3

Page 175

```
 1      Q.   Now, configuration is a standard part      12:04:27

 2   of USB; right?                                     12:04:31

 3      A.   Yes.  Enumeration to process to            12:04:33

 4   determine configuration, yes.                      12:04:36

 5      Q.   And configuration is a request to a        12:04:37

 6   device to ask the device to identify what type     12:04:43

 7   of device it is and what capabilities it has;      12:04:47

 8   right?                                             12:04:51

 9      A.   Yes, that sounds right.                     12:04:52

10      Q.   Okay.                                       12:04:53

11           And the device, in response to             12:04:54

12   that request, sends back information about          12:04:57

13   what its capabilities are, this is what I am;       12:05:02

14   right?                                             12:05:04

15      A.   Correct.                                    12:05:04

16      Q.   And that includes the device's             12:05:05

17   descriptors?                                        12:05:07

18      A.   Yes.                                        12:05:08

19      Q.   And device descriptors include the         12:05:09

20   class of the device, like an audio device;         12:05:12

21   right?                                             12:05:16

22      A.   That's correct.                             12:05:16

23      Q.   Now, a device descriptor is different      12:05:17

24   from an address; right?                            12:05:19
```

JURY TRIAL - VOLUME 3

Page 176

```
 1        A.    It is.                                  12:05:20

 2        Q.    The host assigns an address to the      12:05:21

 3   device; right?                                     12:05:25

 4        A.    Yes, the host must assign the           12:05:26

 5   address.                                           12:05:29

 6        Q.    Right.                                  12:05:30

 7              But the device descriptor comes         12:05:30

 8   from the device to the host; right?                12:05:32

 9        A.    Correct.                                12:05:34

10        Q.    The device -- the host says             12:05:35

11   basically, like, what are you, and then the        12:05:38

12   device says, I am a printer and I have these       12:05:40

13   capabilities?                                      12:05:42

14        A.    Yes.                                    12:05:43

15        Q.    Okay.                                   12:05:44

16        A.    There's --                              12:05:45

17        Q.    The device -- sorry, go ahead.          12:05:47

18        A.    I'm sorry, with some exceptions.        12:05:49

19        Q.    Okay.                                   12:05:51

20              But the device descriptor always        12:05:52

21   comes from the device; right?                      12:05:54

22        A.    Correct.                                12:05:55

23        Q.    Okay.                                   12:05:56

24              And the device doesn't really know      12:05:56
```

JURY TRIAL - VOLUME 3

Page 177

 1    anything --                                        12:06:02

 2        A.   Now, I'm sorry, are we talking about      12:06:03

 3    standard USB devices or are we talking about       12:06:05

 4    the non-standard devices here?                     12:06:07

 5        Q.   Well, we're going to get there, but       12:06:08

 6    now we're talking about how USB works.             12:06:10

 7        A.   Standard.                                 12:06:13

 8        Q.   Standard USB, yep.                        12:06:13

 9        A.   Got it.                                   12:06:15

10        Q.   The device is responding to the           12:06:16

11    request from the host and it is just saying,       12:06:17

12    this is what I am.  Okay.                          12:06:19

13             And this idea of the device              12:06:21

14    descriptor, this is discussed in the USB           12:06:23

15    specification; right?                              12:06:25

16        A.   Yes, it is.                               12:06:26

17        Q.   So if we can take a look,                 12:06:29

18    Exhibit 186, it is page 289, there is a            12:06:32

19    Section 9.6.1.                                     12:06:35

20             And it says, "A device descriptor        12:06:36

21    describes general information about a USB           12:06:39

22    device.  It includes information that applies      12:06:41

23    globally to the device and all of the device's     12:06:43

24    configurations.  A USB device has only one         12:06:47

Page 178

```
 1    device descriptor."                              12:06:50

 2            Now, this was true about how USB         12:06:51

 3    worked in 2006; right?                           12:06:55

 4        A.   For standard USB devices, correct.      12:06:58

 5        Q.   Right.                                  12:07:02

 6            So one device, one device               12:07:02

 7    descriptor?                                      12:07:05

 8        A.   That's correct.                         12:07:05

 9        Q.   Okay.                                   12:07:05

10            Now, in the Aptiv system, each of       12:07:07

11    the USB device controllers has its own device   12:07:10

12    descriptor; right?                               12:07:12

13        A.   Yes.  As would the multi-host device   12:07:14

14    controller.                                      12:07:17

15        Q.   Well, we are going to get there, but    12:07:17

16    let's just stick with the Aptiv system for the   12:07:19

17    moment.                                          12:07:21

18            And each controller in the Aptiv        12:07:22

19    system reports a different function; right?      12:07:24

20        A.   Correct.                                12:07:29

21        Q.   Right.                                  12:07:29

22            So the iPhone's controller says, I      12:07:31

23    have NCM and iAP2 functions; right?              12:07:37

24        A.   Correct.                                12:07:40
```

JURY TRIAL - VOLUME 3

Page 179

1     Q.   And those are the interfaces that are    12:07:41

2  required by something; right?    12:07:43

3     A.   Yes.    12:07:46

4     Q.   And the head unit controller responds    12:07:46

5  that it has a vendor specific function; right?    12:07:47

6     A.   Correct.  But it does -- the upstream    12:07:50

7  controller also supports those same functions.    12:07:53

8     Q.   But a vendor-specific function,    12:07:56

9  that's a custom function basically; right?    12:07:58

10     A.   Right.  It's just a non-standard USB    12:08:01

11  device to begin with, so that is correct.    12:08:04

12     Q.   Right.    12:08:06

13       Now --    12:08:07

14       MS. DURIE:  Your Honor, may I just    12:08:08

15  ask what the Court's -- I'm about to change    12:08:09

16  the line up a little bit and I am just    12:08:12

17  wondering about the lunch break.  I am happy    12:08:13

18  to keep going, or we can break here.    12:08:15

19       THE COURT:  Assuming it is okay    12:08:16

20  with the jury, I was thinking we would go    12:08:17

21  until 12:30.    12:08:20

22       MS. DURIE:  Perfect.  That's    12:08:22

23  great.    12:08:23

24       THE COURT:  Is that okay with the    12:08:23

JURY TRIAL - VOLUME 3

Page 180

```
 1    jury?  Okay.                                12:08:26

 2            MS. DURIE:  Perfect.  So if we       12:08:27

 3    could have NCD1-28, Mr. Glass.              12:08:28

 4    BY MS. DURIE:                               12:08:33

 5       Q.   This is a slide that you prepared to 12:08:33

 6    illustrate this point about device          12:08:35

 7    descriptors; right?                         12:08:40

 8       A.   Correct.                            12:08:40

 9       Q.   But this is not the slide that you  12:08:41

10    just showed the jury; right?                12:08:43

11       A.   I think this is one of the older    12:08:46

12    drafts that I prepared.                     12:08:49

13       Q.   This was a slide that you prepared  12:08:50

14    and produced a couple days ago; right?      12:08:52

15       A.   Correct.                            12:08:55

16       Q.   And that was before Mr. Bohm had    12:08:56

17    testified; right?                           12:08:58

18       A.   Correct.                            12:09:00

19       Q.   Right.                              12:09:01

20            And so --                            12:09:04

21       A.   I'm sorry.                          12:09:04

22       Q.   Go ahead.                           12:09:06

23       A.   I am trying to remember when we     12:09:07

24    submitted the slides.  Was it the night     12:09:11
```

JURY TRIAL - VOLUME 3

Page 181

1    before?                                            12:09:12

2       Q.   I will represent that we received the      12:09:14

3    slides before Mr. Bohm testified.                  12:09:16

4       A.   Okay.                                       12:09:17

5            MS. DURIE:  And, counsel, I think           12:09:19

6    you will agree, the original slides were sent       12:09:20

7    over.                                               12:09:23

8            THE WITNESS:  Okay.                          12:09:23

9    BY MS. DURIE:                                        12:09:24

10      Q.   Now, here you showed the device             12:09:24

11   function, a printer/scanner; right?                 12:09:29

12      A.   Correct.                                     12:09:31

13      Q.   And you showed the two sets of              12:09:32

14   endpoints that were associated with that            12:09:34

15   printer/scanner; right?                             12:09:36

16      A.   Right.                                       12:09:38

17      Q.   And you showed one as having an             12:09:39

18   address and then a DEV class.                        12:09:41

19           Now, what is that?                           12:09:43

20      A.   A DEV class is the USB designation          12:09:44

21   for any type of device.                              12:09:48

22      Q.   Right.                                        12:09:49

23           And so here what you showed is              12:09:50

24   that the printer/scanner was telling one host,      12:09:52

JURY TRIAL - VOLUME 3

Page 182

| | | |
|---|---|---|
| 1 | I am a printing device, and was telling the | 12:09:57 |
| 2 | other host, I am a miscellaneous DEV class; | 12:09:59 |
| 3 | right? | 12:10:02 |
| 4 | A.   Correct. | 12:10:03 |
| 5 | Q.   Okay. | 12:10:03 |
| 6 | And that's sort of analogous to | 12:10:04 |
| 7 | the Aptiv scenario where you've got NCM and | 12:10:06 |
| 8 | iAP2 on the one side and you have got a custom | 12:10:10 |
| 9 | function on the other side? | 12:10:12 |
| 10 | A.   Right.  It illustrates the concept of | 12:10:13 |
| 11 | having a separate dedicated address | 12:10:15 |
| 12 | configuration, a response information. | 12:10:17 |
| 13 | Q.   And so in this hypothetical that you | 12:10:19 |
| 14 | were showing here, this printer/scanner is | 12:10:21 |
| 15 | saying -- get asks by the host saying, what | 12:10:25 |
| 16 | are you, and it's saying to one host, I am a | 12:10:27 |
| 17 | printer, I am in the printing class, and it's | 12:10:29 |
| 18 | saying to the other host, I am a miscellaneous | 12:10:32 |
| 19 | device; right? | 12:10:37 |
| 20 | A.   Correct. | 12:10:38 |
| 21 | Q.   Now, in your expert reports, you did | 12:10:38 |
| 22 | not identify any USB device that existed in | 12:10:41 |
| 23 | 2006 as of the date of the invention that | 12:10:46 |
| 24 | reported more than one device descriptor; | 12:10:49 |

Page 183

1    right?                                          12:10:52

2        A.   I'm sorry, could you ask that          12:10:54

3    question again?                                 12:10:56

4        Q.   Sure.                                  12:10:56

5            In your expert report, you did not      12:10:57

6    identify any USB device that existed out there  12:11:00

7    in 2006 that, for a single device, reported     12:11:04

8    more than one device descriptor?                12:11:09

9        A.   A standard USB device, no, it          12:11:12

10   wouldn't be allowed to do that.                 12:11:14

11       Q.   Well, in fact, in your expert report,  12:11:16

12   you didn't identify any non-standard USB        12:11:17

13   devices that existed out in the world at the    12:11:20

14   time that Microchip filed its patent            12:11:23

15   application that reported more than one device  12:11:25

16   descriptor?                                     12:11:28

17       A.   Correct.  I wasn't aware of any        12:11:28

18   devices that would have the capabilities of     12:11:30

19   the multi-host device.                          12:11:33

20       Q.   Okay.                                  12:11:34

21           So let's talk about that point and      12:11:35

22   the patent.  The patent actually describes USB  12:11:38

23   devices that were available in 2006; right?     12:11:42

24       A.   Yes.                                   12:11:45

JURY TRIAL - VOLUME 3

Page 184

```
 1        Q.   Okay.                                    12:11:45

 2             And if we can take a look at            12:11:46

 3   Exhibit 1, and let's just start with the first   12:11:48

 4   page.  Just sort of for orientation, in case     12:11:51

 5   people want to follow along at home.             12:11:57

 6             Let's go to page 4.  Actually, I        12:11:59

 7   apologize, let's go to page 6, column 4, and     12:12:06

 8   just for people's orientation, you've got the    12:12:11

 9   column numbers at the top, right, 3 and 4.       12:12:14

10   And we patent people refer to the column and     12:12:17

11   then the line numbers when we are calling        12:12:20

12   things; right?                                   12:12:22

13             So column 4, lines 5 through 9.         12:12:23

14   And it says, "Peripheral device/function 312,    12:12:28

15   which may comprise of a main consumer            12:12:33

16   component, such as an Ethernet controller,       12:12:35

17   mass storage drive, et cetera, may not be        12:12:38

18   aware of the multi-host capability of the USB    12:12:40

19   component, and may be a standard off-the-shelf   12:12:43

20   item."                                           12:12:46

21             So what the patent is saying is         12:12:46

22   the device in this two-host, one-device setup    12:12:49

23   may be a standard off-the-shelf USB device;      12:12:53

24   right?                                           12:12:57
```

JURY TRIAL - VOLUME 3

Page 185

| | | |
|---|---|---|
| 1 | A.   Correct.  That would be one example | 12:12:57 |
| 2 | of a device that you could incorporate. | 12:12:59 |
| 3 | Q.   Right. | 12:13:01 |
| 4 | And a standard off-the-shelf USB | 12:13:01 |
| 5 | device, like an Ethernet controller or a mass | 12:13:04 |
| 6 | storage drive or something along those lines, | 12:13:06 |
| 7 | would be -- have been, in 2006, compliant with | 12:13:09 |
| 8 | USB spec; right? | 12:13:11 |
| 9 | A.   Correct.  You would have to alter it | 12:13:12 |
| 10 | in some fashion in order to connect to all the | 12:13:16 |
| 11 | other circuitry of the multi-host device, but | 12:13:18 |
| 12 | yes, the core of it could be initiated by a | 12:13:20 |
| 13 | standard device. | 12:13:25 |
| 14 | Q.   Right. | 12:13:26 |
| 15 | Well, this standard off-the-shelf | 12:13:27 |
| 16 | USB device would have one device descriptor; | 12:13:28 |
| 17 | right? | 12:13:32 |
| 18 | A.   Again, as a stand-alone standard USB | 12:13:32 |
| 19 | device, it would only have one device | 12:13:37 |
| 20 | descriptor.  But the patent, of course, allows | 12:13:40 |
| 21 | that device to have separate descriptors for | 12:13:42 |
| 22 | each host. | 12:13:45 |
| 23 | Q.   Well, let's talk about that. | 12:13:45 |
| 24 | You were here for Mr. Bohm's | 12:13:47 |

Page 186

```
 1    testimony; right?                              12:13:49

 2        A.   I was.                                12:13:49

 3        Q.   And if we could go to slide 30, you   12:13:50

 4    heard Mr. Bohm testify that he did not invent  12:13:54

 5    a new type of device function; right?          12:13:57

 6        A.   Correct.                              12:14:02

 7        Q.   Okay.                                 12:14:02

 8             And if we go to slide 31, you also    12:14:03

 9    heard Mr. Bohm testify that the patent does    12:14:06

10    not describe any device function that reports  12:14:09

11    different device descriptors to different      12:14:13

12    hosts; right?  It doesn't say in the patent,   12:14:14

13    here's an example of a device that could do    12:14:17

14    that?                                          12:14:19

15        A.   Again, to be specific, he said he     12:14:20

16    didn't -- he wasn't aware of any specific      12:14:22

17    embodiment --                                  12:14:24

18        Q.   Right.                                12:14:25

19        A.   -- any examples of the technology.    12:14:25

20        Q.   Right.                                12:14:28

21        A.   He did speak to the claims, of        12:14:28

22    course.                                        12:14:30

23        Q.   Right.                                12:14:30

24             In the body of the '243 Patent and    12:14:30
```

Page 187

```
 1    the description of the invention, there is not      12:14:33

 2    an example where it says, here's an example of      12:14:35

 3    a device that can report two different device       12:14:38

 4    descriptors?                                        12:14:41

 5        A.   Correct, not in the body, they didn't      12:14:41

 6    discuss the language.                               12:14:46

 7        Q.   Well, actually he did, but we're           12:14:47

 8    going to get to that.                               12:14:48

 9             So slide 32, we also heard                 12:14:50

10    testimony from Mr. Bohm about Figure 3 of the       12:14:53

11    patent; right?                                      12:14:57

12        A.   Yes.                                       12:15:00

13        Q.   And Mr. Banner, during that                12:15:00

14    testimony, had highlighted Figure 3 like this,      12:15:04

15    so we saw one portion running from one host         12:15:06

16    through the endpoint and status, the endpoint       12:15:11

17    buffers associated with the multi-host device       12:15:15

18    controller; right?                                  12:15:17

19        A.   Yes, I recall that.                        12:15:18

20        Q.   Okay.                                      12:15:19

21             And if we go to slide 33, Mr. Bohm         12:15:20

22    testified that if you were to erase the             12:15:23

23    highlighted portion, you would be -- of             12:15:25

24    Figure 3, you would be left with a standard         12:15:29
```

Page 188

1    USB device; right?                              12:15:31

2        A.   That would be a very much             12:15:34

3    generalization.  For example, you would still  12:15:36

4    have some type of multi-host device            12:15:38

5    controller, which would clearly not be         12:15:40

6    standard.                                       12:15:43

7             So I think that was a                 12:15:44

8    generalization, but as a general concept, I    12:15:45

9    don't necessarily disagree with that.          12:15:48

10       Q.   A standard USB device would report    12:15:49

11   one device descriptor?                         12:15:53

12       A.   If we are going to go down into       12:15:54

13   detail, I think we would have to ask that      12:15:56

14   question specifically to Mr. Bohm.  But        12:15:58

15   again --                                        12:16:00

16       Q.   All right.  Well --                   12:16:00

17       A.   -- trying to create a general outline 12:16:01

18   here.                                           12:16:04

19       Q.   Let's continue with what Mr. Bohm     12:16:04

20   said.  Go to slide 34.  He was asked about     12:16:06

21   that box that sits at the bottom of figure --  12:16:09

22   actually, let's go back to 33 for a moment.    12:16:13

23            So the device function box, that's    12:16:16

24   312; right?                                     12:16:18

Page 189

1      A.   Correct.                                    12:16:19

2      Q.   So if we go to the next slide,              12:16:20

3   please, slide 34, Mr. Bohm was asked about          12:16:21

4   that Box 312, and he said 312 is referring to       12:16:24

5   the device or function, and in this case,           12:16:29

6   really probably the easiest way to think of it      12:16:30

7   is, is whatever the product was that you            12:16:35

8   bought.                                             12:16:36

9           So if you bought a mouse, whatever          12:16:37

10  makes that mouse a mouse, that's the device or      12:16:39

11  function.  If you buy a printer, you know, the      12:16:41

12  intelligence takes the data and turns it into       12:16:43

13  the words on the page, again, that would be         12:16:47

14  the device or function.  It varies depending        12:16:49

15  on what the actual product was that you             12:16:49

16  bought.                                             12:16:49

17          So what he is talking about here            12:16:51

18  is buying an off-the-shelf computer; right?         12:16:53

19     A.   Right.  He is identifying what a            12:16:56

20  standard device function would be, yes.             12:16:57

21     Q.   It is whatever makes a mouse a mouse,       12:16:59

22  whatever makes a printer a printer; right?          12:17:01

23     A.   Sure.                                       12:17:04

24     Q.   Now, let's go to slide 35.                  12:17:04

Page 190

```
 1            On the right, we have the version        12:17:07

 2   of your graphic that was sent over to us          12:17:09

 3   before Mr. Bohm testified.  On the left, we       12:17:12

 4   have the version of your graphic that you         12:17:15

 5   presented in court today.  And they are a         12:17:17

 6   little bit different; right?                      12:17:19

 7       A.   Yes.  I wanted to clean it up.  It       12:17:21

 8   was getting a little busy with a lot of stuff     12:17:24

 9   in it, so I wanted to trim it down.               12:17:26

10       Q.   And so the thing that you cleaned up     12:17:29

11   was the reference to the USB device as part of    12:17:31

12   the device descriptor identifying itself as       12:17:36

13   having different device descriptors in            12:17:38

14   reference to those two different device           12:17:41

15   classes; right?                                   12:17:43

16       A.   Correct.  I wanted to save some time     12:17:44

17   rather than going through describing what a       12:17:47

18   DEV class was, different categories of device     12:17:49

19   classes.  I wanted to simplify the slide of       12:17:53

20   it.                                               12:17:58

21       Q.   Now, a printer/scanner was a known       12:17:58

22   USB type of device in 2006; right?  There were    12:18:01

23   printer/scanners?                                 12:18:04

24       A.   Yes.                                      12:18:05
```

Page 191

```
 1        Q.   And a printer/scanner would report        12:18:05

 2   different device descriptors for the different       12:18:08

 3   functions, for the printing function and the         12:18:11

 4   scanning function; right?                            12:18:14

 5        A.   It could, yes.                             12:18:15

 6        Q.   Okay.                                      12:18:16

 7             But that doesn't mean that it's            12:18:16

 8   saying different things to different hosts;          12:18:18

 9   right?                                               12:18:19

10        A.   Again, we're talking about a              12:18:21

11   printer/scanner that is a multi-host device,        12:18:24

12   as opposed to a standard off-the-shelf scanner      12:18:28

13   that's not connected to a multi-host               12:18:31

14   controller.                                          12:18:33

15        Q.   I am actually just talking about a        12:18:33

16   standard printer/scanner.                            12:18:37

17             MS. DURIE:  Let's take a look at          12:18:39

18   the USB specification, Exhibit 186 in               12:18:40

19   evidence, page 57, please, Mr. Glass.               12:18:43

20   BY MS. DURIE:                                        12:18:48

21        Q.   And if we take a look at the bottom       12:18:49

22   and we blow that up, it says, "Multiple             12:18:50

23   functions may be packaged together in what          12:18:53

24   appears to be a single physical device.  For        12:18:56
```

JURY TRIAL - VOLUME 3

Page 192

| | | |
|---|---|---|
| 1 | example, a keyboard and a trackball might be | 12:18:58 |
| 2 | combined in a single package.  Inside the | 12:19:00 |
| 3 | package, the individual functions are | 12:19:03 |
| 4 | permanently attached to a hub and it is the | 12:19:04 |
| 5 | hub that is connected to the USB." | 12:19:09 |
| 6 | So in this example, it is saying | 12:19:11 |
| 7 | you have two USB functions, you have a | 12:19:14 |
| 8 | keyboard, you have a trackball, there is a | 12:19:16 |
| 9 | hub.  Both of those devices are connected to | 12:19:17 |
| 10 | that hub; right? | 12:19:20 |
| 11 | A.   I think I am following your scenario. | 12:19:21 |
| 12 | Q.   Okay. | 12:19:23 |
| 13 | A.   I'm not sure. | 12:19:23 |
| 14 | Q.   And the hub is then connected to the | 12:19:24 |
| 15 | host; right? | 12:19:26 |
| 16 | A.   That sounds right. | 12:19:27 |
| 17 | Q.   Okay. | 12:19:28 |
| 18 | And it says, "When multiple | 12:19:29 |
| 19 | functions are combined with a hub in a single | 12:19:32 |
| 20 | package, they are referred to as a compound | 12:19:34 |
| 21 | device." | 12:19:37 |
| 22 | You are familiar with the concept | 12:19:39 |
| 23 | of a compound device; right? | 12:19:42 |
| 24 | A.   I am.  Again, we are talking about | 12:19:43 |

Page 193

| | | |
|---|---|---|
| 1 | USB standard devices based on the | 12:19:45 |
| 2 | specification. | 12:19:47 |
| 3 | Q.   Absolutely.   The USB devices that | 12:19:47 |
| 4 | were available in the world, not talking about | 12:19:51 |
| 5 | the patent, but like in the world in 2006 when | 12:19:53 |
| 6 | Microchip filed its application. | 12:19:57 |
| 7 | A.   Correct. | 12:19:58 |
| 8 | Q.   So the hub and each function attached | 12:19:59 |
| 9 | to the hub within the compound device is | 12:20:02 |
| 10 | assigned its own device address.  So that | 12:20:04 |
| 11 | means there is going to be one device address | 12:20:07 |
| 12 | for the keyboard and one device address for | 12:20:10 |
| 13 | the trackball; right? | 12:20:12 |
| 14 | A.   Right. | 12:20:14 |
| 15 | Q.   And it says, keep going a little bit, | 12:20:14 |
| 16 | "From the host's perspective, a compound | 12:20:19 |
| 17 | device is the same as a separate hub with | 12:20:21 |
| 18 | multiple functions attached." | 12:20:24 |
| 19 | So basically what this is saying | 12:20:26 |
| 20 | is the host is seeing two different devices; | 12:20:28 |
| 21 | right?  It's seeing a hub and it's then seeing | 12:20:31 |
| 22 | two devices that are attached to that hub? | 12:20:34 |
| 23 | A.   I guess as a general description, | 12:20:38 |
| 24 | that would be correct. | 12:20:41 |

JURY TRIAL - VOLUME 3

                                                    Page 194

1       Q.   Okay.                               12:20:42

2            Now, the printer/scanner in a       12:20:43

3    standard USB, or we'll use this keyboard and   12:20:46

4    trackball, this keyboard and trackball, it   12:20:49

5    doesn't, in standard USB, report different   12:20:53

6    device descriptors to different hosts; right?  12:20:55

7       A.   I'm sorry, can you ask that question  12:20:58

8    again?                                       12:21:01

9       Q.   Sure.                               12:21:01

10           In standard USB, if you've got a    12:21:02

11   compound device that has a keyboard and a    12:21:04

12   trackball, that's going to report to every  12:21:07

13   host, hello, I've got keyboard functionality  12:21:09

14   and I've got trackball functionality; right?  12:21:13

15      A.   Correct.  Not a multi-host device,  12:21:15

16   but a standard USB device.                   12:21:18

17      Q.   Right.                              12:21:19

18           This standard compound device is    12:21:20

19   going to say, hello, I have both a keyboard  12:21:23

20   and a trackball?                             12:21:25

21      A.   Correct.                            12:21:26

22      Q.   Okay.                               12:21:27

23           So every host is going to get the   12:21:27

24   same device descriptor information from the  12:21:30

JURY TRIAL - VOLUME 3

Page 195

```
 1   device.                                          12:21:33

 2        A.   Yes.                                    12:21:35

 3        Q.   Okay.  Let me just check on one         12:21:37

 4   thing.                                            12:21:43

 5             Now, today, you were talking about      12:21:45

 6   the difference between claim 1 and claim 23;      12:21:48

 7   is that right?  In your testimony on direct,      12:21:53

 8   you talked about claim 23 and what made it        12:21:58

 9   special?                                          12:22:01

10        A.   Correct.                                12:22:01

11        Q.   Right?                                  12:22:02

12        A.   Yes.                                    12:22:02

13        Q.   Okay.                                   12:22:03

14             And special, I mean, using claim 1      12:22:03

15   as an example, but special relative to what      12:22:06

16   you described as exemplary claim 1 --            12:22:08

17        A.   Right.  It has features that are not    12:22:10

18   present in any of the other claims.               12:22:12

19        Q.   Okay.                                   12:22:13

20             And if I understood your testimony      12:22:14

21   correctly, the thing that you were saying was    12:22:16

22   the special feature in claim 23 is that it can   12:22:19

23   simultaneously -- is that it can                 12:22:23

24   simultaneously respond to access requests; is    12:22:26
```

Page 196

1    that right?                                          12:22:30

2        A.   Well, it would be better if we             12:22:30

3    brought up the claim language.                      12:22:33

4        Q.   Let's do that.                             12:22:34

5        A.   If we could do that.                       12:22:35

6            MS. DURIE:  Let's put up claim --           12:22:37

7    if we can, Mr. Glass, pick one and go to the        12:22:38

8    end claim 23 or put up claim 23.  Great.            12:22:41

9    BY MS. DURIE:                                        12:22:49

10       Q.   So claim 23 says the controller, and       12:22:51

11   you said that's the multi-host device               12:22:56

12   controller; right?                                  12:22:57

13       A.   Correct.                                   12:22:58

14       Q.   The multi-host device controller is        12:22:59

15   operable to receive and respond to                  12:23:01

16   simultaneous respective USB access requests         12:23:03

17   sent from the two or more USB hosts for             12:23:09

18   accessing a function of the shared USB device       12:23:12

19   block.                                              12:23:15

20           So this might be easier to                  12:23:15

21   understand in the context of Figure 3.              12:23:17

22           MS. DURIE:  And, Mr. Glass, if we           12:23:22

23   can now go to TX-1, page 4, and pull up             12:23:24

24   Figure 3.                                           12:23:29

Page 197

```
 1    BY MS. DURIE:                                    12:23:29

 2        Q.   So, controller is operable to receive  12:23:32

 3    and respond simultaneous access requests.  So   12:23:33

 4    what that means here is both of the hosts can   12:23:36

 5    issue access requests at the same time down at  12:23:39

 6    the multi-host device controller; right?        12:23:44

 7        A.   It doesn't really discuss what the     12:23:48

 8    hosts do; it's describing what the controller   12:23:50

 9    has to be capable of doing.                      12:23:52

10        Q.   Fine.                                    12:23:53

11             The controller is capable of            12:23:53

12    receiving those two requests for access at the  12:23:55

13    same time?                                       12:23:57

14        A.   Correct.                                 12:23:58

15        Q.   And it is capable of responding to      12:23:59

16    those two requests for access at the same       12:24:01

17    time?                                            12:24:03

18        A.   Correct.                                 12:24:03

19        Q.   Right?                                   12:24:04

20             Now, you talk about this a little       12:24:05

21    bit in your expert report; right?               12:24:09

22        A.   I do.                                    12:24:12

23             MS. DURIE:  And let me mark this        12:24:22

24    for identification as 374.                       12:24:23
```

JURY TRIAL - VOLUME 3

Page 198

| | | |
|---|---|---|
| 1 | MR. FENTON:  Your Honor, sidebar. | 12:24:35 |
| 2 | MS. DURIE:  I am not going to | 12:24:37 |
| 3 | admit it, it is just for identification. | 12:24:38 |
| 4 | MR. FENTON:  All right. | 12:24:41 |
| 5 | (Whereupon, Trial Exhibit 374 was | 12:24:41 |
| 6 | introduced.) | 12:24:51 |
| 7 | MS. DURIE:  And, Mr. Zatkovich, | 12:24:51 |
| 8 | this is just so you have it in front of you if | 12:24:52 |
| 9 | you have any questions. | 12:24:55 |
| 10 | THE WITNESS:  Good.  Okay. | 12:24:56 |
| 11 | MS. DURIE:  It wouldn't be fair to | 12:25:03 |
| 12 | ask you questions about the report and not | 12:25:06 |
| 13 | give it to you. | 12:25:07 |
| 14 | So, 374 marked for identification. | 12:25:09 |
| 15 | MR. FENTON:  I'm sorry, one more | 12:25:11 |
| 16 | objection.  Is this incomplete? | 12:25:12 |
| 17 | MS. DURIE:  I am going to get to | 12:25:14 |
| 18 | the claim charts, I have them separately, but | 12:25:16 |
| 19 | I wanted to start with the body of your | 12:25:17 |
| 20 | report.  And I know there was a set of claim | 12:25:19 |
| 21 | charts that were attached to your report.  And | 12:25:21 |
| 22 | if you want them now, I can give them to you | 12:25:23 |
| 23 | now. | 12:25:25 |
| 24 | MR. FENTON:  Yes, I would like for | 12:25:25 |

JURY TRIAL - VOLUME 3

Page 199

| | | |
|---|---|---|
| 1 | him to have the complete report. | 12:25:27 |
| 2 | MS. DURIE:  Sure.  Let's mark this | 12:25:29 |
| 3 | for identification as 375. | 12:25:33 |
| 4 | (Whereupon, Trial Exhibit 375 was | 12:25:37 |
| 5 | introduced.) | 12:25:40 |
| 6 | THE WITNESS:  Thank you. | 12:25:54 |
| 7 | MS. DURIE:  Okay. | 12:26:04 |
| 8 | BY MS. DURIE: | 12:26:04 |
| 9 | Q.   So in front of you, you have 374, | 12:26:05 |
| 10 | that's your opening expert report, 375, that | 12:26:07 |
| 11 | is the claim charts that were attached to it; | 12:26:10 |
| 12 | right? | 12:26:14 |
| 13 | A.   That's correct. | 12:26:14 |
| 14 | Q.   Okay. | 12:26:15 |
| 15 | Now, I wanted to start by talking | 12:26:16 |
| 16 | about your expert report.  Let's take a look | 12:26:19 |
| 17 | at paragraph 138.  It appears on page 63. | 12:26:24 |
| 18 | And in paragraph 138 on page 63, | 12:26:40 |
| 19 | you are talking about the configuration of the | 12:26:46 |
| 20 | bridge; right? | 12:26:49 |
| 21 | A.   I am, I believe.  Hang on. | 12:26:52 |
| 22 | Q.   Go ahead.  Take your time or go ahead | 12:26:55 |
| 23 | and read it to yourself.  That's fine.  That's | 12:26:57 |
| 24 | why you have it. | 12:26:59 |

Page 200

| | | |
|---|---|---|
| 1 | (Whereupon, the witness reviews | 12:27:02 |
| 2 | the exhibit.) | 12:27:04 |
| 3 | BY MS. DURIE: | 12:27:25 |
| 4 | Q.   Are you with me? | 12:27:25 |
| 5 | A.   I am. | 12:27:26 |
| 6 | Q.   Okay. | 12:27:26 |
| 7 | So in paragraph 138, you say the | 12:27:27 |
| 8 | configuration -- you're talking about the | 12:27:30 |
| 9 | configuration of the bridge and you say, "It | 12:27:31 |
| 10 | continues with the back and forth of requests | 12:27:33 |
| 11 | and replies between the iPhone and the head | 12:27:35 |
| 12 | unit through the bridge.  It continues | 12:27:38 |
| 13 | sequentially down the diagram," and this is | 12:27:42 |
| 14 | referring to a diagram that's in your report, | 12:27:44 |
| 15 | "until the iPhone has completed its | 12:27:46 |
| 16 | configuration of the EP Bridge device.  This | 12:27:49 |
| 17 | is another example of simultaneous access of | 12:27:51 |
| 18 | requests and replies from the phone and the | 12:27:54 |
| 19 | head unit to the dual role hub." | 12:27:57 |
| 20 | So what you're talking about here | 12:27:59 |
| 21 | is a set of messages that go back and forth | 12:28:01 |
| 22 | from the iPhone and the head unit in the | 12:28:05 |
| 23 | process of configuration; right? | 12:28:07 |
| 24 | A.   Well, it's describing that during | 12:28:10 |

JURY TRIAL - VOLUME 3

Page 201

| | | |
|---|---|---|
| 1 | that process, both sides of the bridge -- both | 12:28:13 |
| 2 | hosts will continue, as I mentioned, hundreds | 12:28:17 |
| 3 | of times a second to be doing requests. | 12:28:19 |
| 4 | Q.   Right. | 12:28:23 |
| 5 | Back and forth, requests and | 12:28:23 |
| 6 | replies? | 12:28:26 |
| 7 | A.   Well, the first part of that refers | 12:28:26 |
| 8 | to the enumeration process where you said get | 12:28:28 |
| 9 | the descriptor, save descriptor, get | 12:28:31 |
| 10 | interface, put interface.  During that whole | 12:28:35 |
| 11 | process, though, there are additional requests | 12:28:37 |
| 12 | for both hosts to, again, hundreds of times a | 12:28:41 |
| 13 | second, to request information from the shared | 12:28:44 |
| 14 | device. | 12:28:47 |
| 15 | Q.   Right. | 12:28:47 |
| 16 | There are requests and there are | 12:28:48 |
| 17 | replies; right? | 12:28:49 |
| 18 | A.   Right. | 12:28:50 |
| 19 | Q.   And what you say in your report is | 12:28:51 |
| 20 | there are simultaneous requests and replies; | 12:28:53 |
| 21 | right? | 12:28:56 |
| 22 | A.   Correct. | 12:28:56 |
| 23 | Q.   So one of the features of the system | 12:28:56 |
| 24 | you're saying here is that can happen | 12:28:59 |

JURY TRIAL - VOLUME 3

Page 202

```
 1   simultaneously?                                12:29:01

 2        A.   It can happen simultaneously.        12:29:02

 3        Q.   Okay.                                12:29:03

 4        A.   It may happen alternately.           12:29:04

 5        Q.   Now, we are going to talk more about 12:29:06

 6   that a little while later, but is there        12:29:08

 7   anywhere in your -- anywhere else in the body  12:29:10

 8   of your report -- we are going to talk about   12:29:13

 9   the claim chart in a second, but is there      12:29:15

10   anywhere else in the body of your report that  12:29:18

11   you can point me to where you talked about     12:29:20

12   this idea of simultaneous responses --         12:29:22

13   simultaneous accesses I totally get, but       12:29:28

14   simultaneous responses?                        12:29:31

15           Do you know whether you talked         12:29:32

16   about that anywhere else?                      12:29:33

17        A.   Again, it might be in the claim      12:29:34

18   chart.                                         12:29:36

19        Q.   Okay.                                12:29:36

20        A.   Again, I don't recall.  It is a big  12:29:36

21   report.                                        12:29:38

22        Q.   We'll get to the claim chart.        12:29:39

23           MS. DURIE:  If we can put up claim     12:29:41

24   1, for a moment, Mr. Glass.                    12:29:43
```

Page 203

| | | |
|---|---|---|
| 1 | BY MS. DURIE: | 12:29:46 |
| 2 | Q.   So claim 1 has this idea of | 12:29:47 |
| 3 | simultaneous requests for access in it; right? | 12:29:52 |
| 4 | A.   I'm sorry, could you point to that? | 12:29:57 |
| 5 | Q.   Sure. | 12:29:59 |
| 6 | Two-thirds of the way down, | 12:30:00 |
| 7 | simultaneously request access to the USB | 12:30:02 |
| 8 | device; right? | 12:30:05 |
| 9 | So part of claim 1 is that you've | 12:30:05 |
| 10 | got a multi-host device controller and it | 12:30:08 |
| 11 | allows the first and second host to | 12:30:11 |
| 12 | simultaneously request access to USB device; | 12:30:14 |
| 13 | right? | 12:30:17 |
| 14 | A.   Correct.  It is not talking about the | 12:30:17 |
| 15 | capability of the controller; it is talking | 12:30:19 |
| 16 | about the capability of the host.  So in this | 12:30:20 |
| 17 | particular case, the host may send | 12:30:23 |
| 18 | simultaneous requests, but it doesn't | 12:30:26 |
| 19 | necessarily say that they weren't -- the | 12:30:27 |
| 20 | multi-host controller would have to either | 12:30:31 |
| 21 | accept or respond to them. | 12:30:33 |
| 22 | Q.   Okay. | 12:30:34 |
| 23 | But here, we have the controller; | 12:30:34 |
| 24 | it's coupled to the USB device function block | 12:30:37 |

JURY TRIAL - VOLUME 3

Page 204

| | | |
|---|---|---|
| 1 | to two upstream ports.  It can establish | 12:30:43 |
| 2 | concurrent respective dedicated connections | 12:30:46 |
| 3 | between the device block and the first and | 12:30:50 |
| 4 | second upstream ports, and those concurrent | 12:30:53 |
| 5 | respective dedicated connections allow the | 12:30:57 |
| 6 | first and second host to simultaneously | 12:31:01 |
| 7 | request access to the USB device; right? | 12:31:05 |
| 8 | A.   Correct.  In other words, the host | 12:31:07 |
| 9 | basically can speak or send requests as fast | 12:31:09 |
| 10 | as they want.  The controller doesn't | 12:31:13 |
| 11 | necessarily have to accept and respond to | 12:31:16 |
| 12 | those. | 12:31:18 |
| 13 | Q.   Okay. | 12:31:18 |
| 14 | So the distinction that you were | 12:31:19 |
| 15 | drawing between claim 1 and claim 23 is claim | 12:31:21 |
| 16 | 1, the two hosts can ask at the same time, but | 12:31:24 |
| 17 | you're saying claim 1 doesn't make it explicit | 12:31:27 |
| 18 | that the controller -- or it doesn't allow the | 12:31:30 |
| 19 | device to respond to those access requests at | 12:31:32 |
| 20 | the same time? | 12:31:34 |
| 21 | A.   Correct. | 12:31:35 |
| 22 | Q.   Okay. | 12:31:35 |
| 23 | A.   Significant difference. | 12:31:36 |
| 24 | Q.   Okay. | 12:31:36 |

Page 205

| | | |
|---|---|---|
| 1 | Now, you were referring to your | 12:31:37 |
| 2 | claim charts, so let's take a look at those. | 12:31:41 |
| 3 | And let's take a look at what you set it up as | 12:31:46 |
| 4 | in your claim charts. | 12:31:49 |
| 5 | Now, claim charts are thick, and | 12:31:51 |
| 6 | in the claim charts, you talk both about claim | 12:31:53 |
| 7 | 1, I apologize -- both about claim 1 -- I feel | 12:31:57 |
| 8 | like I should just say, I get a scratchy | 12:32:05 |
| 9 | throat; I promise, I'm not sick. | 12:32:08 |
| 10 | You talk both about claim 1 and | 12:32:11 |
| 11 | about claim 23; right? | 12:32:13 |
| 12 | A.   I do. | 12:32:15 |
| 13 | Q.   And I want to talk specifically | 12:32:16 |
| 14 | about -- | 12:32:18 |
| 15 | MR. FENTON:  Objection, Your | 12:32:19 |
| 16 | Honor.  We are now comparing claim charts. | 12:32:20 |
| 17 | THE COURT:  Well, hold on. | 12:32:22 |
| 18 | MR. FENTON:  I'm sorry. | 12:32:22 |
| 19 | THE COURT:  I don't want speaking | 12:32:24 |
| 20 | objections. | 12:32:25 |
| 21 | MR. FENTON:  I'm sorry. | 12:32:26 |
| 22 | THE COURT:  If you want a | 12:32:27 |
| 23 | sidebar... | 12:32:29 |
| 24 | MR. FENTON:  Yes, sidebar, please. | 12:34:10 |

JURY TRIAL - VOLUME 3

Page 206

| | | |
|---|---|---|
| 1 | (Whereupon, a discussion was held | 12:34:10 |
| 2 | at sidebar as follows: | 12:34:10 |
| 3 | THE COURT:  Go ahead. | 12:34:10 |
| 4 | MR. FENTON:  Counsel is seeking | 12:34:10 |
| 5 | testimony to compare different claim charts. | 12:34:10 |
| 6 | Mr. Zatkovich has not testified about in his | 12:34:10 |
| 7 | claim charts for claim 1.  It is outside of | 12:34:10 |
| 8 | the scope of what he has testified about | 12:34:10 |
| 9 | during his direct testimony.  This is improper | 12:34:10 |
| 10 | cross-examination. | 12:34:10 |
| 11 | MS. DURIE:  He testified about the | 12:34:10 |
| 12 | difference between claim 23 and 1.  He said | 12:34:11 |
| 13 | there is a difference.  He said it's a special | 12:34:11 |
| 14 | claim and the special claim would be | 12:34:11 |
| 15 | different.  So I asked about what he said in | 12:34:11 |
| 16 | his report about what that difference is. | 12:34:11 |
| 17 | MR. FENTON:  He was testifying on | 12:34:11 |
| 18 | direct about the language, itself, the claim | 12:34:11 |
| 19 | language itself. | 12:34:11 |
| 20 | THE COURT:  I heard him on direct | 12:34:11 |
| 21 | explain that.  I mean, amongst other things, | 12:34:11 |
| 22 | he specifically said on direct that the claims | 12:34:11 |
| 23 | would all have to be distinct, that they | 12:34:11 |
| 24 | wouldn't be allowed.  He also -- and so, you | 12:34:11 |

Page 207

| | | |
|---|---|---|
| 1 | know, that coupled with the fact that he was | 12:34:11 |
| 2 | pointing out certain things about the claims, | 12:34:11 |
| 3 | I think this is fair game, so I am going to | 12:34:11 |
| 4 | overrule the objection. | 12:34:11 |
| 5 | (Whereupon, the discussion at | 12:34:15 |
| 6 | sidebar concluded.) | 12:34:16 |
| 7 | BY MS. DURIE: | 12:34:16 |
| 8 | Q.   So what I wanted to do, Mr. | 12:34:17 |
| 9 | Zatkovich, is talk to you about what you said | 12:34:19 |
| 10 | in your claim charts you attached in your | 12:34:21 |
| 11 | expert report about claim 1 and claim 23. | 12:34:23 |
| 12 | MS. DURIE:  I am mindful, Your | 12:34:25 |
| 13 | Honor, that it is 12:35 and you wanted to | 12:34:26 |
| 14 | break for lunch. | 12:34:29 |
| 15 | THE COURT:  I don't know how long | 12:34:30 |
| 16 | it is.  If it's more than a couple minutes -- | 12:34:31 |
| 17 | MS. DURIE:  It is more than a | 12:34:33 |
| 18 | couple minutes. | 12:34:34 |
| 19 | THE COURT:  Okay.  Then let's take | 12:34:35 |
| 20 | a break for lunch. | 12:34:35 |
| 21 | Same caution during the break; | 12:34:37 |
| 22 | don't go back and talk about what you're | 12:34:38 |
| 23 | hearing, don't go back and talk about the | 12:34:41 |
| 24 | testimony you've heard this morning.  The time | 12:34:44 |

JURY TRIAL - VOLUME 3

Page 208

| | | |
|---|---|---|
| 1 | to discuss it will be later after you've heard | 12:34:46 |
| 2 | all the evidence. | 12:34:48 |
| 3 | So with that, we'll take a lunch | 12:34:48 |
| 4 | break.  Try to be back, let's say, at like 10 | 12:34:50 |
| 5 | after 1, just so we can keep moving and get | 12:34:56 |
| 6 | things done.  Is that enough time for | 12:34:59 |
| 7 | everybody?  Okay.  All right. | 12:35:00 |
| 8 | So let's do that. | 12:35:01 |
| 9 | (Whereupon, the jury was excused | 12:35:03 |
| 10 | from the courtroom.) | 12:35:05 |
| 11 | THE COURT:  Okay.  Let's try to be | 12:35:27 |
| 12 | back here in about a half hour, a little more | 12:35:29 |
| 13 | than that.  Enjoy your lunch. | 12:35:33 |
| 14 | MS. DURIE:  Thank you. | 12:35:35 |
| 15 | (Whereupon, a 35-minute luncheon | 12:35:36 |
| 16 | recess was taken at 12:35 p.m.) | 12:35:38 |
| 17 | THE COURT CLERK:  All rise. | 13:05:03 |
| 18 | THE COURT:  All right.  Have a | 13:05:06 |
| 19 | seat, please, everyone. | 13:12:21 |
| 20 | The jury, Mr. Koehler. | 13:12:26 |
| 21 | (Whereupon, the jury entered the | 13:12:29 |
| 22 | courtroom.) | 13:12:31 |
| 23 | THE COURT:  Have a seat, please. | 13:13:00 |
| 24 | Welcome back, everybody. | 13:13:01 |

JURY TRIAL - VOLUME 3

Page 209

| | | |
|---|---|---|
| 1 | Continue, Ms. Durie. | 13:13:03 |
| 2 | MS. DURIE:  Thank you. | 13:13:06 |
| 3 | BY MS. DURIE: | 13:13:08 |
| 4 | Q.   Now, Mr. Zatkovich, before lunch, we | 13:13:10 |
| 5 | were talking about the fact that you provided | 13:13:14 |
| 6 | an expert report and then you provided what we | 13:13:17 |
| 7 | have been calling claim charts as an | 13:13:21 |
| 8 | attachment to your expert report; right? | 13:13:23 |
| 9 | A.   Correct. | 13:13:25 |
| 10 | Q.   And the claim charts are where you | 13:13:26 |
| 11 | take each of the claims, and every single one | 13:13:28 |
| 12 | of the requirements of the claims, and you | 13:13:31 |
| 13 | show what it is about Aptiv's product that you | 13:13:34 |
| 14 | think satisfies those requirements; right? | 13:13:36 |
| 15 | A.   Yes, that's correct. | 13:13:39 |
| 16 | Q.   Okay. | 13:13:40 |
| 17 | And you provided claim charts for | 13:13:41 |
| 18 | a number of different claims in the '243 | 13:13:44 |
| 19 | Patent; right? | 13:13:49 |
| 20 | A.   That's correct. | 13:13:50 |
| 21 | Q.   You provided a claim chart for claim | 13:13:50 |
| 22 | 1 and you provided a claim chart for claim 23? | 13:13:54 |
| 23 | A.   That's correct. | 13:13:58 |
| 24 | MS. DURIE:  And, Your Honor, what | 13:13:58 |

JURY TRIAL - VOLUME 3

Page 210

| | | |
|---|---|---|
| 1 | I would like to do is, for demonstrative | 13:14:00 |
| 2 | purposes only, put up a side-by-side of claim | 13:14:02 |
| 3 | 1 and claim 23 to run through them, but I am | 13:14:05 |
| 4 | not proposing to introduce them into evidence, | 13:14:07 |
| 5 | but merely show them for demonstrative | 13:14:09 |
| 6 | purposes. | 13:14:11 |
| 7 | THE COURT:  Okay. | 13:14:12 |
| 8 | BY MS. DURIE: | 13:14:21 |
| 9 | Q.   So, Mr. Zatkovich, while we are | 13:14:22 |
| 10 | getting that in, in order to assist you in | 13:14:23 |
| 11 | orienting, your discussion of claim 1 begins | 13:14:26 |
| 12 | on page 1, but I want to start down at | 13:14:34 |
| 13 | page 14, which is where you talk about the | 13:14:39 |
| 14 | requirement in claim 1 for simultaneously | 13:14:42 |
| 15 | requesting access to the USB device. | 13:14:47 |
| 16 | A.   Page 14, did you say? | 13:14:49 |
| 17 | Q.   Are you with me?  Yes. | 13:14:51 |
| 18 | A.   Yes, I have it. | 13:14:58 |
| 19 | Q.   With me? | 13:15:01 |
| 20 | A.   I am. | 13:15:02 |
| 21 | Q.   Thank you. | 13:15:02 |
| 22 | MS. DURIE:  Now, Mr. Glass, | 13:15:03 |
| 23 | side-by-side, next to that, if we could put | 13:15:05 |
| 24 | up, beginning at page 122, we have here claim | 13:15:09 |

Page 211

```
 1   23, and we have the requirement wherein the          13:15:19

 2   controller is operable to receive and respond        13:15:22

 3   to simultaneous respective USB access requests       13:15:26

 4   sent by two or more hosts.                           13:15:33

 5   BY MS. DURIE:                                         13:15:34

 6       Q.   That is that third requirement of           13:15:35

 7   claim 23 that we have been discussing;               13:15:37

 8   correct?                                             13:15:39

 9       A.   122.                                         13:15:40

10       Q.   Yes, 122.                                    13:15:43

11       A.   Yes, I have that.                            13:15:46

12       Q.   Okay.  Great.                                13:15:48

13            Now, in each case at the                     13:15:50

14   beginning, you have a sentence that says, "The       13:15:53

15   USB dual role hub" -- I'm sorry, "the dual           13:15:58

16   role hub allows," and then you basically quote       13:16:03

17   the claim language; right?                           13:16:05

18       A.   Correct.                                     13:16:07

19       Q.   And then for claim 1, you say, "The         13:16:07

20   simultaneous access allows data to be, for           13:16:11

21   example," and I am just going to pause there.        13:16:16

22   And for claim 23 --                                  13:16:18

23            MS. DURIE:  You don't have to               13:16:19

24   highlight it, Mr. Glass.                             13:16:20
```

JURY TRIAL - VOLUME 3

Page 212

```
 1    BY MS. DURIE:                                    13:16:22

 2        Q.    -- for claim 23, you say, "for        13:16:22

 3    example, access requests allow data to be."     13:16:24

 4    So simultaneous access, and the last access     13:16:26

 5    request on the right.                            13:16:34

 6              But continuing on, I just want you     13:16:35

 7    to read the language to yourself and confirm    13:16:37

 8    that it is the same on these two pages for      13:16:38

 9    both claim 1 and claim 23.                       13:16:43

10              (Whereupon, the witness complies      13:16:46

11    with counsel's request.)                         13:16:48

12              THE WITNESS:  Correct.  I provided    13:16:54

13    the same examples that actually means both.     13:16:56

14              MS. DURIE:  Right.  Two next           13:17:01

15    pages, 15 and 123.                               13:17:03

16    BY MS. DURIE:                                    13:17:05

17        Q.    So it continues for both claim 1 and  13:17:06

18    claim 23, same text appears for both claims;    13:17:08

19    right?                                           13:17:12

20        A.    Correct.                               13:17:12

21        Q.    Okay.                                  13:17:12

22              Next two pages, 16 and 124.  Take     13:17:13

23    a look here.  Please confirm for me that the    13:17:19

24    same text appears for both claims.              13:17:24
```

Page 213

1      A.   Yes.  Again, two examples that -- the          13:17:37

2   same example in both claim numbers.                    13:17:42

3      Q.   Yeah.  And I just want to pause for            13:17:44

4   one moment.                                            13:17:46

5           The point of these claim charts is            13:17:47

6   for you to set out in detail what your                13:17:49

7   infringement analysis is; right?                      13:17:51

8      A.   Yes.                                           13:17:55

9      Q.   Okay.                                          13:17:55

10          Next two pages, 17 and 125,                   13:17:56

11  please.  Please confirm for me that these are         13:18:00

12  also the same.                                         13:18:03

13     A.   Yes.                                           13:18:07

14     Q.   Okay.                                          13:18:08

15          Next two pages, 18 and 126, and               13:18:09

16  now they are a little bit different; right?           13:18:15

17     A.   A little bit, yes.                             13:18:19

18     Q.   Okay.  Right.                                  13:18:20

19          So for claim 1, it stopped after,            13:18:20

20  "the use of interrupt allows the simultaneous          13:18:24

21  request for access by both hosts," and it             13:18:27

22  continues.                                             13:18:31

23          MS. DURIE:  And, Mr. Glass, if we             13:18:31

24  can now have just 126 and 127 so that we can          13:18:33

Page 214

```
 1    look at the additional language that you            13:18:37

 2    provided for claim 23.  So side-by-side is 126      13:18:41

 3    and 127.  Perfect.                                  13:18:45

 4    BY MS. DURIE:                                       13:18:46

 5        Q.   So this is the additional language         13:18:47

 6    that you provided for claim 23 that you had         13:18:48

 7    not provided for claim 1; right?                    13:18:50

 8            Does that look right?                        13:19:05

 9        A.   It does, yes.                              13:19:06

10        Q.   Okay.                                      13:19:07

11            So let's take a look at what you             13:19:07

12    said.  You said, "The use of interrupt allows       13:19:09

13    the simultaneous access by both hosts."             13:19:12

14            We are talking about accessing and          13:19:15

15    then response, so here we are talking about         13:19:16

16    accessing; right?                                   13:19:19

17        A.   Correct.                                   13:19:20

18        Q.   And it says, "The function of that         13:19:21

19    access is at least one of the functions            13:19:26

20    described in the Apple spec; for example, the      13:19:28

21    dual role hub implements a function for            13:19:33

22    performing Apple authentication between two        13:19:37

23    hosts, implemented networking interface as        13:19:40

24    required by CarPlay, the packet first in first    13:19:43
```

| | | |
|---|---|---|
| 1 | out and associated control are used for these | 13:19:47 |
| 2 | functions." | 13:19:49 |
| 3 | And then you continue reciting | 13:19:50 |
| 4 | here the Boston product specification.  You | 13:19:54 |
| 5 | say, "Each endpoint pair implements packet | 13:19:58 |
| 6 | transfer, the pipe transfers packets from an | 13:20:03 |
| 7 | out endpoint to an in endpoint, packets are | 13:20:06 |
| 8 | transferred," you talk about the control | 13:20:10 |
| 9 | mechanism. | 13:20:14 |
| 10 | This is -- what are you talking | 13:20:15 |
| 11 | about here, establishing the connection? | 13:20:16 |
| 12 | A.   So claim 1 is basically talking about | 13:20:18 |
| 13 | simultaneous requests from hosts and claim 23 | 13:20:22 |
| 14 | is talking about simultaneous requests and | 13:20:25 |
| 15 | responses that the multi-host controller can | 13:20:27 |
| 16 | process. | 13:20:32 |
| 17 | Q.   Okay. | 13:20:33 |
| 18 | A.   So I am adding additional logic in | 13:20:33 |
| 19 | claim 23 about the controller and how it | 13:20:37 |
| 20 | processes requests. | 13:20:39 |
| 21 | Q.   Okay. | 13:20:42 |
| 22 | And then in the next paragraph, | 13:20:42 |
| 23 | you are talking a lit bit more about the logic | 13:20:45 |
| 24 | that's in the controller to arbitrate and | 13:20:48 |

JURY TRIAL - VOLUME 3

Page 216

| | | |
|---|---|---|
| 1 | respond to access requests, so that's the | 13:20:52 |
| 2 | simultaneous response that's in claim 23; | 13:20:54 |
| 3 | right? | 13:20:58 |
| 4 | A.   Yeah, that's one. | 13:20:58 |
| 5 | Q.   And you say, "For example, the Boston | 13:21:01 |
| 6 | product specification indicates that the out | 13:21:04 |
| 7 | endpoint NAKs any transferred packet with FIFO | 13:21:09 |
| 8 | is full."  What does a NAK stand for? | 13:21:13 |
| 9 | A.   NAK means -- an example I used for | 13:21:16 |
| 10 | Spotify, for example.  The Spotify buffers | 13:21:20 |
| 11 | will fill up faster than the head unit.  So | 13:21:22 |
| 12 | when the FIFO busters fill up, the bridge | 13:21:26 |
| 13 | basically says NAK, meaning I can't take | 13:21:29 |
| 14 | anymore at the moment. | 13:21:31 |
| 15 | Q.   NAK means, I'm full? | 13:21:32 |
| 16 | A.   Right.  It's a response, but it's a | 13:21:34 |
| 17 | response saying don't send me anymore. | 13:21:36 |
| 18 | Q.   Exactly. | 13:21:38 |
| 19 | And so when a host is | 13:21:39 |
| 20 | communicating with the device and sending | 13:21:40 |
| 21 | information to a device by way of example or a | 13:21:42 |
| 22 | device is communicating with a host and | 13:21:46 |
| 23 | sending information to a host, if one side or | 13:21:48 |
| 24 | the other can't accept the information, it | 13:21:50 |

JURY TRIAL - VOLUME 3

Page 217

| | | |
|---|---|---|
| 1 | sends a NAK that basically says, I'm full.  A | 13:21:53 |
| 2 | NAK is a standard USB function; right? | 13:21:56 |
| 3 | A.   It is. | 13:21:59 |
| 4 | Q.   And so what is happening here is that | 13:21:59 |
| 5 | in response to being full, the device is | 13:22:00 |
| 6 | sending a standard USB response that says, I | 13:22:05 |
| 7 | am full? | 13:22:10 |
| 8 | A.   Correct. | 13:22:10 |
| 9 | Q.   And then you continue, "ping," | 13:22:10 |
| 10 | P-I-N-G, what's that? | 13:22:15 |
| 11 | A.   That's another function basically to | 13:22:18 |
| 12 | keep alive or indicating that the device is | 13:22:21 |
| 13 | still there, being connected. | 13:22:24 |
| 14 | Q.   Standard USB function? | 13:22:26 |
| 15 | A.   Yes. | 13:22:27 |
| 16 | Q.   Okay. | 13:22:27 |
| 17 | And then you talk about "in token | 13:22:28 |
| 18 | default responses assist in the arbitration | 13:22:33 |
| 19 | between access requests from the host." | 13:22:36 |
| 20 | Everything there is standard USB | 13:22:38 |
| 21 | function; right? | 13:22:41 |
| 22 | A.   Yeah.  For that -- for that side -- | 13:22:42 |
| 23 | for each side of the multi-host controller. | 13:22:46 |
| 24 | Q.   And that's where your analysis of | 13:22:49 |

JURY TRIAL - VOLUME 3

Page 218

```
1    claim 23 in your claim chart ends?                    13:22:54

2        A.   Correct.                                      13:22:57

3        Q.   Great.  Okay.                                 13:22:58

4             Now, the patents --                           13:22:59

5             MS. DURIE:  Let's actually go back            13:23:07

6    to Figure 3 and slide 40, please, Mr. Glass.          13:23:08

7    BY MS. DURIE:                                          13:23:18

8        Q.   Now, what we have up here is                  13:23:18

9    Figure 3, which we are now probably all very           13:23:21

10   familiar with.  And you would agree, sir, that         13:23:26

11   the multi-host controller shown in Figure 3 of         13:23:28

12   the '243 acts as an arbiter in controlling             13:23:31

13   which of the two hosts it can access the               13:23:35

14   device/function block 312, including when that         13:23:37

15   access is permitted?                                   13:23:41

16       A.   Correct.                                      13:23:43

17       Q.   And the patent explained how the              13:23:44

18   hosts can alternate access; right?                     13:23:48

19       A.   You mean alternate access between two         13:23:51

20   separate hosts?                                        13:23:53

21       Q.   Alternate how the hosts can alternate         13:23:54

22   access to the devices.                                 13:23:58

23       A.   Right.                                        13:23:59

24       Q.   Right.                                        13:24:00
```

JURY TRIAL - VOLUME 3

Page 219

```
 1              MS. DURIE:  Let's see slide 41.          13:24:01

 2    BY MS. DURIE:                                      13:24:01

 3       Q.   So one way that the multi-host device     13:24:04

 4    controller can allow the two different hosts      13:24:08

 5    to alternate access to the device is with an      13:24:11

 6    internal arbitration mechanism that may permit    13:24:15

 7    each host, first host and second host, to         13:24:20

 8    access the shared function by interleaving        13:24:22

 9    host accesses.                                     13:24:27

10              MS. DURIE:  So let's go back a           13:24:29

11    second to slide 40, Mr. Glass.                    13:24:30

12    BY MS. DURIE:                                      13:24:33

13       Q.   So here we've got the two hosts at        13:24:33

14    the top, we've got the multi-host device          13:24:35

15    controller, and what we're talking about is a     13:24:37

16    way to allow the two hosts to alternate access    13:24:39

17    to the device/function; right?  In the patent,    13:24:43

18    let's go back to slide 41.                        13:24:50

19       A.   No, actually, let me finish reading       13:24:52

20    that paragraph, please.                           13:24:55

21       Q.   Well, here it is.  Here it is.            13:24:56

22       A.   Okay.                                      13:25:00

23       Q.   Interleaving host accesses.               13:25:00

24    Permitting each host to access the peripheral     13:25:03
```

Page 220

| | | |
|---|---|---|
| 1 | function by interleaving host accesses. | 13:25:06 |
| 2 | Interleaving is a form of | 13:25:09 |
| 3 | alternating access; right? | 13:25:11 |
| 4 | A.  Yes, that would be one example how a | 13:25:12 |
| 5 | multi-host would work. | 13:25:16 |
| 6 | MS. DURIE:  Let's go to slide 42. | 13:25:19 |
| 7 | BY MS. DURIE: | 13:25:19 |
| 8 | Q.  Patent continues or by using a common | 13:25:20 |
| 9 | request grant structure that may hold up one | 13:25:23 |
| 10 | host while another host completes a data | 13:25:27 |
| 11 | transfer to or from a shared device. | 13:25:29 |
| 12 | That's another form of alternating | 13:25:32 |
| 13 | access; right? | 13:25:34 |
| 14 | A.  Correct. | 13:25:35 |
| 15 | Q.  And the system of holding up one host | 13:25:35 |
| 16 | while another host completes a data transfer | 13:25:39 |
| 17 | means the two hosts won't collide with each | 13:25:42 |
| 18 | other when they're both trying to send | 13:25:44 |
| 19 | information to the device? | 13:25:47 |
| 20 | A.  If the device is not capable of | 13:25:47 |
| 21 | making -- streaming at the same time. | 13:25:50 |
| 22 | Q.  Right.  It's kind of like an air | 13:25:51 |
| 23 | traffic controller; right?  The multi-host | 13:25:53 |
| 24 | device controller is acting like an air | 13:25:58 |

JURY TRIAL - VOLUME 3

Page 221

| | | |
|---|---|---|
| 1 | traffic controller basically saying you get to | 13:26:00 |
| 2 | go, you get to go, you get to go? | 13:26:02 |
| 3 | A.   Again, if the device can only accept | 13:26:04 |
| 4 | data from one host at a time.  Some devices, | 13:26:07 |
| 5 | some shared USB blocks -- | 13:26:11 |
| 6 | Q.   Well -- | 13:26:12 |
| 7 | A.   -- could accept data from both hosts | 13:26:12 |
| 8 | at the same time. | 13:26:15 |
| 9 | Q.   This concept or arbitrating between | 13:26:16 |
| 10 | multiple host requests, that is something that | 13:26:21 |
| 11 | the patent office found to be at the heart of | 13:26:24 |
| 12 | the purported invention of the '243 Patent; | 13:26:28 |
| 13 | right? | 13:26:32 |
| 14 | A.   I'm not sure I would characterize it | 13:26:33 |
| 15 | that way, but it would certainly be one | 13:26:36 |
| 16 | function of the patent. | 13:26:38 |
| 17 | Q.   Well, let's take a look. | 13:26:39 |
| 18 | MS. DURIE:  Your Honor, I want to | 13:26:42 |
| 19 | mark for identification TX-370.  That is the | 13:26:42 |
| 20 | entire record of the Inter Partes Review | 13:26:46 |
| 21 | proceeding.  It's huge.  I'd like to offer it | 13:26:49 |
| 22 | and then hand the witness a portion of it that | 13:26:52 |
| 23 | is the final disposition. | 13:26:58 |
| 24 | MR. FENTON:  Objection, scope. | 13:27:06 |

JURY TRIAL - VOLUME 3

Page 222

```
 1   Objection.  Sidebar.                             13:27:07

 2              THE COURT:  Okay.  Come on up.         13:27:08

 3              (Whereupon, a discussion was held      13:27:08

 4   at sidebar as follows:                            13:27:08

 5              MR. FENTON:  This witness has not      13:32:43

 6   looked at these materials, has not studied        13:32:43

 7   these materials.  She's asking him to perform     13:32:43

 8   an analysis of a 3,000 page document on the       13:32:43

 9   fly.                                              13:32:43

10              It's also -- this is the               13:32:43

11   prosecution history of the IPR -- sorry, this     13:32:43

12   is not a prosecution of the history.  We          13:32:43

13   actually confirmed it is not in the file          13:32:43

14   history.                                          13:32:43

15              THE COURT:  I am confused now.  I      13:32:43

16   thought we were marking it as the prosecution     13:32:43

17   history?                                          13:32:43

18              MS. DURIE:  It is the entirety         13:32:43

19   which we would seek to be admitted as a whole     13:32:43

20   big thing.                                        13:32:43

21              THE COURT:  It is not the file         13:32:43

22   wrapper?                                          13:32:43

23              MR. FENTON:  Correct.  It is not       13:32:43

24   the file wrapper.  So I actually don't know       13:32:43
```

JURY TRIAL - VOLUME 3

Page 223

| | | |
|---|---|---|
| 1 | which section she is going to point to, but | 13:32:43 |
| 2 | this is hearsay within hearsay that we were | 13:32:43 |
| 3 | concerned about that the court cases that deal | 13:32:43 |
| 4 | with say you have to be careful when you're | 13:32:43 |
| 5 | talking about specific statements within these | 13:32:43 |
| 6 | documents, even if it is the opinion.  So it's | 13:32:43 |
| 7 | potentially highly prejudicial for these to be | 13:32:43 |
| 8 | shown to the jury. | 13:32:43 |
| 9 | If she was to ask questions about | 13:32:43 |
| 10 | them, that's one thing.  But if she wants to | 13:32:43 |
| 11 | show that to the jury, that's the part that's | 13:32:43 |
| 12 | problematic. | 13:32:43 |
| 13 | THE COURT:  Wait.  I thought that | 13:32:43 |
| 14 | we had decided at the final pretrial | 13:32:43 |
| 15 | conference that this was going to be admitted | 13:32:43 |
| 16 | into evidence as one big block? | 13:32:43 |
| 17 | MR. FENTON:  It's one thing for it | 13:32:43 |
| 18 | to be admitted into evidence.  It is another | 13:32:43 |
| 19 | thing for the specific statements within it -- | 13:32:43 |
| 20 | we were reserving our objections to -- I don't | 13:32:43 |
| 21 | know that she is offering to show it to the | 13:32:43 |
| 22 | jury. | 13:32:43 |
| 23 | THE COURT:  No.  You can't both | 13:32:43 |
| 24 | admit it and object to it.  You either admit | 13:32:43 |

Page 224

| | | |
|---|---|---|
| 1 | it or you don't.  Once it's admitted into | 13:32:43 |
| 2 | evidence, the jury can see it. | 13:32:43 |
| 3 | MR. FENTON:  Your Honor, I | 13:32:43 |
| 4 | respectfully -- | 13:32:43 |
| 5 | THE COURT:  That's how evidence | 13:32:43 |
| 6 | works. | 13:32:43 |
| 7 | MR. FENTON:  Yes, the jury can see | 13:32:43 |
| 8 | it, but if we are highlighting sections of it, | 13:32:43 |
| 9 | there are cases where the decision has come | 13:32:43 |
| 10 | out that you have to look at the individual | 13:32:43 |
| 11 | statements to see if those should be -- if | 13:32:43 |
| 12 | those are proper. | 13:32:43 |
| 13 | THE COURT:  No, no, but the | 13:32:43 |
| 14 | decisions say that you have to look at | 13:32:43 |
| 15 | individual statements if you parse what can | 13:32:43 |
| 16 | and cannot come into evidence, right?  Once | 13:32:43 |
| 17 | you are deciding that it can all be in | 13:32:43 |
| 18 | evidence, then it is in evidence.  I mean, we | 13:32:43 |
| 19 | are going to send all the evidence back to the | 13:32:43 |
| 20 | jury. | 13:32:44 |
| 21 | MR. FENTON:  Then I need to say | 13:32:44 |
| 22 | this is outside the scope of direct and we are | 13:32:44 |
| 23 | very far afield from the statement that he | 13:32:44 |
| 24 | made, which was the claim language, itself, | 13:32:44 |

Page 225

```
 1    and the difference between claim 1 and 23.          13:32:44

 2            MS. DURIE:  He was saying about            13:32:44

 3    whether the -- he was just quarreling whether      13:32:44

 4    the claim language encompasses devices where       13:32:44

 5    you've got simultaneous access and said well,      13:32:44

 6    sure, alternating access with some device, but     13:32:44

 7    not every device.  That's inconsistent with        13:32:44

 8    the record of the proceeding of the case.          13:32:44

 9            MR. FENTON:  The record of our             13:32:44

10    arguments or the record of findings?               13:32:44

11            MS. DURIE:  It is the final                13:32:44

12    written decision of the 19th Circuit.              13:32:44

13            THE COURT:  Well, he hasn't -- he          13:32:44

14    hasn't seen -- or at least you haven't             13:32:44

15    established that he has seen the final written     13:32:44

16    decision.                                          13:32:44

17            MS. DURIE:  So he --                       13:32:44

18            THE COURT:  I'm sorry.  But the            13:32:44

19    final written decision is not -- I mean, his       13:32:44

20    testimony is not about the written decision,       13:32:44

21    it is about validity, and his testimony is         13:32:44

22    about infringement.  I mean, I understand          13:32:44

23    that, at some level, that requires him to          13:32:44

24    opine on the scope of the claims.                  13:32:44
```

Page 226

| | | |
|---|---|---|
| 1 | MS. DURIE:  They have to be | 13:32:44 |
| 2 | consistent, and that's my only point.  I am | 13:32:44 |
| 3 | not going to ask about prior art; I'm not | 13:32:44 |
| 4 | going to get into the prior art.  All I am | 13:32:44 |
| 5 | going to talk to him about is what he deems -- | 13:32:44 |
| 6 | the point at which he agrees there has to be | 13:32:44 |
| 7 | consistent positions with respect to what the | 13:32:44 |
| 8 | claims cover.  That's the only thing we are | 13:32:44 |
| 9 | going to talk about. | 13:32:44 |
| 10 | I am not proposing to get into | 13:32:44 |
| 11 | prior art.  And it is in evidence.  I mean, we | 13:32:44 |
| 12 | had an agreement it would be in evidence. | 13:32:44 |
| 13 | THE COURT:  I understand it would | 13:32:44 |
| 14 | be in evidence, but the objection is a | 13:32:44 |
| 15 | different one now. | 13:32:44 |
| 16 | MS. DURIE:  Yeah. | 13:32:44 |
| 17 | THE COURT:  Okay.  I don't | 13:32:44 |
| 18 | entirely know what you are going to show him | 13:32:44 |
| 19 | so I am proceeding in a vacuum.  So put it up, | 13:32:44 |
| 20 | let's see what it is, and then if you think -- | 13:32:44 |
| 21 | if it really is beyond the scope of the direct | 13:32:44 |
| 22 | exam, then you can renew the objection. | 13:32:44 |
| 23 | Having said that, I just want to | 13:32:44 |
| 24 | be clear that from my perspective, if he's | 13:32:44 |

JURY TRIAL - VOLUME 3

Page 227

```
 1    opining on -- by necessity, opining on the          13:32:44

 2    scope of the claims in order to get to              13:32:44

 3    infringement, then she is certainly allowed to      13:32:44

 4    impeach, right, on that.  I'm sorry, I don't        13:32:44

 5    mean to refer to you in the third person            13:32:44

 6    because you are standing here.                      13:32:44

 7              MS. DURIE:  That's all right.             13:32:44

 8              MR. FENTON:  Except that he is not        13:32:44

 9    opining today in court on the scope of claim        13:32:44

10    1.                                                  13:32:44

11              THE COURT:  No, I know he is not          13:32:44

12    opining on the scope of claim 1.                    13:32:45

13              MS. DURIE:  Claim 23.                     13:32:45

14              THE COURT:  And that's why I need         13:32:45

15    to hear the question a little bit.                  13:32:45

16              MS. DURIE:  Yes.                          13:32:45

17              MR. FENTON:  Thank you.                   13:32:45

18              (Whereupon, the discussion at             13:32:47

19    sidebar concluded.)                                 13:32:50

20              MS. DURIE:  Your Honor, we offer          13:33:03

21    370.                                                13:33:04

22              MR. FENTON:  No objection.                13:33:05

23              THE COURT:  It will be received.          13:33:06

24              MS. DURIE:  And I am going to hand        13:33:06
```

JURY TRIAL - VOLUME 3

Page 228

```
 1   to the witness pages 3253 through 3442.              13:33:08

 2             MR. FENTON:  Sorry, I need another          13:33:24

 3   sidebar.  I apologize.                                13:33:26

 4             (Whereupon, a discussion was held           13:34:33

 5   at sidebar as follows:                                13:34:33

 6             MR. FENTON:  I apologize for the            13:34:33

 7   two parts, but we agreed that the whole thing         13:34:33

 8   would come in as a group, and now we're               13:34:33

 9   handing individual documents.  That's exactly         13:34:33

10   what we were saying.                                  13:34:33

11             THE COURT:  No.  The whole thing            13:34:33

12   has come in.  As with any other exhibit,              13:34:33

13   particularly a voluminous one, you can call           13:34:33

14   out portions of it.  If you think that there          13:34:33

15   are parts of it that render it incomplete, you        13:34:33

16   can either redirect on it, or if it's                 13:34:33

17   materially misleading in some way, you can            13:34:33

18   object.  But if it's in evidence, it's in.            13:34:33

19             MR. FENTON:  Understood, Your              13:34:33

20   Honor.                                                13:34:35

21             (Whereupon, the discussion at               13:34:35

22   sidebar concluded.)                                   13:34:35

23   BY MS. DURIE:                                         13:34:37

24       Q.   Mr. Zatkovich, you should have in            13:34:37
```

Page 229

| | | |
|---|---|---|
| 1 | front of you the final written decision from | 13:34:40 |
| 2 | the, what we have been calling IPR proceeding. | 13:34:43 |
| 3 | Do you see that? | 13:34:46 |
| 4 | A.   I have that. | 13:34:47 |
| 5 | Q.   And if we can turn to page 3280 -- | 13:34:50 |
| 6 | the pages are at the bottom.  It is page 3280 | 13:34:59 |
| 7 | of 3442. | 13:35:05 |
| 8 | A.   Yes, I have that. | 13:35:10 |
| 9 | Q.   Are you with me? | 13:35:11 |
| 10 | A.   I'm sorry, 3284 of 3442? | 13:35:12 |
| 11 | Q.   3280, 3-2-8-0 and it is page 28. | 13:35:17 |
| 12 | A.   Page 28 of the document.  Okay. | 13:35:23 |
| 13 | Q.   Yes. | 13:35:25 |
| 14 | And you understand this is the | 13:35:26 |
| 15 | decision of the patent office on that Inter | 13:35:34 |
| 16 | Partes Review proceeding? | 13:35:40 |
| 17 | A.   I don't.  I haven't seen the document | 13:35:40 |
| 18 | before.  But if you're representing that it | 13:35:44 |
| 19 | is, I believe that fact. | 13:35:46 |
| 20 | Q.   So even up to your testimony in court | 13:35:47 |
| 21 | here today, you have not read what the patent | 13:35:51 |
| 22 | office determined about the scope of the | 13:35:53 |
| 23 | claims? | 13:35:58 |
| 24 | A.   No.  It wasn't relevant to my | 13:35:58 |

JURY TRIAL - VOLUME 3

Page 230

| | | |
|---|---|---|
| 1 | testimony. | 13:36:00 |
| 2 | Q.   Okay. | 13:36:00 |
| 3 | Is it relevant -- is the following | 13:36:04 |
| 4 | relevant to your testimony? | 13:36:07 |
| 5 | "Neither party identifies nor do | 13:36:08 |
| 6 | we discern any disclosure in the USB | 13:36:11 |
| 7 | specification describing a capability to | 13:36:15 |
| 8 | arbitrate among multiple host requests. | 13:36:18 |
| 9 | Indeed, adding such a feature is at the heart | 13:36:21 |
| 10 | of the purported invention of the '243 Patent; | 13:36:24 |
| 11 | i.e., the point of novelty." | 13:36:28 |
| 12 | Do you disagree that the | 13:36:31 |
| 13 | capability to arbitrate among multiple host | 13:36:34 |
| 14 | requests is at the heart of the invention of | 13:36:38 |
| 15 | the '243 Patent? | 13:36:42 |
| 16 | A.   Yes.  Some of the claims would meet | 13:36:44 |
| 17 | the limitation if they alternate the request. | 13:36:48 |
| 18 | Some of the claims would require some | 13:36:51 |
| 19 | continuous requests.  But yes, that would be | 13:36:54 |
| 20 | one key function of the claim -- some of the | 13:36:55 |
| 21 | claims in the patent. | 13:36:59 |
| 22 | Q.   So your opinion is inconsistent with | 13:37:00 |
| 23 | the decision of the patent office, that that | 13:37:03 |
| 24 | capability to arbitrate among multiple host | 13:37:07 |

Page 231

```
 1    requests is at the heart of the invention of        13:37:10

 2    the patent?                                          13:37:13

 3        A.   Not at all.  I believe not being able       13:37:14

 4    to alternate the access would be a key feature       13:37:17

 5    of that.                                             13:37:21

 6        Q.   Okay.                                        13:37:21

 7        A.   As would be simultaneous access.            13:37:22

 8        Q.   Well, in fact, the asserted claims in       13:37:24

 9    all of the patents require alternately               13:37:31

10    accessing the USB device or device block;            13:37:35

11    right?                                               13:37:40

12        A.   Could you point -- I'm sorry, could         13:37:42

13    you point me to it?                                  13:37:44

14        Q.   Sure.                                        13:37:46

15             MS. DURIE:  Let me mark for                 13:37:49

16    identification only Exhibit -- as Exhibit 376,       13:37:51

17    a copy of the reply report of Ivan Zatkovich.        13:37:55

18             (Whereupon, Trial Exhibit TX-376            13:38:01

19    was introduced.)                                     13:38:07

20    BY MS. DURIE:                                        13:38:18

21        Q.   Mr. Zatkovich, you have in front of         13:38:19

22    you now a copy of your reply report; correct?        13:38:21

23        A.   Correct.                                     13:38:23

24        Q.   Please turn to paragraph 62.  In            13:38:24
```

Page 232

```
 1    paragraph 62, you say, "The asserted claims in      13:38:36

 2    both the '243," and another patent, "require        13:38:41

 3    alternately accessing the USB device, device        13:38:46

 4    block function block without either host            13:38:52

 5    reconfiguring the device."                          13:38:55

 6              Now, when you say here in your             13:38:56

 7    reply report, "the asserted claims," you are        13:38:58

 8    including, among the asserted claims, 23, 24        13:39:02

 9    and 25; right?                                      13:39:06

10        A.   Yes, that's correct.                       13:39:15

11        Q.   Okay.                                       13:39:16

12              Now, let's talk about the Aptiv            13:39:16

13    device.                                             13:39:20

14              MS. DURIE:  If we could have slide         13:39:22

15    45 -- actually, I take that back.  You know         13:39:24

16    what?  Let's continue on this theme of access.      13:39:26

17    If we could have slide 50.                          13:39:32

18    BY MS. DURIE:                                        13:39:36

19        Q.   Now, you have expressed the opinion        13:39:37

20    that in the context --                              13:39:41

21              MS. DURIE:  Actually, you know            13:39:43

22    what.  I did that.  Can you go back -- I'm          13:39:44

23    sorry.  Can you go back to slide 45 for a           13:39:47

24    minute.                                             13:39:51
```

JURY TRIAL - VOLUME 3

Page 233

```
 1    BY MS. DURIE:                                      13:39:53

 2        Q.   So in the Aptiv device, each host        13:39:53

 3    accesses its device basically whenever it         13:39:56

 4    wants; right?                                      13:40:00

 5        A.   Yes.  I'd say that's accurate.           13:40:02

 6        Q.   Okay.                                     13:40:05

 7             And you have expressed the opinion        13:40:05

 8    that that is a form of alternating access;         13:40:07

 9    right?                                             13:40:10

10        A.   Again, when each device is polling        13:40:10

11    the bridge hundreds of times a second, some of    13:40:14

12    those accesses are going to be alternating,        13:40:17

13    some of those accesses are going to be             13:40:20

14    simultaneous.  So yes.                             13:40:22

15        Q.   Go to the next slide.  I just want to    13:40:24

16    break down what it is you are saying here.         13:40:28

17             So what you are saying, and I            13:40:29

18    think you just said it consistent with what        13:40:31

19    you said in your report, not every access --       13:40:33

20    not every set of accesses from both hosts          13:40:36

21    would coincidentally occur simultaneously?         13:40:40

22        A.   Correct.                                  13:40:44

23        Q.   Right.                                    13:40:45

24             So you're saying sometimes,              13:40:45
```

Page 234

| | | |
|---|---|---|
| 1 | coincidentally, both hosts might send requests | 13:40:47 |
| 2 | at the same time.  And then you say -- | 13:40:50 |
| 3 | MS. DURIE:  If we could have the | 13:40:54 |
| 4 | next slide.  Sorry, if we can go -- sorry, | 13:40:55 |
| 5 | slide 52.  Apologies. | 13:40:59 |
| 6 | BY MS. DURIE: | 13:41:03 |
| 7 | Q.  You say, "accesses made to the bridge | 13:41:03 |
| 8 | by both hosts may not occur simultaneously, | 13:41:06 |
| 9 | and therefore they would be alternating | 13:41:09 |
| 10 | accesses." | 13:41:11 |
| 11 | So what you're saying here is if, | 13:41:12 |
| 12 | by coincidence, one host sends a request to | 13:41:14 |
| 13 | its device at one point in time, and the other | 13:41:17 |
| 14 | host sends a request to its device at a | 13:41:20 |
| 15 | different point in time, if, by coincidence, | 13:41:22 |
| 16 | those things do not happen simultaneously, | 13:41:25 |
| 17 | they are alternating? | 13:41:28 |
| 18 | A.  Right.  And the microcontroller, the | 13:41:29 |
| 19 | multi-host controller would have to support | 13:41:33 |
| 20 | that. | 13:41:37 |
| 21 | MS. DURIE:  Could I get the | 13:41:43 |
| 22 | physical device that we had? | 13:41:44 |
| 23 | Perfect.  Thank you. | 13:41:45 |
| 24 | BY MS. DURIE: | 13:41:47 |

JURY TRIAL - VOLUME 3

Page 235

| | | |
|---|---|---|
| 1 | Q.   So I don't remember, Mr. Zatkovich, | 13:41:47 |
| 2 | whether you were present in court for this. | 13:41:49 |
| 3 | A.   Yes, I believe I was. | 13:41:52 |
| 4 | Q.   Okay. | 13:41:53 |
| 5 | So we have one USB Ethernet | 13:41:54 |
| 6 | controller; right? | 13:41:57 |
| 7 | A.   Meaning, the one that you are holding | 13:42:00 |
| 8 | in your hand? | 13:42:02 |
| 9 | Q.   Yes. | 13:42:03 |
| 10 | A.   Yes. | 13:42:04 |
| 11 | Q.   And we have a second USB Ethernet | 13:42:04 |
| 12 | controller; right? | 13:42:06 |
| 13 | A.   Correct. | 13:42:07 |
| 14 | Q.   And we have the crossover cable that | 13:42:07 |
| 15 | connects it; right? | 13:42:10 |
| 16 | A.   Correct.  The crossover cable running | 13:42:11 |
| 17 | from the Ethernet port, yes. | 13:42:16 |
| 18 | Q.   Right. | 13:42:16 |
| 19 | And so I can plug this into the | 13:42:17 |
| 20 | USB port on one computer, plug this into the | 13:42:18 |
| 21 | USB port on the other computer, and send data | 13:42:22 |
| 22 | back and forth between the two computers; | 13:42:24 |
| 23 | right? | 13:42:26 |
| 24 | A.   Sure. | 13:42:26 |

Page 236

```
 1      Q.    Between the two USB hosts; right?        13:42:27

 2      A.    Yes.                                     13:42:29

 3      Q.    And what you're saying is if this        13:42:29

 4    computer happens to send data at point in time   13:42:32

 5    A, and this one sends data at the same point     13:42:35

 6    in time A, they could be sending things          13:42:38

 7    simultaneously; right?                           13:42:40

 8      A.    That's correct.                          13:42:41

 9      Q.    And you're saying if it happens just     13:42:41

10    coincidentally, that this one sends data to      13:42:43

11    the opposite computer at one point in time and   13:42:46

12    this one sends it at a different point in        13:42:49

13    time, that is a form of alternating access?      13:42:51

14      A.    Yeah, but when you are using the term    13:42:53

15    "coincidentally," meaning within a given         13:42:56

16    second.  So some may be simultaneous, some may   13:42:59

17    be alternating.  And we are going to see those   13:43:02

18    simultaneous access happening thousands of       13:43:05

19    times when you have a transaction and            13:43:07

20    alternating access is happening thousands of     13:43:10

21    times.                                           13:43:12

22      Q.    But your point is it's a system for      13:43:12

23    allowing access if it allows, by complete        13:43:15

24    coincidence, things to happen at the same        13:43:18
```

JURY TRIAL - VOLUME 3

Page 237

1   time?                                          13:43:20

2      A.   No, we are talking about the behavior   13:43:20

3   of the host.  The device is in control of the  13:43:22

4   host, and the host has the ability to send     13:43:23

5   transactions whenever they want.  The          13:43:24

6   multi-device controller has to have the        13:43:29

7   ability to support whether they send them      13:43:30

8   simultaneously or alternately.  The            13:43:32

9   functionality in the multi-host device does    13:43:39

10  not happen coincidentally, it happens by       13:43:42

11  design.                                        13:43:43

12     Q.   And if, by coincidence, both hosts     13:43:44

13  send data at different times, that's           13:43:48

14  alternating access?                            13:43:50

15     A.   Right, the multi-host device is        13:43:51

16  designed to support both alternate and         13:43:54

17  simultaneous.  It is not by coincidence.       13:43:56

18          MS. DURIE:  Let's put up slide 36      13:44:01

19  and go back to Figure 3.                       13:44:03

20  BY MS. DURIE:                                  13:44:03

21     Q.   So Figure 3 shows one multi-device     13:44:04

22  controller connected to two hosts; correct?    13:44:09

23     A.   Right.                                 13:44:11

24     Q.   It is also connected to a share        13:44:11

Page 238

| | | |
|---|---|---|
| 1 | device connection block 312; right? | 13:44:13 |
| 2 | A.   Yes. | 13:44:16 |
| 3 | Q.   Claim 23, if we can go to slide 38, | 13:44:17 |
| 4 | requires a shared USB? | 13:44:20 |
| 5 | A.   I'm sorry, could you back up?  How | 13:44:22 |
| 6 | did you describe block 312? | 13:44:25 |
| 7 | Q.   Go back.  I said it is a shared | 13:44:28 |
| 8 | device or function. | 13:44:30 |
| 9 | A.   Pertaining to which claim? | 13:44:32 |
| 10 | Q.   Well, it was a general statement, but | 13:44:35 |
| 11 | let's take a look specifically at claim 23. | 13:44:37 |
| 12 | We can go to slide 38. | 13:44:40 |
| 13 | A.   Each claim describes that box | 13:44:42 |
| 14 | slightly differently. | 13:44:43 |
| 15 | Q.   Claim 23 says that box, if you will, | 13:44:44 |
| 16 | is a shared USB device block; right? | 13:44:47 |
| 17 | A.   That's correct. | 13:44:50 |
| 18 | Q.   And a USB device block is something | 13:44:51 |
| 19 | that performs a function for a host; right? | 13:44:54 |
| 20 | A.   Yes. | 13:44:58 |
| 21 | Q.   Okay. | 13:44:59 |
| 22 |      And claim 23 requires the shared | 13:44:59 |
| 23 | USB device block to be operable to be | 13:45:02 |
| 24 | simultaneously configured by two or more USB | 13:45:05 |

```
 1    hosts; right?                                13:45:08

 2        A.   I'm sorry, which claim element are  13:45:11

 3    you --                                       13:45:14

 4        Q.   23, a shared USB device block is    13:45:15

 5    operable to be simultaneously configured by  13:45:18

 6    two or more hosts.                           13:45:21

 7             MS. DURIE:   You can go to slide     13:45:23

 8    39, I believe.                               13:45:25

 9    BY MS. DURIE:                                13:45:27

10        Q.   Right?                               13:45:27

11        A.   Correct.                             13:45:27

12        Q.   So the two hosts share the same USB  13:45:28

13    device block; right?                         13:45:32

14        A.   Correct.                             13:45:34

15        Q.   And in the contents of claim 23, each 13:45:35

16    host must be able to access and share the same 13:45:40

17    segments of the USB device block; right?     13:45:42

18        A.   Yes, I believe that's correct.       13:45:48

19        Q.   And each host must be able to perform 13:45:50

20    the same function in the USB device block;    13:45:52

21    right?                                        13:45:55

22        A.   In accessing a function, and we have 13:46:04

23    specific claim definition construction for    13:46:08

24    that.  I have a copy of that.  If you want to 13:46:11
```

JURY TRIAL - VOLUME 3

Page 240

| | | |
|---|---|---|
| 1 | put that up, I can give you a little more | 13:46:18 |
| 2 | precision on that. | 13:46:21 |
| 3 | Q.   Well, let me ask you this: | 13:46:22 |
| 4 | Do you agree that each host must | 13:46:23 |
| 5 | be able to access and share the same segment | 13:46:25 |
| 6 | of the USB device, which, again, would be the | 13:46:28 |
| 7 | USB device block, and perform the same | 13:46:31 |
| 8 | function in that? | 13:46:34 |
| 9 | A.   I am trying to figure out where you | 13:46:39 |
| 10 | are quoting from because I don't think that | 13:46:40 |
| 11 | matches the claim construction. | 13:46:42 |
| 12 | Q.   I am quoting from your deposition.  I | 13:46:43 |
| 13 | am happy to read it.  Page 74, line 21 | 13:46:46 |
| 14 | through 75, 13. | 13:46:52 |
| 15 | A.   And we were talking about claim 23? | 13:46:54 |
| 16 | Q.   Let me read it. | 13:46:56 |
| 17 | "QUESTION:  And what is it that | 13:46:57 |
| 18 | you understand has to be shared to count? | 13:46:59 |
| 19 | "ANSWER:  So I am looking at claim | 13:47:03 |
| 20 | 18 of the '243 and also claim 23 of the '243. | 13:47:05 |
| 21 | So could you ask that question again? | 13:47:11 |
| 22 | "QUESTION:  Does the device or | 13:47:14 |
| 23 | function that both hosts use have to be the | 13:47:15 |
| 24 | same shared function? | 13:47:19 |

JURY TRIAL - VOLUME 3

Page 241

| | | |
|---|---|---|
| 1 | "ANSWER:  I'm sorry, one more | 13:47:20 |
| 2 | time. | 13:47:22 |
| 3 | "QUESTION:  As you understand the | 13:47:23 |
| 4 | scope of the asserted patent, does the USB | 13:47:25 |
| 5 | device block corresponding to at least one | 13:47:27 |
| 6 | function have to be the same shared function | 13:47:30 |
| 7 | for each host? | 13:47:32 |
| 8 | "ANSWER:  Each host must be able | 13:47:34 |
| 9 | to access and share the same segment of the | 13:47:37 |
| 10 | USB device, which, again, would be the USB | 13:47:40 |
| 11 | device block and perform the same function in | 13:47:42 |
| 12 | that which may or may not be the same as the | 13:47:46 |
| 13 | formal definition of the term USB function." | 13:47:48 |
| 14 | Are you with me? | 13:47:54 |
| 15 | A.   Yes.  I think so.  I recall that | 13:47:55 |
| 16 | statement. | 13:47:59 |
| 17 | Q.   Now, you should have in front of you | 13:48:00 |
| 18 | the institution decision that I handed you a | 13:48:03 |
| 19 | few moments ago, and I would ask you to turn | 13:48:08 |
| 20 | to page 3270. | 13:48:13 |
| 21 | Now, you see -- are you looking at | 13:48:34 |
| 22 | 3270?  It's page 18. | 13:48:36 |
| 23 | A.   I am now. | 13:48:38 |
| 24 | Q.   Okay. | 13:48:39 |

Page 242

| | | |
|---|---|---|
| 1 | And you see there is a discussion | 13:48:40 |
| 2 | here of the meaning of the term "shared USB | 13:48:42 |
| 3 | device block"? | 13:48:47 |
| 4 | A.   Shared USB device block or shared USB | 13:48:54 |
| 5 | device? | 13:48:57 |
| 6 | Q.   Shared USB device block. | 13:48:58 |
| 7 | Take a look, starting in the third | 13:49:04 |
| 8 | line on page 18. | 13:49:07 |
| 9 | MR. FENTON:  Objection, Your | 13:49:10 |
| 10 | Honor.  It calls for a legal conclusion. | 13:49:11 |
| 11 | THE COURT:  Let her form her | 13:49:13 |
| 12 | question and then you can object. | 13:49:17 |
| 13 | BY MS. DURIE: | 13:49:18 |
| 14 | Q.   You see about four lines down in the | 13:49:19 |
| 15 | paragraph, it says, "Thus we construe shared | 13:49:21 |
| 16 | USB device block means a function as discussed | 13:49:24 |
| 17 | above that is shared or accessible by two or | 13:49:29 |
| 18 | more USB hosts"? | 13:49:32 |
| 19 | MR. FENTON:  Objection.  Calls for | 13:49:38 |
| 20 | a legal conclusion. | 13:49:39 |
| 21 | THE COURT:  Overruled for now. | 13:49:39 |
| 22 | She is only asking whether or not he sees the | 13:49:41 |
| 23 | language.  Okay, he sees the language there. | 13:49:44 |
| 24 | BY MS. DURIE: | 13:49:46 |

Page 243

| | | |
|---|---|---|
| 1 | Q.   Do you see that language? | 13:49:47 |
| 2 | A.   I do. | 13:49:48 |
| 3 | Q.   Now, this portion refers to a | 13:49:48 |
| 4 | function.  If you turn two pages earlier on | 13:49:52 |
| 5 | page 16 -- | 13:49:56 |
| 6 | A.   Again, I am trying to reconcile the | 13:50:00 |
| 7 | paragraph that we just looked at.  It appears | 13:50:01 |
| 8 | that this is using a different definition of | 13:50:04 |
| 9 | the term than the Court provided in this | 13:50:07 |
| 10 | litigation. | 13:50:08 |
| 11 | Q.   So you disagree -- you think there is | 13:50:10 |
| 12 | a conflict between -- | 13:50:13 |
| 13 | MR. FENTON:  Objection, Your | 13:50:15 |
| 14 | Honor.  Sorry.  Sidebar. | 13:50:16 |
| 15 | (Whereupon, a discussion was held | 13:54:07 |
| 16 | at sidebar as follows: | 13:54:07 |
| 17 | MR. FENTON:  Your Honor, she is | 13:54:07 |
| 18 | trying to bring a claim construction that this | 13:54:07 |
| 19 | Court denied so we are now going to have a | 13:54:07 |
| 20 | conflicting legal understanding of what the | 13:54:07 |
| 21 | claims are. | 13:54:07 |
| 22 | MS. DURIE:  Absolutely not.  The | 13:54:07 |
| 23 | Court construed USB device block as a shared | 13:54:07 |
| 24 | function.  This is completely consistent with | 13:54:07 |

Page 244

| | | |
|---|---|---|
| 1 | that.  I just asked him if he agreed with | 13:54:07 |
| 2 | that. | 13:54:07 |
| 3 | MR. FENTON:  But the PTAB showed a | 13:54:07 |
| 4 | different claim construction.  I don't have | 13:54:07 |
| 5 | this right with me, but she is asking about | 13:54:07 |
| 6 | claim construction.  The witness just said | 13:54:07 |
| 7 | that is a different claim construction he's | 13:54:07 |
| 8 | been using.  Will you put up the claim | 13:54:07 |
| 9 | construction? | 13:54:07 |
| 10 | MS. DURIE:  Absolutely.  I am | 13:54:07 |
| 11 | going to. | 13:54:07 |
| 12 | MR. FENTON:  This is a legal area. | 13:54:07 |
| 13 | This is very -- | 13:54:07 |
| 14 | THE COURT:  I am concerned today | 13:54:07 |
| 15 | that I am seeing -- I mean, he says there is a | 13:54:07 |
| 16 | different claim construction.  I know you had | 13:54:07 |
| 17 | this dispute about some of the language with | 13:54:07 |
| 18 | respect to claim 18, which is not here. | 13:54:07 |
| 19 | MS. DURIE:  Which is not here. | 13:54:07 |
| 20 | THE COURT:  I don't want to open | 13:54:07 |
| 21 | the door to that inadvertently. | 13:54:07 |
| 22 | MS. DURIE:  I am not -- | 13:54:07 |
| 23 | THE COURT:  Hold on.  Let me just | 13:54:07 |
| 24 | finish to keep a clean record. | 13:54:07 |

JURY TRIAL - VOLUME 3

Page 245

| | | |
|---|---|---|
| 1 | I am just concerned -- I don't | 13:54:07 |
| 2 | think that's what you're trying to do, but I'm | 13:54:07 |
| 3 | concerned we are going to get there very | 13:54:07 |
| 4 | quickly and then we are going to have to spend | 13:54:07 |
| 5 | a lot of time explaining to the jury, which I | 13:54:07 |
| 6 | would like to avoid. | 13:54:07 |
| 7 | So if what we are talking about is | 13:54:07 |
| 8 | the construction of claim 23, then leave it | 13:54:07 |
| 9 | there.  But it's got to be either they are the | 13:54:07 |
| 10 | same constructions or it is the Court's | 13:54:07 |
| 11 | construction.  To the extent there are | 13:54:07 |
| 12 | diversions, we are not using the PTAB. | 13:54:07 |
| 13 | MS. DURIE:  I will be clear there | 13:54:07 |
| 14 | are diversions, I agree.  I already asked him | 13:54:07 |
| 15 | to confirm the Court's construction.  I am | 13:54:07 |
| 16 | happy to put it up. | 13:54:07 |
| 17 | MR. FENTON:  But I am also | 13:54:07 |
| 18 | concerned about putting up language from a | 13:54:07 |
| 19 | claim construction ruling that might be | 13:54:07 |
| 20 | inconsistent or have an explanation.  It's not | 13:54:07 |
| 21 | for the jury to understand the claim | 13:54:07 |
| 22 | constructions. | 13:54:07 |
| 23 | THE COURT:  So I agree with that, | 13:54:07 |
| 24 | and I don't want to go down that path.  I | 13:54:07 |

Page 246

```
 1    need -- I don't have the claim construction          13:54:07

 2    right in front of me.                                13:54:07

 3            Can you tell me exactly where you            13:54:07

 4    are going with all of this to know -- it's not       13:54:07

 5    clear to me -- to know why we need to put in         13:54:07

 6    front of him claim constructions from the            13:54:08

 7    PTAB?                                                13:54:08

 8            MS. DURIE:  So the term that the             13:54:08

 9    Court construed is USB device.  The claim            13:54:08

10    requires that that USB device be shared claim        13:54:08

11    language.                                            13:54:08

12            THE COURT:  Right.                           13:54:08

13            MS. DURIE:  I want to get at his             13:54:08

14    understanding, in the context of claim 23,           13:54:08

15    about what that requires.                            13:54:08

16            THE COURT:  But there is a                   13:54:08

17    difference between his understanding -- he has       13:54:08

18    already testified that he hasn't reviewed this       13:54:08

19    decision, so this decision cannot inform his         13:54:08

20    understanding.  So there is a difference             13:54:08

21    between impeaching with this and using this to       13:54:08

22    either inform or test his understanding.             13:54:08

23            He hasn't reviewed this.  So                 13:54:08

24    what's the foundation to give him claim              13:54:08
```

Page 247

| | | |
|---|---|---|
| 1 | construction from PTAB to establish his | 13:54:08 |
| 2 | understanding? | 13:54:08 |
| 3 | MS. DURIE:  To see whether he | 13:54:08 |
| 4 | believes it is or isn't. | 13:54:08 |
| 5 | THE COURT:  But that's not his -- | 13:54:08 |
| 6 | I think that's beyond the scope of what he has | 13:54:08 |
| 7 | done here today.  He has testified that he did | 13:54:08 |
| 8 | not review the PTAB ruling.  Whether or not -- | 13:54:08 |
| 9 | if there is some argument to be made in | 13:54:08 |
| 10 | closing -- | 13:54:08 |
| 11 | MS. DURIE:  Okay. | 13:54:08 |
| 12 | THE COURT:  -- that's fine, but it | 13:54:08 |
| 13 | is not for him to do it. | 13:54:08 |
| 14 | MS. DURIE:  Okay. | 13:54:08 |
| 15 | THE COURT:  There's no foundation | 13:54:08 |
| 16 | for him to do it. | 13:54:08 |
| 17 | (Whereupon, the discussion at | 13:54:15 |
| 18 | sidebar concluded.) | 13:54:15 |
| 19 | BY MS. DURIE: | 13:54:16 |
| 20 | Q.   Just to be clear, Mr. Zatkovich, when | 13:54:17 |
| 21 | you came up with your understanding of what a | 13:54:18 |
| 22 | shared USB device block was in the context of | 13:54:24 |
| 23 | claim 23, you had not read the decision of the | 13:54:27 |
| 24 | patent office on that subject; right? | 13:54:31 |

JURY TRIAL - VOLUME 3

Page 248

```
 1      A.   Correct.  They used the definition in      13:54:33

 2   terms that were defined by this Court, not by        13:54:36

 3   the IPR.                                             13:54:40

 4      Q.   And you haven't looked at the               13:54:41

 5   decision of the patent office to reach any          13:54:42

 6   judgment about whether they are the same or         13:54:45

 7   different?                                           13:54:46

 8      A.   Again, they may have different              13:54:46

 9   definitions, but I can't form opinions on           13:54:48

10   those different definitions; I have to inform       13:54:50

11   opinions on the definitions of this Court.          13:54:53

12      Q.   Okay.                                        13:54:54

13           Have you reviewed the declaration           13:54:55

14   that Microchip's expert submitted in                13:55:02

15   connection with this proceeding?                     13:55:05

16      A.   Are you talking about Dr. Garney's          13:55:08

17   report?                                              13:55:10

18      Q.   Mr. Knapen.                                  13:55:11

19      A.   Mr. Knapen, no, I did not.                   13:55:12

20      Q.   So I take it, therefore, you don't          13:55:14

21   have any view about whether what Mr. Knapen         13:55:16

22   said in connection with the proceedings in the      13:55:19

23   patent office is consistent with what you are       13:55:21

24   saying here today?                                   13:55:24
```

JURY TRIAL - VOLUME 3

Page 249

```
 1       A.   I couldn't say either way.  It may      13:55:24

 2   be, it may not be.                               13:55:27

 3       Q.   Now, claim 23 requires a shared USB     13:55:28

 4   device block operable to be simultaneously       13:55:34

 5   configured by two or more USB hosts; right?      13:55:38

 6       A.   Correct.                                13:55:41

 7            MS. DURIE:  And if we can go to         13:55:45

 8   NCD2-71.                                         13:55:47

 9   BY MS. DURIE:                                    13:55:52

10       Q.   You identified in your direct          13:55:53

11   testimony what you called the three main        13:55:54

12   features of CarPlay and what those features     13:55:56

13   require.                                         13:55:59

14            Do you see that?                        13:55:59

15       A.   I do.                                   13:56:01

16       Q.   Okay.                                   13:56:02

17            And you did not specifically           13:56:03

18   identify simultaneous configuration as one of   13:56:06

19   the things that was required for this           13:56:11

20   functionality; correct?                         13:56:13

21       A.   I'm sorry, could you ask that          13:56:18

22   question again?                                  13:56:20

23       Q.   Sure.                                   13:56:21

24            You did not identify simultaneous      13:56:21
```

Page 250

1    configuration as one of the things that was          13:56:24

2    specifically required in order to be able to         13:56:28

3    achieve this functionality?                          13:56:30

4        A.   In other words, is simultaneous             13:56:32

5    configuration of the claim 23 an aspect of one       13:56:35

6    or more of these features?                           13:56:44

7        Q.   Well, I will withdraw the question.         13:56:45

8    Let me ask it this way.                              13:56:47

9             Simultaneous means at the same              13:56:48

10   time; right?                                         13:56:50

11       A.   Correct.                                    13:56:51

12       Q.   Okay.                                        13:56:52

13       A.   Both hosts have to be connected and         13:56:53

14   operational at the same time.                        13:56:56

15       Q.   We are going to talk about that.            13:56:58

16            MS. DURIE:  Let's go to slide 54.           13:57:00

17   BY MS. DURIE:                                        13:57:04

18       Q.   Figure 3 of the patent is a system         13:57:05

19   that allows for simultaneous configuration;         13:57:07

20   right?                                               13:57:10

21       A.   Yes.                                        13:57:12

22       Q.   The invention allows a single USB          13:57:13

23   device to be connected to two different hosts       13:57:17

24   and be accessed with two separate addresses at      13:57:19

Page 251

1    the same time; right?                                    13:57:23

2        A.    Correct.                                       13:57:24

3        Q.    And the separate endpoint and status           13:57:25

4    buffers, a lock with the device controller,              13:57:29

5    would allow two hosts to configure the                   13:57:32

6    multi-host USB device at the same time; right?           13:57:36

7        A.    It allows them to be configured at             13:57:40

8    the same time.                                           13:57:42

9        Q.    Well, it also allows them to actually          13:57:43

10   configure the controller at the same time;               13:57:45

11   right?                                                   13:57:48

12       A.    I guess they could, but that's not             13:57:48

13   what the claim is saying.                                13:57:50

14       Q.    Well, let's go to claim 23 again.              13:57:52

15            MS. DURIE:   If you can put up                   13:57:55

16   slide 53.                                                13:57:59

17   BY MS. DURIE:                                            13:58:04

18       Q.    We have a shared USB device block              13:58:04

19   operable to be simultaneously configured by              13:58:06

20   two or more USB hosts; right?                            13:58:10

21       A.    Correct.                                       13:58:13

22       Q.    Okay.                                          13:58:13

23            Now, let's go back to Figure 3,                 13:58:14

24   slide 54.  In the context of Figure 3, there             13:58:23

JURY TRIAL - VOLUME 3

Page 252

```
 1    is no need to hold off one host's attempt to        13:58:31

 2    configure the device while the other host is        13:58:35

 3    configuring the device; right?                      13:58:38

 4        A.   Correct.  It would be possible -- I        13:58:44

 5    mean, since the multi-controller handles            13:58:46

 6    simultaneous accesses and responses, in             13:58:49

 7    theory, if you happen to plug in both hosts at      13:58:52

 8    the exact same time, they could theoretically       13:58:55

 9    configure the device at the same time.              13:59:00

10        Q.   Right.                                     13:59:01

11        A.   But that's not the meaning of that         13:59:02

12    claim number.                                       13:59:04

13        Q.   I understand that's your opinion, but      13:59:05

14    with respect to Figure 3, that is a system          13:59:07

15    that allowed for simultaneous configuration in      13:59:10

16    the sense that both hosts can use their             13:59:14

17    independent channels to configure the              13:59:17

18    controller at the same time.  That could            13:59:20

19    happen in that system?                              13:59:23

20        A.   Again, I didn't analyze that because       13:59:25

21    that's not what the claim element means.            13:59:27

22        Q.   Well, again, just this system,             13:59:29

23    looking at it, right, both hosts could              13:59:33

24    configure that controller and send signals          13:59:36
```

Page 253

```
 1    down to configure that controller at the same      13:59:40

 2    time simultaneously?                                13:59:42

 3        A.    According to which claim, though?         13:59:46

 4        Q.    Figure 3.                                 13:59:47

 5        A.    Figure 3 by itself doesn't say            13:59:49

 6    anything about simultaneous in it.                  13:59:51

 7        Q.    The system that is depicted in            13:59:54

 8    Figure 3.                                           13:59:57

 9        A.    Right.                                    13:59:57

10        Q.    That is a system that allows both         13:59:57

11    hosts to simultaneously send signals to             14:00:00

12    configure the multi-host device controller?         14:00:05

13        A.    The description of claim 3 is             14:00:08

14    dependent on -- the description of Figure 3 is      14:00:10

15    dependent on what functions the claims ascribe      14:00:12

16    to that Figure 3.                                   14:00:18

17        Q.    Okay.                                     14:00:19

18              Can you answer whether the system         14:00:19

19    that is depicted in Figure 3 would permit both      14:00:23

20    hosts simultaneously to send signals to             14:00:27

21    configure at the same time?                         14:00:34

22        A.    Again, there is no claim that             14:00:37

23    requires that.                                       14:00:39

24        Q.    I am not asking about claims; I am        14:00:41
```

Page 254

1    asking about that system.                        14:00:44

2            Can you tell, from looking at             14:00:45

3    Figure 3, whether that system would permit       14:00:48

4    both hosts to send a signal at the same time     14:00:52

5    to engage in integration?                        14:00:58

6        A.   I could do a hypothetical, but it       14:01:02

7    wouldn't have any meaning what opinion I         14:01:04

8    provided on the hypothetical.  The only thing    14:01:06

9    that the -- is defined by the invention is       14:01:08

10   what's in the claims, and there's no -- in the   14:01:12

11   specification of the claim that says they have   14:01:16

12   to be plugged in simultaneously and configured   14:01:18

13   simultaneously.                                  14:01:20

14           The claim in 23, for example, says       14:01:20

15   once they are configured, they have to           14:01:24

16   simultaneously remain configured throughout      14:01:26

17   the duration, simultaneously.                    14:01:29

18       Q.   Let's go back to claim 23, slide 38.    14:01:32

19   "A shared USB device block operable."            14:01:38

20           Now, operable means capable of           14:01:42

21   being in this context; right?                    14:01:45

22       A.   Right.                                  14:01:46

23       Q.   Operable to be simultaneously           14:01:47

24   configured?                                       14:01:49

Page 255

| | | |
|---|---|---|
| 1 | A.    Correct. | 14:01:51 |
| 2 | Q.    So can you tell me whether the system | 14:01:51 |
| 3 | that is shown there in Figure 3 is one in | 14:01:54 |
| 4 | which the shared USB device block at the | 14:01:57 |
| 5 | bottom could be, not necessarily would be, but | 14:02:00 |
| 6 | it could be simultaneously configured in the | 14:02:05 |
| 7 | sense of having signals sent down to configure | 14:02:08 |
| 8 | it at the same time? | 14:02:11 |
| 9 | A.    Yes.  Reading from the claim | 14:02:13 |
| 10 | language, the simultaneous configure, past | 14:02:16 |
| 11 | tense, meaning once the devices are | 14:02:18 |
| 12 | configured, they are operable to | 14:02:21 |
| 13 | simultaneously maintain that.  In other words, | 14:02:23 |
| 14 | once they are connected, they stay connected | 14:02:26 |
| 15 | for the duration.  In other words, one doesn't | 14:02:28 |
| 16 | go away and come back; they stay connected for | 14:02:31 |
| 17 | all operations. | 14:02:34 |
| 18 | Q.    Okay. | 14:02:35 |
| 19 | Now, you are saying that because | 14:02:36 |
| 20 | in the Aptiv system, it is not possible for | 14:02:39 |
| 21 | both hosts to become configured at the same | 14:02:47 |
| 22 | time; right -- strike that, strike that.  Let | 14:02:51 |
| 23 | me ask that again.  That was terrible. | 14:02:55 |
| 24 | In the Aptiv system, it is not | 14:02:56 |

Page 256

| | | |
|---|---|---|
| 1 | possible for both hosts to engage in the act | 14:02:59 |
| 2 | of configuring their respective devices at the | 14:03:04 |
| 3 | same time? | 14:03:07 |
| 4 | A.   No, I am saying that because your | 14:03:09 |
| 5 | interpretation of that claim element would not | 14:03:12 |
| 6 | be what one in the industry would consider, | 14:03:14 |
| 7 | because again, your interpretation says that I | 14:03:17 |
| 8 | have two separate hosts that want to access | 14:03:21 |
| 9 | the same device.  In order to do that, somehow | 14:03:23 |
| 10 | a person would have to plug in simultaneously | 14:03:26 |
| 11 | to the microsecond at the same time and have | 14:03:30 |
| 12 | both hosts configure that device in | 14:03:32 |
| 13 | enumeration.  That would actually basically | 14:03:37 |
| 14 | eliminate the necessity of any of the other | 14:03:39 |
| 15 | claims because that would never occur. | 14:03:42 |
| 16 | Q.   So I just -- I don't want to argue | 14:03:43 |
| 17 | with you, Mr. Zatkovich, but I do want to be | 14:03:46 |
| 18 | clear. | 14:03:48 |
| 19 | The system that we are looking at | 14:03:48 |
| 20 | here in Figure 3 is operable, right?  It is a | 14:03:51 |
| 21 | USB device block that is operable to be | 14:03:55 |
| 22 | configured simultaneously at the same time by | 14:04:00 |
| 23 | those hosts sending signals at the same time | 14:04:06 |
| 24 | because there are two different channels on | 14:04:08 |

Page 257

| | | |
|---|---|---|
| 1 | which that can happen at the same time.  It is | 14:04:11 |
| 2 | operable for that function. | 14:04:14 |
| 3 | You don't disagree with that, do | 14:04:17 |
| 4 | you? | 14:04:20 |
| 5 | A.   I am disagreeing with your | 14:04:20 |
| 6 | characterization of that claim element. | 14:04:21 |
| 7 | Q.   I am asking you about -- | 14:04:24 |
| 8 | A.   I understand the description; I am | 14:04:25 |
| 9 | disagreeing with your characterization of the | 14:04:28 |
| 10 | claim element. | 14:04:31 |
| 11 | Q.   You are not disagreeing with my | 14:04:32 |
| 12 | description of claim 23.  It is operable, | 14:04:34 |
| 13 | Figure 3 is operable for that purpose? | 14:04:37 |
| 14 | A.   It's operable that once they are | 14:04:41 |
| 15 | configured, past tense, to maintain those | 14:04:43 |
| 16 | simultaneously throughout the operation. | 14:04:46 |
| 17 | Q.   Sir, please listen to my question. | 14:04:48 |
| 18 | Do you agree that the system that | 14:04:50 |
| 19 | is shown here in Figure 3 is operable to allow | 14:04:54 |
| 20 | the shared device to become configured at the | 14:05:01 |
| 21 | same time by both hosts? | 14:05:07 |
| 22 | A.   No, I do not agree with that. | 14:05:11 |
| 23 | Q.   So you think in Figure 3, even though | 14:05:13 |
| 24 | there are two separate concurrent respective | 14:05:16 |

Page 258

| | | |
|---|---|---|
| 1 | dedicated USB connections between the shared | 14:05:21 |
| 2 | USB device block and the two or more USB | 14:05:25 |
| 3 | hosts, it would be impossible for both hosts | 14:05:30 |
| 4 | to be able to send configuration information | 14:05:35 |
| 5 | at the same time? | 14:05:39 |
| 6 |      A.   I cannot think of a single scenario | 14:05:40 |
| 7 | where two hosts would get together knowing | 14:05:42 |
| 8 | that they are connecting to an independent | 14:05:45 |
| 9 | device and say, by the way, we want to connect | 14:05:49 |
| 10 | to this same device, let's get together and do | 14:05:51 |
| 11 | it at the same time. | 14:05:53 |
| 12 |      Q.   So is it your opinion that the system | 14:05:55 |
| 13 | shown in Figure 3 -- strike that. | 14:05:57 |
| 14 |           Is it your opinion that with | 14:06:00 |
| 15 | respect to the system shown in Figure 3, it | 14:06:01 |
| 16 | would be impossible for both hosts to be able | 14:06:05 |
| 17 | to send configuration information at the same | 14:06:09 |
| 18 | time? | 14:06:11 |
| 19 |      A.   I suppose I could construct a | 14:06:12 |
| 20 | difficult arbitrary scenario where we | 14:06:16 |
| 21 | synchronized the host in some scenario.  I | 14:06:19 |
| 22 | suppose I could contrive of something.  But | 14:06:23 |
| 23 | again -- | 14:06:26 |
| 24 |      Q.   Okay. | 14:06:26 |

JURY TRIAL - VOLUME 3

Page 259

| | | |
|---|---|---|
| 1 | A.   -- that's not the intent of the | 14:06:26 |
| 2 | claim. | 14:06:28 |
| 3 | Q.   Right. | 14:06:28 |
| 4 | So you would agree that the system | 14:06:28 |
| 5 | in Figure 3, even if you think it's unlikely | 14:06:30 |
| 6 | to happen, is operable to be able to have the | 14:06:33 |
| 7 | shared device function, receive information | 14:06:38 |
| 8 | from both hosts at the same time? | 14:06:43 |
| 9 | A.   That's not what it says there. | 14:06:46 |
| 10 | Q.   I'm not asking you what it says in | 14:06:50 |
| 11 | claim 23.  I understand you and I disagree | 14:06:52 |
| 12 | with that.  I am asking you about Figure 3. | 14:06:55 |
| 13 | Okay?  Let's keep that in mind. | 14:06:57 |
| 14 | You agree that the system shown in | 14:06:59 |
| 15 | Figure 3 allows for the shared device function | 14:07:01 |
| 16 | to receive configuration information from both | 14:07:05 |
| 17 | hosts at the same time? | 14:07:09 |
| 18 | A.   I don't think that's what the patent | 14:07:16 |
| 19 | describes. | 14:07:18 |
| 20 | Q.   Do you think that that is possible by | 14:07:19 |
| 21 | the system shown in Figure 3? | 14:07:23 |
| 22 | A.   Is it possible for a device described | 14:07:25 |
| 23 | by the patent to do something that the patent | 14:07:27 |
| 24 | doesn't describe?  Again, this would be purely | 14:07:31 |

JURY TRIAL - VOLUME 3

Page 260

```
 1    hypothetical.                                    14:07:35

 2         Q.    Okay.                                 14:07:39

 3               Let's take a look at slide 55.        14:07:39

 4    This is the Aptiv device; right?                 14:07:47

 5         A.    That's correct.                       14:07:52

 6         Q.    Okay.                                 14:07:52

 7               And just to be clear, this is a       14:07:53

 8    figure from your report with annotations on it   14:07:55

 9    explaining the flow of what happens with         14:07:58

10    respect to enumeration and configuration;        14:08:03

11    right?                                           14:08:05

12         A.    That's correct.                       14:08:05

13         Q.    And to be clear, what happens is that 14:08:08

14    the head unit engages in the act of              14:08:10

15    configuring its device first; right?             14:08:13

16         A.    Yes.  When you start up the car, the  14:08:17

17    head unit would power up first and then          14:08:19

18    configure its side of the device.                14:08:22

19         Q.    That's No. 3 up there; right, in your 14:08:24

20    notes?                                           14:08:32

21         A.    Let me review it.                     14:08:34

22         Q.    Right?  Head unit host enumerates and 14:08:40

23    configuration; right, 1, 2, 3?                   14:08:43

24         A.    Correct.                              14:08:46
```

JURY TRIAL - VOLUME 3

Page 261

```
 1      Q.    Okay.                                    14:08:47

 2            And at the bottom right, iPhone          14:08:48

 3  host enumerates and configuration, 4; right?      14:08:50

 4  4 happens any time after 3; right?                14:08:54

 5      A.    Correct.                                 14:08:57

 6      Q.    Correct?                                 14:08:59

 7      A.    That's correct.                          14:09:00

 8      Q.    Okay.                                    14:09:00

 9            In the Aptiv system, it is not           14:09:01

10  possible for both hosts to send configuration     14:09:04

11  information to their respective devices at the     14:09:09

12  same time; right?                                  14:09:12

13      A.    It may be possible.  Again, I didn't     14:09:21

14  analyze that.  The way we have it structured       14:09:23

15  here, the way it's defined for a particular        14:09:27

16  car presentation, I would say no.                  14:09:30

17      Q.    Okay.                                    14:09:33

18            And that's because the iPhone            14:09:34

19  initially connects to the device; right?           14:09:37

20      A.    The end unit initially connects to       14:09:40

21  the device.                                        14:09:43

22      Q.    The iPhone initially connects to the     14:09:43

23  device; no?                                        14:09:45

24      A.    No.  When the car powers up, the head    14:09:49
```

Page 262

| | | |
|---|---|---|
| 1 | phone -- the head unit connects to the device | 14:09:52 |
| 2 | first. | 14:09:54 |
| 3 | Q.   Why don't you pull out your reply | 14:09:55 |
| 4 | report.  I marked it for identification.  Do | 14:09:57 |
| 5 | you have it in front of you?  Do you have your | 14:10:01 |
| 6 | reply report in front of you? | 14:10:09 |
| 7 | A.   Yes, I do. | 14:10:11 |
| 8 | Q.   Great.  Can you get that?  Please | 14:10:12 |
| 9 | turn to paragraph 68. | 14:10:24 |
| 10 | A.   Paragraph 58? | 14:10:26 |
| 11 | Q.   68. | 14:10:27 |
| 12 | A.   68. | 14:10:28 |
| 13 | Q.   6-8.  Are you with me? | 14:10:29 |
| 14 | A.   Got it. | 14:10:31 |
| 15 | Q.   Reading from your report, starting at | 14:10:32 |
| 16 | the second line of paragraph 68, "The dual | 14:10:35 |
| 17 | role hub contains an EP Bridge and other logic | 14:10:38 |
| 18 | that provides the functions necessary to | 14:10:41 |
| 19 | implement CarPlay which is much more complex | 14:10:43 |
| 20 | than a simple host-to-host bridge.  For | 14:10:46 |
| 21 | example, the CarPlay specification requires | 14:10:49 |
| 22 | the dual role hub to allow the iPhone to | 14:10:52 |
| 23 | connect as a device, and then role reverse so | 14:10:55 |
| 24 | the iPhone is connected as a host." | 14:10:59 |

JURY TRIAL - VOLUME 3

Page 263

| | | |
|---|---|---|
| 1 | Do you see you wrote that in your | 14:11:01 |
| 2 | report? | 14:11:03 |
| 3 | A.   I do. | 14:11:03 |
| 4 | Q.   Okay. | 14:11:04 |
| 5 | So first the car head unit | 14:11:04 |
| 6 | connects as a host and configures its device; | 14:11:09 |
| 7 | right? | 14:11:11 |
| 8 | A.   Correct. | 14:11:12 |
| 9 | Q.   And then the iPhone connects | 14:11:12 |
| 10 | initially as a device; right? | 14:11:14 |
| 11 | A.   Correct. | 14:11:16 |
| 12 | Q.   Then it role reverses; right? | 14:11:17 |
| 13 | A.   Right. | 14:11:21 |
| 14 | Q.   Then it connects as a host; right? | 14:11:21 |
| 15 | And then it configures the device; right? | 14:11:23 |
| 16 | A.   Correct. | 14:11:25 |
| 17 | Q.   And in order to do all of that, you | 14:11:26 |
| 18 | need software on the head unit to set up the | 14:11:29 |
| 19 | bridge; right? | 14:11:31 |
| 20 | A.   That's correct. | 14:11:32 |
| 21 | Q.   And the configuration data for the | 14:11:32 |
| 22 | bridge is stored in the head unit; right? | 14:11:34 |
| 23 | A.   That's correct. | 14:11:36 |
| 24 | Q.   And the iPhone can't use the bridge | 14:11:37 |

JURY TRIAL - VOLUME 3

Page 264

| | | |
|---|---|---|
| 1 | until the bridge is all set up; right? | 14:11:40 |
| 2 | A.   Yes, that's accurate. | 14:11:43 |
| 3 | Q.   And the iPhone needs the bridge to be | 14:11:44 |
| 4 | set up to do role reversal in being a host and | 14:11:47 |
| 5 | to be able to configure its device; right? | 14:11:50 |
| 6 | A.   Yes, that's accurate. | 14:11:54 |
| 7 | MS. DURIE:   I have no further | 14:11:56 |
| 8 | questions. | 14:11:57 |
| 9 | -   -   - | 14:12:11 |
| 10 | REDIRECT EXAMINATION | 14:12:11 |
| 11 | -   -   - | 14:12:13 |
| 12 | BY MR. FENTON: | 14:12:13 |
| 13 | Q.   Mr. Zatkovich, do you remember when | 14:12:15 |
| 14 | Ms. Durie asked some questions about your | 14:12:18 |
| 15 | claim chart for claim 23? | 14:12:21 |
| 16 | A.   I do. | 14:12:22 |
| 17 | Q.   And you answered that a NAK and a | 14:12:23 |
| 18 | ping response were standard USB. | 14:12:25 |
| 19 | Do you remember that? | 14:12:27 |
| 20 | A.   Correct.  If you are a single device | 14:12:27 |
| 21 | with a single controller, yes. | 14:12:30 |
| 22 | Q.   So would a standard USB device be | 14:12:31 |
| 23 | able to respond to a NAK or a ping to two | 14:12:34 |
| 24 | different hosts? | 14:12:37 |

Page 265

| | | |
|---|---|---|
| 1 | A.   No. | 14:12:38 |
| 2 | MR. FENTON:  No further questions. | 14:12:39 |
| 3 | THE COURT:  Okay.  Mr. Zatkovich, | 14:12:40 |
| 4 | you can step down. | 14:12:42 |
| 5 | THE WITNESS:  Thank you, Your | 14:12:43 |
| 6 | Honor. | 14:12:44 |
| 7 | THE COURT:  Take your things you | 14:12:44 |
| 8 | have with you and hand them off to counsel, if | 14:12:51 |
| 9 | you would. | 14:12:53 |
| 10 | THE WITNESS:  Thank you. | 14:12:54 |
| 11 | (Whereupon, the witness was | 14:12:54 |
| 12 | excused.) | 14:12:58 |
| 13 | MR. GRAY:  Yes, Your Honor.  At | 14:13:33 |
| 14 | this point, Microchip calls Dr. Stephen | 14:14:05 |
| 15 | Becker. | 14:14:08 |
| 16 | THE COURT:  Okay. | 14:14:09 |
| 17 | THE COURT CLERK:  Please state and | 14:14:20 |
| 18 | spell your name for the record. | 14:14:29 |
| 19 | THE WITNESS:  It's Stephen Lewis | 14:14:31 |
| 20 | Becker.  That's S-T-E-P-H-E-N and Lewis is | 14:14:32 |
| 21 | L-E-W-I-S. | |
| 22 | -  -  - | |
| 23 | ...DR. STEPHEN L. BECKER, after | |
| 24 | having been duly sworn and/or affirmed, was | |

JURY TRIAL - VOLUME 3

Page 266

1    examined and testified as follows...

2                        -  -  -                    14:14:49

3                   DIRECT EXAMINATION               14:14:49

4                        -  -  -                    14:14:51

5    BY MR. GRAY:                                    14:14:51

6        Q.   Please introduce yourself to the      14:14:51

7    jury.                                           14:14:53

8        A.   My name is Stephen Becker.  I live in  14:14:53

9    Austin, Texas.                                  14:14:55

10       Q.   What is your role in this proceeding?  14:14:58

11       A.   So I am here as Microchip's damages    14:15:00

12   expert.                                         14:15:03

13       Q.   And have you prepared some slides to   14:15:04

14   assist with your testimony here today?          14:15:06

15       A.   I have.                                14:15:08

16       Q.   Can you please tell us about your      14:15:09

17   educational background.                         14:15:11

18       A.   Sure.  I have a bachelor's degree in   14:15:13

19   computer science and electrical engineering     14:15:16

20   from University of Pennsylvania, just up the    14:15:19

21   road in Philadelphia.  I spent the first four   14:15:21

22   years of my college life in this neck of the    14:15:24

23   woods.                                          14:15:27

24            I then, after working in industry      14:15:27

JURY TRIAL - VOLUME 3

Page 267

|    |    |    |
|----|----|----|
| 1  | for a while, went to the University of Texas | 14:15:29 |
| 2  | at Austin and got a master's in business | 14:15:32 |
| 3  | administration, with a concentration in | 14:15:35 |
| 4  | finance. | 14:15:38 |
| 5  | Then went out and worked for about | 14:15:39 |
| 6  | six years in the industry again, and then came | 14:15:42 |
| 7  | back to the University of Texas and got a | 14:15:45 |
| 8  | Ph.D. in public policy, with a concentration | 14:15:47 |
| 9  | in the field called econometrics. | 14:15:50 |
| 10 | Q.   Sorry, in the field called what? | 14:15:53 |
| 11 | A.   Econometrics. | 14:15:55 |
| 12 | Q.   Could you explain a little bit about | 14:15:57 |
| 13 | what that means? | 14:15:59 |
| 14 | A.   So econometrics is, instead of sort | 14:16:00 |
| 15 | of going out and trying to invent new fields | 14:16:05 |
| 16 | or new theories in economics, kind of the | 14:16:08 |
| 17 | econometrician takes the existing toolkit of | 14:16:12 |
| 18 | economics and statistics and financial | 14:16:14 |
| 19 | analysis and sort of combines those to answer | 14:16:17 |
| 20 | real world problems. | 14:16:22 |
| 21 | Q.   And where do you currently work? | 14:16:22 |
| 22 | A.   I work at a firm in Austin called | 14:16:24 |
| 23 | Applied Economics.  This is a firm that I | 14:16:26 |
| 24 | founded about 23 years ago. | 14:16:30 |

Page 268

```
 1      Q.   Have you worked as an expert on          14:16:34

 2   patent cases involving the automotive            14:16:36

 3   industry, in fact?                               14:16:39

 4      A.   I have.  I have been working as an        14:16:42

 5   economic expert on sort of economic valuation    14:16:44

 6   issues for 25 years, since before I formed       14:16:46

 7   Applied Economics, and over the course of that   14:16:52

 8   time, I have been a -- retained as a damages     14:16:54

 9   expert on about a dozen automotive industry      14:16:59

10   patent cases.  And I've -- I think I have been   14:17:03

11   deposed seven or eight times, or in seven or     14:17:07

12   eight different cases involving that, and I've   14:17:10

13   testified at trial three times in patent cases   14:17:13

14   involving automotive technology.                 14:17:18

15      Q.   About how many times have you            14:17:20

16   testified all together on patent damages in a    14:17:21

17   patent case?                                     14:17:25

18      A.   About 30 times.                          14:17:26

19      Q.   Is it common for experts like            14:17:27

20   yourself to have testified in this role          14:17:30

21   previously?                                      14:17:32

22      A.   Yes.  Yes.  Most of the colleagues       14:17:32

23   that I know in the industry, who have been at    14:17:36

24   it as long as I have, have testified quite a     14:17:38
```

Page 269

| | | |
|---|---|---|
| 1 | few times. | 14:17:41 |
| 2 | Q.   Do you often see the same experts | 14:17:41 |
| 3 | across from you in cases? | 14:17:44 |
| 4 | A.   Yes.  It's not uncommon.  Some people | 14:17:45 |
| 5 | that I encounter, I have known them for | 14:17:48 |
| 6 | 25 years. | 14:17:51 |
| 7 | Q.   Have you ever been opposite of Mr. | 14:17:51 |
| 8 | Michael Chase, Aptiv's damages expert in this | 14:17:53 |
| 9 | case? | 14:17:56 |
| 10 | A.   You know, I don't recall whether I | 14:17:57 |
| 11 | have encountered him before or not. | 14:17:58 |
| 12 | Q.   In your work as an expert in patent | 14:18:02 |
| 13 | cases, have you testified on behalf of both | 14:18:04 |
| 14 | patentholders and defendants? | 14:18:06 |
| 15 | A.   Yes.  I have what I think is a pretty | 14:18:08 |
| 16 | good balance there.  Every time I sit down and | 14:18:12 |
| 17 | count up the cases over the years, it seems | 14:18:15 |
| 18 | like it comes out to about 50/50 for working | 14:18:17 |
| 19 | for patentholders or for accused infringers. | 14:18:20 |
| 20 | Q.   Are you being compensated for your | 14:18:25 |
| 21 | work in this case? | 14:18:27 |
| 22 | A.   I am. | 14:18:28 |
| 23 | Q.   And does your compensation depend on | 14:18:28 |
| 24 | the outcome in any way? | 14:18:30 |

JURY TRIAL - VOLUME 3

Page 270

| | | |
|---|---|---|
| 1 | A.   No, it does not. | 14:18:32 |
| 2 | MR. GRAY:  At this point, we | 14:18:33 |
| 3 | tender Dr. Becker as an expert on patent | 14:18:34 |
| 4 | infringement damages. | 14:18:37 |
| 5 | MR. WIENER:  No objection, Your | 14:18:40 |
| 6 | Honor. | 14:18:41 |
| 7 | THE COURT:  Proceed. | 14:18:41 |
| 8 | BY MR. GRAY: | 14:18:43 |
| 9 | Q.   Let's turn to the work you did in | 14:18:43 |
| 10 | this case.  Explain to the jury what your | 14:18:45 |
| 11 | assignment was. | 14:18:47 |
| 12 | A.   The assignment can be defined pretty | 14:18:48 |
| 13 | simply, to quantify Microchip's damages that | 14:18:51 |
| 14 | result from Aptiv's infringement of the '243 | 14:18:53 |
| 15 | Patent. | 14:18:57 |
| 16 | Q.   And have you made any assumptions | 14:18:57 |
| 17 | about infringement in this case for the | 14:18:58 |
| 18 | purposes of your work? | 14:19:00 |
| 19 | A.   I have.  For my work, and any patent | 14:19:01 |
| 20 | damages expert has to make the assumption that | 14:19:04 |
| 21 | the patent is infringed.  That sort of makes | 14:19:07 |
| 22 | my testimony relevant.  I am not expressing an | 14:19:11 |
| 23 | opinion that it is infringed, but you'll hear | 14:19:14 |
| 24 | me talk about the infringement because I have | 14:19:16 |

JURY TRIAL - VOLUME 3

Page 271

| | | |
|---|---|---|
| 1 | to assume that that has occurred. | 14:19:18 |
| 2 | Q.    And what about for the issue of | 14:19:21 |
| 3 | validity; have you made any assumptions on | 14:19:24 |
| 4 | that issue? | 14:19:25 |
| 5 | A.    Similar assumptions for my testimony; | 14:19:26 |
| 6 | I must assume that the patent is valid, it is | 14:19:29 |
| 7 | not a question for me to answer, and I simply | 14:19:32 |
| 8 | have assumed it for my work. | 14:19:34 |
| 9 | Q.    Before we get into the details of | 14:19:36 |
| 10 | your work in this case, can you please give | 14:19:37 |
| 11 | the jury a summary of the opinions that we're | 14:19:39 |
| 12 | going to discuss today? | 14:19:41 |
| 13 | A.    Sure.  My opinions fall into two | 14:19:42 |
| 14 | different categories that we'll talk about | 14:19:47 |
| 15 | today.  First I have an opinion that Microchip | 14:19:50 |
| 16 | has suffered what we call Lost Profits; that | 14:19:53 |
| 17 | there are sales that Microchip would have made | 14:19:58 |
| 18 | if Aptiv's infringement had not occurred.  And | 14:20:00 |
| 19 | that category of damages is 35.2 million units | 14:20:04 |
| 20 | of chips that my analysis indicates Microchip | 14:20:09 |
| 21 | would have earned $70.9 million in profit on | 14:20:14 |
| 22 | those sales.  So that's the first category of | 14:20:18 |
| 23 | damages, the 70.9 million of what we call lost | 14:20:22 |
| 24 | profits. | 14:20:26 |

```
 1              I have a second category called a          14:20:27

 2    Reasonable Royalty that we'll get into this          14:20:31

 3    later, but not all of the units that Aptiv          14:20:35

 4    sold, in my opinion, should be compensated as       14:20:37

 5    lost profits, and for the 9.7 million units         14:20:40

 6    that fall into the reasonable royalty bucket,       14:20:46

 7    the damages are $13.6 million.                      14:20:50

 8              If we -- and in total, those total        14:20:57

 9    84.4 million.                                       14:21:01

10       Q.   Okay.                                       14:21:02

11              And what types of information did         14:21:03

12    you consider in reaching your opinions in this      14:21:05

13    case?                                               14:21:07

14       A.   So in this case, like most cases that       14:21:07

15    I work on, the parties produce lots of              14:21:10

16    documents and data.  For my work, I rely a lot      14:21:13

17    on financial data that Aptiv produced,              14:21:18

18    financial data that Microchip produced; lots        14:21:21

19    of depositions get taken.  My staff and I           14:21:24

20    reviewed those.                                     14:21:27

21              We also do research to sort of            14:21:28

22    publicly available information on the               14:21:32

23    technology at issue and the market that these       14:21:36

24    products go into.                                   14:21:38
```

Page 273

|    |                                                          |          |
|----|----------------------------------------------------------|----------|
| 1  | And then there is some specific                          | 14:21:40 |
| 2  | things that I am relying on Mr. Zatkovich for            | 14:21:43 |
| 3  | for his technical opinions, and also on my              | 14:21:47 |
| 4  | interviews with Microchip executives like Mr.           | 14:21:50 |
| 5  | Obolsky.                                                 | 14:21:53 |
| 6  | Q.   Do damages experts typically rely on               | 14:21:56 |
| 7  | these types of information?                              | 14:21:58 |
| 8  | A.   Yes.  This is a typical category, but              | 14:21:59 |
| 9  | obviously not these specific individuals.               | 14:22:03 |
| 10 | Q.   Okay.                                               | 14:22:07 |
| 11 | In your summary slide, you                               | 14:22:08 |
| 12 | indicated you had a lost profits opinion and a          | 14:22:10 |
| 13 | reasonable royalty opinion.  Let's talk about           | 14:22:12 |
| 14 | the lost profits opinion first.                          | 14:22:14 |
| 15 | A.   Okay.                                               | 14:22:15 |
| 16 | Q.   Can you please explain to the jury                 | 14:22:15 |
| 17 | what you mean by lost profits?                           | 14:22:18 |
| 18 | A.   So what I've got on the screen here                | 14:22:20 |
| 19 | is a quote from a case that sort of sets forth          | 14:22:22 |
| 20 | the test for lost profits.  It's called the             | 14:22:25 |
| 21 | Panduit test.  This is a case in 1978.                   | 14:22:28 |
| 22 | And what it says is that -- I'll                         | 14:22:33 |
| 23 | sort of paraphrase.  If the plaintiff,                   | 14:22:35 |
| 24 | Microchip in this case, can demonstrate that            | 14:22:38 |

Page 274

```
 1    there are sales that reasonably would have          14:22:42

 2    been made if Aptiv had not infringed, so take       14:22:44

 3    their infringing product off the market, if         14:22:47

 4    that product going away means that Microchip        14:22:52

 5    would have made some additional sales, any          14:22:54

 6    additional sales, then for those sales, they        14:22:55

 7    may be entitled to lost profits on those            14:22:59

 8    sales.                                              14:23:02

 9        Q.   When you say, "but for infringement,"      14:23:07

10    or when this case uses that phrase, "but for        14:23:09

11    alleged infringement," what does that mean?         14:23:12

12        A.   So we know that Aptiv actively             14:23:14

13    launched and sold the dual role hub product         14:23:19

14    that's accused in this case.  That began in         14:23:23

15    2015 and sales are occurring right through          14:23:26

16    today.                                              14:23:30

17             I have to imagine a world where            14:23:30

18    that didn't happen.  So 2015 comes along,           14:23:32

19    Unwired never launches that product, Aptiv          14:23:38

20    never launches that product, it's never sold        14:23:41

21    to anybody.                                         14:23:43

22             I need to look, from an economic           14:23:44

23    perspective, what would the world look like,        14:23:46

24    and in particular, what would Microchip's           14:23:49
```

Page 275

```
 1    sales have been of any of their products if        14:23:53

 2    that Aptiv and Unwired product had never been      14:23:56

 3    sold.                                              14:23:58

 4        Q.   When you say, "sales of their             14:23:59

 5    products," do you mean sales of products           14:24:00

 6    incorporating their chip?                          14:24:03

 7        A.   Their -- well, when I'm talking about     14:24:05

 8    Aptiv and Unwired, it's sales of hubs that had     14:24:08

 9    the Boston chip in it, that do this dual role      14:24:12

10    multi-host control function.                       14:24:17

11        Q.   So in other words, the -- if the          14:24:18

12    Boston chip hadn't been sold, what chip would      14:24:21

13    have been used instead; is that a fair way to      14:24:24

14    summarize part of the analysis?                    14:24:27

15        A.   Well, it's on reconstructing the          14:24:29

16    market.  So we have to take the Boston chip        14:24:31

17    out of the market.  The OEMs still need hubs,      14:24:33

18    Aptiv can still sell a hub.  The question is       14:24:39

19    what chip is going to go in that hub, and it       14:24:42

20    can't be the infringing Boston chip.              14:24:45

21             So that's what I'm trying to             14:24:48

22    figure out, is, in the absence of the Boston      14:24:49

23    chip being put into the Aptiv hubs and sold,      14:24:51

24    what would the world look like.                    14:24:56
```

Page 276

```
 1        Q.   So what did this Panduit case tell us        14:24:58

 2   about how we determined or how you determined          14:25:01

 3   whether Microchip has lost any lost profit             14:25:03

 4   damages?                                               14:25:07

 5        A.   So the good news for me as a damages         14:25:07

 6   expert is that I sort of have a checklist from         14:25:10

 7   this case.  I just don't have to, sort of,            14:25:12

 8   every time reinvent the wheel about how to            14:25:14

 9   figure this out.                                       14:25:16

10             We call these the Panduit factors.           14:25:17

11   They are four things that I step through and          14:25:20

12   they get us, sort of, successively closer to a        14:25:22

13   conclusion that there have been some lost             14:25:26

14   profits.                                               14:25:28

15             The first factor is whether there           14:25:29

16   is any demand for the patented product.               14:25:32

17   Obviously if nobody was buying the thing that          14:25:37

18   was being fought about in the patent case,            14:25:40

19   there wouldn't be any lost profits because            14:25:42

20   nobody is buying it anyway.  So that one just         14:25:44

21   says is there any commerce in that particular         14:25:48

22   product or a product that uses the patented           14:25:51

23   thing.                                                 14:25:54

24             The second is a little bit of a             14:25:55
```

Page 277

| | | |
|---|---|---|
| 1 | mouthful, but it's absence of acceptable | 14:25:58 |
| 2 | non-infringing substitutes, and really what | 14:26:00 |
| 3 | I'm looking at here is if Aptiv has to stop | 14:26:03 |
| 4 | using the Boston chip, is there a | 14:26:07 |
| 5 | non-infringing thing that they could do. | 14:26:11 |
| 6 | Could they modify that chip in some way to | 14:26:15 |
| 7 | essentially replicate the features that their | 14:26:18 |
| 8 | customers wanted, but do it in a | 14:26:20 |
| 9 | non-infringing way. | 14:26:23 |
| 10 | If that's the case, then they | 14:26:25 |
| 11 | might have, in this but-for world, changed the | 14:26:27 |
| 12 | chip so they could offer the same features | 14:26:30 |
| 13 | without infringing, and they would have kept | 14:26:32 |
| 14 | those sales and Microchip wouldn't have lost | 14:26:35 |
| 15 | the sales.  So I look at this question about | 14:26:37 |
| 16 | is there something that could be a | 14:26:40 |
| 17 | interchangeable substitute for the product at | 14:26:43 |
| 18 | issue. | 14:26:46 |
| 19 | Once I've determined those first | 14:26:48 |
| 20 | two things, if we get past those two first | 14:26:50 |
| 21 | gates, I really have concluded that Microchip | 14:26:53 |
| 22 | did lose some sales. | 14:26:56 |
| 23 | The third step is to say, all | 14:26:58 |
| 24 | right, the market is telling us that there | 14:27:00 |

JURY TRIAL - VOLUME 3

Page 278

| | | |
|---|---|---|
| 1 | would have been more demand for Microchip's | 14:27:02 |
| 2 | chips, did they have a capacity to make these | 14:27:05 |
| 3 | extra sales?  Was there enough manufacturing | 14:27:10 |
| 4 | capacity to make those sales? | 14:27:13 |
| 5 | The last is if the answer to three | 14:27:15 |
| 6 | is yes and you have the capacity, then the | 14:27:18 |
| 7 | question is would there have been a profit on | 14:27:21 |
| 8 | those sales.  You can imagine a world where | 14:27:25 |
| 9 | somebody loses sales, they would have made the | 14:27:27 |
| 10 | sales but it was a money-losing product, no | 14:27:29 |
| 11 | profit on the units that were sold.  So we | 14:27:32 |
| 12 | wouldn't have lost profits even if we had lost | 14:27:35 |
| 13 | sales. | 14:27:38 |
| 14 | So we're really kind of getting | 14:27:39 |
| 15 | down to that last step, which is if there are | 14:27:40 |
| 16 | lost sales that Microchip could have made and | 14:27:43 |
| 17 | it had the capacity to make them, would there | 14:27:45 |
| 18 | have been a profit on that that I can actually | 14:27:47 |
| 19 | estimate. | 14:27:49 |
| 20 | Q.   And did you consider each of these | 14:27:50 |
| 21 | four factors in your analysis in this case? | 14:27:52 |
| 22 | A.   I did. | 14:27:55 |
| 23 | Q.   Okay. | 14:27:57 |
| 24 | So turning to the first factor, | 14:27:57 |

Page 279

| | | |
|---|---|---|
| 1 | what did you do to determine whether there was | 14:28:00 |
| 2 | demand for the patented product? | 14:28:02 |
| 3 | A.   So here, I looked out in the | 14:28:05 |
| 4 | marketplace first at Microchip's product line | 14:28:08 |
| 5 | and said, is there a product that they sell | 14:28:10 |
| 6 | that practices the patent?  And I also looked | 14:28:13 |
| 7 | at the same thing for Aptiv; is there a | 14:28:18 |
| 8 | product that is at least accused of having the | 14:28:19 |
| 9 | patent in it?  And I have to assume that it | 14:28:23 |
| 10 | does.  So we just look at some sales data for | 14:28:25 |
| 11 | both companies. | 14:28:28 |
| 12 | The first place I looked is at the | 14:28:30 |
| 13 | Microchip product line, if we go to the next | 14:28:32 |
| 14 | slide.  I think we've heard about that, so far | 14:28:36 |
| 15 | in this case, there are two models of the USB | 14:28:39 |
| 16 | high speed multi-host controller that | 14:28:43 |
| 17 | Microchip sells, the USB4916 and the USB4914. | 14:28:47 |
| 18 | The sales data that my staff and I | 14:28:54 |
| 19 | analyzed, and if we click ahead, the units, | 14:28:56 |
| 20 | sold units from that of June of 2017 through | 14:29:04 |
| 21 | September of 2021 total just under 8.4 million | 14:29:06 |
| 22 | units.  So clearly, there is demand for | 14:29:11 |
| 23 | Microchip's patented product. | 14:29:13 |
| 24 | Q.   And is the data -- this data, the | 14:29:18 |

Page 280

| | | |
|---|---|---|
| 1 | 8.4 million units, is that from Exhibit 50? | 14:29:20 |
| 2 | A.   It is. | 14:29:23 |
| 3 | Q.   And you said a second ago, you | 14:29:25 |
| 4 | referenced the 4916 and 4914 products.  Do you | 14:29:27 |
| 5 | understand that that's the Sandia chip? | 14:29:31 |
| 6 | A.   Yes, that's what -- we'll see that in | 14:29:32 |
| 7 | some of the other documents, but the shorthand | 14:29:36 |
| 8 | or the name of that product is the Sandia | 14:29:38 |
| 9 | product. | 14:29:41 |
| 10 | Q.   Okay. | 14:29:41 |
| 11 | Did you look at anything else? | 14:29:41 |
| 12 | A.   So I looked at Aptiv's world, and | 14:29:44 |
| 13 | based on what's accused of being the | 14:29:48 |
| 14 | patent-practicing product, that I have to | 14:29:53 |
| 15 | assume is practicing the '243 Patent, is | 14:29:56 |
| 16 | Aptiv's multi-host product.  It's the Boston 2 | 14:29:59 |
| 17 | chip that is used within the dual role hub | 14:30:02 |
| 18 | that Delphi first and now Aptiv sells to the | 14:30:06 |
| 19 | OEMs, mostly to The Big 3 OEMs here in the | 14:30:11 |
| 20 | U.S. | 14:30:15 |
| 21 | Q.   Let's pause there for a second before | 14:30:16 |
| 22 | we click forward. | 14:30:17 |
| 23 | MR. GRAY:  At this point, we offer | 14:30:26 |
| 24 | Exhibit 182 into evidence. | 14:30:28 |

JURY TRIAL - VOLUME 3

Page 281

| | | |
|---|---|---|
| 1 | THE COURT:  No objection? | 14:30:29 |
| 2 | MR. WIENER:  No. | 14:30:30 |
| 3 | THE COURT:  All right.  It will be | 14:30:31 |
| 4 | received. | 14:30:33 |
| 5 | MR. GRAY:  We'd also like to offer | 14:30:40 |
| 6 | Exhibits 18 and 125 into evidence. | 14:30:42 |
| 7 | MR. WIENER:  No objection. | 14:30:44 |
| 8 | THE COURT:  Okay.  They'll come | 14:30:45 |
| 9 | in. | 14:30:49 |
| 10 | MR. GRAY:  Okay.  We can move | 14:30:49 |
| 11 | forward. | 14:30:51 |
| 12 | THE WITNESS:  All right.  If you | 14:30:51 |
| 13 | click ahead, here I've got data on the prior | 14:30:52 |
| 14 | slide.  The data for Microchip went through | 14:30:56 |
| 15 | September of 2021, just, you know, everybody | 14:30:59 |
| 16 | has to -- at some point, you declare a stop on | 14:31:02 |
| 17 | the data, and that's what I have to work with. | 14:31:05 |
| 18 | For Microchip, that data went | 14:31:08 |
| 19 | through September; for Aptiv, we have data | 14:31:09 |
| 20 | through November of 2021.  And the sales of | 14:31:13 |
| 21 | the Aptiv multi-host products that are accused | 14:31:17 |
| 22 | in this case are 44.9 million units. | 14:31:20 |
| 23 | BY MR. GRAY: | 14:31:25 |
| 24 | Q.  And I see on your slide, this is from | 14:31:25 |

JURY TRIAL - VOLUME 3

Page 282

| | | |
|---|---|---|
| 1 | Exhibit 182; is that accurate? | 14:31:27 |
| 2 | A.   Yes. | 14:31:29 |
| 3 | MR. GRAY:  And can we pull | 14:31:32 |
| 4 | Exhibit 182 up and just look at the total of | 14:31:34 |
| 5 | the bottom right of the spreadsheet. | 14:31:36 |
| 6 | BY MR. GRAY: | 14:31:38 |
| 7 | Q.   And my question is going to be, why | 14:31:38 |
| 8 | doesn't your number reflect the same number in | 14:31:39 |
| 9 | the spreadsheet from the financial data that | 14:31:43 |
| 10 | Aptiv provided?  Your number is lower. | 14:31:45 |
| 11 | A.   So can you go all the way over and | 14:31:50 |
| 12 | can you zoom in on that and blow it up?  Okay. | 14:31:52 |
| 13 | 46 million 300.  Yes, the data that Aptiv | 14:32:03 |
| 14 | produced, which at least I understood was to | 14:32:07 |
| 15 | be data that was sales of the different models | 14:32:12 |
| 16 | that they have that practice -- they are | 14:32:15 |
| 17 | accused of infringement here. | 14:32:18 |
| 18 | It turns out there are just like | 14:32:21 |
| 19 | two or three out of hundreds and hundreds of | 14:32:23 |
| 20 | line items on there that are for products | 14:32:25 |
| 21 | that, on a prior production, some time ago, | 14:32:28 |
| 22 | Aptiv produced some data that said this model | 14:32:32 |
| 23 | is not used for CarPlay.  I think it's one of | 14:32:36 |
| 24 | them goes in the back seat of a particular car | 14:32:40 |

JURY TRIAL - VOLUME 3

Page 283

| | | |
|---|---|---|
| 1 | model, so it's not used for CarPlay, or it's | 14:32:42 |
| 2 | not CarPlay capable the way it's built into | 14:32:45 |
| 3 | the hub. | 14:32:48 |
| 4 | And so we went through and pulled | 14:32:49 |
| 5 | those just couple of -- I think there's three | 14:32:53 |
| 6 | part numbers that got pulled out in order to | 14:32:56 |
| 7 | be -- make sure that I was trying to limit | 14:32:58 |
| 8 | this just to the accused products that were | 14:33:00 |
| 9 | CarPlay capable. | 14:33:03 |
| 10 | Q.   Thank you. | 14:33:04 |
| 11 | And what did you conclude from | 14:33:06 |
| 12 | this evidence of about 45 million sales by | 14:33:09 |
| 13 | Aptiv? | 14:33:12 |
| 14 | A.   So seeing that Aptiv had lots of | 14:33:13 |
| 15 | sales of patent-practicing product, Microchip | 14:33:16 |
| 16 | had sales of patent product, there's clearly | 14:33:20 |
| 17 | demand for the patent product so we clearly | 14:33:23 |
| 18 | put a checkmark on that one. | 14:33:27 |
| 19 | Q.   What's the next factor? | 14:33:28 |
| 20 | A.   So the next factor is whether there | 14:33:30 |
| 21 | are any acceptable non-infringing substitutes, | 14:33:32 |
| 22 | where essentially I am asking the question, is | 14:33:35 |
| 23 | there a way to provide the features that the | 14:33:38 |
| 24 | customers who bought Aptiv's product were | 14:33:40 |

Page 284

| | | |
|---|---|---|
| 1 | demanding, could they have provided that | 14:33:44 |
| 2 | feature set in a way that didn't infringe? | 14:33:48 |
| 3 | And I did a number of things to | 14:33:51 |
| 4 | answer that question. | 14:33:54 |
| 5 | Q.   Okay. | 14:33:56 |
| 6 | So what did you do to determine | 14:33:57 |
| 7 | whether there were any acceptable | 14:33:58 |
| 8 | non-infringing substitutes? | 14:34:01 |
| 9 | A.   So the first thing I did was talk to | 14:34:03 |
| 10 | Microchip's technical expert, Mr. Zatkovich, | 14:34:06 |
| 11 | because essentially at one level -- this is a | 14:34:11 |
| 12 | very technical question -- is there a way to | 14:34:13 |
| 13 | provide the features that are enabled by the | 14:34:16 |
| 14 | patent and that are the key features in these | 14:34:18 |
| 15 | accused products, and in the Sandia product, | 14:34:21 |
| 16 | which are the single-lane CarPlay on the -- | 14:34:25 |
| 17 | any downstream port with the persistent USB. | 14:34:30 |
| 18 | And we've heard a lot about that, | 14:34:34 |
| 19 | single-lane persistent USB with CarPlay on any | 14:34:36 |
| 20 | port.  Is there a way to do that without using | 14:34:39 |
| 21 | the patent? | 14:34:44 |
| 22 | What Mr. Zatkovich told me is no. | 14:34:45 |
| 23 | So from a technical standpoint, there are no | 14:34:48 |
| 24 | available non-infringing substitutes that | 14:34:52 |

JURY TRIAL - VOLUME 3

Page 285

| | | |
|---|---|---|
| 1 | would provide a substitute product that met | 14:34:54 |
| 2 | all of the characteristics. | 14:34:56 |
| 3 | Q.   Did you rely on anything other than | 14:34:59 |
| 4 | Mr. Zatkovich? | 14:35:00 |
| 5 | A.   I did.  I also went and looked at | 14:35:01 |
| 6 | market evidence.  I wanted to see, you know, | 14:35:04 |
| 7 | what is the market telling me about are there | 14:35:06 |
| 8 | a bunch of companies out there offering chips | 14:35:11 |
| 9 | or using chips that do single-lane persistent | 14:35:14 |
| 10 | USB, CarPlay on all the downstream ports? | 14:35:18 |
| 11 | Because the market can tell me that, too, | 14:35:23 |
| 12 | since there's clearly demand for this product. | 14:35:25 |
| 13 | And what I found is that, at least | 14:35:28 |
| 14 | out in the marketplace, there seemed to be | 14:35:30 |
| 15 | only two options; one is the Microchip | 14:35:33 |
| 16 | multi-host Sandia chip and the second is | 14:35:36 |
| 17 | Aptiv's multi-host chip that's in the dual | 14:35:40 |
| 18 | role hub. | 14:35:44 |
| 19 | So again, I am getting | 14:35:45 |
| 20 | confirmation of Mr. Zatkovich's technical | 14:35:46 |
| 21 | opinion when I look out in the marketplace, | 14:35:49 |
| 22 | and here, these products have been out there | 14:35:53 |
| 23 | for I think six, seven years, and we seem to | 14:35:55 |
| 24 | have only two companies that are selling to | 14:35:59 |

Page 286

| | | |
|---|---|---|
| 1 | the U.S. OEMs to meet that need for | 14:36:02 |
| 2 | single-lane persistent USB CarPlay. | 14:36:05 |
| 3 | Q.   Is another way to say that that | 14:36:08 |
| 4 | Microchip and Aptiv are the only two companies | 14:36:11 |
| 5 | on the market offering a multi-host solution? | 14:36:13 |
| 6 | A.   Yes.  It's -- essentially for that | 14:36:16 |
| 7 | feature set, it is a two-supplier marketplace. | 14:36:19 |
| 8 | MR. GRAY:  Mr. Ferrer, could you | 14:36:23 |
| 9 | please pull up Exhibit 25. | 14:36:25 |
| 10 | BY MR. GRAY. | 14:36:28 |
| 11 | Q.   Dr. Becker, when this appears, is | 14:36:29 |
| 12 | this a document that you relied on in forming | 14:36:32 |
| 13 | your opinions in this case? | 14:36:34 |
| 14 | A.   It is. | 14:36:35 |
| 15 | Q.   Can you remind the jury what this | 14:36:35 |
| 16 | document is? | 14:36:37 |
| 17 | A.   So this is the document I think | 14:36:38 |
| 18 | that's been used before.  This is the Product | 14:36:39 |
| 19 | Business Plan for Sandia from initially, I | 14:36:42 |
| 20 | think, sort of July/August of 2015.  This is a | 14:36:47 |
| 21 | document where Microchip is sort of laying out | 14:36:51 |
| 22 | its market strategy, technical and market | 14:36:55 |
| 23 | strategy for the Sandia product. | 14:37:00 |
| 24 | Q.   Was there anything you found in this | 14:37:01 |

Page 287

```
 1   document that was relevant to your analysis of        14:37:03

 2   who was in the market with a multi-host               14:37:05

 3   controller product?                                   14:37:07

 4       A.   Yes.  There is actually a section of         14:37:08

 5   this business plan, not surprisingly if you           14:37:10

 6   are doing business planning, that there is a          14:37:13

 7   whole section on competition.  And for this           14:37:15

 8   question on Panduit, I looked to the                  14:37:19

 9   competition section of this document.                 14:37:23

10            MR. GRAY:  Okay.  Mr. Ferrer, can            14:37:27

11   we please turn to page 18.                            14:37:28

12   BY MR. GRAY:                                          14:37:30

13       Q.   Dr. Becker, what does this section of        14:37:31

14   the Sandia Business Plan discuss?                     14:37:35

15       A.   So this section, 5.4 of the document,        14:37:36

16   discusses competition.  And you can see the           14:37:38

17   very first company that's listed there is             14:37:41

18   Delphi.  We can pull up what they have to say         14:37:44

19   about Delphi.  This has all been talked about         14:37:48

20   quite a bit.                                          14:37:53

21            Delphi Automotive, through the               14:37:54

22   acquisition of Unwired, has a multi-host ASIC         14:37:55

23   solution, so that's the Boston chip, that they        14:37:59

24   are currently providing to the market, and it         14:38:02
```

Page 288

```
 1    has been designed in the GM, Ford and          14:38:05

 2    Chrysler.  This chip represents a sole source, 14:38:09

 3    point solution for a silicon USB chip.         14:38:12

 4           So this, at least with respect to       14:38:15

 5    the first competitor that you are talking      14:38:19

 6    about, they are saying other than themselves,  14:38:21

 7    obviously this business plan is about          14:38:23

 8    launching their multi-host chip.  They're      14:38:25

 9    saying Delphi is in the market with a          14:38:28

10    multi-host chip that is already in The Big 3   14:38:30

11    at GM, Ford and Chrysler.                      14:38:34

12        Q.   And if we go back to the full page,   14:38:37

13    and I see that there are some other companies  14:38:39

14    listed on page 18 that we are looking at, and  14:38:41

15    then also on page 19.                          14:38:44

16           Did you review what this business       14:38:46

17    plan talks about with these competitors?       14:38:48

18        A.   Yes.  So the plan touched on a couple 14:38:50

19    of other chipmakers, and the conclusion with   14:38:53

20    respect to TI, Cypress, Renesas, NXP is they   14:39:01

21    don't have a product and they weren't really   14:39:05

22    expected to be able to come out with a product 14:39:08

23    that had a multi-host controller in it.        14:39:10

24        Q.   So why was that important to your     14:39:12
```

Page 289

```
 1    opinion?                                          14:39:14

 2        A.   Well, it ends up -- when we get to       14:39:14

 3    the next step in the analysis, it is going to     14:39:19

 4    be even more important, but with respect to       14:39:21

 5    the question about whether there are              14:39:23

 6    alternatives to meet this demand for              14:39:24

 7    single-lane persistent USB CarPlay, from an       14:39:29

 8    economic standpoint, it's significant that        14:39:32

 9    there are only two players in the market.  It     14:39:35

10    tells me that this is something that is not       14:39:38

11    sort of widely -- not everybody is doing it.      14:39:40

12    It is a unique solution.                          14:39:44

13        Q.   So what did you conclude from that       14:39:50

14    evidence?                                         14:39:52

15        A.   So I concluded from this evidence        14:39:52

16    that Panduit factor 2 is met, if we go back to    14:39:54

17    the Panduit factor list.  I concluded that        14:39:58

18    there is an absence of acceptable                 14:40:03

19    non-infringing alternatives.  It is a double      14:40:06

20    negative, but we can check the box.               14:40:09

21        Q.   Okay.  Thank you.                        14:40:10

22             What is the next factor?                 14:40:11

23        A.   So the next factor is I need to look     14:40:13

24    at whether Microchip has the capacity to make     14:40:16
```

Page 290

1    these extra sales.                                   14:40:18

2        Q.   What did you do to assess whether           14:40:23

3    Microchip had sufficient capacity to make            14:40:25

4    these extra sales?                                   14:40:27

5        A.   So the first step in figuring out           14:40:28

6    whether they have the capacity is to figure          14:40:30

7    out how many chips we're talking about.  I           14:40:33

8    can't answer the question if it was can you          14:40:35

9    make 10 more chips or is it 100 or is it a           14:40:38

10   million.  I need to calibrate the magnitude of       14:40:42

11   the increase.                                        14:40:45

12           And so what I've got here is the             14:40:46

13   sales data for this 44.9 million chips.  I           14:40:48

14   think it is the same data that we looked at          14:40:54

15   before that was just summarized.  Here I've          14:40:56

16   got it laid out by year, because this sort of        14:40:59

17   annual volume is what's going to be important.       14:41:01

18       Q.   Okay.                                       14:41:04

19           So what is the total volume of              14:41:04

20   infringing sales?                                    14:41:06

21       A.   So here, instead of taking all              14:41:08

22   44.9 million, what I recognized was that the         14:41:12

23   first bit of time on this chart, if we click         14:41:15

24   ahead, there is a period of time that was            14:41:20

Page 291

| | | |
|---|---|---|
| 1 | prior to when the Sandia solution was | 14:41:22 |
| 2 | launched.  And so I start my lost profits | 14:41:26 |
| 3 | analysis in the third quarter of 2017, after | 14:41:29 |
| 4 | Microchip's competing multi-host Sandia | 14:41:37 |
| 5 | solution has come on the market.  That's where | 14:41:41 |
| 6 | these two chips are competing directly. | 14:41:43 |
| 7 | And obviously if there's only two | 14:41:46 |
| 8 | and they're competing directly and you take | 14:41:48 |
| 9 | one away, the customers wanted single-lane | 14:41:51 |
| 10 | persistent USB, they had two options and now | 14:41:54 |
| 11 | they have one.  I conclude that Microchip | 14:41:58 |
| 12 | would have been made those additional sales | 14:42:01 |
| 13 | after Sandia launched. | 14:42:04 |
| 14 | So that actually totals, if we | 14:42:06 |
| 15 | click ahead, to 35.2 million chips, and if we | 14:42:09 |
| 16 | look at the magnitude of the sales in any | 14:42:13 |
| 17 | year, the biggest year there is an increase of | 14:42:17 |
| 18 | about 10 million chips. | 14:42:20 |
| 19 | The volumes are going down, but I | 14:42:22 |
| 20 | need to ask the question, does Microchip have | 14:42:24 |
| 21 | the ability to make an additional 10 million | 14:42:27 |
| 22 | chips in a year? | 14:42:31 |
| 23 | Q.   And what did you do to determine | 14:42:32 |
| 24 | whether Microchip had the capacity to make an | 14:42:34 |

Page 292

```
 1    additional 7 to 10 million chips a year?              14:42:36

 2        A.   So I talked to Mr. Obolsky and looked       14:42:39

 3    at some of the evidence in the record about           14:42:42

 4    the production process, and what I learned is         14:42:44

 5    that there are really three major steps.              14:42:50

 6            First is the production of wafers,            14:42:52

 7    all these little chips end up sort of being           14:42:57

 8    printed on a big wafer.  It looks like a small        14:43:00

 9    record album, and then it gets cut into little        14:43:03

10    chips.                                                14:43:06

11            TSMC is the largest wafer maker in            14:43:06

12    the world, and that's who makes the wafers for        14:43:11

13    Microchip.  They have massive capacity.               14:43:14

14            The next step is probe and test.              14:43:17

15    Those wafers get tested by Microchip at a             14:43:22

16    facility in Thailand, and then it gets sent on        14:43:25

17    to assembly and packaging where Microchip has         14:43:29

18    a number of different options.  All of them           14:43:32

19    are very large contract manufacturing                 14:43:34

20    companies that do this.                               14:43:36

21        Q.   Were you here when Mr. Obolsky               14:43:38

22    testified?                                            14:43:40

23        A.   I was.                                       14:43:40

24        Q.   Do you recall his testimony about the        14:43:41
```

Page 293

1    volume of chips Microchip makes per day?          14:43:43

2        A.   Yes.  I recall it being -- I think it    14:43:46

3    was 20 million chips a day.                        14:43:50

4        Q.   Do you know about how many chips per      14:43:52

5    day the incremental sales for the lost profits     14:43:54

6    purposes would represent?                          14:43:59

7        A.   In round numbers, in that peak year,      14:43:59

8    it's less than 30,000 a day.                       14:44:04

9        Q.   30,000 compared to 20 million a day       14:44:05

10   that they actually produce now?                    14:44:08

11       A.   Yes.  It's a tiny, tiny increase in       14:44:10

12   terms of their overall production.                 14:44:13

13       Q.   So what does that tell you about          14:44:14

14   Microchip's capacity to meet the demand for        14:44:16

15   these incremental sales?                           14:44:18

16       A.   It tells me that they could have          14:44:20

17   easily met the demand for an increase of this      14:44:21

18   magnitude.  I know 10 million chips sounds          14:44:25

19   like a lot, but for a company that's making 20     14:44:28

20   million chips a day, 10 million over the           14:44:31

21   course of an entire year really isn't a very       14:44:36

22   big increase.                                      14:44:39

23       Q.   So what about marketing capacity; did     14:44:39

24   you assess Microchip's ability to serve            14:44:42

Page 294

| | | |
|---|---|---|
| 1 | additional customers from a sales and | 14:44:44 |
| 2 | marketing perspective? | 14:44:46 |
| 3 | A.   I did.  So on this, we're -- a couple | 14:44:47 |
| 4 | things about this market and this particular | 14:44:53 |
| 5 | chip.  One is to make additional sales, they | 14:44:57 |
| 6 | don't have to go out and spend money on the | 14:45:01 |
| 7 | marketing brochures and the sort of things | 14:45:04 |
| 8 | that, you know, you might have to go have | 14:45:07 |
| 9 | somebody design the pages on a website that | 14:45:09 |
| 10 | describe the product because they're already | 14:45:12 |
| 11 | out there.  By the time I start the lost | 14:45:14 |
| 12 | profits damages, the chip is actually being | 14:45:18 |
| 13 | sold.  We saw that they sold, I think, eight | 14:45:20 |
| 14 | million of these.  So there's no additional | 14:45:23 |
| 15 | marketing spend that they need to do. | 14:45:25 |
| 16 | As far as the sales relationships, | 14:45:27 |
| 17 | the primary customer for this chip, if Boston, | 14:45:30 |
| 18 | the Boston chip isn't there, is actually | 14:45:33 |
| 19 | Aptiv, who is trying to win these OEM deals, | 14:45:37 |
| 20 | did win it with the Boston chip, but in this | 14:45:41 |
| 21 | but-for world, they can't use the Boston chip. | 14:45:44 |
| 22 | The evidence is very clear that the only other | 14:45:48 |
| 23 | chip they could have put in those hubs that | 14:45:50 |
| 24 | would satisfy the demand for single-lane | 14:45:53 |

Page 295

| | | |
|---|---|---|
| 1 | CarPlay is Microchip's Sandia chip. | 14:45:56 |
| 2 | They already have a relationship | 14:45:59 |
| 3 | with Aptiv.  I think Mr. Obolsky testified, | 14:46:02 |
| 4 | they're still selling hundreds of parts to | 14:46:05 |
| 5 | them. | 14:46:05 |
| 6 | So I concluded, based on my | 14:46:08 |
| 7 | discussion with Mr. Obolsky, that no | 14:46:10 |
| 8 | additional sales and marketing costs of any | 14:46:13 |
| 9 | kind of any meaningful amount would need to be | 14:46:16 |
| 10 | spent to make these sales.  So they clearly | 14:46:19 |
| 11 | have the marketing capacity to do it. | 14:46:22 |
| 12 | Q.   So what is your conclusion from | 14:46:25 |
| 13 | consideration of Panduit factor 3? | 14:46:27 |
| 14 | A.   So on that, having made an assessment | 14:46:31 |
| 15 | of the volume of chips that will be sold and | 14:46:33 |
| 16 | what that means in terms of marketing and | 14:46:35 |
| 17 | manufacturing capacity, I concluded that they | 14:46:39 |
| 18 | do have the capacity, so we put a checkmark | 14:46:41 |
| 19 | there. | 14:46:44 |
| 20 | Q.   Okay. | 14:46:45 |
| 21 | So under Panduit factor 4, what is | 14:46:46 |
| 22 | it you're trying to do here? | 14:46:49 |
| 23 | A.   So here, on a prior slide, we saw | 14:46:51 |
| 24 | that I have concluded that there would have | 14:46:55 |

JURY TRIAL - VOLUME 3

Page 296

| | | |
|---|---|---|
| 1 | been incremental sort of additional sales of | 14:46:58 |
| 2 | about 35 million chips.  The last question | 14:47:00 |
| 3 | that Panduit asks is what would -- what would | 14:47:03 |
| 4 | the profits on those sales have been?  Are | 14:47:08 |
| 5 | there profits and what are they? | 14:47:11 |
| 6 | So I have to go do an analysis of | 14:47:15 |
| 7 | the profitability of the chip that would have | 14:47:17 |
| 8 | been sold, which is the Sandia chip. | 14:47:19 |
| 9 | Q.   So what was your first step? | 14:47:21 |
| 10 | A.   So the first step is to look at what | 14:47:23 |
| 11 | the profit actually was.  I don't want to just | 14:47:28 |
| 12 | say well, I think it would have been X.  We | 14:47:30 |
| 13 | have actual sales data for the REDACTED | 14:47:33 |
| 14 | chips they did sell. | 14:47:36 |
| 15 | So I went and looked at the | 14:47:38 |
| 16 | financial records and could see that Microchip | 14:47:39 |
| 17 | actually made gross profits of about | 14:47:44 |
| 18 | REDACTED  on REDACTED  Sandia units. | 14:47:48 |
| 19 | And if we do the math on what that | 14:47:55 |
| 20 | means in terms of profit per unit, if you | 14:47:58 |
| 21 | click ahead, that works out to REDACTED of profit | 14:48:00 |
| 22 | per unit for any incremental units that they | 14:48:07 |
| 23 | make.  And I concluded that that is a | 14:48:11 |
| 24 | reasonable measure of the lost profit per unit | 14:48:14 |

Page 297

| | | |
|---|---|---|
| 1 | on any additional sales they would have made. | 14:48:17 |
| 2 | Q.   And is your data that we are looking | 14:48:20 |
| 3 | at on here from slide 22 from Exhibits 46 | 14:48:22 |
| 4 | through 48? | 14:48:26 |
| 5 | A.   It is. | 14:48:27 |
| 6 | Q.   Okay. | 14:48:28 |
| 7 | So am I correct that you | 14:48:29 |
| 8 | determined that the actual gross profits | 14:48:31 |
| 9 | earned by Microchip on its sales of multi-host | 14:48:34 |
| 10 | Sandia chips from June 2017 through September | 14:48:37 |
| 11 | of 2021 was REDACTED per chip? | 14:48:40 |
| 12 | A.   Yes. | 14:48:44 |
| 13 | Q.   Can you explain why gross profits are | 14:48:45 |
| 14 | the right measure for lost profit per chip? | 14:48:47 |
| 15 | A.   So what I'm trying to figure out is | 14:48:50 |
| 16 | not what Sandia's overall profit is, including | 14:48:54 |
| 17 | overhead and things like that.  It's given | 14:48:59 |
| 18 | that they're already selling the product, if | 14:49:03 |
| 19 | they make more sales on top of what they've | 14:49:05 |
| 20 | already spent, what would be the profit. | 14:49:08 |
| 21 | And what gross profit measures is | 14:49:12 |
| 22 | it's the selling price minus something we call | 14:49:16 |
| 23 | cost of goods sold, which has all the costs to | 14:49:18 |
| 24 | manufacture; what do the parts cost, the | 14:49:24 |

Page 298

| | | |
|---|---|---|
| 1 | materials, the testing, the shipping, | 14:49:27 |
| 2 | everything that's associated with making one | 14:49:30 |
| 3 | more unit of chip. | 14:49:32 |
| 4 | Since the -- everything else, the | 14:49:36 |
| 5 | headquarters building for Microchip, the sales | 14:49:39 |
| 6 | teams, everything else is fixed, it's already | 14:49:42 |
| 7 | there, there's no incremental cost over and | 14:49:45 |
| 8 | above the cost of just order more parts, test | 14:49:48 |
| 9 | them, package them, get them ready to sell. | 14:49:51 |
| 10 | So those costs to order more parts | 14:49:54 |
| 11 | from TSMC, test them, package them and ship | 14:49:57 |
| 12 | them, that's all included in the cost of goods | 14:50:02 |
| 13 | sold, which was already taken into account in | 14:50:05 |
| 14 | this gross profit number.  So that's the | 14:50:09 |
| 15 | appropriate number from an incremental sales | 14:50:10 |
| 16 | standpoint. | 14:50:13 |
| 17 | Q.   Did you consider whether there would | 14:50:14 |
| 18 | be any incremental sales in marketing costs? | 14:50:16 |
| 19 | A.   I did.  Again, I talked to Mr. | 14:50:20 |
| 20 | Obolsky about this and looked at the, kind of | 14:50:24 |
| 21 | the nature of the market where they're dealing | 14:50:27 |
| 22 | with a very small number of Tier 1 suppliers, | 14:50:29 |
| 23 | like Aptiv and Tecvox, that are making boxes. | 14:50:33 |
| 24 | They've already got all the relationships. | 14:50:36 |

JURY TRIAL - VOLUME 3

Page 299

| | | |
|---|---|---|
| 1 | It's just a question of which chip is going to | 14:50:39 |
| 2 | go in there, and they already have the | 14:50:42 |
| 3 | marketing materials for those chips. | 14:50:43 |
| 4 | So I concluded that there's no | 14:50:45 |
| 5 | incremental costs associated with sales and | 14:50:47 |
| 6 | marketing. | 14:50:51 |
| 7 | Q.   Okay. | 14:50:52 |
| 8 | So what did you conclude with | 14:50:52 |
| 9 | respect to the fourth Panduit factor? | 14:50:54 |
| 10 | A.   The fourth Panduit factor is met.  I | 14:50:56 |
| 11 | can calculate the lost profits on those lost | 14:50:59 |
| 12 | sales, and we can put a checkmark there. | 14:51:01 |
| 13 | Q.   Okay. | 14:51:04 |
| 14 | Since all four factors have been | 14:51:05 |
| 15 | met, what does that mean? | 14:51:07 |
| 16 | A.   That means that Microchip has | 14:51:08 |
| 17 | suffered lost profits and that there is a | 14:51:11 |
| 18 | quantifiable amount of lost profits that can | 14:51:14 |
| 19 | form a damages claim for lost profits.  And we | 14:51:18 |
| 20 | just need to go add up those numbers. | 14:51:22 |
| 21 | Q.   And have you done that?  Have you | 14:51:24 |
| 22 | added up those numbers? | 14:51:26 |
| 23 | A.   I have.  So here, I am just putting | 14:51:27 |
| 24 | the pieces together.  At the top of this are | 14:51:30 |

JURY TRIAL - VOLUME 3

Page 300

| | | |
|---|---|---|
| 1 | those incremental sales of Sandia that would | 14:51:33 |
| 2 | have occurred, but for Aptiv's infringement. | 14:51:35 |
| 3 | That's the ███ million units at a lost profit | 14:51:38 |
| 4 | per unit of ███.  That's 70,862,439. | 14:51:43 |
| 5 | Q.   So does that $70.9 million in lost | 14:51:49 |
| 6 | profits account for all of Aptiv's infringing | 14:51:53 |
| 7 | sales? | 14:51:57 |
| 8 | A.   No, that -- this is based on ███ | 14:51:57 |
| 9 | million chips.  We've got some other stuff | 14:52:00 |
| 10 | that I need to take care of. | 14:52:02 |
| 11 | Q.   Let's take a look at that. | 14:52:04 |
| 12 | Could we please take the next | 14:52:06 |
| 13 | slide? | 14:52:08 |
| 14 | THE COURT:  Before we do that, why | 14:52:08 |
| 15 | don't -- I think this is a good moment for a | 14:52:10 |
| 16 | break.  We have been going for a hour | 14:52:13 |
| 17 | and-a-half, so why don't we take 5, 10 minutes | 14:52:15 |
| 18 | and plan to be back here at 3 o'clock. | 14:52:18 |
| 19 | (Whereupon, the jury was excused | 14:52:22 |
| 20 | from the courtroom.) | 14:52:24 |
| 21 | THE COURT:  All right. | 14:52:45 |
| 22 | Stand in recess.  Be back in about | 14:52:46 |
| 23 | five minutes.  We'll start at 3, okay? | 14:52:48 |
| 24 | (Whereupon, a recess was taken at | 14:52:51 |

JURY TRIAL - VOLUME 3

Page 301

| | | |
|---|---|---|
| 1 | 2:53 p.m.) | 14:52:54 |
| 2 | THE COURT CLERK:  All rise. | 15:00:06 |
| 3 | THE COURT:  All right.  Have a | 15:03:41 |
| 4 | seat, please. | 15:03:42 |
| 5 | Please get the jury, Mr. Koehler. | 15:03:43 |
| 6 | (Whereupon, the jury entered the | 15:03:44 |
| 7 | courtroom.) | 15:03:46 |
| 8 | THE COURT:  All right.  Have a | 15:04:35 |
| 9 | seat. | 15:04:37 |
| 10 | Proceed.  Continue. | 15:04:39 |
| 11 | MR. GRAY:  Thank you. | 15:04:41 |
| 12 | BY MR. GRAY: | 15:04:41 |
| 13 | Q.  Dr. Becker, just before the break, we | 15:04:42 |
| 14 | had just finished talking about your lost | 15:04:44 |
| 15 | profits opinion. | 15:04:47 |
| 16 | Does this $70.9 million in lost | 15:04:49 |
| 17 | profits account for all of Aptiv's infringing | 15:04:51 |
| 18 | units? | 15:04:56 |
| 19 | A.  No, it doesn't. | 15:04:56 |
| 20 | Q.  Why not? | 15:04:57 |
| 21 | A.  So as I am sort of trying to depict | 15:04:58 |
| 22 | here on this slide, the 70.9 million units | 15:05:00 |
| 23 | covers the accused sales from the third | 15:05:04 |
| 24 | quarter of 2017 forward.  We've got an | 15:05:08 |

Page 302

| | | |
|---|---|---|
| 1 | additional 9.7 million units that were sold | 15:05:12 |
| 2 | between the second quarter of 2015 and the | 15:05:16 |
| 3 | second quarter of 2017 that are not here; | 15:05:18 |
| 4 | therefore, they are not accounted for in that | 15:05:24 |
| 5 | $70.9 million. | 15:05:27 |
| 6 | Q.   So what happens to those 9.7 million | 15:05:27 |
| 7 | units?  Are there damages associated with | 15:05:31 |
| 8 | those infringing sales? | 15:05:32 |
| 9 | A.   So, there are.  There's something -- | 15:05:34 |
| 10 | for that, I looked to the sort of general | 15:05:36 |
| 11 | patent damages statute as to what kind of | 15:05:40 |
| 12 | compensation is available.  And if we click | 15:05:43 |
| 13 | ahead, the basic sort of framework that I'm | 15:05:46 |
| 14 | working with, from a patent damages | 15:05:49 |
| 15 | standpoint, is that if there's a finding for | 15:05:52 |
| 16 | the claimant, here this would be Microchip, | 15:05:54 |
| 17 | the -- you would have damages adequate to | 15:05:58 |
| 18 | compensate for the infringement, but in no | 15:06:03 |
| 19 | event less than a reasonable royalty. | 15:06:06 |
| 20 | So for some of these sales, what I | 15:06:08 |
| 21 | think is the adequate compensation for the | 15:06:11 |
| 22 | infringement is the lost profits, but for the | 15:06:16 |
| 23 | rest of them, it is not less than what we call | 15:06:19 |
| 24 | a reasonable royalty.  So that other | 15:06:21 |

JURY TRIAL - VOLUME 3

Page 303

| | | |
|---|---|---|
| 1 | 9.6 million, we are going to talk about a | 15:06:23 |
| 2 | reasonable royalty on that. | 15:06:26 |
| 3 | Q.   So is another way to describe a | 15:06:27 |
| 4 | reasonable royalty is that it's sort of the | 15:06:29 |
| 5 | floor on damages; it has to be a reasonable | 15:06:32 |
| 6 | royalty at least? | 15:06:34 |
| 7 | A.   Yes.  At least I think what that | 15:06:35 |
| 8 | prior thing was saying is that whatever the | 15:06:39 |
| 9 | adequate compensation is, that's what the | 15:06:41 |
| 10 | damages award would be, but it's no less than | 15:06:43 |
| 11 | a reasonable royalty. | 15:06:46 |
| 12 | Q.   And is the methodology for | 15:06:48 |
| 13 | determining a reasonable royalty different | 15:06:50 |
| 14 | from lost profits? | 15:06:52 |
| 15 | A.   It is. | 15:06:53 |
| 16 | Q.   Okay.  Let's turn to your reasonable | 15:06:55 |
| 17 | royalty opinions. | 15:06:57 |
| 18 | First, can you explain for the | 15:06:59 |
| 19 | jury what you mean by royalty? | 15:07:01 |
| 20 | A.   So a royalty -- I like to use the | 15:07:02 |
| 21 | analogy with renting a piece of real property. | 15:07:05 |
| 22 | So royalty on a patent is a royalty on | 15:07:10 |
| 23 | intellectual property.  You can't -- you know, | 15:07:14 |
| 24 | it is just the rights to something on a piece | 15:07:16 |

JURY TRIAL - VOLUME 3

Page 304

| | | |
|---|---|---|
| 1 | of paper. | 15:07:19 |
| 2 | But if you own real property, | 15:07:19 |
| 3 | let's say you own the building, that's your | 15:07:21 |
| 4 | property.  You control it.  No one can | 15:07:24 |
| 5 | trespass on it without your permission. | 15:07:26 |
| 6 | But lots of times, people say | 15:07:29 |
| 7 | well, I want to give you permission to use my | 15:07:31 |
| 8 | building, to rent my apartment.  We're going | 15:07:33 |
| 9 | to enter into a lease agreement that specifies | 15:07:35 |
| 10 | an amount of rent that you are going to pay to | 15:07:39 |
| 11 | use my property, and we'll have a negotiation | 15:07:41 |
| 12 | over that and come to an agreement. | 15:07:45 |
| 13 | For intellectual property, the way | 15:07:47 |
| 14 | the world works, if you're going to give | 15:07:50 |
| 15 | someone permission is you typically enter into | 15:07:52 |
| 16 | a license agreement.  It's like a lease.  It | 15:07:55 |
| 17 | says what the property is, how long you get to | 15:07:58 |
| 18 | use it, how much you can use it, where can you | 15:08:00 |
| 19 | use it and for that, the equivalent of rent is | 15:08:07 |
| 20 | the royalty payment. | 15:08:10 |
| 21 | Q.   And how do you determine the amount | 15:08:11 |
| 22 | of royalty that should be paid? | 15:08:13 |
| 23 | A.   So here, for the lost profits, I'm | 15:08:15 |
| 24 | sitting here today sort of looking backwards | 15:08:19 |

JURY TRIAL - VOLUME 3

Page 305

| | | |
|---|---|---|
| 1 | saying, what would that market have looked | 15:08:22 |
| 2 | like if Aptiv's product hadn't been on the | 15:08:23 |
| 3 | market? | 15:08:27 |
| 4 | For the reasonable royalty, I | 15:08:27 |
| 5 | conduct what's called a hypothetical | 15:08:30 |
| 6 | negotiation.  This is where I imagine that the | 15:08:32 |
| 7 | licensee and the patent owner sit down at a | 15:08:38 |
| 8 | table right before the infringement is going | 15:08:41 |
| 9 | to begin, before, in a sense, instead of -- | 15:08:44 |
| 10 | it's before the person moves into your house | 15:08:49 |
| 11 | that they want to rent, you sit down at the | 15:08:51 |
| 12 | table and figure out what the rent is, not | 15:08:53 |
| 13 | after they have been living in it for seven | 15:08:55 |
| 14 | years. | 15:08:57 |
| 15 | So here, I've got to put the | 15:08:58 |
| 16 | patent owner and the licensee at a table at | 15:09:01 |
| 17 | the point in time that the license would be | 15:09:05 |
| 18 | needed in order to not infringe. | 15:09:07 |
| 19 | Q.   So can you please explain what you | 15:09:11 |
| 20 | mean by a hypothetical negotiation? | 15:09:13 |
| 21 | A.   Well, it didn't -- it didn't actually | 15:09:15 |
| 22 | occur, so obviously, we wouldn't be here if | 15:09:18 |
| 23 | the parties had sat down in 2015 or 2014 and | 15:09:22 |
| 24 | negotiated a license. | 15:09:27 |

| | | |
|---|---|---|
| 1 | So I have to look at the economic | 15:09:28 |
| 2 | circumstances of the entry or the launch of | 15:09:30 |
| 3 | that product and what the various -- what | 15:09:35 |
| 4 | Microchip would be giving up for license, what | 15:09:39 |
| 5 | would Aptiv be gaining to get a license; those | 15:09:43 |
| 6 | sorts of things. | 15:09:45 |
| 7 | Q.   So is a reasonable royalty -- you're | 15:09:45 |
| 8 | here, you're retained by Microchip in this | 15:09:49 |
| 9 | case; right? | 15:09:51 |
| 10 | A.   Yes. | 15:09:51 |
| 11 | Q.   And so are the opinions you're | 15:09:52 |
| 12 | expressing, is that as if you were Microchip's | 15:09:54 |
| 13 | negotiator at the hypothetical negotiation? | 15:09:57 |
| 14 | A.   No, because this isn't just what -- | 15:10:00 |
| 15 | you know, Microchip doesn't get just what it | 15:10:03 |
| 16 | wants.  If it got what it wanted, it would, | 15:10:06 |
| 17 | you know, ask for some astronomical number. | 15:10:09 |
| 18 | This has to be a number that is a | 15:10:13 |
| 19 | reasonable meeting of the minds that reflects | 15:10:15 |
| 20 | something that both parties could agree to | 15:10:17 |
| 21 | that makes sense for both Microchip and for | 15:10:20 |
| 22 | Aptiv to reach an agreement over a license. | 15:10:24 |
| 23 | Q.   So in your analysis, are you looking | 15:10:27 |
| 24 | at the evidence on both sides and coming to a | 15:10:30 |

Page 307

| | | |
|---|---|---|
| 1 | conclusion that you think would have been a | 15:10:32 |
| 2 | reasonable outcome? | 15:10:34 |
| 3 | A.   Yes. | 15:10:35 |
| 4 | Q.   You talked a little bit about the | 15:10:38 |
| 5 | timing of the negotiation being just before | 15:10:40 |
| 6 | infringement began. | 15:10:43 |
| 7 | In this case, when do you assume | 15:10:45 |
| 8 | it occurs? | 15:10:47 |
| 9 | A.   So I assume that it occurs in March | 15:10:47 |
| 10 | of 2014.  That's when the accused product was | 15:10:49 |
| 11 | first -- it's not when it was first sold, but | 15:10:53 |
| 12 | it was being offered and -- offered for sale | 15:10:56 |
| 13 | to potential customers, and that sort of | 15:11:00 |
| 14 | triggers the need to have a license in this | 15:11:03 |
| 15 | hypothetical negotiation world. | 15:11:05 |
| 16 | Q.   So why does the date of the | 15:11:07 |
| 17 | hypothetical negotiation matter? | 15:11:10 |
| 18 | A.   Well, it tells us a couple of things. | 15:11:11 |
| 19 | One is it's going to tell me who is sitting at | 15:11:13 |
| 20 | the table, because I could look and see who | 15:11:17 |
| 21 | owned the patent at that time and who was | 15:11:19 |
| 22 | selling the product at that time. | 15:11:20 |
| 23 | It also tells me the economic | 15:11:22 |
| 24 | conditions in terms of what was the market | 15:11:25 |

Page 308

| | | |
|---|---|---|
| 1 | demanding in terms of hub products that are | 15:11:28 |
| 2 | relevant to this question of what the license | 15:11:32 |
| 3 | would look like. | 15:11:35 |
| 4 | Q.   So in March of 2014, who were the | 15:11:37 |
| 5 | parties at the hypothetical negotiation? | 15:11:40 |
| 6 | A.   So on the patent owner side, the | 15:11:42 |
| 7 | patent is still owned by the entity SMSC. | 15:11:45 |
| 8 | Now, SMSC has already been purchased by | 15:11:50 |
| 9 | Microchip, so it's not a very important | 15:11:53 |
| 10 | distinction.  It's essentially Microchip, but | 15:11:55 |
| 11 | technically, the patent owner, in March of | 15:11:58 |
| 12 | 2014, was the entity SMSC. | 15:12:01 |
| 13 | On the other side of the table, | 15:12:06 |
| 14 | March of 2014, is before Delphi acquired | 15:12:09 |
| 15 | Unwired, so Unwired is sitting at the table as | 15:12:12 |
| 16 | the licensee. | 15:12:15 |
| 17 | Q.   And so March of 2014 was about six | 15:12:16 |
| 18 | months before Delphi acquired Unwired; | 15:12:20 |
| 19 | correct? | 15:12:22 |
| 20 | A.   Yes. | 15:12:22 |
| 21 | Q.   Did you consider whether having | 15:12:23 |
| 22 | Unwired and SMSC at the table would have been | 15:12:26 |
| 23 | materially different than having just | 15:12:30 |
| 24 | Microchip and Aptiv at the table? | 15:12:32 |

| | | |
|---|---|---|
| 1 | A.   I did consider that, and concluded | 15:12:33 |
| 2 | that -- we'll see, as we walk through my | 15:12:36 |
| 3 | analysis, I don't think anything -- certainly | 15:12:39 |
| 4 | the outcome wouldn't change if it was Aptiv | 15:12:42 |
| 5 | and Microchip.  At that time, SMSC was part of | 15:12:47 |
| 6 | Microchip, so that's obviously not going to | 15:12:54 |
| 7 | change the outcome. | 15:12:57 |
| 8 | For Unwired, they are a hub maker | 15:12:58 |
| 9 | who is about to embark on a decision to make | 15:13:01 |
| 10 | their own chip that will be used in a hub that | 15:13:05 |
| 11 | will displace the opportunity for Microchip to | 15:13:09 |
| 12 | be selling chips into hubs, so it's similar | 15:13:13 |
| 13 | economic circumstances to the ones we find if | 15:13:18 |
| 14 | Aptiv had been at the table. | 15:13:20 |
| 15 | Q.   Are there certain assumptions that | 15:13:22 |
| 16 | you have to make when conducting this | 15:13:23 |
| 17 | hypothetical negotiation? | 15:13:26 |
| 18 | A.   Yes.  There's a -- I think I failed | 15:13:28 |
| 19 | to mention, all of this kind of structure of | 15:13:32 |
| 20 | looking at things as a hypothetical | 15:13:34 |
| 21 | negotiation comes sort of like the Panduit | 15:13:36 |
| 22 | factors came from a case that set forth this | 15:13:39 |
| 23 | sort of process. | 15:13:43 |
| 24 | Here I'm using something called | 15:13:44 |

JURY TRIAL - VOLUME 3

Page 310

| | | |
|---|---|---|
| 1 | the Georgia Pacific analysis.  There was a | 15:13:46 |
| 2 | case many years, patent case called the | 15:13:50 |
| 3 | Georgia-Pacific case, and they sort of laid | 15:13:54 |
| 4 | out this process of saying you can figure out | 15:13:56 |
| 5 | a reasonable royalty by looking at a | 15:13:59 |
| 6 | hypothetical negotiation.  And that case sets | 15:14:01 |
| 7 | forth some required assumptions. | 15:14:05 |
| 8 | The first is that the parties to | 15:14:07 |
| 9 | this negotiation assume and understand that | 15:14:10 |
| 10 | the patent is valid, enforceable and | 15:14:13 |
| 11 | infringed.  In a real negotiation, you might | 15:14:17 |
| 12 | have the potential licensee saying well, I'm | 15:14:20 |
| 13 | not going to pay you anything more than a very | 15:14:23 |
| 14 | small amount because I don't think your patent | 15:14:26 |
| 15 | is valid, or I don't think we infringe. | 15:14:28 |
| 16 | Here, the parties say we | 15:14:31 |
| 17 | understand the patent is valid, we understand | 15:14:33 |
| 18 | we need a license, we just need to figure out | 15:14:36 |
| 19 | what's reasonable. | 15:14:38 |
| 20 | They come in willing to negotiate. | 15:14:39 |
| 21 | That's not always something in the real world. | 15:14:41 |
| 22 | They have reasonable knowledge and | 15:14:45 |
| 23 | expectations. | 15:14:46 |
| 24 | And this next bullet, the same | 15:14:49 |

JURY TRIAL - VOLUME 3

Page 311

| | | |
|---|---|---|
| 1 | information, it's kind of unique, and again, | 15:14:51 |
| 2 | not what happens in the real world, but I get | 15:14:54 |
| 3 | to sort of impart to these players knowledge | 15:14:59 |
| 4 | of all the relevant information. | 15:15:02 |
| 5 | So in a real negotiation, Unwired | 15:15:06 |
| 6 | may not know what Microchip's profitability is | 15:15:10 |
| 7 | on its chips.  Microchip may not know some of | 15:15:13 |
| 8 | Unwired's or Aptiv's internal stuff.  But in | 15:15:17 |
| 9 | this negotiation, I get to sort of deal all | 15:15:21 |
| 10 | the cards face up. | 15:15:24 |
| 11 | And the last is that both sides | 15:15:26 |
| 12 | will act in good faith and they have to reach | 15:15:28 |
| 13 | an agreement.  We'll see, even though they are | 15:15:30 |
| 14 | competitors for the supply of these particular | 15:15:33 |
| 15 | chips, they can't just say, I'm never going to | 15:15:37 |
| 16 | license to you.  Microchip has to license; | 15:15:39 |
| 17 | Unwired has to agree. | 15:15:43 |
| 18 | MR. GRAY:  Can we go to slide 31, | 15:15:47 |
| 19 | please. | 15:15:49 |
| 20 | BY MR. GRAY: | 15:15:50 |
| 21 | Q.   And what are we looking at here, Dr. | 15:15:51 |
| 22 | Becker? | 15:15:54 |
| 23 | A.   So this Georgia-Pacific case lays out | 15:15:54 |
| 24 | a checklist.  Like my four factor checklist | 15:15:57 |

Page 312

| | | |
|---|---|---|
| 1 | for lost profit, there is a 15 factor | 15:16:00 |
| 2 | checklist for a hypothetical negotiation. | 15:16:03 |
| 3 | These are the types of things that normal | 15:16:06 |
| 4 | people in a real world setting would consider | 15:16:10 |
| 5 | in trying to reach an agreement about a patent | 15:16:14 |
| 6 | license. | 15:16:16 |
| 7 | Q.   All right. | 15:16:17 |
| 8 | I'd like to walk through all 15 of | 15:16:18 |
| 9 | these very slowly, if you would. | 15:16:20 |
| 10 | A.   I don't think I have the time to do | 15:16:23 |
| 11 | that. | 15:16:25 |
| 12 | Q.   Did you consider each of these | 15:16:25 |
| 13 | factors? | 15:16:27 |
| 14 | A.   I did.  In every case, we -- I | 15:16:27 |
| 15 | considered them, and what I found is that | 15:16:31 |
| 16 | depending on the facts and circumstances of | 15:16:34 |
| 17 | the particular case, they're going to be | 15:16:37 |
| 18 | things that are not relevant because the facts | 15:16:40 |
| 19 | just don't fit this 15 factor list. | 15:16:43 |
| 20 | But I did go through and we | 15:16:46 |
| 21 | always, my staff and I, we really do use this | 15:16:48 |
| 22 | as a checklist to make sure we've looked at | 15:16:50 |
| 23 | all of these factors. | 15:16:53 |
| 24 | Q.   Can you give us an example of some | 15:16:54 |

Page 313

1   factors that were not relevant in this case?   15:16:57

2      A.   Sure.  One of the things that's   15:17:00

3   sometimes relevant if you're trying to figure   15:17:02

4   out the outcome of a license negotiation is   15:17:04

5   the question of whether the patent has ever   15:17:07

6   been licensed before, sort of like if you were   15:17:09

7   renting your apartment, the person sitting   15:17:12

8   across the table negotiating might say well,   15:17:15

9   what was the rent to the last tenant?   15:17:17

10         Similarly, comparable patents   15:17:20

11   licensed by the infringer, are there   15:17:25

12   comparable pieces of intellectual property   15:17:27

13   that we can look at the rental, the royalty   15:17:30

14   rates for.   15:17:32

15         Here, Microchip has never licensed   15:17:33

16   the patent, there are no comparable patents   15:17:36

17   that Aptiv has licensed, and there's no sort   15:17:39

18   of standard royalty rates in the industry for   15:17:42

19   a patent like this.  So that evidence is not   15:17:46

20   relevant in this case.  But we did go through   15:17:49

21   and look to see whether there was any   15:17:51

22   evidence.   15:17:52

23      Q.   So can you walk us through the other   15:17:53

24   factors at a high level and summarize the role   15:17:55

Page 314

1    they played in your analysis?                         15:17:59

2        A.    Sure.   The next two factors look at        15:18:00

3    the duration and term of the license and what         15:18:04

4    we call the nature and scope.   That's really,        15:18:06

5    leaning on this real estate analogy, is this a        15:18:10

6    month-to-month lease, is it a one-year lease,         15:18:14

7    is it a 10-year lease.                                15:18:18

8            What's the scope?   Is it going to            15:18:19

9    be selling these products anywhere in the             15:18:22

10   world?   Does the amount of compensation have         15:18:25

11   to consider sales anywhere in the world?   And        15:18:27

12   is it an exclusive license or nonexclusive?           15:18:31

13           Here, we're dealing with a single             15:18:34

14   U.S. patent.   The scope, from a geography            15:18:38

15   standpoint, is clearly the U.S.   It's a             15:18:41

16   nonexclusive license.   Microchip is going to         15:18:44

17   be selling products that use this patent as           15:18:47

18   well, so Aptiv doesn't -- isn't going to be           15:18:49

19   negotiating for an exclusive use of this              15:18:52

20   patent.                                               15:18:55

21           And timing-wise, it's from March             15:18:56

22   of 2014 through the day of this trial.                15:18:59

23       Q.   Did you reach any conclusions about          15:19:03

24   the structure of the license?                         15:19:04

JURY TRIAL - VOLUME 3

Page 315

| | | |
|---|---|---|
| 1 | A.   Yes.  So the -- the next piece that's | 15:19:06 |
| 2 | really sort of part of the same nature and | 15:19:09 |
| 3 | scope is to look at what kind of royalty rate | 15:19:12 |
| 4 | we're going to use.  Sometimes patent | 15:19:16 |
| 5 | licenses, you sit down and negotiate and the | 15:19:20 |
| 6 | circumstances lead the parties to say we'll | 15:19:23 |
| 7 | just write a check for some amount today and | 15:19:25 |
| 8 | that will give us rights for the life of the | 15:19:29 |
| 9 | patent.  That happens sometimes. | 15:19:32 |
| 10 | Here, the facts and circumstances | 15:19:34 |
| 11 | support what we call a running royalty, and | 15:19:37 |
| 12 | I've got a slide on that.  This is where it's | 15:19:40 |
| 13 | sort of a pay-as-you-go approach, where the | 15:19:45 |
| 14 | amount of royalties depend on the amount of | 15:19:49 |
| 15 | sales.  If -- and again, they are sitting down | 15:19:53 |
| 16 | before they have actually started selling it, | 15:19:56 |
| 17 | and so it makes sense to say well, we don't | 15:19:58 |
| 18 | know over the next seven years, are we going | 15:20:01 |
| 19 | to sell a little of this, a lot of it.  If you | 15:20:04 |
| 20 | agree to a running royalty that has a rate, so | 15:20:06 |
| 21 | many, you know, so much per chip or per unit, | 15:20:11 |
| 22 | then we can have the royalty amount sort of be | 15:20:15 |
| 23 | a win/win.  If there's lots and lots of sales, | 15:20:18 |
| 24 | then the royalty goes up. | 15:20:21 |

Page 316

| | | |
|---|---|---|
| 1 | But the -- Aptiv has made lots and | 15:20:23 |
| 2 | lots of sales, and if it's not a successful | 15:20:26 |
| 3 | product, there won't be much owed in the way | 15:20:28 |
| 4 | of a royalty.  So that's why we use this | 15:20:31 |
| 5 | structure and that's why this structure is | 15:20:33 |
| 6 | pretty common in the licensing industry. | 15:20:35 |
| 7 | Q.   Do you understand whether Aptiv's | 15:20:38 |
| 8 | damages expert agrees with you about the | 15:20:41 |
| 9 | running royalty structure? | 15:20:43 |
| 10 | A.   He does. | 15:20:44 |
| 11 | Q.   Okay. | 15:20:45 |
| 12 | What's the next factor you'd like | 15:20:46 |
| 13 | to discuss? | 15:20:48 |
| 14 | A.   So the next factor is sort of | 15:20:48 |
| 15 | following on having concluded that I'm going | 15:20:52 |
| 16 | to use a running royalty structure, one of the | 15:20:55 |
| 17 | things that we're going to have to come up | 15:20:57 |
| 18 | with at some point is what we call the royalty | 15:20:59 |
| 19 | base.  That's how many units are going to be | 15:21:01 |
| 20 | assessed this royalty rate. | 15:21:06 |
| 21 | The technical thing in the case is | 15:21:09 |
| 22 | the extent to which the infringer made use of | 15:21:11 |
| 23 | the patented technology.  Here we're just | 15:21:14 |
| 24 | going to go count up the number of hub | 15:21:16 |

| | | |
|---|---|---|
| 1 | products that Aptiv sold that contained this | 15:21:19 |
| 2 | accused Boston chip. | 15:21:21 |
| 3 | Q.   And have you quantified the extent of | 15:21:23 |
| 4 | use by Aptiv then? | 15:21:26 |
| 5 | A.   Yes.  We've seen this a couple times | 15:21:27 |
| 6 | before.  This is from Exhibit 182, and that's | 15:21:30 |
| 7 | basically the 44.9 million units that have | 15:21:32 |
| 8 | been sold through November of 2021. | 15:21:38 |
| 9 | Q.   So that's a number that we are going | 15:21:40 |
| 10 | to end up multiplying by the royalty rate that | 15:21:42 |
| 11 | we'll talk about next? | 15:21:46 |
| 12 | A.   Yes.  In terms of just looking at | 15:21:47 |
| 13 | this purely as a royalty, once we have a rate, | 15:21:50 |
| 14 | if we didn't have the lost profits issue, we | 15:21:55 |
| 15 | would be looking at 44.9 million units times | 15:21:58 |
| 16 | this rate that I am going to come up with. | 15:22:01 |
| 17 | Q.   Okay. | 15:22:04 |
| 18 | What about the remaining factors? | 15:22:04 |
| 19 | A.   So the rest of the factors really go | 15:22:06 |
| 20 | to the -- and have an influence on the royalty | 15:22:10 |
| 21 | rate.  They are things like those bottom two, | 15:22:13 |
| 22 | on the left, boxes, the established licensing | 15:22:16 |
| 23 | policy and the competitive position of the | 15:22:20 |
| 24 | parties.  Is Microchip or SMSC sitting there? | 15:22:21 |

Page 318

| | | |
|---|---|---|
| 1 | Was it out actively trying to license this | 15:22:26 |
| 2 | patent?  Yeah, I want to find lots of people | 15:22:29 |
| 3 | to license it, or was it trying to keep this | 15:22:33 |
| 4 | for itself and we're sort of having to force | 15:22:35 |
| 5 | them to license at this table? | 15:22:37 |
| 6 | The competitive position, we'll | 15:22:39 |
| 7 | talk a lot about that, the top right, | 15:22:41 |
| 8 | profitability and commercial success of the | 15:22:44 |
| 9 | product made under the patent.  Obviously if | 15:22:46 |
| 10 | products that use this technology are | 15:22:49 |
| 11 | successful and profitable, that can drive up | 15:22:52 |
| 12 | the rate. | 15:22:55 |
| 13 | So all of these factors I have | 15:22:56 |
| 14 | taken into account to come up with the rate | 15:22:58 |
| 15 | that we'll talk about here in a minute. | 15:23:00 |
| 16 | Q.   And rather than going through each of | 15:23:02 |
| 17 | these factors individually, do you have a | 15:23:04 |
| 18 | slide that summarizes what you concluded from | 15:23:07 |
| 19 | your analysis of those factors? | 15:23:09 |
| 20 | A.   I do.  I've really, after looking at | 15:23:10 |
| 21 | all those other factors, concluded that there | 15:23:14 |
| 22 | are four key things that would influence the | 15:23:16 |
| 23 | outcome of this negotiation.  The first is | 15:23:18 |
| 24 | that the license to Aptiv authorizes direct | 15:23:20 |

Page 319

| | | |
|---|---|---|
| 1 | competition with Microchip's Athens and Sandia | 15:23:24 |
| 2 | products. | 15:23:27 |
| 3 | Before the negotiation, Unwired is | 15:23:28 |
| 4 | a potential customer.  Aptiv is certainly a | 15:23:32 |
| 5 | potential customer, but if they start | 15:23:35 |
| 6 | supplying chips from internally, that internal | 15:23:40 |
| 7 | fabrication and supply of chips is directly | 15:23:44 |
| 8 | displacing the opportunity for Microchip to | 15:23:48 |
| 9 | make a sale. | 15:23:51 |
| 10 | So there is direct competition at | 15:23:52 |
| 11 | the chip level.  There may not be any | 15:23:54 |
| 12 | competition at the hub level, but at the chip | 15:23:57 |
| 13 | level, with this license, Unwired and Aptiv | 15:24:00 |
| 14 | can get into the chip business for a | 15:24:04 |
| 15 | multi-host controller chip, and that's going | 15:24:07 |
| 16 | to be important. | 15:24:09 |
| 17 | Second is that Athens and Sandia | 15:24:11 |
| 18 | are highly profitable products.  So the thing | 15:24:14 |
| 19 | that is going to be impacted by this | 15:24:18 |
| 20 | competition is actually a profitable product. | 15:24:20 |
| 21 | Third, the patented multi-host | 15:24:23 |
| 22 | architecture uniquely satisfies the demand for | 15:24:26 |
| 23 | single-lane CarPlay with persistent USB. | 15:24:29 |
| 24 | That's important. | 15:24:33 |

Page 320

| | | |
|---|---|---|
| 1 | And finally, this patented | 15:24:34 |
| 2 | multi-host architecture provides the lowest | 15:24:37 |
| 3 | cost CarPlay solution that meets the OEM | 15:24:39 |
| 4 | requirements.  Those are the four things that | 15:24:44 |
| 5 | I sort of took into account as the most | 15:24:46 |
| 6 | influential on the rate. | 15:24:49 |
| 7 | Q.   Let's start with the first bullet | 15:24:51 |
| 8 | point.  What did you find there? | 15:24:54 |
| 9 | A.   So here, it's looking at this | 15:24:55 |
| 10 | competitive dynamic, and as heard, quite a bit | 15:24:58 |
| 11 | of testimony about that already.  Here is the | 15:25:02 |
| 12 | question:  Are they really competitors?  Isn't | 15:25:06 |
| 13 | Aptiv a customer of Microchip? | 15:25:08 |
| 14 | But you have to think about it, | 15:25:12 |
| 15 | there is this sort of chip supply level of the | 15:25:13 |
| 16 | business, supplying chips to the Tier 1 hub | 15:25:17 |
| 17 | makers like Aptiv who then supply products to | 15:25:20 |
| 18 | the OEMs. | 15:25:24 |
| 19 | Prior to entering into this | 15:25:25 |
| 20 | license, as Mr. Obolsky described, Microchip | 15:25:28 |
| 21 | and Aptiv -- Aptiv is a customer and they're | 15:25:31 |
| 22 | really business partners in trying to win | 15:25:35 |
| 23 | business from the OEMs. | 15:25:37 |
| 24 | What Aptiv is going to do with | 15:25:39 |

|    |                                                        |          |
|----|--------------------------------------------------------|----------|
| 1  | this license, though, is essentially step into         | 15:25:41 |
| 2  | the chip level chain of commerce.  They now            | 15:25:43 |
| 3  | have their own store to supply from.  They are         | 15:25:47 |
| 4  | not selling it to anybody else, but they're            | 15:25:51 |
| 5  | going to get their chips from their own                | 15:25:53 |
| 6  | internal supplier, not from Microchip.  So             | 15:25:55 |
| 7  | it's directly competitive.                             | 15:25:59 |
| 8  | Q.   So what impact does granting a                    | 15:26:02 |
| 9  | license to a competitor have on the royalty            | 15:26:05 |
| 10 | rate?                                                  | 15:26:08 |
| 11 | A.   So in any case where you have -- I'm              | 15:26:08 |
| 12 | looking at the difference between just an              | 15:26:11 |
| 13 | inventor trying to license to somebody who            | 15:26:13 |
| 14 | might commercialize their invention and                | 15:26:16 |
| 15 | comparing that to a situation where you have           | 15:26:19 |
| 16 | the -- you know, a competitive dynamic, the            | 15:26:21 |
| 17 | competitive situation leads to higher royalty          | 15:26:26 |
| 18 | rates.                                                 | 15:26:29 |
| 19 | Q.   Did you see any evidence in this case            | 15:26:29 |
| 20 | that the competitive impact actually occurred          | 15:26:32 |
| 21 | here?                                                  | 15:26:34 |
| 22 | A.   Yes.  There's lots of documents and              | 15:26:34 |
| 23 | lots of evidence that there was actually a            | 15:26:37 |
| 24 | competitive -- not just a competitive threat,          | 15:26:40 |

JURY TRIAL - VOLUME 3

Page 322

1    but that it did materialize.                    15:26:43

2        Q.   Let's look at a couple of those.       15:26:45

3             MR. GRAY:  Mr. Ferrer, could we        15:26:48

4    please see Exhibit 82.                          15:26:50

5    BY MR. GRAY:                                     15:26:53

6        Q.   Dr. Becker, what are we looking at     15:26:54

7    here?                                            15:26:55

8        A.   So this is part of an email chain      15:26:56

9    that I think has been talked about a number of  15:26:58

10   times.  This is from Mike Pennington to a       15:27:01

11   bunch of people at Microchip in February of     15:27:04

12   2016.                                            15:27:10

13            And it's my understanding from         15:27:12

14   this email that their draft -- they are         15:27:13

15   working on a message or a draft of a letter to  15:27:16

16   send to Delphi to say look, what you're doing   15:27:19

17   with the Unwired chip is -- is creating a       15:27:24

18   competitive situation.                          15:27:28

19            And what they are wanting to say       15:27:30

20   or proposing to say is you may recall from our  15:27:32

21   conversation last fall that since Delphi's      15:27:36

22   purchase of Unwired technology, we have found   15:27:39

23   ourselves in the unique situation where Delphi  15:27:42

24   is now competing directly with Microchip as a   15:27:44

Page 323

| | | |
|---|---|---|
| 1 | silicon supplier, so that's at the chip level, | 15:27:48 |
| 2 | with their development of their own custom | 15:27:52 |
| 3 | ASIC.  We have seen Delphi position this ASIC | 15:27:54 |
| 4 | device against ours in the marketplace which | 15:27:58 |
| 5 | has been costing Microchip business. | 15:28:00 |
| 6 | So clearly, this -- the sale of | 15:28:03 |
| 7 | the -- or the use of the ASIC in their hubs is | 15:28:08 |
| 8 | creating a situation that is competitive with | 15:28:12 |
| 9 | Microchip's opportunity to sell Athens and | 15:28:15 |
| 10 | Sandia chips. | 15:28:18 |
| 11 | MR. GRAY:  Mr. Ferrer, can we see | 15:28:21 |
| 12 | Exhibit 42, please. | 15:28:24 |
| 13 | THE WITNESS:  So here, this is | 15:28:32 |
| 14 | backing up in time just a little bit.  This is | 15:28:33 |
| 15 | November of 2015.  This is Ganesh Moorthy to a | 15:28:35 |
| 16 | similar group of people.  And sort of making | 15:28:41 |
| 17 | the statement that Unwired was an independent | 15:28:45 |
| 18 | company and Delphi in this field, I think | 15:28:48 |
| 19 | there's a typo there, field of play was not a | 15:28:53 |
| 20 | competitor. | 15:28:56 |
| 21 | That situation was changed | 15:28:58 |
| 22 | dramatically with the acquisition of Unwired | 15:28:59 |
| 23 | by Delphi.  Price reductions were offered in | 15:29:02 |
| 24 | exchange for significant volume and revenue | 15:29:05 |

Page 324

```
 1    growth.  In fact, Unwired has been destroying        15:29:07

 2    Microchip's revenue and profits with what they        15:29:10

 3    have done.                                            15:29:13

 4              And the key here is that situation          15:29:14

 5    doesn't change just because Delphi acquired           15:29:17

 6    them.  So the internal supply of chips is             15:29:19

 7    still competing with Athens and Sandia, even          15:29:23

 8    though Delphi owns them.  It is an alternative         15:29:27

 9    that is displacing Microchip's opportunity to         15:29:30

10    make a sale.                                          15:29:32

11    BY MR. GRAY:                                          15:29:34

12         Q.   Were you here when -- you said you          15:29:34

13    were here when Mr. Obolsky testified; correct?        15:29:36

14         A.   Yes.                                        15:29:39

15         Q.   And you recall some questions               15:29:39

16    suggesting that since Aptiv doesn't sell the          15:29:41

17    Boston chip to anyone else and only uses it           15:29:44

18    internally for hubs, that Aptiv couldn't be in        15:29:46

19    competition with Microchip?  He talked about          15:29:51

20    that a little awhile ago; correct?                    15:29:54

21         A.   Yes.  It -- I agree that they don't         15:29:56

22    sell -- Aptiv isn't making the Boston chip and        15:29:59

23    sending it out and sort of offering it to             15:30:05

24    anybody else.  They are keeping it as their           15:30:08
```

| | |
|---|---|
| 1 | own proprietary source for their hubs as a | 15:30:09 |
| 2 | competitive -- to give them a competitive | 15:30:13 |
| 3 | advantage over the other hub makers. | 15:30:16 |
| 4 | But it clearly competes at the | 15:30:18 |
| 5 | silicon level, at the chip level. It is a | 15:30:22 |
| 6 | chipmaker supplying chips to Aptiv that is | 15:30:26 |
| 7 | displacing Microchip. It is the essence of a | 15:30:29 |
| 8 | competitive relationship. | 15:30:33 |
| 9 | Q. Is that what Mr. Obolsky testified as | 15:30:34 |
| 10 | what was previously a win/win relationship now | 15:30:37 |
| 11 | became an Aptiv wins and Microchip loses | 15:30:40 |
| 12 | relationship? | 15:30:43 |
| 13 | A. Yes. | 15:30:44 |
| 14 | Q. Turning back to your list of key | 15:30:47 |
| 15 | factors... | 15:30:49 |
| 16 | MR. GRAY: If we could go back to | 15:30:50 |
| 17 | the presentation, please. | 15:30:52 |
| 18 | BY MR. GRAY: | 15:30:54 |
| 19 | Q. What's next? | 15:30:54 |
| 20 | A. So next is to look at the -- I think | 15:30:54 |
| 21 | I have established, at least in my mind, that | 15:30:57 |
| 22 | the license is going to authorize competition | 15:30:59 |
| 23 | with Athens and Sandia. | 15:31:02 |
| 24 | The next question is well, so | 15:31:04 |

Page 326

| | | |
|---|---|---|
| 1 | what?  If you lose the sale of Athens or lose | 15:31:06 |
| 2 | the sale of Sandia, is that going to hurt | 15:31:10 |
| 3 | Microchip?  We'll look at the profitability of | 15:31:12 |
| 4 | those two chips. | 15:31:15 |
| 5 | First, Athens is the chip that is | 15:31:16 |
| 6 | competing with this dual role hub product in | 15:31:20 |
| 7 | the 2015 to 2017 period.  So I went and looked | 15:31:24 |
| 8 | at the profitability of that product. | 15:31:28 |
| 9 | Q.   And what did you find about the | 15:31:30 |
| 10 | profitability of the Athens product? | 15:31:32 |
| 11 | A.   So the Athens product is on the | 15:31:34 |
| 12 | market here from 2013 through June of 2019. | 15:31:38 |
| 13 | That's as far as I went with the data on the | 15:31:44 |
| 14 | profitability of Athens.  And we can see that | 15:31:46 |
| 15 | that -- if I take the revenues and the units | 15:31:49 |
| 16 | and the margins, I get the REDACTED per chip for | 15:31:53 |
| 17 | that product over this time period. | 15:31:58 |
| 18 | Q.   And is that calculation from | 15:32:02 |
| 19 | Exhibit 45? | 15:32:05 |
| 20 | A.   It is. | 15:32:05 |
| 21 | Q.   Did you also take a look at the | 15:32:06 |
| 22 | success and profitability of the Sandia | 15:32:08 |
| 23 | multi-host product? | 15:32:11 |
| 24 | A.   I did. | 15:32:11 |

Page 327

```
 1      Q.   And what did you find there?              15:32:12

 2      A.   So I looked at two things here.  One      15:32:13

 3   was what was the expected profitability in the    15:32:16

 4   2015 Sandia Business Plan, and found that if I     15:32:20

 5   worked through the math on their forecast          15:32:26

 6   tables in their financial section of that,         15:32:29

 7   that they expected gross profits of REDACTED per  15:32:32

 8   unit on the Sandia product line.                   15:32:36

 9      Q.   Did you also look at the actual            15:32:39

10   profits of Sandia?                                 15:32:41

11      A.   I did.  So we saw essentially this         15:32:42

12   same calculation in the lost profits              15:32:47

13   calculation.  Sandia generated gross profits       15:32:48

14   per unit of REDACTED, so a little bit less than   15:32:53

15   the planned amount, but not a huge amount          15:32:56

16   different.                                         15:33:00

17      Q.   If we go back to your list of key          15:33:00

18   factors, what's the next thing you found most      15:33:02

19   important?                                         15:33:04

20      A.   So the next question was all right,        15:33:04

21   how important is this multi-host technology to     15:33:07

22   the success of the products that are being         15:33:12

23   sold that contain that technology?                 15:33:14

24           So I looked at the evidence in the         15:33:16
```

Page 328

| | | |
|---|---|---|
| 1 | case and talked to Mr. Zatkovich about this as | 15:33:20 |
| 2 | well to get a sense of what's the importance | 15:33:23 |
| 3 | of that particular multi-host architecture in | 15:33:27 |
| 4 | being able to satisfy the U.S. Big 3 demand | 15:33:31 |
| 5 | for single-lane CarPlay with persistent USB. | 15:33:36 |
| 6 | And what I found is that it is | 15:33:40 |
| 7 | very important. It, in fact, is uniquely | 15:33:42 |
| 8 | satisfying that demand. | 15:33:46 |
| 9 | Q. And do you understand that Mr. Bohm | 15:33:48 |
| 10 | testified that he and the rest of the | 15:33:50 |
| 11 | Microchip engineers are unaware of any other | 15:33:53 |
| 12 | way to provide multi-host capability other | 15:33:55 |
| 13 | than with this patent? | 15:33:58 |
| 14 | A. So yes, I'm aware of Mr. Bohm's | 15:33:59 |
| 15 | testimony in that regard. I've seen testimony | 15:34:02 |
| 16 | from various people in this case, deposition | 15:34:05 |
| 17 | testimony, that supports that, and the | 15:34:10 |
| 18 | marketing evidence that I looked at earlier | 15:34:12 |
| 19 | where, let's just go look in the marketplace | 15:34:15 |
| 20 | and see. We're seven years into it. Is there | 15:34:17 |
| 21 | anybody else selling it? And there's only | 15:34:21 |
| 22 | two. | 15:34:23 |
| 23 | So it tells me that it's uniquely | 15:34:23 |
| 24 | responsible for satisfying that demand for | 15:34:26 |

Page 329

| | | |
|---|---|---|
| 1 | single-lane CarPlay with persistent USB. | 15:34:29 |
| 2 | Q. Did you see any documents from Aptiv, | 15:34:31 |
| 3 | itself, that confirmed your conclusion on this | 15:34:34 |
| 4 | factor? | 15:34:36 |
| 5 | A. I did. | 15:34:37 |
| 6 | Q. What are you showing on this slide? | 15:34:39 |
| 7 | A. So this is a page from an Aptiv -- it | 15:34:41 |
| 8 | was a Delphi presentation at the time, talking | 15:34:46 |
| 9 | about the hubs and media modules, and the | 15:34:49 |
| 10 | headline on this slide says, "How do we | 15:34:55 |
| 11 | support CarPlay in hubs and media modules?" | 15:34:57 |
| 12 | And this first bullet point is, I | 15:35:01 |
| 13 | thought, very significant, that it says, "What | 15:35:04 |
| 14 | differentiates us," meaning Delphi, "is our | 15:35:07 |
| 15 | own ASIC to support Apple CarPlay." | 15:35:11 |
| 16 | And then it goes on to say, "The | 15:35:15 |
| 17 | chip is designed for multi-port architecture | 15:35:17 |
| 18 | with CarPlay support through a unique | 15:35:21 |
| 19 | host-to-host bridging technology." | 15:35:23 |
| 20 | So they're not saying that it's | 15:35:26 |
| 21 | other things in the hub; they're saying the | 15:35:28 |
| 22 | thing in the hub that is uniquely | 15:35:30 |
| 23 | differentiating us in our ability to make | 15:35:32 |
| 24 | these -- you know, have this unique product, | 15:35:35 |

JURY TRIAL - VOLUME 3

Page 330

```
 1   is this unique host-to-host bridging          15:35:37

 2   technology.                                    15:35:40

 3            And the next three points really      15:35:41

 4   basically say the things that have been talked 15:35:44

 5   about here.  Multiple downstream ports enable  15:35:46

 6   a single connection to the USB to the head     15:35:52

 7   unit, so that's the single wire.               15:35:55

 8            The next bullet point is any of       15:35:58

 9   the downstream ports may host CarPlay, so it's 15:35:59

10   one wire up, CarPlay on any downstream port.   15:36:02

11            And the third is while one of the     15:36:06

12   ports is occupied with Apple CarPlay, the rest 15:36:08

13   of the ports in the system can stay active and 15:36:11

14   may exchange data.                             15:36:14

15            So they're saying what Mr.            15:36:16

16   Zatkovich told me and what I think the market  15:36:19

17   is kind of saying, is that if you want         15:36:21

18   single-lane persistent USB CarPlay, which the  15:36:25

19   U.S. OEMs wanted, this technology is the only  15:36:28

20   way to do it.                                  15:36:32

21       Q.   And the bottom highlighted bullet     15:36:34

22   point, that references persistent USB?         15:36:37

23       A.   Yes.  That's another way of saying    15:36:40

24   persistent USB, when you say that the rest of  15:36:43
```

Page 331

```
 1    the ports in the system stay active and may        15:36:45

 2    exchange data when one is occupied with             15:36:48

 3    CarPlay.                                            15:36:51

 4        Q.   Okay.                                      15:36:52

 5             What's the last point in your list         15:36:52

 6    of key factors?                                     15:36:54

 7        A.   So the last point is really one of         15:36:56

 8    the benefits.  It's something that I can sort       15:36:59

 9    of get my teeth into and actually start to put      15:37:01

10    some numbers on it.                                 15:37:04

11             We've seen that, yeah, this is             15:37:06

12    unique and the OEMs wanted it and it's              15:37:07

13    awesome, the single-lane persistent USB, but        15:37:11

14    how do I quantify what that benefit is?             15:37:15

15             And what we find is that one of            15:37:18

16    the key benefits of this is that it provides        15:37:20

17    the lowest cost solution that meets these           15:37:22

18    requirements for single lane -- well, if you        15:37:27

19    want persistent USB on every port, this is the      15:37:29

20    lowest cost way to do it.                           15:37:34

21             And we're going to look at that            15:37:37

22    costing, but this idea of the architecture          15:37:39

23    providing a cost advantage is a way to              15:37:42

24    calibrate the value of the technology.              15:37:45
```

Page 332

1  Q. So what's your basis for concluding  15:37:48

2 that the patented invention provided the  15:37:50

3 lowest cost solution?  15:37:52

4  A. Well, a couple things.  One is I  15:37:53

5 talked to Mr. Zatkovich about it and the -- as  15:37:56

6 to whether this architecture, can you get  15:38:04

7 persistent USB in any other way, and the  15:38:08

8 answer was no.  15:38:12

9   And then there is actually  15:38:14

10 documents from Microchip and from Aptiv that  15:38:15

11 very consistently are recognizing the  15:38:20

12 architecture as providing a cost advantage.  15:38:22

13  Q. Let's look at some of those  15:38:24

14 documents, starting with a Microchip document.  15:38:25

15  A. So this is out of the business plan,  15:38:28

16 Exhibit 25, the Sandia Product Business Plan.  15:38:32

17 This is in a section of it where they set out  15:38:35

18 the Sandia multi-host architecture, and in the  15:38:38

19 paragraph that I have pulled out, they really  15:38:44

20 make the statement that is relevant to this  15:38:46

21 point.  15:38:48

22   It says, "This architecture has  15:38:49

23 the advantage of utilizing a single USB path  15:38:50

24 and hence a single port and a normal USB  15:38:53

JURY TRIAL - VOLUME 3

Page 333

| | | |
|---|---|---|
| 1 | cable, and they all contribute to an optimal | 15:38:57 |
| 2 | BOM," or bill of materials. | 15:39:00 |
| 3 | Q.   What is a bill of materials? | 15:39:03 |
| 4 | A.   The bill of materials, and in the | 15:39:05 |
| 5 | industry, manufacturing industry, people just | 15:39:08 |
| 6 | call it a BOM.  You take -- you could have a | 15:39:10 |
| 7 | bill of materials for this display here and | 15:39:14 |
| 8 | just add up, there is some plastic, there is a | 15:39:17 |
| 9 | screen, there is some chips, there is a cable; | 15:39:20 |
| 10 | all the pieces you need to make a product make | 15:39:22 |
| 11 | up its bill of materials. | 15:39:25 |
| 12 | You add up all the costs of I need | 15:39:27 |
| 13 | two of these and one of these and one of | 15:39:30 |
| 14 | these.  You add it all up.  That's your total | 15:39:32 |
| 15 | BOM cost, or bill of materials cost. | 15:39:35 |
| 16 | Q.   And so what does it mean that the | 15:39:37 |
| 17 | patented solution provides an optimal BOM? | 15:39:40 |
| 18 | A.   Optimal BOM, I think that's | 15:39:44 |
| 19 | synonymous with the lowest cost solution.  The | 15:39:46 |
| 20 | optimal, you're obviously always trying to | 15:39:50 |
| 21 | reduce your bill of materials cost, so an | 15:39:53 |
| 22 | optimal BOM is the lowest cost solution. | 15:39:56 |
| 23 | Q.   Did you do anything to actually | 15:39:58 |
| 24 | measure the cost advantage provided by the | 15:40:00 |

Page 334

| | | |
|---|---|---|
| 1 | patented invention? | 15:40:02 |
| 2 | A.   I did. | 15:40:03 |
| 3 | Q.   Can you describe, in a high level, | 15:40:03 |
| 4 | how you went about that analysis? | 15:40:06 |
| 5 | A.   So at a high level, I took the | 15:40:07 |
| 6 | patented sort of chip, the basic architecture | 15:40:11 |
| 7 | of the chip and looked at the makeup of that, | 15:40:16 |
| 8 | used that architecture, what were the main | 15:40:18 |
| 9 | components that you would have to have, and | 15:40:21 |
| 10 | then compared it to the two alternative | 15:40:23 |
| 11 | architectures to get as close to meeting the | 15:40:26 |
| 12 | feature requirements or providing the feature | 15:40:31 |
| 13 | requirements of that patented hub. | 15:40:35 |
| 14 | So we're going to compare the | 15:40:39 |
| 15 | patented architecture to the sort of two | 15:40:41 |
| 16 | closest architectures that gets you some, if | 15:40:45 |
| 17 | not all, of the features. | 15:40:48 |
| 18 | Q.   Okay. | 15:40:49 |
| 19 | And what are the two alternatives? | 15:40:50 |
| 20 | A.   So there are two alternatives that I | 15:40:52 |
| 21 | found in the Microchip literature from talking | 15:40:56 |
| 22 | to Mr. Obolsky about what Microchip, itself, | 15:40:59 |
| 23 | viewed as the alternatives that were available | 15:41:03 |
| 24 | to its customers. | 15:41:05 |

JURY TRIAL - VOLUME 3

Page 335

```
 1                There are sort of two different            15:41:07

 2      approaches.  One is stick with the single            15:41:10

 3      lane, which is on the right, stick with the          15:41:13

 4      single-lane solution, but give up on the            15:41:15

 5      persistent USB.  So you can do it without a         15:41:19

 6      path -- with a single-lane non-persistent USB,       15:41:25

 7      but if you want persistent USB, you've got to        15:41:28

 8      go to the left-hand side of the screen and you       15:41:31

 9      can get the persistence, but you've got to           15:41:33

10      give up the single lane.  So now you've got          15:41:36

11      the two-lane persistent USB.  Those are the          15:41:38

12      two alternatives that I have evaluated.              15:41:42

13          Q.   And the alternative on the right, the       15:41:44

14      single-lane alternative, do you understand           15:41:47

15      that to be Microchip's Athens FlexConnect            15:41:51

16      solution?                                            15:41:54

17          A.   Yes.  That's Athens, that 8460X chip        15:41:54

18      uses an Athens chip, and you can do                  15:42:00

19      single-lane CarPlay on downstream ports if you       15:42:03

20      connect to an OTG port through Athens, but it        15:42:07

21      cannot do persistence.                               15:42:12

22          Q.   And do you have an understanding of         15:42:12

23      what the USB3740 chip is that's here?                15:42:14

24          A.   I understand that to be a USB switch,       15:42:19
```

Page 336

| | | |
|---|---|---|
| 1 | and we see those switches in both -- both | 15:42:22 |
| 2 | solutions. | 15:42:25 |
| 3 | Q.   And do you know why those switches | 15:42:26 |
| 4 | are required in these alternatives? | 15:42:27 |
| 5 | A.   Well, again, this is getting into | 15:42:30 |
| 6 | some technical stuff that I learned from Mr. | 15:42:32 |
| 7 | Obolsky and Mr. Zatkovich, but it's my | 15:42:34 |
| 8 | understanding that when you have essentially | 15:42:37 |
| 9 | multiple places in your car that you can plug | 15:42:42 |
| 10 | the USB into, like in my -- in my pickup | 15:42:44 |
| 11 | truck, there's two in the console.  In order | 15:42:47 |
| 12 | to have either one of those work, I don't have | 15:42:51 |
| 13 | to look and see, is one of them there that's | 15:42:53 |
| 14 | labeled CarPlay.  I can plug into either one | 15:42:56 |
| 15 | to have that switching.  So that either one | 15:43:00 |
| 16 | could be switched over to either one that's | 15:43:02 |
| 17 | talking to the head unit, you'd have to have | 15:43:04 |
| 18 | those switches. | 15:43:07 |
| 19 | Q.   So are the alternatives you're | 15:43:09 |
| 20 | showing here on this slide something that you | 15:43:11 |
| 21 | created for your analysis in this litigation? | 15:43:15 |
| 22 | A.   No.  I was an engineer a long time | 15:43:17 |
| 23 | ago, but I stopped being one back in probably | 15:43:19 |
| 24 | 1986.  So no, I did not create these.  These | 15:43:24 |

|    |                                                    |          |
|----|----------------------------------------------------|----------|
| 1  | specific architectures were actually found in      | 15:43:28 |
| 2  | that Sandia Business Plan.  But I talked to         | 15:43:33 |
| 3  | Mr. Obolsky about them and I talked to Mr.          | 15:43:35 |
| 4  | Zatkovich about them as well.                       | 15:43:37 |
| 5  |     Q.   And do you have an understanding of        | 15:43:39 |
| 6  | whether car manufacturers, in fact, bought          | 15:43:41 |
| 7  | both of these solutions?                            | 15:43:43 |
| 8  |     A.   Yes.  Yes.  It's my understanding          | 15:43:44 |
| 9  | that there are -- there are car manufacturers       | 15:43:47 |
| 10 | who are -- have purchased both solutions as --      | 15:43:50 |
| 11 | to meet their requirements.                         | 15:43:57 |
| 12 |         Now, The Big 3 have the demand for          | 15:43:59 |
| 13 | the single-lane persistent USB.  It's my            | 15:44:01 |
| 14 | understanding that those people are not -- GM       | 15:44:05 |
| 15 | Ford and Chrysler here in the U.S. aren't           | 15:44:09 |
| 16 | doing this.  They are obviously buying the          | 15:44:11 |
| 17 | Aptiv product.                                      | 15:44:13 |
| 18 |     Q.   Did you see any evidence that Aptiv        | 15:44:14 |
| 19 | also considered the value of the multi-host         | 15:44:16 |
| 20 | controller technology by comparing it to            | 15:44:18 |
| 21 | alternatives?                                       | 15:44:20 |
| 22 |     A.   Yes.  This was actually kind of a          | 15:44:22 |
| 23 | surprise, that when I started looking at the        | 15:44:23 |
| 24 | Aptiv documents related to their product, I         | 15:44:26 |

Page 338

| | | |
|---|---|---|
| 1 | found kind of a similar expression of this is | 15:44:31 |
| 2 | uniquely satisfying single-lane CarPlay, and | 15:44:34 |
| 3 | we can look at how good it is by comparing it | 15:44:39 |
| 4 | to these two solutions, or things very similar | 15:44:41 |
| 5 | to these two solutions. | 15:44:45 |
| 6 | MR. GRAY:  Mr. Ferrer, can we | 15:44:47 |
| 7 | please pull up Exhibit 18. | 15:44:49 |
| 8 | BY MR. GRAY: | 15:44:53 |
| 9 | Q.   Dr. Becker, what is Exhibit 18? | 15:44:54 |
| 10 | A.   So this is a presentation that Delphi | 15:44:56 |
| 11 | made to an organization called the PACE Award | 15:44:59 |
| 12 | that Automotive News has, and it's my | 15:45:04 |
| 13 | understanding that this was their presentation | 15:45:07 |
| 14 | when they were finalists in trying to convince | 15:45:08 |
| 15 | the jury that they should win, which they | 15:45:12 |
| 16 | ultimately did. | 15:45:14 |
| 17 | This is from January of 2016, and | 15:45:16 |
| 18 | so they -- there's a lot in here where they're | 15:45:18 |
| 19 | talking about the benefits of the dual role | 15:45:21 |
| 20 | hub. | 15:45:23 |
| 21 | MR. GRAY:  Can we please turn to | 15:45:28 |
| 22 | page 13 of Exhibit 18. | 15:45:30 |
| 23 | BY MR. GRAY: | 15:45:34 |
| 24 | Q.   Dr. Becker, what does this slide | 15:45:35 |

JURY TRIAL - VOLUME 3

Page 339

| | | |
|---|---|---|
| 1 | show? | 15:45:36 |
| 2 | A.   So this is a general description or | 15:45:37 |
| 3 | summary by Delphi of the sort of challenge | 15:45:39 |
| 4 | that they faced when they were getting ready | 15:45:44 |
| 5 | to launch their product.  And if you can pull | 15:45:47 |
| 6 | out that top bullet point. | 15:45:50 |
| 7 | So they say when Apple announced | 15:45:57 |
| 8 | CarPlay in 2012, iPhone users couldn't wait, | 15:45:59 |
| 9 | just sort of read ahead.  There was only one | 15:46:04 |
| 10 | problem.  OEMs couldn't make it work without | 15:46:06 |
| 11 | driving up the cost, limiting the | 15:46:09 |
| 12 | functionality or taking up all the space in | 15:46:12 |
| 13 | the head unit. | 15:46:16 |
| 14 | And we'll see what they mean by | 15:46:16 |
| 15 | driving up the cost and limiting the | 15:46:18 |
| 16 | functionality, is that if you weren't going to | 15:46:20 |
| 17 | use the patented multi-host technology, the | 15:46:23 |
| 18 | other solutions have some combination of | 15:46:28 |
| 19 | driving up the cost and accepting a more | 15:46:30 |
| 20 | limited functionality. | 15:46:34 |
| 21 | MR. GRAY:  Can we please turn to | 15:46:36 |
| 22 | page 18. | 15:46:38 |
| 23 | BY MR. GRAY: | 15:46:43 |
| 24 | Q.   And, Dr. Becker, what is page 18 | 15:46:43 |

JURY TRIAL - VOLUME 3

Page 340

| | | |
|---|---|---|
| 1 | talking about? | 15:46:45 |
| 2 | A.   So here, they are laying out | 15:46:46 |
| 3 | potential options for multiple USB connections | 15:46:48 |
| 4 | with Apple CarPlay.  This is really the same | 15:46:52 |
| 5 | thing that I saw in the Sandia Business Plan | 15:46:55 |
| 6 | where they said there's three ways that we can | 15:46:57 |
| 7 | give carmakers multiple connections and do | 15:47:00 |
| 8 | CarPlay, a -- the third one is the Delphi dual | 15:47:04 |
| 9 | role hub, so that's the patented one.  No. 2 | 15:47:09 |
| 10 | is to use a port reverse hub.  That's the | 15:47:14 |
| 11 | single-lane solution, and they say developed | 15:47:17 |
| 12 | by another IC manufacturer.  That's actually | 15:47:20 |
| 13 | the FlexConnect Athens that lets you do a | 15:47:22 |
| 14 | single-lane backup to the head unit.  Or they | 15:47:26 |
| 15 | can -- the first option is to add multiple | 15:47:31 |
| 16 | paths.  That's the two-wire solution. | 15:47:33 |
| 17 | So it's really the same expression | 15:47:35 |
| 18 | of we can do it the patented way or | 15:47:38 |
| 19 | essentially downsize with two alternatives, | 15:47:44 |
| 20 | single lane, dual lane. | 15:47:46 |
| 21 | And the -- that box at the bottom | 15:47:49 |
| 22 | actually was interesting because it says, "The | 15:47:52 |
| 23 | benefits of the Delphi dual role hub are | 15:47:55 |
| 24 | understood by studying the drawbacks of | 15:47:58 |

Page 341

```
 1    competing solutions."                        15:48:01

 2         Q.   Do you agree with that statement?  15:48:04

 3         A.   That's essentially what I'm doing in  15:48:05

 4    my costing analysis, is to compare the       15:48:06

 5    patented architecture to these two           15:48:09

 6    alternatives that both Microchip and Delphi  15:48:12

 7    are saying are the things that were out there  15:48:15

 8    in the market as alternatives.               15:48:18

 9         Q.   Okay.                              15:48:22

10              And can you walk the jury through  15:48:22

11    your quantification of the cost benefit of the  15:48:25

12    patented invention?                          15:48:28

13         A.   Sure.  So this is the two-lane     15:48:29

14    alternative or the two-wire solution.  The   15:48:31

15    little diagram on the left is just a block    15:48:36

16    diagram of that two-wire solution, and I've   15:48:39

17    got a red box over the pieces of that solution  15:48:42

18    that if you do Sandia, the multi-host Sandia,  15:48:46

19    you don't need -- it basically replaces the   15:48:53

20    four things that are covered up.             15:48:59

21              There's two USB8460Xs and two      15:49:01

22    USB3740s.  If we cost out just those pieces,  15:49:06

23    because the rest of the stuff really isn't    15:49:10

24    relevant to the patent, if we cost out those  15:49:13
```

Page 342

| | | |
|---|---|---|
| 1 | pieces, we get a bill of materials of REDACTED, | 15:49:16 |
| 2 | and the average cost of the Sandia solution | 15:49:20 |
| 3 | for a two port Sandia is REDACTED. | 15:49:23 |
| 4 | So we can see that relative to the | 15:49:28 |
| 5 | two-lane alternative, Sandia is providing a | 15:49:31 |
| 6 | $3.28 benefit. | 15:49:36 |
| 7 | Q.   So is it fair to say that on the | 15:49:37 |
| 8 | right side of the screen here, you are | 15:49:40 |
| 9 | comparing the market value of the patented | 15:49:42 |
| 10 | solution to the market value of the two-lane | 15:49:46 |
| 11 | solution? | 15:49:50 |
| 12 | A.   Yes.  The portion of the market value | 15:49:50 |
| 13 | of the two-lane solution that relates to the | 15:49:53 |
| 14 | piece that sort of overlaps with what Sandia | 15:49:56 |
| 15 | is doing. | 15:49:59 |
| 16 | Q.   So if a U.S. OEM were to choose the | 15:50:01 |
| 17 | two-lane solution that we're looking at here | 15:50:05 |
| 18 | on the screen, would it provide CarPlay with | 15:50:07 |
| 19 | persistent USB on all downstream ports? | 15:50:09 |
| 20 | A.   Yes.  This, from a functionality | 15:50:12 |
| 21 | standpoint, this solution is the one that, if | 15:50:15 |
| 22 | you said I have to have multiple ports and I | 15:50:19 |
| 23 | have to have CarPlay on those ports and I have | 15:50:23 |
| 24 | to have persistence, everything I have heard | 15:50:25 |

Page 343

| | | |
|---|---|---|
| 1 | says the only way you can do that is with a | 15:50:29 |
| 2 | two-lane solution, and that costs out at 3.28. | 15:50:31 |
| 3 | So that's telling me that CarPlay | 15:50:36 |
| 4 | on every port with persistent USB, the benefit | 15:50:39 |
| 5 | or value that's being created by the Sandia | 15:50:43 |
| 6 | and this multi-host technology, is $3.28. | 15:50:47 |
| 7 | MR. GRAY:  Can we look at the next | 15:50:56 |
| 8 | slide, please. | 15:50:57 |
| 9 | BY MR. GRAY: | 15:50:59 |
| 10 | Q.   What's that slide showing us, Dr. | 15:50:59 |
| 11 | Becker? | 15:51:01 |
| 12 | A.   So this is from the Sandia Business | 15:51:01 |
| 13 | Plan.  I went and looked to just sort of | 15:51:03 |
| 14 | confirm that my analysis, do I see the same | 15:51:05 |
| 15 | thing in their sort of assessment of the | 15:51:10 |
| 16 | two-lane alternative, and they reached the | 15:51:13 |
| 17 | same conclusion I did, which is although this | 15:51:15 |
| 18 | architecture meets the overall system needs of | 15:51:19 |
| 19 | USB persistence and has the benefit of | 15:51:22 |
| 20 | guaranteeing a dedicated path to the head unit | 15:51:25 |
| 21 | for CarPlay, the fact that it requires two | 15:51:28 |
| 22 | upstream ports has drawbacks.  And they go on. | 15:51:30 |
| 23 | And really those drawbacks are what are | 15:51:33 |
| 24 | driving a lot of that $3.28 difference. | 15:51:36 |

Page 344

1      Q.   Okay.                                    15:51:39

2           What did you do next for the             15:51:40

3    single-lane alternative?                        15:51:42

4      A.   So the next alternative is I looked      15:51:44

5    at the single-lane alternative and costed it    15:51:47

6    out.  The same thing, I sort of went and        15:51:49

7    looked at the bill of materials for the single  15:51:52

8    lane FlexConnect or Athens solution and         15:51:57

9    compared it to what would change if you did it  15:52:01

10   with Sandia, and that provided the cost         15:52:04

11   savings of 63 cents.                            15:52:09

12     Q.   Does this single-lane alternative        15:52:12

13   provide all of the functionality of the         15:52:15

14   patented invention like the two-lane            15:52:17

15   alternative does?                               15:52:19

16     A.   No, that's -- so it's not surprising     15:52:19

17   that the cost difference is lower because       15:52:22

18   we've now left out one key component or one     15:52:23

19   key feature, which is the feature that the      15:52:27

20   U.S. OEMs were kind of putting their foot down  15:52:31

21   and saying they had to have; that's             15:52:34

22   persistence.  If you don't need persistence,    15:52:35

23   then you can do this solution without Sandia    15:52:39

24   at the 63 cent cost differential.               15:52:42

JURY TRIAL - VOLUME 3

Page 345

| | | |
|---|---|---|
| 1 | Q.   So without the patented technology, | 15:52:47 |
| 2 | you could either have single lane or CarPlay | 15:52:50 |
| 3 | with persistent USB, but with two lanes, or | 15:52:53 |
| 4 | single-lane CarPlay without persistent USB; is | 15:52:56 |
| 5 | that fair? | 15:53:00 |
| 6 | A.   That's really the trade-off.  You've | 15:53:00 |
| 7 | got a cost penalty in either sense, and with | 15:53:04 |
| 8 | respect to the value of the technology, a cost | 15:53:07 |
| 9 | advantage in either sense.  But if you are | 15:53:10 |
| 10 | going to fully value that persistence that the | 15:53:12 |
| 11 | multi-host controller provides, you really | 15:53:16 |
| 12 | have to look at the value of that difference | 15:53:17 |
| 13 | to the 3.28, because the 63 cent difference is | 15:53:20 |
| 14 | given up on the persistence. | 15:53:24 |
| 15 | Q.   Now, I noticed -- | 15:53:26 |
| 16 | MR. GRAY:  Well, let's get to the | 15:53:28 |
| 17 | next slide, please. | 15:53:29 |
| 18 | BY MR. GRAY: | 15:53:29 |
| 19 | Q.   What is this slide showing? | 15:53:32 |
| 20 | A.   So this is just to close this off | 15:53:33 |
| 21 | with what Microchip had to say about it.  This | 15:53:35 |
| 22 | is their assessment, and it says, "When | 15:53:38 |
| 23 | CarPlay is active, the other port can be used | 15:53:41 |
| 24 | for charging, but no USB data functions are | 15:53:44 |

Page 346

| | | |
|---|---|---|
| 1 | possible.  This port is considered to have non | 15:53:47 |
| 2 | persistent USB functionality." | 15:53:49 |
| 3 | So they are acknowledging that the | 15:53:52 |
| 4 | drawback of the Athens one-lane solution is | 15:53:54 |
| 5 | that you have to give up on the persistence. | 15:53:58 |
| 6 | Q.   Now, I notice that both of your cost | 15:54:02 |
| 7 | comparisons are based around Microchip parts | 15:54:04 |
| 8 | rather than Aptiv parts.  Why is that? | 15:54:07 |
| 9 | A.   Well, a couple of reasons.  One is | 15:54:09 |
| 10 | that the hubs that are being built with this | 15:54:13 |
| 11 | largely have Microchip parts in them.  The one | 15:54:16 |
| 12 | question would be, you know, I'm comparing to | 15:54:19 |
| 13 | Sandia and why not compare it to the Boston | 15:54:23 |
| 14 | chip?  Well, the Boston chip was never sold. | 15:54:28 |
| 15 | They used it internally.  So I don't have a | 15:54:30 |
| 16 | market-based price to use to compare the cost | 15:54:33 |
| 17 | of that. | 15:54:38 |
| 18 | So I went with Sandia as the cost | 15:54:39 |
| 19 | comparison because we do have a market tested | 15:54:43 |
| 20 | price for that.  That selling price that I | 15:54:47 |
| 21 | used was what the chip actually is sold for to | 15:54:49 |
| 22 | the tune of REDACTED units.  So it is a | 15:54:54 |
| 23 | real market-based price. | 15:54:56 |
| 24 | Q.   So in your analysis, are you | 15:54:57 |

Page 347

```
 1    essentially assuming that Aptiv could have          15:54:59

 2    sold the Boston chip for the same price that        15:55:01

 3    Microchip sold the Sandia chip?                     15:55:05

 4        A.   I guess I -- in a roundabout way, one       15:55:08

 5    could suggest that I am, but since its              15:55:12

 6    functionality -- I don't know whether they          15:55:16

 7    really could have sold it for as much because       15:55:18

 8    I think there's some evidence that it didn't        15:55:20

 9    perform as well, but I'm essentially comparing      15:55:22

10    what the market would see as the difference in      15:55:29

11    the cost.                                           15:55:32

12        Q.   So by using the Sandia chip, though,        15:55:33

13    does that mean that you are being                   15:55:36

14    conservative?                                       15:55:38

15        A.   Yes.  I mean, if I had used Aptiv's         15:55:39

16    cost to make the Boston chip, these cost            15:55:42

17    savings would be much higher because the            15:55:47

18    Boston solution, I think there's evidence that      15:55:49

19    it only costs them something like 1.50 to make      15:55:52

20    that chip.                                          15:55:57

21              So if we went back to those two           15:55:57

22    prior charts and substituted $1.50 in place of      15:56:00

23    the ██████, the implied value of this technology    15:56:04

24    would go up by more than a dollar, in both          15:56:08
```

Page 348

| | | |
|---|---|---|
| 1 | comparisons. | 15:56:12 |
| 2 | Q.   Can you summarize for the jury what | 15:56:15 |
| 3 | you concluded from your evaluation of the | 15:56:17 |
| 4 | patented multi-host technology relative to | 15:56:20 |
| 5 | these two non-infringing alternatives? | 15:56:25 |
| 6 | A.   Yes.  So this table that I have | 15:56:27 |
| 7 | prepared here really just kind of puts it all | 15:56:28 |
| 8 | in one place.  The patented multi-host | 15:56:31 |
| 9 | solution is over on the right and it checks | 15:56:35 |
| 10 | the boxes, as it were, in terms of the key | 15:56:37 |
| 11 | system requirements or considerations.  It's | 15:56:40 |
| 12 | single lane, it's USB persistent, it provides | 15:56:45 |
| 13 | USB persistence and it provides CarPlay on any | 15:56:48 |
| 14 | port.  So that was what the U.S. OEMs were | 15:56:52 |
| 15 | demanding.  And it is the lowest cost way to | 15:56:55 |
| 16 | get that. | 15:56:57 |
| 17 | The other two alternatives are | 15:56:59 |
| 18 | either 63 cents more expensive or 3.28 more | 15:57:01 |
| 19 | expensive, but we can see with either of them, | 15:57:06 |
| 20 | there is essentially a trade-off.  You have to | 15:57:09 |
| 21 | give up on one of the two key requirements of | 15:57:12 |
| 22 | the OEMs. | 15:57:16 |
| 23 | So there's nothing that replicates | 15:57:17 |
| 24 | the features of the patent, but for a 63 cent, | 15:57:19 |

Page 349

1   the 3.28 cent difference, you can go out there          15:57:24

2   with the next best alternative, giving up on            15:57:27

3   one of those key requirements.                          15:57:30

4       Q.   Did you look to see how the                    15:57:31

5   conclusions you reached compared to the                 15:57:33

6   conclusions that Aptiv reached when making a            15:57:34

7   similar comparison?                                     15:57:37

8       A.   I did.  We go back to that same                15:57:38

9   document where they were sort of pitching this          15:57:41

10  to the PACE jury when there were finalists for          15:57:43

11  that award.  They actually had a table that             15:57:48

12  summarized their own assessment, and they               15:57:50

13  essentially reached the same conclusions I              15:57:53

14  did.                                                    15:57:56

15          If you look at the vehicle system               15:57:56

16  cost line, they say that the dual role hub,             15:57:59

17  which is the one that uses the multi-host               15:58:01

18  controller, is lowest cost.  The port reversal          15:58:03

19  hub, the middle column, that's the single-wire          15:58:08

20  solution using Athens.  That has a moderate             15:58:10

21  vehicle system cost compared to the lowest.             15:58:14

22  And the two USB paths, that's the two-wire              15:58:17

23  solution, is the highest vehicle system cost.           15:58:20

24          So they -- they didn't put numbers              15:58:23

JURY TRIAL - VOLUME 3

Page 350

| | | |
|---|---|---|
| 1 | on it, but they got the same -- not just | 15:58:25 |
| 2 | directionally, but the same relative | 15:58:31 |
| 3 | assessment that I did. | 15:58:33 |
| 4 | Q.   What about the feature comparison | 15:58:34 |
| 5 | other than just costs in this table? | 15:58:36 |
| 6 | A.   So the feature comparison, same | 15:58:38 |
| 7 | thing, really they recognized the same | 15:58:41 |
| 8 | drawback, which is the single-wire port | 15:58:43 |
| 9 | reversal hub, you have to give up on | 15:58:46 |
| 10 | persistence, and that the two wire one does | 15:58:49 |
| 11 | give you persistent USB, but you drive the | 15:58:54 |
| 12 | cost way up. | 15:58:58 |
| 13 | Q.   Have we now discussed the most | 15:59:00 |
| 14 | important factors that you considered in | 15:59:03 |
| 15 | determining the outcome of the hypothetical | 15:59:04 |
| 16 | negotiation? | 15:59:06 |
| 17 | A.   We have. | 15:59:07 |
| 18 | Q.   And were you able to use this | 15:59:08 |
| 19 | information to arrive at a royalty rate that | 15:59:09 |
| 20 | you thought was reasonable? | 15:59:12 |
| 21 | A.   I -- I did, yes. | 15:59:13 |
| 22 | Q.   Can you summarize for the jury what | 15:59:15 |
| 23 | that is? | 15:59:17 |
| 24 | A.   So I took this information and went | 15:59:18 |

Page 351

| | | |
|---|---|---|
| 1 | back to that table, kind of imagined all | 15:59:21 |
| 2 | right, now I'm back at the table with the two | 15:59:24 |
| 3 | parties, SMSC/Microchip on one side and | 15:59:26 |
| 4 | Unwired and later it would become Aptiv on the | 15:59:30 |
| 5 | other side.  And I thought about what would be | 15:59:32 |
| 6 | a reasonable negotiating range. | 15:59:34 |
| 7 | One side is going to say, I want | 15:59:38 |
| 8 | you to pay a lot; the other side will say, I | 15:59:39 |
| 9 | don't want to pay much, so where are they | 15:59:42 |
| 10 | going to be in that range. | 15:59:44 |
| 11 | I first bound that range by these | 15:59:45 |
| 12 | cost savings.  Clearly Aptiv's or Unwired's | 15:59:48 |
| 13 | customers, they could go and say, we're not | 15:59:54 |
| 14 | going to take a license and we will offer our | 15:59:56 |
| 15 | customers alternative solutions, but those | 15:59:59 |
| 16 | solutions are going to be -- you have to give | 16:00:03 |
| 17 | up on cost savings of taking the license.  So | 16:00:05 |
| 18 | that bounds it between 63 cents and $3.28 as | 16:00:09 |
| 19 | the measure of the value of this multi-host | 16:00:15 |
| 20 | technology. | 16:00:17 |
| 21 | I next said, all right, we've got | 16:00:18 |
| 22 | that range.  We don't -- we're not sure what | 16:00:21 |
| 23 | the customers are going to do in terms of that | 16:00:23 |
| 24 | trade-off, but I think the midpoint of that | 16:00:26 |

Page 352

| | | |
|---|---|---|
| 1 | range is a reasonable sort of stake in the | 16:00:29 |
| 2 | ground for the parties to agree that the | 16:00:31 |
| 3 | implied cost savings, or the potential cost | 16:00:36 |
| 4 | savings, by using the Sandia technology is | 16:00:41 |
| 5 | around $1.95.  So that sets the range at a | 16:00:47 |
| 6 | midpoint of the range. | 16:00:52 |
| 7 | The next thing is to give life to | 16:00:54 |
| 8 | this competitive dynamic that SMSC over there | 16:00:57 |
| 9 | on the right-hand side of the table knows that | 16:01:01 |
| 10 | when it licenses Unwired, it's going to give | 16:01:03 |
| 11 | up the opportunity to sell some chips.  So I | 16:01:05 |
| 12 | put the profit per chip from Sandia and Athens | 16:01:09 |
| 13 | on here as a consideration.  Certainly it's | 16:01:17 |
| 14 | something that would get talked about at that | 16:01:22 |
| 15 | negotiation. | 16:01:25 |
| 16 | And the last thing that I need to | 16:01:26 |
| 17 | consider is this timing issue that -- we're | 16:01:29 |
| 18 | talking about a license in 2014 where the | 16:01:32 |
| 19 | parties know that Unwired has a -- is going to | 16:01:35 |
| 20 | be first to market and that Microchip is not | 16:01:41 |
| 21 | going to get their product on the market until | 16:01:45 |
| 22 | the middle of 2017. | 16:01:48 |
| 23 | So that changes the bargaining | 16:01:50 |
| 24 | dynamic of it when Microchip isn't going to be | 16:01:54 |

Page 353

| | | |
|---|---|---|
| 1 | on the market until the middle of 2017. | 16:01:58 |
| 2 | So what I did to give life to that | 16:02:01 |
| 3 | is to say the first portion, if we think about | 16:02:03 |
| 4 | the length of this license, it's going to be | 16:02:07 |
| 5 | from 2014 to now, essentially, the beginning | 16:02:09 |
| 6 | of 2022. | 16:02:14 |
| 7 | And I look at how much of that | 16:02:15 |
| 8 | time period is Microchip in direct | 16:02:16 |
| 9 | head-to-head competition with Sandia and | 16:02:21 |
| 10 | Unwired/Aptiv chip and what percentage of it | 16:02:25 |
| 11 | is just Aptiv or Unwired is out there ahead of | 16:02:28 |
| 12 | Microchip.  They're still getting the benefits | 16:02:32 |
| 13 | of the invention, but they're not necessarily | 16:02:35 |
| 14 | causing direct competition because Microchip | 16:02:38 |
| 15 | is not ready to enter the market. | 16:02:41 |
| 16 | If I weight those two time periods | 16:02:44 |
| 17 | between the low end of this range and the | 16:02:47 |
| 18 | midpoint of the cost savings, I get $1.40. | 16:02:49 |
| 19 | And considering all of the evidence in this | 16:02:55 |
| 20 | case and the Georgia-Pacific factors, I | 16:02:56 |
| 21 | concluded that that would be a reasonable | 16:03:00 |
| 22 | royalty that compensates Microchip, or SMSC, | 16:03:01 |
| 23 | for the value that is being generated, because | 16:03:08 |
| 24 | we can see, who get -- they are then able to | 16:03:12 |

Page 354

| | | |
|---|---|---|
| 1 | supply a chip that has persistent USB that | 16:03:14 |
| 2 | could be worth as much as 3.28, and they're | 16:03:17 |
| 3 | able to enter the market on this accelerated | 16:03:21 |
| 4 | timeframe for $1.40 unit, so I think that's a | 16:03:24 |
| 5 | reasonable royalty. | 16:03:29 |
| 6 | Q.   So now that we have the reasonable | 16:03:30 |
| 7 | royalty of $1.40 per unit, what do we do with | 16:03:31 |
| 8 | it? | 16:03:35 |
| 9 | A.   So in the context of this negotiation | 16:03:36 |
| 10 | for a license, we would take that -- the | 16:03:40 |
| 11 | $1.40, and if we were only talking about a | 16:03:45 |
| 12 | reasonable royalty, you would take | 16:03:48 |
| 13 | 44.9 million chips and multiply it by $1.40 | 16:03:50 |
| 14 | per unit and you would get 62.9 million in | 16:03:57 |
| 15 | royalties. | 16:04:02 |
| 16 | Q.   Would that amount, in your opinion, | 16:04:05 |
| 17 | fully compensation Microchip's for Aptiv's | 16:04:07 |
| 18 | infringement? | 16:04:11 |
| 19 | A.   In my opinion, it would not fully | 16:04:11 |
| 20 | compensate them, because this is just that | 16:04:14 |
| 21 | royalty over the whole time period.  It | 16:04:16 |
| 22 | doesn't compensate them for the direct loss of | 16:04:19 |
| 23 | profits from the chip sales that I have | 16:04:23 |
| 24 | concluded were lost because of the | 16:04:25 |

Page 355

| | | |
|---|---|---|
| 1 | infringement. | 16:04:27 |
| 2 | Q.   Do you have a slide that shows what | 16:04:29 |
| 3 | the damages would be if lost profits are | 16:04:30 |
| 4 | awarded? | 16:04:32 |
| 5 | A.   Yes.  So kind of putting this on the | 16:04:33 |
| 6 | timeline, the lost profits pick up in the | 16:04:37 |
| 7 | middle of 2017 when Sandia is fully on the | 16:04:40 |
| 8 | market.  Those lost profits are REDACTED | 16:04:44 |
| 9 | and that prior period at $1.40 per unit is | 16:04:50 |
| 10 | REDACTED. | 16:04:55 |
| 11 | Q.   Have we now been through all of your | 16:04:57 |
| 12 | opinions? | 16:04:59 |
| 13 | A.   Yes, I think we can now just sort of | 16:04:59 |
| 14 | summarize, sum up, and all I'd need to do is | 16:05:02 |
| 15 | add those two numbers together.  This is back | 16:05:05 |
| 16 | to the slide that we looked at before. | 16:05:08 |
| 17 | In total, I think the adequate | 16:05:11 |
| 18 | compensation for the infringement, which is a | 16:05:13 |
| 19 | combination of reasonable royalty and lost | 16:05:16 |
| 20 | profits, is 84.4 million. | 16:05:19 |
| 21 | Q.   So to be clear, in your opinion, you | 16:05:22 |
| 22 | believe the jury should decide in this case | 16:05:25 |
| 23 | that total damages are 84.4 million? | 16:05:28 |
| 24 | A.   Yes. | 16:05:31 |

JURY TRIAL - VOLUME 3

                                                        Page 356

1           MR. GRAY:  Pass the witness.              16:05:33

2           MR. WIENER:  I will try to be             16:05:44

3    brief.  Don't let the binder deceive you.         16:05:46

4                    -  -  -                            16:05:46

5                CROSS-EXAMINATION                     16:05:46

6                    -  -  -                            16:05:49

7    BY MR. WIENER:                                     16:05:49

8       Q.   Good afternoon, Dr. Becker.               16:05:49

9       A.   Good afternoon.                            16:05:50

10      Q.   Nice to see you again.  My name is        16:05:51

11   Eric Wiener and I represent Aptiv.                 16:05:53

12           Dr. Becker, you are a professional        16:05:55

13   economic consultant; right?                        16:05:58

14      A.   Yes.                                       16:05:59

15      Q.   And that's what you've been doing for     16:05:59

16   the last 25 years?                                 16:06:01

17      A.   At least that long.  I've been            16:06:02

18   working as a economic or management consultant     16:06:04

19   for many more years than that, but I have been    16:06:08

20   doing this sort of economic consulting for        16:06:11

21   25 years.                                          16:06:14

22      Q.   And clients pay you to testify at         16:06:14

23   trials like this; right?                           16:06:17

24      A.   That's a big part of what they do.        16:06:19

Page 357

```
 1    It's not the only thing I do.  I get paid to         16:06:22

 2    evaluate other things as well.  But my typical        16:06:25

 3    project is a project like this one where              16:06:28

 4    there's at least a possibility that I might           16:06:32

 5    need to show up and explain my opinions to a          16:06:34

 6    jury.                                                 16:06:38

 7        Q.    So yes, clients pay you to testify at       16:06:38

 8    trials like this?                                     16:06:42

 9        A.    Yes.  Client -- I don't do anything         16:06:42

10    for, you know -- I used to do a lot of pro            16:06:45

11    bono work, but I do get paid for what I do and        16:06:49

12    I testify at trials.                                  16:06:51

13        Q.    And you testify on a wide range of          16:06:52

14    types of cases; right?                                16:06:54

15        A.    Yes.  The economic issues that I look       16:06:56

16    at and my toolkit that I use cuts across a            16:06:58

17    pretty dramatic swath of types of industries.         16:07:02

18        Q.    And that includes cases involving           16:07:06

19    intellectual property?                                16:07:08

20        A.    Yes.  So about half of all my work is       16:07:10

21    intellectual property and the other half is           16:07:14

22    valuing other types of things.                        16:07:16

23        Q.    And you testify in cases involving          16:07:18

24    antitrust; right?                                     16:07:21
```

JURY TRIAL - VOLUME 3

Page 358

| | | |
|---|---|---|
| 1 | A. Yes, I do a good bit of antitrust | 16:07:22 |
| 2 | work. | 16:07:26 |
| 3 | Q. And other kinds of commercial | 16:07:26 |
| 4 | disputes? | 16:07:28 |
| 5 | A. Yes, contract disputes, all sorts of | 16:07:28 |
| 6 | things. | 16:07:32 |
| 7 | Q. You testify in a lot of different | 16:07:32 |
| 8 | industries? | 16:07:34 |
| 9 | A. Yes. | 16:07:34 |
| 10 | Q. Okay. | 16:07:35 |
| 11 | In giving your opinion on damages, | 16:07:35 |
| 12 | you're making certain assumptions; right? | 16:07:37 |
| 13 | A. Absolutely. | 16:07:39 |
| 14 | Q. And your opinions are only as good as | 16:07:40 |
| 15 | the assumptions on which they are based? | 16:07:42 |
| 16 | A. That's fair. | 16:07:44 |
| 17 | Q. Okay. | 16:07:45 |
| 18 | You don't have any opinions in | 16:07:45 |
| 19 | this case about whether or not Aptiv's accused | 16:07:48 |
| 20 | product infringes the asserted claims; right? | 16:07:50 |
| 21 | A. That's correct. | 16:07:53 |
| 22 | Q. And you're assuming, for the purposes | 16:07:53 |
| 23 | of your damages analysis, that Athens product | 16:07:55 |
| 24 | meets each and every limitation of at least | 16:07:58 |

JURY TRIAL - VOLUME 3

Page 359

1    one of the asserted claims; right?                    16:08:01

2        A.   Yes.                                         16:08:04

3        Q.   And if that assumption is wrong, then        16:08:05

4    there are no damages; right?                          16:08:07

5        A.   Yes, that's correct.                         16:08:08

6        Q.   Okay.                                        16:08:09

7             Damages --                                   16:08:10

8        A.   It's correct that there are no               16:08:10

9    damages.                                              16:08:12

10       Q.   Correct.  The damages number would be        16:08:12

11   zero?                                                 16:08:15

12       A.   You wouldn't even get to the damages         16:08:15

13   question.  The way that this works is that you        16:08:17

14   wouldn't even go to the damages question.  It         16:08:22

15   wouldn't be zero; you just wouldn't get to            16:08:24

16   damages.                                              16:08:26

17       Q.   No damages?                                  16:08:26

18       A.   Yes.                                         16:08:29

19       Q.   And patent claims are either valid or        16:08:29

20   invalid; right?                                       16:08:33

21       A.   Absolutely.                                  16:08:34

22       Q.   And that's something you have                16:08:35

23   experience with; right?                               16:08:36

24       A.   With the validity analysis?                  16:08:38

Page 360

| | | |
|---|---|---|
| 1 | Q.   Sure.   You testified as a damages | 16:08:42 |
| 2 | expert in cases where the patents were found | 16:08:44 |
| 3 | to be invalid; correct? | 16:08:47 |
| 4 | A.   Oh, yeah, yeah, certainly.  Like I | 16:08:49 |
| 5 | said, I get involved in that end of the case. | 16:08:52 |
| 6 | In practically every patent case I've worked | 16:08:54 |
| 7 | on, there is one side, the defense is | 16:08:57 |
| 8 | challenging the validity of the patents and | 16:09:01 |
| 9 | there have been some cases where they don't | 16:09:04 |
| 10 | get to the damages question because the patent | 16:09:05 |
| 11 | was found to be invalid. | 16:09:08 |
| 12 | Q.   Now, you don't have an opinion about | 16:09:10 |
| 13 | whether or not the asserted claims in this | 16:09:12 |
| 14 | lawsuit are valid; right? | 16:09:14 |
| 15 | A.   That's right.  No opinion at all. | 16:09:16 |
| 16 | Q.   And just like with infringement, if | 16:09:18 |
| 17 | the jury finds that all of the asserted claims | 16:09:20 |
| 18 | are invalid, no damages; right? | 16:09:23 |
| 19 | A.   Right. | 16:09:26 |
| 20 | Q.   So your testimony about damages only | 16:09:28 |
| 21 | matters if the jury finds that one of the | 16:09:30 |
| 22 | asserted claims, 23, 24 or 25, is both | 16:09:33 |
| 23 | infringed and valid? | 16:09:37 |
| 24 | A.   Correct. | 16:09:39 |

JURY TRIAL - VOLUME 3

Page 361

| 1 | Q.   Okay. | 16:09:40 |
| 2 | Now, you were here and you | 16:09:40 |
| 3 | listened to Mr. Obolsky testify yesterday; | 16:09:42 |
| 4 | correct? | 16:09:45 |
| 5 | A.   Yes. | 16:09:45 |
| 6 | Q.   And you heard him say, in the context | 16:09:45 |
| 7 | of supplying parts to Aptiv and the other | 16:09:47 |
| 8 | parts of the industry, that they consider this | 16:09:50 |
| 9 | to be a narrow quarrel between Microchip and | 16:09:53 |
| 10 | Athens; right? | 16:09:55 |
| 11 | A.   I heard him talk about if you look at | 16:09:57 |
| 12 | Microchip, the breadth of their business and | 16:10:02 |
| 13 | the breadth of the business they do with | 16:10:06 |
| 14 | Aptiv, I do recall him -- I don't know if he | 16:10:08 |
| 15 | used the word exactly narrow, but it's clearly | 16:10:11 |
| 16 | a small part of the overall relationship. | 16:10:16 |
| 17 | Q.   That's why we have a court reporter | 16:10:18 |
| 18 | here and we'll find out in the transcript. | 16:10:20 |
| 19 | But you also saw evidence that at | 16:10:22 |
| 20 | the time, in 2015, when Microchip was deciding | 16:10:25 |
| 21 | whether or not to develop the Sandia product, | 16:10:28 |
| 22 | it wasn't sure that it was worth investing | 16:10:31 |
| 23 | one-and-a-half or $2 million to develop that | 16:10:34 |
| 24 | product; right? | 16:10:37 |

Page 362

| | | |
|---|---|---|
| 1 | A.   I do recall that evidence, that they, | 16:10:38 |
| 2 | given what they -- where they thought the OEM | 16:10:41 |
| 3 | demands were and what they thought about the | 16:10:45 |
| 4 | USB -- the issue of accepting a non-standard | 16:10:47 |
| 5 | solution, given those risks, they -- I think | 16:10:53 |
| 6 | they were questioning whether it was worth the | 16:10:56 |
| 7 | investment. | 16:10:58 |
| 8 | Q.   Okay. | 16:10:58 |
| 9 | And yet despite the fact that they | 16:10:59 |
| 10 | didn't think it was necessarily worth | 16:11:02 |
| 11 | one-and-a-half to $2 million to invest in, in | 16:11:04 |
| 12 | fact, Mr. Obolsky clarified and said this is a | 16:11:07 |
| 13 | narrow quarrel, Microchip was asking for | 16:11:10 |
| 14 | almost $85 million in damages; right? | 16:11:13 |
| 15 | A.   Yes. | 16:11:16 |
| 16 | Q.   Okay. | 16:11:16 |
| 17 | And that's not all; right?  That's | 16:11:17 |
| 18 | only damages up through what, November of last | 16:11:19 |
| 19 | year? | 16:11:21 |
| 20 | A.   Correct. | 16:11:22 |
| 21 | Q.   Right. | 16:11:22 |
| 22 | It's still running; right? | 16:11:23 |
| 23 | A.   I would assume so.  I think that | 16:11:25 |
| 24 | Aptiv is still selling the chips that I have | 16:11:27 |

JURY TRIAL - VOLUME 3

Page 363

| | | |
|---|---|---|
| 1 | to assume are infringing. | 16:11:30 |
| 2 | Q.   So 85 million and counting in | 16:11:31 |
| 3 | damages? | 16:11:34 |
| 4 | A.   Yes. | 16:11:34 |
| 5 | Q.   Now, in your lost profits analysis, | 16:11:35 |
| 6 | I'd like to start with that part of your | 16:11:37 |
| 7 | opinion, you were looking at what would have | 16:11:40 |
| 8 | happened if Aptiv had not sold dual role hubs | 16:11:42 |
| 9 | that had the Boston 2 chip in it; right? | 16:11:45 |
| 10 | A.   Right. | 16:11:48 |
| 11 | Q.   And you reconstruct the market to | 16:11:48 |
| 12 | find out what would have happened if it had | 16:11:50 |
| 13 | not made those accused infringement sales; | 16:11:52 |
| 14 | right? | 16:11:56 |
| 15 | A.   Right. | 16:11:56 |
| 16 | Q.   Okay. | 16:11:56 |
| 17 | And you were saying that if Aptiv | 16:11:57 |
| 18 | had not made the sales of its modules with the | 16:11:58 |
| 19 | Boston 2 chip, Microchip would have made sales | 16:12:01 |
| 20 | of its Sandia chip starting in the third | 16:12:04 |
| 21 | quarter of 2017; right? | 16:12:07 |
| 22 | A.   They would have made more sales of | 16:12:10 |
| 23 | Sandia than they did. | 16:12:12 |
| 24 | Q.   Okay. | 16:12:14 |

JURY TRIAL - VOLUME 3

Page 364

```
 1        A.   They did make sales -- they started          16:12:14

 2   to make sales in the third quarter of 2017,            16:12:17

 3   actually in the second quarter.  I'm saying            16:12:20

 4   they would have made more sales.                       16:12:22

 5        Q.   And it's your opinion that they would         16:12:24

 6   have made additional unit sales of a Sandia            16:12:26

 7   chip for each and every dual role hub that             16:12:30

 8   Aptiv sold in the real world; right?                   16:12:34

 9        A.   Yes.                                          16:12:36

10        Q.   Starting in the third quarter of            16:12:36

11   2017?                                                   16:12:40

12        A.   Yes.                                          16:12:40

13        Q.   Now, you don't offer a lost profits         16:12:41

14   calculation for the time period before the             16:12:45

15   third quarter of 2017; right?                          16:12:47

16        A.   Correct.                                      16:12:49

17        Q.   And your lost profits opinion is            16:12:49

18   based solely on how much additional profits            16:12:51

19   Microchip would have made on the Sandia                16:12:55

20   multi-host chip; correct?                               16:12:57

21        A.   Yes.                                          16:12:59

22        Q.   Okay.                                         16:12:59

23             You don't have -- your $84 million           16:12:59

24   total damages number did not include -- let me         16:13:03
```

Page 365

| | | |
|---|---|---|
| 1 | strike that. | 16:13:06 |
| 2 | Your lost profits calculation did | 16:13:07 |
| 3 | not include a calculation of lost profits | 16:13:09 |
| 4 | based on the Athens chip; correct? | 16:13:11 |
| 5 | A.   Correct. | 16:13:13 |
| 6 | Q.   And it's your opinion, in fact, that | 16:13:14 |
| 7 | there are no lost profits damages for sale of | 16:13:18 |
| 8 | the Athens chip; correct? | 16:13:21 |
| 9 | A.   Well, I looked at the question of | 16:13:24 |
| 10 | whether there was evidence of lost sales in | 16:13:28 |
| 11 | that earlier time period, and the conclusion | 16:13:33 |
| 12 | that I reached is there was quite a bit of | 16:13:36 |
| 13 | evidence that there were Athens sales that | 16:13:39 |
| 14 | were lost because it was being displaced, but | 16:13:44 |
| 15 | the sort of -- in that world, the solution | 16:13:47 |
| 16 | that would have been provided in lieu of the | 16:13:53 |
| 17 | Boston chip was not an interchangeable | 16:13:58 |
| 18 | substitute because it didn't have the same | 16:14:03 |
| 19 | features, and so there's not as much clarity | 16:14:05 |
| 20 | about the -- meeting the exact demands that | 16:14:08 |
| 21 | the OEMs had. | 16:14:14 |
| 22 | And so even though there was quite | 16:14:15 |
| 23 | a bit of evidence that there was impact on | 16:14:17 |
| 24 | Microchip sales, I concluded, to be | 16:14:21 |

Page 366

| | | |
|---|---|---|
| 1 | conservative, that I would not sort of go all | 16:14:24 |
| 2 | the way to the step of quantifying lost | 16:14:26 |
| 3 | profits in that time period. | 16:14:29 |
| 4 | Q.   Okay. | 16:14:30 |
| 5 | Your lost profits number is not | 16:14:31 |
| 6 | based on lost profits for Athens? | 16:14:33 |
| 7 | A.   It is not based on that, but it is | 16:14:35 |
| 8 | not an affirmative statement that there was | 16:14:37 |
| 9 | absolutely no impact on Microchip's business | 16:14:39 |
| 10 | in that prior time period.  There clearly was. | 16:14:41 |
| 11 | But I think it's more appropriate to | 16:14:44 |
| 12 | compensate that earlier time period with a | 16:14:46 |
| 13 | reasonable royalty. | 16:14:49 |
| 14 | Q.   And your consideration of the Athens | 16:14:50 |
| 15 | profits and the Athens sale, that was part of | 16:14:53 |
| 16 | your reasonable royalty analysis; correct? | 16:14:55 |
| 17 | A.   Yes. | 16:14:59 |
| 18 | Q.   So it's your opinion that if Aptiv, | 16:14:59 |
| 19 | and at the time Unwired, had not released its | 16:15:01 |
| 20 | solution to CarPlay, that Microchip still | 16:15:05 |
| 21 | would have chosen to develop and ultimately | 16:15:08 |
| 22 | develop the Sandia chip; right? | 16:15:12 |
| 23 | A.   Yes. | 16:15:14 |
| 24 | Q.   Okay. | 16:15:14 |

JURY TRIAL - VOLUME 3

Page 367

```
 1              And so this raises the question of      16:15:15
 2   whether Microchip actually would have done         16:15:17
 3   that, and to answer that, you studied the          16:15:19
 4   record evidence; correct?                          16:15:21
 5      A.   Yes, and -- yeah, I mean, that was         16:15:23
 6   one of the things I did.  I studied the record     16:15:26
 7   and also had numerous discussions with Mr.         16:15:28
 8   Obolsky.                                            16:15:31
 9      Q.   And you talked to Mr. Obolsky about        16:15:32
10   this very question; right?                          16:15:34
11      A.   Yes.                                        16:15:35
12      Q.   And you asked him hey, if Unwired had      16:15:36
13   not come out with its solution, would              16:15:38
14   Microchip still have developed the Sandia          16:15:42
15   chip; right?                                        16:15:43
16      A.   Yes.                                        16:15:44
17      Q.   And he told you that if Unwired            16:15:44
18   hadn't come out with the Boston 2, Microchip       16:15:46
19   would have developed the Sandia chip even          16:15:49
20   faster; right?                                      16:15:51
21      A.   Yes.  Yes.  Under the circumstances        16:15:52
22   that I have to assume are present back there,       16:15:55
23   that we don't undo the rest of the                  16:15:58
24   marketplace.  We leave Chrysler in, whatever        16:16:02
```

Page 368

1    that was, in 2014, I think, saying we                16:16:06

2    absolutely -- you know, whatever your doubts          16:16:12

3    about whether we're going to launch persistent        16:16:15

4    USB, we're going to want it.  That's what we          16:16:20

5    are insisting on.  You don't undo that; you           16:16:22

6    just undo the fact that Unwired is selling the        16:16:24

7    product that meets that demand.                       16:16:27

8              And in that circumstance, Mr.               16:16:29

9    Obolsky told me they would have still come out        16:16:30

10   with the chip they did, and because they sort         16:16:36

11   of had an open playing field, they would have         16:16:39

12   accelerated the development of it.                     16:16:42

13       Q.   So they would have come out with it          16:16:43

14   even faster without Unwired?                          16:16:45

15       A.   Well, they wouldn't -- you know, come        16:16:48

16   out with it, I'm still assuming that it               16:16:52

17   launches at the same time.  There are certain         16:16:55

18   development milestones in the process of              16:16:57

19   coming up with the chip to be ready to ship in        16:17:01

20   quantity that he says they would have                 16:17:05

21   accelerated.  The actual launch is still --           16:17:06

22   it's third quarter of 2017.                           16:17:10

23       Q.   Now, you said you watched Mr. Obolsky        16:17:12

24   testify yesterday; right?                             16:17:15

Page 369

| | | |
|---|---|---|
| 1 | A.   Yes. | 16:17:16 |
| 2 | Q.   And you heard from him that back in | 16:17:16 |
| 3 | 2014, Microchip was expecting to win the | 16:17:18 |
| 4 | contracts with The Big 3 automakers with their | 16:17:21 |
| 5 | Athens solution; right? | 16:17:24 |
| 6 | A.   Yes. | 16:17:26 |
| 7 | Q.   With the FlexConnect? | 16:17:26 |
| 8 | A.   Yes. | 16:17:28 |
| 9 | Q.   But Unwired actually won; right? | 16:17:29 |
| 10 | A.   Yes. | 16:17:31 |
| 11 | Q.   And that's why Microchip decided to | 16:17:31 |
| 12 | develop Sandia? | 16:17:33 |
| 13 | A.   Well, you know, to some extent, you | 16:17:35 |
| 14 | can -- I think the reality is that they | 16:17:40 |
| 15 | decided to develop it because they -- that's | 16:17:43 |
| 16 | the point at which they had clarity of the | 16:17:48 |
| 17 | demands of The Big 3 automakers as to what | 16:17:51 |
| 18 | they were going to buy.  And before that, they | 16:17:54 |
| 19 | were -- we don't think they are going to do a | 16:17:58 |
| 20 | non-standard solution and other things. | 16:18:01 |
| 21 | The clarity came when Chrysler | 16:18:05 |
| 22 | made it clear what their requirements were. | 16:18:07 |
| 23 | Q.   Okay. | 16:18:10 |
| 24 | And you heard Mr. Obolsky be asked | 16:18:11 |

Page 370

```
 1    what was Microchip's reaction when it found          16:18:13

 2    out that its customer, Aptiv, had now become a       16:18:15

 3    competitor?  And you heard him respond that as       16:18:19

 4    you saw earlier, as anyone would, when you           16:18:21

 5    lose, we looked at okay, what's it take, what        16:18:24

 6    are their needs, what didn't we meet and what        16:18:26

 7    do we have to do to win the next one.                16:18:29

 8            You heard him say that; right?               16:18:31

 9       A.   Yes.                                         16:18:33

10       Q.   You mentioned the Panduit factors and       16:18:34

11    some of the things that the patentholder has         16:18:37

12    to demonstrate to get lost profits.  One of          16:18:39

13    them is you have to show that there aren't           16:18:42

14    non-infringing alternatives out there;               16:18:44

15    correct?                                             16:18:47

16       A.   That there are no acceptable                 16:18:47

17    non-infringing alternatives that would               16:18:50

18    replicate the features that were actually sold       16:18:52

19    by the infringer.                                    16:18:55

20       Q.   And that includes considering other         16:18:57

21    options Aptiv, itself, could have brought to         16:18:59

22    market to compete; right?                            16:19:02

23       A.   If there were other options that            16:19:04

24    would allow it to provide a single-lane              16:19:06
```

Page 371

| | | |
|---|---|---|
| 1 | persistent USB solution without infringing, I | 16:19:10 |
| 2 | think I'd definitely -- I did address that | 16:19:13 |
| 3 | question. | 16:19:15 |
| 4 | Q. Right. | 16:19:15 |
| 5 | And it was your conclusion that | 16:19:16 |
| 6 | Aptiv had no acceptable non-infringing | 16:19:18 |
| 7 | alternatives; correct? | 16:19:21 |
| 8 | A. That is my conclusion with respect to | 16:19:24 |
| 9 | an alternative that would allow them to meet | 16:19:27 |
| 10 | the demand that they met with the infringing | 16:19:30 |
| 11 | chip. | 16:19:34 |
| 12 | Q. They couldn't meet the demand without | 16:19:34 |
| 13 | using the '243 Patent; right? | 16:19:36 |
| 14 | A. That's what I have assumed and it's | 16:19:39 |
| 15 | what the evidence of there still, seven years | 16:19:41 |
| 16 | in, being only a two-supplier marketplace | 16:19:45 |
| 17 | tells me. | 16:19:47 |
| 18 | Q. And as support for that opinion, you | 16:19:48 |
| 19 | talked to Microchip's technical expert, Mr. | 16:19:51 |
| 20 | Zatkovich; right? | 16:19:53 |
| 21 | A. In part, that's one of the pieces of | 16:19:54 |
| 22 | support that I have. | 16:19:57 |
| 23 | Q. Okay. | 16:19:58 |
| 24 | And based on his opinion and based | 16:19:58 |

Page 372

| | | |
|---|---|---|
| 1 | on your own analysis, you determined that you | 16:20:02 |
| 2 | couldn't have an acceptable alternative unless | 16:20:06 |
| 3 | it had three key requirements; right? | 16:20:09 |
| 4 | A.   You couldn't have an alternative that | 16:20:13 |
| 5 | would have met the sort of -- been | 16:20:16 |
| 6 | interchangeable with the sale that was -- the | 16:20:21 |
| 7 | infringing sale that was made without three | 16:20:24 |
| 8 | key features. | 16:20:26 |
| 9 | Q.   Right. | 16:20:27 |
| 10 | And those three key features are | 16:20:28 |
| 11 | single-lane connection; right? | 16:20:30 |
| 12 | A.   Yes. | 16:20:31 |
| 13 | Q.   CarPlay enabled on all the downstream | 16:20:32 |
| 14 | ports? | 16:20:35 |
| 15 | A.   Yes. | 16:20:36 |
| 16 | Q.   And persistent USB; right? | 16:20:36 |
| 17 | A.   Yes. | 16:20:38 |
| 18 | Q.   Now, your basis for concluding that | 16:20:38 |
| 19 | you couldn't achieve those three things | 16:20:41 |
| 20 | without using the '243 Patent, for that you | 16:20:43 |
| 21 | relied on Mr. Zatkovich; right? | 16:20:47 |
| 22 | A.   In part, yes. | 16:20:51 |
| 23 | Q.   What else did you rely on to come up | 16:20:53 |
| 24 | with a technical opinion about how you could | 16:20:55 |

Page 373

1    meet these three features?                          16:20:58

2        A.   Well, that's the only technical           16:20:59

3    opinion I'm relying on, but I'm also relying        16:21:01

4    on the market evidence of, you know, what the       16:21:05

5    market is telling us about the -- the chips on      16:21:11

6    the marketplace that are able to satisfy that      16:21:15

7    single-lane persistent USB on any downstream        16:21:21

8    port CarPlay.                                       16:21:25

9            And to date, and there's lots of           16:21:28

10   evidence sort of throughout here this last          16:21:30

11   six-year time period that suggests that             16:21:33

12   there's only two solutions that meet that --        16:21:37

13   that provide those three key features, the          16:21:39

14   Boston chip based hubs that Aptiv sells and         16:21:41

15   the Sandia based hubs or chips that -- that         16:21:46

16   Microchip sells.                                    16:21:50

17       Q.   Apart from the fact that there are         16:21:50

18   only those two solutions, in your opinion, on       16:21:52

19   the market, I want to understand what the           16:21:55

20   basis is for your opinion that you needed to        16:21:58

21   use the invention in the '243 Patent to             16:22:01

22   achieve these three requirements?                   16:22:05

23       A.   It is the -- apart from the market         16:22:08

24   evidence, it is Mr. Zatkovich's technical           16:22:13

JURY TRIAL - VOLUME 3

Page 374

1    opinion that he was not aware of any technical          16:22:16

2    way to make -- to provide those three key               16:22:19

3    features without -- in a way that would not             16:22:23

4    infringe the '243 Patent.                               16:22:26

5        Q.   Okay.                                          16:22:28

6             And when he had that conversation             16:22:29

7    with you, he told you that you couldn't                 16:22:31

8    achieve these requirements without using the            16:22:33

9    '243 Patent in general; right?                          16:22:36

10       A.   Well, I mean, I was having a                   16:22:41

11   conversation with him about the '243 Patent;            16:22:44

12   we weren't down at the level of individual              16:22:48

13   claims.  It was just look, here's what's                16:22:50

14   accused, do you know of any way to provide              16:22:54

15   single-lane CarPlay with persistent USB                 16:22:59

16   without this patent.                                    16:23:02

17       Q.   Okay.                                          16:23:03

18            And you watched Mr. Zatkovich                  16:23:04

19   testify this morning; correct?                          16:23:07

20       A.   I did.                                         16:23:08

21       Q.   And you heard him testify that he              16:23:09

22   considered claim 1 of the '243 Patent to be             16:23:11

23   representative for the purposes of his                  16:23:14

24   analysis; correct?                                      16:23:16

JURY TRIAL - VOLUME 3

Page 375

| | | |
|---|---|---|
| 1 | A.    You know, I heard -- I heard that | 16:23:17 |
| 2 | colloquy back and forth.  I frankly didn't | 16:23:19 |
| 3 | understand where it was going or what the | 16:23:22 |
| 4 | significance of it was, so that's a -- the | 16:23:23 |
| 5 | technical question about whether what he meant | 16:23:27 |
| 6 | by representative, I heard it.  I can tell you | 16:23:30 |
| 7 | the answer is yes, I heard it, but I didn't | 16:23:34 |
| 8 | understand it. | 16:23:36 |
| 9 | Q.    That's fair. | 16:23:37 |
| 10 | For all you know, you could | 16:23:38 |
| 11 | achieve those three requirements that The Big | 16:23:39 |
| 12 | 3 car companies wanted by using the invention | 16:23:43 |
| 13 | that's disclosed in claim 1 of the '243 | 16:23:46 |
| 14 | Patent; right? | 16:23:49 |
| 15 | A.    I have no idea.  That's -- I don't | 16:23:49 |
| 16 | have the technical opinion of that and I'm not | 16:23:52 |
| 17 | qualified to offer that opinion. | 16:23:55 |
| 18 | Q.    Out of your swim lane? | 16:23:57 |
| 19 | A.    It is out of my swim lane.  Looking | 16:23:59 |
| 20 | at the market evidence to see whether anybody | 16:24:01 |
| 21 | else has come out with this, has been able to | 16:24:03 |
| 22 | crack this nut, I am qualified to look at | 16:24:06 |
| 23 | that. | 16:24:09 |
| 24 | Q.    And that's nonspecific to the | 16:24:09 |

```
1    asserted claims either; right?                    16:24:11

2        A.   Well, it is in a way in that I have      16:24:13

3    to assume, for the purposes of my evaluation      16:24:17

4    of that market evidence, that one of the two      16:24:21

5    suppliers of the only suppliers that we have      16:24:25

6    of actual solution that's being sold in the      16:24:28

7    marketplace, I have to assume that the Aptiv      16:24:31

8    one is actually practicing at least one of the   16:24:34

9    asserted claims.  It's an assumption I have to    16:24:38

10   make, but I have to make that in order to give    16:24:41

11   some relevance to the market evidence.           16:24:44

12       Q.   But you don't have to assume that        16:24:46

13   they couldn't achieve those three requirements   16:24:48

14   without using those claims; right?               16:24:50

15       A.   No, I don't have to assume that.  I      16:24:52

16   think the market is telling us about how         16:24:54

17   unique this solution is, but I certainly am      16:24:58

18   relying on Mr. Zatkovich for the specific        16:25:00

19   issue about non-infringing alternatives with     16:25:04

20   respect to the sort of wiring around the         16:25:07

21   claim.                                           16:25:10

22       Q.   And his opinion is not specific to       16:25:10

23   the claims with respect to non-infringement      16:25:12

24   alternatives?                                    16:25:15
```

JURY TRIAL - VOLUME 3

Page 377

| | | |
|---|---|---|
| 1 | A.   You'd have to ask him that. | 16:25:16 |
| 2 | Q.   Now, Microchip is a large company; | 16:25:17 |
| 3 | right? | 16:25:19 |
| 4 | A.   Yes.  It's -- I think -- define | 16:25:20 |
| 5 | large.  I deal with a lot of companies that | 16:25:25 |
| 6 | are quite a bit bigger than Microchip, but | 16:25:26 |
| 7 | it's not a small company. | 16:25:28 |
| 8 | Q.   It's got related entities, for | 16:25:29 |
| 9 | example, right? | 16:25:32 |
| 10 | A.   Yes. | 16:25:32 |
| 11 | Q.   There are wholly-owned subsidiaries; | 16:25:33 |
| 12 | right? | 16:25:35 |
| 13 | A.   Yes. | 16:25:35 |
| 14 | Q.   You understand that when you're | 16:25:36 |
| 15 | calculating lost profits, it's your obligation | 16:25:39 |
| 16 | to calculate the lost profits that were lost | 16:25:41 |
| 17 | by the patent-holding entity; right? | 16:25:44 |
| 18 | A.   It's by the entity that is the | 16:25:47 |
| 19 | plaintiff in the case.  It's more of a legal | 16:25:49 |
| 20 | question as to whether that entity has | 16:25:54 |
| 21 | standing to bring the claim that it's | 16:25:56 |
| 22 | bringing. | 16:25:59 |
| 23 | But I have to assume, for the | 16:25:59 |
| 24 | purposes of my analysis, that the -- that the | 16:26:04 |

Page 378

```
 1   plaintiff in this case is the proper          16:26:08

 2   plaintiff.                                     16:26:11

 3       Q.   Sure.                                 16:26:11

 4            And I'm not asking about standing     16:26:12

 5   or the right to sue; I'm talking about         16:26:13

 6   calculating lost profits.  And for that        16:26:15

 7   inquiry, you have to figure out how many --    16:26:17

 8   what the calculation of profits are that       16:26:20

 9   Microchip Technology Incorporated, the         16:26:25

10   patent-holding entity here, would have made if 16:26:27

11   Aptiv had not infringed; right?                16:26:30

12       A.   I believe that Microchip Technology   16:26:32

13   Inc. is the plaintiff here, and so my damages  16:26:33

14   analysis with respect to lost profits is an    16:26:36

15   analysis that says Microchip -- Microchip      16:26:40

16   Technology Inc. lost this amount of money.     16:26:44

17       Q.   Okay.                                 16:26:46

18            Microchip Technology Inc., the        16:26:47

19   patent-holding entity, is not entitled to      16:26:49

20   profits that would have gone to related        16:26:51

21   entities in the but-for world; right?          16:26:54

22       A.   You know, it is straying a little bit 16:27:00

23   into a legal question about -- I know there's  16:27:06

24   issues about inextricable flow if the profits  16:27:08
```

Page 379

```
 1    from one entity will flow up to sort of a          16:27:11

 2    higher entity in the chain and you've got a        16:27:14

 3    parent who is suing and the sub loses the          16:27:17

 4    money and the profits are part of that overall     16:27:20

 5    corporate structure; that's really a legal         16:27:24

 6    question.                                          16:27:25

 7             I certainly assumed -- I                  16:27:25

 8    quantified lost profits, and it's up to the        16:27:28

 9    lawyers to argue whether those are compensable     16:27:30

10    for this particular plaintiff.                     16:27:33

11       Q.   And you don't know whether Microchip       16:27:34

12    Technology Incorporated, itself, makes all the     16:27:39

13    sales of the Sandia chips, do you?                 16:27:41

14       A.   Well, all of them worldwide, I don't       16:27:43

15    know.  It's my understanding from talking to       16:27:46

16    Mr. Obolsky that Microchip Technology Inc.         16:27:49

17    would have been the entity that made the sales     16:27:53

18    here in the U.S.; for example, the sales of        16:27:54

19    Sandia that could have been made to Aptiv if       16:27:59

20    Aptiv hadn't developed its own chip and            16:28:02

21    essentially stopped buying chips in this           16:28:06

22    particular space from -- from Microchip.           16:28:08

23       Q.   So sales that would have been made in      16:28:11

24    the United States would have gone to Microchip     16:28:13
```

Page 380

1    Technology Incorporated; right?                16:28:16

2        A.   At least of this particular product,  16:28:16

3    that's my understanding.                       16:28:19

4        Q.   Do you know whether Microchip         16:28:19

5    Technology Incorporated would have made sales  16:28:22

6    to hub makers that are outside the United      16:28:23

7    States?                                        16:28:28

8        A.   Of the non -- of the lost profits     16:28:28

9    chips or just in general?                      16:28:31

10       Q.   Of the lost profits chips.            16:28:34

11       A.   I haven't assumed they would.  At     16:28:36

12   least the evidence is clear to me that it      16:28:38

13   would have still been in this, you know, if    16:28:42

14   you win, we win.  We would have supplied the   16:28:45

15   Sandia chip to Aptiv.  And so the question of  16:28:50

16   whether some other entity somewhere else might 16:28:54

17   have made a sale, I haven't considered that.   16:28:59

18       Q.   I'd like to talk to you about the     16:29:01

19   reasonable royalty portion of your opinion.    16:29:04

20            Now, you used a hypothetical          16:29:05

21   negotiation to determine the reasonable        16:29:07

22   royalty; right?                                16:29:09

23       A.   Yes.                                  16:29:10

24       Q.   That means you try to figure out what 16:29:10

JURY TRIAL - VOLUME 3

Page 381

| | | |
|---|---|---|
| 1 | Aptiv and Microchip or Unwired and SMSC would | 16:29:12 |
| 2 | have agreed to if they sat down and negotiated | 16:29:17 |
| 3 | a license; right? | 16:29:19 |
| 4 | A.   Yes. | 16:29:20 |
| 5 | Q.   And for the purpose -- the purpose of | 16:29:20 |
| 6 | the reasonable royalty is to fairly compensate | 16:29:23 |
| 7 | the patentholder for the accused infringement | 16:29:25 |
| 8 | use of the invention; right? | 16:29:29 |
| 9 | A.   Right. | 16:29:30 |
| 10 | Q.   And it's supposed to take into | 16:29:31 |
| 11 | account the parties' views of the market at | 16:29:33 |
| 12 | the time? | 16:29:35 |
| 13 | A.   Yes. | 16:29:35 |
| 14 | Q.   Okay. | 16:29:35 |
| 15 | And it's supposed to take account | 16:29:37 |
| 16 | of the parties' views of the potential benefit | 16:29:39 |
| 17 | of using the invention? | 16:29:41 |
| 18 | A.   Yes. | 16:29:42 |
| 19 | Q.   Okay. | 16:29:43 |
| 20 | It's not intended to compensate | 16:29:43 |
| 21 | Microchip for Aptiv's own contributions in | 16:29:47 |
| 22 | developing the dual role hub; right? | 16:29:50 |
| 23 | A.   That's correct. | 16:29:52 |
| 24 | Q.   And it's not intended to compensate | 16:29:52 |

JURY TRIAL - VOLUME 3

Page 382

| | | |
|---|---|---|
| 1 | Microchip for solutions that were available in | 16:29:55 |
| 2 | the prior art; right? | 16:29:59 |
| 3 | A.   I think that's fair. | 16:30:00 |
| 4 | Q.   Okay. | 16:30:01 |
| 5 | And it's not intended to | 16:30:01 |
| 6 | compensate Microchip or to make up for | 16:30:03 |
| 7 | Microchip's bad business decisions; right? | 16:30:05 |
| 8 | A.   That's correct. | 16:30:07 |
| 9 | Q.   Now, speaking of Aptiv's own | 16:30:08 |
| 10 | contributions, you are aware that Aptiv won | 16:30:10 |
| 11 | the PACE Award for the dual role hub? | 16:30:12 |
| 12 | A.   Yes, I am. | 16:30:15 |
| 13 | Q.   Because it solved what Automotive | 16:30:16 |
| 14 | News described as the, "Vexing problem of how | 16:30:19 |
| 15 | to let the iPhone connect to infotainment | 16:30:21 |
| 16 | center and become the host"? | 16:30:24 |
| 17 | A.   Well, because it solved that, I think | 16:30:26 |
| 18 | in the -- I have to assume that it solved that | 16:30:29 |
| 19 | with the Microchip '243 Patent, but I don't | 16:30:33 |
| 20 | think the PACE Award people were aware of | 16:30:42 |
| 21 | that.  They -- they awarded this innovation | 16:30:44 |
| 22 | award to Delphi for solving the vexing problem | 16:30:49 |
| 23 | that I have to assume, and if there is a | 16:30:53 |
| 24 | finding of infringement, is a problem that was | 16:30:56 |

Page 383

```
 1    actually solved by the '243 Patent.              16:30:58

 2        Q.   Now, in forming your opinions, you      16:31:01

 3    didn't talk to Dr. Levy, did you?                16:31:04

 4        A.   No.                                     16:31:06

 5        Q.   And he is Microchip's invalidity        16:31:06

 6    expert?                                          16:31:10

 7        A.   He is.                                  16:31:10

 8        Q.   You didn't talk to him about how        16:31:11

 9    claim 23 is different from the prior art?        16:31:13

10        A.   No.                                     16:31:14

11        Q.   You didn't ask anybody about that?      16:31:15

12        A.   No.                                     16:31:16

13        Q.   In your report, you say that the '243   16:31:17

14    Patent describes a shared USB device that can    16:31:20

15    be simultaneously configured and accessed by     16:31:23

16    two or more USB hosts using the multi-host       16:31:25

17    capable device controller; right?               16:31:29

18        A.   I'll take your word that those are      16:31:31

19    the words I used in my report, but it sounds     16:31:33

20    like what I said.                                16:31:36

21        Q.   You caught me reading.                  16:31:37

22             And you thought that was a fair         16:31:38

23    summary of the claims in terms of your           16:31:40

24    analysis for evaluating the entities; right?     16:31:43
```

Page 384

| | | |
|---|---|---|
| 1 | A.   It's fair at the level of me not | 16:31:47 |
| 2 | being any of the technical experts in this | 16:31:50 |
| 3 | case.  I last practiced engineering more than | 16:31:53 |
| 4 | 30 years ago, so I -- it's a mere layman's | 16:31:56 |
| 5 | assessment of or description of what I | 16:32:02 |
| 6 | understood the technology to be. | 16:32:05 |
| 7 | Q.   And do you have any basis to conclude | 16:32:07 |
| 8 | that any of those things that you used to | 16:32:09 |
| 9 | describe the scope of the invention are not | 16:32:12 |
| 10 | present in claim 1 of the '243 Patent? | 16:32:14 |
| 11 | A.   I have no opinion or basis one way or | 16:32:17 |
| 12 | the other. | 16:32:21 |
| 13 | Q.   And when you talked to Mr. Zatkovich, | 16:32:21 |
| 14 | he didn't tell you that claim 1 is invalid, | 16:32:23 |
| 15 | did he? | 16:32:26 |
| 16 | A.   No. | 16:32:26 |
| 17 | Q.   Well, and you don't say anything in | 16:32:27 |
| 18 | your report about the PTAB, the Trial -- the | 16:32:31 |
| 19 | Patent Trial and Appeal Board decision | 16:32:35 |
| 20 | anywhere in your report; right? | 16:32:37 |
| 21 | A.   Correct. | 16:32:39 |
| 22 | Q.   Your report doesn't analyze the | 16:32:40 |
| 23 | impact of the findings of the PTAB on the | 16:32:41 |
| 24 | remaining claims? | 16:32:44 |

JURY TRIAL - VOLUME 3

Page 385

| | | |
|---|---|---|
| 1 | A.   It does not. | 16:32:45 |
| 2 | Q.   No one at Microchip told you that | 16:32:46 |
| 3 | some of the claims had been found invalid? | 16:32:48 |
| 4 | A.   I don't recall anybody telling me | 16:32:51 |
| 5 | that.  They may have; I just -- it wasn't | 16:32:53 |
| 6 | relevant to my analysis. | 16:32:56 |
| 7 | Q.   And so you don't have any basis for | 16:32:57 |
| 8 | offering an opinion about the difference | 16:32:59 |
| 9 | between the claims that were invalidated and | 16:33:00 |
| 10 | the claims asserted in this case; right? | 16:33:02 |
| 11 | A.   Correct. | 16:33:04 |
| 12 | Q.   In terms of what they're worth; | 16:33:06 |
| 13 | right? | 16:33:07 |
| 14 | A.   Correct. | 16:33:07 |
| 15 | Q.   Let's talk about the timeline a | 16:33:08 |
| 16 | little bit in this case. | 16:33:10 |
| 17 | MR. WIENER:  Mr. Glass, would you | 16:33:11 |
| 18 | put up slide 1. | 16:33:12 |
| 19 | BY MR. WIENER: | 16:33:16 |
| 20 | Q.   So you're aware that Unwired began | 16:33:17 |
| 21 | developing the technology of the Boston 2 chip | 16:33:20 |
| 22 | around 2013; right? | 16:33:23 |
| 23 | A.   Yes. | 16:33:25 |
| 24 | Q.   And it successfully tested that chip | 16:33:25 |

JURY TRIAL - VOLUME 3

Page 386

| | | |
|---|---|---|
| 1 | in March of 2014? | 16:33:28 |
| 2 | A.   Yes. | 16:33:30 |
| 3 | Q.   And that's the date you use for your | 16:33:30 |
| 4 | hypothetical negotiation? | 16:33:32 |
| 5 | A.   Yes. | 16:33:33 |
| 6 | Q.   Okay. | 16:33:34 |
| 7 | And then it won contracts with The | 16:33:34 |
| 8 | Big 3 automakers later in 2014; right? | 16:33:37 |
| 9 | A.   Yeah.   That arrow on the chart fits | 16:33:42 |
| 10 | with my recollection.   It was before the end | 16:33:47 |
| 11 | of the year. | 16:33:49 |
| 12 | Q.   And after Aptiv was awarded those | 16:33:50 |
| 13 | contracts with The Big 3, Microchip decided to | 16:33:53 |
| 14 | begin developing a solution similar to | 16:33:55 |
| 15 | Unwired; right? | 16:33:58 |
| 16 | A.   I believe that the development -- you | 16:34:01 |
| 17 | know, I don't know exactly when the | 16:34:04 |
| 18 | development began, but the substantial part of | 16:34:07 |
| 19 | it was underway in 2015. | 16:34:11 |
| 20 | MR. WIENER:   May I approach, Your | 16:34:16 |
| 21 | Honor? | 16:34:18 |
| 22 | THE COURT:   Yes. | 16:34:18 |
| 23 | BY MR. WIENER: | 16:34:37 |
| 24 | Q.   Dr. Becker, I have handed you what's | 16:34:37 |

JURY TRIAL - VOLUME 3

Page 387

| | | |
|---|---|---|
| 1 | been marked as Exhibit 264. | 16:34:40 |
| 2 | (Whereupon, Trial Exhibit 264 was | 16:34:40 |
| 3 | introduced.) | 16:34:40 |
| 4 | MR. WIENER:  We offer it into | 16:34:42 |
| 5 | evidence. | 16:34:43 |
| 6 | MR. GRAY:  No objection. | 16:34:46 |
| 7 | THE COURT:  Okay. | 16:34:48 |
| 8 | BY MR. WIENER: | 16:34:50 |
| 9 | Q.  Dr. Becker, down at the second | 16:34:50 |
| 10 | email -- | 16:34:51 |
| 11 | MR. WIENER:  And actually, Mr. | 16:34:52 |
| 12 | Glass, if you could put it up. | 16:34:53 |
| 13 | BY MR. WIENER: | 16:34:53 |
| 14 | Q.  The second email on the first page, | 16:34:55 |
| 15 | it is an email from Mitch Obolsky and it's an | 16:34:57 |
| 16 | email to Ganesh Moorthy who was the CEO of | 16:35:00 |
| 17 | Microchip at the time; correct? | 16:35:04 |
| 18 | A.  Yes. | 16:35:05 |
| 19 | Q.  And this is an email that's dated | 16:35:05 |
| 20 | December 9th, 2014. | 16:35:07 |
| 21 | And down in the one, two, three, | 16:35:09 |
| 22 | four, fifth paragraph of that email that | 16:35:11 |
| 23 | starts, "We are debating" -- | 16:35:13 |
| 24 | A.  Yes. | 16:35:14 |

JURY TRIAL - VOLUME 3

Page 388

1      Q.   It says, "We are debating the merits          16:35:14

2  of developing an Unwired-like solution."               16:35:17

3           This is in December of 2014?                  16:35:20

4      A.   Yes.                                          16:35:22

5      Q.   Okay.                                         16:35:22

6           MR. WIENER:  So, back to the                  16:35:23

7  timeline, Mr. Glass.                                   16:35:25

8  BY MR. WIENER:                                         16:35:28

9      Q.   Shortly after Aptiv won the contracts         16:35:32

10 with The Big 3, Microchip considered an                16:35:35

11 Unwired-like solution and then decided to              16:35:40

12 ultimately develop that competing chip in              16:35:42

13 January of 2015; correct?                              16:35:45

14     A.   Yeah.  That's -- this is reminding me         16:35:47

15 of the timeline.                                       16:35:51

16           So here on December 9th, it seems            16:35:52

17 like they've got some pieces of what would             16:35:54

18 become Sandia in the pipeline, but they                16:35:57

19 haven't made the decision to add the                   16:36:01

20 multi-host controller solution.  So I think            16:36:04

21 your timeline is not -- I can agree with that.         16:36:08

22     Q.   Thank you.                                    16:36:12

23           And you read Mr. Obolsky's                   16:36:13

24 deposition testimony in this case; correct?            16:36:16

JURY TRIAL - VOLUME 3

Page 389

```
 1      A.   I did.                             16:36:18

 2      Q.   And he testified that in 2014,     16:36:18

 3  Microchip didn't think that providing       16:36:22

 4  persistent USB as a feature was critical to  16:36:24

 5  winning contracts; correct?                  16:36:28

 6      A.   Yeah.  I think there's more context 16:36:31

 7  to it than just saying that it was critical. 16:36:33

 8  It was the whole discussion about their view 16:36:36

 9  of whether the OEMs would accept non-standard 16:36:39

10  solutions and whether -- what Apple would    16:36:47

11  allow.  But I know -- I do recall the        16:36:51

12  testimony where, at the time, they didn't    16:36:53

13  think it was that critical.                  16:36:56

14      Q.   And you've seen evidence that once  16:36:57

15  Microchip heard about the Unwired solution   16:37:03

16  later in 2014, even by October, they didn't  16:37:06

17  think it was possible to achieve the solution 16:37:09

18  that Unwired had come up with; correct?      16:37:12

19      A.   I would say not possible while      16:37:17

20  remaining standards compliant.               16:37:20

21      Q.   Well --                             16:37:22

22      A.   I haven't seen anything in the record 16:37:23

23  that says that they thought it was literally  16:37:24

24  technically infeasible.  All of that is      16:37:27
```

Page 390

| | | |
|---|---|---|
| 1 | impossible stuff that I recall is within the | 16:37:32 |
| 2 | context of it's not possible to do this and | 16:37:34 |
| 3 | remain compliant with the standard. | 16:37:37 |
| 4 | MR. WIENER:  Mr. Glass, could you | 16:37:40 |
| 5 | put up Exhibit 62 that's in evidence, please. | 16:37:42 |
| 6 | BY MR. WIENER: | 16:37:46 |
| 7 | Q.   So this is -- and if you can go to | 16:37:46 |
| 8 | page 2 of this.  This is an email from Chris | 16:37:49 |
| 9 | Behal, who is an engineer in the sales group | 16:37:51 |
| 10 | at Microchip, and he mentions that -- they're | 16:37:57 |
| 11 | talking about Chrysler and he says down | 16:38:00 |
| 12 | towards the bottom of the email, "How is that | 16:38:01 |
| 13 | possible to provide that functionality without | 16:38:04 |
| 14 | an iPhone allowing it?  I have no idea.  Is it | 16:38:07 |
| 15 | possible they know something about CarPlay | 16:38:11 |
| 16 | that we don't?  I don't think so, but I can't | 16:38:12 |
| 17 | figure out why they want this either." | 16:38:14 |
| 18 | He doesn't mention compliance with | 16:38:16 |
| 19 | USB, does he? | 16:38:18 |
| 20 | A.   Not with USB.  He's -- he does | 16:38:19 |
| 21 | mention compliance with Apple and we're | 16:38:23 |
| 22 | talking about CarPlay, so it's -- when I talk | 16:38:26 |
| 23 | about can you do it in a standard -- in a | 16:38:30 |
| 24 | compliant way, it is the USB standard and | 16:38:33 |

JURY TRIAL - VOLUME 3

Page 391

| | | |
|---|---|---|
| 1 | staying within the lanes that Apple is going | 16:38:37 |
| 2 | to make you play within. | 16:38:40 |
| 3 | Q.  Well, let's go back to the timeline | 16:38:41 |
| 4 | then and we'll split the difference by saying | 16:38:43 |
| 5 | that in addition to not knowing how it's | 16:38:46 |
| 6 | possible to do it this way, Microchip | 16:38:48 |
| 7 | thought -- go to the next slide, please, Mr. | 16:38:51 |
| 8 | Glass -- that it was not compliant. | 16:38:53 |
| 9 | And that even at this point, once | 16:38:55 |
| 10 | Microchip learned about the Unwired solution, | 16:38:58 |
| 11 | so they knew that it was possible to provide | 16:39:01 |
| 12 | something that it was not critical to the OEMs | 16:39:04 |
| 13 | to have a noncompliant -- or a compliant | 16:39:09 |
| 14 | solution or a noncompliant solution, still | 16:39:12 |
| 15 | then Microchip was debating whether or not to | 16:39:15 |
| 16 | fund a competing chip; correct? | 16:39:17 |
| 17 | A.  Correct. | 16:39:19 |
| 18 | Q.  Okay. | 16:39:20 |
| 19 | And in early January, they were | 16:39:20 |
| 20 | considering whether or not to invest | 16:39:25 |
| 21 | two-and-a-half to 3 million -- or | 16:39:27 |
| 22 | one-and-a-half to $2 million to develop that; | 16:39:29 |
| 23 | correct? | 16:39:31 |
| 24 | A.  Well, I think they were considering | 16:39:34 |

Page 392

```
 1    it.  Just when you put -- label it not worth          16:39:35

 2    it, they clearly kicked off the development,          16:39:40

 3    so they -- right around where you've got that         16:39:43

 4    arrow, they made a decision that it was worth         16:39:46

 5    it because they did start the development.            16:39:48

 6         Q.   But up until that point, they didn't        16:39:50

 7    think it was worth it, at least enough to kick        16:39:52

 8    off the development; right?                           16:39:54

 9         A.   I think in terms of committing the          16:39:56

10    resources to it at that point, given what they        16:39:57

11    knew.  But I wouldn't -- it's your chart, you          16:40:00

12    can put it there.  You can draw whatever              16:40:04

13    conclusion you want.  I don't think that the          16:40:06

14    economic evidence sort of supports that all           16:40:09

15    the way up to the day before they kicked off          16:40:11

16    the development, they thought it was not worth        16:40:14

17    it.                                                   16:40:16

18              Clearly before they realized that          16:40:17

19    they had lost the clarity of the OEMs                 16:40:20

20    purchasing requirements, it was clarified for         16:40:26

21    them when they lost those deals at the end of         16:40:29

22    December, I think made it clear that it was           16:40:33

23    worth it.  So I would move your not worth it          16:40:38

24    probably somewhere to the left because once           16:40:41
```

Page 393

| | | |
|---|---|---|
| 1 | they lost the business, I think it became | 16:40:43 |
| 2 | pretty clear that they needed to do something. | 16:40:47 |
| 3 | Q.   It was losing that business that made | 16:40:49 |
| 4 | them realize they needed to develop this chip? | 16:40:51 |
| 5 | A.   Well, it was losing that business | 16:40:53 |
| 6 | that made them realize that their assumptions | 16:40:54 |
| 7 | about the OEM demands and the compliance | 16:40:57 |
| 8 | issues were incorrect. | 16:41:00 |
| 9 | Q.   And so looking at this timeline, the | 16:41:02 |
| 10 | hypothetical negotiations happen right around | 16:41:05 |
| 11 | there, in March of 2014; correct? | 16:41:09 |
| 12 | A.   Yes. | 16:41:11 |
| 13 | Q.   Right -- and let's talk a little bit | 16:41:12 |
| 14 | about the hypothetical negotiation. | 16:41:15 |
| 15 | MR. WIENER:  Mr. Glass, can you go | 16:41:17 |
| 16 | to the next slide?  We have our own table.  It | 16:41:19 |
| 17 | looks a little different, I suppose, than | 16:41:21 |
| 18 | their table, but the same concept, just have | 16:41:22 |
| 19 | similar graphics concepts here. | 16:41:25 |
| 20 | BY MR. WIENER: | 16:41:26 |
| 21 | Q.   I'd like to talk a little bit about | 16:41:27 |
| 22 | the Aptiv side of the negotiating table, the | 16:41:29 |
| 23 | thing that would have been motivating them to | 16:41:31 |
| 24 | push for a lower royalty. | 16:41:34 |

Page 394

```
 1           So first, you'd agree that Aptiv          16:41:35

 2   spent millions of dollars to develop the          16:41:37

 3   Boston 2 chip; correct?                           16:41:40

 4      A.   No doubt.  Well, Unwired did, Aptiv        16:41:41

 5   didn't.                                            16:41:45

 6      Q.   And that it developed that despite         16:41:45

 7   the fact that there was a risk that the OEMs       16:41:47

 8   wouldn't accept a noncompliant solution, in       16:41:50

 9   your words; correct?                              16:41:52

10      A.   Yes.                                       16:41:53

11      Q.   Okay.                                      16:41:54

12           And they also would point out the         16:41:54

13   fact that they had their own innovations that     16:41:56

14   went into developing that product; correct?       16:41:59

15      A.   No doubt there were some innovations       16:42:01

16   in there, yes.                                     16:42:04

17      Q.   And on the Microchip side of the          16:42:05

18   table, we know that at least in March of 2013,    16:42:07

19   2014, they didn't think it was possible to        16:42:12

20   have a solution that would work the way that      16:42:15

21   Apple wanted it to; right?                        16:42:18

22      A.   I think it's fair in March of 2014.       16:42:21

23   We -- in this negotiation, of course,             16:42:24

24   remember, we're dealing the cards face up and     16:42:27
```

JURY TRIAL - VOLUME 3

Page 395

| | | |
|---|---|---|
| 1 | things that Unwired knows that it was not | 16:42:31 |
| 2 | telling Microchip in the context of the | 16:42:35 |
| 3 | hypothetical negotiation, like the information | 16:42:37 |
| 4 | that the carmakers were going to accept, at | 16:42:43 |
| 5 | least one carmaker was going to accept a | 16:42:47 |
| 6 | non-standard solution.  That would be known. | 16:42:49 |
| 7 | So the didn't think it was | 16:42:54 |
| 8 | possible, I think we have to modify that a | 16:42:54 |
| 9 | little bit in the context of this particular | 16:42:56 |
| 10 | table. | 16:42:58 |
| 11 | Q.   And this is your point about the | 16:42:58 |
| 12 | cards being laid up, face up? | 16:43:00 |
| 13 | A.   Face up. | 16:43:01 |
| 14 | Q.   They are all face up? | 16:43:02 |
| 15 | A.   Right. | 16:43:03 |
| 16 | Q.   And at the end of 2014, the cards in | 16:43:04 |
| 17 | terms of what the carmakers wanted and the | 16:43:07 |
| 18 | compliance issues and the possibilities, those | 16:43:09 |
| 19 | cards were face up? | 16:43:11 |
| 20 | A.   Yes. | 16:43:12 |
| 21 | Q.   Okay. | 16:43:12 |
| 22 | Let's talk a little bit about your | 16:43:13 |
| 23 | cost savings methodology.  Now, you calculate | 16:43:16 |
| 24 | a royalty using what you determined is the | 16:43:19 |

Page 396

| | | |
|---|---|---|
| 1 | costs that you can save by using the patented | 16:43:23 |
| 2 | invention; correct? | 16:43:26 |
| 3 | A.   It is the -- in a sense, it's the | 16:43:28 |
| 4 | comparison of the patent-practicing solution | 16:43:31 |
| 5 | to the next best alternative and isolating the | 16:43:37 |
| 6 | things that will change if you couldn't use | 16:43:40 |
| 7 | the patent-practicing solution. | 16:43:43 |
| 8 | Q.   And to calculate your cost savings, | 16:43:45 |
| 9 | you don't just use one next best alternative, | 16:43:48 |
| 10 | you use two; correct? | 16:43:51 |
| 11 | A.   Yes.  It's -- there are definitely | 16:43:52 |
| 12 | two. | 16:43:54 |
| 13 | Q.   Okay. | 16:43:55 |
| 14 | So it's not -- it's not the next | 16:43:55 |
| 15 | best; it's one of the best next best | 16:43:57 |
| 16 | solutions? | 16:44:00 |
| 17 | A.   Well, it's -- in order to actually -- | 16:44:00 |
| 18 | because you've got to give stuff up to | 16:44:04 |
| 19 | triangulate on what the real value is, you | 16:44:07 |
| 20 | can't see that without looking at both of | 16:44:10 |
| 21 | these alternatives. | 16:44:12 |
| 22 | Q.   Okay. | 16:44:13 |
| 23 | Now, it's your opinion that | 16:44:14 |
| 24 | between these two, and these are the two sort | 16:44:18 |

Page 397

| | | |
|---|---|---|
| 1 | of cost comparisons you did, right, the one | 16:44:20 |
| 2 | wire on the left and the two wire on the | 16:44:23 |
| 3 | right? | 16:44:24 |
| 4 | A.   Yes. | 16:44:25 |
| 5 | Q.   And you determined the one wire, | 16:44:25 |
| 6 | comparing the cost of the patent solution to | 16:44:28 |
| 7 | the one-wire architecture gives you a cost | 16:44:31 |
| 8 | savings of 63 cents; right? | 16:44:33 |
| 9 | A.   Yes. | 16:44:35 |
| 10 | Q.   And using the two-wire solutions in | 16:44:35 |
| 11 | the comparison, it's $3.28; right? | 16:44:38 |
| 12 | A.   Right. | 16:44:41 |
| 13 | Q.   But you confirmed, did you not, that | 16:44:42 |
| 14 | the customers were generally demanding a | 16:44:45 |
| 15 | single-lane solution; correct? | 16:44:48 |
| 16 | A.   As one of the requirements was single | 16:44:50 |
| 17 | lane.  They were also demanding some other | 16:44:54 |
| 18 | features as well, but one of the solution -- | 16:44:56 |
| 19 | one of the demands was or desires was for a | 16:45:00 |
| 20 | one-wire solution. | 16:45:05 |
| 21 | Q.   And you agree that ultimately, Aptiv | 16:45:06 |
| 22 | would have pursued or would have essentially | 16:45:10 |
| 23 | forced the marketplace to accept in that | 16:45:12 |
| 24 | period of time a one-wire solution; correct? | 16:45:15 |

JURY TRIAL - VOLUME 3

Page 398

| | | |
|---|---|---|
| 1 | A.   Ask it again.  I lost you. | 16:45:18 |
| 2 | Q.   Sure. | 16:45:19 |
| 3 | You agree that Aptiv would have | 16:45:20 |
| 4 | pursued or would have essentially been forced | 16:45:22 |
| 5 | by the marketplace to accept, if, in the | 16:45:25 |
| 6 | period of time that Sandia was -- between when | 16:45:28 |
| 7 | Boston 2 was launched and Sandia, I have | 16:45:30 |
| 8 | assumed that the one-wire solution is what | 16:45:32 |
| 9 | they would have pursued, in effect, and would | 16:45:35 |
| 10 | have been required that its customers accept; | 16:45:38 |
| 11 | correct? | 16:45:40 |
| 12 | A.   Yes.  In that period of time before | 16:45:41 |
| 13 | Sandia came out, given that you've got either | 16:45:43 |
| 14 | what they can ask the market to do and what | 16:45:49 |
| 15 | the market is going to accept. | 16:45:52 |
| 16 | You really have to ask the | 16:45:55 |
| 17 | question, is the market going to hold firm on | 16:45:56 |
| 18 | persistent or -- the persistence requirement | 16:46:00 |
| 19 | or is it going to hold firm on the one wire | 16:46:03 |
| 20 | and give up on persistence?  And the market | 16:46:06 |
| 21 | evidence tells me that they are going to give | 16:46:09 |
| 22 | up on persistence. | 16:46:10 |
| 23 | And this, in part, tells you why, | 16:46:15 |
| 24 | is that the persistence, there's a lot of | 16:46:16 |

Page 399

| | | |
|---|---|---|
| 1 | value in being able to do persistence in an | 16:46:21 |
| 2 | inexpensive way. | 16:46:23 |
| 3 | Q.   Okay. | 16:46:24 |
| 4 | Now let's look at how you do your | 16:46:25 |
| 5 | calculation. | 16:46:27 |
| 6 | MR. WIENER:  So, Mr. Glass, go to | 16:46:28 |
| 7 | the next slide. | 16:46:29 |
| 8 | BY MR. WIENER: | 16:46:30 |
| 9 | Q.   You take the cost savings from these | 16:46:31 |
| 10 | two approaches, you take the average; right? | 16:46:33 |
| 11 | A.   Yes. | 16:46:36 |
| 12 | Q.   Which is 1.95? | 16:46:37 |
| 13 | A.   Yep. | 16:46:39 |
| 14 | Q.   And then you apply a discount to take | 16:46:39 |
| 15 | into account the market realities and the fact | 16:46:42 |
| 16 | that Aptiv would have been first to the | 16:46:43 |
| 17 | market; correct? | 16:46:45 |
| 18 | A.   Unwired and Aptiv would have been | 16:46:47 |
| 19 | first to the market, and really because of | 16:46:48 |
| 20 | what you just said in that prior question, | 16:46:51 |
| 21 | which is that the marketplace reality for the | 16:46:53 |
| 22 | period of time when Sandia wasn't on the | 16:46:57 |
| 23 | market is one that favors the -- the market | 16:47:00 |
| 24 | would have said look, we're going to give up | 16:47:05 |

JURY TRIAL - VOLUME 3

Page 400

| | | |
|---|---|---|
| 1 | on persistence because it's too expensive to | 16:47:07 |
| 2 | get it. | 16:47:10 |
| 3 | Q.   Okay. | 16:47:10 |
| 4 | And that works out to roughly a | 16:47:11 |
| 5 | 28 percent discount of that average number; | 16:47:13 |
| 6 | right? | 16:47:17 |
| 7 | A.   If you've done the math.  I didn't | 16:47:20 |
| 8 | get there by taking a discount off of the | 16:47:22 |
| 9 | 1.40.  How I got there is by taking a weighted | 16:47:25 |
| 10 | average of $1.95 for the period of time once | 16:47:28 |
| 11 | Sandia -- once the marketplace didn't have to | 16:47:33 |
| 12 | compromise on persistence and weighting it | 16:47:36 |
| 13 | with the period of time that the marketplace | 16:47:39 |
| 14 | reality was that they would have to give up on | 16:47:42 |
| 15 | persistence. | 16:47:44 |
| 16 | Q.   You agree it worked out to, in terms | 16:47:45 |
| 17 | of the numbers, about 28 percent? | 16:47:48 |
| 18 | A.   I don't have a calculator.  I'll | 16:47:49 |
| 19 | trust -- | 16:47:51 |
| 20 | Q.   Want to check it? | 16:47:51 |
| 21 | A.   I'll trust your math. | 16:47:52 |
| 22 | Q.   Okay.  Thank you. | 16:47:53 |
| 23 | So I'd like to go through what the | 16:47:55 |
| 24 | numbers would be like if we decide that the | 16:47:57 |

Page 401

| | | |
|---|---|---|
| 1 | two-wire solution is not actually the next | 16:48:00 |
| 2 | best alternative; get rid of that solution. | 16:48:02 |
| 3 | Your starting point for the cost savings would | 16:48:06 |
| 4 | be 63 cents; right? | 16:48:08 |
| 5 | A.   If it's just gone? | 16:48:10 |
| 6 | Q.   Yeah. | 16:48:12 |
| 7 | A.   Well, mechanically it might be, but | 16:48:14 |
| 8 | then there would be a missing piece of the | 16:48:19 |
| 9 | whole value of the technology and a missing | 16:48:21 |
| 10 | piece of the realities of what Aptiv had to | 16:48:23 |
| 11 | gain from the benefit of the invention, which | 16:48:29 |
| 12 | is you've taken away the persistence USB | 16:48:31 |
| 13 | feature completely out of the analysis, which | 16:48:34 |
| 14 | is undeniably a feature that is in the Aptiv | 16:48:37 |
| 15 | chip that's infringing. | 16:48:42 |
| 16 | Q.   If the jury decides that the next | 16:48:43 |
| 17 | best alternative to the Boston 2 solution | 16:48:45 |
| 18 | would have been using a one-wire alternative, | 16:48:48 |
| 19 | in terms of valuing the cost savings, that | 16:48:51 |
| 20 | would be your starting point; correct? | 16:48:53 |
| 21 | A.   If they decide that that's the next | 16:48:56 |
| 22 | best alternative for literally the entire time | 16:48:59 |
| 23 | period all the way even after Sandia comes | 16:49:02 |
| 24 | out? | 16:49:04 |

Page 402

| | | |
|---|---|---|
| 1 | Q.   Yes. | 16:49:06 |
| 2 | A.   I mean, if they conclude that, that | 16:49:07 |
| 3 | would ignore the fact that Sandia was on the | 16:49:12 |
| 4 | market offering the persistence feature. | 16:49:14 |
| 5 | Q.   And if we apply the 28 percent | 16:49:16 |
| 6 | discount, because in this negotiation, Aptiv | 16:49:18 |
| 7 | still would have been first to market in that | 16:49:21 |
| 8 | market reality that you considered; right? | 16:49:23 |
| 9 | A.   Well no, in this -- in the | 16:49:25 |
| 10 | hypothetical that you are painting here, there | 16:49:26 |
| 11 | would be no discount because we're already at | 16:49:29 |
| 12 | this, what I'll call sort of barebones -- | 16:49:31 |
| 13 | we're only valuing the portion of the patented | 16:49:37 |
| 14 | technology that wasn't yet on the market. | 16:49:40 |
| 15 | Q.   Okay. | 16:49:48 |
| 16 | But if you did take the | 16:49:49 |
| 17 | 28 percent, you'd end up -- if you didn't take | 16:49:51 |
| 18 | the 28 percent reduction, you'd end up with 45 | 16:49:53 |
| 19 | cents, and if you applied that to the sales | 16:49:58 |
| 20 | that Microchip accuses of infringing, you | 16:50:00 |
| 21 | would get a total damages outcome of 20 | 16:50:03 |
| 22 | million; right? | 16:50:06 |
| 23 | A.   I trust your math. | 16:50:06 |
| 24 | The logic of the prior step you | 16:50:08 |

JURY TRIAL - VOLUME 3

Page 403

| | | |
|---|---|---|
| 1 | made is the 28 percent discount doesn't make | 16:50:10 |
| 2 | sense if you -- if you're applying 63 cents | 16:50:12 |
| 3 | across the whole time period. | 16:50:15 |
| 4 | MR. WIENER:  And then finally, if | 16:50:16 |
| 5 | we could bring up Exhibit 36, which is already | 16:50:17 |
| 6 | in evidence. | 16:50:20 |
| 7 | BY MR. WIENER: | 16:50:20 |
| 8 | Q.   Dr. Becker, Exhibit 36 is an email in | 16:50:31 |
| 9 | the January 2015 timeframe.  You've seen this | 16:50:36 |
| 10 | before; correct? | 16:50:38 |
| 11 | A.   Yes. | 16:50:39 |
| 12 | Q.   And this was an email where Microchip | 16:50:40 |
| 13 | had not yet decided to pursue development of | 16:50:43 |
| 14 | the Sandia chip and the threshold question for | 16:50:47 |
| 15 | them was to decide whether or not the market | 16:50:51 |
| 16 | opportunity would be worth 15 to 20 million; | 16:50:54 |
| 17 | right? | 16:50:57 |
| 18 | A.   That's what this said. | 16:50:57 |
| 19 | MR. WIENER:  I have no further | 16:51:00 |
| 20 | questions. | 16:51:01 |
| 21 | MR. GRAY:  No questions, Your | 16:51:03 |
| 22 | Honor. | 16:51:04 |
| 23 | THE COURT:  All right.  You may | 16:51:04 |
| 24 | step down. | 16:51:06 |

JURY TRIAL - VOLUME 3

Page 404

| | | |
|---|---|---|
| 1 | (Whereupon, the witness was | 16:51:06 |
| 2 | excused.) | 16:51:08 |
| 3 | THE COURT:  This seems like as | 16:51:14 |
| 4 | good a place as any to break for the weekend. | 16:51:15 |
| 5 | I am going to give you all the | 16:51:18 |
| 6 | same caution I have been, but with a little | 16:51:20 |
| 7 | bit more emphasis than I do sometimes because | 16:51:22 |
| 8 | you're going to be gone for a couple days. | 16:51:26 |
| 9 | You are going to talk to a lot of people that | 16:51:28 |
| 10 | are not here that are going to want to know | 16:51:30 |
| 11 | what you're doing.  And so I'm just going to | 16:51:32 |
| 12 | remind you that it's important.  Other than to | 16:51:34 |
| 13 | tell them you're serving on a jury, that's | 16:51:36 |
| 14 | about as much as you should say. | 16:51:38 |
| 15 | Don't tell them about the case, | 16:51:41 |
| 16 | don't tell them what you're hearing.  Any | 16:51:42 |
| 17 | details are likely to invoke questions, | 16:51:44 |
| 18 | thoughts, things like that, that can affect | 16:51:48 |
| 19 | your thinking about the case here.  Again, you | 16:51:50 |
| 20 | can blame me for that if anyone presses you. | 16:51:53 |
| 21 | The other caution I'm going to | 16:51:56 |
| 22 | give you, and it's really important, is do not | 16:51:58 |
| 23 | go looking up anything about the case.  Do not | 16:52:00 |
| 24 | investigate it, don't Google it, just steer | 16:52:03 |

JURY TRIAL - VOLUME 3

Page 405

| | | |
|---|---|---|
| 1 | clear of it.  Use the weekend to just forget | 16:52:08 |
| 2 | about it, basically, and don't worry about it | 16:52:11 |
| 3 | and then come back on Monday. | 16:52:14 |
| 4 | So we'll start again Monday at | 16:52:16 |
| 5 | 9 o'clock.  Just for your planning purposes, | 16:52:19 |
| 6 | as we look ahead, I know that -- I think a | 16:52:22 |
| 7 | couple of you may have commitments Monday | 16:52:25 |
| 8 | afternoon to get to.  That works out well | 16:52:27 |
| 9 | because I actually have to spend a little bit | 16:52:30 |
| 10 | of time with the lawyers going over some legal | 16:52:32 |
| 11 | things to get the case to conclusion.  So | 16:52:34 |
| 12 | we'll plan to sort of wrap up at the point | 16:52:37 |
| 13 | where we would normally take our mid-afternoon | 16:52:39 |
| 14 | break on Monday, so in the range of 3:15 to | 16:52:42 |
| 15 | 3:30, in that ballpark, to get you out of | 16:52:46 |
| 16 | here.  But then we'll plan for full days after | 16:52:49 |
| 17 | that later in the week as we try to move the | 16:52:52 |
| 18 | case forward. | 16:52:54 |
| 19 | If people have issues, you can | 16:52:55 |
| 20 | speak up and let me know on scheduling.  Okay. | 16:52:58 |
| 21 | I think that's everything.  Everybody have a | 16:53:02 |
| 22 | good weekend and we'll see you back here | 16:53:04 |
| 23 | Monday for a 9:00 a.m. start. | 16:53:07 |
| 24 | (Whereupon, the jury was excused | 16:53:09 |

JURY TRIAL - VOLUME 3

Page 406

```
 1    from the courtroom.)                          16:53:11

 2            THE COURT:  Okay.                      16:53:32

 3            You guys can all be seated.  I         16:53:35

 4    don't know if there's any particular           16:53:37

 5    housekeeping we need to tackle before we break  16:53:38

 6    for the weekend.                               16:53:41

 7            MR. WIENER:  If there are any           16:53:44

 8    issues that arise over the weekend, should we   16:53:46

 9    email you by 9:00 p.m. on Sunday?              16:53:48

10            THE COURT:  Yeah, just email and       16:53:51

11    if you email me before that, that's helpful.    16:53:52

12    Doesn't have to be 9:00 p.m. Sunday.           16:53:55

13            MR. WIENER:  It's sometimes            16:53:58

14    helpful to have a deadline.                    16:53:59

15            THE COURT:  Yes.  So certainly you     16:54:00

16    can get it to me by then, but it can be        16:54:01

17    issues, it can also be if you reached any       16:54:04

18    compromises on language on the jury            16:54:06

19    instructions, let me know that, too.           16:54:08

20            We will, in the interim, try to        16:54:12

21    get you a draft, hopefully today; it could be   16:54:14

22    tomorrow morning.                              16:54:18

23            MS. DURIE:  Perfect.  And you're       16:54:19

24    thinking the charge conference would be Monday  16:54:20
```

JURY TRIAL - VOLUME 3

Page 407

```
 1   afternoon?                                         16:54:21

 2           THE COURT:  That's my expectation.         16:54:22

 3           I want to use the time obviously           16:54:24

 4   so we stay on case, and I do want to let our       16:54:26

 5   juror go so that she can pick up her kids and      16:54:28

 6   not lose her.  So that would be my                 16:54:31

 7   expectation.                                       16:54:32

 8           MS. DURIE:  Okay.                          16:54:33

 9           THE COURT:  Okay.                          16:54:34

10           And then I guess I'll see you             16:54:37

11   Monday unless anything pops up.  Okay?             16:54:39

12           MS. DURIE:  Thank you.                     16:54:41

13           THE COURT:  All right.  Everybody          16:54:41

14   have a good weekend.  Stay safe.                   16:54:43

15           THE COURT CLERK:  All rise.                16:54:46

16           (Whereupon, the Court adjourned            16:54:52

17   proceedings at 4:55 p.m.)                          16:54:55

18

19

20

21

22

23

24
```

Page 408

```
1                    C E R T I F I C A T E
2
3              I do hereby certify that I am a
     Notary Public in good standing, that the
4     aforesaid testimony was taken before me,
     pursuant to notice, at the time and place
5     indicated; that said deponents were duly sworn
     to tell the truth, the whole truth, and
6     nothing but the truth; that the testimony of
     said deponents was correctly recorded in
7     machine shorthand by me and thereafter
     transcribed under my supervision with
8     computer-aided transcription; that the
     transcript is a true and correct record of the
9     testimony given by the witnesses; and that I
     am neither of counsel nor kin to any party in
10    said action, nor interested in the outcome
     thereof.
11
              WITNESS by hand and official seal
12    this 8th day of April, 2022.
13
                              Notary Public
14
15
16
17    Job No. 5162169
18
19
20
21
22
23
24
```

**&**

**&** 2:9 3:3 20:18
78:2,3 146:22

**1**

**1** 11:11 12:10
13:15,18 14:17
24:13 28:17
169:15 170:11
172:3,12 184:3
195:6,14,16
196:23 202:24
203:2,9 204:15,16
204:17 205:7,7,10
206:7,12 207:11
208:5 209:22
210:3,11,12,14
211:19 212:9,17
213:19 214:7
215:12 225:1
227:10,12 260:23
298:22 320:16
374:22 375:13
384:10,14 385:18
**1.2** 20:19 21:1
**1.40** 354:4,7,11,13
355:9
**1.40.** 353:18 400:9
**1.5** 20:14
**1.50** 347:19,22
**1.95** 399:12 400:10
**1.95.** 352:5
**10** 5:4 36:10
107:15,20,22
208:4 290:9
291:18,21 292:1
293:18,20 300:17
314:7
**100** 72:1,5 160:17
160:20,23 290:9

**1002** 127:20
**108** 5:16,16
**109** 5:17,18,19
**10:45** 107:23
**11** 5:4 158:13
159:2
**110** 5:17,18,19
**1105** 2:5
**122** 210:24 211:9
211:10
**123** 212:15
**124** 212:22
**125** 6:5 213:10
281:6
**126** 213:15,24
214:2
**127** 213:24 214:3
**12:30** 179:21
**12:35** 207:13
208:16
**12th** 2:5 22:7,19
25:5,6,10,17 26:15
31:16
**13** 147:20 240:14
338:22
**13.6** 272:7 355:10
**1313** 3:4
**138** 199:17,18
200:7
**14** 147:20 210:13
210:16
**145** 4:13
**15** 21:6 147:20
212:15 312:1,8,19
403:16
**153** 5:20
**154** 5:20
**155** 5:21
**156** 5:21
**16** 71:10 147:20
152:10 159:2

212:22 243:5
**16.9** 296:18
**1650** 2:13
**17** 147:20 213:10
**17-1194** 1:4
**18** 6:4 147:20
213:15 240:20
241:22 242:8
244:18 281:6
287:11 288:14
338:7,9,22 339:22
339:24
**1800** 1:24
**1801** 1:24
**182** 6:3 280:24
282:1,4 317:6
**186** 5:21 155:21,22
156:2 177:18
191:18
**18th** 45:13
**19** 288:15
**19103** 1:24
**1978** 273:21
**198** 5:22
**19801** 1:18 2:6
**1986** 336:24
**19899** 3:5
**199** 5:23
**1996** 80:13
**19th** 225:12

**2**

**2** 13:9 20:15 27:9
58:8 75:10 139:4
260:23 280:16
289:16 340:9
361:23 362:11
363:9,19 367:18
385:21 390:8
391:22 394:3
398:7 401:17

**2.0** 36:3 155:18
156:3,15 157:4,15
**2.01** 296:21 297:11
327:14
**2.01.** 300:4
**2.04** 327:7
**2.23** 326:16
**2.6** 53:14
**2.62.** 342:3
**2.63** 347:23
**2.69** 54:17,21
**20** 21:6 28:23
293:3,9,19 402:21
403:16
**200** 94:17 160:18
**2000** 146:15 147:1
**2006** 178:3 182:23
183:7,23 185:7
190:22 193:5
**2008** 146:19
**2012** 339:8
**2013** 326:12
385:22 394:18
**2014** 10:3 68:24
305:23 307:10
308:4,12,14,17
314:22 352:18
353:5 368:1 369:3
386:1,8 387:20
388:3 389:2,16
393:11 394:19,22
395:16
**2015** 21:9 22:7,19
24:4,5 25:5,6,10
25:17 26:12 27:12
28:9 31:16 35:14
36:9 37:23 43:5
45:13 49:10,17
274:15,18 286:20
302:2 305:23
323:15 326:7

**[2015 - 3442]**

327:4 361:20
386:19 388:13
403:9
**2016**   52:2 53:13
54:16 56:23
322:12 338:17
**2017**   35:22 279:20
291:3 297:10
301:24 302:3
326:7 352:22
353:1 355:7
363:21 364:2,11
364:15 368:22
**2018**   52:2
**2019**   71:1 326:12
**2021**   279:21
281:15,20 297:11
317:8
**2022**   1:15 353:6
408:12
**21**   172:17 240:13
**217**   3:10
**22**   5:5,5 172:24
297:3
**221**   5:24
**227**   5:24
**23**   96:16 114:5
118:7 119:20
124:15,23,24
125:10,12 126:4
129:3,4 131:13,16
131:18,19 138:20
138:24 139:2
171:5,8 172:4
195:6,8,22 196:8,8
196:10 204:15
205:11 206:12
207:11 209:22
210:3 211:1,7,22
212:2,9,18 214:2,6
215:13,19 216:2

218:1 225:1
227:13 232:8
238:3,11,15,22
239:4,15 240:15
240:20 245:8
246:14 247:23
249:3 250:5
251:14 254:14,18
257:12 259:11
264:15 267:24
360:22 383:9
**231**   6:2
**236**   5:9 34:21,22
35:1,6
**24**   78:7 96:17
124:20,21,22
128:22 131:4,22
171:6 173:17
232:8 360:22
**243**   84:3,6 94:3
95:19 139:19
142:1 144:8
165:10 169:16
170:10 171:4,18
186:24 209:18
218:12 221:12
230:10,15 232:2
240:20,20 270:14
280:15 371:13
372:20 373:21
374:4,9,11,22
375:13 382:19
383:1,13 384:10
**25**   57:23 96:4,17
133:21 135:3,6
137:12 139:5,7
171:6 232:9 268:6
269:6 286:9
332:16 356:16,21
360:22

**26**   5:6 28:9
**262**   5:4 10:21,22
11:1
**264**   4:14 6:6 387:1
387:2
**266**   4:18
**269**   5:6 26:7,8,11
26:18 27:8
**26th**   30:21
**27**   5:6
**270**   5:10 36:14,15
36:23 37:8,14,14
**271**   5:11 36:18,19
37:4,8,15
**272**   5:5 21:24 22:1
22:5
**273**   5:8 31:10,11
31:14,24
**275**   5:7 28:1,2,5,11
28:16
**28**   5:7,7 229:11,12
400:5,17 402:5,17
402:18 403:1
**280**   6:3
**281**   6:3,4,4,5,5
**289**   177:18
**292**   142:14
**298-0700**   2:6
**2:53**   301:1

---

**3**

**3**   1:13 18:2 40:20
41:4,12,17 46:11
52:3,10 55:14,15
95:19 96:21 135:6
140:1,1 142:14
156:10 184:9
187:10,14,24
196:21,24 218:6,9
218:11 237:19,21
250:18 251:23,24
252:14 253:4,5,8

253:13,14,16,19
254:3 255:3
256:20 257:13,19
257:23 258:13,15
259:5,12,15,21
260:19,23 261:4
280:19 288:10
295:13 300:18,23
328:4 337:12
369:4,17 375:12
386:8,13 388:10
391:21
**3,000**   222:8
**3-2-8-0**   229:11
**3.28**   342:6 343:24
345:13 348:18
349:1 351:18
354:2 397:11
**3.28.**   343:2,6
**30**   74:17 94:10
144:9 186:3
268:18 384:4
**30,000**   293:8,9
**300**   282:13
**302**   2:6 3:6
**30th**   27:12
**31**   5:8,8 186:8
311:18
**312**   184:14 188:24
189:4,4 218:14
238:1,6
**32**   187:9
**3253**   228:1
**3270**   241:20,22
**3280**   229:5,6,11
**3284**   229:10
**33**   187:21 188:22
**34**   159:2 188:20
189:3
**3442**   228:1 229:7
229:10

**35** 5:9,9 189:24 208:15 296:2 300:8
**35.2** 271:19 291:15 300:3
**356** 4:20
**359** 86:19
**36** 5:10,11 16:18 16:20 237:18 403:5,8
**362-6666** 3:11
**37** 5:10,11
**370** 5:24 221:19 227:21
**373** 5:20 153:13,14 153:17
**374** 5:22 197:24 198:5,14 199:9
**375** 5:23 199:3,4 199:10
**376** 6:2 231:16,18
**379,000** 57:9
**38** 238:3,12 254:18
**387** 6:6,6
**39** 239:8
**3:15** 405:14
**3:30** 405:15

**4**

**4** 184:6,7,9,13 196:23 261:3,4 295:21
**40** 144:9 218:6 219:11
**400** 169:12
**401** 2:12
**402-3550** 2:14
**41** 45:7 219:1,18
**415** 3:11
**42** 5:12 49:4,5,8,14 50:12 68:6,10,11 68:13,15 220:6

323:12
**44.9** 281:22 290:13 290:22 317:7,15 354:13
**45** 232:15,23 283:12 326:19 402:18
**46** 282:13 297:3
**47** 5:15 67:12,18 67:24
**48** 297:4
**49** 5:12,12
**4914** 280:4
**4916** 280:4

**5**

**5** 5:17 107:15,21 109:12,14,22 110:2,8 113:24 114:2 184:13 300:17
**5.4** 287:15
**5.90** 342:1
**50** 5:13 66:1,6,13 160:23 232:17 280:1
**50,000** 160:21
**50/50** 269:18
**512** 2:14
**5162169** 408:17
**52** 67:1 234:5
**525** 160:4
**53** 251:16
**54** 250:16 251:24
**55** 260:3
**57** 191:19
**58** 69:10,13,15 262:10

**6**

**6** 5:18 21:9 50:16 51:6 109:12,22

110:2,19 147:6 184:7
**6-8** 262:13
**60** 147:12 158:11
**62** 231:24 232:1 390:5
**62.9** 354:14
**63** 199:17,18 344:11,24 345:13 348:18,24 351:18 397:8 401:4 403:2
**66** 4:7 5:13,13
**67** 5:14,14,15,15
**68** 262:9,11,12,16
**6b** 1:18
**6th** 3:4

**7**

**7** 5:19 53:7 109:12 109:23 110:2 111:20 114:13,14 118:16,18 138:20 292:1
**70** 158:11
**70,862,439** 300:4
**70.9** 271:21,23 300:5 301:16,22 302:5 355:8
**70s** 75:7,9
**73** 4:11
**74** 240:13
**75** 240:14
**78701** 2:13

**8**

**8** 1:15 149:18 150:5
**8.4** 279:21 280:1 296:13,18
**8008** 408:13
**82** 5:14 67:3,6 322:4

**84** 364:23
**84.4** 272:9 355:20 355:23
**844** 1:17
**84604** 41:11
**8460x** 335:17
**85** 362:14 363:2
**8th** 48:4 408:12

**9**

**9** 1:16 4:6 7:2 25:14 149:21 150:5,6,12 184:13 405:5
**9.6** 303:1
**9.6.1.** 177:19
**9.7** 272:5 302:1,6
**94** 5:16 108:11,13 108:14,15,18,21 145:24 149:18 152:9
**94111** 3:11
**951** 3:5
**97** 80:13
**984-6114** 3:6
**9:00** 405:23 406:9 406:12
**9th** 48:5 387:20 388:16

**a**

**a.m.** 1:16 7:2 107:23 405:23
**a88** 75:10
**ability** 106:13 126:20 127:3 145:8 237:4,7 291:21 293:24 329:23
**able** 16:10 96:23 104:7,12 105:19 132:9 141:1 231:3

[able - admit]                                                    Page 4

239:16,19 240:5
241:8 250:2 258:4
258:16 259:6
264:5,23 288:22
328:4 350:18
353:24 354:3
373:6 375:21
399:1
**absence** 275:22
277:1 289:18
**absolutely** 16:1
64:8 193:3 243:22
244:10 358:13
359:21 366:9
368:2
**accelerated** 354:3
368:12,21
**accept** 8:1 105:19
105:23 203:21
204:11 216:24
221:3,7 389:9
394:8 395:4,5
397:23 398:5,10
398:15
**acceptable** 277:1
283:21 284:7
289:18 370:16
371:6 372:2
**accepted** 7:24
83:20
**accepting** 47:5
339:19 362:4
**access** 92:11 98:1
104:3,8,15 105:1
122:17 123:7
124:9 168:2
195:24 196:16
197:3,5,12,16
200:17 203:3,7,12
204:7,19 210:15
211:3,20 212:3,4,4

213:21 214:13,19
216:1 217:19
218:13,15,18,19
218:22 219:5,8,16
219:24 220:3,13
225:5,6 231:4,7
232:16 233:8,19
236:13,18,20,23
237:14 239:16
240:5 241:9 256:8
**accessed** 250:24
383:15
**accesses** 104:21
119:22 120:2
202:13 219:9,23
220:1 233:3,12,13
233:20 234:7,10
252:6
**accessible** 242:17
**accessing** 120:3
123:8 124:11
196:18 214:14,16
231:10 232:3
239:22
**accessory** 130:4
**accomplish** 83:23
**account** 298:13
300:6 301:17
318:14 320:5
381:11,15 399:15
**accounted** 302:4
**accounts** 154:11
**accurate** 169:10
233:5 264:2,6
282:1
**accused** 100:8
164:12 269:19
274:14 279:8
280:13 281:21
282:17 283:8
284:15 301:23

307:10 317:2
358:19 363:13
374:14 381:7
**accuses** 402:20
**achieve** 250:3
372:19 373:22
374:8 375:11
376:13 389:17
**acknowledged**
41:3,10
**acknowledging**
346:3
**acknowledgment**
120:15 156:14
**acquired** 308:14
308:18 324:5
**acquisition** 287:22
323:22
**act** 256:1 260:14
311:12
**acting** 220:24
**action** 408:10
**actions** 20:2 24:14
24:21 25:23
**activated** 140:5
141:7
**active** 141:17
330:13 331:1
345:23
**actively** 274:12
318:1
**acts** 218:12
**actual** 95:24 97:3
189:15 296:13
297:8 327:9
368:21 376:6
**adapter** 81:19
**adapters** 81:20
**add** 89:11,13,14
125:6,12 126:15
129:10 299:20

333:8,12,14
340:15 355:15
388:19
**added** 89:5 173:2
299:22
**adding** 125:13
131:12 215:18
230:9
**addition** 391:5
**additional** 112:16
125:5 128:6
131:20 201:11
214:1,5 215:18
274:5,6 291:12,21
292:1 294:1,5,14
295:8 296:1 297:1
302:1 364:6,18
**address** 89:6,9
90:3 98:12 126:10
126:13,18 127:3
129:13 130:3
131:7 135:16
136:1 138:2,7,15
163:17 175:24
176:2,5 181:18
182:11 193:10,11
193:12 371:2
**addresses** 89:4
128:12 130:24
250:24
**adequate** 302:17
302:21 303:9
355:17
**adjourned** 407:16
**adjust** 71:9
**administration**
267:3
**admission** 108:21
**admit** 66:5 67:8,20
68:9 198:3 223:24
223:24

**admitted**  5:3
  28:15 31:22 66:14
  110:1 154:1 156:7
  222:19 223:15,18
  224:1
**adopted**  41:3,11
**advantage**  325:3
  331:23 332:12,23
  333:24 345:9
**affect**  404:18
**affirmative**  366:8
**affirmed**  265:24
**afield**  224:23
**aforesaid**  408:4
**afternoon**  356:8,9
  405:8,13 407:1
**aggressively**  33:19
**ago**  70:7 180:14
  241:19 267:24
  280:3 282:21
  324:20 336:23
  384:4
**agree**  60:11 61:21
  62:11 63:3 157:23
  158:1 171:13
  181:6 218:10
  240:4 245:14,23
  257:18,22 259:4
  259:14 306:20
  311:17 315:20
  324:21 341:2
  352:2 388:21
  394:1 397:21
  398:3 400:16
**agreeable**  18:15
**agreed**  8:3 228:7
  244:1 381:2
**agreement**  54:16
  71:14 226:12
  304:9,12,16
  306:22 311:13

312:5
**agreements**  53:19
  53:22 54:6 55:1
  56:23 57:11
**agrees**  226:6 316:8
**ahead**  176:17
  180:22 199:22,22
  206:3 279:19
  281:13 290:24
  291:15 296:21
  302:13 339:9
  353:11 405:6
**aided**  408:8
**air**  220:22,24
**airtag**  82:12,17
**album**  292:9
**align**  52:24
**alive**  217:12
**alleged**  274:11
**allow**  80:21 92:10
  96:7 116:15 119:3
  134:21 140:21
  143:11 152:23
  169:23 204:5,18
  212:3 219:4,16
  251:5 257:19
  262:22 370:24
  371:9 389:11
**allowed**  183:10
  206:24 227:3
  252:15
**allowing**  82:1
  236:23 390:14
**allows**  128:10,10
  140:9,23 185:20
  203:11 211:16,20
  213:20 214:12
  236:23 250:19,22
  251:7,9 253:10
  259:15

**alter**  185:9
**alternate**  71:6
  218:18,19,21,21
  219:5,16 230:17
  231:4 237:16
**alternately**  202:4
  231:9 232:3 237:8
**alternating**  220:3
  220:12 225:6
  233:8,12 234:9,17
  236:13,17,20
  237:14
**alternative**  324:8
  334:10 335:13,14
  341:14 342:5
  343:16 344:3,4,5
  344:12,15 349:2
  351:15 371:9
  372:2,4 396:5,9
  401:2,17,18,22
**alternatives**  59:12
  289:6,19 334:19
  334:20,23 335:12
  336:4,19 337:21
  340:19 341:6,8
  348:5,17 370:14
  370:17 371:7
  376:19,24 396:21
**amount**  295:9
  299:18 304:10,21
  310:14 314:10
  315:7,14,14,22
  327:15,15 354:16
  378:16
**analogous**  182:6
**analogy**  303:21
  314:5
**analysis**  85:1
  142:8 144:6
  162:20 163:2
  168:7 172:2 213:7

217:24 222:8
  267:19 271:20
  275:14 278:21
  287:1 289:3 291:3
  296:6 306:23
  309:3 310:1 314:1
  318:19 334:4
  336:21 341:4
  343:14 346:24
  358:23 359:24
  363:5 366:16
  372:1 374:24
  377:24 378:14,15
  383:24 385:6
  401:13
**analyze**  84:3
  252:20 261:14
  384:22
**analyzed**  21:14
  170:5 279:19
**analyzer**  85:15
  132:9,11
**analyzing**  84:9
  162:6,8
**anderson**  3:3
**andrew**  2:4
**animation**  103:24
  105:11 120:7,23
**annotated**  105:9
**annotations**  100:4
  260:8
**announced**  339:7
**annual**  290:17
**answer**  55:21
  64:12 123:2
  159:13,16,19
  240:19 241:1,8
  253:18 267:19
  271:7 278:5 284:4
  290:8 332:8 367:3
  375:7

**answered**  264:17
**antitrust**  357:24
  358:1
**anybody**  274:21
  321:4 324:24
  328:21 375:20
  383:11 385:4
**anymore**  216:14
  216:17
**anyway**  107:9
  168:3 276:20
**apart**  373:17,23
**apartment**  304:8
  313:7
**apologies**  234:5
**apologize**  14:8
  67:21 94:5 184:7
  205:7 228:3,6
**appeal**  384:19
**appear**  26:1 93:23
**appears**  14:20
  26:17 27:17 37:21
  45:3 67:4 156:17
  191:24 199:17
  212:18,24 243:7
  286:11
**apple**  14:12,22
  75:10 82:12 91:6
  91:10,19 93:15,19
  116:15,18 130:7,8
  130:12,14,17
  143:10 214:20,22
  329:15 330:12
  339:7 340:4
  389:10 390:21
  391:1 394:21
**apple's**  110:16
**application**  75:19
  93:16 111:4,6,9
  151:22 183:15
  193:6

**applications**  11:18
  81:12 82:9 92:10
  92:23 93:13
**applied**  267:23
  268:7 402:19
**applies**  177:22
**apply**  102:23
  171:13 399:14
  402:5
**applying**  403:2
**appointed**  62:6
**appreciate**  8:16
  9:6
**approach**  64:23
  64:23 65:22 66:18
  315:13 386:20
**approaches**  335:2
  399:10
**appropriate**
  298:15 366:11
**approved**  130:15
**approximately**
  72:2 159:21
**april**  1:15 408:12
**aptiv**  1:8 30:18
  36:11 60:7,12,19
  60:22 61:3 62:12
  62:16,20,22 63:5
  63:15,23 65:8
  69:1,5 71:13,15
  72:1,4 84:4,13,16
  85:4,11 107:6
  109:3,6,17 110:9
  111:12,17 114:6
  114:16 118:9
  119:2 124:14
  128:24 129:22
  130:6 135:4
  136:12 138:24
  139:1,4 141:19
  145:22 167:20

170:17 172:15
  178:10,16,18
  182:7 232:12
  233:2 255:20,24
  260:4 261:9 272:3
  272:17 274:2,12
  274:19 275:2,8,18
  275:23 277:3
  279:7 280:18
  281:19,21 282:10
  282:13,22 283:13
  283:14 286:4
  294:19 295:3
  298:23 306:5,22
  308:24 309:4,14
  313:17 314:18
  316:1 317:1,4
  318:24 319:4,13
  320:13,17,21,21
  320:24 324:16,18
  324:22 325:6,11
  329:2,7 332:10
  337:17,18,24
  346:8 347:1 349:6
  351:4 353:10,11
  356:11 361:7,14
  362:24 363:8,17
  364:8 366:18
  370:2,21 371:6
  373:14 376:7
  378:11 379:19,20
  380:15 381:1
  382:10 386:12
  388:9 393:22
  394:1,4 397:21
  398:3 399:16,18
  401:10,14 402:6
**aptiv's**  60:24
  114:15 173:7
  209:13 269:8
  270:14 271:18

280:12,16 283:24
  285:17 300:2,6
  301:17 305:2
  311:8 316:7
  347:15 351:12
  354:17 358:19
  381:21 382:9
**arbiter**  218:12
**arbitrary**  258:20
**arbitrate**  104:20
  215:24 230:8,13
  230:24
**arbitrating**  221:9
**arbitration**  217:18
  219:6
**architecture**
  319:22 320:2
  328:3 329:17
  331:22 332:6,12
  332:18,22 334:6,8
  334:15 341:5
  343:18 397:7
**architectures**
  334:11,16 337:1
**area**  34:4 48:7
  62:17 83:17
  244:12
**areas**  154:8
**argue**  256:16
  379:9
**argument**  247:9
**arguments**  225:10
**arrive**  350:19
**arrow**  386:9 392:4
**art**  163:2,10 226:3
  226:4,11 382:2
  383:9
**article**  155:5
**arussell**  2:7
**ascribe**  253:15

**asic** 40:8 43:20
  52:1,22 59:11
  111:3,3,4,19
  287:22 323:3,3,7
  329:15
**asked** 33:24 94:18
  159:12 160:1
  162:18 188:20
  189:3 206:15
  244:1 245:14
  264:14 367:12
  369:24
**asking** 13:19
  59:19 64:16 222:7
  242:22 244:5
  253:24 254:1
  257:7 259:10,12
  283:22 362:13
  378:4
**asks** 89:22 182:15
  296:3
**aspect** 153:1,3
  250:5
**aspects** 117:13
  169:21
**assembly** 292:17
**asserted** 170:6
  231:8 232:1,7,8
  241:4 358:20
  359:1 360:13,17
  360:22 376:1,9
  385:10
**assess** 290:2
  293:24
**assessed** 316:20
**assessment** 295:14
  343:15 345:22
  349:12 350:3
  384:5
**assign** 93:3 176:4

**assigned** 193:10
**assignment** 83:23
  83:24 84:1 270:11
  270:12
**assigns** 90:3 176:2
**assist** 210:10
  217:18 266:14
**assistance** 117:24
**associate** 95:5
**associated** 181:14
  187:17 215:1
  298:2 299:5 302:7
**association** 144:3
**assume** 30:16 91:2
  271:1,6 279:9
  280:15 307:7,9
  310:9 362:23
  363:1 367:22
  376:3,7,12,15
  377:23 382:18,23
**assumed** 271:8
  371:14 379:7
  380:11 398:8
**assuming** 115:18
  179:19 347:1
  358:22 368:16
**assumption** 270:20 359:3
  376:9
**assumptions** 270:16 271:3,5
  309:15 310:7
  358:12,15 393:6
**astronomical** 306:17
**at&t** 94:17
**athens** 319:1,17
  323:9 324:7
  325:23 326:1,5,10
  326:11,14 335:15
  335:17,18,20

  340:13 344:8
  346:4 349:20
  352:12 358:23
  361:10 365:4,8,13
  366:6,14,15 369:5
**atlantic** 1:23
**attached** 28:21
  39:7 192:4 193:8
  193:18,22 198:21
  199:11 207:10
**attaching** 37:2
**attachment** 37:4
  209:8
**attempt** 252:1
**attended** 157:17
**attorney** 73:1
**attorneys** 26:24
  27:5
**auburn** 38:1
**audio** 77:24
  175:20
**august** 286:20
**austin** 2:13 266:9
  267:2,22
**authentic** 130:17
**authenticating** 130:12
**authentication** 214:22
**authorize** 325:22
**authorized** 130:14
**authorizes** 318:24
**autodesk** 152:12
  152:14,20 153:4
**automakers** 369:4
  369:17 386:8
**automatically** 61:19
**automation** 149:5
  154:13

**automobiles** 61:7
**automotive** 48:3,5
  48:12 268:2,9,14
  287:21 338:12
  382:13
**available** 183:23
  193:4 272:22
  284:24 302:12
  334:23 382:1
**avenue** 2:12
**average** 342:2
  399:10 400:5,10
**avoid** 245:6
**award** 303:10
  338:11 349:12
  382:11,20,22
**awarded** 355:4
  382:21 386:12
**aware** 15:9,23
  39:11 165:12
  167:10,18 183:17
  184:18 186:16
  328:14 374:1
  382:10,20 385:20
**awesome** 331:13
**awhile** 147:17
  324:20

**b**

**b** 5:1 6:1 113:19
**bachelor's** 74:7
  75:1 266:18
**back** 9:1 12:24
  14:7 19:9 21:2
  25:4 27:12 35:14
  45:17 55:19 57:4
  58:3 61:2 68:20
  71:1 75:8,15
  80:10 87:18 93:21
  98:8 99:2 107:12
  107:20 108:9
  112:2 117:7

120:12 127:21
130:2 131:13
132:12 135:15
137:15 149:17
150:24 152:9
175:12 188:22
200:10,21 201:5
207:22,23 208:4
208:12,24 218:5
219:10,18 224:19
232:15,22,23
235:22 237:19
238:5,7 251:23
254:18 255:16
267:7 282:24
288:12 289:16
300:18,22 325:14
325:16 327:17
336:23 347:21
349:8 351:1,2
355:15 367:22
369:2 375:2 388:6
391:3 405:3,22
**background**  53:9
53:11 74:5,15,16
95:23 146:13
266:17
**backing**  323:14
**backup**  340:14
**backwards**  304:24
**bad**  382:7
**balance**  269:16
**ballpark**  160:16
405:15
**bandages**  78:5
**bank**  2:12 154:11
**banner**  2:10
187:13
**barber**  36:24
50:20,21 51:2
53:10 54:15 55:6

55:10,19
**barebones**  402:12
**bared**  71:9
**bargaining**  352:23
**base**  316:19
**based**  18:20 193:1
280:13 295:6
300:8 346:7,16,23
358:15 364:18
365:4 366:6,7
371:24,24 373:14
373:15
**basic**  107:5 144:15
302:13 334:6
**basically**  73:23
74:10,18 76:4
84:2 85:19 86:16
86:22 87:10,19
89:16,21 95:2
97:21 98:16 99:9
99:17 100:7,11,21
102:2,24 103:6,12
110:8 116:2 123:4
123:24 128:22
129:22 134:18
142:22 159:23
176:11 179:9
193:19 204:9
211:16 215:12
216:13 217:1,11
221:1 233:3
256:13 317:7
330:4 341:19
405:2
**basis**  332:1 372:18
373:20 384:7,11
385:7
**bbanner**  2:15
**beard**  2:9
**becker**  4:16
265:15,20,23

266:8 270:3
286:11 287:13
301:13 311:22
322:6 338:9,24
339:24 343:11
356:8,12 386:24
387:9 403:8
**began**  74:8 274:14
307:6 385:20
386:18
**beginning**  50:13
58:17 59:4 91:4
210:24 211:14
353:5
**beginnings**  80:14
**begins**  210:11
**behal**  390:9
**behalf**  73:1 83:4
269:13
**behavior**  237:2
**believe**  29:3 38:15
43:17 65:16 118:2
142:15 160:6
167:22 172:13
199:21 229:19
231:3 235:3 239:8
239:18 355:22
378:12 386:16
**believes**  43:15
247:4
**benefit**  331:14
341:11 342:6
343:4,19 381:16
401:11
**benefits**  139:17,19
331:8,16 338:19
340:23 353:12
**best**  12:18 55:21
169:1,4 349:2
396:5,9,15,15,15
401:2,17,22

**better**  52:18 196:2
**beyond**  226:21
247:6
**big**  40:20 41:4,12
46:11 52:3,10
54:11 91:6 114:8
140:1,1 202:20
222:20 223:16
280:19 288:10
292:8 293:22
328:4 337:12
356:24 369:4,17
375:11 386:8,13
388:10
**bigger**  377:6
**biggest**  291:17
**bill**  333:2,3,4,7,11
333:15,21 342:1
344:7
**billed**  160:10
**billing**  154:11
**billion**  20:19 21:1
**binder**  72:16
108:10 109:13
356:3
**bio**  153:9,17
**bit**  12:16 19:2
29:14 60:13 89:7
90:11 98:7 142:23
146:12 170:15
172:14 173:14
179:16 190:6
193:15 197:21
213:16,17 215:23
227:15 267:12
276:24 287:20
290:23 307:4
320:10 323:14
327:14 358:1
365:12,23 377:6
378:22 385:16

393:13,21 395:9
395:22 404:7
405:9
**black** 116:24
117:1
**blackberries**
81:16,20
**blame** 404:20
**blames** 18:6
**block** 101:3,5,7,8
101:10,17,21,24
102:6,11 103:9,13
105:7 107:3
115:22 117:9,11
117:15,23 118:11
118:12 119:9,18
120:4 121:8 123:9
123:10 124:2,12
126:3 129:7,9
145:6 196:19
203:24 204:3
218:14 223:16
231:10 232:4,4
238:1,6,16,18,23
239:4,13,17,20
240:7 241:5,11
242:3,4,6,16
243:23 247:22
249:4 251:18
254:19 255:4
256:21 258:2
341:15
**blocks** 14:21 221:5
**blow** 13:3 17:12
28:17 32:4 41:18
56:15 58:7 150:4
150:10 156:11
191:22 282:12
**blowup** 150:2
**blue** 24:13 116:5,7

**board** 384:19
**body** 186:24 187:5
198:19 202:7,10
**boggs** 1:17
**bohm** 22:7 31:15
79:14 95:5,14
96:11 98:6 139:17
142:15 180:16
181:3 186:4,9
187:10,21 188:14
188:19 189:3
190:3 328:9
**bohm's** 185:24
328:14
**boils** 74:22
**bom** 333:2,6,15,17
333:18,22
**bono** 357:11
**bonus** 22:20 23:13
**bonuses** 23:5,11
23:19
**bookkeeping**
158:22
**booth** 81:8
**born** 73:17
**boss** 17:3
**boston** 84:18,18
84:19 85:12,17
110:11,21 111:19
111:22 112:5,10
112:13,21 113:9
118:7,11 119:2,14
123:5 124:6
129:19 131:5,15
131:19,21 136:24
138:12 139:4
215:4 216:5 275:9
275:12,16,20,22
277:4 280:16
287:23 294:17,18
294:20,21 317:2

324:17,22 346:13
346:14 347:2,16
347:18 363:9,19
365:17 367:18
373:14 385:21
394:3 398:7
401:17
**bottom** 35:19,20
46:18 50:15 51:6
51:23 53:6,8
56:16 57:12 88:1
96:22 97:1 117:1
117:15 138:12
149:20 150:5
188:21 191:21
229:6 255:5 261:2
282:5 317:21
330:21 340:21
390:12
**bought** 189:8,9,16
283:24 337:6
**bound** 351:11
**bounds** 351:18
**box** 3:5 40:18 97:2
106:10 112:19
143:6,7 144:24
188:21,23 189:4
238:13,15 289:20
340:21 341:17
**boxes** 115:2,3,4
116:24 117:1
143:1 144:23
174:1 298:23
317:22 348:10
**brake** 61:19
**brand** 33:9
**breadth** 361:12,13
**break** 107:8,15,20
109:1 179:17,18
207:14,20,21
208:4 233:16

300:16 301:13
404:4 405:14
406:5
**breaks** 152:22
**brian** 2:10
**bridge** 113:10,15
113:16,17,18,19
114:9,11,23 115:1
116:11 121:13
129:21 132:13
140:10,13,22
142:18,19,21
143:14,20 144:3
173:9 199:20
200:9,12,16 201:1
216:12 233:11
234:7 262:17,20
263:19,22,24
264:1,3
**bridging** 329:19
330:1
**brief** 34:5 68:21
72:20 76:18,24
94:8 160:1 356:3
**briefly** 74:4 89:12
135:13 139:21
**bring** 8:24 66:16
66:16 69:10,17,20
243:18 377:21
403:5
**bringing** 377:22
**broad** 65:13 72:6
**brochures** 294:7
**broken** 121:2
**brokers** 81:13
**brought** 196:3
370:21
**bruce** 2:10
**bslayden** 2:14
**bucket** 272:6

[budget - carplay]                                                    Page 10

**budget**  20:18
  85:14 160:8
**buffer**  98:15
  116:18 122:20
  135:10,11,14,21
  135:23 136:5,7
  137:24 138:1,13
**buffers**  98:10
  116:12,15,21
  117:19,21 119:9
  122:14,19,24
  123:19,21,23
  145:7,12 187:17
  216:10 251:4
**building**  1:17 2:4
  74:19 298:5 304:3
  304:8
**built**  57:20 283:2
  346:10
**bulk**  95:9 123:16
  123:16,17,17,20
  123:21,22,23
  133:6
**bullet**  58:16
  310:24 320:7
  329:12 330:8,21
  339:6
**bunch**  61:3 116:3
  285:8 322:11
**bus**  88:5,6,9 89:13
  89:14 90:5 92:3
  99:2,4,6,11 126:16
  134:7,13,18,23
  136:21 137:5
**business**  10:9,17
  15:13 18:10 20:5
  21:15,19 24:14,21
  25:23 27:15 30:3
  48:3 52:20 57:16
  58:20 59:24 60:2
  60:24 61:6,12,14

  61:18,22 62:11,14
  62:21 63:5,6,23,24
  64:2 65:6,7,12,13
  65:16 91:17 148:9
  267:2 286:19
  287:5,6,14 288:7
  288:16 319:14
  320:16,22,23
  323:5 327:4
  332:15,16 337:2
  340:5 343:12
  361:12,13 366:9
  382:7 393:1,3,5
**busters**  216:12
**busy**  190:8
**button**  88:3 92:14
**buy**  60:7,15 61:14
  189:11 369:18
**buying**  189:18
  276:17,20 337:16
  379:21
**buys**  61:11

**c**

**c**  2:1 3:1,9,10
  24:13 73:9 408:1
  408:1
**c.a.**  1:4
**cable**  86:18 99:11
  140:9,11,15,24
  143:15 235:14,16
  333:1,9
**cables**  87:12 88:6
**cad**  152:20,21
**cadillac**  85:13
  160:7
**calculate**  299:11
  377:16 395:23
  396:8
**calculating**  377:15
  378:6

**calculation**  326:18
  327:12,13 364:14
  365:2,3 378:8
  399:5
**calculator**  400:18
**caleb**  1:17
**calibrate**  290:10
  331:24
**california**  3:11
**call**  30:10 61:18
  73:4 79:20,21
  99:13 129:23
  140:1 148:22
  154:12 228:13
  271:16,23 276:10
  297:22 302:23
  314:4 315:11
  316:18 333:6
  402:12
**called**  36:3 74:9
  81:24 82:5 89:19
  95:11 100:16
  111:9 113:5 121:6
  125:1,4,15 128:6
  134:9 165:10
  167:2 249:11
  267:9,10,22 272:1
  273:20 305:5
  309:24 310:2
  338:11
**calling**  35:15
  184:11 209:7
  229:2
**calls**  162:13
  242:10,19 265:14
**canu**  11:15
**capabilities**
  170:13 175:7,13
  176:13 183:18
**capability**  143:13
  184:18 203:15,16

  230:7,13,24
  328:12
**capable**  197:9,11
  197:15 220:20
  254:20 283:2,9
  383:17
**capacity**  278:2,4,6
  278:17 289:24
  290:3,6 291:24
  292:13 293:14,23
  295:11,17,18
**capture**  52:2
**car**  29:5 61:20
  85:11 91:12,23
  92:11 93:3,5,7,10
  120:9 132:6
  139:23,23 260:16
  261:16,24 263:5
  282:24 336:9
  337:6,9 375:12
**car's**  93:1
**card**  154:14,14
**cards**  311:10
  394:24 395:12,16
  395:19
**care**  23:19 106:2
  300:10
**career**  74:18 76:21
  94:10
**careful**  223:4
**carmaker**  395:5
**carmakers**  340:7
  395:4,17
**carpenter**  49:9,15
  59:3
**carpenter's**  59:14
**carplay**  16:11 59:9
  90:12,13,14,23,24
  91:5,18,20 92:6,9
  92:16,22,22 93:1,4
  93:7,11,12 94:1

110:16 113:8
130:9,17 133:16
140:3,4,17,23
141:2,7 170:17
214:24 249:12
262:19,21 282:23
283:1,2,9 284:16
284:19 285:10
286:2 289:7 295:1
319:23 320:3
328:5 329:1,11,15
329:18 330:9,10
330:12,18 331:3
335:19 336:14
338:2 339:8 340:4
340:8 342:18,23
343:3,21 345:2,4
345:23 348:13
366:20 372:13
373:8 374:15
390:15,22
**carry** 57:3
**cars** 91:12
**case** 9:7 14:13,16
15:13 20:5 25:7
25:11 62:15,23
64:2 82:13 83:2,9
84:22 86:2 88:19
88:20 90:14 95:5
98:19 99:13
100:17 101:5
102:22 105:21
112:18 122:13
127:24 128:5
134:6 139:20
143:17 146:2
149:22 150:14
152:21 153:6
155:1,15 157:9,24
158:4 160:11
161:19 163:9

164:4 167:21
184:4 189:5
203:17 211:13
225:8 268:17
269:9,21 270:10
270:17 271:10
272:13,14 273:19
273:21,24 274:10
274:14 276:1,7,18
277:10 278:21
279:15 281:22
286:13 306:9
307:7 309:22
310:2,2,3,6 311:23
312:14,17 313:1
313:20 316:21
321:11,19 328:1
328:16 353:20
355:22 358:19
360:5,6 377:19
378:1 384:3
385:10,16 388:24
404:15,19,23
405:11,18 407:4
**cases** 94:15,22
147:7,9,12,22
148:3 158:11,16
162:19,21,22
163:1,4,5,7 223:3
224:9 268:2,10,12
268:13 269:3,13
269:17 272:14
357:14,18,23
360:2,9
**categories** 86:17
190:18 271:14
**category** 271:19
271:22 272:1
273:8
**caught** 383:21

**causing** 353:14
**caution** 107:11
207:21 404:6,21
**cease** 58:18
**cell** 82:2,3
**cent** 344:24
345:13 348:24
349:1
**center** 154:12
382:16
**centers** 148:9,22
**central** 80:5,11
**cents** 57:13 344:11
348:18 351:18
397:8 401:4
402:19 403:2
**ceo** 16:24 17:4
19:13,14,20,21
28:6,7 29:13 30:5
46:13 387:16
**certain** 139:23,24
163:7 207:2
309:15 358:12
368:17
**certainly** 44:7
47:17 48:4 65:9
159:16 221:15
227:3 309:3 319:4
352:13 360:4
376:17 379:7
406:15
**certification** 14:12
**certified** 14:11
**certify** 14:23
408:3
**cetera** 27:16 46:6
184:17
**chain** 149:2,4
154:16 321:2
322:8 379:2

**chair** 156:19 157:3
**challenge** 339:3
**challenging** 360:8
**change** 107:10
179:15 309:4,7
324:5 344:9 396:6
**changed** 36:6
110:17 277:11
323:21
**changes** 7:13,19
7:24 8:1,2,3 15:12
352:23
**changing** 46:6
**channels** 252:17
256:24
**characteristics**
285:2
**characterization**
257:6,9
**characterize**
221:14
**charge** 82:19
86:23 406:24
**charging** 160:4
345:24
**charming** 26:12
**chart** 202:9,18,22
209:21,22 218:1
264:15 290:23
386:9 392:11
**charts** 198:18,21
199:11 205:2,4,5,6
205:16 206:5,7
207:10 209:7,10
209:17 213:5
347:22
**chase** 269:8
**cheaper** 140:11
**check** 44:14 195:3
289:20 315:7
400:20

[checked - claim]                                                                  Page 12

**checked** 119:11
131:21
**checklist** 276:6
311:24,24 312:2
312:22
**checkmark** 283:18
295:18 299:12
**checks** 348:9
**cherry** 78:22
**chip** 10:9,13 16:15
21:13 29:18 32:11
32:19 35:3,15
42:2,6 46:8,10
48:3,5 54:12
84:18,19 85:12,17
110:11,21 111:6
111:10,19,19,23
112:5,9,11,13,21
113:10 118:11
119:3,14 123:5
124:6 129:19
131:5,15,19,22
136:24 138:13
139:4 275:6,9,12
275:12,16,19,20
275:23 277:4,6,12
280:5,17 285:16
285:17 287:23
288:2,3,8,10 294:5
294:12,17,18,20
294:21,23 295:1
296:7,8 297:11,14
298:3 299:1
309:10 315:21
317:2 319:11,12
319:14,15 320:15
321:2 322:17
323:1 324:17,22
325:5 326:5,16
329:17 334:6,7
335:17,18,23

346:14,14,21
347:2,3,12,16,20
352:12 353:10
354:1,23 363:9,19
363:20 364:7,20
365:4,8,17 366:22
367:15,19 368:10
368:19 371:11
373:14 379:20
380:15 385:21,24
388:12 391:16
393:4 394:3
401:15 403:14
**chipmaker** 325:6
**chipmakers**
288:19
**chips** 40:12 41:22
60:7,15,16,19
61:11,14 271:20
278:2 285:8,9
290:7,9,13 291:6
291:15,18,22
292:1,7,10 293:1,3
293:4,18,20
295:15 296:2,14
297:10 299:3
300:9 309:12
311:7,15 319:6,7
320:16 321:5
323:10 324:6
325:6 326:4 333:9
352:11 354:13
362:24 373:5,15
379:13,21 380:9
380:10
**choose** 48:14
342:16
**chooses** 128:17
**choosing** 127:8
**chops** 120:24

**chose** 48:11,12,16
109:19 129:23
130:6 170:2
**chosen** 366:21
**chris** 390:8
**christian** 46:18
**chrysler** 10:4,9,17
11:3 13:19 14:2
18:7,10 21:22
33:18,18,24 40:21
288:2,11 337:15
367:24 369:21
390:11
**circuit** 74:23
84:12 111:5,5
134:1,5,11,16
136:15,18 137:1
225:12
**circuitry** 185:11
**circuits** 74:13
137:3
**circulated** 39:7
**circumstance**
368:8
**circumstances**
141:8 306:2
309:13 312:16
315:6,10 367:21
**cites** 131:13
**claim** 94:6 96:2,3
96:5 99:17,18
100:10,13,22
101:1,2,23 103:6
103:16,17,19,21
103:22 105:3
106:1 114:5 117:7
118:7 119:13,15
119:20 124:5,15
124:17,17,19,21
124:22,23,24
125:1,2,8,10,12,15

126:4 127:1
128:10,22 129:2,3
129:4 131:4,12,13
131:15,18,18,19
131:22 133:21,22
133:24 135:3,6,8
137:12,22,23
138:20,24 139:2,5
139:7,7,10 169:15
169:20,21 170:4,4
170:6,9,10,11
171:5,8 172:3,3,12
195:6,6,8,14,16,22
196:3,6,8,8,10
198:18,20 199:11
202:9,17,22,23
203:2,9 204:15,15
204:15,17 205:2,4
205:5,6,6,7,10,11
205:16 206:5,7,7
206:12,14,14,18
207:10,11,11
209:7,10,17,21,21
209:22,22 210:2,3
210:11,14,24
211:7,17,19,22
212:2,9,9,17,18
213:2,5,19 214:2,6
214:7 215:12,13
215:19 216:2
218:1,1 224:24
225:1,4 227:9,12
227:13 230:20
238:3,9,11,13,15
238:22 239:2,15
239:23 240:11,15
240:19,20 243:18
244:4,6,7,8,16,18
245:8,19,21 246:1
246:6,9,10,14,24
247:23 249:3

250:5 251:13,14
252:12,21 253:3
253:13,22 254:11
254:14,18 255:9
256:5 257:6,10,12
259:2,11 264:15
264:15 299:19
374:22 375:13
376:21 377:21
383:9 384:10,14
**claimant** 302:16
**claims** 95:22 96:1
96:5,8,12,14,16
103:20 125:5,6
139:11 142:5
154:17 161:5,9,20
163:6,14 164:12
166:21 169:16,22
169:23 186:21
195:18 206:22
207:2 209:11,12
209:18 212:18,24
225:24 226:8
227:2 229:23
230:16,18,21
231:8 232:1,7,8
243:21 253:15,24
254:10 256:15
358:20 359:1,19
360:13,17,22
374:13 376:1,9,14
376:23 383:23
384:24 385:3,9,10
**clarified** 362:12
392:20
**clarify** 34:20
121:24
**clarity** 365:19
369:16,21 392:19
**class** 175:20
181:18,20 182:2

182:17 190:18
**classes** 190:15,19
**clean** 190:7 244:24
**cleaned** 190:10
**clear** 7:18 32:3
56:19 62:10 85:6
166:23 226:24
245:13 246:5
247:20 256:18
260:7,13 294:22
355:21 369:22
380:12 392:22
393:2 405:1
**cleared** 122:24
**clearly** 188:5
279:22 283:16,17
285:12 295:10
314:15 323:6
325:4 351:12
361:15 366:10
392:2,18
**clerk** 7:3 73:6
107:24 208:17
265:17 301:2
407:15
**click** 279:19
280:22 281:13
290:23 291:15
296:21 302:12
**client** 357:9
**clients** 78:14 80:15
141:21 356:22
357:7
**close** 61:20 334:11
345:20
**closely** 78:24
**closer** 276:12
**closest** 334:16
**closing** 247:10
**clue** 43:9

**cm** 1:21
**code** 84:15
**coding** 116:4
**cohen** 149:20,22
149:24
**coincidence**
234:12,15 236:24
237:12,17
**coincidentally**
233:21 234:1
236:10,15 237:10
**colleagues** 268:22
**college** 266:22
**collide** 220:17
**colloquy** 375:2
**color** 116:4
**column** 184:7,9,10
184:13 349:19
**combat** 24:14,22
25:23
**combatting** 21:18
**combination** 88:6
339:18 355:19
**combined** 192:2
192:19
**combines** 267:19
**come** 16:13 21:11
22:14 57:20 71:16
222:2 224:9,16
228:8,12 255:16
281:8 288:22
291:5 304:12
310:20 316:17
317:16 318:14
367:13,18 368:9
368:13,15 372:23
375:21 389:18
405:3
**comes** 116:19
127:22 129:3
172:19 176:7,21

269:18 274:18
309:21 401:23
**comfortable** 158:7
**coming** 80:16
91:12 104:21,22
118:16 168:1
306:24 368:19
**command** 88:15
**commands** 87:17
88:13,18
**commenced** 7:1
**comments** 50:1
**commerce** 276:21
321:2
**commercial** 318:8
358:3
**commercialize**
321:14
**commit** 63:22 64:3
64:7
**commitment**
13:17 53:13 54:17
65:5 71:14
**commitments**
15:14 405:7
**committed** 56:23
**committee** 156:23
**committees** 79:10
79:10,13 157:19
**committing** 392:9
**common** 172:5
220:8 268:19
316:6
**communicate** 77:9
77:13,23 79:5
80:2 82:2,6 90:1
97:14,16 99:6,12
100:3 112:17
**communicated**
52:5 80:19 132:19

**communicates**
97:13,17 134:6
**communicating**
77:17 78:9 87:18
98:8 216:20,22
**communication**
74:24 77:5 84:12
87:13
**communications**
77:23 79:4 80:24
81:2,3 83:18
85:16 87:16
148:24 149:12
151:16 152:5
**companies** 48:13
62:13 78:24 94:15
147:4 155:7
279:11 285:8,24
286:4 288:13
292:20 375:12
377:5
**company** 18:23
19:4 62:4,7 64:5
76:8,11,12,13
77:22 78:12 80:15
81:8,9,23 111:17
146:6,14,16,19,21
147:1 287:17
293:19 323:18
377:2,7
**comparable**
313:10,12,16
**compare** 96:12
206:5 334:14
341:4 346:13,16
**compared** 293:9
334:10 344:9
349:5,21
**comparing** 205:16
321:15 337:20
338:3 342:9

346:12 347:9
397:6
**comparison**
346:19 349:7
350:4,6 396:4
397:11
**comparisons**
346:7 348:1 397:1
**compatible** 93:1
130:9,10 133:15
133:15
**compensable**
379:9
**compensate**
302:18 354:20,22
366:12 381:6,20
381:24 382:6
**compensated** 83:8
269:20 272:4
**compensates**
353:22
**compensation**
83:11 269:23
302:12,21 303:9
314:10 354:17
355:18
**compete** 48:23
370:22
**competent** 40:7
**competes** 29:4
325:4
**competing** 40:11
60:20,21,23,23
70:17 71:23 72:10
291:4,6,8 322:24
324:7 326:6 341:1
388:12 391:16
**competition** 47:14
47:19,20,22,23
287:7,9,16 319:1
319:10,12,20

324:19 325:22
353:9,14
**competitive** 45:24
317:23 318:6
320:10 321:7,16
321:17,20,24,24
322:18 323:8
325:2,2,8 352:8
**competitor** 40:7
46:3 59:8,23 60:1
60:3 288:5 321:9
323:20 370:3
**competitors**
288:17 311:14
320:12
**complete** 24:11
29:1 75:23 199:1
236:23
**completed** 24:18
200:15
**completely** 12:8
23:11 243:24
401:13
**completes** 220:10
220:16
**completing** 133:12
**complex** 111:21
262:19
**compliance**
390:18,21 393:7
395:18
**compliant** 185:7
389:20 390:3,24
391:8,13
**complicated** 63:12
103:11 105:3
**complies** 212:10
**compliment** 70:16
**component** 144:10
184:16,19 344:18

**components** 61:4
76:15 99:15,19
334:9
**composition** 87:3
**compound** 192:20
192:23 193:9,16
194:11,18
**comprehensive**
169:2
**comprise** 184:15
**comprising** 100:15
**compromise**
400:12
**compromises**
406:18
**computer** 74:8,9
74:18,20,22 75:2
75:11,20 77:20
79:6,24 80:12,13
81:4,19 88:19
91:7 100:1,1
189:18 235:20,21
236:4,11 266:19
408:8
**computers** 74:10
74:20,21 75:13,17
76:3,5,15,22,23
77:9,14 235:22
**conceivable**
166:22
**concentration**
267:3,8
**concept** 90:16,21
91:7,18 92:9 94:1
182:10 188:8
192:22 221:9
393:18
**concepts** 86:9
87:23 107:5 109:2
144:15 170:7
393:19

concern  58:13
concerned  47:14
  47:16,17 223:3
  244:14 245:1,3,18
concerning  68:24
  69:2
concerns  25:18
  34:5
conclude  283:11
  289:13 291:11
  299:8 384:7 402:2
concluded  29:7
  207:6 227:19
  228:22 247:18
  277:21 289:15,17
  295:6,17,24
  296:23 299:4
  309:1 316:15
  318:18,21 348:3
  353:21 354:24
  365:24
concluding  332:1
  372:18
conclusion  162:14
  242:10,20 276:13
  288:19 295:12
  307:1 329:3
  343:17 365:11
  371:5,8 392:13
  405:11
conclusions
  314:23 349:5,6,13
concurrent  102:15
  118:24 119:16
  126:1 129:5 204:2
  204:4 257:24
conditions  307:24
conduct  85:1
  305:5
conducted  168:6

conducting  172:2
  309:16
conference  223:15
  406:24
conferences
  157:19
conferencing
  152:4
confident  20:13
configuration
  89:23 126:10,14
  126:19 127:4
  128:1 129:14
  131:7 136:1 138:3
  138:8,15 175:1,4,5
  182:12 199:19
  200:8,9,16,23
  249:18 250:1,5,19
  252:15 258:4,17
  259:16 260:10,23
  261:3,10 263:21
configurations
  128:12 131:1
  177:24
configure  127:10
  127:12,24 128:8
  251:5,10 252:2,9
  252:17,24 253:1
  253:12,21 255:7
  255:10 256:12
  260:18 264:5
configured  102:1
  102:3,9,15 117:10
  118:13,24 119:4
  119:16 128:20
  129:24 143:4
  238:24 239:5
  249:5 251:7,19
  254:12,15,16,24
  255:6,12,21
  256:22 257:15,20

383:15
configures  263:6
  263:15
configuring  252:3
  256:2 260:15
confirm  212:7,23
  213:11 245:15
  343:14
confirmation
  285:20
confirmed  32:23
  222:13 329:3
  397:13
conflict  243:12
conflicting  243:20
confused  222:15
confusion  8:13
congress  2:12
connect  80:22
  81:18 82:19 88:8
  88:9 115:15,19
  117:4,4,23 134:12
  144:20 185:10
  258:9 262:23
  335:20 382:15
connected  88:10
  102:3,5 103:7,8,13
  119:4,6 140:10
  141:17 142:21
  143:14 144:1
  191:13 192:5,9,14
  217:13 237:22,24
  250:13,23 255:14
  255:14,16 262:24
connecting  87:1
  100:8 258:8
connection  20:6
  86:23 88:5 102:18
  102:20 103:1,2,4,5
  113:13 119:8
  146:2 174:24

215:11 238:1
  248:15,22 330:6
  372:11
connections
  102:16 103:14
  119:1,17 126:2,5
  129:6 140:4 141:7
  204:2,5 258:1
  340:3,7
connects  84:20
  87:5,6 99:5
  112:13 113:7
  130:1 136:17
  140:14 235:15
  261:19,20,22
  262:1 263:6,9,14
consecutive  71:11
conservative
  347:14 366:1
consider  13:15
  39:22 40:2,6 50:3
  50:6,8 84:9
  117:13 170:16
  256:6 272:12
  278:20 298:17
  308:21 309:1
  312:4,12 314:11
  352:17 361:8
consideration  51:7
  51:24 53:9 295:13
  352:13 366:14
considerations
  348:11
considered  90:16
  167:19 312:15
  337:19 346:1
  350:14 374:22
  380:17 388:10
  402:8
considering
  353:19 370:20

391:20,24
**consistent** 132:19
  162:11 164:23
  165:5 166:13
  169:22 226:2,7
  233:18 243:24
  248:23
**consistently** 85:21
  332:11
**console** 336:11
**constitute** 125:3
**construct** 258:19
**construction**
  152:7,19,22
  239:23 240:11
  243:18 244:4,6,7,9
  244:16 245:8,11
  245:15,19 246:1
  247:1
**constructions**
  245:10,22 246:6
**construe** 242:15
**construed** 243:23
  246:9
**consultant** 356:13
  356:18
**consultants** 78:16
  78:17 81:22 146:5
**consulting** 146:6
  146:10,24 147:3
  356:20
**consumer** 184:15
**cont'd** 3:1 6:1
**contact** 69:6
  154:12
**contacted** 69:1
**contain** 327:23
**contained** 317:1
**contains** 136:5
  262:17

**content** 151:7,9,10
  151:11,14,16
  154:13,16
**contents** 239:15
**context** 21:20 86:1
  125:24 126:6,7
  137:22 139:20
  196:21 232:20
  246:14 247:22
  251:24 254:21
  354:9 361:6 389:6
  390:2 395:2,9
**continually** 122:7
**continue** 13:8
  65:10 70:12 114:7
  123:1 188:19
  201:2 209:1 215:3
  217:9 232:16
  301:10
**continued** 9:21
**continues** 58:19
  60:7 200:10,12
  212:17 213:22
  220:8
**continuing** 53:7
  212:6
**continuous** 230:19
**contract** 292:19
  358:5
**contracts** 369:4
  386:7,13 388:9
  389:5
**contribute** 333:1
**contributed**
  156:15 157:4,14
**contributions**
  381:21 382:10
**contrive** 258:22
**control** 74:24
  88:12 91:15,21
  92:19,20 97:5

102:13 105:4
  215:1,8 237:3
  275:10 304:4
**controlled** 116:22
**controller** 30:12
  34:7 35:16 97:8
  97:10,13,20,22,23
  98:5,24 102:12,13
  102:14 103:23
  104:2,6,6,12 105:5
  105:13,23 115:8
  115:12,13,18
  116:8,9,10 117:21
  118:22,23,24
  119:7,15,24
  121:15 122:9
  123:5 124:7,8
  126:8,9 127:2
  129:12 130:22,23
  131:6 138:7
  142:24 144:15,18
  144:19,20 145:1,3
  145:4,7 174:1,2,5
  174:8,11,16,20
  178:14,18,22
  179:4,7 184:16
  185:5 187:18
  188:5 191:14
  196:10,12,14
  197:2,6,8,11
  203:10,15,20,23
  204:10,18 211:2
  215:15,19,24
  217:23 218:11
  219:4,15 220:23
  220:24 221:1
  234:19 235:6,12
  237:6,22 251:4,10
  252:5,18,24 253:1
  253:12 264:21
  279:16 287:3

288:23 319:15
  337:20 345:11
  349:18 383:17
  388:20
**controllers** 61:19
  104:19 115:7,11
  173:8,10,24
  178:11
**controlling** 116:11
  116:11 122:16
  149:6 218:12
**conversation**
  42:24 322:21
  374:6,11
**conversion** 81:2
**convince** 80:14
  338:14
**coordinate** 97:24
  98:4 115:16
**coordinated**
  115:20 145:1
**coordinates**
  117:18 145:11
**copied** 16:6
**copy** 17:1 27:5
  35:1 67:21 69:17
  125:22 156:2
  159:3 164:17
  167:23 231:17,22
  239:24
**copying** 36:24
**copyright** 149:14
  149:16,23 150:6
  154:19
**core** 185:12
**corner** 111:13
  143:6
**corporate** 22:23
  23:12,14 379:5
**corporation** 79:3

**correct** 11:3,15
29:11 40:22 43:17
49:11 92:6,7
114:1,2,13,17
122:6 146:4,11
147:2 148:10,13
148:15 152:8
153:8,18 154:5
155:10,17,19
157:6 160:9,22
162:9,24 163:18
164:1,5,19 166:16
168:8,11,18,24
170:12 171:1,5,10
172:13,21 173:5,6
173:10,11 174:3
174:18,23 175:15
175:22 176:9,22
178:4,8,20,24
179:6,11 180:8,15
180:18 181:12
182:4,20 183:17
185:1,9 186:6
187:5 189:1
190:16 193:7,24
194:15,21 195:10
196:13 197:14,18
199:13 201:22
203:14 204:8,21
209:9,15,20,23
211:8,18 212:12
212:20 214:17
217:8 218:2,16
220:14 222:23
231:22,23 232:10
233:22 235:13,16
236:8 237:22
238:17 239:11,14
239:18 248:1
249:6,20 250:11
251:2,21 252:4

255:1 260:5,12,24
261:5,6,7 263:8,11
263:16,20,23
264:20 297:7
308:19 324:13,20
358:21 359:5,8,10
360:3,24 361:4
362:20 364:16,20
365:4,5,8 366:16
367:4 370:15
371:7 374:19,24
381:23 382:8
384:21 385:11,14
387:17 388:13,24
389:5,18 391:16
391:17,23 393:11
394:3,9,14 396:2
396:10 397:15,24
398:11 399:17
401:20 403:10
408:8
**correctly** 133:17
195:21 408:6
**corresponding**
241:5
**corroon** 3:3
**cost** 297:23,24
298:7,8,12 320:3
331:17,20,23
332:3,12 333:15
333:15,19,21,22
333:24 339:11,15
339:19 341:11,22
341:24 342:2
344:10,17,24
345:7,8 346:6,16
346:18 347:11,16
347:16 348:15
349:16,18,21,23
350:12 351:12,17
352:3,3 353:18

395:23 396:8
397:1,6,7 399:9
401:3,19
**costed** 344:5
**costing** 323:5
331:22 341:4
**costs** 29:17 295:8
297:23 298:10,18
299:5 333:12
343:2 347:19
350:5 396:1
**counsel** 181:5
206:4 265:8 408:9
**counsel's** 212:11
**count** 240:18
269:17 316:24
**counter** 30:24
**counting** 363:2
**couple** 49:10,16
94:11 111:1
131:12 180:14
207:16,18 283:5
288:18 294:3
307:18 317:5
322:2 332:4 346:9
404:8 405:7
**coupled** 203:24
207:1
**course** 84:14 86:3
88:12,17 90:6
91:23 95:8 112:5
112:9,14 121:11
135:22 136:21
185:20 186:22
268:7 293:21
394:23
**court** 1:1 7:1,3,5,9
7:20,23 8:7,10,18
8:23 9:4,17 11:9
22:13 26:21 27:1
28:14 31:21 35:9

37:11 49:22 64:18
64:21 65:21,24
66:4,7,11,19 67:11
67:23 68:3,13,16
68:18 72:13,15,23
73:4,6 83:20
84:14 86:10
100:18 101:9
102:18 107:7,19
107:24 108:1,5,23
110:4 153:23
154:1 156:7
158:15 159:3,4,8
159:14,19 162:15
167:7,14 169:18
179:19,24 190:5
205:17,19,22
206:3,20 207:15
207:19 208:11,17
208:18,23 210:7
222:2,15,21 223:3
223:13,23 224:5
224:13 225:13,18
226:13,17 227:9
227:11,14,23
228:11 229:20
235:2 242:11,21
243:9,19,23
244:14,20,23
245:23 246:9,12
246:16 247:5,12
247:15 248:2,11
265:3,7,16,17
270:7 281:1,3,8
300:14,21 301:2,3
301:8 361:17
386:22 387:7
403:23 404:3
406:2,10,15 407:2
407:9,13,15,16

**court's** 179:15
245:10,15
**courtroom** 1:18
9:3 107:18 108:4
208:10,22 300:20
301:7 406:1
**cover** 95:3,3 161:5
161:9,13,13 226:8
**covered** 166:21
341:20
**covers** 87:8 118:3
301:23
**crack** 375:22
**create** 55:8 82:7
91:7 116:8 125:7
188:17 336:24
**created** 336:21
343:5
**creating** 82:3
97:22 322:17
323:8
**credibility** 57:19
57:20 58:1
**credit** 154:13
**critical** 389:4,7,13
391:12
**cross** 4:5,12,19
9:12,21 145:15
206:10 356:5
**crossover** 46:19
235:14,16
**crr** 1:21
**current** 18:17
78:15
**currently** 267:21
287:24
**custom** 111:7
179:9 182:8 323:2
**customer** 57:4
70:22 294:17
319:4,5 320:13,21

370:2
**customers** 10:5
15:18 277:8
283:24 291:9
294:1 307:13
334:24 351:13,15
351:23 397:14
398:10
**customization**
151:10
**cut** 292:9
**cuts** 357:16
**cv** 149:17
**cy** 56:23
**cypress** 288:20

**d**

**d** 1:20 2:11 4:1 7:4
20:18
**damage** 150:21
**damages** 149:14
149:15 150:1,19
266:11 268:8,16
269:8 270:4,13,20
271:19,23 272:7
273:6 276:4,5
294:12 299:19
302:7,11,14,17
303:5,10 316:8
355:3,23 358:11
358:23 359:4,7,9
359:10,12,14,16
359:17 360:1,10
360:18,20 362:14
362:18 363:3
364:24 365:7
378:13 402:21
**damaging** 132:8
**daralyn** 3:9
145:21
**dash** 132:7

**data** 12:11 13:16
13:19 14:18 45:1
77:6 87:17 90:1
98:8,9,13 99:1,3
105:16,16,16
116:20 117:16,18
121:6,6,6,6,9,12
121:18,18,19
122:1,8,9,10,10,11
123:11,12 130:19
133:7,8 134:17,21
134:22 135:17,18
136:20 137:4
138:10 145:8,9,11
189:12 211:20
212:3 220:10,16
221:4,7 235:21
236:4,5,10 237:13
263:21 272:16,17
272:18 279:10,18
279:24,24 281:13
281:14,17,18,19
282:9,13,15,22
290:13,14 296:13
297:2 326:13
330:14 331:2
345:24
**date** 1:15 25:3
30:20 35:23 37:24
182:23 307:16
373:9 386:3
**dated** 27:12 31:15
387:19
**dave** 13:24 14:1,10
49:8,15 59:14
**david** 31:14
**day** 7:15 25:21
47:23,24 80:11
293:1,3,5,8,9,20
314:22 392:15
408:12

**days** 180:14 404:8
405:16
**ddc** 37:2 40:3,6
43:20
**ddurie** 3:12
**deadline** 406:14
**deal** 223:3 311:9
377:5
**dealing** 298:21
314:13 394:24
**deals** 294:19
392:21
**dear** 25:17
**debating** 387:23
388:1 391:15
**decade** 158:12
**deceive** 356:3
**december** 10:3
387:20 388:3,16
392:22
**decide** 141:13
355:22 400:24
401:21 403:15
**decided** 30:9
100:18 223:14
369:11,15 386:13
388:11 403:13
**decides** 401:16
**deciding** 224:17
361:20
**decision** 21:10
52:24 57:14
167:24 224:9
225:12,16,19,20
229:1,15 230:23
241:18 246:19,19
247:23 248:5
309:9 384:19
388:19 392:4
**decisions** 70:12
224:14 382:7

**declaration**
248:13
**declare**  281:16
**dedicated**  102:16
102:17 103:1,4,5
119:1,17 126:2,5
126:10,13 129:13
131:7 136:1
138:15 174:24
182:11 204:2,5
258:1 343:20
**deems**  226:5
**default**  217:18
**defendant**  1:9
3:14
**defendants**  83:5,7
269:14
**defense**  360:7
**define**  29:23 87:2
377:4
**defined**  96:1 248:2
254:9 261:15
270:12
**definitely**  371:2
396:11
**definition**  29:1
32:10 46:3 60:23
101:10 102:19
165:1 239:23
241:13 243:8
248:1
**definitions**  248:9
248:10,11
**definitively**  44:9
**degree**  266:18
**delaware**  1:2,18
1:22 2:6 3:5
**delphi**  25:21 26:3
26:14 27:11,20
30:18 31:1,7
36:11 37:19 38:1

38:3,9,22 39:23
40:2,3,4,4,10
41:20 42:20,21
43:3,14 47:15
49:11,17 51:10,23
52:1,17 53:12,18
54:16 55:21 56:8
56:24 57:22 58:18
69:1,5 70:3,6,15
70:17 111:12
280:18 287:18,19
287:21 288:9
308:14,18 322:16
322:23 323:3,18
323:23 324:5,8
329:8,14 338:10
339:3 340:8,23
341:6 382:22
**delphi's**  54:10
57:18 59:5 322:21
**demand**  276:16
278:1 279:2,22
283:17 285:12
289:6 293:14,17
294:24 319:22
328:4,8,24 337:12
368:7 371:10,12
**demanding**  284:1
308:1 348:15
397:14,17
**demands**  362:3
365:20 369:17
393:7 397:19
**demonstrate**
273:24 370:12
**demonstrative**
210:1,5
**denied**  243:19
**deny**  41:13,14
44:4

**depend**  269:23
315:14
**dependent**  125:5,7
131:11 253:14,15
**depending**  104:16
189:14 312:16
**depict**  301:21
**depicted**  253:7,19
**deponents**  408:5,6
**deposed**  84:24
268:11
**deposition**  150:1
159:1,11 240:12
328:16 388:24
**depositions**  272:19
**describe**  78:20
79:14 96:23 99:18
186:10 238:6
259:24 294:10
303:3 334:3 384:9
**described**  195:16
214:20 259:22
320:20 382:14
**describes**  99:18
103:18 177:21
183:22 238:13
259:19 383:14
**describing**  84:11
109:18 110:20
125:18 190:17
197:8 200:24
230:7
**description**  95:10
110:10 187:1
193:23 253:13,14
257:8,12 339:2
384:5
**descriptions**  95:12
**descriptive**  110:18
**descriptor**  175:23
176:7,20 177:14

177:20 178:1,7,12
182:24 183:8,16
185:16,20 188:11
190:12 194:24
201:9,9
**descriptors**  175:17
175:19 180:7
185:21 186:11
187:4 190:13
191:2 194:6
**design**  74:12,23
78:13,15 80:20
81:2 85:5 111:7
111:18 152:22
237:11 294:9
**designation**  99:8
181:20
**designed**  77:3,5,7
81:20 82:10
142:23 237:16
288:1 329:17
**designing**  76:14
76:21 79:11
**designs**  70:21
**desirable**  93:8
140:12 141:3
**desires**  397:19
**despite**  362:9
394:6
**destroy**  58:20
**destroying**  58:10
324:1
**detail**  89:7 110:12
143:3 173:15
188:13 213:6
**detailed**  113:21
144:6,7 169:6
**details**  20:6 271:9
404:17
**detect**  140:21

| detects 93:17 | 392:16 403:13 | 143:22 144:1,4,16 | 232:5,13 233:2,3 |
|---|---|---|---|
| determine 132:16 | device 30:11 33:20 | 144:19 145:3,6,6 | 233:10 234:13,14 |
| 175:4 279:1 284:6 | 33:20 34:6 35:15 | 149:6 151:23 | 234:22 237:3,6,9 |
| 291:23 304:21 | 79:5 82:10,13,18 | 173:8,10,23 174:1 | 237:15,21 238:1,8 |
| 380:21 | 85:4,7,17 88:12 | 174:2,4,7 175:6,6 | 238:16,18,23 |
| determined | 89:4,13,14,17,24 | 175:7,11,19,20,20 | 239:4,13,17,20 |
| 229:22 276:2,2 | 90:4,4,8 91:20 | 175:23 176:3,7,8 | 240:6,7,22 241:5 |
| 277:19 297:8 | 92:21 95:17 97:2 | 176:10,12,17,20 | 241:10,11 242:3,4 |
| 372:1 395:24 | 97:3,3,8,9,10,11 | 176:21,24 177:10 | 242:5,6,16 243:23 |
| 397:5 | 97:12,20,22 98:2,3 | 177:13,20,22,23 | 246:9,10 247:22 |
| determining | 98:5,12,12,17,23 | 177:24 178:1,6,6 | 249:4 250:23 |
| 303:13 350:15 | 99:6 100:15 101:3 | 178:11,11,13 | 251:4,6,18 252:2,3 |
| detroit 38:2 51:3 | 101:4,6,7,8,10,11 | 179:11 180:6 | 252:9 253:12 |
| dev 181:18,20 | 101:12,13,15,16 | 181:10,21 182:1 | 254:19 255:4 |
| 182:2 190:18 | 101:17,21,24 | 182:19,22,24 | 256:9,12,21 |
| develop 18:19 | 102:5,11 103:9,12 | 183:6,7,8,9,15,19 | 257:20 258:2,9,10 |
| 29:4 31:5 79:19 | 104:11,16,16,17 | 184:14,22,22,23 | 259:7,15,22 260:4 |
| 111:9,18 361:21 | 105:2,7,14,15,20 | 185:2,5,11,13,16 | 260:15,18 261:19 |
| 361:23 366:21,22 | 105:22 106:7,10 | 185:16,19,19,21 | 261:21,23 262:1 |
| 369:12,15 388:12 | 106:12,22 107:3 | 186:5,10,11,13 | 262:23 263:6,10 |
| 391:22 393:4 | 109:18,21 111:7 | 187:3,3,17 188:1,4 | 263:15 264:5,20 |
| 394:2 | 112:20,22 113:7 | 188:10,11,23 | 264:22 323:4 |
| developed 33:14 | 113:18,19 114:6,7 | 189:5,10,14,20 | 383:14,17 |
| 52:1 75:12,16,18 | 114:10 115:6,7,8 | 190:11,12,13,14 | device's 89:23 |
| 77:3,5,7,12,16 | 115:11,12,13,18 | 190:18,22 191:2 | 175:16 177:23 |
| 82:8 84:17 340:11 | 115:22 116:6,9 | 191:11,24 192:21 | devices 74:19,20 |
| 367:14,19 379:20 | 117:9,11,12,15,22 | 192:23 193:9,10 | 74:24 76:22 77:4 |
| 394:6 | 118:10,12,23 | 193:11,12,17 | 77:12,13 78:13 |
| developer 41:21 | 119:8,18,23 120:3 | 194:6,11,15,16,18 | 79:19,22 80:20,22 |
| 42:1 | 121:8 122:17 | 194:24 195:1 | 84:13 86:4 88:14 |
| developing 12:10 | 123:9,10 124:1,11 | 196:11,14,18 | 88:14,15,17,21 |
| 29:18 30:11 77:22 | 126:3,6,15 127:2,9 | 197:6 200:16 | 89:4,11 90:5,9,18 |
| 79:13,16 81:12,17 | 127:15,19 128:4 | 201:14 203:8,10 | 90:19 100:8 |
| 81:24 86:4 381:22 | 128:11 129:7,9 | 203:12,24 204:3,7 | 106:21 112:17 |
| 385:21 386:14 | 130:2,9,12,13,14 | 204:19 210:15 | 142:21 149:7 |
| 388:2 394:14 | 130:17 132:7,8,20 | 216:20,21,22 | 155:2 177:3,4 |
| development | 133:16 134:5,6,17 | 217:5,12 218:14 | 178:4 183:13,18 |
| 20:14 29:16 32:18 | 135:5,16 136:12 | 219:3,5,14,17 | 183:23 192:9 |
| 58:19 59:11 323:2 | 136:19,20 137:4 | 220:11,19,20,24 | 193:1,3,20,22 |
| 368:12,18 386:16 | 139:20 141:12 | 221:3 225:6,7 | 218:22 221:4 |
| 386:18 392:2,5,8 | 143:10,12,14,17 | 231:10,10 232:3,3 | 225:4 255:11 |

256:2 261:11
**diagram**  110:12
  111:21 112:2
  113:3,22,23 114:8
  114:10,24 142:16
  173:13 200:13,14
  341:15,16
**diagrams**  84:12
  95:12 144:11
**differ**  29:6
**difference**  96:14
  124:24 195:6
  204:23 206:12,13
  206:16 225:1
  246:17,20 321:12
  343:24 344:17
  345:12,13 347:10
  349:1 385:8 391:4
**differences**  96:10
  172:7
**different**  61:3,21
  71:21 76:23 77:1
  78:7,23 79:9 96:5
  96:6,12,15 115:20
  123:19 128:7
  130:3 133:19
  162:7 166:20
  175:23 178:19
  186:11,11 187:3
  190:6,13,14,18
  191:2,2,8,8 193:20
  194:5,6 206:5,15
  209:18 213:16
  219:4 226:15
  234:15 236:12
  237:13 243:8
  244:4,7,16 248:7,8
  248:10 250:23
  256:24 264:24
  268:12 271:14
  282:15 292:18

303:13 308:23
  327:16 335:1
  358:7 383:9
  393:17
**differential**  344:24
**differentiates**
  329:14
**differentiating**
  329:23
**differently**  142:23
  238:14
**difficult**  258:20
**digital**  74:13,23
  76:1,2,7,9 77:2
  79:2 110:15
**diovardi**  13:24
  14:1,10
**direct**  4:11,18
  15:17 60:6,18
  73:11 82:5,8
  164:3 167:6 195:7
  206:9,18,20,22
  224:22 226:21
  249:10 266:3
  318:24 319:10
  353:8,14 354:22
**direction**  123:22
  123:24
**directional**  15:12
**directionally**
  350:2
**directly**  52:5
  63:14 72:10 82:6
  129:3 291:6,8
  319:7 321:7
  322:24
**director**  77:12
**disabled**  141:10
**disagree**  40:15
  158:22 188:9
  230:12 243:11

257:3 259:11
**disagreed**  158:15
  159:15
**disagreeing**  257:5
  257:9,11
**discern**  230:6
**disclosed**  375:13
**disclosure**  230:6
**discount**  399:14
  400:5,8 402:6,11
  403:1
**discover**  127:23
  130:2
**discovered**  129:11
**discovery**  89:16
**discuss**  86:9
  151:20 187:6
  197:7 208:1
  271:12 287:14
  316:13
**discussed**  177:14
  242:16 350:13
**discusses**  287:16
**discussing**  11:23
  144:10 211:7
**discussion**  17:19
  28:22 55:20 58:20
  66:9 70:14 206:1
  207:5 210:11
  222:3 227:18
  228:4,21 242:1
  243:15 247:17
  295:7 389:8
**discussions**  71:3
  367:7
**disk**  77:3,4 79:4,5
  79:11,12
**dismissed**  18:22
  19:4
**displace**  309:11

**displaced**  365:14
**displacing**  319:8
  324:9 325:7
**display**  91:14
  333:7
**displays**  93:12
**disposition**  221:23
**dispute**  7:18
  244:17
**disputes**  62:13
  63:7 64:1 358:4,5
**distinct**  96:9 98:22
  206:23
**distinction**  171:8
  204:14 308:10
**distinguish**  172:3
**distributing**  151:6
  151:8,11,16
**district**  1:1,2
**diversions**  245:12
  245:14
**divert**  52:21,21
**division**  23:2,6,7
  53:3
**divisions**  57:17
**document**  19:9
  35:14,24 50:15
  66:2 67:5,16 68:8
  110:20 111:1,11
  111:20 222:8
  229:12,17 286:12
  286:16,17,21
  287:1,9,15 332:14
  349:9
**documentation**
  129:16 132:17
  155:6
**documents**  84:11
  85:21 109:16,17
  114:16 144:7
  223:6 228:9

272:16 280:7
321:22 329:2
332:10,14 337:24
**doing**  33:19 45:24
76:14 79:3,4
94:24 121:11,18
121:20 147:2
149:10 150:14
197:9 201:3 287:6
289:11 322:16
337:16 341:3
342:15 356:15,20
404:11
**dollar**  347:24
**dollars**  21:2 52:22
394:2
**don**  17:19,20,21
46:19
**door**  244:21
**double**  121:18
289:19
**doubt**  394:4,15
**doubts**  368:2
**download**  79:23
80:8 81:17 82:20
**downsize**  340:19
**downstream**
90:18,18 113:10
113:13 140:3,18
143:4 174:8,20
284:17 285:10
330:5,9,10 335:19
342:19 372:13
373:7
**dozen**  78:16 268:9
**dozens**  84:10
**dr**  4:16 163:19
164:17,24 166:19
168:15 248:16
265:14,23 270:3
286:11 287:13

301:13 311:21
322:6 338:9,24
339:24 343:10
356:8,12 383:3
386:24 387:9
403:8
**draft**  7:14,21
322:14,15 406:21
**drafts**  180:12
**dramatic**  357:17
**dramatically**  71:5
71:20 323:22
**draw**  27:3 392:12
**drawback**  346:4
350:8
**drawbacks**  340:24
343:22,23
**drawing**  142:13
204:15
**dreon**  38:10,11
**drew**  171:9
**drink**  139:13
**drive**  184:17 185:6
318:11 350:11
**drivers**  79:5
128:15
**drives**  77:4,4
79:11
**driving**  92:12
339:11,15,19
343:24
**drop**  71:5
**dropped**  71:20
**dropping**  71:7,10
**ds**  174:2,7
**dual**  63:8 173:7
174:10,15,19
200:19 211:15,15
214:21 262:16,22
274:13 275:9
280:17 285:17

326:6 338:19
340:8,20,23
349:16 363:8
364:7 381:22
382:11
**duly**  265:24 408:5
**duplicate**  169:23
**duration**  254:17
255:15 314:3
**durie**  3:8,9 4:6,13
7:8,17,22 8:4,9,15
9:18,19,23 10:20
10:24 11:7,10,13
13:1,5 14:4,9
16:17,19 17:24
18:3 19:7,11
21:23 22:3,11,15
22:17 23:24 24:3
25:14,16 26:6,10
26:18 27:7,10
28:1,4,11,16,19
31:9,13,18,23 32:2
32:4,6 34:19,24
35:6,11,12,18,21
36:13,17,21,22
37:8,13,17 41:17
41:19 42:13,15
45:7,9,15,18 49:3
49:7,19 50:11,18
51:20,21 52:14,16
55:13,18 56:2,5,15
56:18 58:6,9,24
59:2 60:4,5 65:1
65:17 66:9,10
67:10,22 68:11,17
72:13,14 83:19
108:22 110:3
145:17,21 147:14
147:16 148:5,7
150:4,9,23 151:2
152:11,16 153:12

153:16,20 154:2
155:20 156:1,5,8
156:13 158:24
159:6,9,10 162:16
167:8,17 169:24
170:1,20,22
172:16,18,23
173:1,16,18
179:14,22 180:2,4
181:5,9 191:17,20
196:6,9,22 197:1
197:23 198:2,7,11
198:17 199:2,7,8
200:3 202:23
203:1 206:11
207:7,12,17
208:14 209:1,2,3
209:24 210:8,22
211:5,23 212:1,14
212:16 213:23
214:4 218:5,7
219:1,2,10,12
220:6,7 221:18
222:18 225:2,11
225:17 226:1,16
227:7,13,16,20,24
228:23 231:15,20
232:14,18,21
233:1 234:3,6,21
234:24 237:18,20
239:7,9 242:13,24
243:22 244:10,19
244:22 245:13
246:8,13 247:3,11
247:14,19 249:7,9
250:16,17 251:15
251:17 264:7,14
406:23 407:8,12
**durietangri.com**
3:12,12,13

**dynamic** 320:10
321:16 352:8,24

**e**

**e** 2:1,1,4 3:1,1 4:1
5:1 6:1 265:20,20
265:21 408:1,1
**earlier** 70:20
170:16 243:4
328:18 365:11
366:12 370:4
**early** 80:14 391:19
**earned** 271:21
297:9
**easier** 12:7 196:20
**easiest** 189:6
**easily** 48:14
293:17
**ecommerce** 77:17
154:14,24
**ecomp** 78:17
81:22 146:5
**econometrician**
267:17
**econometrics**
267:9,11,14
**economic** 268:5,5
274:22 289:8
306:1 307:23
309:13 356:13,18
356:20 357:15
392:14
**economics** 267:16
267:18,23 268:7
**editor** 156:20
157:3
**educational** 74:5
266:17
**effect** 398:9
**effort** 44:20
164:22 166:12

**eight** 71:11 268:11
268:12 294:13
346:22
**either** 50:1 115:2
203:20 223:24
228:16 232:4
245:9 246:22
249:1 336:12,14
336:15,16 345:2,7
345:9 348:18,19
359:19 376:1
390:17 398:13
**electric** 79:22
**electrical** 76:15
87:9 266:19
**electricity** 80:4
**electronic** 74:13
74:19 76:21 149:6
154:15 155:2,2
**element** 100:13
101:2 103:6,16,17
103:22 105:4
118:6,10 119:15
119:20 124:5
125:23 131:4
133:24 135:3
137:11,11,24
239:2 252:21
256:5 257:6,10
**elements** 100:11
100:23 101:1
114:5 125:2
131:18 133:23
139:6 169:20,21
172:5
**eliminate** 256:14
**else's** 44:1
**email** 11:1,14 14:5
16:20 17:10 18:1
19:12,14,19,22
22:5,18 28:5,20

31:14 36:23 39:7
39:11 45:10,20
49:8,14 50:14,16
50:19 59:4 69:23
322:8,14 387:10
387:14,15,16,19
387:22 390:8,12
403:8,12 406:9,10
406:11
**embark** 309:9
**embodiment**
186:17
**embodiments**
95:15,15,24
**emphasis** 404:7
**employ** 78:16
**employee** 70:3
**employees** 23:5
50:8
**employment**
146:19
**enable** 52:23
134:16 136:19
330:5
**enabled** 93:7
140:3,17 284:13
372:13
**enables** 137:3
**encompasses**
225:4
**encounter** 269:5
**encountered**
269:11
**endpoint** 36:4
98:15 126:23
135:10,11,14,20
135:22 136:5,7
137:24 138:13
187:16,16 215:5,7
215:7 216:7 251:3

**endpoints** 98:6,7
98:10,16,20 138:6
181:14
**ends** 218:1 289:2
**enforceable**
310:10
**engage** 62:11,21
62:24 63:4,22
64:4 65:5 254:5
256:1
**engaged** 70:9
**engages** 260:14
**engaging** 52:19
**engine** 154:19
**engineer** 11:19
32:9,24 76:12
336:22 390:9
**engineering** 52:10
52:22 266:19
384:3
**engineers** 76:12
76:13 328:11
**enjoy** 103:24
208:13
**ensuring** 77:19
**enter** 304:9,15
353:15 354:3
**entered** 9:2 108:3
208:21 301:6
**entering** 320:19
**entertain** 52:19
**entire** 101:13
136:20 221:20
293:21 401:22
**entirely** 226:18
**entirety** 87:20
131:22 139:5
222:18
**entities** 377:8
378:21 383:24

| | | | |
|---|---|---|---|
| **entitled** 274:7 | 348:20 349:13 | **everybody's** 91:9 | 66:21 73:11 |
| 378:19 | 353:5 379:21 | 91:12 | 145:15 164:3 |
| **entity** 308:7,12 | 397:22 398:4 | **evidence** 16:18 | 206:10 264:10 |
| 377:17,18,20 | **establish** 102:15 | 25:14 45:8 110:2 | 266:3 356:5 |
| 378:10,19 379:1,2 | 118:24 119:16 | 145:24 191:19 | **examine** 84:2 |
| 379:17 380:16 | 204:1 247:1 | 208:2 210:4 | 94:11 |
| **entry** 149:19 | **established** 225:15 | 223:16,18 224:2,5 | **examined** 266:1 |
| 150:10 152:12 | 317:22 325:21 | 224:16,18,18,19 | **example** 93:15 |
| 306:2 | **establishes** 119:7 | 226:11,12,14 | 94:17 99:24 |
| **enumerate** 127:14 | 126:4 | 228:18 280:24 | 101:16,21 106:5 |
| 128:11 | **establishing** 126:1 | 281:6 283:12 | 106:23 120:8 |
| **enumerates** | 129:5 215:11 | 285:6 289:14,15 | 121:21 123:12 |
| 260:22 261:3 | **estate** 314:5 | 292:3 294:22 | 127:7,8,9 128:14 |
| **enumeration** | **estimate** 21:3 | 306:24 313:19,22 | 128:21 129:20 |
| 89:20,21 127:14 | 160:2 278:19 | 321:19,23 327:24 | 130:18,21 133:7,9 |
| 127:17,17 129:19 | **estimates** 15:14 | 328:18 337:18 | 134:10 136:9 |
| 175:3 201:8 | 150:22 | 347:8,18 353:19 | 150:21 151:22 |
| 256:13 260:10 | **et** 27:16 46:6 | 361:19 362:1 | 152:24 185:1 |
| **ep** 200:16 262:17 | 184:17 | 365:10,13,23 | 186:13 187:2,2 |
| **ep0** 138:5 | **ethernet** 79:14,15 | 367:4 371:15 | 188:3 192:1,6 |
| **equal** 83:6 | 184:16 185:5 | 373:4,10,24 | 195:15 200:17 |
| **equipment** 76:2,7 | 235:5,11,17 | 375:20 376:4,11 | 211:21 212:3 |
| 76:9 77:2 79:3 | **european** 29:5 | 380:12 387:5 | 213:2 214:20 |
| **equivalent** 304:19 | **eva** 77:21 | 389:14 390:5 | 216:5,9,10,21 |
| **erase** 187:22 | **evaluate** 94:16,18 | 392:14 398:21 | 220:4 254:14 |
| **eric** 3:9 356:11 | 94:23 357:2 | 403:6 | 262:21 312:24 |
| **erp** 154:16 | **evaluated** 335:12 | **evolve** 57:8 | 377:9 379:18 |
| **escalade** 85:13 | **evaluating** 383:24 | **evolving** 18:17 | **examples** 95:16 |
| 160:7 | **evaluation** 348:3 | **eweiner** 3:12 | 100:2 151:24 |
| **especially** 46:10 | 376:3 | **exact** 125:22 252:8 | 154:22 186:19 |
| **esquire** 2:3,4,10 | **event** 34:10,13,16 | 365:20 | 212:13 213:1 |
| 2:10,11,11 3:3,9,9 | 302:19 | **exactly** 44:18 | **exceptions** 102:21 |
| 3:10 | **events** 63:14 | 56:22 76:14 | 102:22 176:18 |
| **essence** 102:8 | **eventually** 15:19 | 123:14 132:16 | **exchange** 16:20 |
| 325:7 | 15:20 17:4 122:23 | 216:18 228:9 | 45:10 49:8,14 |
| **essentially** 277:7 | **everybody** 7:6,12 | 246:3 361:15 | 50:14 323:24 |
| 283:22 284:11 | 9:5 107:16 208:7 | 386:17 | 330:14 331:2 |
| 286:6 308:10 | 208:24 281:15 | **exam** 226:22 | **exclusive** 314:12 |
| 321:1 327:11 | 289:11 405:21 | **examination** 4:5,7 | 314:19 |
| 336:8 340:19 | 407:13 | 4:11,12,14,18,19 | **excuse** 69:1 |
| 341:3 347:1,9 | | 9:12,21 15:17 | |

**excused** 72:19
  107:17 208:9
  265:12 300:19
  404:2 405:24
**executives** 273:4
**exemplary** 195:16
**exhausted** 59:12
**exhibit** 10:22 11:1
  21:24 22:1,5 26:7
  26:8,11 27:3 28:2
  28:5,16 31:10,11
  31:14,24 34:21,22
  35:1 36:14,15,19
  36:23 45:7 49:4,5
  49:14,24 50:12
  51:18 66:1,6,13,16
  67:1,6,12,18,24
  68:6,10 69:10,13
  70:2 108:11,12,15
  108:18,21 109:14
  110:8,19 111:20
  113:24 114:2,13
  114:14 118:15,16
  138:20 142:14
  153:14,17 155:21
  155:22 156:2
  177:18 184:3
  191:18 198:5
  199:4 200:2
  228:12 231:16,16
  231:18 280:1,24
  282:1,4 286:9
  317:6 322:4
  323:12 326:19
  332:16 338:7,9,22
  387:1,2 390:5
  403:5,8
**exhibits** 109:7,12
  109:22 110:2
  281:6 297:3

**existed** 70:8
  182:22 183:6,13
**existing** 267:17
**expect** 57:9 166:7
**expectation** 407:2
  407:7
**expectations**
  310:23
**expected** 288:22
  327:3,7
**expecting** 54:20
  369:3
**expensive** 132:6
  348:18,19 400:1
**experience** 34:4
  359:23
**expert** 73:21 83:16
  84:21 147:8
  149:24,24 151:20
  154:6 157:9
  158:10 163:23
  164:3,5,9 165:15
  166:5,5,14 168:10
  168:12,19,22
  169:2,14 170:2,3
  171:9,16 173:19
  182:21 183:5,11
  197:21 199:10,16
  207:11 209:6,8
  248:14 266:12
  268:1,5,9 269:8,12
  270:3,20 276:6
  284:10 316:8
  360:2 371:19
  383:6
**experts** 84:22
  164:6 268:19
  269:2 273:6 384:2
**explain** 104:1
  109:20 114:4
  206:21 267:12

270:10 273:16
  297:13 303:18
  305:19 357:5
**explained** 42:9
  45:2 218:17
**explaining** 245:5
  260:9
**explanation**
  245:20
**explicit** 204:17
**expressed** 52:17
  232:19 233:7
**expressing** 158:8
  270:22 306:12
**expression** 338:1
  340:17
**extension** 75:5
**extent** 8:11 109:24
  128:22 245:11
  316:22 317:3
  369:13
**extra** 88:24 278:3
  290:1,4
**extracts** 109:20

**f**

**f** 408:1
**fabrication** 319:7
**face** 44:16,16
  47:21,23 311:10
  394:24 395:12,13
  395:14,19
**facebook** 151:19
  151:20,22,23
**faced** 339:4
**facilitate** 152:18
**facility** 292:16
**fact** 27:4 42:8 43:8
  43:16,22 50:3
  58:10 96:2 103:17
  105:12 127:5
  140:13 141:20

155:11 157:13
  169:20 183:11
  207:1 209:5
  229:19 231:8
  268:3 324:1 328:7
  337:6 343:21
  362:9,12 365:6
  368:6 373:17
  394:7,13 399:15
  402:3
**factor** 276:15
  278:24 283:19,20
  289:16,17,22,23
  295:13,21 299:9
  299:10 311:24
  312:1,19 316:12
  316:14 329:4
**factors** 276:10
  278:21 299:14
  309:22 312:13,23
  313:1,24 314:2
  317:18,19 318:13
  318:17,19,21
  325:15 327:18
  331:6 350:14
  353:20 370:10
**facts** 312:16,18
  315:10
**factual** 44:24
**failed** 309:18
**failure** 18:6
  140:12
**fair** 17:6,8 21:3,12
  23:16 34:19 38:8
  40:16 47:1,1
  60:13 146:23
  150:23 198:11
  207:3 275:13
  342:7 345:5
  358:16 375:9
  382:3 383:22

384:1 394:22
**fairly** 111:21
  381:6
**faith** 311:12
**fall** 271:13 272:6
  322:21
**familiar** 82:12
  86:4 88:23 125:22
  192:22 218:10
**fantastic** 76:10
**far** 87:14 166:19
  224:23 279:14
  294:16 326:13
**fashion** 96:24
  115:21 145:1
  185:10
**fast** 36:9 204:9
**faster** 122:12,14
  216:11 367:20
  368:14
**fault** 18:9 46:20,22
**favors** 399:23
**fax** 26:11,12
**faxed** 26:13 27:11
**feasible** 29:3,9
**feature** 93:8
  140:16 141:3
  143:15 151:18
  152:1 195:22
  230:9 231:4 284:2
  286:7 334:12,12
  344:19,19 350:4,6
  389:4 401:13,14
  402:4
**features** 29:15
  140:1,2 141:20,22
  141:24 142:3,17
  170:17 171:3,17
  171:24 172:11
  195:17 201:23
  249:12,12 250:6

277:7,12 283:23
284:13,14 334:17
348:24 365:19
370:18 372:8,10
373:1,13 374:3
397:18
**february** 322:11
**federal** 1:17
**feedback** 18:20
**feel** 18:15 158:7
  205:7
**felt** 85:6 96:11
**fenton** 2:11 4:11
  4:14 72:21,24
  73:1,13,24 74:3
  83:15,21 107:8
  108:5,7,17,20,24
  109:24 110:5,23
  145:13 153:21,23
  153:24 156:6
  162:13 167:5,13
  169:17 198:1,4,15
  198:24 205:15,18
  205:21,24 206:4
  206:17 221:24
  222:5,23 223:17
  224:3,7,21 225:9
  227:8,17,22 228:2
  228:6,19 242:9,19
  243:13,17 244:3
  244:12 245:17
  264:12 265:2
**ferrer** 66:15 69:9
  69:19 286:8
  287:10 322:3
  323:11 338:6
**field** 77:13,14
  79:20 80:2,7
  267:9,10 323:18
  323:19 368:11

**fields** 267:15
**fifo** 116:12,13,13
  116:14,17,21
  117:19,21 119:9
  122:14,19,20,24
  123:19,21,22,23
  145:6,12 216:7,12
**fifth** 387:22
**figure** 93:4,9
  95:19 96:21
  114:15 135:6
  141:4 142:12
  187:10,14,24
  188:21 196:21,24
  218:6,9,11 237:19
  237:21 240:9
  250:18 251:23,24
  252:14 253:4,5,8
  253:14,16,19
  254:3 255:3
  256:20 257:13,19
  257:23 258:13,15
  259:5,12,15,21
  260:8 275:22
  276:9 290:6
  297:15 305:12
  310:4,18 313:3
  378:7 380:24
  390:17
**figuring** 290:5
**file** 120:24 222:13
  222:21,24
**filed** 183:14 193:6
**filings** 84:14
**fill** 122:19 216:11
  216:12
**filled** 122:21
**final** 221:23
  223:14 225:11,15
  225:19 229:1

**finalists** 338:14
  349:10
**finally** 78:11 320:1
  403:4
**finance** 267:4
**financial** 77:18
  149:10,13 154:24
  267:18 272:17,18
  282:9 296:16
  327:6
**find** 75:21 161:18
  161:19 309:13
  318:2 320:8 326:9
  327:1 331:15
  361:18 363:12
**finding** 302:15
  382:24
**findings** 225:10
  384:23
**finds** 360:17,21
**fine** 33:11 45:17
  51:1 61:9 65:23
  71:8 93:20 197:10
  199:23 247:12
**finish** 219:19
  244:24
**finished** 75:24
  301:14
**firm** 267:22,23
  398:17,19
**first** 19:7 20:13
  22:16 25:4 33:5
  42:16 46:18 50:16
  58:24 69:20 74:1
  84:10 89:15 99:12
  101:2 103:3
  106:17 112:12
  113:7 114:7
  116:13,14,17,17
  116:19 117:8
  118:6,10 125:15

127:10,16 128:14
133:24 137:11
156:9 173:3
174:17 184:3
201:7 203:11
204:3,6 214:24,24
219:7 260:15,17
262:2 263:5
266:21 271:15,22
273:14 276:15
277:19,20 278:24
279:4,12 280:18
284:9 287:17
288:5 290:5,23
292:6 296:9,10
303:18 307:11,11
310:8 318:23
320:7 326:5
329:12 340:15
351:11 352:20
353:3 387:14
394:1 399:16,19
402:7
**fiscal** 24:4
**fit** 312:19
**fits** 386:9
**five** 52:15 71:11
147:23 300:23
**fixed** 298:6
**flexconnect** 10:13
12:19 33:8,13
41:5,11 52:4
335:15 340:13
344:8 369:7
**flight** 46:6
**floor** 2:5 3:4 303:5
**flow** 260:9 378:24
379:1
**fly** 222:9
**focus** 78:20 103:21
154:8

**focused** 74:19
76:21
**focusing** 112:1
**folks** 14:15 37:1
38:9,19,22,22
42:17 49:10
**follow** 32:14 63:13
88:18 184:5
**following** 18:1
19:17 159:12,13
192:11 230:3
316:15
**follows** 206:2
222:4 228:5
243:16 266:1
**foot** 344:20
**force** 318:4
**forced** 46:8 397:23
398:4
**ford** 33:18 40:21
288:1,11 337:15
**forecast** 55:3
71:12,16 327:5
**forecasts** 71:7
**forego** 76:6
**foremost** 84:10
**forget** 405:1
**forgot** 90:15
137:19
**form** 39:6 220:2
220:12 233:8
236:13 242:11
248:9 299:19
**formal** 241:13
**format** 16:12
79:12
**formed** 268:6
**forming** 286:12
383:2
**forth** 87:18 98:8
99:2 132:12

135:16 168:9
169:8 200:10,21
201:5 235:22
273:19 309:22
310:7 375:2
**fortunately** 101:9
110:17
**forward** 36:9
57:16 280:22
281:11 301:24
405:18
**forwarded** 39:9
**fought** 276:18
**found** 85:10 114:4
221:11 285:13
286:24 312:15
322:22 327:4,18
328:6 334:21
337:1 338:1 360:2
360:11 370:1
385:3
**foundation** 55:9
246:24 247:15
**founded** 146:24
267:24
**four** 52:15 70:24
143:18,19 242:14
266:21 276:11
278:21 299:14
311:24 318:22
320:4 341:20
387:22
**fourth** 299:9,10
**framework**
302:13
**francisco** 3:11
**frankly** 375:2
**friday** 1:15
**front** 12:5 68:6
198:8 199:9 229:1
231:21 241:17

246:2,6 262:5,6
**frost** 2:12
**full** 31:24 69:21
122:14 128:20
146:14,19 216:8
216:15 217:1,5,7
288:12 405:16
**fully** 29:23 345:10
354:17,19 355:7
**fun** 94:13 124:21
**function** 23:13
97:2,4 101:6
103:18,18 105:1
107:1 111:8,8,22
116:6 117:16,22
120:3 123:9,10
124:11 125:10
128:3,6 133:20
142:22 178:19
179:5,8,9 181:11
182:9 184:14
186:5,10 188:23
189:5,11,14,20
191:3,4 193:8
196:18 203:24
214:18,21 217:2
217:11,14,21
218:14 219:8,17
220:1 221:16
230:20 232:4
238:8,19 239:20
239:22 240:8,23
240:24 241:6,6,11
241:13 242:16
243:4,24 257:2
259:7,15 275:10
**functional** 144:2
**functionality**
194:13,14 237:9
249:20 250:3
339:12,16,20

342:20 344:13
346:2 347:6
390:13
**functions**  106:24
110:22 124:2
125:6,11 141:10
178:23 179:7
191:3,23 192:3,7
192:19 193:18
214:19 215:2
253:15 262:18
345:24
**fund**  391:16
**funded**  21:7
**funky**  105:11
**further**  12:17 55:7
55:16,16 65:18
70:14 72:11,14
91:11 152:14
264:7 265:2
403:19

**g**

**g**  217:10
**gadget**  140:19
**gain**  401:11
**gaining**  306:5
**game**  34:3 75:19
207:3
**ganesh**  17:1,3 28:6
45:11 49:9,15
323:15 387:16
**garney**  157:2,8
168:15,16
**garney's**  248:16
**gates**  277:21
**general**  48:23
62:15 84:1 94:9
109:2 161:15
170:13 177:21
188:8,17 193:23
238:10 302:10

339:2 374:9 380:9
**generalization**
188:3,8
**generally**  171:19
397:14
**generated**  327:13
353:23
**generation**  18:19
**gentleman**  165:18
**gentlemen**  27:2
49:23
**geography**  314:14
**geolocation**
148:16
**georgia**  310:1,3
311:23 353:20
**getting**  8:16 74:10
74:20,21 75:16
76:15,22 77:8
130:16 190:8
210:10 278:14
285:19 336:5
339:4 353:12
**give**  8:11 76:18,24
93:2 106:5 167:23
198:13,22 240:1
246:24 271:10
304:7,14 312:24
315:8 325:2 335:4
335:10 340:7
346:5 348:21
350:9,11 351:16
352:7,10 353:2
376:10 396:18
398:20,21 399:24
400:14 404:5,22
**given**  75:14 89:5
89:10 101:9
102:18 236:15
297:17 345:14
362:2,5 392:10

398:13 408:9
**gives**  88:23 112:15
397:7
**giving**  26:23 70:15
72:6 90:13 125:23
306:4 349:2
358:11
**glass**  11:10 14:5
16:17 24:1 27:8
31:23 35:19 37:13
147:15 150:10
151:1 152:12
156:8 170:21
180:3 191:19
196:7,22 202:24
210:22 211:24
213:23 218:6
219:11 385:17
387:12 388:7
390:4 391:8
393:15 399:6
**global**  78:3 80:7
**globally**  177:23
**globe**  78:8
**glue**  115:17,24,24
122:16
**glued**  116:22
**glues**  116:7
**gm**  33:18 40:21
288:1,11 337:14
**gmc**  85:12 132:4
**go**  12:16,23 13:1,2
14:4,7 15:2 17:18
17:24 18:2,2 19:7
19:8 20:15 25:4
27:13 35:19,19
36:2 37:14 41:15
41:18 42:13 46:17
52:15 53:6 55:2
55:17 58:24 60:4
69:10 73:20 80:3

80:5 81:4 87:22
87:24 99:2 107:12
108:9 110:6,19
112:1 114:21
117:7 118:20
123:21,23 127:7
130:15 143:2
150:7,12,24
152:11,15 156:10
172:16,23 173:16
173:17 176:17
179:20 180:22
184:6,7 186:3,8
187:21 188:12,20
188:22 189:2,24
196:7,23 199:22
199:22 200:21
206:3 207:22,23
218:5 219:10,18
220:6 221:2,2,2
232:22,23 233:15
234:4 237:19
238:3,7,12 239:7
245:24 249:7
250:16 251:14,23
254:18 255:16
272:24 275:19
279:13 282:11
288:12 289:16
294:6,8 296:6
299:2,20 311:18
312:20 313:20
315:13 316:24
317:19 325:16
327:17 328:19
335:8 343:22
347:24 349:1,8
351:13 359:14
366:1 390:7 391:3
391:7 393:15
399:6 400:23

**[go - happen]** Page 29

404:23 407:5

**goal**   21:18 22:20
24:13,16 25:22

**goals**   22:19,23
23:2,6,18 24:2,6,8

**goes**   29:2 55:3,4
57:1 98:1 116:20
147:17 282:24
315:24 329:16

**going**   9:9 14:23
17:17 19:10,13,21
30:1 34:2 40:16
44:7,14 57:7,16
71:4,13,15 73:2
85:16 90:8 91:2,3
94:4,6 96:21
99:16 100:24
101:24 103:13
104:15 106:12
107:9 112:8
113:15 114:4,7,18
114:19,21 120:17
122:14,21 123:13
124:22 127:10,11
127:14 129:10
132:12 135:7,15
136:11 143:2
155:20 158:1
159:4,5,6 177:5
178:15 179:18
187:8 188:12
190:17 193:11,15
194:12,19,23
198:2,17 202:5,8
207:3 211:21
223:1,15 224:19
226:3,4,5,9,18
227:24 233:12,13
236:17 243:19
244:11 245:3,4
246:4 250:15

267:15 271:12
274:4 275:19
282:7 289:3
290:17 291:19
299:1 300:16
303:1 304:8,10,14
305:8 307:19
309:6 310:13
311:15 312:17
314:8,16,18 315:4
315:18 316:15,17
316:19,24 317:9
317:16 318:16
319:15,19 320:24
321:5 325:22
326:2 331:21
334:14 339:16
345:10 351:7,10
351:14,16,23
352:10,19,21,24
353:4 368:3,4
369:18,19 375:3
391:1 395:4,5
398:15,17,19,21
399:24 404:5,8,9
404:10,11,21
405:10

**good**   7:5,7,8 9:5,8
9:24 10:1 18:18
60:4 65:15,17
72:21,23 107:9
142:16 145:18,19
198:10 269:16
276:5 300:15
311:12 338:3
356:8,9 358:1,14
404:4 405:22
407:14 408:3

**goods**   297:23
298:12

**google**   404:24

**grant**   220:9

**granting**   321:8

**graphic**   190:2,4

**graphics**   393:19

**gray**   2:11 4:18
112:19 265:13
266:5 270:2,8
280:23 281:5,10
281:23 282:3,6
286:8,10 287:10
287:12 301:11,12
311:18,20 322:3,5
323:11 324:11
325:16,18 338:6,8
338:21,23 339:21
339:23 343:7,9
345:16,18 356:1
387:6 403:21

**great**   13:4 19:8
23:23 41:15 86:20
179:23 196:8
211:12 218:3
262:8

**green**   24:11 88:2,2
88:4 115:2 116:6
121:17 144:23,23

**gross**   296:17 297:8
297:13,21 298:14
327:7,13

**ground**   352:2

**group**   23:6,7
156:18,20 157:3
228:8 323:16
390:9

**groups**   157:14

**growth**   23:14
324:1

**grubert**   2:9

**gte**   77:6

**guaranteeing**
343:20

**guess**   7:23 18:12
26:5 30:13 36:5
44:3 54:8,19 62:8
65:7 79:21 136:11
149:21 161:15
193:23 251:12
347:4 407:10

**guilty**   18:15

**guy**   18:8 19:13,21
32:8,24 70:9

**guys**   14:18 70:10
80:3 134:12 406:3

### h

**h**   5:1 6:1 73:9 99:9
117:2 265:20

**half**   121:14 156:11
158:16,20 159:21
159:23 208:12
300:17 357:20,21
361:23 362:11
391:21,22

**halves**   116:8

**hand**   155:20
221:22 227:24
235:8 265:8 335:8
352:9 408:11

**handed**   241:18
386:24

**handing**   86:19
228:9

**handle**   105:5

**handles**   252:5

**hang**   22:8 23:1
28:8 30:19 50:22
51:15 199:21

**happen**   17:17 25:6
25:9 201:24 202:2
202:4 234:16
236:24 237:10

252:7,19 257:1
259:6 274:18
393:10
**happened** 27:22
27:23 45:5 152:1
363:8,12
**happening** 122:3
217:4 236:18,20
**happens** 62:22
88:21 89:13,15
93:14,16 113:4
120:11,20,23
126:7 236:4,9
237:10 260:9,13
261:4 302:6 311:2
315:9
**happy** 60:19 64:12
179:17 240:13
245:16
**head** 84:19 85:18
91:13,22,24 92:6
93:1,12,16,23
99:21 100:1 112:6
113:2,18 115:3,12
116:16,20 119:3
120:11 121:16,17
122:2,4,7,15
123:13,14 129:8
129:18,24 132:13
133:13 140:2,7,10
140:14 141:17
144:2 174:12,17
179:4 200:11,19
200:22 216:11
260:14,17,22
261:24 262:1
263:5,18,22 330:6
336:17 339:13
340:14 343:20
353:9,9

**headline** 329:10
**headquarters**
298:5
**heads** 8:17
**hear** 8:19 227:15
270:23
**heard** 20:17 79:14
89:20 90:11 113:6
139:16,17 140:8
186:4,9 187:9
206:20 207:24
208:1 279:14
284:18 320:10
342:24 361:6,11
369:2,24 370:3,8
374:21 375:1,1,6,7
389:15
**hearing** 107:13
207:23 404:16
**hearsay** 223:2,2
**heart** 28:21
221:11 230:9,14
231:1
**heater** 91:16 92:20
**heaven** 75:10
**held** 206:1 222:3
228:4 243:15
**hello** 194:13,19
**help** 14:13 34:20
**helpful** 406:11,14
**helping** 70:11,16
**hercules** 3:4
**heterogeneous**
74:9
**hey** 14:18 39:12
367:12
**hi** 36:3
**high** 23:14 79:3
109:5 110:10
154:16 279:16
313:24 334:3,5

**higher** 160:2
321:17 347:17
379:2
**highest** 112:2
349:23
**highlight** 211:24
**highlighted** 59:20
187:14,23 330:21
**highlighting** 24:7
224:8
**highly** 223:7
319:18
**hills** 38:2
**hire** 78:14 94:15
**hired** 94:22
163:16 165:14
**history** 76:18 95:6
222:11,12,14,17
**hit** 54:21
**hmm** 57:5 147:19
**hold** 66:16 99:1
135:21 205:17
220:9 244:23
252:1 398:17,19
**holding** 98:17
220:15 235:7
377:17 378:10,19
**holds** 115:24
116:1 135:15,17
**home** 184:5
**honor** 8:22 28:13
31:20 35:8 37:10
49:20 53:13 54:16
56:22 64:15 65:19
66:6 68:15 72:22
83:15 108:20
158:24 179:14
198:1 205:16
207:13 209:24
221:18 224:3
227:20 228:20

242:10 243:14,17
265:6,13 270:6
386:21 403:22
**honorable** 1:20
7:4
**hook** 80:4
**hooked** 85:15
**hope** 23:21
**hopefully** 86:13
96:22 406:21
**hoping** 70:19
**host** 30:11 34:6
35:15 36:4 81:4
88:8,10,11,15,19
89:6,10,17,19,21
90:2,16,19 91:23
92:1 97:8,14,18,21
97:22 98:5,13,15
98:18,21 99:7,12
99:14 100:15
103:4,5 105:14,15
105:20,22 106:7
106:17,19 112:4,8
112:13,15 113:1
113:11,19,20
115:17 116:9,15
116:16,16,20
117:4,5,20,23,24
118:23 119:23
121:9 123:11,24
125:10 126:5,17
126:18,19 127:1,2
127:5,10,11,16,18
127:21,22 128:1,5
128:15,18 129:21
129:21 130:23
131:2 134:6,16
135:19 136:7,8,19
137:4 139:19
141:9,15 142:24
143:14,20,24

144:15,19,24
145:3,3 173:3,4
174:12,17,21
176:2,4,8,10
177:11 178:13
181:24 182:2,15
182:16,18 183:19
184:18,22 185:11
185:22 187:15,17
188:4 191:11,13
192:15 193:20
194:13,15,23
196:11,14 197:6
203:10,11,16,17
203:20 204:6,8
215:15 216:19,22
216:23 217:19,23
218:11 219:3,7,7,7
219:9,14,23,24
220:1,5,10,10,15
220:16,23 221:4
221:10 230:8,13
230:24 232:4
233:2 234:12,14
234:19 237:3,4,4,9
237:15 238:19
239:16,19 240:4
241:7,8 251:6
252:2 253:12
258:21 260:22
261:3 262:20,20
262:24 263:6,14
264:4 275:10
279:16 280:16
281:21 285:16,17
286:5 287:2,22
288:8,10,23 291:4
297:9 319:15,21
320:2 326:23
327:21 328:3,12
329:19,19 330:1,1

330:9 332:18
337:19 339:17
341:18 343:6
345:11 348:4,8
349:17 351:19
364:20 382:16
383:16 388:20
**host's** 193:16
252:1
**hosts** 92:2 97:23
99:24 100:2,3,7
102:2,3,13 103:9
103:14 104:10,18
104:23 105:21
106:1,9,15 115:20
117:17 118:13
119:10,19 120:2
124:10 126:3,11
128:8 129:6,15
131:9 134:2
135:12 136:3,17
137:2 138:2,10,14
138:17 144:21
145:9 186:12
191:8 194:6
196:17 197:4,8
201:2,12 204:16
211:4 213:21
214:13,23 215:13
218:13,18,20,21
219:4,13,16
220:17 221:7
233:20 234:1,8
236:1 237:12,22
239:1,6,12 240:23
242:18 249:5
250:13,23 251:5
251:20 252:7,16
252:23 253:11,20
254:4 255:21
256:1,8,12,23

257:21 258:3,3,7
258:16 259:8,17
261:10 264:24
383:16
**hotel** 148:9
**hour** 160:5 208:12
300:16
**hours** 28:23 96:13
160:17,18,20
**house** 305:10
**housekeeping**
65:20 108:8 406:5
**hub** 43:21 48:11
48:12 52:3 63:8
64:2 71:1 80:21
81:1,5 88:23,23
89:5,8,10 112:13
112:15 117:5
140:22 156:18,20
157:3 171:2,17
173:8 174:10,15
174:19 192:4,5,9
192:10,14,19
193:8,9,17,21,22
200:19 211:15,16
214:21 262:17,22
274:13 275:18,19
280:17 283:3
285:18 308:1
309:8,10 316:24
319:12 320:16
325:3 326:6
329:21,22 334:13
338:20 340:9,10
340:23 349:16,19
350:9 364:7 380:6
381:22 382:11
**hub's** 99:2
**hubs** 98:24 117:11
123:8 275:8,17,23
294:23 309:12

323:7 324:18
325:1 329:9,11
346:10 363:8
373:14,15
**huge** 221:21
327:15
**hundred** 21:2
86:16
**hundreds** 94:11
105:17,20,24
121:3,5,20 201:2
201:12 233:11
282:19,19 295:4
**hurt** 326:2
**hypothetical**
182:13 254:6,8
260:1 305:5,20
306:13 307:15,17
308:5 309:17,20
310:6 312:2
350:15 380:20
386:4 393:10,14
395:3 402:10

**i**

**i.e.** 230:11
**i.m.** 2:4
**iap** 130:9,11,16
133:15
**iap2** 130:4 132:21
178:23 182:8
**ic** 42:2 340:12
**icon** 93:19 120:10
120:13
**icons** 92:17
**idea** 142:17
177:13 202:12
203:2 331:22
375:15 390:14
**ideally** 58:18
**identification**
10:21 21:24 26:7

31:10 34:21 36:14
49:4 153:13
197:24 198:3,14
199:3 221:19
231:16 262:4
**identified** 142:24
157:2 171:22
172:10 173:24
249:10
**identifies** 230:5
**identify** 66:24
94:19 175:6
182:22 183:6,12
249:18,24
**identifying** 150:15
150:19 170:3
189:19 190:12
**idk** 111:13
**ignore** 402:3
**illustrate** 105:12
170:7,12 180:6
**illustrates** 127:5
182:10
**illustrating** 103:3
171:10
**image** 172:19
**imagine** 274:17
278:8 305:6
**imagined** 351:1
**immediately** 17:3
**impact** 50:4 57:15
321:8,20 365:23
366:9 384:23
**impacted** 319:19
**impart** 311:3
**impeach** 227:4
**impeaching**
246:21
**implement** 262:19
**implemented**
153:4 214:23

**implements**
214:21 215:5
**implied** 347:23
352:3
**importance** 328:2
**important** 54:5
90:16,21 95:8
128:9 162:10
288:24 289:4
290:17 308:9
319:16,24 327:19
327:21 328:7
350:14 404:12,22
**impossible** 258:3
258:16 390:1
**impressed** 9:6
**improper** 206:9
**inadvertently**
244:21
**include** 47:2
175:19 364:24
365:3
**included** 153:6
298:12
**includes** 87:16
118:11 123:5
124:7 131:5
136:24 138:13
145:10 175:16
177:22 357:18
370:20
**including** 22:6
38:9 74:5 87:4
118:10 160:12
218:14 232:8
297:16
**incomplete** 198:16
228:15
**inconsistent** 225:7
230:22 245:20

**incorporate** 7:14
185:2
**incorporated** 1:5
26:15 378:9
379:12 380:1,5
**incorporating**
275:6
**incorrect** 393:8
**increase** 290:11
291:17 293:11,17
293:22
**incremental** 293:5
293:15 296:1,22
298:7,15,18 299:5
300:1
**independent** 125:1
164:20 166:17
252:17 258:8
323:17
**indicate** 158:7
**indicated** 273:12
408:5
**indicates** 216:6
271:20
**indicating** 217:12
**individual** 124:16
156:19 192:3
224:10,15 228:9
374:12
**individually**
318:17
**individuals** 11:2
22:6 56:4 156:15
273:9
**industries** 357:17
358:8
**industry** 256:6
266:24 267:6
268:3,9,23 313:18
316:6 333:5,5
361:8

**inexpensive** 399:2
**inextricable**
378:24
**infamous** 95:18
**infeasible** 389:24
**inferences** 27:3
**influence** 317:20
318:22
**influential** 320:6
**inform** 246:19,22
248:10
**information** 15:11
82:20 90:2 98:11
98:14,17 126:11
126:14,21 127:4
128:13 129:14
131:2,8 135:15,21
136:2,6,8 138:4,8
138:9,9,16 146:9
151:21 175:12
177:21,22 182:12
194:24 201:13
216:21,23,24
220:19 258:4,17
259:7,16 261:11
272:11,22 273:7
311:1,4 350:19,24
395:3
**infotainment**
382:15
**infrastructure**
81:10
**infringe** 44:13
135:6 171:4,18
284:2 305:18
310:15 374:4
**infringed** 150:17
161:21 270:21,23
274:2 310:11
360:23 378:11

**infringement**
149:14,23 150:7
152:17 161:4
162:2,7,12 164:16
164:23 167:3,12
168:6 213:7
225:22 227:3
270:4,14,17,24
271:18 274:9,11
282:17 300:2
302:18,22 305:8
307:6 354:18
355:1,18 360:16
363:13 376:23
381:7 382:24
**infringer** 313:11
316:22 370:19
**infringers** 269:19
**infringes** 167:20
358:20
**infringing** 43:15
43:20 44:10,14
45:3 274:3 275:20
277:2,5,9,13
283:21 284:8,24
289:19 290:20
300:6 301:17
302:8 348:5 363:1
370:14,17 371:1,6
371:10 372:7
376:19 401:15
402:20
**initial** 28:7
**initially** 261:19,20
261:22 263:10
286:19
**initiate** 24:13
**initiated** 185:12
**initiating** 25:22
**innovate** 134:4

**innovation** 382:21
**innovations**
394:13,15
**innovator** 91:6
**inputs** 34:5
**inquiry** 378:7
**inside** 11:19 192:2
**insisting** 368:5
**institution** 241:18
**instruction** 49:21
**instructions** 7:11
406:19
**instruments** 78:4
**insurance** 154:17
**integrated** 111:5,5
111:10
**integration** 83:17
254:5
**integrity** 57:23
**intellectual** 27:14
303:23 304:13
313:12 357:19,21
**intelligence**
189:12
**intend** 27:14
**intended** 381:20
381:24 382:5
**intent** 259:1
**inter** 165:10 167:1
221:20 229:15
**intercept** 85:16
**interchangeable**
277:17 365:17
372:6
**interested** 408:10
**interesting** 81:5
82:8 110:14
340:22
**interface** 82:21
89:24 90:14 97:5
133:1,4,6 134:1,11

134:15 136:15,18
137:1,3 201:10,10
214:23
**interfaces** 132:22
179:1
**interim** 406:20
**interleaving** 219:8
219:23 220:1,2
**internal** 28:23
67:5 68:7 111:21
111:22 155:6
219:6 311:8 319:6
321:6 324:6
**internally** 25:22
39:7 319:6 324:18
346:15
**international** 79:8
**internet** 151:9
154:15,17
**interpretation**
256:5,7
**interrupt** 123:18
123:18 213:20
214:12
**interrupted**
122:20
**interview** 158:4
**interviews** 273:4
**introduce** 73:14
74:4 109:8 210:4
266:6
**introduced** 10:23
22:2 26:9 28:3
34:23 36:16,20
49:6 66:14 67:7
67:13 108:16
109:23 153:15
155:23 198:6
199:5 231:19
387:3

**introduction**
100:22 125:20
137:21
**invalid** 359:20
360:3,11,18
384:14 385:3
**invalidated** 385:9
**invalidity** 163:23
383:5
**invent** 186:4
267:15
**invented** 91:18
95:4 155:13
**invention** 91:5
94:3 95:24 96:2
100:21 125:3,7,19
144:4,12 182:23
187:1 221:12
230:10,14 231:1
250:22 254:9
321:14 332:2
334:1 341:12
344:14 353:13
373:21 375:12
381:8,17 384:9
396:2 401:11
**inventor** 95:4
142:15 155:8,11
321:13
**invest** 362:11
391:20
**investigate** 69:7
404:24
**investing** 361:22
**investment** 15:15
16:13 20:8,12
21:11 362:7
**invoke** 404:17
**involved** 133:11
153:1 158:6 360:5

**involvement**  14:6
  15:4
**involving**  268:2,12
  268:14 357:18,23
**ipads**  79:22
**iphone**  81:15
  82:14 85:17 86:19
  86:24 91:8,8,11,17
  91:21,22 92:10,21
  93:11,13,18,19,20
  99:21,24 112:8,19
  112:24 113:5,7,14
  113:20 115:5,14
  116:15 119:4
  120:12,16,24
  121:4,23 122:12
  122:22 123:1,13
  124:1 129:8 130:1
  132:10,12 133:14
  140:20,24 141:9
  141:14 142:20
  143:16,18,24
  145:2 174:21
  200:11,15,22
  261:2,18,22
  262:22,24 263:9
  263:24 264:3
  339:8 382:15
  390:14
**iphone's**  178:22
**ipod**  110:15
**ipr**  167:2 222:11
  229:2 248:3
**iprs**  165:12 166:8
**iso**  79:9,12 156:22
  157:22
**isolate**  114:19
**isolating**  396:5
**issue**  8:12 64:2
  65:20 96:7 197:5
  271:2,4 272:23

277:18 317:14
  352:17 362:4
  376:19
**issued**  95:7
**issues**  8:20 83:17
  90:14 268:6
  357:15 378:24
  393:8 395:18
  405:19 406:8,17
**item**  90:15 127:20
  129:1 184:20
**items**  51:7,23 87:3
  94:6 109:19 123:1
  282:20
**ivan**  4:9 73:3,8,16
  83:16 154:6
  231:17
**ivr**  154:18

## j

**j**  1:17 3:9
**january**  21:9 22:7
  22:19 24:4 25:5,6
  25:10,17 26:15
  27:12 28:9 30:21
  31:16 42:19 43:5
  338:17 388:13
  391:19 403:9
**jesse**  46:20
**jgray**  2:15
**job**  76:4 94:7
  121:12 146:14
  408:17
**jobs**  77:1 91:6
**john**  2:3
**joined**  173:11
**joseph**  2:11
**joshua**  1:20 7:4
**jshaw**  2:7
**judge**  1:20
**judgment**  167:11
  248:6

**july**  286:20
**jumped**  76:6
**june**  279:20
  297:10 326:12
**juries**  9:7
**juror**  407:5
**jury**  7:11 8:24 9:2
  70:23 73:20
  107:17 108:2,3
  161:18,19 179:20
  180:1,10 208:9,20
  208:21 223:8,11
  223:22 224:2,7,20
  245:5,21 266:7
  270:10 271:11
  273:16 286:15
  300:19 301:5,6
  303:19 338:15
  341:10 348:2
  349:10 350:22
  355:22 357:6
  360:17,21 401:16
  404:13 405:24
  406:18
**justifies**  20:12
**justify**  15:14

## k

**k**  73:9
**keep**  25:3 34:2
  60:19 105:15
  126:6 179:18
  193:15 208:5
  217:12 244:24
  259:13 318:3
**keeping**  324:24
**keith**  36:23 50:19
  51:2 53:10 55:19
**keller**  2:3
**ken**  76:11
**kept**  34:3 277:13

**key**  21:18,20 24:5
  135:19 230:20
  231:4 284:14
  318:22 324:4
  325:14 327:17
  331:6,16 344:18
  344:19 348:10,21
  349:3 372:3,8,10
  373:13 374:2
**keyboard**  192:1,8
  193:12 194:3,4,11
  194:13,19
**kick**  392:7
**kicked**  392:2,15
**kicking**  59:10
**kids**  407:5
**kill**  75:22
**kin**  408:9
**kind**  26:11 76:8
  84:8 114:19 116:4
  220:22 267:16
  278:14 295:9
  298:20 302:11
  309:19 311:1
  315:3 330:17
  337:22 338:1
  344:20 348:7
  351:1 355:5
**kinds**  61:4 358:3
**king**  1:17
**kiosks**  148:8
**knapen**  165:19,24
  166:20 248:18,19
  248:21
**knew**  8:5 15:21
  80:16 85:11
  166:19 391:11
  392:11
**know**  8:10,14
  27:21,21,23 29:13
  30:13 33:9 36:7

38:3,7,24 39:1,2
39:15 43:11,24
44:6,7 45:1 47:16
47:17 57:24 61:8
61:13 71:5 82:11
86:11 89:18,22
90:23 91:6 96:20
104:6 119:2 120:5
120:6 125:17
129:4,7 134:3
136:5 138:5
141:19 144:6
157:8 158:19,21
160:3,14 165:4,8
165:20,20 166:4
168:20 176:24
189:11 198:20
202:15 207:1,15
222:24 223:21
226:18 227:11
232:15,21 244:16
246:4,5 268:23
269:10 274:12
281:15 285:6
293:4,18 294:8
303:23 306:15,17
311:6,7 315:18,21
321:16 329:24
336:3 346:12
347:6 352:19
357:10 361:14
368:2,15 369:13
373:4 374:14
375:1,10 378:22
378:23 379:11,15
380:4,13 386:17
386:17 389:11
390:15 394:18
404:10 405:6,20
406:4,19

**knowing** 258:7
391:5
**knowledge** 157:16
310:22 311:3
**known** 190:21
269:5 395:6
**knows** 352:9 395:1
**koehler** 208:20
301:5

**l**

**l** 265:21,23
**label** 392:1
**labeled** 93:5
172:22 336:14
**labeling** 173:3
**laboratory** 75:8
**labs** 75:11
**ladies** 27:2 49:23
**laid** 100:10 290:16
310:3 395:12
**lane** 12:10 13:10
13:11,15,18 14:17
16:12 21:12 29:8
32:19 40:20 52:3
52:5 59:9 69:7
140:2,7 143:13
284:16,19 285:9
286:2 289:7 291:9
294:24 319:23
328:5 329:1
330:18 331:13,18
335:3,4,6,10,11,14
335:19 337:13
338:2 340:11,14
340:20,20 341:13
342:5,10,13,17
343:2,16 344:3,5,8
344:12,14 345:2,4
346:4 348:12
370:24 372:11
373:7 374:15

375:18,19 397:15
397:17
**lanes** 13:9 345:3
391:1
**language** 97:15,16
97:17 99:17,18
103:11 129:3
137:13 139:11
187:6 196:3
206:18,19 211:17
212:7 214:1,5
224:24 225:4
242:23,23 243:1
244:17 245:18
246:11 255:10
406:18
**large** 110:19
292:19 377:2,5
**largely** 346:11
**largest** 48:5,5 76:2
87:15 292:11
**late** 75:7
**launch** 306:2
339:5 368:3,21
**launched** 274:13
291:2,13 398:7
**launches** 274:19
274:20 368:17
**launching** 288:8
**lawsuit** 61:23
360:14
**lawyers** 145:21
379:9 405:10
**laying** 286:21
340:2
**layman's** 384:4
**lays** 311:23
**lead** 315:6
**leading** 136:2
**leads** 321:17

**leaning** 314:5
**learn** 70:11
**learned** 10:16
292:4 336:6
391:10
**lease** 304:9,16
314:6,6,7
**leave** 37:15 245:8
367:24
**lecroy** 85:15
**left** 10:2 20:2
133:2 173:4
187:24 190:3
317:22 335:8
341:15 344:18
392:24 397:2
**legal** 1:23 43:5
44:24 162:14
242:10,20 243:20
244:12 377:19
378:23 379:5
405:10
**legitimized** 34:5
**leidesdorff** 3:10
**length** 353:4
**letter** 25:20 26:4
26:14,16,23 27:6
27:11,13,20 30:18
36:11 42:18,23
43:5 44:21,23,24
47:12 322:15
**level** 109:6 110:10
112:2,3 225:23
284:11 313:24
319:11,12,13
320:15 321:2
323:1 325:5,5
334:3,5 374:12
384:1
**leverage** 58:21
60:14

**levy** 163:19 166:20
  383:3
**levy's** 164:17,24
**lewis** 265:19,20
**license** 304:16
  305:17,24 306:4,5
  306:22 307:14
  308:2 310:18
  311:16,16 312:6
  313:4 314:3,12,16
  314:24 318:1,3,5
  318:24 319:13
  320:20 321:1,9,13
  325:22 351:14,17
  352:18 353:4
  354:10 381:3
**licensed** 313:6,11
  313:15,17
**licensee** 305:7,16
  308:16 310:12
**licenses** 315:5
  352:10
**licensing** 151:7
  316:6 317:22
**lieu** 365:16
**life** 56:8 105:12
  266:22 315:8
  352:7 353:2
**limit** 283:7
**limitation** 26:20
  26:23 119:13
  230:17 358:24
**limited** 20:16,17
  21:5 100:19
  339:20
**limiting** 49:21
  125:17 137:20
  339:11,15
**line** 23:14 46:18
  58:8 61:6,21 88:2
  88:4 100:14

121:18 125:15
138:12 179:16
184:11 240:13
242:8 262:16
279:4,13 282:20
327:8 349:16
**lines** 59:6 159:2
  184:13 185:6
  242:14
**link** 98:3
**linked** 148:20
**list** 24:6 41:17
  120:18 147:7
  154:8,20 289:17
  312:19 325:14
  327:17 331:5
**listed** 133:2
  157:11,13 287:17
  288:14
**listen** 257:17
**listened** 361:3
**lit** 215:23
**literally** 389:23
  401:22
**literature** 334:21
**litigation** 83:12
  94:23 146:10
  243:10 336:21
**little** 12:16 29:14
  55:7 70:7 86:5
  89:1,3,7 98:7
  100:16 102:7
  103:24 110:17
  120:7,23 121:1
  140:19 142:23
  146:12 170:15
  172:14 173:14
  179:16 190:6,8
  193:15 197:20
  202:6 208:12
  213:16,17 227:15

240:1 267:12
276:24 292:7,9
307:4 315:19
323:14 324:20
327:14 341:15
378:22 385:16
393:13,17,21
395:9,22 404:6
405:9
**live** 73:17 266:8
**lived** 56:8
**living** 305:13
**llc** 1:8
**llp** 2:3
**load** 114:21
**location** 38:4
**locator** 82:11
**lock** 251:4
**logic** 85:15 111:22
  117:18 119:9
  122:17 143:11
  145:10 215:18,23
  262:17 402:24
**logical** 129:22
**long** 13:2,6 14:8
  34:11,14 45:23
  53:16,19 54:6,16
  55:1 57:11,11
  63:10 71:14 86:16
  207:15 268:24
  304:17 336:22
  356:17
**longer** 71:4,22
**look** 7:16 11:4,21
  20:4 23:17,24
  24:2 25:13 26:6
  26:13 27:24 31:9
  31:24 33:19 34:17
  39:18 45:5 46:4
  49:3 51:5,16 53:7
  55:6,13 56:2,14

57:12 58:4 73:24
82:14 84:4 90:19
92:13,16 96:6
108:10 109:13
124:19 125:21
142:6 149:17,19
152:9 158:6
162:18 163:10,13
167:3 177:17
184:2 191:17,21
199:16 205:2,3
212:23 214:1,8,11
221:17 224:10,14
238:11 242:7
260:3 274:22,23
275:24 277:15
279:10 280:11
282:4 285:21
289:23 291:16
296:10 300:11
306:1 307:20
308:3 313:13,21
314:2 315:3 322:2
322:16 325:20
326:3,21 327:9
328:19 331:21
332:13 336:13
338:3 343:7
345:12 349:4,15
353:7 357:15
361:11 374:13
375:22 399:4,24
405:6
**looked** 12:9 45:1
  84:13,14,21
  151:24 222:6
  243:7 248:4 279:3
  279:6,12 280:12
  285:5 287:8
  290:14 292:2
  296:15 298:20

302:10 305:1
312:22 326:7
327:2,24 328:18
334:7 343:13
344:4,7 355:16
365:9 370:5
**looking** 12:1 19:23
26:16 35:13 90:8
110:11 114:7
139:24 240:19
241:21 252:23
254:2 256:19
277:3 288:14
297:2 304:24
306:23 309:20
310:5 311:21
317:12,15 318:20
320:9 321:12
322:6 337:23
342:17 363:7
375:19 393:9
396:20 404:23
**looks** 35:23 90:17
90:20 155:24
292:8 393:17
**lose** 46:2 82:13
277:22 326:1,1
370:5 407:6
**loses** 278:9 325:11
379:3
**losing** 10:17
278:10 393:3,5
**loss** 354:22
**lost** 18:9 33:17
58:1 82:14 271:16
271:23 272:5
273:12,14,17,20
274:7 276:3,3,13
276:19 277:14
278:12,12,16
291:2 293:5

294:11 296:24
297:14 299:11,11
299:17,18,19
300:3,5 301:14,16
302:22 303:14
304:23 312:1
317:14 327:12
354:24 355:3,6,8
355:19 363:5
364:13,17 365:2,3
365:7,10,14 366:2
366:5,6 370:12
377:15,16,16
378:6,14,16 379:8
380:8,10 392:19
392:21 393:1
398:1
**lot** 29:18 70:20
94:6 103:11 107:4
111:23 113:16
133:1 139:10
190:8 245:5
272:16 284:18
293:19 315:19
318:7 338:18
343:24 351:8
357:10 358:7
377:5 398:24
404:9
**lots** 46:20,22
272:15,18 283:14
304:6 315:23,23
316:1,2 318:2
321:22,23 373:9
**love** 141:5
**loved** 76:5,14
**low** 353:17
**lower** 160:3
282:10 344:17
393:24

**lowest** 320:2
331:17,20 332:3
333:19,22 348:15
349:18,21
**lta** 53:13,15
**lunch** 179:17
207:14,20 208:3
208:13 209:4
**luncheon** 208:15

**m**

**machine** 408:7
**magnitude** 290:10
291:16 293:18
**main** 170:17
171:24 184:15
249:11 334:8
**maintain** 94:20
126:9 127:3
129:13 131:6
136:8 255:13
257:15
**maintains** 130:23
**major** 292:5
**majority** 147:23
**maker** 46:8
292:11 309:8
**makers** 320:17
325:3 380:6
**makeup** 334:7
**making** 41:22
77:18 78:8 220:21
293:19 298:2,23
323:16 324:22
349:6 358:12
**management** 14:6
14:13,17 15:3,5,6
15:9 17:7 149:2
356:18
**manager** 14:1
78:3

**managers** 17:21
**manufacture**
297:24
**manufacturer**
48:6 76:3 340:12
**manufacturers**
29:6 48:11 91:24
93:3,6 139:23,24
141:5,11,15 337:6
337:9
**manufactures**
78:4
**manufacturing**
149:5 278:3
292:19 295:17
333:5
**map** 92:20
**mapping** 91:16
**march** 24:5,19
29:23 30:1 307:9
308:4,11,14,17
314:21 386:1
393:11 394:18,22
**margins** 326:16
**mark** 10:20 21:23
22:6 26:7 31:15
36:13,17 153:13
197:23 199:2
221:19 231:15
**marked** 5:3
155:21 198:14
262:4 387:1
**market** 1:24 2:5
3:4 15:10 18:16
40:9 47:4 48:7
154:3 272:23
274:3 275:16,17
277:24 285:6,7,11
286:5,22,22 287:2
287:24 288:9
289:9 291:5 294:4

298:21 305:1,3
307:24 326:12
330:16 341:8
342:9,10,12
346:16,19,23
347:10 352:20,21
353:1,15 354:3
355:8 363:11
370:22 373:4,5,19
373:23 375:20
376:4,11,16
381:11 398:14,15
398:17,20 399:15
399:17,19,23,23
402:4,7,8,14
403:15
**marketer** 46:19
**marketing** 17:21
32:8,24 154:15
293:23 294:2,7,15
295:8,11,16
298:18 299:3,6
328:18
**marketplace**
279:4 285:14,21
286:7 323:4
328:19 367:24
371:16 373:6
376:7 397:23
398:5 399:21
400:11,13
**marking** 222:16
**mass** 184:17 185:5
**massive** 292:13
**master's** 74:8 75:3
75:4,16,23 76:6
267:2
**match** 136:11
**matched** 85:8
**matches** 240:11

**material** 150:15
150:16
**materialize** 322:1
**materially** 228:17
308:23
**materials** 84:8
85:24,24 222:6,7
298:1 299:3 333:2
333:3,4,7,11,15,21
342:1 344:7
**math** 160:15,22
296:19 327:5
400:7,21 402:23
**matrix** 75:21,22
**matter** 44:15
73:22 84:24 108:9
148:3 307:17
**matters** 360:21
**mchp** 52:7
**mcu** 116:1 117:17
122:17,17
**mdt** 80:18
**mean** 33:22 34:18
42:20 48:10 53:15
54:18 56:21,22
64:7 86:3 104:5
104:15 122:4
133:19 141:8
161:12,24 191:7
195:14 206:21
218:19 224:18
225:19,22 226:11
227:5 244:15
252:5 273:17
274:11 275:5
299:15 303:19
305:20 333:16
339:14 347:13,15
367:5 374:10
402:2

**meaning** 100:19
137:21 146:16
216:13 235:7
236:15 242:2
252:11 254:7
255:11 329:14
**meaningful** 295:9
**means** 24:11,12,12
24:16 34:15 41:22
54:19,20 64:4
102:2 103:6 111:6
125:18 127:6,8
141:18 162:6
193:11 197:4
212:13 216:9,15
220:17 242:16
250:9 252:21
254:20 267:13
274:4 295:16
296:20 299:16
380:24
**meant** 8:2 375:5
**measure** 296:24
297:14 333:24
351:19
**measures** 297:21
**measuring** 25:2
**mechanical** 86:17
86:21 87:1,7
**mechanically**
401:7
**mechanism** 215:9
219:6
**media** 77:23,24,24
78:1 148:11 151:3
151:6,14,16 152:5
329:9,11
**medical** 78:4
**meet** 23:21 52:4
230:16 286:1
289:6 293:14

337:11 370:6
371:9,12 373:1,12
**meeting** 11:3
17:16 18:5 23:20
37:5,18,22 38:14
39:6,19 42:10
44:16 45:6 46:14
306:19 334:11
365:20
**meetings** 28:23
157:18,20
**meets** 320:3
331:17 343:18
358:24 368:7
**member** 79:8
**memory** 86:6
89:15 97:5,11,15
98:10,17,20 99:1
101:14,17,19,19
101:20 105:8
106:4,6,8,13,18,20
106:22,23 112:20
116:18 135:14,23
138:1,6 141:13,16
143:22 144:1
**mention** 47:11
137:19 309:19
390:18,21
**mentioned** 70:20
71:19 77:3 79:2
95:15 102:12
112:24 124:6
126:15 129:2
131:17 132:21
133:5 139:1 201:2
370:10
**mentions** 390:10
**mere** 384:4
**merely** 210:5
**merits** 388:1

**mesh**  82:1
**message**  16:6
  56:24 57:3 120:12
  120:17 322:15
**messages**  200:21
**met**  59:9 145:20
  285:1 289:16
  293:17 299:10,15
  371:10 372:5
**method**  130:11
**methodology**
  303:12 395:23
**mhdc**  34:6
**michael**  269:8
**michigan**  38:2
**microchip**  1:4
  10:9 11:2,19
  14:15,22 15:17
  16:8,24 18:6 21:9
  23:5 26:14 27:19
  28:23 32:11 33:7
  33:12 34:10,13
  35:2 36:24 37:19
  38:19,21,22,24
  39:8,12 40:7,19
  42:2,6,17 43:5,10
  44:2 47:21 50:2,5
  50:7 52:6,8,18,19
  52:24 53:18,23
  56:11 58:11 60:3
  60:8,13,13,18,22
  61:11,15 62:3,11
  62:21 63:4,4,22
  65:5 68:7 69:1,6
  70:10,15,24 72:1,7
  73:2 84:5,13
  142:6,9 143:12
  160:4 161:19
  162:10 163:9,16
  165:14 166:4
  167:23 183:14

193:6 265:14
271:15,17,20
272:18 273:4,24
274:4 276:3
277:14,21 278:16
279:13,17 281:14
281:18 283:15
285:15 286:4,21
289:24 290:3
291:11,20,24
292:13,15,17
293:1 296:16
297:9 298:5
299:16 302:16
306:4,8,15,21
308:9,10,24 309:5
309:6,11 311:7,16
313:15 314:16
317:24 319:8
320:13,20 321:6
322:11,24 323:5
324:19 325:7,11
326:3 328:11
332:10,14 334:21
334:22 341:6
345:21 346:7,11
347:3 351:3
352:20,24 353:8
353:12,14,22
361:9,12,20
362:13 363:19
364:19 365:24
366:20 367:2,14
367:18 369:3,11
373:16 377:2,6
378:9,12,15,15,18
379:11,16,22,24
380:4 381:1,21
382:1,6,19 385:2
386:13 387:17
388:10 389:3,15

390:10 391:6,10
391:15 394:17
395:2 402:20
403:12
**microchip's**  10:5
  11:23 18:9 20:18
  46:13 166:14
  248:14 266:11
  270:13 274:24
  278:1 279:4,23
  284:10 291:4
  293:14,24 295:1
  306:12 311:6
  319:1 323:9 324:2
  324:9 335:15
  354:17 366:9
  370:1 371:19
  382:7 383:5
**microcomputer**
  75:8
**microcomputers**
  74:11
**microcontroller**
  97:17 105:22
  116:2 140:21
  143:7 234:18
**microprocessor**
  116:3 117:17
  118:1 143:9,10
  145:10
**microsecond**
  256:11
**mid**  1:23 107:8
  405:13
**middle**  11:22
  45:19 55:14,15
  57:1,6 58:17
  113:15 116:12
  123:16 152:13
  349:19 352:22
  353:1 355:7

**midpoint**  351:24
  352:6 353:18
**mike**  38:10 322:10
**milestones**  368:18
**million**  20:15 21:2
  21:6 53:14 71:10
  71:11,11 271:19
  271:21,23 272:5,7
  272:9 279:21
  280:1 281:22
  282:13 283:12
  290:10,13,22
  291:15,18,21
  292:1 293:3,9,18
  293:20,20 294:14
  296:2,13,18,18
  300:3,5,9 301:16
  301:22 302:1,5,6
  303:1 317:7,15
  346:22 354:13,14
  355:8,10,20,23
  361:23 362:11,14
  363:2 364:23
  391:21,22 402:22
  403:16
**millions**  394:2
**mind**  25:3 126:6
  259:13 325:21
**mindful**  207:12
**minds**  306:19
**minored**  74:12
**minus**  297:22
**minute**  39:13
  40:17 51:15
  107:15,22 208:15
  232:24 318:15
**minutes**  37:3,5
  39:6,19 139:12
  207:16,18 300:17
  300:23

**miscellaneous**
182:2,18
**misleading** 228:17
**missed** 46:18,23
46:24 47:3 108:9
**missing** 401:8,9
**mitch** 28:5 41:2,10
43:19 49:15 51:14
55:15 56:24
387:15
**mitchel** 4:4
**mobile** 79:20
81:12 151:22
**mode** 141:2,15
143:24
**model** 52:2 85:11
282:22 283:1
**models** 279:15
282:15
**moderate** 349:20
**modify** 277:6
395:8
**module** 46:8 52:20
**modules** 42:7
329:9,11 363:18
**moment** 37:16
178:17 188:22
202:24 213:4
216:14 300:15
**moments** 241:19
**monday** 405:3,4,7
405:14,23 406:24
407:11
**monetize** 94:21
**money** 278:10
294:6 378:16
379:4
**monitor** 12:5
**monopolist** 48:8,9
48:17

**month** 314:6,6
**months** 36:10
308:18
**moorthy** 17:2 28:6
45:11,20 47:13
49:9,15 58:3,17
323:15 387:16
**morgan** 81:11
**morning** 7:6,7,8
9:5,10,24 10:1
72:21,23 107:8
145:18,19 207:24
374:19 406:22
**motivating** 393:23
**mouse** 97:4,11,15
189:9,10,10,21,21
**mouthful** 277:1
**move** 66:5 67:8,20
68:9 92:5 110:24
135:1 137:8
281:10 392:23
405:17
**moves** 305:10
**moving** 208:5
**msi** 75:10
**multi** 30:11 34:6
35:15 36:4 97:8
97:21,22 98:5
100:15 105:22
106:7 115:17
116:9 117:20
118:23 119:23
125:10 127:2,18
130:23 134:6,16
136:19 137:4
139:19 142:24
144:15,19,24
145:3 178:13
183:19 184:18
185:11 187:17
188:4 191:11,13

194:15 196:11,14
197:6 203:10,20
215:15 217:23
218:11 219:3,14
220:5,23 234:19
237:6,9,15,21
251:6 252:5
253:12 275:10
279:16 280:16
281:21 285:16,17
286:5 287:2,22
288:8,10,23 291:4
297:9 319:15,21
320:2 326:23
327:21 328:3,12
329:17 332:18
337:19 339:17
341:18 343:6
345:11 348:4,8
349:17 351:19
364:20 383:16
388:20
**multimedia** 77:22
**multiple** 100:11
116:21 169:22
191:22 192:18
193:18 221:10
230:8,13,24 330:5
336:9 340:3,7,15
342:22
**multiply** 354:13
**multiplying**
317:10
**music** 16:11 93:16
93:19,21 120:10
120:21,24 121:23
130:20 133:8
135:17,18

| **n** |
|---|
| **n** 1:17 2:1,5 3:1,4 |
| 4:1 73:9 217:10 |
| 265:20 |

**nak** 216:8,9,13,15
217:1,2 264:17,23
**naks** 216:7
**name** 31:5 32:17
34:7,11,14 36:6
53:2 72:24 73:7
73:16 81:9 110:16
165:18,21 265:18
266:8 280:8
356:10
**names** 37:1 61:13
**narrow** 361:9,15
362:13
**native** 66:2
**naturally** 103:10
**nature** 298:21
314:4 315:2
**ncd1-28** 180:3
**ncd2-69** 170:21
**ncd2-71** 249:8
**ncm** 130:4,10,18
130:20 132:22
133:1,4,5,12,14
178:23 182:7
**near** 38:2 71:16
**necessarily** 106:14
120:19 142:4
158:3 171:4,18
188:9 203:19
204:11 255:5
353:13 362:10
**necessary** 100:19
104:14 132:8
172:10 262:18
**necessity** 227:1
256:14

**neck** 266:22
**need** 8:20 13:4
14:18 45:16 57:14
58:21 64:18,22
65:21 89:22
111:24 161:4,8,12
224:21 227:14
228:2 246:1,5
252:1 263:18
274:22 275:17
286:1 289:23
290:10 291:20
294:15 295:9
299:20 300:10
307:14 310:18,18
333:10,12 341:19
344:22 352:16
355:14 357:5
406:5
**needed** 15:11
21:21 28:24 44:23
80:6,12 305:18
373:20 393:2,4
**needs** 21:6 29:6
161:24 264:3
343:18 370:6
**negative** 289:20
**negotiate** 310:20
315:5
**negotiated** 305:24
381:2
**negotiating** 58:21
60:14 313:8
314:19 351:6
393:22
**negotiation** 304:11
305:6,20 306:13
307:5,15,17 308:5
309:17,21 310:6,9
310:11 311:5,9
312:2 313:4

318:23 319:3
350:16 352:15
354:9 380:21
386:4 393:14
394:23 395:3
402:6
**negotiations**
393:10
**negotiator** 306:13
**neither** 230:5
408:9
**nephew** 78:2,3
146:22
**network** 77:14,22
81:10 82:1,4,4,7
90:7 149:3,12
151:5,12 154:24
155:1
**networking** 53:3
214:23
**networks** 74:10,22
77:10,12,20,24
**never** 155:4
157:17 158:17,21
165:23 256:15
274:19,20,20
275:2 311:15
313:15 346:14
**new** 33:10 58:19
71:22 73:17 89:13
89:14,17 90:3
129:1 186:5
267:15,16
**news** 276:5 338:12
382:14
**nice** 356:10
**night** 7:12 180:24
**non** 47:5 50:7 90:9
152:17 177:4
179:10 183:12
277:2,5,9 283:21

284:8,24 289:19
335:6 346:1 348:5
362:4 369:20
370:14,17 371:6
376:19,23 380:8
389:9 395:6
**noncompliant**
391:13,14 394:8
**nonexclusive**
314:12,16
**nonspecific** 375:24
**normal** 80:22
92:18 105:18
312:3 332:24
**normally** 111:8
405:13
**notary** 1:22 408:3
408:13
**note** 100:16
**notebook** 69:14
**noted** 43:20
**notes** 38:21 39:1,1
39:3,5 41:2 43:8
43:10 44:1 260:20
**notice** 25:20 30:17
44:21 346:6 408:4
**noticed** 345:15
**notifying** 36:11
**novelty** 230:11
**november** 49:10
49:17 281:20
317:8 323:15
362:18
**number** 11:2 22:6
53:18 55:2 95:8
149:9 209:18
252:12 282:8,8,10
284:3 292:18
298:14,15,22
306:17,18 316:24
317:9 322:9

359:10 364:24
366:5 400:5
**numbers** 72:6
89:2,3 150:21
184:9,11 213:2
283:6 293:7
299:20,22 331:10
349:24 355:15
400:17,24
**numerous** 59:10
367:7
**nut** 375:22
**nutshell** 93:24
**nxp** 288:20

**o**

**o** 73:9
**o'clock** 1:16 7:2
300:18 405:5
**oath** 9:15 62:2
**object** 64:15
223:24 228:18
242:12
**objection** 11:8
22:12 28:12 31:19
35:7 37:9 64:22
64:22,24 66:2,9
67:10,22 68:17
83:19 108:22
110:3 153:21,24
156:6 162:13
167:5,13 169:17
198:16 205:15
207:4 221:24
222:1 226:14,22
227:22 242:9,19
243:13 270:5
281:1,7 387:6
**objections** 64:19
66:8 205:20
223:20

**objective**   85:19
  164:20 165:2
  166:17 168:4
**objectives**   24:5
**obligation**   377:15
**obolsky**   4:4 8:24
  9:10,13,24 28:5
  49:16 55:15 65:3
  66:24 67:15 68:5
  68:23 72:15 273:5
  292:2,21 295:3,7
  298:20 320:20
  324:13 325:9
  334:22 336:7
  337:3 361:3
  362:12 367:8,9
  368:9,23 369:24
  379:16 387:15
**obolsky's**   9:12
  388:23
**obvious**   71:2
**obviously**   8:11
  145:21 273:9
  276:17 288:7
  291:7 305:22
  309:6 318:9
  333:20 337:16
  407:3
**occasions**   59:10
**occupied**   330:12
  331:2
**occur**   233:21
  234:8 256:15
  305:22
**occurred**   152:2
  271:1,18 300:2
  321:20
**occurring**   118:15
  274:15
**occurs**   166:8
  307:8,9

**october**   36:9 37:23
  45:6,13 389:16
**oem**   294:19 320:3
  342:16 362:2
  393:7
**oems**   40:20 275:17
  280:19,19 286:1
  320:18,23 330:19
  331:12 339:10
  344:20 348:14,22
  365:21 389:9
  391:12 392:19
  394:7
**offer**   11:7 22:11
  26:18 28:11 31:18
  35:6 37:8 49:19
  76:4 108:21 110:1
  153:20 156:5
  161:3 221:21
  227:20 277:12
  280:23 281:5
  351:14 364:13
  375:17 387:4
**offered**   31:12
  307:12,12 323:23
**offering**   223:21
  285:8 286:5
  324:23 385:8
  402:4
**office**   80:5,11
  165:9 166:6,15,24
  167:3,24 221:11
  229:15,22 230:23
  247:24 248:5,23
**officer**   62:4,6 63:3
  64:5
**official**   408:11
**oh**   147:10 149:9
  360:4
**okay**   8:18 10:12
  10:19 11:9 12:4

  12:22 13:13 14:3
  15:1,8 16:7 17:9
  17:23 19:6 20:1
  21:4,16,23 22:4
  23:10,16 24:10
  27:1,18 28:16
  30:8 32:22 33:3
  33:16 35:11 36:8
  36:12,21 38:5
  40:1,5 41:1,15
  42:4,12 43:2,18
  45:4 46:16 49:2
  50:9 51:2,6,19
  52:13 53:5,21
  55:12 56:1,9,13
  60:10 61:10,16
  62:1,9,18 64:18
  65:24 66:4,7 67:8
  67:11,23 68:3,16
  68:18 69:16 83:20
  84:7 96:20 97:10
  104:4,14,16,20
  107:16,19,21
  110:4,5 118:4
  119:11 121:1
  123:4 124:3 125:3
  131:10 138:18
  139:15 142:19
  146:20,23 147:5
  147:13 148:1,21
  149:1 150:23
  153:12 154:1,6
  155:3 157:7 158:9
  160:19 161:2,7,23
  163:8,22 165:3,7
  165:22 168:5
  170:14 171:21
  173:22 175:10
  176:15,19,23
  177:12 178:9
  179:19,24 180:1

  181:4,8 182:5
  183:20 184:1
  186:7 187:20
  191:6 192:12,17
  194:1,22 195:3,13
  195:19 198:10
  199:7,14 200:6
  202:3,19 203:22
  204:13,22,24
  207:19 208:7,11
  209:16 210:7
  211:12 212:21
  213:9,14,18
  214:10 215:17,21
  217:16 218:3
  219:22 222:2
  226:17 229:12
  230:2 231:6
  232:11 233:6
  235:4 238:21
  241:24 242:23
  247:11,14 248:12
  249:16 250:12
  251:22 253:17
  255:18 258:24
  259:13 260:2,6
  261:1,8,17 263:4
  265:3,16 272:10
  273:10,15 278:23
  280:10 281:8,10
  282:12 284:5
  287:10 289:21
  290:18 295:20
  297:6 299:7,13
  300:23 303:16
  316:11 317:17
  331:4 334:18
  341:9 344:1
  358:10,17 359:6
  361:1 362:8,16
  363:16,24 364:22

366:4,24 369:23
370:5 371:23
374:5,17 378:17
381:14,19 382:4
386:6 387:7 388:5
391:18 394:11
395:21 396:13,22
399:3 400:3,22
402:15 405:20
406:2 407:8,9,11
**old** 33:7,9 80:19
**older** 79:15,21,21
80:23 81:16
180:11
**olsen** 76:11
**once** 71:21 90:1
92:21 93:10 102:3
152:21 224:1,16
254:15 255:11,14
257:14 277:19
317:13 389:14
391:9 392:24
400:10,11
**ones** 72:9 94:19
109:15 159:18
309:13
**online** 149:11
**oops** 88:3
**open** 40:8 244:20
368:11
**opening** 20:18
168:14 199:10
**operable** 102:1
104:2 117:9
118:12 119:24
123:6 124:8 126:9
129:12 131:6
196:15 197:2
211:2 238:23
239:5 249:4
251:19 254:19,20

254:23 255:12
256:20,21 257:2
257:12,13,14,19
259:6
**operate** 106:6
**operated** 114:6
**operating** 85:21
**operation** 257:16
**operational**
250:14
**operations** 255:17
**opine** 225:24
**opining** 227:1,1,9
227:12
**opinion** 118:6
119:12 124:5,14
131:4,14 135:2
136:24 137:10,17
138:23 139:3
141:24 142:2
161:3 171:2 223:6
230:22 232:19
233:7 252:13
254:7 258:12,14
270:23 271:15
272:4 273:12,13
273:14 285:21
289:1 301:15
354:16,19 355:21
358:11 360:12,15
363:7 364:5,17
365:6 366:18
371:18,24 372:24
373:3,18,20 374:1
375:16,17 376:22
380:19 384:11
385:8 396:23
**opinions** 158:8,16
159:15 164:10,16
164:17,20,23,24
166:2,13,16 168:1

168:4,9,21 169:8
248:9,11 271:11
271:13 272:12
273:3 286:13
303:17 306:11
355:12 357:5
358:14,18 383:2
**opportunity** 94:10
309:11 319:8
323:9 324:9
352:11 403:16
**opposed** 191:12
**opposing** 164:6
**opposite** 236:11
269:7
**optimal** 333:1,17
333:18,20,22
**optimization**
154:19
**option** 340:15
**options** 285:15
291:10 292:18
340:3 370:21,23
**order** 21:11 80:7
133:16 161:3
171:23 185:10
210:10 227:2
250:2 256:9
263:17 283:6
298:8,10 305:18
336:11 376:10
396:17
**orders** 79:23 80:9
80:12
**organization** 79:9
338:11
**orientation** 184:4
184:8
**orienting** 210:11
**original** 44:21
71:12 110:16

181:6
**orlosky** 70:1
**otg** 110:15 335:20
**outcome** 83:12,14
269:24 307:2
309:4,7 313:4
318:23 350:15
402:21 408:10
**outline** 188:17
**outlining** 114:20
**outside** 167:5
206:7 224:22
380:6
**outstanding** 70:10
**overall** 74:14,16
293:12 297:16
343:18 361:16
379:4
**overhead** 297:17
**overlaps** 342:14
**overrule** 207:4
**overruled** 167:14
169:18 242:21
**overseeing** 78:7
**overview** 76:19
86:14 94:8 109:6
116:23
**owed** 316:3
**owned** 307:21
308:7 377:11
**owner** 76:11 81:9
162:5 305:7,16
308:6,11
**owns** 324:8

**p**

**p** 2:1,1 3:1,1 99:9
117:2 217:10
265:20
**p.m.** 208:16 301:1
406:9,12 407:17

[p.o. - patent]                                                        Page 44

**p.o.** 3:5
**pace** 338:11
  349:10 382:11,20
**pacific** 310:1,3
  311:23 353:20
**package** 192:2,3
  192:20 298:9,11
**packaged** 191:23
**packaging** 292:17
**packet** 121:12
  214:24 215:5
  216:7
**packets** 215:6,7
**page** 4:3 11:11,22
  17:11 18:1,2 19:8
  22:16 24:1 25:4
  27:9 28:17 42:14
  45:19 50:16 51:6
  52:14 53:7 55:14
  55:14,15,15 56:16
  58:7,8 59:1
  142:14 147:6
  149:18,21 150:11
  150:12 152:10
  156:9,10,12 159:2
  177:18 184:4,6,7
  189:13 191:19
  196:23 199:17,18
  210:12,13,16,24
  222:8 229:5,6,11
  229:12 240:13
  241:20,22 242:8
  243:5 287:11
  288:12,14,15
  329:7 338:22
  339:22,24 387:14
  390:8
**pages** 86:16 144:9
  169:12 212:8,15
  212:22 213:10,15
  228:1 229:6 243:4

294:9
**paid** 83:13 304:22
  357:1,11
**painting** 402:10
**pair** 123:22 215:5
**palm** 81:16,21
**panduit** 273:21
  276:1,10 287:8
  289:16,17 295:13
  295:21 296:3
  299:9,10 309:21
  370:10
**paper** 304:1
**paperwork** 80:6
**paragraph** 32:1
  46:5 57:2,7,13
  58:18 59:4 69:21
  199:17,18 200:7
  215:22 219:20
  231:24 232:1
  242:15 243:7
  262:9,10,16
  332:19 387:22
**paragraphs**
  100:12
**paraphrase**
  273:23
**pardon** 114:2
**parent** 379:3
**parse** 224:15
**part** 15:6 17:13
  18:20,21 55:16
  58:13 59:4,18,20
  63:12 87:9,14,15
  95:21 100:20
  101:15 112:9
  114:9 122:16
  134:14 135:9,22
  136:4 147:2 175:1
  190:11 201:7
  203:9 223:11

275:14 283:6
  309:5 315:2 322:8
  356:24 361:16
  363:6 366:15
  371:21 372:22
  379:4 386:18
  398:23
**partes** 165:10
  167:1 221:20
  229:16
**particular** 23:6
  24:16 45:16 88:18
  96:4 98:19 100:17
  111:7,18 112:18
  126:7 152:21
  171:11 203:17
  261:15 274:24
  276:21 282:24
  294:4 311:14
  312:17 328:3
  379:10,22 380:2
  395:9 406:4
**particularly**
  228:13
**parties** 7:19 63:7
  272:15 305:23
  306:20 308:5
  310:8,16 315:6
  317:24 351:3
  352:2,19 381:11
  381:16
**partners** 70:18
  77:11 78:21 79:18
  320:22
**partnership** 71:22
**parts** 87:19 95:3
  121:1,2 228:7,15
  295:4 297:24
  298:8,10 346:7,8
  346:11 361:7,8

**party** 159:20
  230:5 408:9
**pass** 145:13 356:1
**patent** 31:6 42:18
  42:23 62:12 64:1
  83:2 84:3,6 94:3
  94:16,23 95:6,8,10
  95:19,21 96:4,7,8
  96:18 99:22,23
  100:10 103:20
  107:4 128:10
  134:10 142:1,5
  144:8 146:10
  158:6,7 161:24
  162:5,5 163:5,17
  165:9,10 166:6,15
  166:21,24 167:2
  167:20,24 169:16
  169:23 170:7,10
  170:13 171:4,18
  183:14,22,22
  184:10,21 185:20
  186:9,12,24
  187:11 193:5
  209:19 218:17
  219:17 220:8
  221:11,12,16
  229:15,21 230:10
  230:15,21,23
  231:2 232:2 241:4
  247:24 248:5,23
  250:18 259:18,23
  259:23 268:2,10
  268:13,16,17
  269:12 270:3,15
  270:19,21 271:6
  276:18 279:6,9
  280:14,15 283:15
  283:16,17 284:14
  284:21 302:11,14
  303:22 305:7,16

307:21 308:6,7,11
310:2,10,14,17
312:5 313:5,16,19
314:14,17,20
315:4,9 318:2,9
328:13 341:24
348:24 359:19
360:6,10 371:13
372:20 373:21
374:4,9,11,16,22
375:14 377:17
378:10,19 382:19
383:1,14 384:10
384:19 396:4,7
397:6
patented 276:16
276:22 279:2,23
316:23 319:21
320:1 332:2
333:17 334:1,6,13
334:15 339:17
340:9,18 341:5,12
342:9 344:14
345:1 348:4,8
396:1 402:13
patentholder
370:11 381:7
patentholders
269:14,19
patents 34:8 36:12
43:6,9,21 45:3
47:7,10,11 84:2
94:9,12,13,18,23
95:2,6 152:17
155:9,12,13,15
162:17,23 218:4
231:9 313:10,16
360:2,8
path 13:8 245:24
332:23 335:6
343:20

paths 340:16
349:22
pause 68:21 72:20
109:9 211:21
213:3 280:21
pausing 122:22
pay 304:10 310:13
315:13 351:8,9
356:22 357:7
payment 53:16
149:11 154:12
304:20
pda 81:21
pdas 81:16
peak 293:7
pei 2:4
penalty 345:7
pennington 56:3,6
56:7 322:10
pennsylvania 1:24
73:18 266:20
people 41:8 47:3
48:22 49:16 50:2
82:1 157:14 184:5
184:10 269:4
304:6 312:4 318:2
322:11 323:16
328:16 333:5
337:14 382:20
404:9 405:19
people's 46:20,22
184:8
percent 53:14
54:17,21 400:5,17
402:5,17,18 403:1
percentage 353:10
perfect 7:22 8:4,9
11:12,20 13:3
28:17 37:16 39:20
41:18 51:4 56:17
156:10 173:17

179:22 180:2
214:3 234:23
406:23
perfectly 60:18
perform 124:1
133:20 222:7
239:19 240:7
241:11 347:9
performance
23:12 24:8
performing
214:22
performs 238:19
period 23:7,15
68:24 290:24
326:7,17 353:8
354:21 355:9
364:14 365:11
366:3,10,12
373:11 397:24
398:6,12 399:22
400:10,13 401:23
403:3
periods 353:16
peripheral 184:14
219:24
perkins 17:19
permanently
192:4
permission 304:5
304:7,15
permit 219:6
253:19 254:3
permitted 218:15
permitting 219:24
persistence 141:18
335:9,21 342:24
343:19 344:22,22
345:10,14 346:5
348:13 350:10
398:18,20,22,24

399:1 400:1,12,15
401:12 402:4
persistent 10:14
12:11 13:16,18
14:18 21:12 29:8
32:19 140:4 141:6
284:17,19 285:9
286:2 289:7
291:10 319:23
328:5 329:1
330:18,22,24
331:13,19 332:7
335:5,6,7,11
337:13 342:19
343:4 345:3,4
346:2 348:12
350:11 354:1
368:3 371:1
372:16 373:7
374:15 389:4
398:18
person 33:4 227:5
256:10 305:10
313:7
personalization
154:13
personnel 77:15
perspective 40:17
54:10 57:18
193:16 226:24
274:23 294:2
pertain 164:11
pertaining 238:9
ph 165:19
ph.d. 267:8
philadelphia 1:24
266:21
philip 3:3
phone 91:7 92:13
121:13 173:4
200:18 262:1

**phones** 82:2,3,6,7
**photographs**
106:18,19
**phrase** 274:10
**phy** 99:9 134:9
**phys** 117:2 136:16
**physical** 87:3 88:5
99:10,10 191:24
234:22
**pick** 80:6 132:24
196:7 355:6 407:5
**picked** 31:4 78:22
170:6,9
**pickup** 336:10
**picture** 87:6
**piece** 63:11 303:21
303:24 315:1
342:14 401:8,10
**pieces** 111:23
114:20 299:24
313:12 333:10
341:17,22 342:1
371:21 388:17
**ping** 217:9 264:18
264:23
**pipe** 215:6
**pipeline** 13:7
14:14 388:18
**pitching** 10:8
349:9
**pittsburgh** 73:18
74:7 75:6
**place** 1:17 37:19
37:22 38:1 279:12
347:22 348:8
404:4 408:4
**places** 336:9
**plaintiff** 1:6 2:17
83:7 273:23
377:19 378:1,2,13
379:10

**plaintiffs** 83:5
**plan** 21:15 23:21
23:22 30:1,3
286:19 287:5,14
288:7,17,18
300:18 327:4
332:15,16 337:2
340:5 343:13
405:12,16
**planned** 327:15
**planning** 18:19
287:6 405:5
**plans** 22:22 46:6
71:3
**plastic** 333:8
**play** 8:8 93:15,19
93:22 121:23
122:13,23,23,23
323:19 391:2
**played** 120:18,22
314:1
**players** 289:9
311:3
**playing** 120:21
368:11
**playlists** 148:14
**plaza** 3:4
**please** 7:9 25:15
27:9 69:21 70:23
73:5,6,15 74:1
96:19 108:2 146:1
189:3 191:19
205:24 208:19,23
212:23 213:11,11
218:6 219:20
231:24 257:17
262:8 265:17
266:6,16 271:10
273:16 286:9
287:11 300:12
301:4,5 305:19

311:19 322:4
323:12 325:17
338:7,21 339:21
343:8 345:17
390:5 391:7
**plug** 88:22,23
92:21,24 93:2,10
106:8 112:21
132:9,10 140:20
140:24 141:4,13
143:16,18,24
235:19,20 252:7
256:10 336:9,14
**plugged** 141:12
142:19 143:23
144:24 254:12
**plus** 49:9
**pocket** 91:9
**point** 16:14 21:8
21:17 30:10 31:2
44:8 45:1 58:16
70:18 93:14 107:9
107:13 110:14
122:13 135:19
137:6 142:17
180:6 183:21
202:11 203:4
213:5 223:1 226:2
226:6 230:11
231:12,13 234:13
234:15 236:4,5,11
236:12,22 265:14
270:2 280:23
281:16 288:3
305:17 316:18
320:8 329:12
330:8,22 331:5,7
332:21 339:6
369:16 391:9
392:6,10 394:12
395:11 401:3,20

405:12
**pointed** 114:9
136:15
**pointing** 207:2
**points** 330:3
**policy** 267:8
317:23
**polite** 44:18,20
**politeness** 44:15
**polling** 105:15
233:10
**pops** 407:11
**port** 87:4,6,7 93:3
93:11 99:5,13,15
112:14 113:10,13
113:14 132:9
134:9,12 136:17
136:22 140:15,20
140:23 141:4,10
141:14 143:20
235:17,20,21
284:17,20 329:17
330:10 331:19
332:24 335:20
340:10 342:3
343:4 345:23
346:1 348:14
349:18 350:8
373:8
**portfolio** 94:16
**portion** 97:4 98:2
101:14,18 106:11
107:3 117:12
128:3 187:15,23
221:22 243:3
342:12 353:3
380:19 402:13
**portions** 73:22
228:14
**ports** 88:20,24
90:18,20 93:2,6

112:16 117:3
134:16,20,20
140:3,18 141:1,12
143:3,5,11,17,18
143:19,23 204:1,4
285:10 330:5,9,12
330:13 331:1
335:19 342:19,22
342:23 343:22
372:14
**posed**  31:1
**position**  11:23
14:6 15:3 42:9
70:8 317:23 318:6
323:3
**positioned**  33:6
**positions**  162:11
166:14 226:7
**possibilities**
395:18
**possibility**  106:16
357:4
**possible**  252:4
255:20 256:1
259:20,22 261:10
261:13 346:1
389:17,19 390:2
390:13,15 391:6
391:11 394:19
395:8
**possibly**  44:3
48:20
**potential**  307:13
310:12 319:4,5
340:3 352:3
381:16
**potentially**  43:12
48:23 54:14 128:2
130:3 132:7 223:7
**potter**  3:3

**potteranderson.c...**
3:6
**power**  260:17
**powerpoint**  32:10
32:16
**powers**  261:24
**practically**  360:6
**practice**  118:9
142:4 144:11
282:16
**practiced**  138:24
384:3
**practices**  119:14
124:15,16,17
129:1 131:15,17
131:19,22 139:2,4
139:6,7 144:4,8,12
151:4 279:6
**practicing**  164:12
280:14,15 283:15
376:8 396:4,7
**preamble**  100:16
100:17,18 125:16
125:17 137:16,17
137:18,20
**precision**  240:2
**prefer**  93:6
**prejudicial**  223:7
**preliminary**  29:15
**prepaid**  154:14
**prepare**  73:19
86:8
**prepared**  73:21
109:3 180:5,12,13
266:13 348:7
**present**  73:3
172:12 195:18
235:2 367:22
384:10
**presentation**
32:17 110:9

261:16 325:17
329:8 338:10,13
**presented**  190:5
**president**  62:3
**presiding**  7:4
**press**  92:13
**pressed**  152:1
**presses**  404:20
**pressing**  88:3
**presumably**  21:1
**pretend**  106:10
**pretrial**  223:14
**pretty**  54:24 62:16
130:21 134:23
136:11 138:10
144:16 269:15
270:12 316:6
357:17 393:2
**previous**  125:23
**previously**  268:21
325:10
**price**  51:9,22
55:22 56:20,23
152:24 297:22
323:23 346:16,20
346:20,23 347:2
**prices**  70:24 72:7
**pricing**  20:3 152:7
152:18 153:2,2
**primarily**  77:17
**primary**  294:17
**printed**  292:8
**printer**  101:13
127:9,11,12,19,20
128:1,4,17,19,21
176:12 181:11,15
181:24 182:14,17
189:11,22,22
190:21,23 191:1
191:11,16 194:2

**printing**  182:1,17
191:3
**prior**  71:2,17
163:2,10 167:18
226:3,4,11 281:13
282:21 291:1
295:23 303:8
320:19 347:22
355:9 366:10
382:2 383:9
399:20 402:24
**pro**  357:10
**probably**  43:1,9
57:15 90:24 94:11
142:16 147:11
189:6 218:9
336:23 392:24
**probe**  292:14
**problem**  54:11
64:12 339:10
382:14,22,24
**problematic**
223:12
**problems**  18:18
267:20
**proceed**  9:18 30:4
50:10 96:17,19
108:6 270:7
301:10
**proceeding**  100:24
165:9,11,15
166:24 167:2,10
167:18 171:11
221:21 225:8
226:19 229:2,16
248:15 266:10
**proceedings**  1:11
7:2 168:23 248:22
407:17
**process**  84:9
104:19 127:17

129:5 130:15
154:17 175:3
200:23 201:1,8,11
215:16 292:4
309:23 310:4
368:18
**processes** 215:20
**processing** 148:22
154:12,14
**produce** 272:15
293:10
**produced** 180:14
272:17,18 282:14
282:22
**product** 13:7 29:1
29:16,24 31:4
32:10 34:4 35:16
44:8,9 53:24 54:2
54:3 70:12 84:4,5
107:6 109:4,6
110:16 111:23
114:23 118:8,9
124:14 129:1,20
129:21,23 130:3,5
133:19 138:24
139:1 142:7,9
144:8 164:13
172:15 189:7,15
209:13 215:4
216:6 274:3,4,13
274:19,20 275:2
276:16,22,22
277:17 278:10
279:2,4,5,8,13,23
280:8,9,14,16
283:15,16,17,24
284:15 285:1,12
286:18,23 287:3
288:21,22 294:10
297:18 305:2
306:3 307:10,22

316:3 318:9
319:20 326:6,8,10
326:11,17,23
327:8 329:24
332:16 333:10
337:17,24 339:5
352:21 358:20,23
361:21,24 368:7
380:2 394:14
**production** 30:3
282:21 292:4,6
293:12
**products** 53:14
54:1 55:23 56:21
56:21 57:17 58:19
61:7 64:9 70:7
71:1 72:2,8
272:24 275:1,5,5
280:4 281:21
282:20 283:8
284:15 285:22
308:1 314:9,17
317:1 318:10
319:2,18 320:17
327:22
**professional** 76:17
146:13 356:12
**profit** 271:21
276:3 278:7,11,18
296:11,20,21,24
297:14,16,20,21
298:14 300:3
312:1 352:12
**profitability** 296:7
311:6 318:8 326:3
326:8,10,14,22
327:3
**profitable** 318:11
319:18,20
**profits** 58:11
271:16,24 272:5

273:12,14,17,20
274:7 276:14,19
278:12 291:2
293:5 294:12
296:4,5,17 297:8
297:13 299:11,17
299:18,19 300:6
301:15,17 302:22
303:14 304:23
317:14 324:2
327:7,10,12,13
354:23 355:3,6,8
355:20 363:5
364:13,17,18
365:2,3,7 366:3,5
366:6,15 370:12
377:15,16 378:6,8
378:14,20,24
379:4,8 380:8,10
**program** 14:1
**project** 20:12 21:6
30:4 33:5 75:6,12
76:1 81:11 152:22
152:24 357:3,3
**projection** 149:8
**projects** 78:12,19
78:23 81:23 82:23
95:1 152:7,19
154:23
**promise** 205:9
**promised** 57:10
**promptly** 26:4
**promptness** 9:6
**prone** 140:12
**proper** 128:15
224:12 378:1
**properties** 27:15
**property** 303:21
303:23 304:2,4,11
304:13,17 313:12
357:19,21

**proposal** 28:7 51:9
51:22
**propose** 53:12
**proposed** 15:11
20:14
**proposing** 54:15
210:4 226:10
322:20
**proposition** 48:24
**proprietary** 54:1
325:1
**prosecution**
222:11,12,16
**protocol** 130:20
**protocols** 84:12
**prove** 44:9
**provide** 12:12
20:6 110:10
137:21 141:21
142:3 145:7
149:24 150:21
158:4 164:19
168:3 171:23
283:23 284:13
285:1 328:12
342:18 344:13
370:24 373:13
374:2,14 390:13
391:11
**provided** 84:16
133:7 150:18
166:5,14 168:20
209:5,6,17,21,22
212:12 214:2,6,7
243:9 254:8
282:10 284:1
332:2 333:24
344:10 365:16
**provides** 140:15
141:19 143:13
262:18 320:2

331:16 333:17
345:11 348:12,13
**providing** 15:13
287:24 331:23
332:12 334:12
342:5 389:3
**provner** 3:6
**ptab** 244:3 245:12
246:7 247:1,8
384:18,23
**public** 1:22 267:8
408:3,13
**publicly** 272:22
**published** 150:16
155:7
**publishing** 150:14
150:20 151:3
154:18
**pull** 109:19 122:15
196:23 262:3
282:3 286:9
287:18 338:7
339:5
**pulled** 283:4,6
332:19
**purchase** 322:22
**purchased** 308:8
337:10
**purchasing** 392:20
**purely** 259:24
317:13
**purple** 174:1
**purported** 221:12
230:10
**purpose** 116:14
121:8 132:15
135:23 136:18,22
257:13 381:5,5
**purposes** 162:1
210:2,6 270:18
293:6 358:22

**374**:23 376:3
377:24 405:5
**pursuant** 408:4
**pursue** 403:13
**pursued** 397:22
398:4,9
**push** 393:24
**put** 11:11 14:13
16:18 37:15 68:6
70:20 82:12 91:8
91:11 105:11
110:9 115:16
120:6 130:6 146:1
156:9 159:4
170:23 196:6,8
201:10 202:23
210:2,23 226:19
237:18 240:1
244:8 245:16
246:5 251:15
275:23 283:18
294:23 295:18
299:12 305:15
331:9 349:24
352:12 385:18
387:12 390:5
392:1,12
**puts** 348:7
**putting** 164:9,15
245:18 299:23
344:20 355:5

**q**

**q4** 24:4
**qualifications**
158:5
**qualified** 375:17
375:22
**quantifiable**
299:18
**quantification**
341:11

**quantified** 317:3
379:8
**quantify** 270:13
331:14
**quantifying** 366:2
**quantity** 368:20
**quarrel** 361:9
362:13
**quarreling** 225:3
**quarter** 24:23
25:1 291:3 301:24
302:2,3 363:21
364:2,3,10,15
368:22
**question** 19:16
52:23 63:2,10,16
63:19 64:10,11,17
65:2,9 123:2
159:14,17 161:11
167:16,19 183:3
188:14 194:7
227:15 240:17,21
240:22 241:3
242:12 249:22
250:7 257:17
271:7 275:18
277:15 278:7
282:7 283:22
284:4,12 287:8
289:5 290:8
291:20 296:2
299:1 308:2 313:5
320:12 325:24
327:20 346:12
359:13,14 360:10
365:9 367:1,10
371:3 375:5
377:20 378:23
379:6 380:15
398:17 399:20
403:14

**questioning** 362:6
**questions** 45:22
57:8,8 65:18
72:12 131:12
159:12 163:17
198:9,12 223:9
264:8,14 265:2
324:15 403:20,21
404:17
**quick** 86:13 87:24
109:10,11,13
116:23
**quickly** 18:17
245:4
**quit** 70:9
**quite** 19:2,17
56:19 81:5,6
147:17 169:13
268:24 287:20
320:10 365:12,22
377:6
**quote** 211:16
273:19
**quotes** 81:18
**quoting** 240:10,12

**r**

**r** 2:1 3:1 20:18
408:1
**radio** 75:9 77:14
80:2,9 91:14
92:18,19
**raise** 72:7
**raised** 70:24 73:17
**raises** 367:1
**raj** 18:5
**ran** 16:8
**range** 351:6,10,11
351:22 352:1,5,6
353:17 357:13
405:14

**rate**  160:6 315:3
   315:20 316:20
   317:10,13,16,21
   318:12,14 320:6
   321:10 350:19
**rates**  313:14,18
   321:18
**reach**  30:2 248:5
   306:22 311:12
   312:5 314:23
**reached**  343:16
   349:5,6,13 365:12
   406:17
**reaching**  272:12
**reaction**  59:5
   370:1
**read**  43:11 51:11
   84:22 85:5,22
   101:18 106:13,14
   106:16,19,21,24
   107:1 132:18
   159:1,5,7,8 164:3
   164:8 199:23
   212:7 229:21
   240:13,16 247:23
   339:9 388:23
**reading**  219:19
   255:9 262:15
   383:21
**reads**  101:19
**ready**  107:16
   298:9 339:4
   353:15 368:19
**real**  87:24 105:12
   109:9,10,13
   267:20 303:21
   304:2 310:11,21
   311:2,5 312:4
   314:5 346:23
   364:8 396:19

**realities**  399:15
   401:10
**reality**  18:16
   369:14 399:21
   400:14 402:8
**realize**  57:14
   393:4,6
**realized**  392:18
**really**  34:3 48:1
   54:5 65:8 102:22
   125:18 176:24
   189:6 197:7
   226:21 277:2,21
   278:14 288:21
   292:5 293:21
   312:21 314:4
   315:2 317:19
   318:20 320:12,22
   330:3 331:7
   332:19 340:4,17
   341:23 343:23
   345:6,11 347:7
   348:7 350:7 379:5
   398:16 399:19
   404:22
**reason**  54:8
   105:11 168:22
**reasonable**  272:2
   272:6 273:13
   296:24 302:19,24
   303:2,4,5,11,13,16
   305:4 306:7,19
   307:2 310:5,19,22
   350:20 351:6
   352:1 353:21
   354:5,6,12 355:19
   366:13,16 380:19
   380:21 381:6
**reasonably**  274:1
**reasons**  128:9
   346:9

**recall**  134:8
   144:23 169:12
   187:19 202:20
   241:15 269:10
   292:24 293:2
   322:20 324:15
   361:14 362:1
   385:4 389:11
   390:1
**receive**  27:1 104:2
   104:8,13 119:24
   121:15 123:6
   124:8 134:17,21
   134:22 136:20
   137:4 196:15
   197:2 211:2 259:7
   259:16
**received**  11:9 27:5
   35:10 37:12 43:4
   49:23 66:12 67:11
   67:23 68:18 74:7
   108:23 110:4
   181:2 227:23
   281:4
**receives**  90:1
   120:14 121:12
**receiving**  197:12
**recess**  107:21,22
   208:16 300:22,24
**reciting**  215:3
**recognition**
   148:18,19 154:18
**recognize**  38:10
   67:15 68:5 69:23
   70:1
**recognized**  290:22
   350:7
**recognizing**
   332:11
**recollection**
   386:10

**reconcile**  243:6
**reconfiguring**
   232:5
**reconstruct**
   363:11
**reconstructing**
   275:15
**record**  73:7
   118:14 159:22
   221:20 225:8,9,10
   244:24 265:18
   292:3,9 367:4,6
   389:22 408:8
**recorded**  408:6
**records**  296:16
**red**  24:12 89:2,3
   341:17
**redirect**  4:7,14
   66:21 228:16
   264:10
**reduce**  333:21
**reduction**  54:20
   402:18
**reductions**  55:22
   56:20 323:23
**refer**  184:10 227:5
**reference**  155:16
   190:11,14
**referenced**  280:4
**references**  153:6
   330:22
**referred**  37:2
   192:20
**referring**  189:4
   200:14 205:1
**refers**  201:7 243:3
**reflect**  282:8
**reflector**  36:4
**reflects**  306:19
**refreshed**  86:6

**refresher** 10:4
**regard** 328:15
**regarding** 11:2
  43:6 149:3
**regardless** 62:12
  62:22 63:6 64:1
  83:13 140:19
**regards** 151:5
**region** 1:23
**registered** 130:14
**reinvent** 276:8
**relate** 142:1
  154:23 155:9
**related** 22:21 79:1
  79:19 82:23 84:5
  95:7 116:5 148:23
  151:8 337:24
  377:8 378:20
**relates** 34:7
  342:13
**relating** 20:3
  32:18
**relationship** 27:16
  55:8 60:12 295:2
  325:8,10,12
  361:16
**relationships**
  294:16 298:24
**relative** 195:15
  342:4 348:4 350:2
**relayed** 132:13
**released** 366:19
**relevance** 376:11
**relevant** 25:6,10
  229:24 230:3,4
  270:22 287:1
  308:2 311:4
  312:18 313:1,3,20
  332:20 341:24
  385:6

**relied** 286:12
  372:21
**rely** 272:16 273:6
  285:3 372:23
**relying** 273:2
  373:3,3 376:18
**remain** 144:1
  254:16 390:3
**remaining** 317:18
  384:24 389:20
**remember** 25:12
  38:13,15 44:5
  57:21 69:3 106:9
  115:7 117:2,8
  118:22 127:13
  130:22 140:18
  144:17 150:13
  159:17 180:23
  235:1 264:13,19
  394:24
**remind** 11:17
  70:23 286:15
  404:12
**reminder** 138:19
**reminding** 388:14
**render** 228:15
**renesas** 288:20
**renew** 226:22
**rent** 85:13 304:8
  304:10,19 305:11
  305:12 313:9
**rental** 313:13
**rented** 85:14
  132:4
**renting** 303:21
  313:7
**repair** 80:4
**repeat** 19:16 32:13
  62:20 64:13,16
  174:13

**replaces** 341:19
**replicate** 277:7
  370:18
**replicates** 348:23
**replies** 200:11,18
  201:6,17,20
**reply** 231:17,22
  232:7 262:3,6
**report** 46:12 150:1
  168:14 170:2,3
  171:9,16 172:10
  172:19 173:2,14
  173:19 183:5,11
  187:3 188:10
  191:1 194:5,12
  197:21 198:12,20
  198:21 199:1,10
  199:16 200:14
  201:19 202:8,10
  202:21 206:16
  207:11 209:6,8
  231:17,22 232:7
  233:19 248:17
  260:8 262:4,6,15
  263:2 383:13,19
  384:18,20,22
**reported** 50:1
  182:24 183:7,15
**reporter** 1:21
  361:17
**reporting** 19:20
  37:18 53:10
**reports** 73:21
  84:21 164:4,5,9,11
  168:10,12,19,22
  169:2,14 178:19
  182:21 186:10
**represent** 26:23
  181:2 293:6
  356:11

**representative**
  169:15,19 170:4
  170:10 374:23
  375:6
**representing** 2:17
  3:14 145:22
  159:20 229:18
**represents** 88:4
  112:6,20 113:4
  130:7 288:2
**reputation** 57:23
**request** 120:14,18
  127:18 175:5,12
  177:11 201:13
  203:7,12 204:7
  212:5,11 213:21
  220:9 230:17
  234:12,14
**requested** 163:12
**requesting** 121:5
  122:8 210:15
**requests** 104:4,8
  104:13 105:6,19
  105:23 120:22
  121:21 123:7
  124:9 174:11,16
  174:20 195:24
  196:16 197:3,5,12
  197:16 200:10,18
  201:3,5,11,16,20
  203:3,18 204:9,19
  211:3 212:3
  215:13,14,20
  216:1 217:19
  221:10 230:8,14
  230:19 231:1
  234:1
**require** 141:11
  230:18 231:9
  232:2 249:13

**required** 46:11
126:24 171:23
179:2 214:24
249:19 250:2
310:7 336:4
398:10
**requirement** 52:5
100:20 125:18
141:21 210:14
211:1,6 398:18
**requirements**
15:10 131:20
209:12,14 320:4
331:18 334:12,13
337:11 348:11,21
349:3 369:22
372:3 373:22
374:8 375:11
376:13 392:20
397:16
**requires** 127:1
130:7 225:23
238:4,22 246:10
246:15 249:3
253:23 262:21
343:21
**research** 85:23
158:19,23 159:24
272:21
**reserved** 98:21
**reserving** 223:20
**resources** 20:16
20:17 21:5 52:22
392:10
**respect** 162:11
226:7 244:18
252:14 258:15
260:10 288:4,20
289:4 299:9 345:8
371:8 376:20,23
378:14

**respectfully** 224:4
**respective** 102:15
102:17,24 104:3
119:1,16 120:1
123:7 124:9 126:1
126:9 129:13
131:7 134:1,15
135:10,20,24
136:6,14 137:1,3
137:24 138:13,15
196:16 204:2,5
211:3 256:2
257:24 261:11
**respectively**
109:23
**respond** 27:19
88:16 104:3,7,9,13
120:1,19 123:6
124:8 168:17
195:24 196:15
197:3 203:21
204:11,19 211:2
216:1 264:23
370:3
**responded** 21:21
26:3 42:18 43:4
48:19 58:2,4
**responding** 19:14
26:15 27:12
177:10 197:15
**responds** 127:19
174:11,16,20
179:4
**response** 15:24
16:2,4 18:21 46:4
55:14 58:5 120:15
126:10,14,20
127:4 128:13
129:14 131:1,8
136:2 138:4,9,16
175:11 182:12

214:15 216:2,16
216:17 217:5,6
264:18
**responses** 105:6
105:19,24 121:22
202:12,14 215:15
217:18 252:6
**responsible** 33:5
328:24
**rest** 76:17 96:18
100:22 302:23
317:19 328:10
330:12,24 341:23
367:23
**result** 113:9
270:14
**results** 24:5
**resume** 9:10,11
107:15 108:19
146:1 147:7 153:5
**retained** 147:11
268:8 306:8
**return** 20:8,11
21:6
**returns** 129:19
**revenue** 15:13
23:14 58:11 71:20
71:20 323:24
324:2
**revenues** 326:15
**reversal** 113:5,6
264:4 349:18
350:9
**reverse** 262:23
340:10
**reverses** 113:8
263:12
**review** 86:12
90:13 164:17
165:11 166:10
167:1 221:20

229:16 247:8
260:21 288:16
**reviewed** 43:4
109:19 166:2
246:18,23 248:13
272:20
**reviews** 51:17
200:1
**rid** 401:2
**ride** 57:22
**rigged** 80:1
**right** 7:5,10 8:19
8:21,23 9:4,9,17
10:6,10,14,17
11:24 12:2,14,20
13:11,23 14:19
15:6,18,22 16:1,5
16:16 17:5,7,14,17
18:10,24 19:15,23
20:9,19,23 21:2,19
22:7,13,24 23:4
24:8,17 25:3,13,24
26:2,4,16 27:16,20
27:24 28:7,14,18
29:19 30:6,12,18
30:18,22 31:2,7,16
31:21 32:12,19
33:1,8,11,14,23
34:1,8 35:3,9,22
36:1,4,6 37:11,14
37:20,23 38:2,6,10
38:17,19,23 39:4
39:14,23 40:3,13
40:16,21 41:6,22
42:2,10,19,24
43:10,16,23 45:11
45:14,20 46:1,14
47:15,22 48:15,18
48:21,24 49:22
50:10 51:10,20
52:6,9,24 53:17,19

| | | | |
|---|---|---|---|
| 53:23 54:4,7,9,13 | 165:13,15,17,19 | 216:3,16 217:2,21 | 368:24 369:5,9 |
| 54:23 55:1,5,9,23 | 166:9,18 167:3,4 | 218:18,23,24 | 370:8,22 371:4,13 |
| 56:8,11 57:8 58:4 | 168:1,7,10,14,17 | 219:17 220:3,13 | 371:20 372:3,9,11 |
| 58:14 60:8,14,19 | 168:21 169:3,5,7 | 220:22,23 221:13 | 372:16,21 374:9 |
| 60:24 61:4,7,12 | 169:11,16,24 | 224:16 227:4,7 | 375:14 376:1,14 |
| 62:4 66:8,11 | 170:4,8,18,24 | 231:11 232:9 | 377:3,9,12,17 |
| 70:12 71:9 73:4 | 171:4,9,12,15,19 | 233:4,9,23 234:18 | 378:5,11,21 380:1 |
| 86:20 90:23 96:17 | 171:24 172:4,8,12 | 235:6,12,15,18,23 | 380:22 381:3,8,9 |
| 96:20 98:22 100:6 | 172:20 173:3,5,8 | 236:1,7 237:15,23 | 381:22 382:2,7 |
| 100:9 101:1 | 173:12,20 174:2,5 | 238:1,16,19 239:1 | 383:17,24 384:20 |
| 102:16 103:10,15 | 174:8,12,22 175:2 | 239:10,13,17,21 | 385:10,13,22 |
| 103:22 104:5 | 175:8,9,14,21,24 | 244:5 246:2,12 | 386:8,15 392:3,8 |
| 108:1,23 109:15 | 176:3,6,8,21 | 247:24 249:5 | 393:10,13 394:21 |
| 110:7 114:3,22 | 177:15 178:3,5,12 | 250:10,20 251:1,6 | 395:15 397:1,3,8 |
| 115:23 116:9,13 | 178:19,21,23 | 251:11,20 252:3 | 397:11,12 399:10 |
| 116:23 117:5,7 | 179:2,5,9,10,12 | 252:10,23 253:9 | 400:6 401:4 402:8 |
| 118:2,19,21 | 180:7,10,14,17,19 | 254:21,22 255:22 | 402:22 403:17,23 |
| 119:19 120:21 | 181:11,15,16,22 | 256:20 259:3 | 407:13 |
| 122:5,9 124:22 | 182:3,10,19 183:1 | 260:4,11,15,19,22 | **rights** 101:19 |
| 125:21 126:12,12 | 183:23 184:9,12 | 260:23 261:2,3,4 | 303:24 315:8 |
| 128:2,23 129:2 | 184:24 185:3,8,14 | 261:12,19 263:7 | **rip** 132:5,6,7 |
| 133:3,22,23 134:2 | 185:17 186:1,5,12 | 263:10,12,13,14 | **rise** 7:3 107:24 |
| 134:14,24 135:7 | 186:18,20,23 | 263:15,19,22 | 208:17 301:2 |
| 136:9,13,23 137:5 | 187:11,18 188:1 | 264:1,5 274:15 | 407:15 |
| 137:8,23 138:21 | 188:16,24 189:18 | 277:24 281:3,12 | **risk** 24:12,17,20 |
| 139:9 144:22 | 189:19,22 190:1,6 | 282:5 297:14 | 25:24 394:7 |
| 146:3,7,15,17 | 190:15,22 191:4,9 | 300:21 301:3,8 | **risks** 362:5 |
| 147:8,18 148:9 | 192:10,15,16,23 | 305:8 306:9 312:7 | **road** 14:21 70:13 |
| 150:1 151:13,17 | 193:13,14,21 | 318:7 327:20 | 266:21 |
| 152:13,20 153:7 | 194:6,14,17 195:7 | 335:3,13 342:8 | **rob** 38:10 39:22,23 |
| 153:10 154:4,9,21 | 195:11,17 196:1 | 348:9 351:2,21 | 40:2,6,10 41:20,20 |
| 155:5,16,24 156:3 | 196:12 197:6,19 | 352:9 356:13,23 | 41:24 43:3,3 |
| 156:16,24 157:5,9 | 197:21 198:4 | 357:14,24 358:12 | 52:17 |
| 157:11,15,18 | 199:12,20 200:23 | 358:20 359:1,4,20 | **rob's** 40:14 |
| 158:16,20 160:5,6 | 201:4,15,17,18,21 | 359:23 360:14,15 | **roi** 20:8 |
| 161:1,5,9,14,17,21 | 203:3,8,13 204:7 | 360:18,19 361:10 | **role** 63:8 113:5,6,9 |
| 162:2,8,12,19,23 | 205:11 208:7,18 | 361:24 362:14,17 | 173:7 174:10,15 |
| 163:2,6,11,14,17 | 209:8,14,19 | 362:21,22 363:9 | 174:19 200:19 |
| 163:19,20,24 | 211:17 212:5,14 | 363:10,14,15,21 | 211:15,16 214:21 |
| 164:4,7,10,14,18 | 212:19 213:7,16 | 364:8,15 366:22 | 262:17,22,23 |
| 164:21,24 165:11 | 213:18 214:7,8,16 | 367:10,15,20 | 263:12 264:4 |

266:10 268:20
274:13 275:9
280:17 285:18
313:24 326:6
338:19 340:9,23
349:16 363:8
364:7 381:22
382:11
**rose** 1:21
**roughly** 36:10
158:11 400:4
**round** 293:7
**roundabout** 347:4
**route** 140:22
**routed** 143:19
**routes** 113:10
**routing** 113:13
**rovner** 3:3
**royalties** 315:14
354:15
**royalty** 272:2,6
273:13 302:19,24
303:2,4,6,11,13,17
303:19,20,22,22
304:20,22 305:4
306:7 310:5
313:13,18 315:3
315:11,20,22,24
316:4,9,16,18,20
317:10,13,20
321:9,17 350:19
353:22 354:5,7,12
354:21 355:19
366:13,16 380:19
380:22 381:6
393:24 395:24
**rpr** 1:21
**rule** 159:20
**ruling** 245:19
247:8

**run** 76:12 210:3
**running** 187:15
235:16 315:11,20
316:9,16 362:22
**runs** 84:18 149:21
**russell** 2:4

**s**

**s** 2:1 3:1 5:1 6:1
265:20,21
**saddened** 57:19
**safe** 407:14
**safety** 60:24 61:7
61:12,17 62:13
63:6,23 64:9
**sal** 11:15
**sale** 307:12 319:9
323:6 324:10
326:1,2 365:7
366:15 372:6,7
380:17
**sales** 149:8 271:17
271:22 274:1,5,6,6
274:8,15 275:1,4,5
275:8 277:14,15
277:22 278:3,4,8,9
278:10,13,16
279:10,18 281:20
282:15 283:12,15
283:16 290:1,4,13
290:20 291:12,16
293:5,15 294:1,5
294:16 295:8,10
296:1,4,13 297:1,9
297:19 298:5,15
298:18 299:5,12
300:1,7 301:23
302:8,20 314:11
315:15,23 316:2
354:23 363:13,18
363:19,22 364:1,2
364:4,6 365:10,13

365:24 379:13,17
379:18,23 380:5
390:9 402:19
**salesman** 11:18
51:2 56:7,10
**sample** 82:22
147:9,10,21
**san** 3:11
**sandia** 21:13
32:18 35:3 142:7
142:18,19 143:12
144:3,8,11 280:5,8
284:15 285:16
286:19,23 287:14
291:1,4,13 295:1
296:8,18 297:10
300:1 319:1,17
323:10 324:7
325:23 326:2,22
327:4,8,10,13
332:16,18 337:2
340:5 341:18,18
342:2,3,5,14 343:5
343:12 344:10,23
346:13,18 347:3
347:12 352:4,12
353:9 355:7
361:21 363:20,23
364:6,19 366:22
367:14,19 369:12
373:15 379:13,19
380:15 388:18
398:6,7,13 399:22
400:11 401:23
402:3 403:14
**sandia's** 297:16
**sanghi** 16:21,22,23
28:6
**sat** 156:23 305:23
381:2

**satisfied** 90:3
118:7
**satisfies** 209:14
319:22
**satisfy** 294:24
328:4 373:6
**satisfying** 328:8
328:24 338:2
**saulsbury** 3:10
**save** 190:16 201:9
396:1
**savings** 57:10
344:11 347:17
351:12,17 352:3,4
353:18 395:23
396:8 397:8 399:9
401:3,19
**saw** 7:13,20 32:7
32:16 36:11 91:12
113:12 187:15
294:13 295:23
327:11 340:5
361:19 370:4
**saying** 14:18 18:8
27:13 40:11 44:5
53:11 63:1 89:17
89:22 103:3
122:10 125:24
166:20 171:7
177:11 182:15,15
182:16,18 184:21
191:8 192:6
193:19 195:21
201:24 204:17
216:17 221:1
225:2 228:10
233:16,17,24
234:11 236:3,9
248:24 251:13
255:19 256:4
288:6,9 303:8

[saying - selections]                                                                                           Page 55

305:1 310:4,12
329:20,21 330:15
330:17,23 341:7
344:21 363:17
364:3 368:1 389:7
391:4
**says** 12:2,9,17
13:6,12,14 14:5,10
29:10,12 30:3,7
33:5,17 34:3,9
36:5 41:2,10 43:8
43:19 51:23 52:12
53:8 55:7,7,10
56:3 57:2,6,13
58:15,17 59:6
64:17 70:5 93:18
93:20 100:14
103:23 110:15
113:8 120:13,16
122:22 127:23
146:5 176:10,12
177:20 178:22
184:14 187:2
191:22 192:18
193:15 196:10
211:14 214:18
216:13 217:1,6
238:15 242:15
244:15 254:11,14
256:7 259:9,10
273:22 276:21
304:17 329:10,13
332:22 340:22
343:1 345:22
368:20 378:15
388:1 389:23
390:11
**scanner** 127:9,11
127:12 128:1,6,16
128:19,21 181:11
181:15,24 182:14

190:21 191:1,11
191:12,16 194:2
**scanners** 190:23
**scanning** 191:4
**scenario** 120:9
182:7 192:11
258:6,20,21
**scheduling** 405:20
**science** 74:8,18
75:2 266:19
**scope** 167:6
169:17 206:8
221:24 224:22
225:24 226:21
227:2,9,12 229:22
241:4 247:6 314:4
314:8,14 315:3
384:9
**scorekeeping**
158:17
**scratchy** 205:8
**screen** 69:16 92:5
92:11,14,16 93:13
273:18 333:9
335:8 342:8,18
**screens** 91:14
**scroll** 29:14
147:15
**scrupulously**
169:10
**seal** 408:11
**search** 154:18
**seat** 7:9 108:2
208:19,23 282:24
301:4,9
**seated** 9:11 406:3
**second** 17:11 19:9
20:4 22:8 30:19
31:24 46:5 58:6,7
59:3 76:2 87:9
103:4 105:17,21

105:24 106:19
109:9 119:15
121:4,20 127:11
127:22,24 128:5
128:18 135:2
137:11 173:4
174:21,23 201:3
201:13 202:9
203:11 204:4,6
219:7,11 233:11
235:11 236:16
262:16 272:1
276:24 280:3,21
285:16 302:2,3
319:17 364:3
387:9,14
**seconds** 121:5
**section** 177:19
223:1 287:4,7,9,13
287:15 327:6
332:17
**sections** 224:8
**secure** 77:18
**security** 149:11
**see** 8:10 11:14
16:3 19:10 27:2,6
27:8 35:22 36:2
37:6 39:2,16
45:24 47:4 49:24
50:24 58:22 69:16
84:5 92:22 95:18
99:8 100:4 111:14
115:1 116:24
123:15,16,17
125:9 126:24
129:20 132:11
136:10 150:11
156:21 160:21
168:15 173:7,23
219:1 224:2,7,11
226:20 229:3

236:17 241:21
242:1,14 243:1
247:3 249:14
263:1 269:2 280:6
281:24 285:6
287:16 288:13
296:16 307:20
309:2 311:13
313:21 321:19
322:4 323:11
326:14 328:20
329:2 336:1,13
337:18 339:14
342:4 343:14
347:10 348:19
349:4 353:24
356:10 375:20
396:20 405:22
407:10
**seeing** 193:20,21
193:21 244:15
283:14
**seek** 222:19
**seeking** 206:4
**seen** 24:17 37:1
90:24 96:20
225:14,15 229:17
317:5 323:3
328:15 331:11
389:14,22 403:9
**sees** 46:7 242:22
242:23
**segment** 101:15
106:11 117:6
240:5 241:9
**segments** 101:11
239:17
**select** 120:10
**selected** 120:13
**selections** 93:21

[self - showed]

**self** 70:7
**sell** 33:7,12 40:8
  40:12 42:6 60:15
  275:18 279:5
  296:14 298:9
  315:19 323:9
  324:16,22 352:11
**selling** 60:19
  285:24 295:4
  297:18,22 307:22
  309:12 314:9,17
  315:16 321:4
  328:21 346:20
  362:24 368:6
**sells** 279:17
  280:18 373:14,16
**send** 93:20 98:13
  120:17 121:15
  203:17 204:9
  216:17 220:18
  224:19 234:1
  235:21 236:4
  237:4,7,13 252:24
  253:11,20 254:4
  258:4,17 261:10
  322:16
**sending** 122:3
  123:1 127:18
  138:10 216:20,23
  217:6 236:6
  256:23 324:23
**sends** 88:13,15
  89:16 93:17
  116:18 120:12
  127:16 175:12
  217:1 234:12,14
  236:5,10,12
**senior** 62:3 75:5
**sense** 45:23 71:8
  104:20 252:16
  255:7 305:9

306:21 315:17
328:2 345:7,9
396:3 403:2
**sent** 7:12 17:11
  25:20,21 30:17
  31:6 43:5 44:21
  47:13 120:2 121:3
  121:7 122:1,11,12
  123:8 124:10
  127:20 181:6
  190:2 196:17
  211:4 255:7
  292:16
**sentence** 69:20
  70:5 211:14
**separate** 98:22
  103:5,14 111:17
  126:5,19,20 127:3
  128:11,12 129:6
  130:24,24 131:1
  135:11,20,24
  136:1,2,6,8 138:2
  138:3,3,7,8,9
  152:23 182:11
  185:21 193:17
  218:20 250:24
  251:3 256:8
  257:24
**separately** 115:10
  128:8 198:18
**september** 279:21
  281:15,19 297:10
**sequence** 63:14
**sequentially**
  200:13
**serial** 80:19,23
  81:2
**serve** 29:5 104:18
  293:24
**served** 158:10

**server** 151:23
  152:24
**service** 77:15
**services** 1:8 77:6
**serving** 404:13
**set** 23:21 29:15
  32:10 54:22
  123:20 168:9
  169:8 198:20
  200:21 205:3
  213:6 233:20
  263:18 264:1,4
  284:2 286:7
  309:22 332:17
**sets** 98:20,20
  123:15 181:13
  273:19 310:6
  352:5
**setting** 157:18,20
  312:4
**setup** 184:22
**seven** 59:6 268:11
  268:11 285:23
  305:13 315:18
  328:20 371:15
**sgbfirm.com** 2:14
  2:15,15,16
**shack** 75:9
**shape** 87:2
**share** 106:12
  237:24 239:12,16
  240:5 241:9
**shared** 101:2,23
  102:5,11,20 103:2
  103:8,12 105:1
  106:10 107:1
  115:21 117:9,11
  117:22,22 118:11
  119:8,17 120:3
  121:8 123:9,10
  124:1,11 126:2

128:2 129:7
144:16 196:18
201:13 219:8
220:11 221:5
238:4,7,16,22
239:4 240:18,24
241:6 242:2,4,4,6
242:15,17 243:23
246:10 247:22
249:3 251:18
254:19 255:4
257:20 258:1
259:7,15 383:14
**shaw** 2:3,3
**shawkeller.com**
  2:7,7
**sheet** 35:17
**shelf** 184:19,23
  185:4,15 189:18
  191:12
**shifted** 71:6
**ship** 298:11
  368:19
**shipping** 298:1
**short** 11:22,23
  12:3 107:14,19
**shorthand** 99:9
  280:7 408:7
**shortly** 75:24
  388:9
**show** 91:15,16
  128:24 144:7
  209:13 210:5
  223:11,21 226:18
  339:1 357:5
  370:13
**showed** 46:9
  123:12 180:10
  181:10,13,17,23
  244:3

**showing** 34:4 92:6
92:19 111:21
112:19 182:14
329:6 336:20
343:10 345:19
**shown** 218:11
223:8 255:3
257:19 258:13,15
259:14,21
**shows** 87:6 173:14
237:21 355:2
**sic** 70:14
**sick** 205:9
**side** 7:24 8:1 61:12
61:17 62:14 63:6
63:24 112:5,7
113:18,19 115:2,3
115:4 121:14
122:9 129:21
133:2,3,14,14
144:22 158:1
182:8,9 210:2,2,23
210:23 214:2,2
216:23 217:22,23
260:18 308:6,13
335:8 342:8 351:3
351:5,7,8 352:9
360:7 393:22
394:17
**sidebar** 198:1
205:23,24 206:2
207:6 222:1,4
227:19 228:3,5,22
243:14,16 247:18
**sides** 55:9 113:17
132:2 138:6 201:1
306:24 311:11
**signal** 87:11 89:16
254:4
**signals** 87:11 88:7
99:10 132:11

252:24 253:11,20
255:7 256:23
**signature** 408:13
**significance** 375:4
**significant** 204:23
289:8 323:24
329:13
**silicon** 41:21 42:1
288:3 323:1 325:5
**similar** 20:7 82:17
96:6 142:8 156:22
271:5 309:12
323:16 338:1,4
349:7 386:14
393:19
**similarly** 313:10
**simple** 102:19
105:4 134:23
262:20
**simplify** 190:19
**simply** 270:13
271:7
**simultaneous**
104:3,7 105:6
119:22 120:1
121:21 123:7
124:9 196:16
197:3 200:17
201:20 202:12,13
202:14 203:3,18
211:3,20 212:4
213:20 214:13
215:13,14 216:2
225:5 231:7
233:14 236:16,18
237:17 249:18,24
250:4,9,19 252:6
252:15 253:6
255:10
**simultaneously**
102:1,4,9 115:19

117:10 118:12
120:19 145:2
195:23,24 202:1,2
203:7,12 204:6
210:14 233:21
234:8,16 236:7
237:8 238:24
239:5 249:4
251:19 253:2,11
253:20 254:12,13
254:16,17,23
255:6,13 256:10
256:22 257:16
383:15
**single** 16:11 20:6
40:20 52:3,4 59:9
140:2,7,8,9,11,14
140:15 143:13,15
144:24 183:7
191:24 192:2,19
209:11 250:22
258:6 264:20,21
284:16,19 285:9
286:2 289:7 291:9
294:24 314:13
319:23 328:5
329:1 330:6,7,18
331:13,18 332:23
332:24 335:2,4,6
335:10,14,19
337:13 338:2
340:11,14,20
344:3,5,7,12 345:2
345:4 348:12
349:19 350:8
370:24 372:11
373:7 374:15
397:15,16
**sir** 15:16 68:2
159:11,22 218:10
257:17

**sit** 75:20 269:16
305:7,11 315:5
**sits** 84:17 125:1
188:21
**sitting** 86:10
163:19 304:24
307:19 308:15
313:7 315:15
317:24
**situation** 321:15
321:17 322:18,23
323:8,21 324:4
**six** 267:6 285:23
308:17 373:11
**size** 87:2
**slayden** 2:9,10 4:7
7:7 8:22 11:8
22:12 26:19,22
28:12 31:19 35:7
37:9 49:20 64:15
64:20 65:19,23
66:1,5,15,23 67:8
67:14,20,24 68:2,4
68:9,12,15,19,22
69:9,12,19,22
72:11
**slide** 74:1 78:18
112:23 148:6
170:23 172:17,23
173:17 180:5,9,13
186:3,8 187:9,21
188:20 189:2,3,24
190:19 218:6
219:1,11,18 220:6
232:14,17,23
233:15 234:4,5
237:18 238:3,12
239:7 250:16
251:16,24 254:18
260:3 273:11
279:14 281:14,24

[slide - sounds]                                                                    Page 58

295:23 297:3
300:13 301:22
311:18 315:12
318:18 329:6,10
336:20 338:24
343:8,10 345:17
345:19 355:2,16
385:18 391:7
393:16 399:7
**slides**   28:21 32:10
73:20,23 86:8
90:12 94:2,5
100:5 109:3
144:13 150:24
180:24 181:3,6
266:13
**slightly**   29:6
238:14
**slowly**   312:9
**small**   18:22 19:3
90:15 117:1 292:8
298:22 310:14
361:16 377:7
**smart**   91:8
**smartphones**
81:15
**smith**   78:2,3
146:22
**smsc**   70:10 308:7
308:8,12,22 309:5
317:24 351:3
352:8 353:22
381:1
**social**   151:14,16
**software**   74:23
77:5,8,17 81:17
84:16 116:3,5,7
118:1 128:16,19
148:18 149:2,8
154:19 263:18

**sold**   272:4 274:13
274:20 275:3,12
275:23 278:11
279:20 294:13,13
295:15 296:8
297:23 298:13
302:1 307:11
317:1,8 327:23
346:14,21 347:2,3
347:7 363:8 364:8
370:18 376:6
**sole**   53:23 54:2,11
63:24 288:2
**solely**   364:18
**solution**   12:10,12
12:12,18,18,19
13:8,10,11,15
14:11,14 16:10
18:17,20,21 19:4
20:7 21:12 29:4,8
31:2 33:8,13,21,22
33:24 40:19 41:5
47:5 52:18 59:9
69:7 71:6,21,23
170:18 286:5
287:23 288:3
289:12 291:1,5
320:3 331:17
332:3 333:17,19
333:22 335:4,16
340:11,16 341:14
341:16,17 342:2
342:10,11,13,17
342:21 343:2
344:8,23 346:4
347:18 348:9
349:20,23 362:5
365:15 366:20
367:13 369:5,20
371:1 376:6,17
386:14 388:2,11

388:20 389:15,17
391:10,14,14
394:8,20 395:6
396:4,7 397:6,15
397:18,20,24
398:8 401:1,2,17
**solutions**   1:23
15:10 336:2 337:7
337:10 338:4,5
339:18 341:1
351:15,16 373:12
373:18 382:1
389:10 396:16
397:10
**solve**   18:18
**solved**   382:13,17
382:18 383:1
**solving**   382:22
**somebody**   41:8
44:16 47:18 61:20
93:18 278:9 294:9
321:13
**song**   120:17,22
121:2
**songs**   120:18
**soon**   107:16
115:15
**sophisticated**
91:13
**sorry**   9:11 24:24
25:8 26:21 30:20
30:23 32:13 34:12
42:21 46:21 47:8
61:1 64:20 67:3
68:11 71:15 75:1
116:7 126:16,16
135:3 150:2
153:22,23 167:15
174:13 176:17,18
177:2 180:21
183:2 194:7

198:15 203:4
205:18,21 211:15
222:11 225:18
227:4 228:2
229:10 231:12
232:23 234:4,4
238:5 239:2 241:1
243:14 249:21
267:10
**sort**   182:6 184:4
267:14,19 268:5
270:21 272:21
273:19,23 276:6,7
276:12 286:20,21
289:11 290:16
292:7 294:7 296:1
301:21 302:10,13
303:4 304:24
307:13 309:21,23
310:3 311:3,9
313:6,17 315:2,13
315:22 316:14
318:4 320:5,15
323:16 324:23
331:8 334:6,15
335:1 339:3,9
342:14 343:13,15
344:6 349:9 352:1
355:13 356:20
365:15 366:1
368:10 372:5
373:10 376:20
379:1 392:14
396:24 402:12
405:12
**sorts**   306:6 358:5
**sound**   158:20
**sounds**   129:22
160:22 175:9
192:16 293:18
383:19

**source**  53:23 54:2
   54:12 84:15 288:2
   325:1
**space**  339:12
   379:22
**sparta**  13:7 34:6
**speak**  75:17 97:23
   186:21 204:9
   405:20
**speaking**  64:19
   205:19 382:9
**speaks**  97:14,18
**spec**  35:16 86:5
   185:8 214:20
**special**  80:21
   81:24 97:20 101:9
   102:13 103:17,21
   104:12 105:5,22
   106:2 118:22
   119:21,23 126:8
   128:19 130:22
   144:20 195:9,14
   195:15,22 206:13
   206:14
**specialized**  78:5
**specific**  78:19
   81:10 85:10
   109:20 111:4,6,10
   114:20 150:21
   154:22 179:5,8
   186:15,16 223:5
   223:19 239:23
   273:1,9 337:1
   376:18,22
**specifically**  25:12
   84:3 134:4 145:8
   148:19,23 154:20
   188:14 205:13
   206:22 238:11
   249:17 250:2

**specification**  35:2
   85:9 87:8,15
   95:11,22 155:16
   155:18 156:3,16
   157:4,15 177:15
   191:18 193:2
   215:4 216:6 230:7
   254:11 262:21
**specifications**
   84:11 85:5 86:7
   86:21,22 87:2,10
   87:21 110:20
**specifies**  304:9
**speech**  148:18,19
   154:18
**speed**  36:3 79:3
   279:16
**spell**  73:7 265:18
**spend**  245:4 294:6
   294:15 405:9
**spent**  266:21
   295:10 297:20
   394:2
**split**  391:4
**spoke**  42:20,21
   165:24
**spoofed**  33:20,20
**spotify**  120:8,10
   120:13 130:19
   216:10,10
**spreadsheet**  282:5
   282:9
**sroka**  31:15 32:1,7
   33:4
**sroka's**  32:17
**staff**  272:19
   279:18 312:21
**stake**  352:1
**stand**  19:3 52:7
   73:5 107:21
   185:18 216:8

300:22
**standalone**  18:23
**standard**  47:5
   54:24 86:15 90:7
   90:7,9 157:17,20
   175:1 177:3,4,7,8
   178:4 179:10
   183:9,12 184:19
   184:23 185:4,13
   185:15,18 187:24
   188:6,10 189:20
   191:12,16 193:1
   194:3,5,10,16,18
   217:2,6,14,20
   264:18,22 313:18
   362:4 369:20
   389:9 390:3,23,24
   395:6
**standards**  79:8,11
   79:13,17 157:19
   389:20
**standing**  9:8 227:6
   377:21 378:4
   408:3
**standpoint**  284:23
   289:8 298:16
   302:15 314:15
   342:21
**stands**  111:4
   116:13 174:4,7
**stanley**  81:11
**start**  11:11,21
   17:10 22:15 39:19
   50:13,15 71:5
   78:11 97:1 100:24
   107:12 109:5
   120:21 122:22
   125:11 145:23
   156:9,24 184:3
   198:19 199:15
   210:12 260:16

291:2 294:11
   300:23 319:5
   320:7 331:9 363:6
   392:5 405:4,23
**started**  70:6 92:16
   145:24 315:16
   337:23 364:1
**starting**  31:5 58:8
   70:17 147:6 242:7
   262:15 332:14
   363:20 364:10
   401:3,20
**starts**  125:9
   127:17 387:23
**state**  8:8 73:6
   265:17
**stated**  18:5 137:13
**statement**  43:14
   224:23 238:10
   241:16 323:17
   332:20 341:2
   366:8
**statements**  50:3,7
   223:5,19 224:11
   224:15
**states**  1:1 149:20
   149:23 379:24
   380:7
**stations**  91:15
   92:19
**statistics**  267:18
**status**  24:7,15
   187:16 251:3
**statute**  302:11
**stay**  255:14,16
   330:13 331:1
   407:4,14
**staying**  391:1
**steer**  404:24
**step**  9:13 72:16
   91:10 265:4

[step - sure]                                                                    Page 60

276:11 277:23
278:15 289:3
290:5 292:14
296:9,10 321:1
366:2 402:24
403:24
**stephen** 4:16
265:14,19,23
266:8
**steps** 292:5
**steve** 16:21,22,23
28:6 91:6
**stick** 89:15 97:5,11
97:16 101:14,17
101:20 105:9
106:5,6,8,13,18,20
106:22,24 112:21
141:13,16 143:22
144:1 178:16
335:2,3
**stock** 81:12,18,18
**stop** 101:12 277:3
281:16
**stopped** 213:19
336:23 379:21
**storage** 101:19
184:17 185:6
**store** 98:9,14
126:22 135:24
138:2,7 321:3
**stored** 263:22
**stores** 98:11
**storing** 126:23
138:14
**story** 57:24
**straightforward**
138:11
**strange** 63:10
**strategy** 286:22,23
**straying** 378:22

**streaming** 78:1
148:12 220:21
**street** 1:17,24 2:5
3:4,10
**strike** 56:4 255:22
255:22 258:13
365:1
**structure** 170:3
220:9 309:19
314:24 316:5,5,9
316:16 379:5
**structured** 261:14
**struggling** 19:1
**studied** 222:6
367:3,6
**study** 74:9 76:6
**studying** 340:24
**stuff** 190:8 300:9
311:8 336:6
341:23 390:1
396:18
**sub** 379:3
**subject** 26:22
49:21 148:2
247:24
**submitted** 146:2
153:5 168:12
180:24 248:14
**subsidiaries** 78:6
377:11
**substantial** 386:18
**substitute** 277:17
285:1 365:18
**substituted** 347:22
**substitutes** 277:2
283:21 284:8,24
**subtle** 96:11
**succeed** 24:21
**success** 318:8
326:22 327:22

**successful** 316:2
318:11
**successfully**
385:24
**successively**
276:12
**suddenly** 54:12
**sue** 378:5
**suffered** 271:16
299:17
**sufficient** 290:3
**suggest** 347:5
**suggesting** 324:16
**suggests** 373:11
**suing** 379:3
**suit** 84:2
**suite** 1:24
**sum** 355:14
**summarize** 275:14
313:24 348:2
350:22 355:14
**summarized** 73:22
73:23 117:13
290:15 349:12
**summarizes**
318:18
**summary** 18:4
76:24 144:13
271:11 273:11
339:3 383:23
**sunday** 406:9,12
**supervision** 408:7
**supplied** 380:14
**supplier** 57:19
64:1 286:7 321:6
323:1 371:16
**suppliers** 298:22
376:5,5
**supplies** 72:1
**supply** 53:19 54:6
55:1 149:2,4

154:16 311:14
319:7 320:15,17
321:3 324:6 354:1
**supplying** 319:6
320:16 325:6
361:7
**support** 57:3
70:21 150:18
234:19 237:7,16
315:11 329:11,15
329:18 371:18,22
**supporting** 18:16
171:3,17
**supports** 89:11
129:16 179:7
328:17 392:14
**suppose** 258:19,22
393:17
**supposed** 381:10
381:15
**sure** 11:5 16:12,14
19:18 20:8,11
22:9 32:15 34:15
34:17,18 39:10,16
43:7 44:17,18
49:13 50:23 51:12
57:21 59:11,18
60:16 62:24 63:9
63:18 70:13 74:2
74:6 76:20 78:8
78:22 85:8 86:1
90:15 91:20 137:9
142:11 144:16
150:4 157:24
160:13 161:10
169:1 174:14
183:4 189:23
192:13 194:9
199:2 203:5
221:14 225:6
231:14 235:24

**[sure - talking]**

249:23 266:18
271:13 283:7
312:22 313:2
314:2 341:13
351:22 360:1
361:22 378:3
398:2
**surprise**  337:23
**surprised**  158:18
**surprising**  344:16
**surprisingly**  287:5
**sustained**  64:24
162:15 167:7
**swath**  357:17
**sweep**  154:11
**swim**  375:18,19
**switch**  113:21
141:2 143:24
335:24
**switched**  336:16
**switches**  141:15
336:1,3,18
**switching**  113:12
336:15
**sworn**  265:24
408:5
**symbiotic**  55:8
**synchronized**  78:9
258:21
**synonymous**
333:19
**system**  14:12
83:17 95:17 132:1
132:3 149:8
152:20,21 178:10
178:16,19 201:23
220:15 236:22
250:18 252:14,19
252:22 253:7,10
253:18 254:1,3
255:2,20,24

256:19 257:18
258:12,15 259:4
259:14,21 261:9
330:13 331:1
343:18 348:11
349:15,21,23
**systems**  85:2
152:6,18

**t**

**t**  5:1 6:1 73:9
265:20 408:1,1
**table**  305:8,12,16
307:20 308:13,15
308:22,24 309:14
313:8 318:5 348:6
349:11 350:5
351:1,2 352:9
393:16,18,22
394:18 395:10
**tables**  327:6
**tack**  125:5 131:20
**tackle**  406:5
**tag**  82:11,13,18,20
**take**  8:21 11:21
12:24 13:1 15:13
23:17,18,24 24:1
25:13 26:6,13
27:24 29:22 31:9
31:24 34:17 39:18
45:15,17 46:4
49:3 50:23 51:5
51:16 55:13 58:3
58:4 68:19 72:17
73:24 78:12 82:2
92:9 104:17 107:8
107:14,19 108:10
117:6 118:19
120:8 142:6
149:17,19 152:9
157:23 158:6
162:11 165:23

177:17 184:2
191:17,21 199:16
199:22 205:2,3
207:19 208:3
209:11 212:22
214:11 216:13
221:17 232:15
238:11 242:7
248:20 260:3
265:7 274:2
275:16 291:8
300:10,11,12,17
326:15,21 333:6
351:14 354:10,12
370:5 381:10,15
383:18 399:9,10
399:14 402:16,17
405:13
**taken**  39:2,5 43:10
107:23 208:16
272:19 298:13
300:24 318:14
401:12 408:4
**takes**  29:18 58:20
96:13 106:2
120:24 141:9
189:12 267:17
**talk**  74:11,20,21
75:13 76:16,22,23
89:7,9,12 91:3
92:3 98:24 102:8
102:11 104:11
105:14 106:4
107:6 109:3
111:24 113:16,20
115:11,12,14,19
115:21 116:16
128:16,17 129:8
130:7,8,13 133:1
139:18 145:2
148:2 172:14

183:21 185:23
197:20 202:5,8
205:6,10,13 207:9
207:22,23 210:13
215:8 217:17
226:5,9 232:12
250:15 270:24
271:14 273:13
284:9 303:1
317:11 318:7,15
361:11 380:18
383:3,8 385:15
390:22 393:13,21
395:22 404:9
**talked**  39:13 42:17
71:10 98:7 101:4
102:10 107:4,5
114:24 126:23
134:3 135:12
139:21 146:12
195:8 202:11,15
287:19 292:2
298:19 307:4
322:9 324:19
328:1 330:4 332:5
337:2,3 352:14
367:9 371:19
384:13
**talking**  10:3 17:16
21:14 35:14 51:8
51:22 53:3 59:5
61:22 70:6 86:11
90:21 94:2 95:20
96:16 99:14
107:12 109:1
111:2 113:1,24
139:17 144:17
167:1 177:2,3,6
189:17 191:10,15
192:24 193:4
195:5 199:15,19

200:8,20 203:14
203:15 209:5
214:14,15 215:10
215:12,14,23
219:15 223:5
237:2 240:15
245:7 248:16
275:7 288:5 290:7
301:14 329:8
334:21 336:17
338:19 340:1
352:18 354:11
378:5 379:15
390:11,22
**talks** 78:19 95:23
113:18,20 115:3,4
288:17
**tamburri** 1:21
**tangri** 3:8
**tanning** 77:16
81:7,8,8
**tape** 77:4 79:4
**taught** 70:8
**teams** 52:11 298:6
**tease** 96:13
**technical** 20:5
24:14,21 25:23
70:21 83:16
146:14 156:16
273:3 284:10,12
284:23 285:20
286:22 316:21
336:6 371:19
372:24 373:2,24
374:1 375:5,16
384:2
**technically** 29:3,9
308:11 389:24
**technicians** 80:3
**technologies** 70:11
85:2

**technology** 1:4
20:3 26:14 73:2
77:16 81:7 82:16
82:24 95:10,13,17
95:23 146:9
148:16 152:4
158:8 186:19
268:14 272:23
316:23 318:10
322:22 327:21,23
329:19 330:2,19
331:24 337:20
339:17 343:6
345:1,8 347:23
348:4 351:20
352:4 378:9,12,16
378:18 379:12,16
380:1,5 384:6
385:21 401:9
402:14
**tecvox** 10:5,8,16
13:21 15:22 17:17
18:8 21:21 28:7
28:22 298:23
**tecvox's** 18:20
**teeth** 331:9
**telecommunicati...**
94:17
**telecommunicati...**
77:8 148:20
**telephone** 77:9
82:4
**tell** 55:21 90:4
246:3 254:2 255:2
266:16 276:1
285:11 293:13
307:19 375:6
384:14 404:13,15
404:16 408:5
**telling** 181:24
182:1 277:24

285:7 343:3 373:5
376:16 385:4
395:2
**tells** 289:10 293:16
307:18,23 328:23
371:17 398:21,23
**temporarily** 98:14
135:17
**tenant** 313:9
**tender** 83:15
270:3
**tense** 255:11
257:15
**term** 11:22,23
12:3 13:2,6 14:8
53:16,19 54:6,16
55:1 57:11 71:14
89:21 113:6
127:13 134:4
140:8 236:14
241:13 242:2
243:9 246:8 314:3
**terminal** 79:20
**terminals** 80:8,23
**terms** 8:20 248:2
293:12 295:16
296:20 307:24
308:1 317:12
348:10 351:23
383:23 385:12
392:9 395:17
400:16 401:19
**terrible** 255:23
**terrific** 27:7
**test** 43:21 85:4,7
132:2,2 246:22
273:20,21 292:14
298:8,11
**tested** 119:5
129:15,17 132:19
292:15 346:19

385:24
**testified** 68:23
71:24 83:1,4
147:8 148:3,8,11
149:22 151:3
152:3,6 162:22
163:5 170:15
180:17 181:3
187:22 190:3
206:6,8,11 246:18
247:7 266:1
268:13,16,20,24
269:13 292:22
295:3 324:13
325:9 328:10
360:1 389:2
**testify** 186:4,9
356:22 357:7,12
357:13,23 358:7
361:3 368:24
374:19,21
**testifying** 149:24
158:2 206:17
**testimony** 1:12
60:6,18 84:23
166:5 186:1
187:10,14 195:7
195:20 206:5,9
207:24 225:20,21
229:20 230:1,4
249:11 266:14
270:22 271:5
292:24 320:11
328:15,15,17
360:20 388:24
389:12 408:4,6,9
**testing** 132:1,1
136:4 298:1
**texas** 2:13 266:9
267:1,7

text  212:18,24
tfenton  2:16
thailand  292:16
thank  7:12 8:15
  9:19 28:18 50:11
  65:17 90:10
  118:18 124:19
  131:23 159:9
  199:6 208:14
  209:2 210:21
  227:17 234:23
  265:5,10 283:10
  289:21 301:11
  388:22 400:22
  407:12
theme  232:16
theoretically
  252:8
theories  267:16
theory  252:7
thereof  408:10
thesis  75:4,16 76:1
thick  169:13 205:5
thing  26:13 30:10
  32:14 80:16 86:23
  89:15 96:8,9 97:6
  99:5 112:12,24
  113:4,14 116:19
  117:8 118:20
  123:14 128:9
  151:11 162:1,6,7
  190:10 195:4,21
  222:20 223:10,17
  223:19 226:8
  228:7,11 254:8
  276:17,23 277:5
  279:7 284:9 303:8
  316:21 319:18
  327:18 329:22
  340:5 343:15
  344:6 350:7 352:7

352:16 357:1
  393:23
things  41:7,9
  61:18 85:3 110:13
  166:21 172:9
  184:12 191:8
  206:21 207:2
  208:6 234:16
  236:6,24 249:19
  250:1 265:7 273:2
  276:11 277:20
  284:3 294:4,7
  297:17 306:6
  307:18 309:20
  312:3,18 313:2
  316:17 317:21
  318:22 320:4
  327:2 329:21
  330:4 332:4 338:4
  341:7,20 357:2,22
  358:6 367:6
  369:20 370:11
  372:19 384:8
  395:1 396:6
  404:18 405:11
think  8:2,7,12,19
  12:17 16:2 20:17
  21:20 32:21,23
  34:19 38:12 44:6
  44:6,13,15,23
  54:19 55:20 71:24
  79:14 89:20 106:2
  109:7 111:2
  136:10 138:22
  147:23 152:8
  154:5 164:2
  180:11 181:5
  188:7,13 189:6
  192:11 207:3
  209:14 226:20
  228:14 233:18

240:10 241:15
  243:11 245:2
  247:6 257:23
  258:6 259:5,18,20
  268:10 269:15
  279:14 282:23
  283:5 285:23
  286:17,20 290:14
  293:2 294:13
  295:3 296:12
  300:15 302:21
  303:7 307:1 309:3
  309:18 310:14,15
  312:10 320:14
  322:9 323:18
  325:20 330:16
  333:18 347:8,18
  351:24 353:3
  354:4 355:13,17
  362:5,10,23
  366:11 368:1
  369:14,19 371:2
  376:16 377:4
  382:3,17,20
  388:20 389:3,6,13
  389:17 390:16
  391:24 392:7,9,13
  392:22 393:1
  394:19,22 395:7,8
  405:6,21
thinking  30:24
  179:20 404:19
  406:24
thinks  18:9
third  24:1 87:14
  211:6 227:5 242:7
  277:23 291:3
  301:23 319:21
  330:11 340:8
  363:20 364:2,10
  364:15 368:22

thirds  152:13
  203:6
thought  18:12
  55:20 78:24 81:5
  82:23 94:19
  110:14 171:23
  222:16 223:13
  329:13 350:20
  351:5 362:2,3
  383:22 389:23
  391:7 392:16
thoughts  404:18
thousand  94:12
thousands  121:1,2
  236:18,20
thread  19:15,22
  50:17 53:7
threat  21:18 24:15
  24:22 25:24 31:1
  321:24
three  52:15 86:16
  87:19 88:20,21
  95:3 100:12 125:2
  160:24 170:17
  171:3,17,24
  172:11 249:11
  268:13 278:5
  282:19 283:5
  292:5 330:3 340:6
  372:3,7,10,19
  373:1,13,22 374:2
  375:11 376:13
  387:21
threshold  403:14
throat  205:9
thursday  11:3
ti  288:20
tie  83:11
tied  23:6,19
tier  298:22 320:16

**time**   1:16 15:13
16:11,23 17:22
19:2 20:22 21:8
21:17 23:8 30:6
30:10 31:2 33:10
42:16 44:19 50:13
50:23 57:21 58:21
68:24 70:16 71:8
75:13 76:3 78:15
79:7 80:6,17 89:4
97:19,24 98:3
102:4,14 104:1,12
104:14,18 106:1
108:21 119:5
121:3 129:9
135:16 144:21
146:13,14,18,19
147:2 160:5,11,12
183:14 190:16
197:5,13,17
199:22 204:16,20
207:24 208:6
220:21 221:4,8
234:2,13,15 236:4
236:6,11,13 237:1
241:2 245:5
250:10,14 251:1,6
251:8,10 252:8,9
252:18 253:2,21
254:4 255:8,22
256:3,11,22,23
257:1,21 258:5,11
258:18 259:8,17
261:4,12 268:8
269:16 276:8
282:21 290:23,24
294:11 305:17
307:21,22 309:5
312:10 323:14
326:17 329:8
336:22 353:8,16

354:21 361:20
364:14 365:11
366:3,10,12,19
368:17 373:11
381:12 387:17
389:12 397:24
398:6,12 399:22
400:10,13 401:22
403:3 405:10
407:3 408:4
**timeframe**   16:9
71:1 354:4 403:9
**timeline**   29:16,24
355:6 385:15
388:7,15,21 391:3
393:9
**times**   105:17,20,24
121:4,5,20 158:3
201:3,12 233:11
236:19,21 237:13
268:11,13,15,18
269:1 304:6 317:5
317:15 322:10
**timing**   307:5
314:21 352:17
**timothy**   3:10
**tiny**   293:11,11
**today**   20:20 21:1
73:20 75:14 94:24
109:3 160:11
190:5 195:5 227:9
229:21 244:14
247:7 248:24
266:14 271:12,15
274:16 304:24
315:7 406:21
**token**   217:17
**told**   30:5 43:16,23
44:12 48:10
284:22 330:16
367:17 368:9

374:7 385:2
**tomorrow**   406:22
**tone**   77:21
**toolkit**   267:17
357:16
**top**   14:5 15:3
19:12,20 22:16
36:2 39:19 46:5
58:6,7 75:19 82:9
86:12 87:24 88:11
90:17 95:18 96:22
97:7,12 99:20
100:14 137:16
146:6 150:5,6,12
156:11 184:9
219:14 297:19
299:24 318:7
339:6
**topics**   107:10
**total**   131:21
160:10 272:8,8
279:21 282:4
290:19 333:14
355:17,23 364:24
402:21
**totally**   38:8 202:13
**totals**   291:14
**touch**   93:15
**touched**   93:18
288:18
**tower**   2:12
**tr3**   75:9
**track**   24:13
**trackball**   192:1,8
193:13 194:4,4,12
194:14,20
**trade**   345:6
348:20 351:24
**trades**   81:18
**traffic**   220:23
221:1

**transaction**
236:19
**transactions**   77:18
77:19,19 149:3,10
149:10,13 150:14
150:16,20 151:15
152:2,23 153:2,3
154:15,24 155:1,2
237:5
**transcribed**   408:7
**transcript**   1:11
361:18 408:8
**transcription**
408:8
**transfer**   87:17
121:9 130:19,20
133:12 145:8
215:6 220:11,16
**transferred**   133:8
215:8 216:7
**transferring**
117:16 123:11
145:9
**transfers**   117:18
121:13 133:7,10
145:11 215:6
**transformers**   80:4
**transmit**   134:17
134:21,22 136:20
137:4
**transmitted**   87:12
88:7 135:18
151:21 153:4
**transpired**   46:13
**transported**   99:11
**treat**   50:5
**trespass**   304:5
**trial**   10:22 22:1
26:8 28:2 31:11
34:22 36:15,19
49:5 66:13 67:6

67:12 83:1 108:15
109:22 153:14
155:22 160:12
167:21 198:5
199:4 231:18
268:13 314:22
384:18,19 387:2
**trials** 356:23 357:8
357:12
**triangle** 90:17
**triangulate** 396:19
**tried** 169:10
**triggers** 307:14
**trim** 190:9
**truck** 336:11
**true** 12:14 18:24
19:1 31:8 40:23
43:24 50:6 52:11
59:13,15,17,19
61:8 71:4,18
161:16 178:2
408:8
**truman** 2:11 72:24
**trust** 55:9 96:15
400:19,21 402:23
**truth** 50:6,9 408:5
408:5,6
**try** 7:14 75:21
103:24 107:20
208:4,11 356:2
380:24 405:17
406:20
**trying** 14:16 18:14
33:7,12 40:8,12
63:13 96:12 98:1
104:11 180:23
188:17 220:18
240:9 243:6,18
245:2 267:15
275:21 283:7
294:19 295:22

297:15 301:21
312:5 313:3 318:1
318:3 320:22
321:13 333:20
338:14
**tsaulsbury** 3:13
**tsmc** 292:11
298:11
**tune** 346:22
**turn** 71:18 133:21
229:5 231:24
241:19 243:4
262:9 270:9
287:11 303:16
338:21 339:21
**turning** 278:24
325:14
**turns** 189:12
282:18
**two** 13:11 28:24
30:2 52:14 57:13
73:21 79:9 92:2
96:12 97:23 98:20
98:20 99:24 102:2
102:13 103:9,13
103:14 104:10,18
104:22 105:21
106:24 107:2
113:17 115:1,19
116:7,22 117:10
117:17 118:13
119:10,18 120:2
123:8,15 124:10
126:3,4,11 128:3,7
128:11,12 129:15
130:23,24 131:1,8
133:22 134:2
135:12 136:3
137:2 138:1,10,14
138:16 139:22
143:11 144:15,23

145:9 152:13,17
168:12 172:6
173:8,10,23
181:13 184:22
187:3 190:14
192:7 193:20,22
196:17 197:12,16
203:6 204:1,16
211:4 212:8,14,22
213:1,10,15
214:22 218:13,19
219:4,13,16
220:17 228:7
235:22 236:1
237:22 238:24
239:6,12 242:17
243:4 249:5
250:23,24 251:5
251:20 256:8,24
257:24 258:2,7
264:23 271:13
277:20,20 279:15
282:19 285:15,24
286:4,7 289:9
291:6,7,10 314:2
317:21 326:4
327:2 328:22
333:13 334:10,15
334:19,20 335:1
335:11,12 336:11
338:4,5 340:16,19
341:5,13,14,16,21
341:21 342:3,5,10
342:13,17 343:2
343:16,21 344:14
345:3 347:21
348:5,17,21
349:22,22 350:10
351:2 353:16
355:15 371:16
373:12,18 376:4

383:16 387:21
391:21 396:10,12
396:24,24 397:2
397:10 399:10
401:1
**tx** 10:21 16:18,20
25:14 49:8 145:24
149:18 152:9
196:23 221:19
231:18
**type** 44:24 57:15
80:21 81:24 87:17
89:23,24 97:20
98:11 100:3 175:6
181:21 186:5
188:4 190:22
**types** 87:11 133:10
272:11 273:7
312:3 357:14,17
357:22
**typical** 273:8
357:2
**typically** 273:6
304:15
**typo** 323:19

| u |

**u.s.** 280:20 286:1
314:14,15 328:4
330:19 337:15
342:16 344:20
348:14 379:18
**udc** 122:1 174:2,2
174:4,7
**udcs** 115:6 116:22
133:11
**ultimately** 14:23
30:9 338:16
366:21 388:12
397:21
**um** 57:5 147:19

**unaware** 328:11
**uncommon** 269:4
**undeniably**
  401:14
**underneath** 13:2
  19:22 22:20
**understand** 8:8
  9:14 12:8 26:5
  59:7,22 60:2
  62:19 63:1,9,18
  64:3,11 65:8 70:4
  161:4,9,10,12
  196:21 225:22
  226:13 229:14
  240:18 241:3
  245:21 252:13
  257:8 259:11
  280:5 310:9,17,17
  316:7 328:9
  335:14,24 373:19
  375:3,8 377:14
**understandable**
  96:23
**understanding**
  85:7 133:3 157:10
  161:22 162:3
  165:16 243:20
  246:14,17,20,22
  247:2,21 322:13
  335:22 336:8
  337:5,8,14 338:13
  379:15 380:3
**understood** 8:7
  86:1 195:20
  228:19 282:14
  340:24 384:6
**underway** 386:19
**undo** 367:23 368:5
  368:6
**unfortunately**
  80:18

**ung** 53:1,2,14
  57:16
**uniloc** 152:12,14
**unique** 289:12
  311:1 322:23
  329:18,24 330:1
  331:12 376:17
**uniquely** 319:22
  328:7,23 329:22
  338:2
**unit** 21:19 84:19
  85:18 91:22,24
  92:6 93:1,12,17,23
  99:21 100:1 112:6
  112:15 113:2,19
  115:3,12 116:2,16
  116:20 119:3
  120:11 121:16,17
  122:2,4,7,15
  123:13,14 129:8
  129:18,24 132:14
  133:13 140:2,7,10
  140:13,14 141:17
  144:2 174:12,17
  179:4 200:12,19
  200:22 216:11
  260:14,17,22
  261:20 262:1
  263:5,18,22
  296:20,22,24
  298:3 300:4
  315:21 327:8,14
  330:7 336:17
  339:13 340:14
  343:20 354:4,7,14
  355:9 364:6
**united** 1:1 149:20
  149:23 379:24
  380:6
**units** 80:19 91:13
  143:15 271:19

272:3,5 278:11
  279:19,20,22
  280:1 281:22
  296:18,22 300:3
  301:18,22 302:1,7
  316:19 317:7,15
  326:15 346:22
**university** 74:6
  75:6 266:20 267:1
  267:7
**unrelated** 23:12
  63:5
**unwired** 14:11
  18:21 19:1 20:7
  21:18 22:21 24:15
  24:22 25:24 31:1
  33:18,21,22 45:23
  46:7 52:1 58:10
  69:2 70:17 110:9
  111:12 274:19
  275:2,8 287:22
  308:15,15,18,22
  309:8 311:5,17
  319:3,13 322:17
  322:22 323:17,22
  324:1 351:4
  352:10,19 353:10
  353:11 366:19
  367:12,17 368:6
  368:14 369:9
  381:1 385:20
  386:15 388:2,11
  389:15,18 391:10
  394:4 395:1
  399:18
**unwired's** 29:5
  69:7 311:8 351:12
**updated** 22:19
**upload** 79:23
  80:12 82:20

**upper** 14:6,13,16
  15:3,5,6,9 17:7
**upside** 87:1
**upstream** 12:10
  13:9,15,18 14:17
  40:20 90:20 99:4
  99:14,14 112:14
  113:14 117:3
  134:9,12 136:16
  136:22 140:9,15
  143:4,20 174:5,11
  174:15 179:6
  204:1,4 343:22
**usb** 10:14 12:11
  13:16,19 14:18
  21:12 29:8 32:20
  36:3 52:2,5 53:2
  70:24 80:14,15,21
  80:22 81:3,4,19,20
  82:19,21 85:23
  86:4,5,6,9,12,15
  87:7,20,23 88:5,6
  88:9,19,21 89:5
  90:5,7,7,9 93:2,3,6
  93:11 97:3,8,9,9
  97:10,15,16,17,20
  98:5,24 99:6,11
  100:15 101:2,6,6,6
  101:10,11,11,13
  101:13,13,16,17
  101:21,23 102:2,5
  102:11,16,18,20
  103:1,1,8,12 104:3
  104:7,22 105:7,13
  105:18 107:2
  112:17 115:6,7,8
  115:10,11,13,18
  115:22 117:5,9,10
  117:11,12,15,22
  118:10,11,13,23
  119:1,8,17,18,18

119:23 120:1,2,3
121:7 123:7,8
124:1,9,10,11
125:10 126:2,15
126:16 131:9
134:1,2,5,6,15,16
134:18,22 136:14
136:19,21 137:1,2
137:3,5 138:14,17
140:4,24 141:6,11
141:14,16 142:20
143:22 144:16
145:5,6 153:7
154:20 155:5,16
155:18 156:2,15
157:1,4,18,21
174:4,7,11,16,20
175:2 177:3,6,8,14
177:21,24 178:2,4
178:11 179:10
181:20 182:22
183:6,9,12,22
184:18,23 185:4,8
185:16,18 188:1
188:10 190:11,22
191:18 192:5,7
193:1,3 194:3,5,10
194:16 196:16,17
196:18 203:7,12
203:24 204:7
210:15 211:3,15
217:2,6,14,20
221:5 230:6
231:10 232:3
235:5,11,20,21
236:1 238:4,16,18
238:23,24 239:4
239:12,17,20
240:6,7 241:4,10
241:10,13 242:2,4
242:4,6,16,18

243:23 246:9,10
247:22 249:3,5
250:22 251:6,18
251:20 254:19
255:4 256:21
258:1,2,2 264:18
264:22 279:15
284:17,19 285:10
286:2 288:3 289:7
291:10 319:23
328:5 329:1 330:6
330:18,22,24
331:13,19 332:7
332:23,24 335:5,6
335:7,11,24
336:10 337:13
340:3 342:19
343:4,19 345:3,4
345:24 346:2
348:12,13 349:22
350:11 354:1
362:4 368:4 371:1
372:16 373:7
374:15 383:14,16
389:4 390:19,20
390:24 401:12
**usb3740**  335:23
**usb3740s**  341:22
**usb4914**  279:17
**usb4916**  35:2
  279:17
**usb84604**  12:18
  33:6 41:3 52:3
**usb8460xs**  341:21
**usbs**  155:9
**use**  27:14 34:7,11
  34:13 42:5,6
  46:10 48:19 80:15
  90:1 95:16 112:16
  194:3 213:20
  214:12 240:23

252:16 263:24
294:21 303:20
304:7,11,18,18,19
312:21 314:17,19
315:4 316:4,16,22
317:4 318:10
323:7 339:17
340:10 346:16
350:18 357:16
373:21 381:8
386:3 396:6,9,10
405:1 407:3
**user**  75:20 120:9
  120:21 151:14
**users**  339:8
**uses**  274:10
  276:22 324:17
  335:18 349:17
**usual**  62:12,21
  63:5,23 65:6,8,12
  65:14,16
**usually**  47:21 93:5
**utility**  77:11 78:21
  79:18 80:15
**utilizing**  332:23

**v**

**v**  73:9,9
**vacuum**  226:19
**vague**  167:13
**valid**  96:3 100:2,2
  161:20 162:23
  163:6,14 271:6
  310:10,15,17
  359:19 360:14,23
**validity**  162:1,8,12
  162:17,20 163:17
  164:18,24 225:21
  271:3 359:24
  360:8
**valuable**  94:20

**valuation**  268:5
**value**  27:15
  150:19 331:24
  337:19 342:9,10
  342:12 343:5
  345:8,10,12
  347:23 351:19
  353:23 396:19
  399:1 401:9
**valuing**  357:22
  401:19 402:13
**variants**  35:4
  48:12
**varies**  189:14
**various**  84:23
  153:6 306:3
  328:16
**vehicle**  349:15,21
  349:23
**vendor**  179:5,8
**verify**  85:20
  130:16 132:17
**veritext**  1:23
**verizon**  77:7
**version**  79:15,16
  113:21 190:1,4
**versions**  79:22
**vexing**  382:14,22
**viable**  59:8
**vice**  62:3
**video**  77:24 152:3
**view**  40:14 59:7,15
  59:15,16,17 60:1
  65:10 248:21
  389:8
**viewed**  334:23
**views**  381:11,16
**virtual**  75:21
**voltages**  87:10
**volume**  1:13 71:7
  154:16 290:17,19

293:1 295:15
323:24
**volumes**  54:21
71:4 291:19
**voluminous**
228:13
**voto**  25:17 38:10
39:23 40:10,18
41:20 42:9 43:3
43:16,23 44:12
52:17
**vs**  1:7 149:20,22
152:12,14

**w**

**w**  2:3 265:21
**wafer**  292:8,11
**wafers**  292:6,12
292:15
**wait**  39:12 107:14
135:1 223:13
339:8
**waiting**  8:6
**walk**  96:21 99:17
109:12 124:22
125:12 136:12
140:6 309:2 312:8
313:23 341:10
**wall**  16:8
**want**  7:17 15:18
16:3 41:21,24
50:13,15 53:12
55:8 58:18 65:10
87:22 88:8,22
98:13 104:24
105:1,12 108:9
109:8 111:6 113:8
125:6 127:23
130:12 132:5,6
139:18 141:16
166:23 184:5
198:22 204:10

205:13,19,22
210:12 212:6
213:3 221:18
226:23 233:15
237:5 239:24
244:20 245:24
246:13 256:8,16
256:17 258:9
296:11 304:7
305:11 318:2
330:17 331:19
335:7 351:7,9
368:4 373:19
390:17 392:13
400:20 404:10
407:3,4
**wanted**  8:5 15:22
40:21 78:13 80:14
85:7,13 86:12
91:11,17,20,22,24
94:8 110:13
144:14 151:20
164:19 166:16
168:3 190:7,9,16
190:19 198:19
199:15 207:8,13
277:8 285:6 291:9
306:16 330:19
331:12 375:12
394:21 395:17
**wanting**  322:19
**wants**  42:6 52:20
113:1 223:10
233:4 306:16
**watched**  368:23
374:18
**water**  139:13
**way**  10:4 23:4
27:4 35:19,20
55:16 56:16 59:4
90:6 152:13 167:9

189:6 203:6
216:21 219:3,16
221:15 228:17
249:1 250:8 258:9
261:14,15 269:24
275:13 277:6,9
282:11 283:2,23
284:2,12,20 286:3
303:3 304:13
316:3 328:12
330:20,23 331:20
331:23 332:7
340:18 343:1
347:4 348:15
350:12 359:13
366:2 374:2,3,14
376:2 384:11
390:24 391:6
392:15 394:20
399:2 401:23
**ways**  76:24 340:6
**we've**  45:1 53:3
90:11 98:23,23
99:1 102:10
139:10 219:13,14
279:14 284:18
300:9 301:24
312:22 317:5
331:11 344:18
351:21
**web**  78:3 151:10
151:11
**website**  153:10,17
154:4,9,21 294:9
**websites**  78:7
154:17
**week**  405:17
**weekend**  7:16
404:4 405:1,22
406:6,8 407:14

**weeks**  28:24
**weighs**  59:3
**weight**  353:16
**weighted**  400:9
**weighting**  400:12
**welcome**  208:24
**went**  74:6 267:1,5
281:14,18 283:4
285:5 296:15
326:7,13 334:4
343:13 344:6
346:18 347:21
350:24 394:14
**wheel**  276:8
**wholly**  377:11
**wide**  357:13
**widely**  289:11
**wiener**  3:9 4:20
270:5 281:2,7
356:2,7,11 385:17
385:19 386:20,23
387:4,8,11,13
388:6,8 390:4,6
393:15,20 399:6,8
403:4,7,19 406:7
406:13
**wifi**  79:16 81:24
82:1,5,7
**wild**  57:22
**willing**  21:10 64:8
64:13 65:4 310:20
**willingness**  46:10
**wilmington**  1:18
2:6 3:5
**win**  46:2 52:20
70:19 294:19,20
315:23,23 320:22
325:10,10 338:15
369:3 370:7
380:14,14

**winning** 47:18
389:5
**wins** 325:11
**wire** 330:7,10
340:16 341:14,16
349:19,22 350:8
350:10 397:2,2,5,7
397:10,20,24
398:8,19 401:1,18
**wired** 79:15,15
**wiring** 140:11
376:20
**wise** 314:21
**wish** 12:12
**withdraw** 250:7
**witness** 4:3 9:16
51:17,19 72:18
73:8 74:2 110:6
145:13 150:8,13
153:22 154:7
155:24 167:15
169:19 181:8
198:10 199:6
200:1 212:10,12
221:22 222:5
228:1 244:6 265:5
265:10,11,19
281:12 323:13
356:1 404:1
408:11
**witness's** 159:1
**witnesses** 84:23
86:11 408:9
**wolson** 1:20 7:4
**won** 369:9 382:10
386:7 388:9
**wondering** 179:17
**woods** 266:23
**word** 44:17 48:9
48:17,17,20
361:15 383:18

**words** 34:18 64:13
64:16 104:8 111:1
130:8 135:10
189:13 204:8
250:4 255:13,15
275:11 383:19
394:9
**work** 50:2 63:15
64:8 65:10 75:2
76:5 78:20 79:23
80:8,12 83:9
132:3 133:16
220:5 267:21,22
269:12,21 270:9
270:18,19 271:8
271:10 272:15,16
281:17 336:12
339:10 357:11,20
358:2 394:20
**worked** 21:15 23:5
76:9 81:6,23
132:16,18 178:3
267:5 268:1 327:5
360:6 400:16
**working** 7:13 20:5
32:9,11 56:10
62:16,19 70:6
75:11 82:16 147:3
156:18,20 157:3
266:24 268:4
269:18 302:14
322:15 356:18
**works** 13:9 90:7
105:13 133:4
177:6 224:6
296:21 304:14
359:13 400:4
405:8
**world** 78:6 183:13
193:4,5 267:20
274:17,23 275:24

277:11 278:8
280:12 292:12
294:21 304:14
307:15 310:21
311:2 312:4
314:10,11 364:8
365:15 378:21
**worldwide** 379:14
**worried** 14:22
**worry** 405:2
**worth** 16:12 111:2
354:2 361:22
362:6,10 385:12
392:1,4,7,16,23,23
403:16
**wrap** 144:14
405:12
**wrapper** 222:22
222:24
**write** 106:14,17,17
106:23 107:1
315:7
**written** 155:4,6
225:12,15,19,20
229:1
**wrong** 88:3 359:3
**wrote** 17:14 19:19
41:9 51:6 67:5
263:1

|     x     |
|:---------:|
**x** 4:1 5:1 6:1
296:12

|     y     |
|:---------:|
**y** 99:9
**yeah** 12:1 15:20
15:24 16:2 17:15
18:13 19:3 20:21
23:2 24:18 29:21
30:15,21 35:23
36:5 38:3 39:21

40:14 41:7 43:13
44:6 47:24 48:2
59:22 62:15 70:19
72:3 87:24 105:10
131:17 144:14
160:24 213:3
216:4 217:22
226:16 236:14
318:2 331:11
360:4,4 367:5
386:9 388:14
389:6 401:6
406:10
**year** 24:4 52:2
55:22 56:20 70:7
75:5 94:10 290:16
291:17,17,22
292:1 293:7,21
314:6,7 362:19
373:11 386:11
**years** 30:2 57:23
71:12 74:17
147:23 158:13
160:24 266:22
267:6,24 268:6
269:6,17 285:23
305:14 310:2
315:18 328:20
356:16,19,21
371:15 384:4
**yellow** 22:22 24:12
24:16 59:21
**yep** 132:23 177:8
399:13
**yesterday** 10:2
15:16 32:8,16
48:18 60:7,17
68:23 71:24 361:3
368:24
**york** 73:17

**[ys - zoom]**

**ys**   117:2
**yukon**   85:12,14
  132:4

**z**

**z**   73:9
**zatkovich**   4:9 73:3
  73:5,8,14,16,19
  83:16,22 89:1
  92:15 99:20 105:8
  108:8 114:12
  118:5 119:12
  124:4,13 125:14
  131:3 135:1
  138:23 139:16
  141:23 144:5
  145:18 154:6
  198:7 206:6 207:9
  209:4 210:9
  228:24 231:17,21
  235:1 247:20
  256:17 264:13
  265:3 273:2
  284:10,22 285:4
  328:1 330:16
  332:5 336:7 337:4
  371:20 372:21
  374:18 376:18
  384:13
**zatkovich's**   285:20
  373:24
**zero**   359:11,15
**zoom**   282:12