# Exhibit 3

Page 1

1

          IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF DELAWARE

3

                         - - -

4

MICROCHIP TECHNOLOGY       : C.A. No. 17-1194

5 INCORPORATED,             :
                           :

6             Plaintiff,    :
                           :

7        vs.                :
                           :

8 APTIV SERVICES US, LLC,   :
                           :

9           Defendant.      :

10                       - - -

11             TRANSCRIPT OF PROCEEDINGS

12               CLOSING ARGUMENTS

13                  VOLUME 6

14                       - - -

15      Date:  Wednesday, April 13, 2022

16      Time:  8:35 a.m.

17      Place:  J. Caleb Boggs Federal Building
                844 N. King Street

18              Courtroom 6B
                Wilmington, Delaware  19801

19

20    Before:  HONORABLE JOSHUA D. WOLSON, JUDGE

21

Reporter:  Rose A. Tamburri, RPR, CM, CRR

22           Notary Public of Delaware
                       - - -

23            VERITEXT LEGAL SOLUTIONS
                MID-ATLANTIC REGION

24         1801 Market Street, Suite 1800
           Philadelphia, Pennsylvania  19103

Page 2

1
   A P P E A R A N C E S:
2
3       SHAW KELLER LLP
        BY:   JOHN W. SHAW, ESQUIRE
4       ANDREW E. RUSSELL, ESQUIRE
        I.M. Pei Building
5       1105 N. Market Street
        12th Floor
6       Wilmington, Delaware   19801
        (302) 298-0700
7       jshaw@shawkeller.com
        arussell@shawkeller.com
8
                     and
9
        SLAYDEN, GRUBERT & BEARD
10      BY:   BRUCE SLAYDEN, ESQUIRE
              BRIAN BANNER, ESQUIRE
11            JOSEPH D. GRAY, ESQUIRE
              TRUMAN FENTON, ESQUIRE
12            DARRYL ADAMS, ESQUIRE
        Frost Bank Tower
13      401 Congress Avenue
        #1650
14      Austin, Texas   78701
        (512) 402-3550
15      bslayden@sgbfirm.com
        bbanner@sgbfirm.com
16      jgray@sgbfirm.com
        tfenton@sgbfirm.com
17      dadams@sgbfirm.com
18      Representing the Plaintiff
19
20
21
22
23
24

Page 3

 1

   A P P E A R A N C E S (Cont'd)

 2

 3        POTTER, ANDERSON & CORROON
          BY:  PHILIP A. ROVNER, ESQUIRE
 4        1313 N. Market Street
          Hercules Plaza, 6th Floor
 5        P.O. Box 951
          Wilmington, Delaware  19899
 6        (302)  984-6114
          provner@potteranderson.com
 7
                        and
 8

          DURIE TANGRI
 9        BY:  DARALYN J. DURIE, ESQUIRE
               ERIC C. WIENER, ESQUIRE
10             TIMOTHY C. SAULSBURY, ESQUIRE
               JOYCE LI, ESQUIRE
11        217 Leidesdorff Street
          San Francisco, california  94111
12        (415) 362-6666
          ddurie@durietangri.com
13        eweiner@durietangri.com
          tsaulsbury@durietangri.com
14        jli@durietangri.com
15
          Representing the Defendant
16
17
18
19
20
21
22
23
24

Page 4

1                               I N D E X

2

     WITNESS                                    PAGE
3

4

     CLOSING ARGUMENTS

5

6        BY MR. SLAYDEN                          32

7

         BY MS. DURIE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 5

1           (Whereupon, the Court commenced

2   proceedings at 8:35 a.m.)

3           THE COURT CLERK:  All rise.                08:23:14

4   Honorable Joshua D. Wolson presiding.             08:23:20

5           THE COURT:  Good morning,                  08:23:33

6   everybody.                                        08:40:39

7           MR. SLAYDEN:  Good morning.                08:40:39

8           MS. DURIE:  Good morning.                  08:40:41

9           THE COURT:  Have a seat, please.           08:40:42

10          We have a few things to do this            08:40:48

11  morning before we get the jury in.  I think       08:40:51

12  from my standpoint, probably the first thing      08:40:56

13  we should do is probably the Rule 50 motions      08:41:00

14  and then we can tackle a couple of interior       08:41:03

15  issues that we flagged from last night.           08:41:06

16          So let's start with Rule 50.  I            08:41:09

17  think it's a logical matter to let Ms. Durie      08:41:19

18  go first.  So, Ms. Durie, I'll hear from you      08:41:22

19  first.                                            08:41:25

20          MR. RUSSELL:  Your Honor, can I            08:41:25

21  raise one issue which is our evidentiary issue    08:41:27

22  we raised is actually limiting an argument        08:41:29

23  that they were going to present in their          08:41:32

24  Rule 50, so it might make more logical sense      08:41:35

TRIAL - VOLUME 6

Page 6

| | | |
|---|---|---|
| 1 | to address that first. | 08:41:37 |
| 2 | THE COURT:  Well, you can just | 08:41:39 |
| 3 | argue it in response to the motion, if that's | 08:41:40 |
| 4 | okay, if you want to.  I know there's some | 08:41:44 |
| 5 | relationship -- | 08:41:49 |
| 6 | MS. DURIE:  If they were right, | 08:41:50 |
| 7 | which they're not, it could just be dismissed | 08:41:50 |
| 8 | in my motion. | 08:41:57 |
| 9 | THE COURT:  I think that's kind of | 08:41:57 |
| 10 | where I am anyway, just to hear the basis for | 08:42:00 |
| 11 | the motion, argue the motion anyway. | 08:42:01 |
| 12 | MR. RUSSELL:  Thank you, Your | 08:42:05 |
| 13 | Honor. | 08:42:06 |
| 14 | MS. DURIE:  Thank you, Your Honor. | 08:42:06 |
| 15 | Claim 23 of the '243 Patent, from | 08:42:10 |
| 16 | which claims 24 and 25 depend, requires two | 08:42:12 |
| 17 | hosts to share a single USB device block.  No | 08:42:14 |
| 18 | reasonable jury could find that the accused | 08:42:18 |
| 19 | dual role hub involves two hosts sharing a | 08:42:21 |
| 20 | single device block.  The evidence | 08:42:22 |
| 21 | demonstrates that, in Aptiv's solution, each | 08:42:25 |
| 22 | host interacts with and has independent access | 08:42:31 |
| 23 | to its own block; each host and each device is | 08:42:33 |
| 24 | on its own network; and each device provides a | 08:42:35 |

TRIAL - VOLUME 6

Page 7

| | | |
|---|---|---|
| 1 | different function, rather than a shared | 08:42:38 |
| 2 | function, to its host. | 08:42:40 |
| 3 | Microchip contends that claim 23 | 08:42:41 |
| 4 | requires a multi-host device controller, but | 08:42:43 |
| 5 | no reasonable jury could find that the accused | 08:42:46 |
| 6 | dual role hub contains a multi-host | 08:42:49 |
| 7 | controller.  The evidence demonstrates that | 08:42:51 |
| 8 | the dual role hub contains two separate device | 08:42:52 |
| 9 | controllers, each of which is controlled by a | 08:42:55 |
| 10 | single host. | 08:42:57 |
| 11 | Claim 23 requires that the shared | 08:42:58 |
| 12 | device block be operable to be simultaneously | 08:42:59 |
| 13 | configured by two or more USB hosts.  No | 08:43:01 |
| 14 | reasonable jury could find that the accused | 08:43:04 |
| 15 | dual role hub meets this limitation.  The | 08:43:06 |
| 16 | evidence shows that, by design, one of the | 08:43:08 |
| 17 | devices must be configured after the other. | 08:43:11 |
| 18 | No reasonable jury could find | 08:43:13 |
| 19 | sufficient evidence that Aptiv directly | 08:43:14 |
| 20 | infringed claims 23 to 25 by selling or | 08:43:16 |
| 21 | offering for sale the accused dual role hub. | 08:43:19 |
| 22 | There is no evidence that the dual role hub, | 08:43:22 |
| 23 | as sold by Aptiv to its customers, and before | 08:43:24 |
| 24 | it is connected to a head unit with the | 08:43:27 |

Page 8

| | | |
|---|---|---|
| 1 | appropriate software, by its customers, can | 08:43:28 |
| 2 | meet certain limitations of claims 23 to 25. | 08:43:31 |
| 3 | The evidence shows that the dual | 08:43:34 |
| 4 | role hub, as sold to Aptiv's customers, is | 08:43:36 |
| 5 | only capable of connecting to one host.  Thus, | 08:43:39 |
| 6 | there exists no evidence that the dual role | 08:43:42 |
| 7 | hub has a shared USB device block operable to | 08:43:44 |
| 8 | be simultaneously configured by two or more | 08:43:47 |
| 9 | USB hosts, has a controller configured to | 08:43:48 |
| 10 | establish concurrent respective dedicated USB | 08:43:52 |
| 11 | connections between the shared USB device | 08:43:55 |
| 12 | block and the two or more hosts, or a | 08:43:57 |
| 13 | controller that is operable to receive and | 08:43:59 |
| 14 | respond to simultaneous access requests sent | 08:44:02 |
| 15 | by the two or more USB hosts when it is sold | 08:44:05 |
| 16 | to Aptiv's customers. | 08:44:07 |
| 17 | Claim 23 requires that the | 08:44:08 |
| 18 | controller be operable to receive and respond | 08:44:10 |
| 19 | to simultaneous respective USB access requests | 08:44:13 |
| 20 | sent by the two or more USB hosts for | 08:44:16 |
| 21 | accessing a function of the shared USB device | 08:44:18 |
| 22 | block.  Even were there a shared USB device | 08:44:22 |
| 23 | block, which there is not, no reasonable jury | 08:44:25 |
| 24 | could find that a single function is shared by | 08:44:28 |

TRIAL - VOLUME 6

Page 9

| | | |
|---|---|---|
| 1 | both USB hosts because each host sends an | 08:44:31 |
| 2 | access request for accessing a different | 08:44:34 |
| 3 | function. | 08:44:36 |
| 4 | These are the reasons that the | 08:44:36 |
| 5 | Aptiv solution is USB compliant and the | 08:44:38 |
| 6 | patented solution is not. | 08:44:41 |
| 7 | No reasonable jury could fail to | 08:44:44 |
| 8 | find that claims 23 to 25 are obvious in view | 08:44:46 |
| 9 | of Dickens and Belkin/US-98 because it is | 08:44:52 |
| 10 | undisputed that the elements of those claims | 08:44:55 |
| 11 | are disclosed by that combination of prior | 08:44:57 |
| 12 | art, and no reasonable jury could fail to find | 08:44:59 |
| 13 | a motivation to combine the prior art where it | 08:45:01 |
| 14 | is undisputed that such elements are necessary | 08:45:02 |
| 15 | to support the claimed function. | 08:45:04 |
| 16 | No reasonable jury could fail to | 08:45:09 |
| 17 | find claims 23 to 25 invalid for a failure to | 08:45:10 |
| 18 | enable or describe the full scope of the | 08:45:13 |
| 19 | claimed invention because the only method of | 08:45:16 |
| 20 | allowing two devices to share a single device | 08:45:18 |
| 21 | block discussed in the '243 Patent is | 08:45:21 |
| 22 | arbitration. | 08:45:23 |
| 23 | Moreover, a person of skill in the | 08:45:24 |
| 24 | art would recognize that the inventors did not | 08:45:25 |

TRIAL - VOLUME 6

| | | |
|---|---|---|
| 1 | possess a way to share a single device without | 08:45:29 |
| 2 | arbitration.  For the same reasons, if claims | 08:45:32 |
| 3 | 23 to 25 cover a shared USB device without an | 08:45:35 |
| 4 | arbitration mechanism, the patent is not | 08:45:38 |
| 5 | enabled because no reasonable jury could find | 08:45:39 |
| 6 | a person of skill in the art could implement | 08:45:42 |
| 7 | such an invention given the '243 Patent's | 08:45:43 |
| 8 | disclosure, nor does the specification show | 08:45:45 |
| 9 | possession of any multi-host device controller | 08:45:47 |
| 10 | that permits simultaneous use of the device | 08:45:49 |
| 11 | function by both hosts or that enables any | 08:45:51 |
| 12 | host-to-host functionality. | 08:45:54 |
| 13 | And that latter argument is true | 08:45:55 |
| 14 | with respect to both written description and | 08:46:00 |
| 15 | enablement, the lack of disclosure and | 08:46:02 |
| 16 | enabling disclosure from host-to-host | 08:46:04 |
| 17 | functionality. | 08:46:07 |
| 18 | No reasonable jury could find | 08:46:07 |
| 19 | direct infringement to award damages under | 08:46:08 |
| 20 | Microchip's damages theories because Microchip | 08:46:11 |
| 21 | failed to present evidence that any of the | 08:46:13 |
| 22 | dual role hubs sold by Aptiv were directly | 08:46:16 |
| 23 | infringing, and Microchip did not proffer any | 08:46:18 |
| 24 | damages theory based on any allegedly | 08:46:21 |

Page 11

| | | |
|---|---|---|
| 1 | infringing acts other than sales of the dual | 08:46:23 |
| 2 | role hub. | 08:46:25 |
| 3 | No reasonable jury could award | 08:46:26 |
| 4 | lost profits because Microchip failed to | 08:46:28 |
| 5 | present evidence of the profits allegedly lost | 08:46:30 |
| 6 | by the patent holding entity, Microchip | 08:46:31 |
| 7 | Technology, Inc.; and no reasonable jury could | 08:46:35 |
| 8 | find that Aptiv willfully infringed claims 23 | 08:46:36 |
| 9 | to 25 of the '243 Patent based on the evidence | 08:46:39 |
| 10 | presented. | 08:46:42 |
| 11 | Thank you, Your Honor. | 08:46:42 |
| 12 | MR. GRAY:  Thank you, Your Honor. | 08:46:45 |
| 13 | I am not sure what level of detail | 08:46:53 |
| 14 | you'd like in opposition.  There is one | 08:46:54 |
| 15 | primary issue that is the issue we emailed | 08:46:58 |
| 16 | about last night that did fall into the | 08:47:02 |
| 17 | infringement bucket of what we just heard. | 08:47:03 |
| 18 | As I was trying to quickly write | 08:47:06 |
| 19 | these down, I believe the first three | 08:47:08 |
| 20 | arguments that Ms. Durie made is that two | 08:47:11 |
| 21 | hosts don't share a single device block, there | 08:47:13 |
| 22 | is no multi-host device controller -- well, at | 08:47:15 |
| 23 | least those two relate to the Device A/Device | 08:47:19 |
| 24 | B dispute on which the parties have both | 08:47:22 |

TRIAL - VOLUME 6

Page 12

| | | |
|---|---|---|
| 1 | presented evidence, including through | 08:47:24 |
| 2 | cross-examination of Mr. Garney yesterday, | 08:47:27 |
| 3 | showing that the EP Bridge within the Boston | 08:47:29 |
| 4 | chip contains components that satisfy each of | 08:47:34 |
| 5 | the claim limitations, and therefore, that | 08:47:37 |
| 6 | issue should go to the jury. | 08:47:39 |
| 7 | The same with the invalidity | 08:47:43 |
| 8 | issues of obviousness, enablement and written | 08:47:46 |
| 9 | description.  We will affirmatively move on | 08:47:49 |
| 10 | those issues as well, but clearly there is | 08:47:51 |
| 11 | evidence to support the -- that Aptiv has not | 08:47:54 |
| 12 | met its burden by clear and convincing | 08:47:59 |
| 13 | evidence on those issues. | 08:48:01 |
| 14 | Now, to address the selling and | 08:48:03 |
| 15 | offering to sell doesn't infringe claim 23 -- | 08:48:07 |
| 16 | and I apologize in advance for this because | 08:48:12 |
| 17 | some context is necessary to understand this | 08:48:15 |
| 18 | argument. | 08:48:17 |
| 19 | During discovery, Microchip served | 08:48:18 |
| 20 | interrogatories asking for the complete | 08:48:20 |
| 21 | factual basis for Aptiv's contention of | 08:48:22 |
| 22 | non-infringement, and nothing about this issue | 08:48:25 |
| 23 | was ever disclosed.  This first came to our | 08:48:27 |
| 24 | attention, we sort of smelled it on Monday, | 08:48:29 |

TRIAL - VOLUME 6

Page 13

| | | |
|---|---|---|
| 1 | and we discussed that in the charge | 08:48:32 |
| 2 | conference, that there was an issue about use. | 08:48:34 |
| 3 | Claims 23 through 25 are device | 08:48:37 |
| 4 | claims; they are not method claims that have | 08:48:39 |
| 5 | to be performed.  They are components or | 08:48:41 |
| 6 | functionality within the chip as sold.  And | 08:48:43 |
| 7 | what I think we are hearing, and it hasn't | 08:48:48 |
| 8 | been fully explained yet, is that because -- | 08:48:50 |
| 9 | what we did hear just now is that software | 08:48:53 |
| 10 | from the head unit must be installed on the | 08:48:56 |
| 11 | chip before the second device can be | 08:48:59 |
| 12 | connected. | 08:49:01 |
| 13 | Now, this goes back to the fact | 08:49:02 |
| 14 | that claim 23 is a comprising claim, so | 08:49:03 |
| 15 | additional elements can be used to, you | 08:49:06 |
| 16 | know -- in addition to what's claimed, but | 08:49:11 |
| 17 | that doesn't mean that the configured to or | 08:49:13 |
| 18 | operable to language means on its own, it has | 08:49:15 |
| 19 | to be in that state, and so -- or capable of | 08:49:18 |
| 20 | becoming in that state on its own. | 08:49:23 |
| 21 | We believe that if Aptiv had | 08:49:25 |
| 22 | disclosed this theory, there would have been a | 08:49:28 |
| 23 | clear dispute of claim scope that we could | 08:49:30 |
| 24 | have become aware of before two days ago, and | 08:49:33 |

Page 14

| | | |
|---|---|---|
| 1 | that issue would have been raised to the Court | 08:49:35 |
| 2 | and it would have needed to have been resolved | 08:49:37 |
| 3 | under 02 Micro. | 08:49:39 |
| 4 | The jury is not supposed to hear | 08:49:41 |
| 5 | arguments over claim scope.  Disputes over | 08:49:44 |
| 6 | claim construction must be raised ahead of | 08:49:45 |
| 7 | time and non-infringement positions must be | 08:49:48 |
| 8 | disclosed when specifically asked during | 08:49:50 |
| 9 | discovery. | 08:49:52 |
| 10 | So what I think we are about to | 08:49:52 |
| 11 | hear for the very first time, and it didn't | 08:49:54 |
| 12 | come out of Mr. Garney's mouth, I think we are | 08:49:56 |
| 13 | going to hear Ms. Durie make a brand new | 08:49:58 |
| 14 | non-infringement argument that we never knew | 08:50:02 |
| 15 | about before two days ago based on a | 08:50:04 |
| 16 | construction of the claims that should have | 08:50:06 |
| 17 | been raised much earlier. | 08:50:07 |
| 18 | MS. DURIE:  May I respond just to | 08:50:09 |
| 19 | that point? | 08:50:10 |
| 20 | THE COURT:  Yes. | 08:50:10 |
| 21 | MS. DURIE:  So a couple points, | 08:50:11 |
| 22 | Your Honor.  First, the Complaint in this case | 08:50:12 |
| 23 | contended that Delphi directly infringed the | 08:50:16 |
| 24 | patent through using and/or testing.  This is | 08:50:21 |

Page 15

| | | |
|---|---|---|
| 1 | at paragraph 48 of the Complaint.  And that | 08:50:24 |
| 2 | Delphi's customers directly infringed -- this | 08:50:27 |
| 3 | is paragraph 49 -- by making, using, selling, | 08:50:31 |
| 4 | offering to sell and/or use the device. | 08:50:34 |
| 5 | So the Complaint contended using | 08:50:36 |
| 6 | and testing as the active direct infringement | 08:50:40 |
| 7 | by Delphi and an indirect infringement case | 08:50:46 |
| 8 | with respect to our customers.  They dropped | 08:50:49 |
| 9 | the indirect infringement case right on the | 08:50:51 |
| 10 | eve of trial.  That left only the direct | 08:50:54 |
| 11 | infringement case which, as pled, was only | 08:50:56 |
| 12 | directed to our use and testing. | 08:50:59 |
| 13 | Two, in our interrogatory response | 08:51:01 |
| 14 | on infringement, we said, "When an iPhone that | 08:51:04 |
| 15 | has CarPlay enabled is attached to the dual | 08:51:08 |
| 16 | role hub, it does not and cannot serve as a | 08:51:12 |
| 17 | USB host automatically just at that moment. | 08:51:14 |
| 18 | First, it must go through the process of being | 08:51:18 |
| 19 | enumerated as a peripheral device. | 08:51:20 |
| 20 | "The head unit initially | 08:51:23 |
| 21 | enumerates the iPhone as a USB device.  Such | 08:51:26 |
| 22 | enumeration is independent of and does not | 08:51:30 |
| 23 | involve the host-to-host bridge," which is | 08:51:33 |
| 24 | precisely our point. | 08:51:37 |

TRIAL - VOLUME 6

Page 16

| | | |
|---|---|---|
| 1 | This issue only came to light as | 08:51:39 |
| 2 | being significant when two things happened; | 08:51:43 |
| 3 | one, they dropped their indirect infringement | 08:51:47 |
| 4 | case; and two, they presented a damages case | 08:51:49 |
| 5 | that was only tethered to sales of the accused | 08:51:53 |
| 6 | products and that did not articulate any | 08:51:56 |
| 7 | damages theory that would link Aptiv's use or | 08:52:00 |
| 8 | testing to any cognizable measure of damages. | 08:52:03 |
| 9 | So that is -- that is the basis | 08:52:06 |
| 10 | for the Rule 50 motion. | 08:52:08 |
| 11 | THE COURT:  All right. | 08:52:09 |
| 12 | Let me -- on the disclosure issue, | 08:52:13 |
| 13 | what was the interrogatory to which that | 08:52:17 |
| 14 | response was made? | 08:52:19 |
| 15 | MR. GRAY:  I have copies, Your | 08:52:21 |
| 16 | Honor, if you'd like me to pass them up. | 08:52:22 |
| 17 | MS. DURIE:  The interrogatory was, | 08:52:24 |
| 18 | "State the entire factual basis, including all | 08:52:25 |
| 19 | facts and documents, for your contention that | 08:52:28 |
| 20 | you have not infringed any claim in the | 08:52:30 |
| 21 | asserted patents." | 08:52:31 |
| 22 | THE COURT:  So, and that's -- Mr. | 08:52:35 |
| 23 | Gray, you agree that that's the interrogatory | 08:52:40 |
| 24 | that's at issue, Interrogatory No. 3, it looks | 08:52:45 |

Page 17

| | | |
|---|---|---|
| 1 | like, in the set you just handed up to me? | 08:52:47 |
| 2 | MR. GRAY:  Correct, Your Honor. | 08:52:50 |
| 3 | MS. DURIE:  And the relevant | 08:52:51 |
| 4 | language that I read for Your Honor is at | 08:52:52 |
| 5 | page 11, numbered paragraph 5. | 08:52:55 |
| 6 | I would note, at the time that | 08:53:01 |
| 7 | this interrogatory response was propounded, it | 08:53:05 |
| 8 | wasn't actually a factual basis for why we | 08:53:10 |
| 9 | didn't infringe because of the indirect | 08:53:13 |
| 10 | infringement allegations; in other words, at | 08:53:14 |
| 11 | that point in time, this would not have been a | 08:53:17 |
| 12 | defense because of the indirect infringement | 08:53:19 |
| 13 | allegations, but we did, nevertheless, lay | 08:53:21 |
| 14 | out, as a factual matter, what is the factual | 08:53:24 |
| 15 | predicate for our arguments today. | 08:53:27 |
| 16 | MR. GRAY:  And to be clear, Your | 08:53:38 |
| 17 | Honor, direct infringement was alleged at that | 08:53:39 |
| 18 | same point in time. | 08:53:42 |
| 19 | THE COURT:  Right.  I understand | 08:53:43 |
| 20 | that it was. | 08:53:44 |
| 21 | (Brief pause.) | 08:53:48 |
| 22 | THE COURT:  Okay. | 08:54:14 |
| 23 | From a disclosure standpoint, I | 08:54:18 |
| 24 | think this interrogatory response is | 08:54:22 |

Page 18

1    sufficient.  I mean, it doesn't outright say,          08:54:24

2    therefore, we don't directly infringe, it             08:54:31

3    doesn't have that conclusory statement, but it        08:54:34

4    lays out a factual predicate for a                    08:54:36

5    non-infringement argument, and so I think that        08:54:39

6    that's sufficient.                                    08:54:44

7            As far as the scope issue goes, I             08:54:46

8    mean, Mr. Gray, I am looking at the Complaint         08:54:58

9    now.  It's paragraph 48, I see it.  It does           08:55:06

10   say at least for using and/or testing the            08:55:13

11   Delphi dual role hub.  I assume there was            08:55:18

12   discovery on this as well; I would be                08:55:20

13   surprised if there wasn't.                           08:55:22

14           MS. DURIE:  Sure.                            08:55:24

15           THE COURT:  And so what did                  08:55:25

16   Microchip say in discovery to explain the            08:55:26

17   basis for its direct infringement claim?  Do         08:55:31

18   you have that?                                       08:55:36

19           MR. GRAY:  We are going to find              08:55:41

20   that interrogatory response now.  I do know          08:55:43

21   that the infringement expert reports and             08:55:46

22   damages reports, as disclosed, were based on,        08:55:47

23   you know, the sales of the device as claimed.        08:55:50

24           And one thing that's odd here that           08:55:55

TRIAL - VOLUME 6

Page 19

```
 1    I don't quite understand still is the basis      08:55:57

 2    for the 50A motion we just heard is that         08:56:00

 3    selling and offering for sale doesn't            08:56:03

 4    infringe.  This is a phase device claim.         08:56:06

 5    That's how device claims are infringed.          08:56:10

 6            It sounds like Aptiv is attempting        08:56:12

 7    to convert this into a method claim, which,      08:56:14

 8    for method claims, that's correct, the sale of   08:56:16

 9    a device doesn't infringe a method              08:56:19

10    necessarily.  But this is a device claim and a   08:56:21

11    sale of a device.                               08:56:24

12            THE COURT:  Well, it is almost --         08:56:25

13    I mean, that's, I guess, partly why it is a      08:56:26

14    Rule 50 motion, is the idea that it could        08:56:29

15    never infringe because of the nature of the      08:56:31

16    product.                                        08:56:33

17            MS. DURIE:  Let me be clear.             08:56:34

18            MR. GRAY:  I'm sorry, let me just        08:56:35

19    finish one point.                               08:56:37

20            THE COURT:  Yes.                         08:56:38

21            MR. GRAY:  And that's that what          08:56:38

22    this appears to be is a concealed claim          08:56:40

23    construction argument over the term             08:56:43

24    "configured to" or "operable to."  And what     08:56:45
```

Page 20

| | | |
|---|---|---|
| 1 | Aptiv is trying to say is that configured to | 08:56:48 |
| 2 | has a very narrow meaning, that it must be | 08:56:50 |
| 3 | configured or enumerated as defined in the USB | 08:56:53 |
| 4 | specification, right?  So that's a narrower | 08:56:57 |
| 5 | claim than plain -- narrower construction than | 08:56:59 |
| 6 | plain ordinary meaning. | 08:57:02 |
| 7 | And during claim construction, | 08:57:03 |
| 8 | Aptiv did propose several constructions where | 08:57:05 |
| 9 | they were trying to define the claim terms | 08:57:08 |
| 10 | under the USB specification and the Court | 08:57:11 |
| 11 | rejected those arguments.  And so this is just | 08:57:14 |
| 12 | a runaround of that, in our view. | 08:57:18 |
| 13 | MS. DURIE:  Let me be clear about | 08:57:20 |
| 14 | what the argument is.  The argument is that | 08:57:22 |
| 15 | the device, as sold, does not meet each of the | 08:57:24 |
| 16 | claim limitations.  It is not about a method | 08:57:27 |
| 17 | claim, it is a device claim, but the argument | 08:57:30 |
| 18 | is about the characteristics of that device. | 08:57:32 |
| 19 | The distinction that was drawn, | 08:57:34 |
| 20 | and I get that the language in the Complaint | 08:57:36 |
| 21 | was open-ended, but the distinction the | 08:57:38 |
| 22 | Complaint was drawing in paragraphs 48 and 49 | 08:57:41 |
| 23 | is precisely this distinction.  So it should | 08:57:43 |
| 24 | not have come as any surprise, direct | 08:57:46 |

TRIAL - VOLUME 6

Page 21

| | | |
|---|---|---|
| 1 | infringement predicated on use or testing | 08:57:48 |
| 2 | because that additional software is required | 08:57:52 |
| 3 | in order for the device to infringe; and then | 08:57:55 |
| 4 | an indirect infringement claim based on the | 08:57:58 |
| 5 | device after it has been configured by | 08:58:03 |
| 6 | customers on the theory that that device would | 08:58:05 |
| 7 | then directly infringe.  And that Aptiv would | 08:58:08 |
| 8 | have been liable for contributing to or | 08:58:11 |
| 9 | inducing that infringement by selling the chip | 08:58:13 |
| 10 | to its customers. | 08:58:16 |
| 11 | But the argument, to be very | 08:58:18 |
| 12 | clear, is the capabilities of the chip. | 08:58:20 |
| 13 | Now, this is not a sandbagging | 08:58:22 |
| 14 | issue.  This was in the Complaint.  I mean, | 08:58:24 |
| 15 | this is what we always understood the precise | 08:58:26 |
| 16 | distinction that the Complaint was drawing. | 08:58:28 |
| 17 | And the language of the claim is | 08:58:32 |
| 18 | clear that the controller has to be configured | 08:58:34 |
| 19 | with certain capabilities and has to be | 08:58:37 |
| 20 | operable to receive and respond to | 08:58:40 |
| 21 | simultaneous access requests sent by two | 08:58:43 |
| 22 | hosts.  And it simply is not operable to do | 08:58:45 |
| 23 | that until the configuration has happened | 08:58:49 |
| 24 | allowing it to interact with two hosts. | 08:58:52 |

Page 22

| | | |
|---|---|---|
| 1 | MR. GRAY:  I have just been | 08:58:58 |
| 2 | informed, Your Honor, that our initial | 08:58:59 |
| 3 | infringement conditions did spell out making, | 08:59:01 |
| 4 | using, selling, offering for sale as acts of | 08:59:04 |
| 5 | infringement. | 08:59:07 |
| 6 | THE COURT:  So that's the | 08:59:07 |
| 7 | contention.  I take it the contentions are | 08:59:10 |
| 8 | listed in the docket; right? | 08:59:14 |
| 9 | MS. DURIE:  And I would say, | 08:59:15 |
| 10 | that's fine.  I mean, we are not arguing that | 08:59:17 |
| 11 | they are precluded by virtue of the language | 08:59:19 |
| 12 | in the Complaint for making that direct | 08:59:21 |
| 13 | infringement argument. | 08:59:24 |
| 14 | THE COURT:  Wait, you were asking | 08:59:25 |
| 15 | in the Rule 50 rule -- | 08:59:27 |
| 16 | MS. DURIE:  Well, what they needed | 08:59:28 |
| 17 | -- I mean, my point is not that something in | 08:59:30 |
| 18 | their discovery responses should have caused | 08:59:31 |
| 19 | them to have forfeited such an argument.  My | 08:59:33 |
| 20 | point is the evidence that they presented does | 08:59:36 |
| 21 | not establish that the device, as sold, | 08:59:39 |
| 22 | indirectly is infringing because it's not. | 08:59:41 |
| 23 | THE COURT:  Okay. | 08:59:44 |
| 24 | MS. DURIE:  They made a decision | 08:59:45 |

TRIAL - VOLUME 6

| | | |
|---|---|---|
| 1 | to drop their indirect infringement claim. | 08:59:46 |
| 2 | They may now regret that, but that is what it | 08:59:48 |
| 3 | is. | 08:59:51 |
| 4 | THE COURT:  Okay.  All right. | 08:59:51 |
| 5 | I am not going to preclude Aptiv | 08:59:52 |
| 6 | from making the argument.  You know, look, I | 08:59:54 |
| 7 | have instructed the jury about how to construe | 09:00:02 |
| 8 | the language that is not subject to claim | 09:00:07 |
| 9 | construction opinion.  So at least for now, | 09:00:12 |
| 10 | I'll let the argument go and, you know, they | 09:00:14 |
| 11 | can argue that that is a plain and ordinary | 09:00:17 |
| 12 | reading of the language of the statute -- I'm | 09:00:20 |
| 13 | sorry, of the claim.  And the jury will decide | 09:00:25 |
| 14 | if they agree with that or not. | 09:00:31 |
| 15 | And then I'll -- as for the | 09:00:33 |
| 16 | Rule 50 motions, I will reserve for now.  All | 09:00:35 |
| 17 | right. | 09:00:35 |
| 18 | Do you want to say something? | 09:00:39 |
| 19 | MR. RUSSELL:  Microchip moves, | 09:00:46 |
| 20 | under Rule 50, for judgment as a matter of law | 09:00:48 |
| 21 | of infringement, willfulness, damages of | 09:00:50 |
| 22 | $84.4 million and no invalidity. | 09:00:53 |
| 23 | As to infringement, no reasonable | 09:00:56 |
| 24 | jury could find that the accused Boston chip | 09:00:57 |

TRIAL - VOLUME 6

Page 24

| | | |
|---|---|---|
| 1 | and Aptiv's accused dual role hub product does | 09:01:01 |
| 2 | not meet all elements of claim 23, 24 and 25, | 09:01:04 |
| 3 | or that Aptiv's sale of the dual role hub does | 09:01:07 |
| 4 | not constitute an act of infringement under | 09:01:10 |
| 5 | claims 23, 24 and 25. | 09:01:13 |
| 6 | On damages, Microchip presented | 09:01:14 |
| 7 | evidence at trial that Microchip -- from which | 09:01:17 |
| 8 | a reasonable jury must find that Microchip is | 09:01:21 |
| 9 | entitled to damages for sales of at least | 09:01:22 |
| 10 | 44,927,401 units of the accused Boston chip. | 09:01:25 |
| 11 | Of those, Microchip is entitled to lost | 09:01:31 |
| 12 | profits damages for REDACTED units of | 09:01:34 |
| 13 | Aptiv's accused sales at a rate of REDACTED per | 09:01:39 |
| 14 | unit, for a total damages number of | 09:01:45 |
| 15 | $70,862,439.  And Aptiv failed to carry its | 09:01:49 |
| 16 | burden to show that Microchip's but-for | 09:01:54 |
| 17 | causation claim is unreasonable for any of the | 09:01:57 |
| 18 | sales for which Microchip's -- through which | 09:01:58 |
| 19 | Microchip claims lost profits. | 09:02:02 |
| 20 | Microchip also presented evidence | 09:02:04 |
| 21 | at trial from which a reasonable jury must | 09:02:07 |
| 22 | find that Microchip is entitled to a | 09:02:10 |
| 23 | reasonable royalty for at least | 09:02:12 |
| 24 | REDACTED units of Aptiv accused sales at a | 09:02:14 |

Page 25

| | | |
|---|---|---|
| 1 | rate of $1.40 per accused sale, for a total of | 09:02:18 |
| 2 | REDACTED   in reasonable royalty. | 09:02:22 |
| 3 | The evidence presented at trial | 09:02:28 |
| 4 | showed that the total damages -- that the jury | 09:02:31 |
| 5 | must find that the total damages award is | 09:02:33 |
| 6 | $84.4 million, and Aptiv failed to rebut any | 09:02:36 |
| 7 | of Dr. Becker's damages or lost profit -- | 09:02:39 |
| 8 | damages points on lost profits or reasonable | 09:02:47 |
| 9 | royalty. | 09:02:51 |
| 10 | On willfulness, Microchip is | 09:02:52 |
| 11 | entitled to a judgment of lawful infringement | 09:02:53 |
| 12 | based on the evidence presented and no | 09:02:57 |
| 13 | reasonable jury could find otherwise. | 09:02:59 |
| 14 | On invalidity, no reasonable jury | 09:03:00 |
| 15 | could find invalidity of the '243 Patent. | 09:03:03 |
| 16 | They failed to show that, by clear and | 09:03:07 |
| 17 | convincing evidence, that the patent is | 09:03:10 |
| 18 | obvious in light of a combination of the | 09:03:11 |
| 19 | Dickens reference and Belkin, or the Dickens | 09:03:14 |
| 20 | reference and US-98, in part, because, number | 09:03:16 |
| 21 | one, the elements don't meet the combination | 09:03:22 |
| 22 | and the -- the combination does not meet all | 09:03:24 |
| 23 | of the elements of the claims and the physical | 09:03:26 |
| 24 | prior devices are not prior art.  Moreover, | 09:03:28 |

TRIAL - VOLUME 6

Page 26

| | | |
|---|---|---|
| 1 | they didn't show any motivation to combine. | 09:03:31 |
| 2 | On enablement, no reasonable jury | 09:03:35 |
| 3 | could find the lack of enablement because the | 09:03:38 |
| 4 | patent is not required to enable the accused | 09:03:40 |
| 5 | product, nor is it required to enable | 09:03:42 |
| 6 | host-to-host communications.  It enabled -- | 09:03:44 |
| 7 | they failed to show that the patent did not | 09:03:48 |
| 8 | enable the full scope of the claims and their | 09:03:51 |
| 9 | argument on enablement is legally erroneous. | 09:03:53 |
| 10 | On written description, Aptiv | 09:03:56 |
| 11 | failed to show that the patent failed to | 09:03:58 |
| 12 | describe the full scope of the claims.  The | 09:04:02 |
| 13 | patent describes each and every limitation of | 09:04:04 |
| 14 | claims 23, 24 and 25.  There is no requirement | 09:04:07 |
| 15 | to describe host-to-host communication, and | 09:04:12 |
| 16 | Aptiv's written description argument is | 09:04:15 |
| 17 | legally erroneous. | 09:04:17 |
| 18 | THE COURT:  Okay.  All right. | 09:04:19 |
| 19 | That's really, in many respects, | 09:04:23 |
| 20 | the inverse of the motion I just heard, and so | 09:04:25 |
| 21 | I will reserve on that one as well and decide | 09:04:29 |
| 22 | all at one time, so I'll just keep this in | 09:04:33 |
| 23 | mind. | 09:04:33 |
| 24 | And then I know there was one more | 09:04:37 |

Page 27

| | | |
|---|---|---|
| 1 | issue to tackle, right? | 09:04:39 |
| 2 | MR. RUSSELL:  Your Honor, the | 09:04:43 |
| 3 | issue of the photographs has been resolved. | 09:04:44 |
| 4 | THE COURT:  Oh, it has. | 09:04:46 |
| 5 | MR. WIENER:  There is one other | 09:04:48 |
| 6 | issue we'd like to raise with Your Honor. | 09:04:49 |
| 7 | THE COURT:  Okay. | 09:04:51 |
| 8 | MR. WIENER:  And this came to | 09:04:51 |
| 9 | light as a result of meeting and conferring | 09:04:52 |
| 10 | with the other side after the email they sent | 09:04:54 |
| 11 | last night.  We believe -- | 09:04:57 |
| 12 | THE COURT:  Can you just move | 09:04:59 |
| 13 | closer to the microphone you have there?  It | 09:05:00 |
| 14 | is a little hard to hear. | 09:05:03 |
| 15 | MR. WIENER:  Absolutely. | 09:05:05 |
| 16 | Your Honor, Aptiv would ask that | 09:05:09 |
| 17 | Microchip be precluded in their closing | 09:05:11 |
| 18 | arguments from arguing that Aptiv's supposed | 09:05:14 |
| 19 | willful infringement was based on any bases | 09:05:19 |
| 20 | other than the fact that Aptiv continued to | 09:05:22 |
| 21 | sell the dual role hub after the January 2015 | 09:05:24 |
| 22 | notice letter, or the second bases being that | 09:05:28 |
| 23 | it filed IPRs that did not successfully | 09:05:32 |
| 24 | invalidate all of the claims. | 09:05:36 |

TRIAL - VOLUME 6

Page 28

| | | |
|---|---|---|
| 1 | Those were the two bases that | 09:05:38 |
| 2 | Microchip provided in response to an | 09:05:39 |
| 3 | interrogatory seeking the entire factual basis | 09:05:41 |
| 4 | for your contention that defendant's alleged | 09:05:43 |
| 5 | infringement has been willful. | 09:05:46 |
| 6 | We believe, based on the | 09:05:49 |
| 7 | cross-examination of Mr. Rob Voto, that | 09:05:50 |
| 8 | Microchip intends to stand up and tell the | 09:05:53 |
| 9 | jury that as a result of Mr. Voto's pre-suit | 09:05:56 |
| 10 | patent investigations, that those facts | 09:05:58 |
| 11 | somehow support a finding of willfulness. | 09:06:00 |
| 12 | Setting aside whether that could | 09:06:03 |
| 13 | ever support the finding of willfulness, that | 09:06:04 |
| 14 | was not one of the factual bases that they | 09:06:06 |
| 15 | identified in their interrogatory response, | 09:06:08 |
| 16 | and so we would ask for two things: | 09:06:10 |
| 17 | First, that they not make that | 09:06:12 |
| 18 | argument to the jury that those facts somehow | 09:06:14 |
| 19 | support willfulness; and second, if they can't | 09:06:17 |
| 20 | use those facts for willfulness, it's our | 09:06:20 |
| 21 | position that those facts, the pre-suit | 09:06:22 |
| 22 | investigation by Mr. Voto, are not relevant to | 09:06:24 |
| 23 | any remaining issues in the case and would be | 09:06:27 |
| 24 | highly prejudicial because they are going to | 09:06:29 |

Page 29

| | | |
|---|---|---|
| 1 | imply that by not doing some sort of patent | 09:06:31 |
| 2 | analysis or investigation, Mr. Voto was being | 09:06:34 |
| 3 | improperly diligent in his search. | 09:06:37 |
| 4 | And so those are the two requests | 09:06:40 |
| 5 | we would have as they pertain to Microchip's | 09:06:42 |
| 6 | closing argument. | 09:06:44 |
| 7 | THE COURT:  Well, I'm not sure | 09:06:44 |
| 8 | what the distinction is between the two | 09:06:46 |
| 9 | requests.  The first one is to say to me that, | 09:06:48 |
| 10 | you know, they shouldn't be allowed to argue | 09:06:52 |
| 11 | it, and I understand the request, but what's | 09:06:55 |
| 12 | the second request? | 09:06:58 |
| 13 | MR. WIENER:  The second request | 09:06:59 |
| 14 | would be even if you grant that request, that | 09:07:01 |
| 15 | they can't explicitly tell the jury that the | 09:07:02 |
| 16 | infringement or alleged infringement was | 09:07:06 |
| 17 | willful because of this, that they also not | 09:07:08 |
| 18 | even be able to mention those facts as part of | 09:07:10 |
| 19 | a story line or chronology suggesting that | 09:07:12 |
| 20 | it's willful, even if they don't say those | 09:07:17 |
| 21 | words. | 09:07:19 |
| 22 | Those facts really have nothing to | 09:07:19 |
| 23 | do with anything else in the case and that we | 09:07:21 |
| 24 | believe are excludable under 403 under that | 09:07:23 |

| | | |
|---|---|---|
| 1 | basis. | 09:07:27 |
| 2 | THE COURT:  Okay. | 09:07:27 |
| 3 | Well, I'll hear argument on it as | 09:07:29 |
| 4 | to the first request.  The second request is, | 09:07:32 |
| 5 | I guess, additional to the first request, but | 09:07:36 |
| 6 | I am not going to go as far as the second | 09:07:38 |
| 7 | request.  I mean, the facts came into | 09:07:39 |
| 8 | evidence. | 09:07:41 |
| 9 | MS. DURIE:  Your Honor -- | 09:07:42 |
| 10 | THE COURT:  Yes, there was an | 09:07:43 |
| 11 | objection.  I don't know that I could then | 09:07:45 |
| 12 | just tell the jury to disregard the testimony, | 09:07:46 |
| 13 | which I am not going to do at this late point. | 09:07:49 |
| 14 | I think that ship has sailed. | 09:07:51 |
| 15 | But I'm certainly okay to hear the | 09:07:54 |
| 16 | argument on the first request.  Is that you, | 09:07:58 |
| 17 | Mr. Russell? | 09:08:00 |
| 18 | MR. RUSSELL:  Yes. | 09:08:01 |
| 19 | So first of all, it's moot because | 09:08:02 |
| 20 | we are not planning on making those arguments | 09:08:04 |
| 21 | in the closing.  Mr. Voto's testimony is | 09:08:06 |
| 22 | relevant to various things that Aptiv has put | 09:08:09 |
| 23 | in issue and that have been in issue, | 09:08:12 |
| 24 | including infringement, and Mr. Voto's | 09:08:14 |

Page 31

| | | |
|---|---|---|
| 1 | testimony may come up for other subjects, but | 09:08:17 |
| 2 | we are not planning to make this willfulness | 09:08:19 |
| 3 | argument that they are talking about in | 09:08:22 |
| 4 | closings. | 09:08:24 |
| 5 | THE COURT:  Okay.  All right. | 09:08:24 |
| 6 | That's fine.  Then, so it won't make it an | 09:08:25 |
| 7 | issue, you know, and we'll go from. | 09:08:29 |
| 8 | MR. RUSSELL:  And one other thing | 09:08:33 |
| 9 | I wanted to put on the record actually, Your | 09:08:34 |
| 10 | Honor, just to avoid any question of waiver, | 09:08:37 |
| 11 | we did disclose the argument under Rule 26E, | 09:08:39 |
| 12 | not necessarily in supplemental responses, but | 09:08:42 |
| 13 | throughout the case. | 09:08:44 |
| 14 | THE COURT:  Yeah.  Okay.  All | 09:08:46 |
| 15 | right.  I think that's everything. | 09:08:48 |
| 16 | Mr. Koehler, do you want to bring | 09:08:50 |
| 17 | the jury in? | 09:08:52 |
| 18 | MR. GRAY:  Your Honor, can I make | 09:08:53 |
| 19 | one point of clarification?  I think this is | 09:08:55 |
| 20 | abundantly clear, but because we started | 09:08:57 |
| 21 | talking about the issue on non-infringement, I | 09:08:59 |
| 22 | didn't discuss damages at all in our | 09:09:02 |
| 23 | opposition.  Obviously Microchip disputes all | 09:09:04 |
| 24 | of those remarks. | 09:09:06 |

TRIAL - VOLUME 6

Page 32

| | | |
|---|---|---|
| 1 | THE COURT:  I think you have made | 09:09:07 |
| 2 | clear, even just by virtue of your own | 09:09:08 |
| 3 | counter-motion, that you are not in agreement. | 09:09:11 |
| 4 | I am not deeming anything as conceded on | 09:09:13 |
| 5 | Rule 50. | 09:09:18 |
| 6 | MR. GRAY:  Thank you, Your Honor. | 09:09:18 |
| 7 | (Whereupon, the jury entered the | 09:09:19 |
| 8 | courtroom.) | 09:09:31 |
| 9 | THE COURT:  All right.  Everybody | 09:10:55 |
| 10 | can have a seat. | 09:10:56 |
| 11 | All right.  Good morning, | 09:10:58 |
| 12 | everybody.  So, as I told you yesterday as we | 09:10:59 |
| 13 | wrapped up the instructions, we are going to | 09:11:03 |
| 14 | hear closing arguments this morning.  It is a | 09:11:06 |
| 15 | chance for each party to sum up its positions | 09:11:08 |
| 16 | in the case and tell you why they think you | 09:11:10 |
| 17 | should find in their favor. | 09:11:13 |
| 18 | So, Mr. Slayden, the floor is | 09:11:14 |
| 19 | yours. | 09:11:16 |
| 20 | MR. SLAYDEN:  Good morning, ladies | 09:11:31 |
| 21 | and gentlemen.  Before I start, I would like | 09:11:34 |
| 22 | to sincerely thank you for your time and | 09:11:37 |
| 23 | attention in this matter.  It is an important | 09:11:39 |
| 24 | matter to us and I know you've taken a lot of | 09:11:42 |

Page 33

| | | |
|---|---|---|
| 1 | time out of your personal lives to be here, | 09:11:45 |
| 2 | some hardship for some in terms of being able | 09:11:47 |
| 3 | to pick up kids, so I want to thank you, my | 09:11:50 |
| 4 | team wants to thank you for your attention | 09:11:54 |
| 5 | during this case, and it didn't go unnoticed | 09:11:56 |
| 6 | that you all paid a lot of attention to the | 09:11:58 |
| 7 | matter. | 09:12:00 |
| 8 | Also, my clients, Mr. Obolsky, Mr. | 09:12:01 |
| 9 | Ghosh and Mr. Bohm would also like me to thank | 09:12:08 |
| 10 | you for your attention to this matter.  It is | 09:12:11 |
| 11 | a very important matter to them and they noted | 09:12:13 |
| 12 | that you took this matter seriously and paid | 09:12:16 |
| 13 | really good attention, and so we thank you for | 09:12:18 |
| 14 | your attention. | 09:12:21 |
| 15 | And it goes to the point of we | 09:12:24 |
| 16 | have the best judicial system in the world and | 09:12:26 |
| 17 | it starts with you, the jury.  It is not | 09:12:30 |
| 18 | replicated anywhere else.  And so again, you | 09:12:37 |
| 19 | are the most important part of this process | 09:12:40 |
| 20 | and we thank you. | 09:12:42 |
| 21 | Now, this morning I have been | 09:12:43 |
| 22 | given a lot of time to speak to you, and I was | 09:12:48 |
| 23 | thinking about if I were you, what would I | 09:12:50 |
| 24 | want to hear today.  And I guess the first | 09:12:53 |

TRIAL - VOLUME 6

Page 34

| | | |
|---|---|---|
| 1 | issue came down that I would probably think | 09:12:57 |
| 2 | about each party, and I wouldn't necessarily | 09:13:04 |
| 3 | want to hear a lot of attorney argument. | 09:13:05 |
| 4 | You've heard the witnesses, you've | 09:13:08 |
| 5 | seen the documents, you will have the exhibits | 09:13:10 |
| 6 | to look at and you can make your | 09:13:13 |
| 7 | determination. | 09:13:16 |
| 8 | I will point out a few things to | 09:13:16 |
| 9 | hopefully helpfully guide you in that process, | 09:13:18 |
| 10 | but I will not use my entire hour-and-a-half | 09:13:21 |
| 11 | telling you what you should do.  But I will | 09:13:25 |
| 12 | point out a few evidentiary points and some | 09:13:27 |
| 13 | documents that I think will help you. | 09:13:30 |
| 14 | And I was thinking about it from | 09:13:32 |
| 15 | your perspective.  I was wondering how do I | 09:13:35 |
| 16 | make this decision and what can I rely upon. | 09:13:40 |
| 17 | I mean, a lot of witnesses, we have paid | 09:13:45 |
| 18 | experts, everybody had paid experts, we had | 09:13:47 |
| 19 | corporate witnesses that have a vested | 09:13:50 |
| 20 | interest in the case, and so where would I | 09:13:52 |
| 21 | look?  Where could I find that most reliable | 09:13:54 |
| 22 | evidence? | 09:13:58 |
| 23 | And I thought about it, and it | 09:14:02 |
| 24 | seems to me that the most reliable evidence | 09:14:04 |

TRIAL - VOLUME 6

Page 35

| | | |
|---|---|---|
| 1 | that I saw in this case that, if I was in your | 09:14:06 |
| 2 | shoes, is pre-litigation documents from the | 09:14:09 |
| 3 | companies, themselves. | 09:14:16 |
| 4 | And why do I say that?  Well, | 09:14:18 |
| 5 | those documents contain the statements and | 09:14:20 |
| 6 | information that aren't tainted by litigation | 09:14:23 |
| 7 | environment where people change their stories | 09:14:28 |
| 8 | to fit a narrative that fits their case.  They | 09:14:31 |
| 9 | seem to be more pure.  They were just, at the | 09:14:35 |
| 10 | time, just facts, and they can't be | 09:14:39 |
| 11 | manipulated now. | 09:14:44 |
| 12 | The testimony can be manipulated, | 09:14:45 |
| 13 | documents that lead closer and closer to the | 09:14:47 |
| 14 | dispute; remember the dispute started around | 09:14:50 |
| 15 | 2015 when Microchip sent a notice letter.  At | 09:14:53 |
| 16 | that point in time, and right before that, | 09:14:57 |
| 17 | they were having arguments with our customer, | 09:15:02 |
| 18 | things started to change and the narrative | 09:15:05 |
| 19 | started to change. | 09:15:06 |
| 20 | So I would encourage you and I | 09:15:07 |
| 21 | will point out a couple documents that we went | 09:15:09 |
| 22 | over here in the case, that I think, in | 09:15:12 |
| 23 | particular on the infringement issue of what | 09:15:13 |
| 24 | is a bridge device, how many devices it is, | 09:15:15 |

Page 36

1    which you heard a lot about, and I think          09:15:18

2    you'll find that the pre-litigation documents,    09:15:21

3    early on, and the technical documents, not the    09:15:25

4    high level concept.                               09:15:28

5              I told you there's going to be          09:15:29

6    three boxes.  You're going to see the three       09:15:31

7    boxes a lot.  I guess it's the wrong color.       09:15:34

8    They had blue and green, those you saw, and       09:15:36

9    there were also yellow and red.                   09:15:40

10             But the document that goes to the       09:15:43

11   heart of the chip was the schematic.  And if      09:15:44

12   you remember that point, and I will come to it    09:15:47

13   later, but I want to lay that foundation for      09:15:51

14   you today before I start.                         09:15:54

15             So let's start with where we            09:15:56

16   started in this case.  The case started with      09:15:58

17   the patent, of course.  We wouldn't be here       09:16:03

18   without it and we wouldn't be here without Mr.    09:16:06

19   Bohm inventing it; otherwise, we wouldn't have    09:16:08

20   a patent case.                                    09:16:11

21             And just to remind you, this            09:16:12

22   started back in 2006 when Mr. Bohm was part of    09:16:14

23   SMSC, and was issued three years later in         09:16:17

24   2009.                                             09:16:24

TRIAL - VOLUME 6

Page 37

| | | |
|---|---|---|
| 1 | Now, the time that you heard, USB | 09:16:25 |
| 2 | standards required only one host and one | 09:16:29 |
| 3 | device.  So at the time, this was a little bit | 09:16:32 |
| 4 | out of the box and there was two hosts and one | 09:16:33 |
| 5 | device. | 09:16:37 |
| 6 | So we talked about it a lot in the | 09:16:39 |
| 7 | case, I won't belabor the point, but also the | 09:16:43 |
| 8 | key point here is just the title.  What is | 09:16:47 |
| 9 | this patent about?  It is about the multi-host | 09:16:50 |
| 10 | USB device controller.  That's what it's | 09:16:53 |
| 11 | about.  And it enables, as you see in the | 09:16:56 |
| 12 | figure, two hosts to connect to the same | 09:16:59 |
| 13 | device.  Excuse me. | 09:17:02 |
| 14 | Now, in the history of this | 09:17:08 |
| 15 | patent, we talked about 16 years have passed | 09:17:13 |
| 16 | since it was filed.  That IPR petition by | 09:17:16 |
| 17 | Delphi, now Aptiv, challenging the claims that | 09:17:20 |
| 18 | are issued here, and we went through that. | 09:17:24 |
| 19 | And we talked about Mr. Garney submitting an | 09:17:26 |
| 20 | 89-page declaration challenging all the | 09:17:29 |
| 21 | claims, and so it's gone through that rigorous | 09:17:34 |
| 22 | challenge. | 09:17:36 |
| 23 | And at the end of it, we -- the | 09:17:37 |
| 24 | patent office disagreed and agreed with us | 09:17:43 |

TRIAL - VOLUME 6

Page 38

| | | |
|---|---|---|
| 1 | that claims 22 -- well, in this case, 23 | 09:17:45 |
| 2 | through 25 survived that challenge.  It was a | 09:17:48 |
| 3 | lengthy challenge.  Three patent judges, as we | 09:17:52 |
| 4 | discussed, agreed amongst themselves, it was | 09:17:55 |
| 5 | unanimous, that claims 23 through 25 that are | 09:17:59 |
| 6 | at issue here are valid. | 09:18:02 |
| 7 | And it will come up later, but I | 09:18:03 |
| 8 | just want to make a quick note here that -- | 09:18:08 |
| 9 | I'm sorry.  I want to make a note here that | 09:18:16 |
| 10 | this challenge in the IPR was based upon | 09:18:21 |
| 11 | Dickens, the same reference you heard about | 09:18:25 |
| 12 | here, and but the main reference in the IPR | 09:18:28 |
| 13 | was the same reference Mr. Garney relied upon | 09:18:35 |
| 14 | in here, Dickens, and that argument was | 09:18:38 |
| 15 | rejected. | 09:18:40 |
| 16 | And you see here that they | 09:18:41 |
| 17 | appealed it; we talked about that.  It was | 09:18:42 |
| 18 | appealed to the highest court for patent | 09:18:47 |
| 19 | appeals, which is the United States Court of | 09:18:48 |
| 20 | Appeals for the Federal Circuit, and they | 09:18:50 |
| 21 | affirmed, without even writing an opinion, | 09:18:52 |
| 22 | they just stamped and said PTAB judges, excuse | 09:18:56 |
| 23 | me, the patent office judges, we call it the | 09:18:59 |
| 24 | PTAB, Patent Trial and Appeal Board, affirmed | 09:19:02 |

TRIAL - VOLUME 6

Page 39

| | | |
|---|---|---|
| 1 | it. | 09:19:05 |
| 2 | Again, three more judges on that | 09:19:05 |
| 3 | panel agreed with us and agreed that Mr. | 09:19:07 |
| 4 | Bohm's claims 23 through 25 that we assert | 09:19:11 |
| 5 | here are valid. | 09:19:14 |
| 6 | So once that happened, as you | 09:19:15 |
| 7 | hopefully have in your binders, a last page | 09:19:20 |
| 8 | was added to the patent, so it's on the last | 09:19:23 |
| 9 | page of the patent, and it confirms and | 09:19:26 |
| 10 | publicizes for anyone looking at the patent | 09:19:30 |
| 11 | that those claims have gone through this | 09:19:33 |
| 12 | rigorous challenge and survived. | 09:19:35 |
| 13 | Let's talk a little bit about | 09:19:39 |
| 14 | infringement, and this really gets to the | 09:19:41 |
| 15 | point I was making earlier.  Where do you find | 09:19:43 |
| 16 | the evidence?  What's the most reliable | 09:19:45 |
| 17 | evidence? | 09:19:47 |
| 18 | You've got two experts.  You've | 09:19:48 |
| 19 | got one expert saying there's two devices, | 09:19:50 |
| 20 | there's no shared device here, and you've got | 09:19:53 |
| 21 | another expert saying no, it's one device and | 09:19:55 |
| 22 | it's shared.  So let's look at it. | 09:19:57 |
| 23 | Now, first of all, I want to step | 09:19:59 |
| 24 | into the jury instruction and read for you | 09:20:02 |

Page 40

| | | |
|---|---|---|
| 1 | what you have been instructed.  "As long as | 09:20:05 |
| 2 | Aptiv's accused chip includes all the elements | 09:20:10 |
| 3 | of the asserted patent claim, then the patent | 09:20:12 |
| 4 | claim is infringed," and this is the important | 09:20:15 |
| 5 | part that came up in this case, "even if the | 09:20:18 |
| 6 | accused chip also has additional elements, | 09:20:20 |
| 7 | features, or improvements." | 09:20:23 |
| 8 | Now, what does that mean?  We | 09:20:26 |
| 9 | heard a lot about the improvement allegedly of | 09:20:28 |
| 10 | the host-to-host bridge and how that makes | 09:20:32 |
| 11 | them non-infringing.  But the fact of the | 09:20:34 |
| 12 | matter is, they have a multi-host device | 09:20:37 |
| 13 | controller that implements this, and that's | 09:20:40 |
| 14 | the title of the patent.  The fact that they | 09:20:43 |
| 15 | add a bridge to it doesn't change that, even | 09:20:45 |
| 16 | if that happens to be an improvement or an | 09:20:47 |
| 17 | additional feature. | 09:20:50 |
| 18 | Now, what's our burden to prove | 09:20:51 |
| 19 | infringement?  Now, we have to prove that by a | 09:20:56 |
| 20 | preponderance of the evidence.  And what does | 09:21:00 |
| 21 | that mean?  That it is more likely than not | 09:21:02 |
| 22 | true that Aptiv made, sold, offered for sale | 09:21:07 |
| 23 | or imported products covered by at least one | 09:21:11 |
| 24 | asserted claim.  So our burden to prove | 09:21:15 |

TRIAL - VOLUME 6

Page 41

| | | |
|---|---|---|
| 1 | infringement is more likely than not. | 09:21:19 |
| 2 | Now, this is a document -- excuse | 09:21:20 |
| 3 | me -- we went through with Mr. Garney | 09:21:23 |
| 4 | yesterday.  You might remember it.  And it | 09:21:28 |
| 5 | was -- we had to put two documents | 09:21:33 |
| 6 | side-by-side because the Exhibit 201 was, as | 09:21:36 |
| 7 | you can tell, a terrible copy produced to us. | 09:21:40 |
| 8 | And 201 includes the language at 5.1 at the | 09:21:44 |
| 9 | top and tells you what is disclosed here. | 09:21:49 |
| 10 | And, this is important now, when | 09:21:52 |
| 11 | you go back and look at 201, it's an Unwired | 09:21:55 |
| 12 | document in 2013, before anybody or any | 09:21:59 |
| 13 | lawyers got involved to set up a narrative to | 09:22:05 |
| 14 | avoid infringement. | 09:22:11 |
| 15 | And what did they say in the | 09:22:14 |
| 16 | document?  And you might remember the | 09:22:16 |
| 17 | testimony.  This document was also amended by | 09:22:18 |
| 18 | AyDeeKay, which is the company who was the | 09:22:25 |
| 19 | expert of designing and building the Boston | 09:22:28 |
| 20 | chip for Aptiv.  So they kind of know what | 09:22:31 |
| 21 | they're doing. | 09:22:34 |
| 22 | Let's read what the sentence says. | 09:22:35 |
| 23 | "The bridge device" -- and that's one of the | 09:22:37 |
| 24 | key arguments here, is whether there is a | 09:22:40 |

Page 42

| | | |
|---|---|---|
| 1 | bridge device or if there's two devices -- | 09:22:42 |
| 2 | "consists of six blocks."  You've heard that | 09:22:45 |
| 3 | language before and you are going to see it in | 09:22:48 |
| 4 | claim 23, a shared device block.  These are | 09:22:50 |
| 5 | the same blocks here. | 09:22:56 |
| 6 | "A bridge device consists of six | 09:22:57 |
| 7 | blocks, red text, integrated within a USB | 09:23:00 |
| 8 | connectivity module as described below." | 09:23:02 |
| 9 | And we mapped it to the two | 09:23:05 |
| 10 | documents and we put it on Exhibit 7, which is | 09:23:08 |
| 11 | a color copy that is much easier to read.  And | 09:23:11 |
| 12 | you see that in these blocks, there's six of | 09:23:14 |
| 13 | them, and those blocks make up the bridge | 09:23:18 |
| 14 | device, single device.  And you see in -- | 09:23:22 |
| 15 | that's shown in Exhibit 7 right there, the UDC | 09:23:27 |
| 16 | downstream and UDC upstream. | 09:23:34 |
| 17 | Those are the -- those are the two | 09:23:37 |
| 18 | that Mr. Garney points to as separate devices. | 09:23:40 |
| 19 | He says those are USB Device A and USB Device | 09:23:44 |
| 20 | B, and those are shown in -- typically they | 09:23:49 |
| 21 | refer to the three boxes that I mentioned.  So | 09:23:52 |
| 22 | those are the two he claims as being Device A | 09:24:08 |
| 23 | and B. | 09:24:12 |
| 24 | Now, they, as we talked about, | 09:24:13 |

Page 43

```
 1    have a FIFO in between them, which is a        09:24:16

 2    buffer, it's a memory, and everything that     09:24:19

 3    comes into this downstream -- and if you       09:24:22

 4    remember, that downstream is coming here and   09:24:25

 5    that's where the iPhone connects, and          09:24:28

 6    everything coming in here, which is the        09:24:31

 7    upstream, that's the upstream port and that's  09:24:33

 8    where the head unit attaches.                  09:24:37

 9            All information coming in through      09:24:39

10    both of these are shared across this bridge.   09:24:41

11    Those are the yellow arrows.  And those yellow 09:24:45

12    arrows are not -- shouldn't be depicted as     09:24:48

13    wireless like the state of jumping across      09:24:52

14    there.  Those are metal traces, they are       09:24:55

15    called, in the semiconductor industry, so they 09:24:57

16    are wired together, these two are wired        09:25:01

17    together.                                      09:25:03

18            And you have what's called an MCU      09:25:04

19    as part of the bridge.  That's a               09:25:07

20    microcontroller unit.  And that                09:25:09

21    microcontroller unit, along with these         09:25:14

22    controllers, are tied together.  But the blue  09:25:16

23    line, those are also metal traces that go to a 09:25:21

24    bus that ends up in the MCU.                   09:25:25
```

Page 44

| | | |
|---|---|---|
| 1 | And this document, I submit to | 09:25:29 |
| 2 | you, dated 2013, is the purest document, the | 09:25:32 |
| 3 | purest evidence of what the bridge device is. | 09:25:38 |
| 4 | Excuse me. | 09:25:42 |
| 5 | Now, there's another document. | 09:25:43 |
| 6 | Now, I pointed out previously, you remember, | 09:25:54 |
| 7 | we talked about -- you can hardly see it, and | 09:25:57 |
| 8 | I apologize, but you'll have these documents | 09:26:00 |
| 9 | that go back with you, updated by AyDeeKay. | 09:26:03 |
| 10 | AyDeeKay was identified in the | 09:26:06 |
| 11 | document as the experts in doing this type of | 09:26:08 |
| 12 | chip design.  Unwired relied on them because | 09:26:10 |
| 13 | Unwired is not a chip manufacturer, so they | 09:26:15 |
| 14 | looked for someone to help them. | 09:26:18 |
| 15 | The other important part of this | 09:26:20 |
| 16 | document is, it says, "EP Bridge, bridge | 09:26:22 |
| 17 | logic, containing both UDCs."  And those UDCs | 09:26:26 |
| 18 | are Mr. Garney's Device A and B, and FIFO | 09:26:31 |
| 19 | logic.  And that was added to this graph by | 09:26:35 |
| 20 | AyDeeKay.  Well, it was updated by CSP based | 09:26:40 |
| 21 | on some comments. | 09:26:46 |
| 22 | So an EP Bridge is defined here, | 09:26:48 |
| 23 | so I submit to you that this document, dated | 09:26:52 |
| 24 | 2013 -- and it is shown in this box a little | 09:26:57 |

Page 45

| | | |
|---|---|---|
| 1 | small here and I apologize.  But if you look | 09:27:02 |
| 2 | at Exhibit 201 and you use the color diagram | 09:27:05 |
| 3 | from 7 to see it, you'll see that this fully | 09:27:10 |
| 4 | submits -- fully supports Microchip's position | 09:27:14 |
| 5 | and its expert's position on infringement and | 09:27:18 |
| 6 | refutes this idea that there's two separate | 09:27:22 |
| 7 | devices that don't -- that are not shared by | 09:27:25 |
| 8 | the host, as Mr. Garney states. | 09:27:29 |
| 9 |             Now, one of those points is -- and | 09:27:31 |
| 10 | let me go back -- I'm sorry -- is that each of | 09:27:38 |
| 11 | these UDCs, for example, have their own | 09:27:46 |
| 12 | address.  And if you remember me talking about | 09:27:49 |
| 13 | it, I don't have a slide for it, but that's | 09:27:53 |
| 14 | exactly what Mr. Bohm identified in his patent | 09:27:55 |
| 15 | on the first page of the abstract, and you can | 09:27:58 |
| 16 | look for it yourself, that the shared device | 09:28:00 |
| 17 | will have distinct and separate addresses for | 09:28:03 |
| 18 | each host. | 09:28:07 |
| 19 |             And if you remember, that's where | 09:28:09 |
| 20 | the iPhone connects, but has its own address | 09:28:11 |
| 21 | to the bridge device, and the head unit | 09:28:15 |
| 22 | connects right here and it has its own address | 09:28:18 |
| 23 | for the bridge device. | 09:28:21 |
| 24 |             So we submit to you that that | 09:28:23 |

TRIAL - VOLUME 6

Page 46

| | | |
|---|---|---|
| 1 | is -- if you're looking for evidence that's | 09:28:25 |
| 2 | untainted by paid testimony or litigation, | 09:28:27 |
| 3 | design documents, this one is before the | 09:28:33 |
| 4 | litigation, before there is any type of | 09:28:37 |
| 5 | controversy in 2013. | 09:28:39 |
| 6 | So what other is some good | 09:28:45 |
| 7 | evidence?  So Mr. Voto testified and while | 09:28:50 |
| 8 | semi-interested, of course, because he was | 09:28:57 |
| 9 | involved, is no longer at Aptiv, so he didn't | 09:28:58 |
| 10 | have to worry about what his boss is going to | 09:29:02 |
| 11 | say if he testifies to something that is | 09:29:05 |
| 12 | helpful to Microchip. | 09:29:07 |
| 13 | He has sold out his interest in | 09:29:10 |
| 14 | this project and was paid, which I don't | 09:29:12 |
| 15 | begrudge him that, but he's at a new company. | 09:29:17 |
| 16 | In fact, he went to AyDeeKay I believe was | 09:29:19 |
| 17 | renamed Indie, I think he went to that | 09:29:22 |
| 18 | company, so he's there.  Listen to what he | 09:29:25 |
| 19 | says. | 09:29:27 |
| 20 | And the question was, "And is | 09:29:27 |
| 21 | there a portion of this diagram that relates | 09:29:30 |
| 22 | specifically to this host-to-host bridging | 09:29:32 |
| 23 | functionality we have been talking about? | 09:29:35 |
| 24 | "Yes." | 09:29:37 |

TRIAL - VOLUME 6

Page 47

```
 1              So we see this box down here that        09:29:40

 2    says, "H2H controller."  And remember, the        09:29:42

 3    '243 Patent is directed to a USB multi-host       09:29:48

 4    device controller, that's the key to the          09:29:51

 5    patent.  H2H there stands for, as you see from    09:29:54

 6    the question, it's short for host-to-host.        09:29:59

 7              Now, what does he say?  "That's         09:30:02

 8    what we had to add, you know, largely on top      09:30:05

 9    of everything else that the hub already did to    09:30:09

10    make the bridge function work."                   09:30:12

11              And that's a key point.  That's        09:30:16

12    what we allege is shared between the two          09:30:19

13    devices, is the bridge function.  It functions   09:30:22

14    to allow these two hosts to be connected          09:30:26

15    together.                                         09:30:29

16              And he wasn't -- he's no longer an      09:30:31

17    Aptiv employee.  He is not a paid expert.  He    09:30:35

18    did get paid for his time a little bit, but on   09:30:39

19    his basic compensation rate.  So I submit to     09:30:43

20    you that that is some reliable evidence you      09:30:45

21    can rely upon.                                    09:30:48

22              Now, this is Mr. Petku, and he         09:30:50

23    testified -- this is his deposition              09:30:55

24    transcript.  And you might have missed it, it    09:30:59
```

Page 48

1    was kind of, like, quick the way these          09:31:01

2    depositions go, because we didn't have a        09:31:02

3    live -- we didn't have him here live because    09:31:05

4    he wasn't within the subpoena range, and I      09:31:08

5    don't believe he is still an Aptiv employee     09:31:10

6    either, he's moved on also.  And I think        09:31:13

7    you'll see from the clip that he supports       09:31:15

8    Microchip's position regarding the bridge       09:31:17

9    function.  Let's see what he says.              09:31:20

10                (Whereupon, a videotape excerpt of  09:31:22

11   Mr. Petku was played for the jury.)             09:31:26

12                MR. SLAYDEN:  So did you catch      09:31:42

13   that?  He caught himself, because he was        09:31:43

14   instructed not to say bridge function and not   09:31:46

15   to say that there was a single bridge.  Let's   09:31:48

16   look at it again.                               09:31:51

17                (Whereupon, the excerpt was         09:31:52

18   replayed for the jury.)                         09:31:53

19                MR. SLAYDEN:  Okay.  So you can     09:32:19

20   see that was a little bit of a contrived        09:32:21

21   answer.  He told the truth to begin with, and  09:32:23

22   then he remembered what the lawyers told him    09:32:25

23   to say and so he changed his story to meet the  09:32:26

24   narrative that Mr. Garney has been telling us,  09:32:30

Page 49

| | | |
|---|---|---|
| 1 | there's two devices.  That was him saying oh, | 09:32:32 |
| 2 | it's not one device, I didn't mean to say | 09:32:35 |
| 3 | that.  It's a collection of components that | 09:32:37 |
| 4 | have different functions for two different | 09:32:40 |
| 5 | hosts.  But you heard it from him clear as day | 09:32:42 |
| 6 | that he agreed with us actually.  Excuse me. | 09:32:45 |
| 7 | So we heard from Mr. Zatkovich, | 09:32:56 |
| 8 | Microchip's expert, that we met all the | 09:33:00 |
| 9 | elements of claim 23.  And I will tell you | 09:33:05 |
| 10 | that I agree, but I also like to look at the | 09:33:09 |
| 11 | independent evidence of the document, | 09:33:14 |
| 12 | Exhibit 7, with 201 and Mr. Voto's testimony | 09:33:17 |
| 13 | and Mr. Petku's testimony that supports Mr. | 09:33:23 |
| 14 | Zatkovich's opinion. | 09:33:28 |
| 15 | And I will note that during Mr. | 09:33:30 |
| 16 | Garney's cross-examination, he agreed with me | 09:33:33 |
| 17 | that those documents, Exhibit 7 and 201, are | 09:33:36 |
| 18 | consistent with what Mr. Zatkovich informed | 09:33:40 |
| 19 | you regarding infringement.  That is the | 09:33:43 |
| 20 | same -- the same position that Mr. Zatkovich | 09:33:47 |
| 21 | took. | 09:33:50 |
| 22 | Now, claim 23 looks like a | 09:33:53 |
| 23 | mouthful -- 24, excuse me, looks like a | 09:33:58 |
| 24 | mouthful, but the first part is repeating the | 09:34:01 |

Page 50

| | | |
|---|---|---|
| 1 | claim 23, and at the end, it just says, "The | 09:34:03 |
| 2 | controller is operable to maintain" -- | 09:34:07 |
| 3 | actually, let me go back.  I'm sorry.  Let's | 09:34:09 |
| 4 | talk one minute about this language. | 09:34:15 |
| 5 | So this claim 23 is down at the | 09:34:18 |
| 6 | chip level.  It is talking about the Boston | 09:34:24 |
| 7 | chip.  And it's about a chip that's not | 09:34:28 |
| 8 | connected to the host yet.  And how do you | 09:34:30 |
| 9 | know that?  Because it's about the chip just | 09:34:33 |
| 10 | sitting there on the table, it's as made. | 09:34:38 |
| 11 | So does it have a shared USB | 09:34:42 |
| 12 | device block?  And we talked about the blocks | 09:34:44 |
| 13 | from Exhibit 7 and 201.  Those are the blocks, | 09:34:47 |
| 14 | and the one block is the EP Bridge that they | 09:34:50 |
| 15 | both share. | 09:34:53 |
| 16 | Are they operable to be | 09:34:54 |
| 17 | simultaneously configured by two or more USB | 09:34:55 |
| 18 | hosts? | 09:34:58 |
| 19 | Now, what you're going to hear is | 09:34:59 |
| 20 | that that language means that the device block | 09:35:03 |
| 21 | has to be configured at exactly the same time, | 09:35:08 |
| 22 | and the language, while a bit clumsy, what I | 09:35:15 |
| 23 | would say to you is that, from a grammar | 09:35:18 |
| 24 | standpoint, I would agree with you, if the | 09:35:22 |

Page 51

| | | |
|---|---|---|
| 1 | claim was written as shared USB device block | 09:35:24 |
| 2 | operable to be configured simultaneously, a | 09:35:28 |
| 3 | subtle difference, configured simultaneously. | 09:35:34 |
| 4 | If "configured" came before "simultaneously," | 09:35:38 |
| 5 | then it would be -- I would agree with you. | 09:35:41 |
| 6 | And the example that is shown is | 09:35:43 |
| 7 | that you can imagine in our head is this thing | 09:35:45 |
| 8 | about Mr. Bohm's patent, with two computers | 09:35:48 |
| 9 | going to a printer, for example, Figure 2. | 09:35:52 |
| 10 | Someone was plugging in USB cables in the back | 09:35:55 |
| 11 | of it at the exact same time, which is not a | 09:35:59 |
| 12 | real world example.  No one is sitting there | 09:36:03 |
| 13 | trying to plug two computers into a printer at | 09:36:05 |
| 14 | the same time. | 09:36:08 |
| 15 | So what it really means is -- what | 09:36:08 |
| 16 | this means is that the USB device block here, | 09:36:11 |
| 17 | the bridge, is in a state to -- is | 09:36:16 |
| 18 | configured -- is in a state -- sitting there | 09:36:25 |
| 19 | configured by both hosts at the same time; | 09:36:29 |
| 20 | that is, they have both been configured | 09:36:32 |
| 21 | already and they are sitting there waiting. | 09:36:33 |
| 22 | And in the printer example, that | 09:36:36 |
| 23 | is they have been plugged in and one got | 09:36:38 |
| 24 | configured and the next one got configured. | 09:36:41 |

Page 52

1    They are both now configured, and that way,          09:36:45

2    when a signal comes from either computer to          09:36:49

3    send a print job, they are ready to take that        09:36:52

4    signal and print.  It doesn't have to wait, it       09:36:54

5    doesn't have to reconfigure like you would if        09:36:57

6    you unplugged it or you switched it like on a        09:37:00

7    switch.  It's ready to go.                           09:37:03

8           So this language here is they are             09:37:06

9    both in the state, as a printer has seen,            09:37:09

10   sitting there waiting to get a signal from the       09:37:13

11   two computers.  They don't have to configure         09:37:16

12   once they get a signal.  They are sitting            09:37:18

13   there in the configured state.  That's what          09:37:20

14   that means.                                          09:37:21

15          I would agree with Aptiv and                  09:37:22

16   counsel if "configured" came before                  09:37:24

17   "simultaneously."  So configured                     09:37:27

18   simultaneously would be an incidence where you       09:37:30

19   had to plug them both in at the same time.           09:37:32

20          That's not what the claim is                  09:37:34

21   talking about.  It's talking about they are in       09:37:36

22   a state of both being -- they are already            09:37:38

23   configured, they are sitting there together,         09:37:40

24   and when you get a print job from either             09:37:42

Page 53

| | | |
|---|---|---|
| 1 | computer, it will take that job and then have | 09:37:45 |
| 2 | to configure at that point, which you would | 09:37:47 |
| 3 | see as a delay if you ever remember plugging | 09:37:50 |
| 4 | in a computer and unplugging it, it had to | 09:37:54 |
| 5 | reconfigure that computer and recognize it in | 09:37:56 |
| 6 | order to print.  It had a delay of sitting | 09:37:59 |
| 7 | there.  This avoided that. | 09:38:02 |
| 8 | And I will note that the claim | 09:38:03 |
| 9 | says, "device block operable to be." | 09:38:05 |
| 10 | "Operable to be" means is capable of doing it | 09:38:11 |
| 11 | in the future.  It doesn't mean it's doing it | 09:38:15 |
| 12 | now.  It's just a chip sitting there.  It's | 09:38:18 |
| 13 | not doing anything right now, it's just | 09:38:20 |
| 14 | sitting there. | 09:38:24 |
| 15 | But you are going to hear some | 09:38:24 |
| 16 | arguments today for the first time on claim | 09:38:27 |
| 17 | terms that aren't in this case.  You got a | 09:38:31 |
| 18 | claim instruction from the Court and you | 09:38:36 |
| 19 | also -- that you can look at and all the rest | 09:38:41 |
| 20 | of the claims and the elements should be you | 09:38:43 |
| 21 | supply plain, ordinary meaning.  If someone | 09:38:47 |
| 22 | wants to construe something specifically, they | 09:38:50 |
| 23 | should ask the Court for it previously, which | 09:38:53 |
| 24 | they did. | 09:38:55 |

TRIAL - VOLUME 6

Page 54

```
 1              Now, the next element is a          09:38:55

 2    controller configured to establish.  Well,    09:38:58

 3    here we go again.  That's very similar to     09:39:00

 4    operable to.  It means it's configured to do  09:39:02

 5    something.  And in this case, we're not       09:39:05

 6    talking about configured as a device as in USB 09:39:07

 7    terms; we are just talking about something    09:39:11

 8    that's similar as operable to sitting there   09:39:13

 9    and can establish.                            09:39:15

10              You don't configure to establish    09:39:16

11    concurrent settings; it's something that's    09:39:18

12    going to happen in the future.  It's not      09:39:20

13    happening now, it's going to happen in the    09:39:23

14    future as the device is sitting there and can 09:39:24

15    do it when it's required to; for example, when 09:39:27

16    it gets a signal from either one of the hosts. 09:39:30

17              And at the bottom, "wherein the      09:39:33

18    controller is operable to receive and         09:39:36

19    respond."  Again, it just has to be capable of 09:39:39

20    doing that, not that it's doing it.  This      09:39:42

21    claim is not -- don't be confused.  It is not  09:39:44

22    a method claim.  There are method claims as    09:39:47

23    you look at the patent, which is claim 18      09:39:49

24    which requires active; each element ends with  09:39:51
```

Page 55

| | | |
|---|---|---|
| 1 | I-N-G, an active statement of doing something | 09:39:55 |
| 2 | in a method step.  This is not -- this is not | 09:40:00 |
| 3 | that claim. | 09:40:02 |
| 4 | And claim 25, Mr. Zatkovich went | 09:40:03 |
| 5 | through that, and Mr. Garney agreed that his | 09:40:11 |
| 6 | interpretation of it is consistent with the | 09:40:19 |
| 7 | documents, even though Mr. Garney disagreed. | 09:40:21 |
| 8 | Now, one of the other things, here | 09:40:24 |
| 9 | we have evidence of infringing sales, and we | 09:40:28 |
| 10 | had to have an active infringement.  And Dr. | 09:40:30 |
| 11 | Becker testified that as an uncontested | 09:40:34 |
| 12 | fact -- you can see the claim down there as | 09:40:38 |
| 13 | you see at the bottom, "Aptiv has tested and | 09:40:41 |
| 14 | used the dual role hub in the United States. | 09:40:44 |
| 15 | Aptiv offers for sale and sells the dual role | 09:40:46 |
| 16 | hub in the United States." | 09:40:50 |
| 17 | And Dr. Becker testified, and | 09:40:51 |
| 18 | we'll talk about it later, uncontested.  They | 09:40:52 |
| 19 | didn't submit -- I don't know if you noticed | 09:40:55 |
| 20 | that, but they didn't submit a damages expert. | 09:40:56 |
| 21 | They had designated one, Mr. Chase, but he | 09:41:00 |
| 22 | never testified.  So Mr. Becker's testimony | 09:41:02 |
| 23 | sits unchallenged from another expert's | 09:41:05 |
| 24 | standpoint. | 09:41:11 |

Page 56

1       But he found that, from Aptiv's          09:41:12

2   own documents which they produced, had sold      09:41:15

3   44.9 million units and those sales infringed,    09:41:20

4   according to Mr. Zatkovich and our position,     09:41:26

5   are infringing sales.  So that's how we get      09:41:29

6   there.                                           09:41:31

7           Now, we heard a lot about               09:41:32

8   validity, and it centered around Dickens,        09:41:35

9   which we talked about, and a switch, two         09:41:41

10  switches, according to Mr. Garney, are nearly    09:41:45

11  identical in operation and function.  So let's   09:41:48

12  look at what the jury instruction is.            09:41:53

13          So first of all, as I talked about       09:41:55

14  in the opening, each claim is presumed valid.    09:41:58

15  So you go into this with a lens that the         09:42:02

16  patent office did its job, and in this case,     09:42:06

17  even more so because we talked about besides     09:42:10

18  them just being granted by two patent            09:42:13

19  examiners, they went through that rigorous       09:42:17

20  review by the IPR.  Those three judges looked    09:42:18

21  at it and said oh, yeah, we agree.               09:42:22

22          So this presumption here has been        09:42:24

23  confirmed by the PTAB judges; in addition, of    09:42:26

24  course, as I mentioned, it was also appealed     09:42:30

Page 57

| | | |
|---|---|---|
| 1 | to the Federal Circuit, our highest patent | 09:42:33 |
| 2 | court, three judges appointed by the | 09:42:35 |
| 3 | president, and they confirmed what the three | 09:42:38 |
| 4 | judges did, which all confirms the issuance by | 09:42:41 |
| 5 | the original examiners 16 years ago -- or | 09:42:44 |
| 6 | 13 years ago of issuing claims 23 through 25. | 09:42:49 |
| 7 | So in this case, this presumption | 09:42:54 |
| 8 | is -- you can rely upon it, is stronger than | 09:42:58 |
| 9 | normal. | 09:43:04 |
| 10 | Now, this presumption fits the | 09:43:06 |
| 11 | burden of proving invalidity on Aptiv by clear | 09:43:09 |
| 12 | and convincing evidence on a claim-by-claim | 09:43:12 |
| 13 | basis.  And what does that mean?  It's written | 09:43:14 |
| 14 | there.  And I know the judge instructed you, | 09:43:17 |
| 15 | but it's worth emphasizing. | 09:43:19 |
| 16 | You must be left with abiding | 09:43:22 |
| 17 | conviction that each asserted claim of the | 09:43:26 |
| 18 | '243 Patent is invalid.  Abiding conviction; | 09:43:28 |
| 19 | that's pretty strong. | 09:43:32 |
| 20 | So as in my opening, I showed you | 09:43:34 |
| 21 | a slide that kind of gave you the scales of | 09:43:37 |
| 22 | justice and showed you preponderance, and it's | 09:43:40 |
| 23 | more like this.  And we're going to talk | 09:43:43 |
| 24 | about -- excuse me -- clear and convincing | 09:43:46 |

Page 58

| | | |
|---|---|---|
| 1 | evidence, more like this.  And we'll talk | 09:43:48 |
| 2 | about, on the infringement side, it's more | 09:43:51 |
| 3 | like this, just a preponderance of the | 09:43:53 |
| 4 | evidence.  Not clear and convincing, just a | 09:43:55 |
| 5 | preponderance. | 09:44:01 |
| 6 | So here their burden is clear and | 09:44:01 |
| 7 | convincing, which is a pretty high burden. | 09:44:03 |
| 8 | Now, they didn't submit a, what we | 09:44:07 |
| 9 | call a anticipatory argument, they submitted a | 09:44:07 |
| 10 | 103 argument, which is an obviousness | 09:44:14 |
| 11 | argument.  So they say you combine Dickens | 09:44:16 |
| 12 | with Belkin or US-98 and that makes the | 09:44:19 |
| 13 | claimed invention, for example in 23, invalid | 09:44:30 |
| 14 | as obvious. | 09:44:34 |
| 15 | And the one point in the middle | 09:44:34 |
| 16 | that I highlight is the key point I want you | 09:44:36 |
| 17 | to keep in mind, and I am going to read it. | 09:44:39 |
| 18 | "The existence of each and every element of | 09:44:41 |
| 19 | the claimed invention in the prior art does | 09:44:45 |
| 20 | not necessarily prove obviousness." | 09:44:47 |
| 21 | Now, while I don't agree that they | 09:44:49 |
| 22 | were able to prove that each and every element | 09:44:51 |
| 23 | was in the prior art, as we'll see, Dr. Levy | 09:44:53 |
| 24 | testified they didn't submit anything to meet | 09:44:55 |

TRIAL - VOLUME 6

Page 59

| | | |
|---|---|---|
| 1 | the first element of claim 23, 23A.  But even | 09:44:57 |
| 2 | if they did, let's say that all the elements | 09:45:00 |
| 3 | were there, there was certainly no -- that | 09:45:03 |
| 4 | doesn't mean that they actually invalidate the | 09:45:06 |
| 5 | claim. | 09:45:08 |
| 6 | You have to figure out why someone | 09:45:09 |
| 7 | would want to combine those, and in this case, | 09:45:11 |
| 8 | you didn't hear anything about that.  In fact, | 09:45:14 |
| 9 | the testimony of Mr. Garney tells you that the | 09:45:16 |
| 10 | two devices are similar so you would combine | 09:45:18 |
| 11 | them. | 09:45:20 |
| 12 | Let's think about that comment for | 09:45:21 |
| 13 | a minute.  If you had two devices that are | 09:45:22 |
| 14 | similar and did the same thing, what was the | 09:45:27 |
| 15 | need to combine them? | 09:45:29 |
| 16 | Typically in these situations, | 09:45:32 |
| 17 | there is a missing element from the claimed | 09:45:34 |
| 18 | invention in the device; it doesn't do one of | 09:45:39 |
| 19 | the things.  So you go look for something else | 09:45:41 |
| 20 | in the art that would do this additional | 09:45:43 |
| 21 | element, a feature. | 09:45:45 |
| 22 | You didn't hear that.  What you | 09:45:46 |
| 23 | heard was Dickens.  And if you look at | 09:45:49 |
| 24 | Dickens, and I actually invite you to look at | 09:45:50 |

TRIAL - VOLUME 6

Page 60

| | | |
|---|---|---|
| 1 | it, as you look at the block diagram, it is | 09:45:54 |
| 2 | actually a block diagram with a Belkin or | 09:45:57 |
| 3 | US-98 product.  They have two hosts coming in | 09:45:59 |
| 4 | at the top of it, a dual box and peripherals, | 09:46:03 |
| 5 | printers at the bottom, come out at the | 09:46:07 |
| 6 | bottom, and they share those. | 09:46:09 |
| 7 | It is a switch.  It's actually | 09:46:11 |
| 8 | titled a switch.  And we talked about | 09:46:13 |
| 9 | switches, you'll remember. | 09:46:15 |
| 10 | So if you look at it, there's not | 09:46:16 |
| 11 | really a reason why you'd want to combine | 09:46:18 |
| 12 | Dickens with Belkin, something you bought off | 09:46:21 |
| 13 | the Internet in this case in 2019. | 09:46:27 |
| 14 | And that's kind of the point down | 09:46:29 |
| 15 | at the bottom there.  You must base your | 09:46:35 |
| 16 | decision on -- you have to include a physical | 09:46:37 |
| 17 | device.  So they have to -- their only | 09:46:42 |
| 18 | combination is Dickens plus a physical device, | 09:46:45 |
| 19 | which is US-98 or Belkin. | 09:46:47 |
| 20 | And I submit to you that there is | 09:46:50 |
| 21 | absolutely no evidence of why you would submit | 09:46:51 |
| 22 | two similar -- you would combine two similar | 09:46:54 |
| 23 | devices.  It doesn't make any sense. | 09:46:56 |
| 24 | So let's look at this on the | 09:47:00 |

Page 61

1    validity side; we went through this.  This is              09:47:04

2    the IPR.  And it was all based -- Mr. Garney              09:47:06

3    based his attack for Aptiv on Dickens that we             09:47:09

4    just talked about.  Dickens was considered as             09:47:13

5    a main reference; it is one of the two                    09:47:15

6    references, I believe.                                    09:47:17

7            But also, as you see up there in                  09:47:18

8    ground 2, it is a 102, which means Dickens by             09:47:20

9    itself would invalidate claims 23 through 25.             09:47:23

10   That was rejected.  And then the rest of the              09:47:27

11   grounds include Dickens and obviousness                   09:47:30

12   combination.                                              09:47:32

13           So it's Dickens plus some other                   09:47:33

14   written prior art, you all heard the Japanese             09:47:34

15   reference, Wurzburg, and other -- and I guess             09:47:39

16   Wurzburg twice.                                           09:47:48

17           So they went to the patent office                 09:47:48

18   and they submitted a Dickens 103 argument                 09:47:50

19   already, which I would submit to you was a                09:47:53

20   better argument than Dickens, plus a physical             09:47:55

21   device, Belkin, that looks a lot like Dickens.            09:47:58

22   And I can't figure out why you would combine              09:48:02

23   the two, which is a necessary step in this                09:48:03

24   process of invalidity.                                    09:48:07

TRIAL - VOLUME 6

Page 62

| | | |
|---|---|---|
| 1 | Now, I went through this in the | 09:48:12 |
| 2 | opening and during the case a little bit.  Mr. | 09:48:14 |
| 3 | Bohm told the patent office all about these | 09:48:18 |
| 4 | switches that they are talking about, these | 09:48:21 |
| 5 | stand-alone switches.  I don't know if you | 09:48:23 |
| 6 | remember the boxes we had up here with Mr. | 09:48:24 |
| 7 | Garney.  These were the stand-alone switches. | 09:48:27 |
| 8 | So they would just sit on the desk | 09:48:29 |
| 9 | and you would plug in computers and a printer, | 09:48:31 |
| 10 | or whatever peripheral you had, and it was a | 09:48:34 |
| 11 | stand-alone. | 09:48:38 |
| 12 | This is what he's talking about. | 09:48:39 |
| 13 | "There also exist stand-alone USB | 09:48:41 |
| 14 | switches that provide the capability of | 09:48:44 |
| 15 | switching a device between upstream USB host | 09:48:45 |
| 16 | controllers." | 09:48:48 |
| 17 | As you saw, of course, the host | 09:48:49 |
| 18 | controllers are in the host, which, in this | 09:48:50 |
| 19 | case, is an example of a computer. | 09:48:53 |
| 20 | So Mr. Bohm told the patent office | 09:48:55 |
| 21 | at the time that he submitted his application | 09:48:58 |
| 22 | that these switches that are shown to you | 09:49:00 |
| 23 | today are known and the patent office | 09:49:04 |
| 24 | considered that type of art on whether to | 09:49:06 |

Page 63

1    grant this patent in the first place.                   09:49:09

2            And once they granted it, of                    09:49:11

3    course, I won't belabor the point, but, of             09:49:13

4    course, they went through all this process of          09:49:15

5    the IPR, considered all of that, and they had          09:49:18

6    the opportunity to submit not just -- they             09:49:19

7    couldn't submit a physical device to the               09:49:22

8    patent office, but there's a lot of -- and we          09:49:24

9    went through some of it.                               09:49:26

10           On the face of the patent even,                 09:49:28

11   there is a lot of switch art identified that           09:49:30

12   they could have submitted to the patent office         09:49:33

13   at the time, but they didn't.                          09:49:35

14           And this discussion of switch art               09:49:37

15   that Mr. Bohm submitted is in the issued                09:49:41

16   patent.  You can read it yourself.  You will           09:49:43

17   have the patent and it will show that he               09:49:46

18   submitted that to the patent office.  So it's          09:49:48

19   worth making a point here about switches and           09:49:51

20   Mr. Bohm's patent.                                     09:49:54

21           Now, switches, as the slide shows,              09:49:56

22   is connecting one computer and then switching          09:50:00

23   to the other and back and forth.  And that's           09:50:04

24   important because the distinction is that only         09:50:08

TRIAL - VOLUME 6

Page 64

| | | |
|---|---|---|
| 1 | one host is connected at a time and the switch | 09:50:11 |
| 2 | is either to the right or the left, for | 09:50:13 |
| 3 | example. | 09:50:15 |
| 4 | Mr. Bohm's '243 Patent is not, and | 09:50:15 |
| 5 | you will read in claim 23, a dedicated | 09:50:19 |
| 6 | connection.  These were dedicated intimate | 09:50:21 |
| 7 | connections to each in the one device.  So | 09:50:26 |
| 8 | there's no switching.  And I kind of mentioned | 09:50:29 |
| 9 | it previously, they are both sitting there | 09:50:32 |
| 10 | ready to receive a signal.  There's no | 09:50:34 |
| 11 | switching back and forth.  They maintain their | 09:50:36 |
| 12 | state and already receive a signal to perform | 09:50:39 |
| 13 | a function. | 09:50:42 |
| 14 | Now, here is the art we saw.  As | 09:50:44 |
| 15 | you see, these were stand-alone switches. | 09:50:50 |
| 16 | This is exactly what Mr. Bohm told the patent | 09:50:52 |
| 17 | office about and they considered it.  And I | 09:50:55 |
| 18 | didn't put all the statements in about the | 09:50:57 |
| 19 | switches.  Mr. Bohm included more than what I | 09:51:00 |
| 20 | just showed you.  You can read it for | 09:51:02 |
| 21 | yourself, it's in the patent, and I invite you | 09:51:05 |
| 22 | to do so. | 09:51:07 |
| 23 | But these are the type of | 09:51:08 |
| 24 | stand-alone switches we see here.  On one hand | 09:51:09 |

Page 65

| | | |
|---|---|---|
| 1 | you'll have printers or other peripherals | 09:51:12 |
| 2 | attached, and on the other side, you will have | 09:51:14 |
| 3 | the device.  You have computers.  And you kind | 09:51:18 |
| 4 | of see Dickens up here.  And you can see, | 09:51:20 |
| 5 | there is a box, and I invite you to look at | 09:51:27 |
| 6 | it. | 09:51:32 |
| 7 | Now, these are -- I don't know why | 09:51:32 |
| 8 | Dickens didn't draft these, but it is | 09:51:33 |
| 9 | handwritten -- but again, most of them are | 09:51:37 |
| 10 | peripherals over here, and it is going through | 09:51:40 |
| 11 | a box, and they can share these over here, but | 09:51:43 |
| 12 | it is a switch. | 09:51:46 |
| 13 | So they failed with Dickens in the | 09:51:48 |
| 14 | patent office, but they're not done with it. | 09:51:49 |
| 15 | They bring it back here to combine with Belkin | 09:51:51 |
| 16 | and SW211A, which is also interesting.  They | 09:51:55 |
| 17 | call it the US-98, but there is no indicia of | 09:52:01 |
| 18 | the device being a US-98. | 09:52:04 |
| 19 | And Mr. Garney thinks it was sold | 09:52:06 |
| 20 | by USBGear and it was sold by Black Box, so | 09:52:08 |
| 21 | there is some confusion there. | 09:52:12 |
| 22 | Anyway, we have the device and it | 09:52:14 |
| 23 | is an SW211A, and I will submit to you that | 09:52:17 |
| 24 | these stand-alone switches, in combination | 09:52:21 |

Page 66

| | | |
|---|---|---|
| 1 | with Dickens, is not a reasonable combination | 09:52:23 |
| 2 | and they don't invalidate Mr. Bohm's patent. | 09:52:25 |
| 3 | And we heard from Dr. Levy that | 09:52:28 |
| 4 | neither Dickens nor SW211A or Belkin combined | 09:52:34 |
| 5 | would meet 23A. Even if you combine the | 09:52:40 |
| 6 | language, I submit to you, it's not a | 09:52:44 |
| 7 | reasonable combination. And you heard from | 09:52:46 |
| 8 | Dr. Levy. | 09:52:49 |
| 9 | And that's worth bringing up, too. | 09:52:53 |
| 10 | This goes back to what Mr. Bohm disclosed to | 09:52:56 |
| 11 | the patent office. He disclosed whatever he | 09:52:59 |
| 12 | could find about the Belkin 4-by-4 USB | 09:53:01 |
| 13 | peripheral switch for the unit. Not a device, | 09:53:04 |
| 14 | you usually don't submit devices to the patent | 09:53:07 |
| 15 | office, of course, it is usually written | 09:53:09 |
| 16 | documentation, and this is what it had. | 09:53:11 |
| 17 | It is four pages; it is a review. | 09:53:14 |
| 18 | It gives you a good idea. It is in evidence. | 09:53:16 |
| 19 | It's in Exhibit 270, I believe. It is in | 09:53:19 |
| 20 | evidence and you can look at it yourself. And | 09:53:23 |
| 21 | it is about four pages, I think it says there, | 09:53:26 |
| 22 | and it tells you a lot about what this device | 09:53:28 |
| 23 | does. It's not super complicated. | 09:53:30 |
| 24 | And Dr. Levy talked about the fact | 09:53:33 |

Page 67

| | | |
|---|---|---|
| 1 | that it was submitted to the patent office. | 09:53:36 |
| 2 | So the patent office had a lot of information. | 09:53:39 |
| 3 | And I don't know if you remember | 09:53:43 |
| 4 | hearing Mr. Garney's testimony, I kind of went | 09:53:44 |
| 5 | through all the art on the patent, on the | 09:53:49 |
| 6 | other publication side, just the title, not to | 09:53:52 |
| 7 | belabor the point and bring up every document, | 09:53:53 |
| 8 | but all the titles were -- a bunch of them | 09:53:56 |
| 9 | were to switches.  So he submitted switches. | 09:53:58 |
| 10 | And they are more complicated than these | 09:54:01 |
| 11 | switches, they were made by semiconductor | 09:54:03 |
| 12 | companies. | 09:54:06 |
| 13 | There is the picture of the | 09:54:06 |
| 14 | review, and again, we have highlighted there | 09:54:11 |
| 15 | the cons of this Belkin, and Mr. Garney says | 09:54:14 |
| 16 | they are similar so it has to be 211A also. | 09:54:19 |
| 17 | He says -- one of the down sides is you can | 09:54:23 |
| 18 | get an error during switching.  And again, we | 09:54:26 |
| 19 | are not talking about switching in Mr. Bohm's | 09:54:29 |
| 20 | patent; we are talking about maintaining | 09:54:31 |
| 21 | dedicated connections and being ready to | 09:54:33 |
| 22 | receive that signal to perform, to access a | 09:54:37 |
| 23 | function. | 09:54:40 |
| 24 | Now, excuse me one second. | 09:54:41 |

TRIAL - VOLUME 6

Page 68

|  |  |  |
|---|---|---|
| 1 | Written description and enablement.  The | 09:54:48 |
| 2 | instruction is Aptiv bears the burden of | 09:54:54 |
| 3 | establishing by clear and convincing evidence. | 09:54:57 |
| 4 | Well, we talked about clear and | 09:54:59 |
| 5 | convincing evidence, the higher burden of | 09:55:01 |
| 6 | preponderance, and the burden is to -- and the | 09:55:04 |
| 7 | requirement is must disclose sufficient | 09:55:10 |
| 8 | information to enable or teach one with skill | 09:55:13 |
| 9 | in the art, as of the filing date of the | 09:55:16 |
| 10 | claimed invention, how to make and use the | 09:55:20 |
| 11 | full scope of the claimed invention. | 09:55:22 |
| 12 | Now, what you're going to hear is | 09:55:24 |
| 13 | -- and what you heard a little bit during the | 09:55:28 |
| 14 | trial that maybe it didn't dawn on you at the | 09:55:30 |
| 15 | time, but what you're going to hear is Mr. | 09:55:33 |
| 16 | Bohm, in his patent, didn't enable the accused | 09:55:37 |
| 17 | product. | 09:55:41 |
| 18 | That's a bit confusing.  But | 09:55:42 |
| 19 | that's not the requirement.  And the judge is | 09:55:45 |
| 20 | going to instruct you that -- and you see down | 09:55:47 |
| 21 | there it says, in the last -- on the bottom, | 09:55:50 |
| 22 | "The specification does not have to describe | 09:55:54 |
| 23 | or enable the accused product." | 09:55:57 |
| 24 | So the fact that they asked | 09:56:00 |

Page 69

1    something to, for example in this case, this          09:56:03

2    focus on multi-host device controller, that's        09:56:06

3    what the '243 Patent is about.  The fact they         09:56:09

4    add something else, they are going to tell you        09:56:12

5    that something else is the host-to-host bridge        09:56:14

6    and they are going to say see, they didn't            09:56:16

7    enable that.  There's no host-to-host bridge          09:56:19

8    discussion in the patent.                             09:56:21

9            I agree with you, there's not.                09:56:23

10   And there's also no host-to-host bridge in the        09:56:26

11   claim.  So we don't have to describe and              09:56:29

12   enable a host-to-host bridge.  Ours is about          09:56:32

13   enable host-to-host controller.  That's what          09:56:37

14   we have to do, describe and enable.  The fact         09:56:39

15   they add something in addition doesn't make it        09:56:41

16   necessary for us to describe that enabled in          09:56:44

17   our patent.                                           09:56:47

18           If you think about it in this way,            09:56:48

19   it would seem unfair if the patent is for             09:56:50

20   20 years, so does an inventor have to describe        09:56:54

21   and enable every future application or every          09:56:58

22   future product that may use this invention,           09:57:01

23   every additional feature on top of it?                09:57:05

24           That makes no sense.  That would              09:57:07

Page 70

| | | |
|---|---|---|
| 1 | be unfair, it would be unreasonable. | 09:57:09 |
| 2 | Technology changes a lot in 20 years, so the | 09:57:11 |
| 3 | fact that you add something on top of it, it | 09:57:13 |
| 4 | doesn't matter. | 09:57:16 |
| 5 | So in this case -- and we heard | 09:57:17 |
| 6 | about cookies in the opening by the other | 09:57:20 |
| 7 | side, how we'll all go to the cookie, the old | 09:57:24 |
| 8 | cookie analogy.  But this is a simple term. | 09:57:27 |
| 9 | We claim, for example, this claim | 09:57:30 |
| 10 | is A plus B plus C.  And what I'll tell you | 09:57:34 |
| 11 | is, what they are going to tell you is they | 09:57:39 |
| 12 | don't infringe because they add D. | 09:57:40 |
| 13 | They are going to say no, we're A, | 09:57:43 |
| 14 | B, C, but we have D.  And you didn't have D in | 09:57:45 |
| 15 | your patent, you didn't enable D in your | 09:57:48 |
| 16 | patent, so it's invalid. | 09:57:51 |
| 17 | Well, the claimed invention is A | 09:57:53 |
| 18 | plus B plus C.  That's all we have to describe | 09:57:56 |
| 19 | and enable.  The fact that you add something | 09:57:59 |
| 20 | on top of it plus D doesn't matter.  You are | 09:58:01 |
| 21 | still practicing A plus B plus C. | 09:58:04 |
| 22 | So here we did that.  It's clear. | 09:58:07 |
| 23 | You can read -- you can look in the patent | 09:58:09 |
| 24 | yourself and see that. | 09:58:11 |

Page 71

| | | |
|---|---|---|
| 1 | But, in any event, they have to | 09:58:13 |
| 2 | prove lack of written description and | 09:58:16 |
| 3 | enablement by clear and convincing evidence. | 09:58:20 |
| 4 | And again, the patent is presumed valid.  And | 09:58:23 |
| 5 | what does that mean?  It's presumed to have | 09:58:26 |
| 6 | met these requirements, not just valid on the | 09:58:29 |
| 7 | prior art, but it means the actual patent | 09:58:31 |
| 8 | statute requirements, and those include | 09:58:34 |
| 9 | written description and enablement. | 09:58:36 |
| 10 | Now, Dr. Levy testified under the | 09:58:37 |
| 11 | correct legal analysis that the claimed | 09:58:43 |
| 12 | invention is enabled.  Now, Mr. Garney | 09:58:53 |
| 13 | testified that since there's no host-to-host | 09:58:57 |
| 14 | communication in the description, that the | 09:59:00 |
| 15 | claims aren't enabled. | 09:59:04 |
| 16 | Well, I have mentioned, you don't | 09:59:07 |
| 17 | have to have host-to-host communication unless | 09:59:08 |
| 18 | you claim it.  We didn't claim that.  We | 09:59:10 |
| 19 | claimed a multi-host device controller. | 09:59:12 |
| 20 | That's what we claimed.  And it's clear they | 09:59:17 |
| 21 | used that, as Mr. Voto and Mr. Petku testified | 09:59:20 |
| 22 | about. | 09:59:25 |
| 23 | So on the right-hand side, they | 09:59:26 |
| 24 | are going to tell you that we didn't describe | 09:59:30 |

TRIAL - VOLUME 6

Page 72

| | | |
|---|---|---|
| 1 | or enable again a host-to-host bridge and we | 09:59:34 |
| 2 | don't claim host-to-host bridge.  It's just | 09:59:37 |
| 3 | part of their device.  It happened to be a | 09:59:40 |
| 4 | shared device in our case, but we don't have | 09:59:43 |
| 5 | to describe and enable that. | 09:59:45 |
| 6 |                 I have gone on to written | 09:59:47 |
| 7 | description, I kind of put those two together, | 09:59:51 |
| 8 | they kind of go together.  Same standard.  And | 09:59:54 |
| 9 | again, it says on the written description it | 09:59:56 |
| 10 | is "The specification does not have to | 10:00:03 |
| 11 | describe the accused product."  That's the | 10:00:05 |
| 12 | law. | 10:00:09 |
| 13 |                 Now, they are going to tell you | 10:00:10 |
| 14 | that the patent is invalid because it doesn't | 10:00:12 |
| 15 | describe the accused product.  That is not the | 10:00:14 |
| 16 | law. | 10:00:17 |
| 17 |                 So again, we see Dr. Levy applying | 10:00:20 |
| 18 | the correct legal standard, what the claimed | 10:00:23 |
| 19 | invention is, described, and he concludes it | 10:00:27 |
| 20 | is. | 10:00:32 |
| 21 |                 And Dr. Garney, I guess in a | 10:00:32 |
| 22 | back-handed way, opposes that or challenges | 10:00:36 |
| 23 | that, but he uses the wrong standard.  He says | 10:00:39 |
| 24 | well, there's no host-to-host communication, | 10:00:42 |

Page 73

 1    there's no host-to-host bridge discussed, so          10:00:44

 2    since we have this element, we don't -- I             10:00:47

 3    mean, you don't describe that so your patent          10:00:51

 4    is invalid.  That's not the law.                      10:00:54

 5            So let's go to damages.  So you               10:00:56

 6    are going to be instructed that your damages          10:01:02

 7    award, if you reach this issue, should put            10:01:05

 8    Microchip in approximately the same financial         10:01:07

 9    position that it would have been had the              10:01:09

10    infringement not occurred.                            10:01:12

11            Now, in this case, we only heard             10:01:14

12    from one damages expert, and they are going to        10:01:16

13    tell you that they didn't need one because            10:01:20

14    they don't infringe, the patent is invalid,           10:01:22

15    and they sent their -- well, he never was             10:01:26

16    here, you never saw him, Mr. Chase never              10:01:29

17    appeared in the courtroom.                            10:01:32

18            So Dr. Becker's analysis is the              10:01:35

19    only analysis you have that's been submitted          10:01:38

20    to you.  And Dr. Becker went through the              10:01:42

21    Panduit factors of the lost profits, and as is        10:01:49

22    stated here, there is a demand for the                10:01:52

23    patented product.  I think you heard a lot of         10:01:54

24    testimony about that.  There is certainly             10:01:57

Page 74

| | | |
|---|---|---|
| 1 | demand for each product. | 10:01:58 |
| 2 | Absence of acceptable | 10:02:00 |
| 3 | non-infringing substitutes; we didn't hear | 10:02:01 |
| 4 | anything about that, any other party having a | 10:02:04 |
| 5 | non-infringing substitute. That is, no one | 10:02:07 |
| 6 | can look somewhere else to find a chip to put | 10:02:10 |
| 7 | in place of these that wouldn't infringe. | 10:02:12 |
| 8 | In fact, there is no one else | 10:02:14 |
| 9 | making these chips, there's only two, there's | 10:02:16 |
| 10 | only Aptiv and Microchip. | 10:02:19 |
| 11 | Microchip's capacity to make extra | 10:02:19 |
| 12 | sales. I mean, you heard from Mr. Obolsky | 10:02:23 |
| 13 | that to make the sales that Aptiv -- to make | 10:02:25 |
| 14 | the chips that Aptiv sold, that number of | 10:02:28 |
| 15 | chips, for example, of Sandia to replace those | 10:02:31 |
| 16 | would be about half a day of production for | 10:02:35 |
| 17 | them. So clearly we have capacity. That's | 10:02:37 |
| 18 | not really challenged. | 10:02:42 |
| 19 | And then the calculation of lost | 10:02:43 |
| 20 | profits, which we'll walk through here. So if | 10:02:45 |
| 21 | Microchip proves, by a preponderance of the | 10:02:50 |
| 22 | evidence, that there were only two suppliers | 10:02:52 |
| 23 | in the market, which that's all there is, | 10:02:54 |
| 24 | there is Sandia and Boston 2, they are the | 10:02:57 |

TRIAL - VOLUME 6

Page 75

| | | |
|---|---|---|
| 1 | only suppliers in the market, that's not | 10:03:00 |
| 2 | challenged, then Microchip has proven the | 10:03:01 |
| 3 | first two factors.  So a demand for the | 10:03:04 |
| 4 | product is proven. | 10:03:07 |
| 5 | Absence of an acceptable | 10:03:08 |
| 6 | non-infringing substitute is also proven.  We | 10:03:09 |
| 7 | talked about capacity already.  I just have to | 10:03:13 |
| 8 | add a little bit, so let's go over to the | 10:03:16 |
| 9 | damages summary. | 10:03:20 |
| 10 | So you heard Dr. Becker, and what | 10:03:22 |
| 11 | does this slide mean?  It talks about -- this | 10:03:24 |
| 12 | is segregated between 2017, when Sandia came | 10:03:28 |
| 13 | on the market, and this is only for lost | 10:03:33 |
| 14 | profits. | 10:03:37 |
| 15 | So the concept is we couldn't have | 10:03:38 |
| 16 | been damaged for lost profits -- that is, on | 10:03:41 |
| 17 | profits we would have made on our chip -- | 10:03:43 |
| 18 | because we didn't have a chip in the market. | 10:03:45 |
| 19 | So we allege their infringement started back | 10:03:48 |
| 20 | in 2015 when they were making the Boston 2 | 10:03:50 |
| 21 | chip, but we can't claim lost profits on that | 10:03:53 |
| 22 | because we weren't in the market.  So we | 10:03:56 |
| 23 | didn't lose a sale, per se. | 10:03:58 |
| 24 | Now, so what is that blue box? | 10:04:00 |

Page 76

| | | |
|---|---|---|
| 1 | Under the patent statute, it says a patentee | 10:04:03 |
| 2 | is due, at a minimum, a reasonable royalty. | 10:04:07 |
| 3 | So if you had a patent and you didn't use it, | 10:04:10 |
| 4 | you could still bring a suit against a company | 10:04:15 |
| 5 | that's infringing it and you can obtain | 10:04:18 |
| 6 | damages. | 10:04:20 |
| 7 | You haven't been personally | 10:04:21 |
| 8 | damaged, per se, you haven't lost sales, but | 10:04:22 |
| 9 | you would be due a reasonable royalty to be | 10:04:26 |
| 10 | determined by the Court and the jury.  And so | 10:04:28 |
| 11 | that's this piece. | 10:04:31 |
| 12 | And the question mark is whether | 10:04:32 |
| 13 | we should be allowed to have a reasonable | 10:04:36 |
| 14 | royalty there.  And at a minimum, we believe | 10:04:38 |
| 15 | that as soon as Sandia came on the market, we | 10:04:44 |
| 16 | would have made the sales of Boston 2 but for | 10:04:47 |
| 17 | their infringement. | 10:04:50 |
| 18 | Now, we talked about -- we talked | 10:04:52 |
| 19 | about -- you might remember this slide, we had | 10:04:56 |
| 20 | similar slides -- a negotiation range.  And | 10:04:58 |
| 21 | since we don't have any challenging testimony, | 10:05:03 |
| 22 | Dr. Becker set some benchmarks on either end | 10:05:12 |
| 23 | of the range and then came to the middle | 10:05:15 |
| 24 | ground.  And he looked at Sandia and Aptiv as | 10:05:18 |

Page 77

| | | |
|---|---|---|
| 1 | to what we thought that would be, and then he | 10:05:23 |
| 2 | just kind of backed the reasonable royalty to | 10:05:24 |
| 3 | be ultra conservative and agreeing that that | 10:05:27 |
| 4 | came to $1.40. | 10:05:30 |
| 5 | That hasn't been challenged in | 10:05:32 |
| 6 | this case, so right now, that's the only | 10:05:34 |
| 7 | reasonable royalty assertion we have and | 10:05:36 |
| 8 | testimony we have.  That's it. | 10:05:39 |
| 9 | So now, we talked about the blue | 10:05:42 |
| 10 | box before; that's the reasonable royalty | 10:05:45 |
| 11 | portion.  That would be if you decided that | 10:05:47 |
| 12 | Microchip was due a reasonable royalty that | 10:05:49 |
| 13 | was during the period that we weren't making a | 10:05:52 |
| 14 | product yet.  But we had the patent, the | 10:05:55 |
| 15 | patent was already issued, and if you | 10:05:58 |
| 16 | remember, we sent the notice letter in 2015. | 10:06:00 |
| 17 | So we think we are due a | 10:06:03 |
| 18 | reasonable royalty during that period, even | 10:06:06 |
| 19 | though we didn't make a product at the time. | 10:06:12 |
| 20 | 2017, Sandia came on the market, | 10:06:15 |
| 21 | and we allege that now we had a product | 10:06:18 |
| 22 | available.  Sale of Boston 2, we may have | 10:06:21 |
| 23 | made -- because there is no other chips | 10:06:23 |
| 24 | available, there is just a two-supplier | 10:06:25 |

TRIAL - VOLUME 6

Page 78

```
 1    market, we would have made those sales, and          10:06:28
 2    that gives you the lost profits number and           10:06:30
 3    that total is 84 million.                            10:06:32
 4            Now, there is another way to look            10:06:36
 5    at this that I will mention to you.  If you           10:06:38
 6    had a patent and you weren't practicing it,           10:06:41
 7    you would still be due a reasonable royalty at        10:06:43
 8    a minimum.  That's the law.  And in this case,        10:06:46
 9    if you were to decide well, Microchip is not          10:06:48
10    due any lost profits at all, the minimum             10:06:51
11    damage award, if you are to agree to issue           10:06:55
12    one, would be a reasonable royalty for the           10:06:59
13    entire period.  And that number comes to $1.40       10:07:01
14    a chip and equals 62 million based on around         10:07:07
15    44 or 45 million chips sold by Aptiv.                10:07:12
16            And that concludes my slides.               10:07:17
17    Thank you for your attention.  I probably went       10:07:20
18    longer than I intended to.  There was more          10:07:23
19    there to cover than I anticipated, but again,        10:07:26
20    I want to thank you for your attention today.        10:07:28
21    You listened very attentively and I appreciate       10:07:32
22    it, and during the trial.                            10:07:34
23            It was distinct for me, through             10:07:37
24    jury trials, sometimes we don't have that, but       10:07:40
```

Page 79

| | | |
|---|---|---|
| 1 | you folks were very attentive and we | 10:07:42 |
| 2 | appreciate it and Microchip appreciates your | 10:07:44 |
| 3 | time.  Thank you. | 10:07:48 |
| 4 | THE COURT:  All right.  Thank you, | 10:07:49 |
| 5 | Mr. Slayden. | 10:07:51 |
| 6 | We are going to turn to Aptiv's | 10:07:54 |
| 7 | argument now.  We can take a five-minute break | 10:07:56 |
| 8 | if you want to, if anyone wants to.  It will | 10:08:02 |
| 9 | be an hour or an hour-and-a-half for Aptiv, | 10:08:06 |
| 10 | but do you want to keep going or not? | 10:08:10 |
| 11 | Anyone want a break, raise your | 10:08:11 |
| 12 | hand.  No?  Okay.  All right.  We're ready. | 10:08:14 |
| 13 | MS. DURIE:  Thank you. | 10:08:16 |
| 14 | Good morning.  I think of a jury | 10:08:23 |
| 15 | trial as being a little bit like a detective | 10:08:26 |
| 16 | story where each of you is cast in the role of | 10:08:30 |
| 17 | the detective.  You come in after the facts, | 10:08:33 |
| 18 | you get shown a lot of evidence, and it's up | 10:08:36 |
| 19 | to you to decide what happened, to look at the | 10:08:39 |
| 20 | evidence that's presented to you and try to | 10:08:43 |
| 21 | figure out the real story. | 10:08:46 |
| 22 | So I want to start there with what | 10:08:49 |
| 23 | the evidence has shown you about what | 10:08:52 |
| 24 | happened.  You got pretty starkly different | 10:08:54 |

Page 80

| | | |
|---|---|---|
| 1 | perspectives on that story at the beginning of | 10:09:00 |
| 2 | the case. | 10:09:02 |
| 3 | At the very beginning of his | 10:09:03 |
| 4 | opening statement, Microchip's counsel said, | 10:09:05 |
| 5 | "The inventor, Mr. Bohm, was way ahead of his | 10:09:09 |
| 6 | time, so no one used his invention for eight | 10:09:13 |
| 7 | years.  Microchip, however, was ready and | 10:09:16 |
| 8 | waiting for the day when the market would | 10:09:19 |
| 9 | catch up."  That was their perspective. | 10:09:21 |
| 10 | What I said to you at the | 10:09:24 |
| 11 | beginning of my opening was that "We're here | 10:09:26 |
| 12 | because Microchip made a bad business | 10:09:30 |
| 13 | decision, and they want Aptiv to pay for it." | 10:09:32 |
| 14 | It's going to be up to you to | 10:09:36 |
| 15 | decide which of those perspectives is | 10:09:39 |
| 16 | supported by the evidence that you've seen. | 10:09:43 |
| 17 | Now, there is one thing that | 10:09:46 |
| 18 | counsel and I agree about.  You heard | 10:09:48 |
| 19 | testimony from witnesses, and obviously it's | 10:09:51 |
| 20 | up to you to judge their credibility.  You've | 10:09:53 |
| 21 | also seen a lot of documents, documents from | 10:09:56 |
| 22 | back in the day.  And I agree that in thinking | 10:09:59 |
| 23 | about this, it makes a lot of sense to put | 10:10:05 |
| 24 | weight on those documents, and especially the | 10:10:08 |

TRIAL - VOLUME 6

Page 81

| | | |
|---|---|---|
| 1 | documents that the parties created before they | 10:10:12 |
| 2 | started to have a dispute, because those | 10:10:14 |
| 3 | documents reflect what they were thinking at | 10:10:16 |
| 4 | the time. | 10:10:19 |
| 5 | So I want to review with you some | 10:10:20 |
| 6 | of that evidence.  You're going to have it in | 10:10:22 |
| 7 | the jury room.  I have put up some exhibit | 10:10:24 |
| 8 | numbers and I will try to cull them out, but I | 10:10:28 |
| 9 | want to start back at the beginning, right? | 10:10:30 |
| 10 | You heard that Apple was working | 10:10:32 |
| 11 | on Apple CarPlay, and there was some | 10:10:34 |
| 12 | suggestion that I think this was sort of | 10:10:37 |
| 13 | misleading because it wasn't publicly | 10:10:39 |
| 14 | announced to consumers until 2014.  But | 10:10:41 |
| 15 | remember, Apple was developing it; it was | 10:10:44 |
| 16 | talking with car companies.  CarPlay is | 10:10:46 |
| 17 | coming, right.  What are we going to do?  How | 10:10:48 |
| 18 | are you guys going to support it? | 10:10:51 |
| 19 | And Aptiv, then Unwired, was | 10:10:53 |
| 20 | working with one of its customers, with Jaguar | 10:10:56 |
| 21 | and Land Rover.  And as a function of that, | 10:10:59 |
| 22 | and Mr. Voto said, in some ways, they were | 10:11:01 |
| 23 | lucky, right?  Jaguar and Land Rover were | 10:11:03 |
| 24 | forward-thinking, they were trying to figure | 10:11:07 |

TRIAL - VOLUME 6

Page 82

| 1 | out how to deal with CarPlay. | 10:11:09 |
| 2 | Now, there was some suggestion | 10:11:10 |
| 3 | that maybe Unwired got some unfair head-start, | 10:11:13 |
| 4 | some inside information.  And you may remember | 10:11:17 |
| 5 | we asked Mr. Voto about this.  He was asked, | 10:11:20 |
| 6 | "Did you get any information you shouldn't | 10:11:23 |
| 7 | have about Apple's requirements?" | 10:11:25 |
| 8 | And he said no, right?  He said | 10:11:28 |
| 9 | let me be very clear.  This was normal stuff; | 10:11:29 |
| 10 | right?  They were working with their customer, | 10:11:32 |
| 11 | their customer wanted to support CarPlay, so | 10:11:34 |
| 12 | they got a sense of what it was that Apple was | 10:11:37 |
| 13 | going to be looking for. | 10:11:40 |
| 14 | And you heard Mr. Voto say, and | 10:11:41 |
| 15 | this is Exhibit 192, that they looked at | 10:11:43 |
| 16 | different options.  One option they looked at | 10:11:47 |
| 17 | was using the Microchip Flex connection, but | 10:11:49 |
| 18 | they identified some disadvantages.  And one | 10:11:54 |
| 19 | of the disadvantages is they weren't going to | 10:11:56 |
| 20 | be able to support CarPlay or USB connectivity | 10:11:58 |
| 21 | all the way through the car. | 10:12:02 |
| 22 | So Mr. Voto said they thought | 10:12:04 |
| 23 | about doing something that he at least thought | 10:12:07 |
| 24 | was really new and exciting, which was this | 10:12:09 |

| | | |
|---|---|---|
| 1 | idea of creating this new host-to-host | 10:12:12 |
| 2 | bridging function that would require them to | 10:12:15 |
| 3 | do a bunch of custom work, but would allow | 10:12:18 |
| 4 | both for this single-lane solution that the | 10:12:21 |
| 5 | car companies wanted and to have USB | 10:12:24 |
| 6 | connectivity throughout the car. | 10:12:26 |
| 7 | And that's what they did.  And you | 10:12:28 |
| 8 | heard they spent, between their own internal | 10:12:30 |
| 9 | resources and what they paid AyDeeKay, about | 10:12:33 |
| 10 | $10 million.  They spent a lot of time and | 10:12:39 |
| 11 | they took a huge risk.  Because, as you heard | 10:12:42 |
| 12 | Mr. Voto say, there was no guarantee it was | 10:12:44 |
| 13 | going to work, no guarantee the car companies | 10:12:46 |
| 14 | were going to accept it and no guarantee Apple | 10:12:49 |
| 15 | was going to accept it. | 10:12:52 |
| 16 | You remember when he said they | 10:12:53 |
| 17 | went to Apple and they were like, can you give | 10:12:54 |
| 18 | us a hint?  And Apple was like no, you know, | 10:12:56 |
| 19 | put it in, send it to us, looks good.  But at | 10:12:59 |
| 20 | the end of the day, it's on you, right, no | 10:13:01 |
| 21 | guarantee it was going to work.  But it did. | 10:13:03 |
| 22 | Now, the Microchip side of this. | 10:13:05 |
| 23 | Microchip was also talking to the car | 10:13:10 |
| 24 | companies.  This is an internal email from | 10:13:12 |

Page 84

| | | |
|---|---|---|
| 1 | June of 2018, and there's a reference to Dave. | 10:13:15 |
| 2 | And you remember Dave came up in a number of | 10:13:20 |
| 3 | emails.  He was at Chrysler.  So Microchip was | 10:13:22 |
| 4 | talking to the folks at Chrysler about this | 10:13:24 |
| 5 | same thing, how are we going to deal with | 10:13:26 |
| 6 | CarPlay? | 10:13:28 |
| 7 | But the tone of this is very | 10:13:29 |
| 8 | different, because what Microchip is saying is | 10:13:32 |
| 9 | with USB, you've got one host, you've got | 10:13:35 |
| 10 | multi-devices, this is critical, we need to | 10:13:39 |
| 11 | emphasize you cannot do CarPlay and own the | 10:13:42 |
| 12 | other ports with one USB data lane. | 10:13:49 |
| 13 | In other words, Microchip's | 10:13:51 |
| 14 | reaction to this problem was to say to | 10:13:52 |
| 15 | Chrysler, cannot be done, right?  Impossible. | 10:13:55 |
| 16 | And that became the consistent theme for the | 10:13:59 |
| 17 | next, hmm, roughly eight months, right? | 10:14:03 |
| 18 | Mr. Obolsky testified, and I will | 10:14:06 |
| 19 | say, I think he was actually pretty | 10:14:09 |
| 20 | straightforward in his testimony about this. | 10:14:11 |
| 21 | I mean, I said, Microchip was telling its | 10:14:14 |
| 22 | customers this one-lane persistent USB thing | 10:14:16 |
| 23 | isn't going to work, and instead, you should | 10:14:19 |
| 24 | go with FlexConnect which isn't going to allow | 10:14:22 |

Page 85

| | | |
|---|---|---|
| 1 | you to have that connectivity.  He said, | 10:14:25 |
| 2 | that's about right. | 10:14:29 |
| 3 | July of 2014, Microchip learns | 10:14:29 |
| 4 | about Aptiv, Exhibit 246.  They've got flex on | 10:14:32 |
| 5 | every port and connectivity throughout the | 10:14:35 |
| 6 | car.  And again, further on in that same | 10:14:39 |
| 7 | email, "It is difficult to believe the | 10:14:44 |
| 8 | carmakers would commit to an ASIC from a small | 10:14:46 |
| 9 | company like Unwired." | 10:14:49 |
| 10 | You heard me say in opening the | 10:14:50 |
| 11 | first of the three Ds; right?  Dismiss.  And | 10:14:52 |
| 12 | that is exactly what happened.  Microchip | 10:14:55 |
| 13 | initially just dismissed the Unwired solution. | 10:14:58 |
| 14 | I asked Mr. Obolsky, they were a | 10:15:00 |
| 15 | small stand-alone company and so you dismissed | 10:15:03 |
| 16 | their solution?  His answer, yes. | 10:15:06 |
| 17 | And we kept going.  Now we're in | 10:15:08 |
| 18 | July of 2014.  Microchip is trying to debunk | 10:15:11 |
| 19 | the Unwired solution.  So they want to put out | 10:15:15 |
| 20 | some information to customers, draw out | 10:15:19 |
| 21 | responses.  They want to better understand | 10:15:22 |
| 22 | what Unwired is doing.  That's fine, that's | 10:15:25 |
| 23 | fair, but they are investigating our solution. | 10:15:27 |
| 24 | They learn some information about | 10:15:30 |

Page 86

| | | |
|---|---|---|
| 1 | it.  They get statements from a bunch of their | 10:15:33 |
| 2 | customers about what Unwired is doing.  What | 10:15:35 |
| 3 | conclusion do they draw?  The architecture is | 10:15:38 |
| 4 | flawed, it's not going to work.  And the | 10:15:41 |
| 5 | problems they identify with Unwired, we don't | 10:15:44 |
| 6 | really understand how it works, we don't think | 10:15:47 |
| 7 | it's going to be CarPlay compliant, it's a big | 10:15:49 |
| 8 | risk, we shouldn't do that. | 10:15:52 |
| 9 | And, in fact, in an email in | 10:15:54 |
| 10 | August, this is now Exhibit 252, "We pointed | 10:15:56 |
| 11 | this out at the design that we looked at," | 10:15:59 |
| 12 | that's the Unwired-like architecture, "and | 10:16:02 |
| 13 | ruled it out due to CarPlay compliance | 10:16:05 |
| 14 | concerns." | 10:16:08 |
| 15 | And they go on to say basically | 10:16:09 |
| 16 | look, if Apple approves it, then we'll think | 10:16:10 |
| 17 | about doing it.  But you heard from Mr. Voto, | 10:16:13 |
| 18 | Apple doesn't approve it until it's ready to | 10:16:15 |
| 19 | be in a car. | 10:16:18 |
| 20 | So this sort of creates a circular | 10:16:19 |
| 21 | loop.  We don't want to do it unless Apple is | 10:16:20 |
| 22 | going to approve it, but Apple is not going to | 10:16:23 |
| 23 | approve it unless we show that we can do it. | 10:16:25 |
| 24 | Microchip wanted to just sit it out. | 10:16:28 |

TRIAL - VOLUME 6

Page 87

| | | |
|---|---|---|
| 1 | We'll now fast forward to August. | 10:16:30 |
| 2 | Again, more discussions about this internally | 10:16:32 |
| 3 | at Microchip.  It's not compliant, it's not | 10:16:34 |
| 4 | standard USB.  There's no way it can be | 10:16:37 |
| 5 | guaranteed.  This isn't going to work, right? | 10:16:40 |
| 6 | It's not compliant. | 10:16:42 |
| 7 | More here in October.  Consistent | 10:16:44 |
| 8 | theme.  How is this possible?  They couldn't | 10:16:48 |
| 9 | figure out how this would work.  I have no | 10:16:52 |
| 10 | idea. | 10:16:55 |
| 11 | David Sroka, we saw his name on a | 10:16:58 |
| 12 | bunch of these documents.  Marketing guy but | 10:17:01 |
| 13 | also engineer at Microchip.  "When persistent | 10:17:04 |
| 14 | USB is a requirement we have run into a wall." | 10:17:07 |
| 15 | December of 2014.  They have now | 10:17:13 |
| 16 | been thinking about this problem for months | 10:17:16 |
| 17 | and months.  "We wish we could provide a | 10:17:18 |
| 18 | solution but we don't have it." | 10:17:21 |
| 19 | More information is needed.  Upper | 10:17:24 |
| 20 | management has gotten involved.  And you may | 10:17:29 |
| 21 | remember, this goes up to the very highest | 10:17:32 |
| 22 | levels of Microchip, right?  Upper management, | 10:17:34 |
| 23 | including Mr. Obolsky, is aware of the market, | 10:17:40 |
| 24 | the requirements, proposed solution.  We need | 10:17:42 |

TRIAL - VOLUME 6

Page 88

| | | |
|---|---|---|
| 1 | more information, it's going to take time, we | 10:17:44 |
| 2 | need a business case, December of 2014. | 10:17:46 |
| 3 | And I asked Mr. Obolsky, your | 10:17:49 |
| 4 | response wasn't absolutely, we'll get right on | 10:17:52 |
| 5 | it; your response was yeah, we'll think about | 10:17:55 |
| 6 | it and see if that's something we want to do. | 10:17:59 |
| 7 | That's the response here, December of 2014, | 10:18:01 |
| 8 | months and months and months after the | 10:18:03 |
| 9 | customers had been asking for a solution. | 10:18:04 |
| 10 | January 6, 2015, finally Microchip | 10:18:07 |
| 11 | says okay, we're going to develop a solution | 10:18:12 |
| 12 | of our own.  We are planning to develop a next | 10:18:15 |
| 13 | generation solution, in part based on Tecvox's | 10:18:17 |
| 14 | feedback, in part in response to the Unwired | 10:18:21 |
| 15 | solution, which we had dismissed when they | 10:18:23 |
| 16 | were a small stand-alone company. | 10:18:25 |
| 17 | January 6th, again, Mr. Obolsky: | 10:18:28 |
| 18 | "We have been working on the business case and | 10:18:32 |
| 19 | technical details to provide a single | 10:18:35 |
| 20 | connection solution similar to Unwired.  Still | 10:18:37 |
| 21 | not sure if the return on investment justifies | 10:18:40 |
| 22 | it.  It's going to cost one-and-a-half to | 10:18:43 |
| 23 | $2 million, but at least, you know, we think | 10:18:46 |
| 24 | probably maybe this makes sense.  Still need a | 10:18:48 |

Page 89

```
 1    little more information."                      10:18:51
 2              I asked him, "Now, sir, you said     10:18:52
 3    yesterday in your direct examination that      10:18:55
 4    Microchip always does what its customers       10:18:57
 5    want."  I don't know if you remember that      10:19:00
 6    testimony.  Always does it.                    10:19:02
 7              His answer, "Eventually, yes."  I    10:19:03
 8    think that was very candid, because that is,   10:19:06
 9    in fact, what the evidence shows.              10:19:09
10              Now, you heard some criticism        10:19:10
11    directed to Mr. Voto that maybe Unwired should 10:19:13
12    have gone to Microchip back in 2013 as it was  10:19:17
13    working with Jaguar and Land Rover and         10:19:21
14    realized FlexConnect would work and should     10:19:23
15    have said to Microchip, oh, will you create    10:19:26
16    this solution for us?                          10:19:28
17              Can you imagine what Microchip's     10:19:30
18    reaction would have been?  Unwired was this    10:19:31
19    small stand-alone company.  Microchip's       10:19:34
20    mindset, no boss can serve two masters.  It's  10:19:36
21    not going to be CarPlay compliant, not going   10:19:41
22    to be USB compliant, can't be guaranteed to be 10:19:43
23    successful.  It's not going to be worth the    10:19:45
24    investment.  We've got FlexConnect; we think   10:19:47
```

Page 90

```
 1    it's great.  You've got to sell this to upper          10:19:50

 2    management like the CEO of the company.  We'll         10:19:53

 3    think about it maybe, eventually.  That was            10:19:55

 4    not a viable solution.                                 10:19:58

 5            So Unwired did what companies do               10:19:59

 6    in response to trying to meet their customers'         10:20:02

 7    demands and came up with a solution completely         10:20:05

 8    on their own.                                          10:20:07

 9            Now, you heard from the four fact              10:20:08

10    witnesses in this case, each of whom gave              10:20:11

11    their perspective on what happened, and you            10:20:14

12    can evaluate their testimony relative to the           10:20:17

13    documents in the case.  But there is one thing         10:20:20

14    that I want to note about Mr. Bohm.                    10:20:23

15            Mr. Bohm obviously is proud of his             10:20:27

16    patent, and I think he did the best that he            10:20:29

17    could, but let's take a look at some of his            10:20:32

18    testimony.  He was asked, "Did Microchip have          10:20:35

19    any other CarPlay solutions in mind around the         10:20:38

20    time when you were looking into the CarPlay            10:20:42

21    issue in 2013?"  2013.                                 10:20:44

22            "Yes, yes.  In that timeframe,                 10:20:48

23    especially once we began to engage with the           10:20:50

24    carmakers, we were recognizing a third                 10:20:52
```

Page 91

1    scenario, which would be a single upstream,                10:20:55

2    but with multi-host device controller so we                10:20:57

3    could actually maintain connectivity of two                10:21:00

4    hosts simultaneously."                                     10:21:03

5              Athens, that's FlexConnect, did                  10:21:04

6    not have that capability.  2013?  You have                 10:21:07

7    seen all of the documents from 2014 into the               10:21:11

8    beginning of 2015 when they couldn't get it to             10:21:14

9    work.  They knew it wasn't compliant; they                 10:21:17

10   didn't have any solution at all.                           10:21:19

11             There's not a single document to                 10:21:21

12   suggest that this is anything that anyone at               10:21:24

13   Microchip was thinking about back in 2013.                 10:21:28

14             And we heard Mr. Bohm's testimony,               10:21:31

15   "And then the second was after going through               10:21:36

16   this process and realizing this was a great                10:21:36

17   opportunity for the multi-host device                      10:21:39

18   controller patent, we also learned of our                  10:21:42

19   competitor, Aptiv, offering a very                         10:21:44

20   similar-sounding solution."                                10:21:47

21             We had this great idea and then we               10:21:48

22   heard that Aptiv had the same thing.  That,                10:21:50

23   again, I think, is not what the documents                  10:21:54

24   show.  What the documents show is that                     10:21:56

Page 92

| | | |
|---|---|---|
| 1 | Microchip thought this was not possible until | 10:21:59 |
| 2 | they learned that Aptiv had done it, and then | 10:22:01 |
| 3 | spent months and months trying to figure out | 10:22:04 |
| 4 | how. | 10:22:07 |
| 5 | And finally, I don't want to | 10:22:09 |
| 6 | belabor the point, but Mr. Bohm said -- and | 10:22:10 |
| 7 | again, this is just the timeline -- Mr. Bohm | 10:22:14 |
| 8 | said, the second was after going through this | 10:22:17 |
| 9 | process and realizing this was a great | 10:22:20 |
| 10 | opportunity for the multi-host device | 10:22:22 |
| 11 | controller patent, we also learned of our | 10:22:25 |
| 12 | competitor with a similar-sounding solution. | 10:22:27 |
| 13 | Again, I think just the timeline does not bear | 10:22:30 |
| 14 | that out. | 10:22:32 |
| 15 | So why are we here talking about | 10:22:33 |
| 16 | patents?  In January of 2015, Microchip | 10:22:35 |
| 17 | decides that they have got to take action and | 10:22:40 |
| 18 | initiate business and technical actions to | 10:22:43 |
| 19 | combat the Unwired threat.  Why?  Because that | 10:22:47 |
| 20 | is the same timeframe in which they decide | 10:22:50 |
| 21 | that they are going to try to make a chip to | 10:22:53 |
| 22 | meet this demand, too. | 10:22:55 |
| 23 | So what do they do?  They send the | 10:22:57 |
| 24 | letter to us, to Aptiv, saying, "Our patents | 10:23:00 |

TRIAL - VOLUME 6

Page 93

| | | |
|---|---|---|
| 1 | cover key aspects of any multi-host USB device | 10:23:04 |
| 2 | controller-based solution that might be | 10:23:07 |
| 3 | implemented within the automotive infotainment | 10:23:09 |
| 4 | system environment."  Any solution to CarPlay, | 10:23:11 |
| 5 | anything at all, we own it. | 10:23:14 |
| 6 | And this is the same time that | 10:23:17 |
| 7 | they have decided maybe it's technically | 10:23:19 |
| 8 | feasible to move forward with the project, so | 10:23:22 |
| 9 | we are going to try to build a chip of our | 10:23:25 |
| 10 | own. | 10:23:27 |
| 11 | Now, one of the things you heard | 10:23:27 |
| 12 | in Microchip's opening statement was the | 10:23:29 |
| 13 | following assertion:  "As soon as Microchip | 10:23:31 |
| 14 | heard about Aptiv's device, Microchip wrote a | 10:23:34 |
| 15 | letter to give Aptiv notice about the '243 | 10:23:36 |
| 16 | Patent at issue in this case.  Aptiv refused | 10:23:39 |
| 17 | to stop infringing, and that is why we are | 10:23:42 |
| 18 | here." | 10:23:44 |
| 19 | I would suggest that what the | 10:23:45 |
| 20 | documents show is that it is more that as soon | 10:23:48 |
| 21 | as Microchip decided to build its own solution | 10:23:52 |
| 22 | in January of 2015, Microchip wrote a letter | 10:23:54 |
| 23 | giving Aptiv notice.  It had known that Aptiv | 10:23:59 |
| 24 | had a solution for months.  It was right at | 10:24:02 |

Page 94

1    the same time that it decided that it wanted          10:24:05

2    to have one, too, that it sent the notice             10:24:07

3    letter.                                               10:24:09

4            And it was on this same date,                 10:24:11

5    January 12th, that they decided aha, we're            10:24:13

6    going to pursue our own solution, and you know        10:24:16

7    what we're going to call it?  We're going to          10:24:19

8    be really clever, we are going to call it the         10:24:21

9    multi-host device controller because we have          10:24:24

10   that name in our patent.                              10:24:27

11           One of the things counsel said                10:24:29

12   that I agree with, pay particular -- trust the        10:24:30

13   documents before the parties got into a               10:24:32

14   dispute.  After the parties get into a dispute        10:24:34

15   may be a little bit dicier, right?  Because           10:24:36

16   they are building the record that is going to         10:24:39

17   be presented to you.                                  10:24:40

18           And I think that is exactly what              10:24:41

19   happened with Microchip's use of the name             10:24:43

20   multi-host device controller from its patents         10:24:46

21   when it started talking about the product that        10:24:49

22   it was going to make.                                 10:24:52

23           Now, Aptiv/Delphi answered that               10:24:53

24   letter right away.  You heard Mr. Voto say, we        10:24:57

Page 95

| | | |
|---|---|---|
| 1 | got it, sat down with Mr. Petku, studied it, | 10:24:59 |
| 2 | could not figure out why they thought we | 10:25:02 |
| 3 | infringed, the letter had no details, | 10:25:04 |
| 4 | responded right away, January 30th, three | 10:25:06 |
| 5 | weeks later, two-and-a-half weeks later, and | 10:25:10 |
| 6 | then silence. | 10:25:12 |
| 7 | No response from Microchip. | 10:25:13 |
| 8 | Nothing, right?  For months and months and | 10:25:15 |
| 9 | months.  No response.  Except you know one | 10:25:17 |
| 10 | thing that happened?  March 26, 2015, Aptiv's | 10:25:20 |
| 11 | first patent application became public.  That | 10:25:26 |
| 12 | publication date is on the face of the patent. | 10:25:30 |
| 13 | The patent is Exhibit 187, March 26, 2015. | 10:25:33 |
| 14 | They read our patent and they learn everything | 10:25:38 |
| 15 | about our solution. | 10:25:42 |
| 16 | And then, including all these | 10:25:45 |
| 17 | details, you heard Mr. Voto talk about it, | 10:25:47 |
| 18 | block diagrams, explanation of our two-host, | 10:25:50 |
| 19 | two-device system. | 10:25:54 |
| 20 | And then what do we see in July, a | 10:25:55 |
| 21 | little bit later?  Product Business Plan for | 10:25:58 |
| 22 | Sandia, right?  And now all of the sudden, | 10:26:00 |
| 23 | Microchip has a solution that's going to work | 10:26:04 |
| 24 | that looks exactly like what Aptiv did. | 10:26:07 |

TRIAL - VOLUME 6

Page 96

| | | |
|---|---|---|
| 1 | Multi-host to bridge, in between, | 10:26:10 |
| 2 | wait for the two hosts to communicate with | 10:26:14 |
| 3 | each other, just like what we had thought of. | 10:26:16 |
| 4 | And Mr. Obolsky said in his | 10:26:19 |
| 5 | testimony, "At this point, we said we're going | 10:26:23 |
| 6 | to do a chip and I put the burden on them, | 10:26:25 |
| 7 | we're late," which is true, "we have to use | 10:26:29 |
| 8 | all the IP we already have." | 10:26:31 |
| 9 | I think that was intended maybe to | 10:26:33 |
| 10 | be a reference to the patent at issue in this | 10:26:35 |
| 11 | lawsuit, but if you look at Exhibit 25, which | 10:26:37 |
| 12 | is that document, that plan for Sandia, what | 10:26:40 |
| 13 | you're going to see is when he talks about | 10:26:42 |
| 14 | reusing IP from previous programs, he is | 10:26:45 |
| 15 | talking about other chips they have.  He is | 10:26:47 |
| 16 | not actually talking about the patent. | 10:26:49 |
| 17 | And then we roll forward to | 10:26:51 |
| 18 | October of 2015, the meeting at which Mr. | 10:26:55 |
| 19 | Obolsky was present, Mr. Voto was present, Mr. | 10:26:58 |
| 20 | Dreon was present.  And you remember you heard | 10:27:00 |
| 21 | it started out okay and then went off the | 10:27:02 |
| 22 | rails when Mr. Obolsky brought up patents, Mr. | 10:27:05 |
| 23 | Voto said we read them, that was back in | 10:27:08 |
| 24 | January.  You have been silent.  We don't | 10:27:10 |

Page 97

1    understand why you would think we infringed.        10:27:13

2            And Mr. Obolsky said well, we are          10:27:14

3    going to get a hub and we are going to test.        10:27:16

4            So here's the basic timeline,              10:27:18

5    right?  We get the assertion letter, our            10:27:21

6    patent application publishes, Microchip then        10:27:23

7    starts really working in earnest on Sandia,         10:27:26

8    they have this meeting, things break down.          10:27:28

9    And as you have heard, the ultimate outcome of      10:27:30

10   that was this lawsuit.                              10:27:33

11           Now, again, the story here that            10:27:34

12   you are being asked to decide, was Mr. Bohm         10:27:39

13   just way ahead of his time, or is it the case,      10:27:42

14   after looking at all of this evidence, that         10:27:46

15   the conclusion is that Microchip made a bad         10:27:48

16   business decision, they missed the                  10:27:51

17   opportunity, and now, they are looking for a        10:27:54

18   way to catch up?                                    10:27:57

19           I think when you consider the              10:27:57

20   answer to that question and you look at the         10:27:59

21   documents, the vast weight of that is all on        10:28:00

22   our side.  There is not a single document in        10:28:04

23   the case that suggests otherwise.                   10:28:07

24           Now, I also want to talk a little          10:28:10

Page 98

| | | |
|---|---|---|
| 1 | bit about the experts.  You heard from three | 10:28:13 |
| 2 | experts:  Mr. Zatkovich and Mr. Levy on the | 10:28:15 |
| 3 | one hand, Mr. Garney on the other.  And you | 10:28:18 |
| 4 | may remember at the very beginning of the | 10:28:21 |
| 5 | case, the Court instructed you with respect to | 10:28:23 |
| 6 | how to think about expert testimony. | 10:28:25 |
| 7 | And one of the things the Court | 10:28:27 |
| 8 | said is that in deciding whether to rely on | 10:28:29 |
| 9 | that testimony, you can think about any bias | 10:28:31 |
| 10 | that the witness might have, including | 10:28:34 |
| 11 | evidence that he or she testifies regularly | 10:28:36 |
| 12 | and makes a large part of his or her income | 10:28:38 |
| 13 | from testifying in court. | 10:28:41 |
| 14 | So Microchip brought you two | 10:28:44 |
| 15 | experts.  They're both very skilled experts. | 10:28:46 |
| 16 | They both, you know, advertise on the | 10:28:51 |
| 17 | Internet.  They are experts that you can hire. | 10:28:54 |
| 18 | And I think they're both really good.  They do | 10:28:56 |
| 19 | it a lot, right?  60 plus times they have | 10:28:59 |
| 20 | testified at trials, in front of juries like | 10:29:01 |
| 21 | you, a lot. | 10:29:04 |
| 22 | We brought you Mr. Garney. | 10:29:05 |
| 23 | There's a reason for that, right?  He's been | 10:29:08 |
| 24 | our expert for five years.  He wrote the USB | 10:29:10 |

TRIAL - VOLUME 6

Page 99

| | | |
|---|---|---|
| 1 | specification.  We think he is the real | 10:29:14 |
| 2 | expert. | 10:29:15 |
| 3 | Now, one thing that's interesting | 10:29:16 |
| 4 | here about Mr. Zatkovich and Mr. Levy, you | 10:29:18 |
| 5 | heard each of them testify.  They both | 10:29:20 |
| 6 | testified about infringement, they both | 10:29:22 |
| 7 | testified about validity.  They're both | 10:29:24 |
| 8 | competent to do all of those things, but here | 10:29:27 |
| 9 | they were silent, right? | 10:29:30 |
| 10 | Mr. Zatkovich talked about | 10:29:31 |
| 11 | infringement, didn't try to be consistent with | 10:29:32 |
| 12 | what Dr. Levy was saying about validity.  Dr. | 10:29:35 |
| 13 | Levy testified about validity, didn't have | 10:29:38 |
| 14 | access to anything that Mr. Zatkovich said, | 10:29:40 |
| 15 | couldn't be sure that his opinions were being | 10:29:43 |
| 16 | consistent. | 10:29:45 |
| 17 | I would just pause for a moment | 10:29:46 |
| 18 | and ask yourself, if you're Microchip, why | 10:29:47 |
| 19 | would you do that?  Why would you have two | 10:29:50 |
| 20 | different people testifying about that when | 10:29:53 |
| 21 | each of them is capable to do the whole thing? | 10:29:55 |
| 22 | Something worth thinking about, right? | 10:29:58 |
| 23 | And Mr. Levy, again, no effort to | 10:30:00 |
| 24 | make sure the opinions that were being | 10:30:03 |

Page 100

| 1  | presented were consistent, not only with Mr. | 10:30:05 |
| 2  | Zatkovich's opinions, but with what the | 10:30:08 |
| 3  | earlier expert that Microchip had hired in the | 10:30:10 |
| 4  | patent office had said before. | 10:30:13 |
| 5  | Now, I said we brought you Mr. | 10:30:16 |
| 6  | Garney.  Obviously not experienced as a | 10:30:19 |
| 7  | witness, said he's never done this before, | 10:30:21 |
| 8  | never testified at trial.  But when it comes | 10:30:23 |
| 9  | to the USB specification, he is the guy.  He | 10:30:25 |
| 10 | was the chair of the working group. | 10:30:28 |
| 11 | That's why we brought him, to | 10:30:31 |
| 12 | testify with respect to the USB standard, not | 10:30:34 |
| 13 | as someone who is a professional, but as | 10:30:37 |
| 14 | someone who was the guy who was back there at | 10:30:39 |
| 15 | the time. | 10:30:41 |
| 16 | So let's talk about the '243 | 10:30:41 |
| 17 | Patent.  What does Microchip say that patent | 10:30:45 |
| 18 | is about?  Well, Microchip's counsel, in | 10:30:47 |
| 19 | opening, said what's this case about?  It's | 10:30:50 |
| 20 | about Microchip's patent on a device for | 10:30:52 |
| 21 | connecting between two computers which today | 10:30:54 |
| 22 | is used for Apple CarPlay.  That's what they | 10:30:56 |
| 23 | characterize their patent as, a device for | 10:30:59 |
| 24 | connecting two computers.  So they're | 10:31:01 |

Page 101

| | | |
|---|---|---|
| 1 | basically saying here is what we got a patent | 10:31:02 |
| 2 | on, right?  A way to connect two computers. | 10:31:05 |
| 3 | Not so much.  Mr. Bohm was asked, | 10:31:07 |
| 4 | "You don't mention host-to-host communication | 10:31:11 |
| 5 | in your patent; right? | 10:31:13 |
| 6 | "Not that I recall." | 10:31:14 |
| 7 | Mr. Ghosh, you may remember, | 10:31:15 |
| 8 | testified by deposition.  "Can you point to | 10:31:18 |
| 9 | where in the patents host-to-host | 10:31:19 |
| 10 | communication is described? | 10:31:22 |
| 11 | "No."  He agreed, nothing in all | 10:31:23 |
| 12 | of the prior art references that were listed | 10:31:27 |
| 13 | that he could identify that was about | 10:31:29 |
| 14 | host-to-host communication. | 10:31:31 |
| 15 | And Dr. Levy, I asked him, "You | 10:31:33 |
| 16 | don't say the inventors showed a way for two | 10:31:36 |
| 17 | computers to be able to talk to each other?" | 10:31:38 |
| 18 | He said, "I didn't even address | 10:31:40 |
| 19 | that." | 10:31:42 |
| 20 | Mr. Levy again, "Since | 10:31:42 |
| 21 | host-to-host communication is not mentioned in | 10:31:45 |
| 22 | the body of the patent or in the claims, I did | 10:31:47 |
| 23 | not consider that aspect." | 10:31:49 |
| 24 | So is it a patent about a way for | 10:31:52 |

Page 102

1    two computers to connect, to communicate with          10:31:56

2    each other?  I would suggest the answer to             10:31:59

3    that question is no.                                   10:32:01

4              Now, what do we say the patent is            10:32:01

5    about?  We say the patent is about a way for           10:32:04

6    two USB hosts to share one USB device by               10:32:07

7    alternating access to it.  You've got the              10:32:14

8    patent.  You can read the abstract.  That's            10:32:17

9    what it says.  And it was the solution to this         10:32:19

10   problem that Mr. Bohm had identified.                  10:32:23

11             You've got off-the-shelf USB                 10:32:26

12   devices like printers.  You could only connect         10:32:28

13   them up to one host.  Wouldn't it be great to          10:32:31

14   have a way for both of those hosts to be able          10:32:33

15   to control and use that one peripheral device?         10:32:35

16   That was the problem.  The patent was the              10:32:38

17   solution to it.                                        10:32:40

18             Now, we know from the USB                    10:32:41

19   specification, you've heard this a lot,                10:32:44

20   there's only one host in any USB system,               10:32:45

21   right?  One host, multiple devices.  And so            10:32:48

22   what that means is that Mr. Bohm's invention           10:32:51

23   was not standard USB by definition.                    10:32:54

24             And you heard this, this was from            10:32:56

Page 103

| | | |
|---|---|---|
| 1 | counsel's opening statement, Microchip's | 10:32:58 |
| 2 | opening statement.  USB standard, one host, | 10:33:02 |
| 3 | one device.  Mr. Bohm's invention, two hosts | 10:33:04 |
| 4 | one device, non-standard USB. | 10:33:07 |
| 5 | And Mr. Bohm said repeatedly | 10:33:09 |
| 6 | throughout his testimony, he explained to you | 10:33:12 |
| 7 | what it means for this to be a non-standard | 10:33:15 |
| 8 | solution.  "Why do you consider that to be | 10:33:17 |
| 9 | non-standard? | 10:33:19 |
| 10 | Well, the USB specification, | 10:33:20 |
| 11 | itself, is written so there's a single-host | 10:33:22 |
| 12 | controller that's in charge of the USB bus and | 10:33:24 |
| 13 | that all devices connect into.  So all of the | 10:33:27 |
| 14 | devices are designed to be talking to a | 10:33:29 |
| 15 | single-host computer.  And the multi-host | 10:33:31 |
| 16 | device controller idea is one that allows a | 10:33:34 |
| 17 | device to talk to more than one host.  And | 10:33:37 |
| 18 | that's why it is outside of the USB | 10:33:40 |
| 19 | specification, itself. | 10:33:42 |
| 20 | Hold that thought.  It's going to | 10:33:45 |
| 21 | be really important. | 10:33:46 |
| 22 | Let's continue with Mr. Bohm. | 10:33:47 |
| 23 | "Can you give us some examples you mentioned | 10:33:49 |
| 24 | of going outside the USB spec?"  What does he | 10:33:53 |

TRIAL - VOLUME 6

Page 104

| | | |
|---|---|---|
| 1 | say? | 10:33:55 |
| 2 | "One of the non-standard features | 10:33:56 |
| 3 | is the multi-host device controller that is | 10:33:58 |
| 4 | the discussion of some of the patents in this | 10:34:01 |
| 5 | case." | 10:34:03 |
| 6 | And again, he testified, "The | 10:34:03 |
| 7 | device would need to support being configured | 10:34:05 |
| 8 | and accessed by multi-hosts and would | 10:34:07 |
| 9 | therefore be a custom device. | 10:34:12 |
| 10 | "And by custom device, I would | 10:34:13 |
| 11 | kind of count that into it's outside of the | 10:34:15 |
| 12 | USB specification."  Right? | 10:34:17 |
| 13 | So that's the patented invention. | 10:34:19 |
| 14 | We're doing this thing that's not part of the | 10:34:22 |
| 15 | USB specification.  It is not USB compliant. | 10:34:24 |
| 16 | You didn't hear anything about that in | 10:34:28 |
| 17 | Microchip's closing, but that's a really | 10:34:30 |
| 18 | important point.  It's not USB compliant. | 10:34:34 |
| 19 | Let's talk about why we don't | 10:34:37 |
| 20 | infringe.  First point I wanted to make, you | 10:34:40 |
| 21 | guys are the first ones to think about this | 10:34:43 |
| 22 | question and make a decision, right?  Nobody | 10:34:45 |
| 23 | else has looked at infringement before.  Mr. | 10:34:47 |
| 24 | Zatkovich agreed with that.  No dispute | 10:34:49 |

TRIAL - VOLUME 6

Page 105

| | | |
|---|---|---|
| 1 | between the parties.  You get to make this | 10:34:52 |
| 2 | decision in the first instance, blank slate. | 10:34:54 |
| 3 | Now, the first reason we don't | 10:34:56 |
| 4 | infringe, we do not have two hosts that share | 10:34:59 |
| 5 | one USB device block.  That's what claim 23 | 10:35:04 |
| 6 | requires; a shared USB device block that is | 10:35:08 |
| 7 | operable to be simultaneously configured by | 10:35:12 |
| 8 | two or more hosts, two hosts share one device. | 10:35:15 |
| 9 | And Mr. Zatkovich said each host | 10:35:21 |
| 10 | must be able to access and share the same | 10:35:23 |
| 11 | segment of the USB device and perform the same | 10:35:25 |
| 12 | function in it.  So again, right, that's the | 10:35:29 |
| 13 | invention we have seen.  Two hosts, one | 10:35:31 |
| 14 | device. | 10:35:34 |
| 15 | And you heard from Mr. Voto, when | 10:35:35 |
| 16 | he looked at the patent, the reason he could | 10:35:37 |
| 17 | not figure out why Microchip was saying that | 10:35:39 |
| 18 | Aptiv infringed?  We don't have two hosts that | 10:35:43 |
| 19 | are trying to share one USB device.  How do | 10:35:47 |
| 20 | you guys know that?  How are you going to | 10:35:51 |
| 21 | answer that question? | 10:35:54 |
| 22 | Here are some things you can look | 10:35:55 |
| 23 | at.  First, every single document in this case | 10:35:57 |
| 24 | shows two USB devices.  Every single one, | 10:36:01 |

Page 106

| | | |
|---|---|---|
| 1 | Device A and Device B.  And there is a bunch | 10:36:05 |
| 2 | of them.  Here are some of the exhibits you | 10:36:09 |
| 3 | can look at, some of the different technical | 10:36:11 |
| 4 | documents.  Every single one says Device A and | 10:36:13 |
| 5 | Device B and shows those two USB devices. | 10:36:16 |
| 6 | Now, you heard comments about that | 10:36:20 |
| 7 | sometimes they talk about a bridge device, | 10:36:23 |
| 8 | right?  That's true.  And we asked Mr. Voto | 10:36:25 |
| 9 | about that.  Is that whole cable sometimes | 10:36:28 |
| 10 | referred to as a bridge device, sort of | 10:36:31 |
| 11 | colloquially, and he said sure.  We can call | 10:36:33 |
| 12 | the whole thing a device if you want, but | 10:36:37 |
| 13 | technically speaking, there's two different | 10:36:39 |
| 14 | device controllers inside of there to talk to | 10:36:41 |
| 15 | two different hosts. | 10:36:44 |
| 16 | And that was, I think, the point | 10:36:45 |
| 17 | Mr. Petku was making as well in the deposition | 10:36:47 |
| 18 | that you saw played twice; right?  Sure, you | 10:36:49 |
| 19 | might talk about it loosely as a bridge | 10:36:51 |
| 20 | function, but technically if you want to be | 10:36:53 |
| 21 | accurate, you've got two different devices in | 10:36:55 |
| 22 | there, and as we're going to see, performing | 10:36:57 |
| 23 | two different functions. | 10:37:00 |
| 24 | But this fact that there are two | 10:37:01 |

TRIAL - VOLUME 6

Page 107

```
 1    USB device controllers in there, that is in      10:37:03

 2    every single technical document.  It's not       10:37:05

 3    even in dispute.  Each of those devices only      10:37:08

 4    responds to requests from its own host.           10:37:11

 5            Also not in dispute, this was a           10:37:14

 6    slide that Mr. Zatkovich presented.  This was     10:37:17

 7    one of his demonstratives.  He said the first     10:37:19

 8    controller responds to USB requests from the      10:37:21

 9    first host, the second controller responds to     10:37:24

10    USB requests from the second host.  His slide.    10:37:27

11    Each device reports a different device            10:37:31

12    descriptor and a different function.              10:37:33

13            Now, we heard something about sort        10:37:35

14    of addresses and having different addresses.      10:37:37

15    I'm not saying anything about addresses.  This    10:37:39

16    is different.  Each device gets asked, as part    10:37:42

17    of the configuration process, what are you,       10:37:45

18    right?  Who are you and what do you do?  And      10:37:48

19    responds here's -- here's who I am, here's my     10:37:51

20    device descriptor and here's what I do.  Here     10:37:54

21    is my function.                                   10:37:56

22            And we know from the USB                  10:37:57

23    specification, one USB device has one device      10:38:00

24    descriptor.  If it has two things, it will say    10:38:02
```

Page 108

```
 1    I do these two things, but it's going to say        10:38:05
 2    the same thing to every single host.                10:38:07
 3              What about in the Aptiv system?            10:38:09
 4    One of these presents a vendor-specific             10:38:12
 5    function, right?  One of the USB devices had a       10:38:15
 6    vendor-specific function.  The other USB            10:38:17
 7    device says I have an NCM and iAP2 function.         10:38:21
 8    Different device descriptors, different             10:38:25
 9    functions because they are different devices.       10:38:27
10              And indeed, Mr. Bohm admitted he          10:38:30
11    doesn't say anything in the patent about the        10:38:33
12    idea that you could have one device reporting       10:38:35
13    different device descriptors to different           10:38:39
14    hosts.  And he's right.  By the way, there's        10:38:41
15    nothing in the patent about that; it doesn't        10:38:45
16    even make sense.                                    10:38:47
17              Each device and host pair is on a         10:38:48
18    different USB network.  What do we mean by          10:38:51
19    that?  Fundamentally, each host talks to its        10:38:54
20    own device.  And this was asked of Mr. Voto         10:38:58
21    and he explained, we've got two USB networks,       10:39:01
22    two different networks.  So no data is going        10:39:05
23    back and forth.  One host is talking to its         10:39:08
24    device, the other host is talking to its            10:39:10
```

TRIAL - VOLUME 6

Page 109

1    device; there's no cross-talk on those USB          10:39:12

2    networks.  And that means that the head unit        10:39:15

3    and the iPhone, as Mr. Voto also said, are not      10:39:18

4    sharing the USB device.                             10:39:20

5            What does this look like?  This is          10:39:23

6    that diagram that we've seen a bunch of times.      10:39:26

7    The blue is one network; that is the iPhone         10:39:29

8    talking to its device.  Red is the other USB        10:39:31

9    network; that is the head unit talking to           10:39:35

10   Device A and to other peripheral devices that       10:39:37

11   might be in the car.  There is no USB               10:39:39

12   connection between them.                            10:39:42

13           That bridge in there, that's not            10:39:44

14   even a USB connection.  That is two sets of         10:39:46

15   buffers where data just goes back and forth         10:39:49

16   not in USB.  But these two USB networks,            10:39:51

17   completely separate, no cross-talk.  Don't          10:39:54

18   talk to each other.  Each host acts                 10:39:56

19   independently.                                      10:39:59

20           You may remember the scissors               10:40:01

21   analogy that came up in Microchip's opening.        10:40:02

22   And, in fact, I think counsel said please           10:40:06

23   remember our scissor discussion when you see        10:40:08

24   Aptiv's three boxes.                                10:40:10

TRIAL - VOLUME 6

Page 110

| | | |
|---|---|---|
| 1 | Now, we haven't heard a lot about | 10:40:12 |
| 2 | the scissors since then, but I think it's | 10:40:13 |
| 3 | because if you think about it, it doesn't make | 10:40:16 |
| 4 | a lot of sense, right?  Each of these hosts is | 10:40:18 |
| 5 | independent.  You've never seen two people try | 10:40:21 |
| 6 | to use one pair of scissors.  The whole point | 10:40:23 |
| 7 | of scissors is you need one person to be | 10:40:26 |
| 8 | holding the scissors and using them. | 10:40:28 |
| 9 | We don't have that in our system. | 10:40:30 |
| 10 | We don't have one host that is using two | 10:40:32 |
| 11 | devices, two pieces of a pair of scissors. | 10:40:35 |
| 12 | We've got two hosts, each of which is using | 10:40:38 |
| 13 | their own device. | 10:40:42 |
| 14 | It is more like two telephones. | 10:40:42 |
| 15 | I've got my phone; that's mine.  I can pick it | 10:40:45 |
| 16 | up and call you.  You've got your phone; it's | 10:40:48 |
| 17 | yours.  You can pick it up and call me. | 10:40:51 |
| 18 | There's a wire running in between, but we | 10:40:53 |
| 19 | still each have our own phone.  That is a much | 10:40:55 |
| 20 | closer analogy to how this works.  Each host | 10:40:58 |
| 21 | can talk to its device any time it wants. | 10:41:01 |
| 22 | Mr. Zatkovich agreed with that.  I | 10:41:06 |
| 23 | asked him, "So in the Aptiv device, each host | 10:41:08 |
| 24 | accesses its device basically whenever it | 10:41:10 |

TRIAL - VOLUME 6

Page 111

```
 1   wants?"                                            10:41:13

 2              He said, "Yes, that's accurate."        10:41:13

 3              The dual role hub doesn't need a         10:41:15

 4   way to arbitrate access.  The whole point of        10:41:17

 5   the patent is -- and this is one of the things      10:41:19

 6   the patent office found -- the whole point of       10:41:21

 7   the patent is you need a capability to              10:41:25

 8   arbitrate among multi-host requests.  Adding        10:41:27

 9   that feature is at the heart of the purported       10:41:32

10   invention of the '243 Patent, the point of          10:41:35

11   novelty.                                            10:41:37

12              In other words, the whole point of       10:41:38

13   the patent was one device, two hosts.  You          10:41:40

14   need a way to figure out which host is going        10:41:42

15   to get to talk to that device at any point in       10:41:44

16   time.  That was the invention.                      10:41:47

17              We don't need that.  Why don't we        10:41:48

18   need that?  Because we have two hosts talking       10:41:50

19   to two devices who can talk whenever they           10:41:52

20   want.  So you don't need to have this concept       10:41:54

21   of taking turns.  It made sense in the context      10:41:57

22   of the problem Mr. Bohm was trying to solve,        10:42:00

23   doesn't make any sense here.                        10:42:02

24              And indeed, Mr. Zatkovich, in his        10:42:04
```

TRIAL - VOLUME 6

Page 112

| | | |
|---|---|---|
| 1 | testimony, admitted the point of the | 10:42:07 |
| 2 | multi-host controller is that it's acting as | 10:42:09 |
| 3 | an arbiter, and this is this thing we were | 10:42:12 |
| 4 | talking about about stop signs. | 10:42:17 |
| 5 | The patent talks about two ways to | 10:42:19 |
| 6 | do this arbitration function.  One of them is | 10:42:21 |
| 7 | kind of like stop signs.  Both of the | 10:42:23 |
| 8 | computers connect, they hit the stop signs and | 10:42:26 |
| 9 | then they get to alternate because the | 10:42:28 |
| 10 | multi-host device controller alternates that | 10:42:31 |
| 11 | access. | 10:42:34 |
| 12 | The other thing the patent | 10:42:34 |
| 13 | describes is that you can have this hold-off. | 10:42:35 |
| 14 | We are going to talk a little bit more about | 10:42:37 |
| 15 | that, but hold-off is a little bit more like | 10:42:39 |
| 16 | lights; lets one go, then lets the other go. | 10:42:41 |
| 17 | And you're seeing it sending | 10:42:45 |
| 18 | something back.  We are going to talk about | 10:42:46 |
| 19 | this; that's called a NAK.  That's basically | 10:42:48 |
| 20 | like I'm full, I'm dealing with this guy, | 10:42:50 |
| 21 | right?  You stop, deal with this guy, let that | 10:42:52 |
| 22 | guy go through and then I'll talk to you | 10:42:54 |
| 23 | later. | 10:42:56 |
| 24 | And the patent explains which of | 10:42:56 |

Page 113

1    these mechanisms you're going to use.  That        10:42:59

2    depends on the particular device that you          10:43:01

3    want.  But you're going to need one of them        10:43:03

4    because you need some way to arbitrate this         10:43:06

5    access.                                             10:43:07

6              Well, we don't.  We let our host         10:43:08

7    talk to our devices whenever they want.            10:43:11

8              And finally, though this may be          10:43:13

9    the most important and the simplest, and it's      10:43:16

10   interesting because you heard nothing about it     10:43:19

11   in Microchip's presentation, which is the dual     10:43:21

12   role hub, the Aptiv product, is USB compliant,     10:43:24

13   right?                                             10:43:27

14             The entire point of the patent is       10:43:28

15   that it is a solution that is not USB              10:43:30

16   compliant.  Our device is.  And the reason our     10:43:32

17   device is compliant is the same reason that we     10:43:36

18   don't infringe their patent, which is we don't     10:43:38

19   have two hosts breaking the USB spec by trying     10:43:41

20   to talk to the same device.  We have two           10:43:45

21   hosts, each of whom has their own device.          10:43:47

22             Mr. Voto explained, we submitted        10:43:50

23   the Boston 2 for certification to one of the       10:43:53

24   certification labs.  It passed.  And that was      10:43:57

| | |
|---|---|
| 1 | a requirement from the beginning, right, that | 10:44:01 |
| 2 | Unwired set, that they wanted something that | 10:44:03 |
| 3 | was going to be USB compliant. | 10:44:06 |
| 4 | Think back to all of those emails | 10:44:08 |
| 5 | that we saw from Microchip, right, in 2014 | 10:44:10 |
| 6 | where they are like, it's noncompliant, it's | 10:44:12 |
| 7 | noncompliant, it's noncompliant.  We set | 10:44:15 |
| 8 | compliance as a requirement from day one and | 10:44:17 |
| 9 | we have a compliance solution.  And everything | 10:44:19 |
| 10 | got USB certified. | 10:44:22 |
| 11 | Take a look at Exhibit 16.  It's | 10:44:24 |
| 12 | the data sheet for the Boston chip.  And one | 10:44:26 |
| 13 | of the things it says is, "USB 2.0 compliant." | 10:44:29 |
| 14 | Now, Mr. Obolsky actually | 10:44:35 |
| 15 | testified about how you get certification.  He | 10:44:36 |
| 16 | said you submit your product to a USB logo | 10:44:39 |
| 17 | place, they run some tests on it, and if it | 10:44:42 |
| 18 | passes those tests, you get a USB logo.  He | 10:44:44 |
| 19 | said that's right. | 10:44:47 |
| 20 | And he also testified, he was | 10:44:48 |
| 21 | explaining what USB stands for, you may have | 10:44:50 |
| 22 | seen the USB logo on your products and that's | 10:44:52 |
| 23 | what it looks like.  You've seen a bunch of | 10:44:55 |
| 24 | reference to that.  That's that little logo -- | 10:44:57 |

| | | |
|---|---|---|
| 1 | it actually is kind of cute, one host, | 10:44:59 |
| 2 | multiple different devices.  That's the little | 10:45:02 |
| 3 | USB logo. | 10:45:04 |
| 4 | So take a look at Exhibit 366. | 10:45:05 |
| 5 | You are going to have it in the jury room. | 10:45:08 |
| 6 | That's the actual Unwired accused product. | 10:45:10 |
| 7 | Guess what?  It's got the USB logo on it.  You | 10:45:12 |
| 8 | know why it has the USB logo on it?  Because | 10:45:15 |
| 9 | it's USB compliant because we are not using | 10:45:18 |
| 10 | the patent. | 10:45:20 |
| 11 | Mr. Voto explained this.  The | 10:45:21 |
| 12 | reason you're seeing two hosts and no USB | 10:45:23 |
| 13 | violation is because it's actually two USB | 10:45:27 |
| 14 | networks.  It's not one USB network.  You have | 10:45:29 |
| 15 | a host talking to a device.  There's nothing | 10:45:32 |
| 16 | wrong with that.  You have another host | 10:45:34 |
| 17 | talking to another device.  They are separate | 10:45:36 |
| 18 | networks.  No violation of having two hosts | 10:45:38 |
| 19 | with one device.  In other words, not using | 10:45:41 |
| 20 | the patent. | 10:45:44 |
| 21 | The patent is about a noncompliant | 10:45:45 |
| 22 | solution.  We have a compliant solution.  That | 10:45:48 |
| 23 | is the first reason that we do not infringe. | 10:45:52 |
| 24 | The second reason that we don't | 10:45:55 |

```
 1    infringe, we do not have the possibility for          10:45:59

 2    two hosts to configure a device                        10:46:02

 3    simultaneously.  Now, we don't have two hosts          10:46:06

 4    talking to one device at all.  But also,               10:46:08

 5    configuration for the two hosts happens at two         10:46:11

 6    completely different points in time.  And that         10:46:14

 7    is a feature of the system and the way that it         10:46:16

 8    was designed.                                          10:46:18

 9            The claim requires, claim 23, a                10:46:20

10    shared USB device block operable to be                 10:46:22

11    simultaneously configured by two or more               10:46:24

12    hosts.  Simultaneously means at the same time.         10:46:27

13            What is -- and I asked Mr.                     10:46:31

14    Zatkovich, is one of the features of the               10:46:33

15    system is that it can happen simultaneously,           10:46:35

16    this can happen simultaneously?                        10:46:37

17            So what's configuration?                       10:46:39

18    Configuration is a request from a host to a            10:46:42

19    device to figure out what it is and what it            10:46:46

20    can do.  That's in the USB specification.              10:46:48

21    It's Exhibit 186, "A USB device must be                10:46:51

22    configured before its function may be used."           10:46:54

23            So first configuration has to                  10:46:57

24    happen before you can use the thing.  The host         10:46:59
```

| | | |
|---|---|---|
| 1 | is responsible for configuring it.  The host | 10:47:01 |
| 2 | typically requests configuration information | 10:47:03 |
| 3 | to determine the device's capabilities. | 10:47:06 |
| 4 | There's a configuration process, the host sets | 10:47:08 |
| 5 | the device configuration, and where necessary, | 10:47:11 |
| 6 | selects the appropriate alternate settings for | 10:47:14 |
| 7 | the interfaces and then configuration is done. | 10:47:16 |
| 8 | You may have heard Mr. Garney say | 10:47:19 |
| 9 | it can take up to about five seconds.  That is | 10:47:20 |
| 10 | the process of configuration. | 10:47:23 |
| 11 | And indeed Mr. Zatkovich said, he | 10:47:24 |
| 12 | admitted, configuration is a request to a | 10:47:27 |
| 13 | device to ask the device to identify what type | 10:47:31 |
| 14 | of device it is and what capabilities it has. | 10:47:33 |
| 15 | That's what configuration means. | 10:47:36 |
| 16 | The '243 Patent provides separate | 10:47:39 |
| 17 | configuration interfaces for both hosts. | 10:47:43 |
| 18 | Well, this actually is part of what Mr. Bohm | 10:47:47 |
| 19 | wrote in his invention disclosure when he was | 10:47:50 |
| 20 | explaining what it was he thought he had | 10:47:53 |
| 21 | invented.  And he said -- he is talking about | 10:47:56 |
| 22 | the USB specification, the structure -- "So | 10:47:59 |
| 23 | every device is configured and accessed by a | 10:48:01 |
| 24 | single host." | 10:48:04 |

Page 118

```
 1              And he says, "The invention meets        10:48:05

 2    that need by providing a separate                  10:48:06

 3    configuration and access interface for each        10:48:09

 4    host."  So each host has its own configuration     10:48:11

 5    interface.                                          10:48:15

 6              What that means in the context of        10:48:16

 7    the invention, each host can do this whenever       10:48:18

 8    it wants.  And we see this in Figure 3, right?      10:48:20

 9    Each host has the ability to go down and            10:48:23

10    configure that multi-host device controller        10:48:26

11    whenever it wants, which means they can both        10:48:28

12    do it simultaneously; one is not dependent on       10:48:30

13    the other.                                          10:48:34

14              So in the patent, each host can          10:48:34

15    configure its device independently.  In the        10:48:38

16    patent, what that means is there's no need to       10:48:41

17    hold on one host's attempt to configure to         10:48:45

18    wait for the other host to complete                 10:48:48

19    configuration.                                      10:48:51

20              This is something that was found         10:48:52

21    to be significant in the patent office in           10:48:53

22    describing the invention.  This is a statement      10:48:56

23    from one of Microchip's experts in that             10:48:58

24    proceeding, and he says, "There would be" --        10:49:01
```

```
 1    this is Exhibit 30, page 2541.  "There would          10:49:03

 2    be no need to hold on one host's attempt to           10:49:07

 3    configure the device while the other was also         10:49:10

 4    configuring the device."                              10:49:12

 5            So he was explaining the invention            10:49:14

 6    saying both hosts can do that configuration           10:49:15

 7    step at the same time.  You don't have to             10:49:17

 8    arbitrate that, right?  You don't have to hold        10:49:20

 9    on one while the other one does it.                   10:49:22

10            Now, there is -- and I asked Mr.              10:49:24

11    Zatkovich, going back to Figure 3, he agreed,         10:49:26

12    and you remember, there was a bit of fighting         10:49:29

13    about this, but he ultimately agreed that in          10:49:32

14    the context of Figure 3, "You don't have to           10:49:35

15    hold off one host's attempt to configure the          10:49:37

16    device while the other host is configuring it.        10:49:41

17    Since the multi-controller handles                    10:49:43

18    simultaneous access and responses, in theory,         10:49:47

19    if you happen to plug in both hosts at the            10:49:49

20    same time, they could theoretically configure         10:49:52

21    the device at the same time."                         10:49:54

22            Now, he said, "I don't think that             10:49:56

23    would happen very often."  Configuration takes        10:49:58

24    five seconds.  You've got them both plugged           10:50:00
```

|   |   |   |
|---|---|---|
| 1 | in, you power on.  I don't know that it's | 10:50:02 |
| 2 | going to be that unlikely, but that's not only | 10:50:04 |
| 3 | the point.  The point is it allows for that. | 10:50:06 |
| 4 | It is set up that way because those two lanes | 10:50:09 |
| 5 | are independent and one host is not dependent | 10:50:11 |
| 6 | on the other. | 10:50:13 |
| 7 | In the patent, I asked Dr. Levy, | 10:50:14 |
| 8 | "There's no need to hold off one host's | 10:50:17 |
| 9 | attempt to configure the device if the other | 10:50:20 |
| 10 | host is in the process of configuring it?" | 10:50:22 |
| 11 | And it's interesting, Mr. | 10:50:24 |
| 12 | Zatkovich fought a lot.  He was the | 10:50:26 |
| 13 | infringement guy.  Dr. Levy is the validity | 10:50:27 |
| 14 | guy, not important to his opinions, he just | 10:50:30 |
| 15 | gave it up.  "That's right.  That's the way | 10:50:32 |
| 16 | the patent works." | 10:50:35 |
| 17 | And here's the thing in the Aptiv | 10:50:36 |
| 18 | product.  The dual role hub, two hosts cannot | 10:50:39 |
| 19 | configure their devices at the same time.  It | 10:50:42 |
| 20 | has to be different times.  That's not a | 10:50:45 |
| 21 | factor in dispute.  Both sides agree about | 10:50:47 |
| 22 | that. | 10:50:50 |
| 23 | Mr. Zatkovich talked about this. | 10:50:50 |
| 24 | I asked him, So the first, that's the first | 10:50:51 |

Page 121

| | | |
|---|---|---|
| 1 | host, first the car head unit connects as a | 10:50:54 |
| 2 | host and configures its device.  So when you | 10:50:56 |
| 3 | power up CarPlay, the first thing that | 10:50:59 |
| 4 | happens, the host that's in the computer in | 10:51:01 |
| 5 | the car, it comes on, it configures its | 10:51:02 |
| 6 | device. | 10:51:06 |
| 7 | And then the iPhone connects | 10:51:06 |
| 8 | initially as a device?  Correct. | 10:51:08 |
| 9 | And then it role reverses, | 10:51:11 |
| 10 | switches from being a device to a host; right? | 10:51:14 |
| 11 | Right. | 10:51:17 |
| 12 | Then it connects as a host; right? | 10:51:17 |
| 13 | And then it configures the device; right? | 10:51:20 |
| 14 | Right. | 10:51:23 |
| 15 | No fighting about that.  That was | 10:51:23 |
| 16 | actually in one of the graphics that Mr. | 10:51:27 |
| 17 | Zatkovich showed you.  It's a pretty fancy | 10:51:30 |
| 18 | diagram, but fundamentally, he's got the | 10:51:33 |
| 19 | series of steps laid out here, one, two, | 10:51:38 |
| 20 | three, four. | 10:51:40 |
| 21 | And if you take a look at it, it's | 10:51:41 |
| 22 | a little bit tricky to see, but No. 3, the EP | 10:51:43 |
| 23 | Bridge device through the first upstream port | 10:51:46 |
| 24 | on device controller, that's where the | 10:51:49 |

TRIAL - VOLUME 6

Page 122

| | | |
|---|---|---|
| 1 | configuration happens for the head unit.  And | 10:51:52 |
| 2 | then No. 4, iPhone host enumerates and | 10:51:54 |
| 3 | configures, that's where the iPhone | 10:51:59 |
| 4 | configures. | 10:51:59 |
| 5 | And I asked him about this | 10:52:05 |
| 6 | specifically.  "IPhone host enumerates into | 10:52:06 |
| 7 | Figure 4; right?  4 happens after 3; right? | 10:52:10 |
| 8 | "That's right." | 10:52:13 |
| 9 | This is a sequential process. | 10:52:13 |
| 10 | Because in the Aptiv system, in order for the | 10:52:16 |
| 11 | iPhone to be able to role reverse and then do | 10:52:18 |
| 12 | the configuration, it has to have data that's | 10:52:23 |
| 13 | coming from the host. | 10:52:26 |
| 14 | There is no way in the Aptiv | 10:52:27 |
| 15 | solution for these two things to happen at the | 10:52:28 |
| 16 | same time because it is a fundamentally | 10:52:30 |
| 17 | different architecture.  We don't infringe. | 10:52:33 |
| 18 | I could stop here and sit down | 10:52:37 |
| 19 | because we should be done, and I'm not going | 10:52:39 |
| 20 | to take up that much more of your time, but I | 10:52:42 |
| 21 | do want to talk about the invalidity issues at | 10:52:45 |
| 22 | least briefly.  And the first invalidity issue | 10:52:49 |
| 23 | is written description and enablement. | 10:52:52 |
| 24 | And what these requirements are | 10:52:54 |

TRIAL - VOLUME 6

Page 123

| | | |
|---|---|---|
| 1 | basically is part of the patent bargain with | 10:52:56 |
| 2 | the patent office and the patent system.  You | 10:53:00 |
| 3 | want to apply for a patent.  You have to say | 10:53:02 |
| 4 | what you invented, which is like all of what | 10:53:05 |
| 5 | you invented, and you have to teach people how | 10:53:07 |
| 6 | to make and use what is called the full scope | 10:53:09 |
| 7 | of your invention.  Right?  If you want to get | 10:53:12 |
| 8 | a patent this big, you gotta describe it as | 10:53:14 |
| 9 | being this big, you gotta let people use it as | 10:53:17 |
| 10 | being that big. | 10:53:20 |
| 11 | So going back to our little deed | 10:53:20 |
| 12 | on the piece of land, right, this is what you | 10:53:23 |
| 13 | stake out as your invention.  You say, here is | 10:53:25 |
| 14 | what I invented.  And in this case, we think | 10:53:27 |
| 15 | what Mr. Bohm and Mr. Ghosh said they invented | 10:53:30 |
| 16 | was this idea of two hosts sharing one USB | 10:53:33 |
| 17 | device.  Then that's what you get.  That's how | 10:53:36 |
| 18 | you've got to describe that. | 10:53:39 |
| 19 | But if you come along and somebody | 10:53:40 |
| 20 | else does something a little bit different, | 10:53:42 |
| 21 | maybe like some form of host-to-host | 10:53:45 |
| 22 | communication, and you look at that and you | 10:53:47 |
| 23 | say that's nifty, I would like to have that, | 10:53:50 |
| 24 | too, and you say now I think my patent is | 10:53:52 |

TRIAL - VOLUME 6

Page 124

| | | |
|---|---|---|
| 1 | actually big enough to cover all of that so I | 10:53:55 |
| 2 | own what you came up with, too, you better | 10:53:57 |
| 3 | have said that really clearly in your patent | 10:54:00 |
| 4 | or your patent is invalid. | 10:54:03 |
| 5 | So in this case, Microchip is | 10:54:05 |
| 6 | saying that Aptiv infringes because our | 10:54:09 |
| 7 | host-to-host bridge is the thing that | 10:54:12 |
| 8 | infringes.  Now, you heard Microchip's counsel | 10:54:15 |
| 9 | say you don't have to describe every feature | 10:54:17 |
| 10 | of the product, itself.  That's true, right? | 10:54:19 |
| 11 | So we've got like fancy lighting. | 10:54:22 |
| 12 | Remember you heard about the kind of cool | 10:54:25 |
| 13 | lighting that Mr. Dreon talked about, you | 10:54:27 |
| 14 | know, around the modules and stuff like that? | 10:54:28 |
| 15 | They don't have to describe that in their | 10:54:30 |
| 16 | patent.  That's not the thing they are saying | 10:54:32 |
| 17 | they invented and it wouldn't be a defense for | 10:54:34 |
| 18 | us to say we've got fancy lighting. | 10:54:37 |
| 19 | But if the thing you are accusing | 10:54:39 |
| 20 | of infringement is a host-to-host | 10:54:40 |
| 21 | communication mechanism, then you better say | 10:54:42 |
| 22 | that you invented a host-to-host communication | 10:54:45 |
| 23 | mechanism and you better teach people how to | 10:54:47 |
| 24 | use it if you are going to say that is | 10:54:50 |

TRIAL - VOLUME 6

Page 125

1    something that you had already invented, and        10:54:52

2    that is not something that Microchip did in         10:54:54

3    this case.                                          10:54:56

4           It's not what the patent says.              10:54:56

5    The patent says, "One USB device can be shared      10:54:58

6    across multiple hosts."  There is nothing in        10:55:00

7    there that says we invented a way for two           10:55:03

8    hosts to talk to each other.                        10:55:05

9           Mr. Garney said there's no hint in          10:55:07

10   the patent of host-to-host communication.  Mr.      10:55:09

11   Bohm, I asked him, "You didn't mention              10:55:12

12   host-to-host communication in your patent?"         10:55:14

13   He said, "Not that I recall."                       10:55:16

14          Mr. Ghosh, "Could you point me to           10:55:18

15   where in the patents host-to-host                   10:55:20

16   communication is described?                         10:55:21

17          "Nope."                                      10:55:23

18          Dr. Levy, "Since host-to-host               10:55:25

19   communication is not mentioned in the body of       10:55:27

20   the patent or in the claims, I didn't consider      10:55:30

21   it."                                                10:55:34

22          That's exactly right, because the           10:55:35

23   patent and the claims are not actually              10:55:39

24   directed to host-to-host communication.  But        10:55:41

| | | |
|---|---|---|
| 1 | if they were, that is not something they said | 10:55:43 |
| 2 | they invented and that is not a valid claim. | 10:55:45 |
| 3 | Now, that's the written | 10:55:48 |
| 4 | description part.  What did you say you | 10:55:50 |
| 5 | invented?  The other half of it is enablement; | 10:55:52 |
| 6 | did you teach people how to use it. | 10:55:55 |
| 7 | It's kind of funny, the patent | 10:55:57 |
| 8 | office, when they were looking at the '243 | 10:55:59 |
| 9 | specification, said it was more sparse | 10:56:02 |
| 10 | regarding design details than the prior art of | 10:56:03 |
| 11 | record; in particular, Dickens.  In other | 10:56:05 |
| 12 | words, as patents go, it's pretty thin and it | 10:56:07 |
| 13 | doesn't say that much about how to do it. | 10:56:10 |
| 14 | Mr. Bohm had recognized this is | 10:56:14 |
| 15 | not an easy thing to do in general, even what | 10:56:16 |
| 16 | he was trying to do in the patent, there would | 10:56:18 |
| 17 | be technical challenges to overcome and he was | 10:56:20 |
| 18 | really thinking about that arbitration | 10:56:23 |
| 19 | mechanism, right?  How are you going to get | 10:56:24 |
| 20 | the two hosts to share that one device?  That | 10:56:26 |
| 21 | was going to be technically challenging.  And | 10:56:28 |
| 22 | they proposed some arbitration mechanisms to | 10:56:30 |
| 23 | deal with that. | 10:56:30 |
| 24 | But there is nothing in the patent | 10:56:34 |

| | | |
|---|---|---|
| 1 | that is a solution to the technical challenges | 10:56:36 |
| 2 | that were faced in figuring out a way to | 10:56:39 |
| 3 | implement this host-to-host communication | 10:56:41 |
| 4 | mechanism and nothing in the patent that would | 10:56:43 |
| 5 | teach someone of skill in the art how to do | 10:56:45 |
| 6 | that. | 10:56:48 |
| 7 | And indeed, their expert on | 10:56:48 |
| 8 | invalidity didn't even think about the answer | 10:56:51 |
| 9 | to that. He admitted, he thought about | 10:56:53 |
| 10 | enablement sort of at a high level, but he did | 10:56:56 |
| 11 | not consider host-to-host communication at | 10:56:58 |
| 12 | all. | 10:57:00 |
| 13 | Now, I want you to think about | 10:57:01 |
| 14 | this for a minute. Microchip is saying we got | 10:57:04 |
| 15 | this patent back in 2006 and we taught the | 10:57:07 |
| 16 | whole world how to use the full scope of our | 10:57:10 |
| 17 | invention, right, which would include | 10:57:12 |
| 18 | host-to-host communication. | 10:57:13 |
| 19 | But what happens over the course | 10:57:15 |
| 20 | of time? It's not just that Microchip didn't | 10:57:16 |
| 21 | teach it to the world, they couldn't have | 10:57:19 |
| 22 | taught it to the world because they didn't | 10:57:21 |
| 23 | know how to do it themselves. | 10:57:22 |
| 24 | And we know that when we actually | 10:57:25 |

TRIAL - VOLUME 6

Page 128

| | | |
|---|---|---|
| 1 | look at the record at what happened in this | 10:57:26 |
| 2 | case; when they tried to figure out a solution | 10:57:28 |
| 3 | to CarPlay, they couldn't come up with one. | 10:57:30 |
| 4 | They couldn't come up with one because they | 10:57:32 |
| 5 | had not already invented the thing that wound | 10:57:34 |
| 6 | up being the solution.  That was our | 10:57:36 |
| 7 | invention. | 10:57:40 |
| 8 | I want to touch very briefly on | 10:57:41 |
| 9 | this question of obviousness.  Now, you heard | 10:57:43 |
| 10 | in, again, Microchip's opening statement, they | 10:57:48 |
| 11 | said at some length, you know, two different | 10:57:50 |
| 12 | patent examiners looked at this patent and | 10:57:52 |
| 13 | concluded that it was valid, which is true. | 10:57:54 |
| 14 | It's also true that we know that | 10:57:57 |
| 15 | they made a mistake, at least in part.  And I | 10:58:00 |
| 16 | asked Mr. Levy, "We know the patent office did | 10:58:03 |
| 17 | make a mistake by issuing some of the claims." | 10:58:05 |
| 18 | He said, "By making a mistake, you mean that | 10:58:08 |
| 19 | they subsequently got invalidated?"  He said, | 10:58:10 |
| 20 | "In that sense, yes."  Right? | 10:58:14 |
| 21 | The original examiners did not | 10:58:15 |
| 22 | have a copy of the Dickens patent.  There's a | 10:58:16 |
| 23 | lot of prior art out there in the world, | 10:58:19 |
| 24 | you're never going to look at all of it.  They | 10:58:20 |

| | | |
|---|---|---|
| 1 | didn't have Dickens, they couldn't consider | 10:58:22 |
| 2 | Dickens.  They didn't realize that Mr. Dickens | 10:58:24 |
| 3 | had already done a lot of what Mr. Bohm had | 10:58:26 |
| 4 | said he had done in the patent.  Fair game. | 10:58:29 |
| 5 | But the result of that is that the | 10:58:33 |
| 6 | patent office said claim 1 is invalid in view | 10:58:35 |
| 7 | of Dickens.  And what that means, I asked Mr. | 10:58:38 |
| 8 | Bohm, "So everything shown here in Figure 3 | 10:58:41 |
| 9 | that we just went over is covered by invalid | 10:58:43 |
| 10 | claim 1?"  He is the inventor, and he said | 10:58:46 |
| 11 | yeah, it's the claim 1 you walked through. | 10:58:49 |
| 12 | And you may remember, you know, I | 10:58:51 |
| 13 | asked him -- or actually I didn't ask him, my | 10:58:54 |
| 14 | colleague, Mr. Saulsbury, asked him, "But | 10:58:56 |
| 15 | what's the difference between claim 1 and | 10:58:58 |
| 16 | claim 23?"  You are the inventor.  What did | 10:59:00 |
| 17 | you understand the difference here to be? | 10:59:02 |
| 18 | Remember, he thought about it for | 10:59:04 |
| 19 | a really long time, he studied it really | 10:59:05 |
| 20 | carefully, and at the end of that he said, | 10:59:08 |
| 21 | "Seems to me that it's about the same." | 10:59:10 |
| 22 | And actually sort of doubled down | 10:59:12 |
| 23 | because he got asked again, you're remember, | 10:59:15 |
| 24 | on redirect and he said, "No, no, really it | 10:59:16 |

TRIAL - VOLUME 6

Page 130

| | | |
|---|---|---|
| 1 | does look to me like it's the same." | 10:59:19 |
| 2 | It's interesting, Dr. Levy was | 10:59:21 |
| 3 | proffered as the expert on validity; right? | 10:59:24 |
| 4 | So you would think, as the expert on validity, | 10:59:26 |
| 5 | if the patent office had looked at the | 10:59:28 |
| 6 | validity of the claims, one of the things you | 10:59:30 |
| 7 | would do is try to understand what the patent | 10:59:32 |
| 8 | office thought and why they did it and what | 10:59:34 |
| 9 | implications that would have for your opinion. | 10:59:36 |
| 10 | Not something he did.  You didn't | 10:59:39 |
| 11 | hear him talk about the patent office decision | 10:59:40 |
| 12 | in any detail.  He had no analysis comparing | 10:59:42 |
| 13 | claim 1 to claim 23, even though he knew claim | 10:59:45 |
| 14 | 1 was invalid; so he sort of widely glossed | 10:59:49 |
| 15 | over that particular fact because it is a | 10:59:53 |
| 16 | really inconvenient fact for Microchip. | 10:59:55 |
| 17 | What the patent office found -- | 10:59:57 |
| 18 | and to be clear, patent office did not | 11:00:00 |
| 19 | invalidate claim 23.  Right?  I want to be | 11:00:02 |
| 20 | very clear about that.  That is true.  That is | 11:00:04 |
| 21 | our burden in this case, right?  That's one of | 11:00:06 |
| 22 | the reasons we're here. | 11:00:08 |
| 23 | But what the patent office said is | 11:00:09 |
| 24 | the substantive differences between claim 23 | 11:00:11 |

Page 131

| | | |
|---|---|---|
| 1 | and claim 1, the function block needs to be | 11:00:14 |
| 2 | operable to be simultaneously configured by | 11:00:17 |
| 3 | two or more hosts.  That's it.  That's a | 11:00:19 |
| 4 | difference, right? | 11:00:22 |
| 5 | So claim 1, everything in there | 11:00:23 |
| 6 | Dickens did; claim 23, the thing that the | 11:00:25 |
| 7 | patent office didn't see, this idea of | 11:00:27 |
| 8 | simultaneous configuration. | 11:00:30 |
| 9 | Now, point one, you may remember, | 11:00:31 |
| 10 | we don't actually do that.  But point two, | 11:00:33 |
| 11 | just that idea of adding simultaneous | 11:00:38 |
| 12 | configuration, we do think that was obvious. | 11:00:40 |
| 13 | And we think it was obvious based on stuff | 11:00:43 |
| 14 | that the patent office didn't have in this | 11:00:46 |
| 15 | proceeding. | 11:00:48 |
| 16 | So this is Dickens.  Dickens is a | 11:00:50 |
| 17 | way for more than one computer, so they are up | 11:00:53 |
| 18 | there at the top, to talk to more than one | 11:00:55 |
| 19 | peripheral device, they are down there at the | 11:00:58 |
| 20 | bottom, keyboard, speakers and other kind of | 11:01:00 |
| 21 | old-looking things.  That's Dickens. | 11:01:03 |
| 22 | Belkin is also a way for more than | 11:01:06 |
| 23 | one computer to talk to one or more peripheral | 11:01:10 |
| 24 | devices. | 11:01:14 |

TRIAL - VOLUME 6

Page 132

```
 1              Now, the question was well, if          11:01:15
 2     you're looking at Dickens, why would you go      11:01:16
 3     look at a device like Belkin?  And you may       11:01:19
 4     remember I asked Dr. Levy about that.  I said,   11:01:22
 5     let's say you've got Dickens, it's pretty old    11:01:24
 6     by this point in time, it's pretty              11:01:27
 7     complicated.  What if you wanted to make it      11:01:30
 8     easier?  Would you go look to see how other      11:01:31
 9     people had solved similar problems?  And he      11:01:33
10     said yeah, that makes sense.                     11:01:35
11              It does make sense.  And that one       11:01:36
12     thing you might want to do is say hey, is        11:01:38
13     there a way to make this Dickens system          11:01:40
14     simpler?  What would you do?  You'd go look at   11:01:42
15     Belkin.                                          11:01:46
16              Now, you heard there was sort of a      11:01:46
17     Yelp review of Belkin that the patent office    11:01:47
18     looked at.  That's right.  You have it.  It is   11:01:51
19     in Exhibit 3, it is page 1293.  So if you want   11:01:52
20     to look at it, you may want to write that down   11:01:56
21     because you are going to have a hard time        11:01:58
22     going through everything, but it's like a Yelp   11:02:00
23     review.                                          11:02:02
24              It doesn't have a lot of detail,        11:02:02
```

Page 133

| | | |
|---|---|---|
| 1 | but it says two things that I think are | 11:02:04 |
| 2 | important.  It was around in February of 2004, | 11:02:06 |
| 3 | which would make it prior art, and it's got | 11:02:09 |
| 4 | the F1U400 model number, just the same thing | 11:02:11 |
| 5 | that Mr. Garney looked at.  But it doesn't | 11:02:14 |
| 6 | really have any detail about how Belkin | 11:02:16 |
| 7 | worked.  What Mr. Garney did is try to | 11:02:18 |
| 8 | actually figure out, okay, I've got this | 11:02:20 |
| 9 | product, what does it do? | 11:02:21 |
| 10 | Now, I want to note, you've heard | 11:02:23 |
| 11 | that Microchip admits the product, both | 11:02:24 |
| 12 | products, US-98 and Belkin F1U400, were sold | 11:02:28 |
| 13 | in the U.S. prior to April of 2005, and that's | 11:02:32 |
| 14 | this sort of prior art date that we are | 11:02:35 |
| 15 | talking about. | 11:02:37 |
| 16 | Now, you heard some questioning of | 11:02:38 |
| 17 | Mr. Garney about some of the numbers on there | 11:02:40 |
| 18 | and things like that.  The point I want to | 11:02:43 |
| 19 | make is just in the document that they showed | 11:02:45 |
| 20 | him, and you heard this in redirect, was a | 11:02:48 |
| 21 | product spec sheet for a different chip, not | 11:02:50 |
| 22 | this chip, and it listed lots and lots of | 11:02:52 |
| 23 | different things that you might have three | 11:02:55 |
| 24 | digit number codes for, right?  Top mark code, | 11:02:58 |

Page 134

| | | |
|---|---|---|
| 1 | you know, part number, suffix, blah-blah-blah. | 11:03:04 |
| 2 | So you look at this, you've got numbers | 11:03:07 |
| 3 | everywhere. | 11:03:10 |
| 4 | I would suggest, I don't think you | 11:03:11 |
| 5 | can really draw any particular conclusions | 11:03:12 |
| 6 | from any of the numbers.  And Mr. Garney said | 11:03:14 |
| 7 | he had no idea what those numbers actually | 11:03:15 |
| 8 | represented, not because he doesn't know, but | 11:03:17 |
| 9 | he just can't tell, from looking at the | 11:03:19 |
| 10 | number, what exactly it might be. | 11:03:21 |
| 11 | We do have some information, | 11:03:24 |
| 12 | though, about the date of the thing that | 11:03:26 |
| 13 | matters, which is, the functionality that's | 11:03:28 |
| 14 | important to Mr. Garney's analysis is the | 11:03:30 |
| 15 | Philips chip.  He said that.  It's what's | 11:03:32 |
| 16 | going on in the Philips chip that is | 11:03:34 |
| 17 | important. | 11:03:36 |
| 18 | You've got the data sheet for the | 11:03:36 |
| 19 | Philips chip; it is in evidence.  It's from | 11:03:38 |
| 20 | July of 1999.  And that is the functionality | 11:03:40 |
| 21 | that's important here. | 11:03:43 |
| 22 | So what are we talking about?  The | 11:03:44 |
| 23 | Philips chip in the Belkin device has this | 11:03:46 |
| 24 | functionality of having endpoint buffers that | 11:03:49 |

Page 135

| | | |
|---|---|---|
| 1 | can send NAKs.  You may remember I asked Dr. | 11:03:52 |
| 2 | Levy about that and he agreed that that was in | 11:03:55 |
| 3 | the documentation for the Philips chip. | 11:03:57 |
| 4 | So why would this be important if | 11:04:00 |
| 5 | you were thinking about a way to make Dickens | 11:04:02 |
| 6 | easier?  Dickens has this very complicated | 11:04:04 |
| 7 | arbitration mechanism.  You heard it uses this | 11:04:06 |
| 8 | other form of connection to try to arbitrate | 11:04:08 |
| 9 | between all of these hosts and all of these | 11:04:11 |
| 10 | devices.  It's complicated.  You have these | 11:04:13 |
| 11 | emulation layers as a result. | 11:04:16 |
| 12 | So this NAK thing that's in | 11:04:18 |
| 13 | Philips, this hold-off, right, I'm full is the | 11:04:21 |
| 14 | way to think about a NAK, right?  Not me. | 11:04:24 |
| 15 | That's a very standard USB function; Dr. Levy | 11:04:28 |
| 16 | agreed with that.  It's been around for a long | 11:04:31 |
| 17 | time.  He agreed with that, too. | 11:04:33 |
| 18 | And basically there's some | 11:04:35 |
| 19 | technical information in the Philips thing | 11:04:36 |
| 20 | about what it means, but basically, you sent a | 11:04:39 |
| 21 | full flag.  It's just saying hey, I'm full. | 11:04:43 |
| 22 | And if you think about it, that's a way to | 11:04:45 |
| 23 | arbitrate. | 11:04:46 |
| 24 | So you could take that idea of | 11:04:47 |

| | | |
|---|---|---|
| 1 | having endpoint buffers with these NAKs, you | 11:04:50 |
| 2 | could put them into Philips -- I mean into | 11:04:52 |
| 3 | Dickens and say hey, why don't we just use | 11:04:56 |
| 4 | that as the arbitration mechanism. | 11:04:58 |
| 5 | Now you're wondering, why didn't | 11:04:59 |
| 6 | Dickens think of that?  Remember, Dickens was | 11:05:01 |
| 7 | from very close in time to when the USB spec | 11:05:03 |
| 8 | came out.  USB was really new when Dickens is | 11:05:06 |
| 9 | doing this. | 11:05:09 |
| 10 | But now, 2005, USB has been around | 11:05:09 |
| 11 | for a while.  People know about NAKs, people | 11:05:12 |
| 12 | know about endpoint buffers.  Way easier to | 11:05:14 |
| 13 | deal with arbitration, just have it send back | 11:05:16 |
| 14 | something that says, like, I'm full. | 11:05:18 |
| 15 | And guess what?  That's exactly | 11:05:20 |
| 16 | what Mr. Bohm did.  It's exactly the same | 11:05:22 |
| 17 | solution that he came up with.  If you took | 11:05:24 |
| 18 | Dickens and you just used that NAK endpoint | 11:05:26 |
| 19 | buffer functionality to say to one host, I'm | 11:05:29 |
| 20 | full while you're dealing with the other host, | 11:05:32 |
| 21 | that is exactly what Mr. Bohm did. | 11:05:34 |
| 22 | That is the arbitration mechanism | 11:05:36 |
| 23 | in the patent.  It is the combination of those | 11:05:39 |
| 24 | two things.  And it allows for a way for each | 11:05:40 |

TRIAL - VOLUME 6

Page 137

```
 1    of the hosts to configure the device and then      11:05:45

 2    arbitrate access to it.                             11:05:50

 3            Now, claim 24, claim 25, Dr. Levy           11:05:51

 4    said no opinion there that the Belkin devices       11:05:55

 5    don't have those additional limitations.  So        11:05:59

 6    sum and substance, we think it would have been      11:06:02

 7    obvious to combine those things.                    11:06:04

 8            So why are we here?  Why are we             11:06:06

 9    still arguing about this?  You've heard, you        11:06:09

10    know, a letter was sent seven years ago.            11:06:11

11    You've heard about five years of proceedings,       11:06:13

12    right?  Why are we still here?                       11:06:16

13            I asked Mr. Obolsky a little bit            11:06:19

14    about this.  And one of the things you heard        11:06:22

15    is that Microchip used to control 100 percent       11:06:25

16    of sales of microchips to The Big 3, 100            11:06:27

17    percent.  They are basically a monopolist.          11:06:32

18    And I think the evidence shows that they like       11:06:36

19    it that way.  You know, one of the nice            11:06:38

20    features of being a monopolist is you can           11:06:40

21    charge a lot for your products because you          11:06:42

22    don't have any competition, right?  That's          11:06:44

23    kind of what it means to be a monopoly.            11:06:45

24            Now, you've heard, too, Aptiv, we          11:06:47
```

|    |                                                          |          |
|----|----------------------------------------------------------|----------|
| 1  | are not in the chip business; right?  We make            | 11:06:50 |
| 2  | these boxes that chips go into.  We're not in            | 11:06:54 |
| 3  | the chip business.  But, you know, we are                | 11:06:57 |
| 4  | looking for the best solution for our                    | 11:07:00 |
| 5  | customers.                                               | 11:07:02 |
| 6  | This is one of the emails.  This                         | 11:07:03 |
| 7  | is November 2015.  This is a little bit after            | 11:07:04 |
| 8  | that sort of bad October meeting between the             | 11:07:07 |
| 9  | parties.  And this is an internal report at              | 11:07:10 |
| 10 | Microchip on what had happened.  And they                | 11:07:13 |
| 11 | said -- the "they" is talking about Aptiv.               | 11:07:15 |
| 12 | Aptiv reiterated they'll always evaluate new             | 11:07:18 |
| 13 | alternatives to ensure they have the most                | 11:07:21 |
| 14 | competitive solution in the market, even if              | 11:07:22 |
| 15 | that means cancelling their existing silicon             | 11:07:25 |
| 16 | development efforts.                                      | 11:07:27 |
| 17 | What does that mean?  We've                              | 11:07:29 |
| 18 | developed this custom chip, we are having it             | 11:07:31 |
| 19 | made, but hey, if we can do that with                    | 11:07:32 |
| 20 | something that's, like, better or at least as            | 11:07:35 |
| 21 | good from you, great.  Right?  We're not in              | 11:07:37 |
| 22 | the chip business, but we're not -- it's not             | 11:07:40 |
| 23 | going to be okay with us if it's a lot worse,            | 11:07:42 |
| 24 | right?  We want the solution that's going to             | 11:07:45 |

TRIAL - VOLUME 6

Page 139

| | | |
|---|---|---|
| 1 | be the best and the most competitive solution | 11:07:46 |
| 2 | for our customers, so show us what you've got | 11:07:48 |
| 3 | in a competitive marketplace. | 11:07:51 |
| 4 | And that is the thing that | 11:07:52 |
| 5 | Microchip really didn't like.  That is the | 11:07:55 |
| 6 | thing that caused the conversation to flip and | 11:07:58 |
| 7 | to turn and to start being about patents. | 11:08:00 |
| 8 | And you see this also in the | 11:08:04 |
| 9 | Microchip documents.  This is Exhibit 42, and | 11:08:06 |
| 10 | it's actually long, and there's a really | 11:08:09 |
| 11 | interesting back and forth in there about | 11:08:11 |
| 12 | pricing commitments and honoring them or not | 11:08:14 |
| 13 | honoring them.  But this is the thing from Mr. | 11:08:17 |
| 14 | Moorthy.  Remember, he becomes the CEO of | 11:08:21 |
| 15 | Microchip after this. | 11:08:23 |
| 16 | "Ideally we want Delphi to cease | 11:08:24 |
| 17 | development of new products that continues to | 11:08:26 |
| 18 | destroy our business, that discussion takes | 11:08:28 |
| 19 | time and we need some negotiating leverage." | 11:08:31 |
| 20 | We don't like competition, we need | 11:08:34 |
| 21 | negotiating leverage, we've got these patents, | 11:08:36 |
| 22 | they might be good leverage. | 11:08:39 |
| 23 | So they sue us and send a letter | 11:08:42 |
| 24 | to all of our customers saying hey, these guys | 11:08:44 |

TRIAL - VOLUME 6

Page 140

| | | |
|---|---|---|
| 1 | infringed our patents.  And Mr. Obolsky was | 11:08:47 |
| 2 | really up front about why they sent that, | 11:08:49 |
| 3 | right?  We didn't want them to do business | 11:08:52 |
| 4 | with Aptiv; we wanted them to do business with | 11:08:53 |
| 5 | us. | 11:08:55 |
| 6 | Now, Microchip's original | 11:08:56 |
| 7 | position, remember, was we own it all, right? | 11:08:58 |
| 8 | CarPlay, any solution to CarPlay, we own it, | 11:09:01 |
| 9 | that's in our patents. | 11:09:04 |
| 10 | And Mr. Zatkovich actually sort of | 11:09:07 |
| 11 | bought that.  He said in his expert report, | 11:09:10 |
| 12 | any hub supporting the three features would | 11:09:13 |
| 13 | necessarily infringe the '243 Patent in | 11:09:16 |
| 14 | general.  Okay.  Remember, though, we're not | 11:09:19 |
| 15 | talking about the '243 Patent in general. | 11:09:22 |
| 16 | Now, when he made that statement, | 11:09:25 |
| 17 | he said he had picked claim 1 as being | 11:09:27 |
| 18 | representative.  Remember, he is the | 11:09:29 |
| 19 | infringement guy, not the validity guy, so he | 11:09:31 |
| 20 | didn't look at what the patent office had | 11:09:34 |
| 21 | done, which is invalidated claim 1.  He said | 11:09:36 |
| 22 | claim 1 is representative, you would need | 11:09:40 |
| 23 | claim 1 to be able to do CarPlay. | 11:09:42 |
| 24 | Well, okay.  But remember, | 11:09:44 |

TRIAL - VOLUME 6

Page 141

| | | |
|---|---|---|
| 1 | Microchip didn't invent claim 1.  We know that | 11:09:45 |
| 2 | now; Mr. Dickens did.  So Microchip didn't | 11:09:48 |
| 3 | invent the solution to CarPlay that's in claim | 11:09:51 |
| 4 | 1.  If anyone did, that was Mr. Dickens. | 11:09:55 |
| 5 | The only thing we are here talking | 11:09:57 |
| 6 | about is this idea of being simultaneously | 11:09:59 |
| 7 | configured by two hosts.  Is that something | 11:10:01 |
| 8 | that you need for CarPlay?  Well, I would say, | 11:10:04 |
| 9 | one, obviously not, because we don't do it. | 11:10:07 |
| 10 | But also, two, you haven't heard any testimony | 11:10:10 |
| 11 | from anyone that that is something that's | 11:10:14 |
| 12 | important for CarPlay.  Nobody. | 11:10:17 |
| 13 | And Dr. Becker was asked, "You | 11:10:21 |
| 14 | don't have any basis for offering an opinion | 11:10:24 |
| 15 | about the difference between the claims that | 11:10:26 |
| 16 | were invalidated?"  And claim 23, like claim | 11:10:28 |
| 17 | 1, is in the prior art, right?  That's public. | 11:10:33 |
| 18 | Anyone can use claim 1.  Microchip doesn't own | 11:10:35 |
| 19 | that anymore.  That's invalid.  Anyone can use | 11:10:37 |
| 20 | that. | 11:10:40 |
| 21 | What's the value of adding claim | 11:10:41 |
| 22 | 23 onto that?  No opinion.  In terms of what | 11:10:43 |
| 23 | they're worth, nothing. | 11:10:47 |
| 24 | So, damages.  I really don't want | 11:10:48 |

TRIAL - VOLUME 6

Page 142

```
 1    to talk about damages.  I want to talk about      11:10:52

 2    it even less than I wanted to talk about          11:10:54

 3    invalidity because I don't think we need to        11:10:56

 4    talk about it, which, to be clear, is why we       11:10:58

 5    didn't call a damages expert, because we           11:11:02

 6    didn't think we needed to because the right        11:11:04

 7    damages number in this case is zero because we     11:11:06

 8    don't infringe and the patents are not valid.      11:11:09

 9          But I want to talk a little bit              11:11:12

10    about the theory that they put forward because     11:11:14

11    I think it's a bit revealing more generally.       11:11:16

12          We do our own independent work              11:11:18

13    developing the Boston chip, right?  No input       11:11:20

14    from Microchip; we do it ourselves.  They         11:11:22

15    learn about the fact that we've got contracts.     11:11:24

16    They start to do their own development work.        11:11:26

17    You can take a look at the documents.  I think     11:11:27

18    it's pretty clear.  Why did they start to do       11:11:29

19    that?  Because they learned about us, because      11:11:32

20    we had a solution.                                 11:11:34

21          They were pushing FlexConnect.              11:11:35

22    They were perfectly happy to keep pushing          11:11:37

23    FlexConnect.  They got dragged pretty much         11:11:40

24    kicking and screaming into a competing             11:11:42
```

TRIAL - VOLUME 6

Page 143

| | |
|---|---|
| 1 | solution because we were out there showing | 11:11:44 |
| 2 | that it was possible. | 11:11:46 |
| 3 | And in the entire lead-up to this, | 11:11:46 |
| 4 | what do we see?  We don't want to do it.  It's | 11:11:49 |
| 5 | not critical; it's not compliant; it's not | 11:11:52 |
| 6 | possible; it's not worth it; it's too risky; | 11:11:54 |
| 7 | it's too much money. | 11:11:57 |
| 8 | So what is the premise of Dr. | 11:11:58 |
| 9 | Becker's lost profits calculation?  Well, he | 11:12:00 |
| 10 | was asked, "You asked him" -- the "him" is Mr. | 11:12:03 |
| 11 | Obolsky -- "hey, if Unwired had not come out | 11:12:06 |
| 12 | with its solution, would Microchip still have | 11:12:08 |
| 13 | developed the Sandia chip?" | 11:12:10 |
| 14 | So why did Dr. Becker ask Mr. | 11:12:11 |
| 15 | Obolsky that in the first place?  He asked it | 11:12:14 |
| 16 | because the whole point of lost profits is I | 11:12:16 |
| 17 | lost profits because of what you did, point | 11:12:19 |
| 18 | one. | 11:12:22 |
| 19 | And point two, the only lost | 11:12:22 |
| 20 | profits analysis that Dr. Becker proffered was | 11:12:26 |
| 21 | for the Sandia chip. | 11:12:28 |
| 22 | You heard he was super clear about | 11:12:29 |
| 23 | that.  I've got a lost profits number on | 11:12:31 |
| 24 | Sandia; I don't have one on Athens because | 11:12:33 |

Page 144

```
 1    Athens is different, and I've got a different        11:12:36

 2    damages model for that and it's not lost             11:12:39

 3    profits.                                             11:12:43

 4              For Dr. Becker, the starting point         11:12:43

 5    was would Microchip have developed a                 11:12:45

 6    single-lane persistent USB chip if it wasn't         11:12:47

 7    for us.  Okay.  I think the answer to that           11:12:50

 8    question is just flat out no.  There is no           11:12:52

 9    reason to think they would have gone there if        11:12:54

10    they hadn't had to.                                  11:12:56

11              And you see this in the documents,         11:12:57

12    right?  We pointed it out as a design that we        11:12:59

13    looked at and ruled out due to CarPlay              11:13:01

14    compliance concern and maybe if it gets              11:13:04

15    approved by Apple, we'll think about it,             11:13:06

16    except it can't be approved by Apple until it        11:13:08

17    is designed, so it's never going to be               11:13:11

18    approved by Apple.  So in short, they're never       11:13:13

19    going to do it.                                      11:13:16

20              This, I think, is kind of funny.           11:13:17

21    Dr. Becker goes on to say -- he was asked, "If       11:13:19

22    Obolsky told you Unwired hadn't come out with        11:13:22

23    the Boston 2, Microchip would have developed         11:13:24

24    the Sandia chip even faster, right?"                 11:13:26
```

TRIAL - VOLUME 6

Page 145

| | | |
|---|---|---|
| 1 | They are saying no, no, no, | 11:13:28 |
| 2 | learning about the Unwired competition slowed | 11:13:30 |
| 3 | us down. | 11:13:32 |
| 4 | You guys read the documents for | 11:13:32 |
| 5 | yourselves.  I don't think you are going to | 11:13:34 |
| 6 | conclude that that is a remotely credible | 11:13:36 |
| 7 | assertion. | 11:13:38 |
| 8 | That's the lost profit case.  If | 11:13:39 |
| 9 | they never would have done it, absent us, they | 11:13:40 |
| 10 | don't get lost profits. | 11:13:43 |
| 11 | Let's talk about a reasonable | 11:13:44 |
| 12 | royalty.  What is a reasonable royalty in this | 11:13:46 |
| 13 | case?  A few predicate facts, right?  What do | 11:13:48 |
| 14 | you think about?  Microchip doesn't get | 11:13:51 |
| 15 | compensated for our contributions, our | 11:13:52 |
| 16 | intellectual property.  They don't get | 11:13:54 |
| 17 | compensation for what Mr. Dickens did and what | 11:13:56 |
| 18 | was already in the prior art. | 11:13:59 |
| 19 | They don't get compensated for | 11:14:00 |
| 20 | their bad business decision; that's on them. | 11:14:02 |
| 21 | I mean, that's not on us. | 11:14:04 |
| 22 | So how do you think about this? | 11:14:06 |
| 23 | The negotiating table, March of 2014, parties | 11:14:08 |
| 24 | are sitting across from each other and we're | 11:14:11 |

Page 146

```
 1    thinking hey, we're going to have to invest        11:14:14

 2    like 10 million bucks for a small company.         11:14:16

 3    It's a big deal, super risky, may not get          11:14:18

 4    certification.  Apple may not like it, may not     11:14:21

 5    sell well.  We've got all of our own IP that       11:14:24

 6    we've developed in the course of this, that        11:14:26

 7    ought to be worth a lot, right.                    11:14:28

 8              What is Microchip thinking?  Not          11:14:30

 9    possible, not compliant, it's not even worth       11:14:32

10    one-and-a-half to $2 million to develop, or at     11:14:34

11    least we're not sure that it is.                   11:14:37

12              That is the context in which the         11:14:39

13    parties would have been thinking about this.       11:14:41

14    I say this not to put forward a different          11:14:43

15    damages number because there's one different       11:14:46

16    damages number and it is zero.  But the fact       11:14:48

17    that Dr. Becker comes in here and says             11:14:50

18    $84 million relative to that probably tells        11:14:53

19    you something about what is motivating this        11:14:59

20    case and why we wound up here in court.            11:15:00

21              So you have a verdict form to fill       11:15:03

22    out.  The first question, Is there direct          11:15:06

23    infringement?  Do we infringe?  The answer to      11:15:09

24    that question is no.                               11:15:11
```

Page 147

1        Next question is do we willfully        11:15:14

2   infringe?  I actually just find this          11:15:15

3   offensive.  Willful infringement means like   11:15:18

4   you did something really extra special bad.    11:15:20

5        So what are the facts here; right?        11:15:22

6   We develop our thing ourselves independently,  11:15:24

7   they send us a letter that says any solution   11:15:27

8   infringes and they don't say anything specific 11:15:29

9   about our product.                             11:15:32

10        We write back and say no, we don't       11:15:33

11   think so.  They go silent for months and      11:15:35

12   months and months and months; say nothing.    11:15:38

13   Pop up in October, say we think you might      11:15:40

14   infringe.  We're going to test, and then go    11:15:43

15   silent again and then sue us.                  11:15:45

16        And that is the record on which          11:15:47

17   they want you to conclude that we are the ones 11:15:49

18   who are willful in this case.  Just think      11:15:52

19   about that.                                    11:15:53

20        Is the patent valid?  First, is it       11:15:54

21   obvious?  That's the Dickens/Belkin thing.  We 11:15:57

22   think the answer to that question is yes.      11:16:00

23        Is it invalid because it doesn't         11:16:03

24   describe an invention that is host-to-host     11:16:06

TRIAL - VOLUME 6

Page 148

| | | |
|---|---|---|
| 1 | communication?  The answer to that question is | 11:16:09 |
| 2 | yes, given the positions that they are taking | 11:16:11 |
| 3 | in the case. | 11:16:12 |
| 4 | Is it invalid because it doesn't | 11:16:13 |
| 5 | teach people how to do that?  Yeah.  Look at | 11:16:16 |
| 6 | how much work it took them to try to figure | 11:16:19 |
| 7 | out a way to make this work. | 11:16:21 |
| 8 | That is the verdict form that you | 11:16:24 |
| 9 | will fill out in the case. | 11:16:25 |
| 10 | Now, I want to close with this. | 11:16:26 |
| 11 | Mr. Bohm came up with an idea to have a way | 11:16:29 |
| 12 | for two computers to share one peripheral | 11:16:34 |
| 13 | device, printer, whatever.  He said | 11:16:38 |
| 14 | off-the-shelf standard USB device, go get one, | 11:16:39 |
| 15 | this will be a way to share it. | 11:16:43 |
| 16 | And he was super clear, not USB | 11:16:44 |
| 17 | compliant, because there are two hosts and one | 11:16:46 |
| 18 | device.  That's the patent. | 11:16:49 |
| 19 | Unwired came up with a completely | 11:16:50 |
| 20 | different solution.  That solution was having | 11:16:53 |
| 21 | each host get its own device.  That is why it | 11:16:56 |
| 22 | is USB compliant.  You heard nothing about | 11:16:59 |
| 23 | that in Microchip's closing, but that is the | 11:17:03 |
| 24 | core fundamental difference between these | 11:17:09 |

Page 149

```
 1    products.                                    11:17:12

 2              So I want to end where we started,  11:17:14

 3    which sort of is how we got here.  You saw it 11:17:16

 4    in Mr. Obolsky's email which I showed to you   11:17:20

 5    at the very beginning of the opening           11:17:23

 6    statement, right?  "Bottom line we missed it." 11:17:25

 7              In that email he points the finger   11:17:27

 8    a lot at other people at Microchip, and on the 11:17:29

 9    stand, he took blame for it himself.  He said  11:17:33

10    I'm one of the "we," right?  They did miss it.  11:17:36

11              But fundamentally, that's on them.   11:17:39

12    Microchip is trying to use this lawsuit to     11:17:46

13    make up for its own bad business decision.     11:17:49

14              We're very grateful that we are      11:17:54

15    here at this point after five years of         11:17:56

16    proceedings between the parties because this   11:17:59

17    is where it ends.  We're done.                 11:18:01

18              I want to thank all of you.  I       11:18:05

19    don't get to talk to you again, at least not   11:18:08

20    until this is all over.  I do want to echo     11:18:09

21    what Mr. Slayden said about the diligence and  11:18:14

22    care with which you have listened to the       11:18:17

23    evidence.  It's hugely appreciated.            11:18:19

24              This case is really, really         11:18:21
```

TRIAL - VOLUME 6

Page 150

| | | |
|---|---|---|
| 1 | important to us.  It matters a lot to the | 11:18:23 |
| 2 | future of the business and we really | 11:18:25 |
| 3 | appreciate your care and thoughtfulness and | 11:18:27 |
| 4 | attention to it.  So thank you. | 11:18:31 |
| 5 | THE COURT:  All right. | 11:18:37 |
| 6 | So as I said yesterday, I have | 11:18:39 |
| 7 | just a few brief instructions for you on what | 11:18:42 |
| 8 | to do as you return to the jury room to begin | 11:18:44 |
| 9 | your deliberations. | 11:18:47 |
| 10 | When you retire to the jury room | 11:18:51 |
| 11 | to deliberate, you may take with you these | 11:18:52 |
| 12 | instructions, your notes and the exhibits that | 11:18:55 |
| 13 | the Court has admitted into evidence.  Note | 11:18:58 |
| 14 | that some exhibits may appear missing in the | 11:19:00 |
| 15 | binders.  However, this is intentional.  You | 11:19:02 |
| 16 | should not draw any inferences from it. | 11:19:05 |
| 17 | You should select one member of | 11:19:07 |
| 18 | the jury as your foreperson.  That person will | 11:19:09 |
| 19 | preside over the deliberations and speak for | 11:19:11 |
| 20 | you here in open court. | 11:19:13 |
| 21 | You have two main duties as | 11:19:14 |
| 22 | jurors.  The first one is to decide what the | 11:19:18 |
| 23 | facts are from the evidence you saw and heard | 11:19:20 |
| 24 | here in the court.  Deciding what the facts | 11:19:22 |

Page 151

| | | |
|---|---|---|
| 1 | are is your job, not mine, and nothing that I | 11:19:24 |
| 2 | have said or done during this trial was meant | 11:19:27 |
| 3 | to influence your decision about the facts in | 11:19:29 |
| 4 | any way. | 11:19:31 |
| 5 | Your second duty is to take the | 11:19:31 |
| 6 | law that I give you, apply it to the facts and | 11:19:33 |
| 7 | decide if, under the appropriate burden of | 11:19:36 |
| 8 | proof, the parties have established their | 11:19:39 |
| 9 | claims. | 11:19:41 |
| 10 | It is my job to instruct you about | 11:19:41 |
| 11 | the law and you are bound by the oath that you | 11:19:44 |
| 12 | took at the beginning of the trial to follow | 11:19:46 |
| 13 | the instructions that I give you, even if you | 11:19:48 |
| 14 | personally disagree with them.  This includes | 11:19:50 |
| 15 | the instructions that I gave you before and | 11:19:52 |
| 16 | during the trial and these instructions.  All | 11:19:54 |
| 17 | the instructions are important and you should | 11:19:57 |
| 18 | consider them together as a whole. | 11:19:58 |
| 19 | Perform these duties fairly.  Do | 11:20:00 |
| 20 | not let any bias, sympathy, or prejudice that | 11:20:02 |
| 21 | you may feel toward one side or the other | 11:20:05 |
| 22 | influence your decision in any way. | 11:20:08 |
| 23 | As jurors, you have a duty to | 11:20:10 |
| 24 | consult with each other and to deliberate with | 11:20:12 |

TRIAL - VOLUME 6

Page 152

| | | |
|---|---|---|
| 1 | the intention of reaching a verdict.  Each of | 11:20:14 |
| 2 | you must decide the case for yourself, but | 11:20:16 |
| 3 | only after a full and impartial consideration | 11:20:19 |
| 4 | of all of the evidence with your fellow | 11:20:21 |
| 5 | jurors. | 11:20:24 |
| 6 | Listen to each other carefully. | 11:20:24 |
| 7 | In the course of your deliberations, you | 11:20:26 |
| 8 | should feel free to re-examine your own views | 11:20:28 |
| 9 | and to change your opinion based on the | 11:20:30 |
| 10 | evidence.  But you should not give up your | 11:20:33 |
| 11 | honest convictions about the evidence just | 11:20:35 |
| 12 | because of the opinions of your fellow jurors. | 11:20:37 |
| 13 | Nor should you change your mind just for the | 11:20:39 |
| 14 | purpose of obtaining enough votes for a | 11:20:41 |
| 15 | verdict. | 11:20:45 |
| 16 | When you start deliberating, do | 11:20:45 |
| 17 | not talk to Mr. Koehler, to me, another jury | 11:20:47 |
| 18 | officer, or to anyone but each other about the | 11:20:50 |
| 19 | case.  During your deliberations, you must not | 11:20:53 |
| 20 | communicate with or provide any information to | 11:20:56 |
| 21 | anyone by any means about this case. | 11:20:58 |
| 22 | You may not use any electronic | 11:21:01 |
| 23 | device or media, such as a cell phone, tablet, | 11:21:03 |
| 24 | or computer of any kind; the Internet, any | 11:21:05 |

TRIAL - VOLUME 6

Page 153

| | | |
|---|---|---|
| 1 | Internet service, or any text or messaging | 11:21:07 |
| 2 | service like Twitter; or any Internet chat | 11:21:10 |
| 3 | room, blog, website, or social networking | 11:21:12 |
| 4 | service, such as Facebook, LinkedIn, | 11:21:15 |
| 5 | Instagram, TikTok, Snapchat, GroupMe, or | 11:21:18 |
| 6 | YouTube, to communicate to anyone any | 11:21:22 |
| 7 | information about this case or to conduct any | 11:21:24 |
| 8 | information about this case until I accept | 11:21:26 |
| 9 | your verdict. | 11:21:27 |
| 10 | You may not use electronic means | 11:21:28 |
| 11 | to investigate or communicate about the case | 11:21:30 |
| 12 | because it is important that you decide this | 11:21:32 |
| 13 | case based solely on the evidence presented in | 11:21:34 |
| 14 | this courtroom.  Information on the Internet | 11:21:36 |
| 15 | or available for social media might be wrong, | 11:21:38 |
| 16 | incomplete, or inaccurate.  Information that | 11:21:41 |
| 17 | you might see on the Internet or on social | 11:21:42 |
| 18 | media has not been admitted into evidence and | 11:21:44 |
| 19 | the parties have not had a chance to discuss | 11:21:47 |
| 20 | it with you.  You should not seek to obtain | 11:21:49 |
| 21 | such evidence and it might -- and it must not | 11:21:51 |
| 22 | influence your decision in this case. | 11:21:55 |
| 23 | If you have any questions or | 11:21:57 |
| 24 | messages for me, you must write them down on a | 11:21:58 |

Page 154

| | | |
|---|---|---|
| 1 | piece of paper, have the foreperson sign them | 11:22:01 |
| 2 | and give them to Mr. Koehler or another jury | 11:22:03 |
| 3 | officer.  The officer will give them to me, | 11:22:06 |
| 4 | and I will respond as soon as I can.  I may | 11:22:09 |
| 5 | have to talk to the lawyers about what you | 11:22:12 |
| 6 | have asked, so it may take some time to get | 11:22:14 |
| 7 | back to you. | 11:22:16 |
| 8 | One more thing about messages. | 11:22:17 |
| 9 | Never write down or tell anyone how you stand | 11:22:19 |
| 10 | on your votes.  For example, do not write down | 11:22:21 |
| 11 | or tell anyone that a certain number has voted | 11:22:23 |
| 12 | one way or the other.  Your votes should stay | 11:22:26 |
| 13 | secret until you're finished. | 11:22:29 |
| 14 | Your verdict must represent the | 11:22:31 |
| 15 | considered judgment of each juror.  In order | 11:22:33 |
| 16 | for you as a jury to return a verdict, each | 11:22:34 |
| 17 | juror must agree to the verdict.  Your verdict | 11:22:37 |
| 18 | must be unanimous. | 11:22:39 |
| 19 | A form of verdict has been | 11:22:41 |
| 20 | prepared for you.  It has a series of | 11:22:43 |
| 21 | questions for you to answer.  You will take | 11:22:45 |
| 22 | this form to the jury room and when you have | 11:22:47 |
| 23 | reached unanimous agreement as to your | 11:22:49 |
| 24 | verdict, you will fill it in, and have your | 11:22:51 |

Page 155

| | | |
|---|---|---|
| 1 | foreperson date and sign the form.  You will | 11:22:52 |
| 2 | then return to the courtroom and your | 11:22:54 |
| 3 | foreperson will give you -- your foreperson | 11:22:56 |
| 4 | will give your verdict.  Unless I direct you | 11:23:00 |
| 5 | otherwise, do not reveal your answers until | 11:23:02 |
| 6 | you are discharged.  After you have reached a | 11:23:04 |
| 7 | verdict, you are not required to talk with | 11:23:07 |
| 8 | anyone about the case unless I order you to do | 11:23:09 |
| 9 | so. | 11:23:12 |
| 10 | Once again, I want to remind you | 11:23:12 |
| 11 | that nothing about my instructions and nothing | 11:23:14 |
| 12 | about the form of the verdict is intended to | 11:23:16 |
| 13 | suggest or convey in any way or manner what I | 11:23:19 |
| 14 | think your verdict should be.  I have not | 11:23:22 |
| 15 | indicated any opinion on my part concerning | 11:23:24 |
| 16 | the weight you should give to the evidence or | 11:23:27 |
| 17 | to any part of it.  I do not want you to think | 11:23:29 |
| 18 | that I have.  It's up to you and you alone to | 11:23:31 |
| 19 | decide the believability of each witness. | 11:23:34 |
| 20 | I have one addendum to that. | 11:23:37 |
| 21 | During the course of the trial, I think you | 11:23:39 |
| 22 | heard reference a couple times to exhibits | 11:23:41 |
| 23 | that were described as "native exhibits." | 11:23:43 |
| 24 | What that means is that it's an exhibit that's | 11:23:45 |

Page 156

| | | |
|---|---|---|
| 1 | something like a spreadsheet, which is not | 11:23:49 |
| 2 | easily translated into a document or a piece | 11:23:51 |
| 3 | of paper that we can put up on the screen for | 11:23:54 |
| 4 | you. | 11:23:56 |
| 5 | So my understanding is you are | 11:23:57 |
| 6 | going to receive a computer that will give you | 11:23:58 |
| 7 | the ability to access those spreadsheets.  So | 11:24:01 |
| 8 | I said don't use a computer, don't use a | 11:24:04 |
| 9 | computer, but use the computer for the limited | 11:24:06 |
| 10 | purpose of looking at the spreadsheets if you | 11:24:08 |
| 11 | decide you want to look at them.  Okay? | 11:24:10 |
| 12 | And with that, you can retire to | 11:24:12 |
| 13 | the jury room and you will be sworn in before | 11:24:15 |
| 14 | you begin your deliberations. | 11:24:19 |
| 15 | (Whereupon, the jury retired to | 11:24:19 |
| 16 | the jury room for deliberations.) | 11:24:49 |
| 17 | THE COURT:  All right.  You can be | 11:24:49 |
| 18 | seated.  They are going to take their oath. | 11:24:50 |
| 19 | Anything we need to tackle? | 11:24:53 |
| 20 | MS. DURIE:  No, Your Honor.  I am | 11:24:55 |
| 21 | just curious as to, on a leash, I mean, we are | 11:24:56 |
| 22 | all back at the hotel, have cell phones, I | 11:25:00 |
| 23 | assume that's okay? | 11:25:02 |
| 24 | THE COURT:  That's fine with me. | 11:25:03 |

Page 157

| | | |
|---|---|---|
| 1 | You know, I don't know how quickly I'm likely | 11:25:08 |
| 2 | to get any kind of question from them, but I | 11:25:10 |
| 3 | would get you back here, so if people want to | 11:25:13 |
| 4 | pack up... | 11:25:15 |
| 5 | MS. DURIE:  We're five minutes | 11:25:16 |
| 6 | away. | 11:25:18 |
| 7 | THE COURT:  I know you are.  Not | 11:25:18 |
| 8 | too far.  That's fine with me.  If you're back | 11:25:20 |
| 9 | at the hotel, that's fine.  Just make sure Mr. | 11:25:24 |
| 10 | Koehler has the right contact.  We want to | 11:25:27 |
| 11 | contact one person for each side, and whoever | 11:25:30 |
| 12 | that is, they will contact everyone else. | 11:25:32 |
| 13 | MS. DURIE:  Thank you, Your Honor. | 11:25:35 |
| 14 | THE COURT:  All right.  We'll | 11:25:36 |
| 15 | stand in recess.  You can obviously go about | 11:25:37 |
| 16 | cleaning up; I am going to do the same.  I | 11:25:41 |
| 17 | have a lot of witness binders up here.  I | 11:25:44 |
| 18 | don't know that I need them for anything. | 11:25:46 |
| 19 | MS. DURIE:  I think we can relieve | 11:25:48 |
| 20 | you of them. | 11:25:52 |
| 21 | THE COURT:  Yeah, somebody can | 11:25:53 |
| 22 | probably take them. | 11:25:54 |
| 23 | (Whereupon, the Court stood in | 11:25:59 |
| 24 | recess for jury deliberations.) | 11:26:01 |

Page 158

|   |   |   |
|---|---|---|
| 1 | - - - | 12:56:32 |
| 2 | (Whereupon, the Court resumed | 12:56:32 |
| 3 | proceedings at 1:05 p.m.) | 12:56:39 |
| 4 | THE COURT CLERK:  All rise. | 12:58:10 |
| 5 | THE COURT:  All right.  Have a | 13:01:05 |
| 6 | seat, please.  All right. | 13:01:07 |
| 7 | So we got a question from the | 13:01:10 |
| 8 | jury.  The question reads, "Does the | 13:01:14 |
| 9 | foreperson have to read each question and the | 13:01:16 |
| 10 | answer?" | 13:01:18 |
| 11 | And then it's signed by Mr. | 13:01:21 |
| 12 | Sisofo, I guess that's -- I don't know how you | 13:01:26 |
| 13 | pronounce that, but I guess he's the | 13:01:28 |
| 14 | foreperson. | 13:01:31 |
| 15 | So my thought is to just call them | 13:01:32 |
| 16 | in and give them an overview of the process, | 13:01:36 |
| 17 | which is that when they reach a verdict, Mr. | 13:01:39 |
| 18 | Koehler will read for them each question on | 13:01:43 |
| 19 | the verdict sheet and then ask the foreperson | 13:01:45 |
| 20 | to answer.  Okay? | 13:01:48 |
| 21 | MS. DURIE:  Yep.  Fine. | 13:01:50 |
| 22 | THE COURT:  Okay.  Mr. Koehler, | 13:01:51 |
| 23 | bring them in. | 13:01:54 |
| 24 | (Whereupon, the jury entered the | 13:02:32 |

Page 159

1    courtroom.)                                        13:02:36

2          THE COURT:  Everybody can have a            13:03:02

3    seat.  All right.  So I got a question from        13:03:09

4    you that says, "Does the foreperson have to        13:03:12

5    read each question and the answer," signed by      13:03:16

6    Mr. Sisofo.                                        13:03:20

7          So just by way of overview, the              13:03:21

8    way the process will work is whenever you do       13:03:23

9    reach a verdict, we'll bring you in.  Mr.          13:03:27

10   Koehler will ask each question that's on the       13:03:30

11   verdict sheet, and whoever the foreperson is       13:03:36

12   will respond with whatever your answer is.  A      13:03:40

13   lot of them are yes/no questions; some of them     13:03:43

14   are not.  So that's the process that we'll use     13:03:45

15   whenever you reach a verdict.                      13:03:47

16         Okay?  All right.  So with that,             13:03:49

17   we can take you back to resume your                13:03:53

18   deliberations.                                     13:03:55

19         (Whereupon, the jury was excused             13:03:56

20   from the courtroom to resume deliberations.)       13:03:58

21         THE COURT:  Okay.  And I don't               13:04:15

22   know if we'll -- I don't know what the process     13:04:16

23   is locally, if we save these or not, but I'll      13:04:19

24   mark it as Question 1 and we'll add it.  Okay.     13:04:23

TRIAL - VOLUME 6

Page 160

1    So we are going to mark this as Question 1.          13:04:26

2            (Whereupon, the Jury Note was               13:04:26

3    marked as Question 1.)                              13:04:29

4            THE COURT CLERK:  Sure.                      13:04:29

5            THE COURT:  And we'll stand in              13:04:30

6    recess until we hear from them again.               13:04:31

7            MS. DURIE:  All right.                       13:04:33

8            (Whereupon, the Court stood in              13:04:34

9    recess for jury deliberations.)                     13:04:37

10           (Whereupon, the Court resumed               13:08:58

11   proceedings at 1:10 p.m.)                           13:09:02

12           THE COURT:  All right.  Have a              13:11:42

13   seat.  And I gather we have a verdict, so Mr.       13:11:44

14   Koehler, why don't you get the jury.                13:11:49

15           (Whereupon, the jury entered the            13:13:02

16   courtroom.)                                         13:13:06

17           THE COURT:  All right.  You can be          13:13:07

18   seated.                                             13:13:08

19           I understand we have a verdict; is          13:13:09

20   that correct?                                       13:13:11

21           THE FOREPERSON:  Yes.                        13:13:11

22           THE COURT:  So I am going to ask            13:13:13

23   Mr. Koehler to proceed, and we'll ask the           13:13:15

24   foreman to rise.                                    13:13:24

TRIAL - VOLUME 6

Page 161

| | | |
|---|---|---|
| 1 | THE COURT CLERK:  Section 1, | 13:13:27 |
| 2 | Direct Infringement. | 13:13:29 |
| 3 | "Question 1:  Has Microchip proven | 13:13:30 |
| 4 | by a preponderance of the evidence that Aptiv | 13:13:32 |
| 5 | directly infringed the following asserted | 13:13:35 |
| 6 | claims? | 13:13:38 |
| 7 | "'Yes' is in favor of Microchip | 13:13:38 |
| 8 | and 'No' is in favor of Aptiv." | 13:13:40 |
| 9 | With regards to the '243 Patent, | 13:13:43 |
| 10 | claim 23? | 13:13:45 |
| 11 | THE FOREPERSON:  No. | 13:13:47 |
| 12 | THE COURT CLERK:  Claim 24? | 13:13:50 |
| 13 | THE FOREPERSON:  No. | 13:13:51 |
| 14 | THE COURT CLERK:  Claim 25? | 13:13:52 |
| 15 | THE FOREPERSON:  No. | 13:13:53 |
| 16 | THE COURT CLERK:  "Question 3: | 13:14:00 |
| 17 | Has Aptiv proven by clear and convincing | 13:14:04 |
| 18 | evidence that the following claims are invalid | 13:14:06 |
| 19 | as obvious based on the Dickens prior art in | 13:14:09 |
| 20 | view of the US-98 physical device or the | 13:14:12 |
| 21 | Dickens prior art in view of the Belkin | 13:14:15 |
| 22 | physical device? | 13:14:18 |
| 23 | "'Yes' is in favor of Aptiv and | 13:14:19 |
| 24 | 'No' is in favor of Microchip." | 13:14:21 |

Page 162

| | | |
|---|---|---|
| 1 | In regards to the '243 Patent, | 13:14:23 |
| 2 | claim 23? | 13:14:25 |
| 3 | THE FOREPERSON:  No. | 13:14:27 |
| 4 | THE COURT CLERK:  Claim 24? | 13:14:28 |
| 5 | THE FOREPERSON:  No. | 13:14:29 |
| 6 | THE COURT CLERK:  Claim 25? | 13:14:30 |
| 7 | THE FOREPERSON:  No. | 13:14:31 |
| 8 | THE COURT CLERK:  "Question 4, | 13:14:34 |
| 9 | Validity.  Has Aptiv proven by clear and | 13:14:36 |
| 10 | convincing evidence that the following claims | 13:14:39 |
| 11 | are invalid due to a lack of adequate written | 13:14:41 |
| 12 | description? | 13:14:45 |
| 13 | "'Yes' is in favor of Aptiv and | 13:14:45 |
| 14 | 'No' is in favor of Microchip." | 13:14:47 |
| 15 | In regards to the '243 Patent, | 13:14:49 |
| 16 | claim 23? | 13:14:51 |
| 17 | THE FOREPERSON:  No. | 13:14:52 |
| 18 | THE COURT CLERK:  Claim 24? | 13:14:53 |
| 19 | THE FOREPERSON:  No. | 13:14:55 |
| 20 | THE COURT CLERK:  Claim 25? | 13:14:56 |
| 21 | THE FOREPERSON:  No. | 13:14:56 |
| 22 | THE COURT CLERK:  Question 5, | 13:14:59 |
| 23 | Enablement. | 13:15:01 |
| 24 | "Has Aptiv proven by clear and | 13:15:02 |

Page 163

1    convincing evidence that the following claims        13:15:04

2    are invalid for failure to enable the claimed        13:15:06

3    invention?                                           13:15:09

4              "'Yes' is in favor of Aptiv and           13:15:10

5    'No' is in favor of Microchip."                      13:15:12

6              In regards to the '243 Patent,             13:15:14

7    claim 23?                                            13:15:17

8              THE FOREPERSON:  No.                       13:15:18

9              THE COURT CLERK:  Claim 24?                13:15:19

10             THE FOREPERSON:  No.                       13:15:21

11             THE COURT CLERK:  Claim 25?                13:15:21

12             THE FOREPERSON:  No.                       13:15:23

13             THE COURT:  All right, you can             13:15:49

14   have a seat.  All right.                             13:15:50

15             Mr. Slayden, any requests, polling         13:15:51

16   or anything like that?                               13:15:54

17             MR. SLAYDEN:  No, Your Honor.              13:15:55

18             THE COURT:  Okay.  All right.              13:15:57

19   Then ladies and gentlemen, that does conclude        13:16:01

20   your service.  I want to thank you.  I want to       13:16:02

21   echo what both Ms. Durie and Mr. Slayden said        13:16:05

22   during closings.  I was watching, too, during        13:16:12

23   the trial.  You all were paying attention,           13:16:14

24   listening to the evidence, taking it in,             13:16:16

Page 164

```
 1   processing it and being very attentive, even        13:16:20

 2   when I was giving my instructions, you seemed        13:16:23

 3   pretty focused on that as well.  So I give you       13:16:25

 4   a lot of credit.  It is not an easy job, but         13:16:27

 5   it's a vital one.                                    13:16:30

 6             As I said at the beginning, our            13:16:31

 7   system doesn't function without it and I know        13:16:33

 8   it's an inconvenience, but it is an important        13:16:36

 9   one.                                                 13:16:38

10             The last thing I'll say on this is         13:16:38

11   most people's conceptions of what happens in a       13:16:42

12   courtroom unfortunately comes from what they         13:16:46

13   see on TV and in the movies.  As you have now        13:16:48

14   seen for the last week, there is some current        13:16:52

15   truth in that, but it is not necessarily an          13:16:55

16   accurate depiction, and so I'll just ask that        13:16:56

17   each of you can be an ambassador on this score       13:17:00

18   and tell people what happened here so that           13:17:03

19   they have a better picture of it.  If you want       13:17:05

20   to talk about your experiences, relate your          13:17:07

21   experiences, I think it's a valuable service         13:17:11

22   to do that to give some specific education           13:17:14

23   about what does happen in a courtroom.               13:17:17

24             All right.  So with that, I'll             13:17:19
```

TRIAL - VOLUME 6

Page 165

| | | |
|---|---|---|
| 1 | release you to the back.  I am going to ask | 13:17:21 |
| 2 | you, unless someone has somewhere vital to be, | 13:17:23 |
| 3 | probably not, you thought you were going to be | 13:17:26 |
| 4 | here a little longer, if you can just hang on | 13:17:28 |
| 5 | for another 5 to 10 minutes just so that I can | 13:17:30 |
| 6 | come back and thank you myself a little more | 13:17:33 |
| 7 | personally, I'd appreciate it.  Okay.  All | 13:17:36 |
| 8 | right.  Thank you for your service.  I | 13:17:38 |
| 9 | appreciate it. | 13:17:40 |
| 10 | (Whereupon, the jury was excused.) | 13:17:40 |
| 11 | THE COURT:  All right.  You can be | 13:18:03 |
| 12 | seated. | 13:18:05 |
| 13 | My general practice under the | 13:18:05 |
| 14 | circumstances is to ask the jury if they are | 13:18:11 |
| 15 | willing to stick around and chat with you for | 13:18:14 |
| 16 | a few minutes.  I assume that's something | 13:18:16 |
| 17 | everybody would be interested in.  If they're | 13:18:19 |
| 18 | willing? | 13:18:20 |
| 19 | MS. DURIE:  Yes. | 13:18:21 |
| 20 | THE COURT:  Okay.  My general | 13:18:22 |
| 21 | approach to that, just because I find it's | 13:18:24 |
| 22 | easiest, is to just, first of all, if one of | 13:18:28 |
| 23 | them doesn't want to, they can go obviously; | 13:18:31 |
| 24 | it's their call.  If they are willing to, what | 13:18:34 |

TRIAL - VOLUME 6

Page 166

| | | |
|---|---|---|
| 1 | I might just do is bring them back out here | 13:18:36 |
| 2 | and let them sit in the jury box and they can | 13:18:39 |
| 3 | chat with you sort of as a collective group | 13:18:41 |
| 4 | with sort of the questions you have. | 13:18:44 |
| 5 | MS. DURIE:  Great.  Thank you. | 13:18:45 |
| 6 | THE COURT:  Anything else we need | 13:18:46 |
| 7 | to take up before I adjourn? | 13:18:47 |
| 8 | MS. DURIE:  No. | 13:18:49 |
| 9 | MR. SLAYDEN:  No. | 13:18:50 |
| 10 | THE COURT:  So I am going to go | 13:18:50 |
| 11 | back and chat with them for a few minutes, and | 13:18:51 |
| 12 | then I'll see if they want to come out.  All | 13:18:54 |
| 13 | right.  Thanks. | 13:18:57 |
| 14 | (Whereupon, the Court concluded | 13:18:57 |
| 15 | proceedings.) | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

Page 167

1              C E R T I F I C A T E

2

3           I do hereby certify that I am a
   Notary Public in good standing, that the

4  aforesaid; proceedings were taken before me,
   pursuant to notice, at the time and place

5  indicated; that the proceedings were correctly
   recorded in machine shorthand by me and

6  thereafter transcribed under my supervision
   with computer-aided transcription; that the

7  transcript is a true and correct record of the
   proceedings; and that I am neither of counsel

8  nor kin to any party in said action, nor
   interested in the outcome thereof.

9

           WITNESS by hand and official seal
10  this 13th day of April, 2022.

11                          _____

                           Notary Public

12

13

14

15  Job No. 5162172

16

17

18

19

20

21

22

23

24

**[& - 6th]**

| & |
| --- |
| **&**  2:9 3:3 |

| 0 |
| --- |
| **02**  14:3 |

| 1 |
| --- |

**1**  129:6,10,11,15
  130:13,14 131:1,5
  140:17,21,22,23
  141:1,4,17,18
  159:24 160:1,3
  161:1,3
**1.40**  25:1 78:13
**1.40.**  77:4
**10**  83:10 146:2
  165:5
**100**  137:15,16
**102**  61:8
**103**  58:10 61:18
**11**  17:5
**1105**  2:5
**1293**  132:19
**12th**  2:5 94:5
**13**  1:15 57:6
**13,554,854**  25:2
**1313**  3:4
**13th**  167:10
**16**  37:15 57:5
  114:11
**1650**  2:13
**17-1194**  1:4
**18**  54:23
**1800**  1:24
**1801**  1:24
**186**  116:21
**187**  95:13
**19103**  1:24
**192**  82:15
**19801**  1:18 2:6
**19899**  3:5

**1999**  134:20
**1:05**  158:3
**1:10**  160:11

| 2 |
| --- |

**2**  51:9 61:8 74:24
  75:20 76:16 77:22
  88:23 113:23
  144:23 146:10
**2.0**  114:13
**2.01**  24:13
**20**  69:20 70:2
**2004**  133:2
**2005**  133:13
  136:10
**2006**  36:22 127:15
**2009**  36:24
**201**  41:6,8,11 45:2
  49:12,17 50:13
**2013**  41:12 44:2,24
  46:5 89:12 90:21
  90:21 91:6,13
**2014**  81:14 85:3,18
  87:15 88:2,7 91:7
  114:5 145:23
**2015**  27:21 35:15
  75:20 77:16 88:10
  91:8 92:16 93:22
  95:10,13 96:18
  138:7
**2017**  75:12 77:20
**2018**  84:1
**2019**  60:13
**2022**  1:15 167:10
**211a**  67:16
**217**  3:11
**22**  38:1
**23**  6:15 7:3,11,20
  8:2,17 9:8,17 10:3
  11:8 12:15 13:3
  13:14 24:2,5
  26:14 38:1,5 39:4

42:4 49:9,22 50:1
  50:5 57:6 58:13
  59:1 61:9 64:5
  105:5 116:9
  129:16 130:13,19
  130:24 131:6
  141:16,22 161:10
  162:2,16 163:7
**23a**  59:1 66:5
**24**  6:16 24:2,5
  26:14 49:23 137:3
  161:12 162:4,18
  163:9
**243**  6:15 9:21 10:7
  11:9 25:15 47:3
  57:18 64:4 69:3
  93:15 100:16
  111:10 117:16
  126:8 140:13,15
  161:9 162:1,15
  163:6
**246**  85:4
**25**  6:16 7:20 8:2
  9:8,17 10:3 11:9
  13:3 24:2,5 26:14
  38:2,5 39:4 55:4
  57:6 61:9 96:11
  137:3 161:14
  162:6,20 163:11
**252**  86:10
**2541**  119:1
**26**  95:10,13
**26e**  31:11
**270**  66:19
**298-0700**  2:6

| 3 |
| --- |

**3**  16:24 118:8
  119:11,14 121:22
  122:7 129:8
  132:19 137:16
  161:16

**30**  119:1
**302**  2:6 3:6
**30th**  95:4
**32**  4:6
**35,245,362**  24:12
**362-6666**  3:12
**366**  115:4

| 4 |
| --- |

**4**  66:12,12 122:2,7
  122:7 162:8
**401**  2:13
**402-3550**  2:14
**403**  29:24
**415**  3:12
**42**  139:9
**44**  78:15
**44,927,401**  24:10
**44.9**  56:3
**45**  78:15
**48**  15:1 18:9 20:22
**49**  15:3 20:22

| 5 |
| --- |

**5**  17:5 162:22
  165:5
**5.1**  41:8
**50**  5:13,16,24
  16:10 19:14 22:15
  23:16,20 32:5
**50a**  19:2
**512**  2:14
**5162172**  167:15

| 6 |
| --- |

**6**  1:13 88:10
**60**  98:19
**62**  78:14
**6b**  1:18
**6th**  3:4 88:17

[7 - answer]                                                                 Page 2

**7**

**7**   42:10,15 45:3
   49:12,17 50:13
**70,862,439**   24:15
**78701**   2:14

**8**

**84**   78:3 146:18
**84.4**   23:22 25:6
**844**   1:17
**89**   37:20
**8:35**   1:16 5:2

**9**

**9,682,039**   24:24
**94111**   3:11
**951**   3:5
**98**   9:9 25:20 58:12
   60:3,19 65:17,18
   133:12 161:20
**984-6114**   3:6

**a**

**a.m.**   1:16 5:2
**abiding**   57:16,18
**ability**   118:9 156:7
**able**   29:18 33:2
   58:22 82:20
   101:17 102:14
   105:10 122:11
   140:23
**absence**   74:2 75:5
**absent**   145:9
**absolutely**   27:15
   60:21 88:4
**abstract**   45:15
   102:8
**abundantly**   31:20
**accept**   83:14,15
   153:8
**acceptable**   74:2
   75:5

**access**   6:22 8:14
   8:19 9:2 21:21
   67:22 99:14 102:7
   105:10 111:4
   112:11 113:5
   118:3 119:18
   137:2 156:7
**accessed**   104:8
   117:23
**accesses**   110:24
**accessing**   8:21 9:2
**accurate**   106:21
   111:2 164:16
**accused**   6:18 7:5
   7:14,21 16:5
   23:24 24:1,10,13
   24:24 25:1 26:4
   40:2,6 68:16,23
   72:11,15 115:6
**accusing**   124:19
**act**   24:4
**acting**   112:2
**action**   92:17 167:8
**actions**   92:18
**active**   15:6 54:24
   55:1,10
**acts**   11:1 22:4
   109:18
**actual**   71:7 115:6
**adams**   2:12
**add**   40:15 47:8
   69:4,15 70:3,12,19
   75:8 159:24
**added**   39:8 44:19
**addendum**   155:20
**adding**   111:8
   131:11 141:21
**addition**   13:16
   56:23 69:15
**additional**   13:15
   21:2 30:5 40:6,17

**59:20 69:23 137:5**
**address**   6:1 12:14
   45:12,20,22
   101:18
**addresses**   45:17
   107:14,14,15
**adequate**   162:11
**adjourn**   166:7
**admits**   133:11
**admitted**   108:10
   112:1 117:12
   127:9 150:13
   153:18
**advance**   12:16
**advertise**   98:16
**affirmatively**   12:9
**affirmed**   38:21,24
**aforesaid**   167:4
**ago**   13:24 14:15
   57:5,6 137:10
**agree**   16:23 23:14
   49:10 50:24 51:5
   52:15 56:21 58:21
   69:9 78:11 80:18
   80:22 94:12
   120:21 154:17
**agreed**   37:24 38:4
   39:3,3 49:6,16
   55:5 101:11
   104:24 110:22
   119:11,13 135:2
   135:16,17
**agreeing**   77:3
**agreement**   32:3
   154:23
**aha**   94:5
**ahead**   14:6 80:5
   97:13
**aided**   167:6
**allegations**   17:10
   17:13

**allege**   47:12 75:19
   77:21
**alleged**   17:17 28:4
   29:16
**allegedly**   10:24
   11:5 40:9
**allow**   47:14 83:3
   84:24
**allowed**   29:10
   76:13
**allowing**   9:20
   21:24
**allows**   103:16
   120:3 136:24
**alternate**   112:9
   117:6
**alternates**   112:10
**alternating**   102:7
**alternatives**
   138:13
**ambassador**
   164:17
**amended**   41:17
**analogy**   70:8
   109:21 110:20
**analysis**   29:2
   71:11 73:18,19
   130:12 134:14
   143:20
**anderson**   3:3
**andrew**   2:4
**announced**   81:14
**answer**   48:21
   85:16 89:7 97:20
   102:2 105:21
   127:8 144:7
   146:23 147:22
   148:1 154:21
   158:10,20 159:5
   159:12

answered  94:23
answers  155:5
anticipated  78:19
anticipatory  58:9
anybody  41:12
anymore  141:19
anyway  6:10,11
  65:22
apologize  12:16
  44:8 45:1
appeal  38:24
appealed  38:17,18
  56:24
appeals  38:19,20
appear  150:14
appeared  73:17
appears  19:22
apple  81:10,11,15
  82:12 83:14,17,18
  86:16,18,21,22
  100:22 144:15,16
  144:18 146:4
apple's  82:7
application  62:21
  69:21 95:11 97:6
apply  123:3 151:6
applying  72:17
appointed  57:2
appreciate  78:21
  79:2 150:3 165:7
  165:9
appreciated
  149:23
appreciates  79:2
approach  165:21
appropriate  8:1
  117:6 151:7
approve  86:18,22
  86:23
approved  144:15
  144:16,18

approves  86:16
approximately
  73:8
april  1:15 133:13
  167:10
aptiv  1:8 7:19,23
  9:5 10:22 11:8
  12:11 13:21 19:6
  20:1,8 21:7 23:5
  24:15,24 25:6
  26:10 27:16,20
  30:22 37:17 40:22
  41:20 46:9 47:17
  48:5 52:15 55:13
  55:15 57:11 61:3
  68:2 74:10,13,14
  76:24 78:15 79:9
  80:13 81:19 85:4
  91:19,22 92:2,24
  93:15,16,23,23
  94:23 95:24
  105:18 108:3
  110:23 113:12
  120:17 122:10,14
  124:6 137:24
  138:11,12 140:4
  161:4,8,17,23
  162:9,13,24 163:4
aptiv's  6:21 8:4,16
  12:21 16:7 24:1,3
  24:13 26:16 27:18
  40:2 56:1 79:6
  93:14 95:10
  109:24
arbiter  112:3
arbitrate  111:4,8
  113:4 119:8 135:8
  135:23 137:2
arbitration  9:22
  10:2,4 112:6
  126:18,22 135:7

136:4,13,22
architecture  86:3
  86:12 122:17
argue  6:3,11 23:11
  29:10
arguing  22:10
  27:18 137:9
argument  5:22
  10:13 12:18 14:14
  18:5 19:23 20:14
  20:14,17 21:11
  22:13,19 23:6,10
  26:9,16 28:18
  29:6 30:3,16 31:3
  31:11 34:3 38:14
  58:9,10,11 61:18
  61:20 79:7
arguments  1:12
  4:4 11:20 14:5
  17:15 20:11 27:18
  30:20 32:14 35:17
  41:24 53:16
arrows  43:11,12
art  9:12,13,24
  10:6 25:24 58:19
  58:23 59:20 61:14
  62:24 63:11,14
  64:14 67:5 68:9
  71:7 101:12
  126:10 127:5
  128:23 133:3,14
  141:17 145:18
  161:19,21
articulate  16:6
arussell  2:7
asic  85:8
aside  28:12
asked  14:8 68:24
  82:5,5 85:14 88:3
  89:2 90:18 97:12
  101:3,15 106:8

107:16 108:20
110:23 116:13
119:10 120:7,24
122:5 125:11
128:16 129:7,13
129:14,23 132:4
135:1 137:13
141:13 143:10,10
143:15 144:21
154:6
asking  12:20
  22:14 88:9
aspect  101:23
aspects  93:1
assert  39:4
asserted  16:21
  40:3,24 57:17
  161:5
assertion  77:7
  93:13 97:5 145:7
assume  18:11
  156:23 165:16
athens  91:5
  143:24 144:1
atlantic  1:23
attached  15:15
  65:2
attaches  43:8
attack  61:3
attempt  118:17
  119:2,15 120:9
attempting  19:6
attention  12:24
  32:23 33:4,6,10,13
  33:14 78:17,20
  150:4 163:23
attentive  79:1
  164:1
attentively  78:21
attorney  34:3

**august**  86:10 87:1
**austin**  2:14
**automatically**
  15:17
**automotive**  93:3
**available**  77:22,24
  153:15
**avenue**  2:13
**avoid**  31:10 41:14
**avoided**  53:7
**award**  10:19 11:3
  25:5 73:7 78:11
**aware**  13:24 87:23
**aydeekay**  41:18
  44:9,10,20 46:16
  83:9

**b**

**b**  11:24 42:20,23
  44:18 70:10,14,18
  70:21 106:1,5
**back**  13:13 36:22
  41:11 44:9 45:10
  50:3 51:10 63:23
  64:11 65:15 66:10
  72:22 75:19 80:22
  81:9 89:12 91:13
  96:23 100:14
  108:23 109:15
  112:18 114:4
  119:11 123:11
  127:15 136:13
  139:11 147:10
  154:7 156:22
  157:3,8 159:17
  165:1,6 166:1,11
**backed**  77:2
**bad**  80:12 97:15
  138:8 145:20
  147:4 149:13
**bank**  2:12

**banner**  2:10
**bargain**  123:1
**base**  60:15
**based**  10:24 11:9
  14:15 18:22 21:4
  25:12 27:19 28:6
  38:10 44:20 61:2
  61:3 78:14 88:13
  93:2 131:13 152:9
  153:13 161:19
**bases**  27:19,22
  28:1,14
**basic**  47:19 97:4
**basically**  86:15
  101:1 110:24
  112:19 123:1
  135:18,20 137:17
**basis**  6:10 12:21
  16:9,18 17:8
  18:17 19:1 28:3
  30:1 57:13 141:14
**bbanner**  2:15
**bear**  92:13
**beard**  2:9
**bears**  68:2
**becker**  55:11,17
  73:20 75:10 76:22
  141:13 143:14,20
  144:4,21 146:17
**becker's**  25:7
  55:22 73:18 143:9
**becoming**  13:20
**began**  90:23
**beginning**  80:1,3
  80:11 81:9 91:8
  98:4 114:1 149:5
  151:12 164:6
**begrudge**  46:15
**belabor**  37:7 63:3
  67:7 92:6

**believability**
  155:19
**believe**  11:19
  13:21 27:11 28:6
  29:24 46:16 48:5
  61:6 66:19 76:14
  85:7
**belkin**  9:9 25:19
  58:12 60:2,12,19
  61:21 65:15 66:4
  66:12 67:15
  131:22 132:3,15
  132:17 133:6,12
  134:23 137:4
  147:21 161:21
**benchmarks**  76:22
**best**  33:16 90:16
  138:4 139:1
**better**  61:20 85:21
  124:2,21,23
  138:20 164:19
**bias**  98:9 151:20
**big**  86:7 123:8,9
  123:10 124:1
  137:16 146:3
**binders**  39:7
  150:15 157:17
**bit**  37:3 39:13
  47:18 48:20 50:22
  62:2 68:13,18
  75:8 79:15 94:15
  95:21 98:1 112:14
  112:15 119:12
  121:22 123:20
  137:13 138:7
  142:9,11
**black**  65:20
**blah**  134:1,1,1
**blame**  149:9
**blank**  105:2

**block**  6:17,20,23
  7:12 8:7,12,22,23
  9:21 11:21 42:4
  50:12,14,20 51:1
  51:16 53:9 60:1,2
  95:18 105:5,6
  116:10 131:1
**blocks**  42:2,5,7,12
  42:13 50:12,13
**blog**  153:3
**blue**  36:8 43:22
  75:24 77:9 109:7
**board**  38:24
**body**  101:22
  125:19
**boggs**  1:17
**bohm**  33:9 36:19
  36:22 45:14 62:3
  62:20 63:15 64:16
  64:19 66:10 68:16
  80:5 90:14,15
  92:6,7 97:12
  101:3 102:10
  103:5,22 108:10
  111:22 117:18
  123:15 125:11
  126:14 129:3,8
  136:16,21 148:11
**bohm's**  39:4 51:8
  63:20 64:4 66:2
  67:19 91:14
  102:22 103:3
**boss**  46:10 89:20
**boston**  12:3 23:24
  24:10 41:19 50:6
  74:24 75:20 76:16
  77:22 113:23
  114:12 142:13
  144:23
**bottom**  54:17
  55:13 60:5,6,15

[bottom - challenging]

68:21 131:20
149:6
**bought**   60:12
140:11
**bound**   151:11
**box**   3:5 37:4 44:24
47:1 60:4 65:5,11
65:20 75:24 77:10
166:2
**boxes**   36:6,7 42:21
62:6 109:24 138:2
**brand**   14:13
**break**   79:7,11 97:8
**breaking**   113:19
**brian**   2:10
**bridge**   12:3 15:23
35:24 40:10,15
41:23 42:1,6,13
43:10,19 44:3,16
44:16,22 45:21,23
47:10,13 48:8,14
48:15 50:14 51:17
69:5,7,10,12 72:1
72:2 73:1 96:1
106:7,10,19
109:13 121:23
124:7
**bridging**   46:22
83:2
**brief**   17:21 150:7
**briefly**   122:22
128:8
**bring**   31:16 65:15
67:7 76:4 158:23
159:9 166:1
**bringing**   66:9
**brought**   96:22
98:14,22 100:5,11
**bruce**   2:10
**bslayden**   2:15

**bucket**   11:17
**bucks**   146:2
**buffer**   43:2 136:19
**buffers**   109:15
134:24 136:1,12
**build**   93:9,21
**building**   1:17 2:4
41:19 94:16
**bunch**   67:8 83:3
86:1 87:12 106:1
109:6 114:23
**burden**   12:12
24:16 40:18,24
57:11 58:6,7 68:2
68:5,6 96:6
130:21 151:7
**bus**   43:24 103:12
**business**   80:12
88:2,18 92:18
95:21 97:16 138:1
138:3,22 139:18
140:3,4 145:20
149:13 150:2

**c**

**c**   2:1 3:1,9,10
70:10,14,18,21
167:1,1
**c.a.**   1:4
**cable**   106:9
**cables**   51:10
**calculation**   74:19
143:9
**caleb**   1:17
**california**   3:11
**call**   38:23 58:9
65:17 94:7,8
106:11 110:16,17
142:5 158:15
165:24
**called**   43:15,18
112:19 123:6

**cancelling**   138:15
**candid**   89:8
**capabilities**   21:12
21:19 117:3,14
**capability**   62:14
91:6 111:7
**capable**   8:5 13:19
53:10 54:19 99:21
**capacity**   74:11,17
75:7
**car**   81:16 82:21
83:5,6,13,23 85:6
86:19 109:11
121:1,5
**care**   149:22 150:3
**carefully**   129:20
152:6
**carmakers**   85:8
90:24
**carplay**   15:15
81:11,16 82:1,11
82:20 84:6,11
86:7,13 89:21
90:19,20 93:4
100:22 121:3
128:3 140:8,8,23
141:3,8,12 144:13
**carry**   24:15
**case**   14:22 15:7,9
15:11 16:4,4
28:23 29:23 31:13
32:16 33:5 34:20
35:1,8,22 36:16,16
36:20 37:7 38:1
40:5 53:17 54:5
56:16 57:7 59:7
60:13 62:2,19
69:1 70:5 72:4
73:11 77:6 78:8
80:2 88:2,18
90:10,13 93:16

97:13,23 98:5
100:19 104:5
105:23 123:14
124:5 125:3 128:2
130:21 142:7
145:8,13 146:20
147:18 148:3,9
149:24 152:2,19
152:21 153:7,8,11
153:13,22 155:8
**cast**   79:16
**catch**   48:12 80:9
97:18
**caught**   48:13
**causation**   24:17
**caused**   22:18
139:6
**cease**   139:16
**cell**   152:23 156:22
**centered**   56:8
**ceo**   90:2 139:14
**certain**   8:2 21:19
154:11
**certainly**   30:15
59:3 73:24
**certification**
113:23,24 114:15
146:4
**certified**   114:10
**certify**   167:3
**chair**   100:10
**challenge**   37:22
38:2,3,10 39:12
**challenged**   74:18
75:2 77:5
**challenges**   72:22
126:17 127:1
**challenging**   37:17
37:20 76:21
126:21

**chance** 32:15
153:19
**change** 35:7,18,19
40:15 152:9,13
**changed** 48:23
**changes** 70:2
**characteristics**
20:18
**characterize**
100:23
**charge** 13:1
103:12 137:21
**chase** 55:21 73:16
**chat** 153:2 165:15
166:3,11
**chip** 12:4 13:6,11
21:9,12 23:24
24:10 36:11 40:2
40:6 41:20 44:12
44:13 50:6,7,7,9
53:12 74:6 75:17
75:18,21 78:14
92:21 93:9 96:6
114:12 133:21,22
134:15,16,19,23
135:3 138:1,3,18
138:22 142:13
143:13,21 144:6
144:24
**chips** 74:9,14,15
77:23 78:15 96:15
138:2
**chronology** 29:19
**chrysler** 84:3,4,15
**circuit** 38:20 57:1
**circular** 86:20
**circumstances**
165:14
**claim** 6:15 7:3,11
8:17 12:5,15
13:14,14,23 14:5,6

16:20 18:17 19:4
19:7,10,22 20:5,7
20:9,16,17,17 21:4
21:17 23:1,8,13
24:2,17 40:3,4,24
42:4 49:9,22 50:1
50:5 51:1 52:20
53:8,16,18 54:21
54:22,23 55:3,4,12
56:14 57:12,12,17
59:1,5 64:5 69:11
70:9,9 71:18,18
72:2 75:21 105:5
116:9,9 126:2
129:6,10,11,15,16
130:13,13,13,19
130:24 131:1,5,6
137:3,3 140:17,21
140:22,23 141:1,3
141:16,16,18,21
161:10,12,14
162:2,4,6,16,18,20
163:7,9,11
**claimed** 9:15,19
13:16 18:23 58:13
58:19 59:17 68:10
68:11 70:17 71:11
71:19,20 72:18
163:2
**claims** 6:16 7:20
8:2 9:8,10,17 10:2
11:8 13:3,4,4
14:16 19:5,8 24:5
24:19 25:23 26:8
26:12,14 27:24
37:17,21 38:1,5
39:4,11 42:22
53:20 54:22 57:6
61:9 71:15 101:22
125:20,23 128:17
130:6 141:15

151:9 161:6,18
162:10 163:1
**clarification** 31:19
**cleaning** 157:16
**clear** 12:12 13:23
17:16 19:17 20:13
21:12,18 25:16
31:20 32:2 49:5
57:11,24 58:4,6
68:3,4 70:22 71:3
71:20 82:9 130:18
130:20 142:4,18
143:22 148:16
161:17 162:9,24
**clearly** 12:10
74:17 124:3
**clerk** 5:3 158:4
160:4 161:1,12,14
161:16 162:4,6,8
162:18,20,22
163:9,11
**clever** 94:8
**clients** 33:8
**clip** 48:7
**close** 136:7 148:10
**closer** 27:13 35:13
35:13 110:20
**closing** 1:12 4:4
27:17 29:6 30:21
32:14 104:17
148:23
**closings** 31:4
163:22
**clumsy** 50:22
**cm** 1:21
**code** 133:24
**codes** 133:24
**cognizable** 16:8
**colleague** 129:14
**collection** 49:3

**collective** 166:3
**colloquially**
106:11
**color** 36:7 42:11
45:2
**combat** 92:19
**combination** 9:11
25:18,21,22 60:18
61:12 65:24 66:1
66:7 136:23
**combine** 9:13 26:1
58:11 59:7,10,15
60:11,22 61:22
65:15 66:5 137:7
**combined** 66:4
**come** 14:12 20:24
31:1 36:12 38:7
60:5 79:17 123:19
128:3,4 143:11
144:22 165:6
166:12
**comes** 43:3 52:2
78:13 100:8 121:5
146:17 164:12
**coming** 43:4,6,9
60:3 81:17 122:13
**commenced** 5:1
**comment** 59:12
**comments** 44:21
106:6
**commit** 85:8
**commitments**
139:12
**communicate** 96:2
102:1 152:20
153:6,11
**communication**
26:15 71:14,17
72:24 101:4,10,14
101:21 123:22
124:21,22 125:10

125:12,16,19,24
127:3,11,18 148:1
**communications**
26:6
**companies** 35:3
67:12 81:16 83:5
83:13,24 90:5
**company** 41:18
46:15,18 76:4
85:9,15 88:16
89:19 90:2 146:2
**comparing** 130:12
**compensated**
145:15,19
**compensation**
47:19 145:17
**competent** 99:8
**competing** 142:24
**competition**
137:22 139:20
145:2
**competitive**
138:14 139:1,3
**competitor** 91:19
92:12
**complaint** 14:22
15:1,5 18:8 20:20
20:22 21:14,16
22:12
**complete** 12:20
118:18
**completely** 90:7
109:17 116:6
148:19
**compliance** 86:13
114:8,9 144:14
**compliant** 9:5
86:7 87:3,6 89:21
89:22 91:9 104:15
104:18 113:12,16
113:17 114:3,13

115:9,22 143:5
146:9 148:17,22
**complicated** 66:23
67:10 132:7 135:6
135:10
**components** 12:4
13:5 49:3
**comprising** 13:14
**computer** 52:2
53:1,4,5 62:19
63:22 103:15
121:4 131:17,23
152:24 156:6,8,9,9
167:6
**computers** 51:8,13
52:11 62:9 65:3
100:21,24 101:2
101:17 102:1
112:8 148:12
**concealed** 19:22
**conceded** 32:4
**concept** 36:4
75:15 111:20
**conceptions**
164:11
**concern** 144:14
**concerning** 155:15
**concerns** 86:14
**conclude** 145:6
147:17 163:19
**concluded** 128:13
166:14
**concludes** 72:19
78:16
**conclusion** 86:3
97:15
**conclusions** 134:5
**conclusory** 18:3
**concurrent** 8:10
54:11

**conditions** 22:3
**conduct** 153:7
**conference** 13:2
**conferring** 27:9
**configuration**
21:23 107:17
116:5,17,18,23
117:2,4,5,7,10,12
117:15,17 118:3,4
118:19 119:6,23
122:1,12 131:8,12
**configure** 52:11
53:2 54:10 116:2
118:10,15,17
119:3,15,20 120:9
120:19 137:1
**configured** 7:13
7:17 8:8,9 13:17
19:24 20:1,3 21:5
21:18 50:17,21
51:2,3,4,18,19,20
51:24,24 52:1,13
52:16,17,23 54:2,4
54:6 104:7 105:7
116:11,22 117:23
131:2 141:7
**configures** 121:2,5
121:13 122:3,4
**configuring** 117:1
119:4,16 120:10
**confirmed** 56:23
57:3
**confirms** 39:9
57:4
**confused** 54:21
**confusing** 68:18
**confusion** 65:21
**congress** 2:13
**connect** 37:12
101:2 102:1,12
103:13 112:8

**connected** 7:24
13:12 47:14 50:8
64:1
**connecting** 8:5
63:22 100:21,24
**connection** 64:6
82:17 88:20
109:12,14 135:8
**connections** 8:11
64:7 67:21
**connectivity** 42:8
82:20 83:6 85:1,5
91:3
**connects** 43:5
45:20,22 121:1,7
121:12
**cons** 67:15
**conservative** 77:3
**consider** 97:19
101:23 103:8
125:20 127:11
129:1 151:18
**consideration**
152:3
**considered** 61:4
62:24 63:5 64:17
154:15
**consistent** 49:18
55:6 84:16 87:7
99:11,16 100:1
**consists** 42:2,6
**constitute** 24:4
**construction** 14:6
14:16 19:23 20:5
20:7 23:9
**constructions** 20:8
**construe** 23:7
53:22
**consult** 151:24
**consumers** 81:14

cont'd 3:1
contact 157:10,11
  157:12
contain 35:5
containing 44:17
contains 7:6,8
  12:4
contended 14:23
  15:5
contends 7:3
contention 12:21
  16:19 22:7 28:4
contentions 22:7
context 12:17
  111:21 118:6
  119:14 146:12
continue 103:22
continued 27:20
continues 139:17
contracts 142:15
contributing 21:8
contributions
  145:15
contrived 48:20
control 102:15
  137:15
controlled 7:9
controller 7:4,7
  8:9,13,18 10:9
  11:22 21:18 37:10
  40:13 47:2,4 50:2
  54:2,18 69:2,13
  71:19 91:2,18
  92:11 93:2 94:9
  94:20 103:12,16
  104:3 107:8,9
  112:2,10 118:10
  119:17 121:24
controllers 7:9
  43:22 62:16,18
  106:14 107:1

controversy 46:5
conversation
  139:6
convert 19:7
convey 155:13
conviction 57:17
  57:18
convictions 152:11
convincing 12:12
  25:17 57:12,24
  58:4,7 68:3,5 71:3
  161:17 162:10
  163:1
cookie 70:7,8
cookies 70:6
cool 124:12
copies 16:15
copy 41:7 42:11
  128:22
core 148:24
corporate 34:19
correct 17:2 19:8
  71:11 72:18 121:8
  160:20 167:7
correctly 167:5
corroon 3:3
cost 88:22
counsel 52:16 80:4
  80:18 94:11
  100:18 109:22
  124:8 167:7
counsel's 103:1
count 104:11
counter 32:3
couple 5:14 14:21
  35:21 155:22
course 36:17 46:8
  56:24 62:17 63:3
  63:4 66:15 127:19
  146:6 152:7
  155:21

court 1:1 5:1,3,5,9
  6:2,9 14:1,20
  16:11,22 17:19,22
  18:15 19:12,20
  20:10 22:6,14,23
  23:4 26:18 27:4,7
  27:12 29:7 30:2
  30:10 31:5,14
  32:1,9 38:18,19
  53:18,23 57:2
  76:10 79:4 98:5,7
  98:13 146:20
  150:5,13,20,24
  156:17,24 157:7
  157:14,21,23
  158:2,4,5,22 159:2
  159:21 160:4,5,8
  160:10,12,17,22
  161:1,12,14,16
  162:4,6,8,18,20,22
  163:9,11,13,18
  165:11,20 166:6
  166:10,14
courtroom 1:18
  32:8 73:17 153:14
  155:2 159:1,20
  160:16 164:12,23
cover 10:3 78:19
  93:1 124:1
covered 40:23
  129:9
create 89:15
created 81:1
creates 86:20
creating 83:1
credibility 80:20
credible 145:6
credit 164:4
critical 84:10
  143:5

criticism 89:10
cross 12:2 28:7
  49:16 109:1,17
crr 1:21
csp 44:20
cull 81:8
curious 156:21
current 164:14
custom 83:3 104:9
  104:10 138:18
customer 35:17
  82:10,11
customers 7:23
  8:1,4,16 15:2,8
  21:6,10 81:20
  84:22 85:20 86:2
  88:9 89:4 90:6
  138:5 139:2,24
cute 115:1

**d**

d 1:20 2:11 4:1 5:4
  70:12,14,14,15,20
dadams 2:17
damage 78:11
damaged 75:16
  76:8
damages 10:19,20
  10:24 16:4,7,8
  18:22 23:21 24:6
  24:9,12,14 25:4,5
  25:7,8 31:22
  55:20 73:5,6,12
  75:9 76:6 141:24
  142:1,5,7 144:2
  146:15,16
daralyn 3:9
darryl 2:12
data 84:12 108:22
  109:15 114:12
  122:12 134:18

**date**  1:15 68:9
94:4 95:12 133:14
134:12 155:1
**dated**  44:2,23
**dave**  84:1,2
**david**  87:11
**dawn**  68:14
**day**  49:5 74:16
80:8,22 83:20
114:8 167:10
**days**  13:24 14:15
**ddurie**  3:12
**deal**  82:1 84:5
112:21 126:23
136:13 146:3
**dealing**  112:20
136:20
**debunk**  85:18
**december**  87:15
88:2,7
**decide**  23:13 26:21
78:9 79:19 80:15
92:20 97:12
150:22 151:7
152:2 153:12
155:19 156:11
**decided**  77:11
93:7,21 94:1,5
**decides**  92:17
**deciding**  98:8
150:24
**decision**  22:24
34:16 60:16 80:13
97:16 104:22
105:2 130:11
145:20 149:13
151:3,22 153:22
**declaration**  37:20
**dedicated**  8:10
64:5,6 67:21

**deed**  123:11
**deeming**  32:4
**defendant**  1:9
3:15
**defendant's**  28:4
**defense**  17:12
124:17
**define**  20:9
**defined**  20:3 44:22
**definition**  102:23
**delaware**  1:2,18
1:22 2:6 3:5
**delay**  53:3,6
**deliberate**  150:11
151:24
**deliberating**
152:16
**deliberations**
150:9,19 152:7,19
156:14,16 157:24
159:18,20 160:9
**delphi**  14:23 15:7
18:11 37:17 94:23
139:16
**delphi's**  15:2
**demand**  73:22
74:1 75:3 92:22
**demands**  90:7
**demonstrates**  6:21
7:7
**demonstratives**
107:7
**depend**  6:16
**dependent**  118:12
120:5
**depends**  113:2
**depicted**  43:12
**depiction**  164:16
**deposition**  47:23
101:8 106:17

**depositions**  48:2
**describe**  9:18
26:12,15 68:22
69:11,14,16,20
70:18 71:24 72:5
72:11,15 73:3
123:8,18 124:9,15
147:24
**described**  42:8
72:19 101:10
125:16 155:23
**describes**  26:13
112:13
**describing**  118:22
**description**  10:14
12:9 26:10,16
68:1 71:2,9,14
72:7,9 122:23
126:4 162:12
**descriptor**  107:12
107:20,24
**descriptors**  108:8
108:13
**design**  7:16 44:12
46:3 86:11 126:10
144:12
**designated**  55:21
**designed**  103:14
116:8 144:17
**designing**  41:19
**desk**  62:8
**destroy**  139:18
**detail**  11:13
130:12 132:24
133:6
**details**  88:19 95:3
95:17 126:10
**detective**  79:15,17
**determination**
34:7

**determine**  117:3
**determined**  76:10
**develop**  88:11,12
146:10 147:6
**developed**  138:18
143:13 144:5,23
146:6
**developing**  81:15
142:13
**development**
138:16 139:17
142:16
**device**  6:17,20,23
6:24 7:4,8,12 8:7
8:11,21,22 9:20
10:1,3,9,10 11:21
11:22,23,23 13:3
13:11 15:4,19,21
18:23 19:4,5,9,10
19:11 20:15,17,18
21:3,5,6 22:21
35:24 37:3,5,10,13
39:20,21 40:12
41:23 42:1,4,6,14
42:14,19,19,22
44:3,18 45:16,21
45:23 47:4 49:2
50:12,20 51:1,16
53:9 54:6,14
59:18 60:17,18
61:21 62:15 63:7
64:7 65:3,18,22
66:13,22 69:2
71:19 72:3,4 91:2
91:17 92:10 93:1
93:14 94:9,20
95:19 100:20,23
102:6,15 103:3,4
103:16,17 104:3,7
104:9,10 105:5,6,8
105:11,14,19

106:1,1,4,5,7,10
106:12,14 107:1
107:11,11,16,20
107:23,23 108:7,8
108:12,13,17,20
108:24 109:1,4,8
109:10 110:13,21
110:23,24 111:13
111:15 112:10
113:2,16,17,20,21
115:15,17,19
116:2,4,10,19,21
117:5,13,13,14,23
118:10,15 119:3,4
119:16,21 120:9
121:2,6,8,10,13,23
121:24 123:17
125:5 126:20
131:19 132:3
134:23 137:1
148:13,14,18,21
152:23 161:20,22
**device's** 117:3
**devices** 7:17 9:20
25:24 35:24 39:19
42:1,18 45:7
47:13 49:1 59:10
59:13 60:23 66:14
84:10 102:12,21
103:13,14 105:24
106:5,21 107:3
108:5,9 109:10
110:11 111:19
113:7 115:2
120:19 131:24
135:10 137:4
**diagram** 45:2
46:21 60:1,2
109:6 121:18
**diagrams** 95:18

**dicier** 94:15
**dickens** 9:9 25:19
25:19 38:11,14
56:8 58:11 59:23
59:24 60:12,18
61:3,4,8,11,13,18
61:20,21 65:4,8,13
66:1,4 126:11
128:22 129:1,2,2,7
131:6,16,16,21
132:2,5,13 135:5,6
136:3,6,6,8,18
141:2,4 145:17
147:21 161:19,21
**difference** 51:3
129:15,17 131:4
141:15 148:24
**differences** 130:24
**different** 7:1 9:2
49:4,4 79:24
82:16 84:8 99:20
106:3,13,15,21,23
107:11,12,14,16
108:8,8,9,13,13,18
108:22 115:2
116:6 120:20
122:17 123:20
128:11 133:21,23
144:1,1 146:14,15
148:20
**difficult** 85:7
**digit** 133:24
**diligence** 149:21
**diligent** 29:3
**direct** 10:19 15:6
15:10 17:17 18:17
20:24 22:12 89:3
146:22 155:4
161:2
**directed** 15:12
47:3 89:11 125:24

**directly** 7:19
10:22 14:23 15:2
18:2 21:7 161:5
**disadvantages**
82:18,19
**disagree** 151:14
**disagreed** 37:24
55:7
**discharged** 155:6
**disclose** 31:11
68:7
**disclosed** 9:11
12:23 13:22 14:8
18:22 41:9 66:10
66:11
**disclosure** 10:8,15
10:16 16:12 17:23
117:19
**discovery** 12:19
14:9 18:12,16
22:18
**discuss** 31:22
153:19
**discussed** 9:21
13:1 38:4 73:1
**discussion** 63:14
69:8 104:4 109:23
139:18
**discussions** 87:2
**dismiss** 85:11
**dismissed** 6:7
85:13,15 88:15
**dispute** 11:24
13:23 35:14,14
81:2 94:14,14
104:24 107:3,5
120:21
**disputes** 14:5
31:23
**disregard** 30:12

**distinct** 45:17
78:23
**distinction** 20:19
20:21,23 21:16
29:8 63:24
**district** 1:1,2
**docket** 22:8
**document** 36:10
41:2,12,16,17 44:1
44:2,5,11,16,23
49:11 67:7 91:11
96:12 97:22
105:23 107:2
133:19 156:2
**documentation**
66:16 135:3
**documents** 16:19
34:5,13 35:2,5,13
35:21 36:2,3 41:5
42:10 44:8 46:3
49:17 55:7 56:2
80:21,21,24 81:1,3
87:12 90:13 91:7
91:23,24 93:20
94:13 97:21 106:4
139:9 142:17
144:11 145:4
**doing** 29:1 41:21
44:11 53:10,11,13
54:20,20 55:1
82:23 85:22 86:2
86:17 104:14
136:9
**doubled** 129:22
**downstream**
42:16 43:3,4
**dr** 25:7 55:10,17
58:23 66:3,8,24
71:10 72:17,21
73:18,20 75:10
76:22 99:12,12

[dr - evidence]                                    Page 11

101:15 120:7,13
125:18 130:2
132:4 135:1,15
137:3 141:13
143:8,14,20 144:4
144:21 146:17
**draft** 65:8
**dragged** 142:23
**draw** 85:20 86:3
134:5 150:16
**drawing** 20:22
21:16
**drawn** 20:19
**dreon** 96:20
124:13
**drop** 23:1
**dropped** 15:8 16:3
**ds** 85:11
**dual** 6:19 7:6,8,15
7:21,22 8:3,6
10:22 11:1 15:15
18:11 24:1,3
27:21 55:14,15
60:4 111:3 113:11
120:18
**due** 76:2,9 77:12
77:17 78:7,10
86:13 144:13
162:11
**durie** 3:8,9 4:7 5:8
5:17,18 6:6,14
11:20 14:13,18,21
16:17 17:3 18:14
19:17 20:13 22:9
22:16,24 30:9
79:13 156:20
157:5,13,19
158:21 160:7
163:21 165:19
166:5,8

**durietangri.com**
3:12,13,13,14
**duties** 150:21
151:19
**duty** 151:5,23

e

**e** 2:1,1,4 3:1,1 4:1
167:1,1
**earlier** 14:17
39:15 100:3
**early** 36:3
**earnest** 97:7
**easier** 42:11 132:8
135:6 136:12
**easiest** 165:22
**easily** 156:2
**easy** 126:15 164:4
**echo** 149:20
163:21
**education** 164:22
**effort** 99:23
**efforts** 138:16
**eight** 80:6 84:17
**either** 48:6 52:2,24
54:16 64:2 76:22
**electronic** 152:22
153:10
**element** 54:1,24
58:18,22 59:1,17
59:21 73:2
**elements** 9:10,14
13:15 24:2 25:21
25:23 40:2,6 49:9
53:20 59:2
**email** 27:10 83:24
85:7 86:9 149:4,7
**emailed** 11:15
**emails** 84:3 114:4
138:6
**emphasize** 84:11

**emphasizing**
57:15
**employee** 47:17
48:5
**emulation** 135:11
**enable** 9:18 26:4,5
26:8 68:8,16,23
69:7,12,13,14,21
70:15,19 72:1,5
163:2
**enabled** 10:5
15:15 26:6 69:16
71:12,15
**enablement** 10:15
12:8 26:2,3,9 68:1
71:3,9 122:23
126:5 127:10
162:23
**enables** 10:11
37:11
**enabling** 10:16
**encourage** 35:20
**ended** 20:21
**endpoint** 134:24
136:1,12,18
**ends** 43:24 54:24
149:17
**engage** 90:23
**engineer** 87:13
**ensure** 138:13
**entered** 32:7
158:24 160:15
**entire** 16:18 28:3
34:10 78:13
113:14 143:3
**entitled** 24:9,11,22
25:11
**entity** 11:6
**enumerated** 15:19
20:3

**enumerates** 15:21
122:2,6
**enumeration**
15:22
**environment** 35:7
93:4
**ep** 12:3 44:16,22
50:14 121:22
**equals** 78:14
**eric** 3:9
**erroneous** 26:9,17
**error** 67:18
**especially** 80:24
90:23
**esquire** 2:3,4,10
2:10,11,11,12 3:3
3:9,9,10,10
**establish** 8:10
22:21 54:2,9,10
**established** 151:8
**establishing** 68:3
**evaluate** 90:12
138:12
**eve** 15:10
**event** 71:1
**eventually** 89:7
90:3
**everybody** 5:6
32:9,12 34:18
159:2 165:17
**evidence** 6:20 7:7
7:16,19,22 8:3,6
10:21 11:5,9 12:1
12:11,13 22:20
24:7,20 25:3,12,17
30:8 34:22,24
39:16,17 40:20
44:3 46:1,7 47:20
49:11 55:9 57:12
58:1,4 60:21
66:18,20 68:3,5

71:3 74:22 79:18
79:20,23 80:16
81:6 89:9 97:14
98:11 134:19
137:18 149:23
150:13,23 152:4
152:10,11 153:13
153:18,21 155:16
161:4,18 162:10
163:1,24
**evidentiary** 5:21
34:12
**eweiner** 3:13
**exact** 51:11
**exactly** 45:14
50:21 64:16 85:12
94:18 95:24
125:22 134:10
136:15,16,21
**examination** 12:2
28:7 49:16 89:3
**examine** 152:8
**examiners** 56:19
57:5 128:12,21
**example** 45:11
51:6,9,12,22 54:15
58:13 62:19 64:3
69:1 70:9 74:15
154:10
**examples** 103:23
**excerpt** 48:10,17
**exciting** 82:24
**excludable** 29:24
**excuse** 37:13
38:22 41:2 44:4
49:6,23 57:24
67:24
**excused** 159:19
165:10
**exhibit** 41:6 42:10
42:15 45:2 49:12

49:17 50:13 66:19
81:7 82:15 85:4
86:10 95:13 96:11
114:11 115:4
116:21 119:1
132:19 139:9
155:24
**exhibits** 34:5
106:2 150:12,14
155:22,23
**exist** 62:13
**existence** 58:18
**existing** 138:15
**exists** 8:6
**experienced** 100:6
**experiences**
164:20,21
**expert** 18:21 39:19
39:21 41:19 47:17
49:8 55:20 73:12
98:6,24 99:2
100:3 127:7 130:3
130:4 140:11
142:5
**expert's** 45:5
55:23
**experts** 34:18,18
39:18 44:11 98:1
98:2,15,15,17
118:23
**explain** 18:16
**explained** 13:8
103:6 108:21
113:22 115:11
**explaining** 114:21
117:20 119:5
**explains** 112:24
**explanation** 95:18
**explicitly** 29:15
**extra** 74:11 147:4

**f**

**f** 167:1
**f1u400** 133:4,12
**face** 63:10 95:12
**facebook** 153:4
**faced** 127:2
**fact** 13:13 27:20
40:11,14 46:16
55:12 59:8 66:24
68:24 69:3,14
70:3,19 74:8 86:9
89:9 90:9 106:24
109:22 130:15,16
142:15 146:16
**factor** 120:21
**factors** 73:21 75:3
**facts** 16:19 28:10
28:18,20,21 29:18
29:22 30:7 35:10
79:17 145:13
147:5 150:23,24
151:3,6
**factual** 12:21
16:18 17:8,14,14
18:4 28:3,14
**fail** 9:7,12,16
**failed** 10:21 11:4
24:15 25:6,16
26:7,11,11 65:13
**failure** 9:17 163:2
**fair** 85:23 129:4
**fairly** 151:19
**fall** 11:16
**fancy** 121:17
124:11,18
**far** 18:7 30:6
157:8
**fast** 87:1
**faster** 144:24
**favor** 32:17 161:7
161:8,23,24

162:13,14 163:4,5
**feasible** 93:8
**feature** 40:17
59:21 69:23 111:9
116:7 124:9
**features** 40:7
104:2 116:14
137:20 140:12
**february** 133:2
**federal** 1:17 38:20
57:1
**feedback** 88:14
**feel** 151:21 152:8
**fellow** 152:4,12
**fenton** 2:11
**fifo** 43:1 44:18
**fighting** 119:12
121:15
**figure** 37:12 51:9
59:6 61:22 79:21
81:24 87:9 92:3
95:2 105:17
111:14 116:17
118:8 119:11,14
122:7 128:2 129:8
133:8 148:6
**figuring** 127:2
**filed** 27:23 37:16
**filing** 68:9
**fill** 146:21 148:9
154:24
**finally** 88:10 92:5
113:8
**financial** 73:8
**find** 6:18 7:5,14,18
8:24 9:8,12,17
10:5,18 11:8
18:19 23:24 24:8
24:22 25:5,13,15
26:3 32:17 34:21
36:2 39:15 66:12

74:6 147:2 165:21
**finding** 28:11,13
**fine** 22:10 31:6
85:22 156:24
157:8,9 158:21
**finger** 149:7
**finish** 19:19
**finished** 154:13
**first** 5:12,18,19
6:1 11:19 12:23
14:11,22 15:18
28:17 29:9 30:4,5
30:16,19 33:24
39:23 45:15 49:24
53:16 56:13 59:1
63:1 75:3 85:11
95:11 104:20,21
105:2,3,23 107:7,9
115:23 116:23
120:24,24 121:1,3
121:23 122:22
143:15 146:22
147:20 150:22
165:22
**fit** 35:8
**fits** 35:8 57:10
**five** 79:7 98:24
117:9 119:24
137:11 149:15
157:5
**flag** 135:21
**flagged** 5:15
**flat** 144:8
**flawed** 86:4
**flex** 82:17 85:4
**flexconnect** 84:24
89:14,24 91:5
142:21,23
**flip** 139:6
**floor** 2:5 3:4 32:18

**focus** 69:2
**focused** 164:3
**folks** 79:1 84:4
**follow** 151:12
**following** 93:13
161:5,18 162:10
163:1
**foreman** 160:24
**foreperson** 150:18
154:1 155:1,3,3
158:9,14,19 159:4
159:11 160:21
161:11,13,15
162:3,5,7,17,19,21
163:8,10,12
**forfeited** 22:19
**form** 123:21 135:8
146:21 148:8
154:19,22 155:1
155:12
**forth** 63:23 64:11
108:23 109:15
139:11
**forward** 81:24
87:1 93:8 96:17
142:10 146:14
**fought** 120:12
**found** 56:1 111:6
118:20 130:17
**foundation** 36:13
**four** 66:17,21 90:9
121:20
**francisco** 3:11
**free** 152:8
**front** 98:20 140:2
**frost** 2:12
**full** 9:18 26:8,12
68:11 112:20
123:6 127:16
135:13,21,21
136:14,20 152:3

**fully** 13:8 45:3,4
**function** 7:1,2
8:21,24 9:3,15
10:11 47:10,13
48:9,14 56:11
64:13 67:23 81:21
83:2 105:12
106:20 107:12,21
108:5,6,7 112:6
116:22 131:1
135:15 164:7
**functionality**
10:12,17 13:6
46:23 134:13,20
134:24 136:19
**functions** 47:13
49:4 106:23 108:9
**fundamental**
148:24
**fundamentally**
108:19 121:18
122:16 149:11
**funny** 126:7
144:20
**further** 85:6
**future** 53:11 54:12
54:14 69:21,22
150:2

**g**

**g** 55:1
**game** 129:4
**garney** 12:2 37:19
38:13 41:3 42:18
45:8 48:24 55:5,7
56:10 59:9 61:2
62:7 65:19 67:15
71:12 72:21 98:3
98:22 100:6 117:8
125:9 133:5,7,17
134:6

**garney's** 14:12
44:18 49:16 67:4
134:14
**gather** 160:13
**general** 126:15
140:14,15 165:13
165:20
**generally** 142:11
**generation** 88:13
**gentlemen** 32:21
163:19
**ghosh** 33:9 101:7
123:15 125:14
**give** 83:17 93:15
103:23 151:6,13
152:10 154:2,3
155:3,4,16 156:6
158:16 164:3,22
**given** 10:7 33:22
148:2
**gives** 66:18 78:2
**giving** 93:23 164:2
**glossed** 130:14
**go** 5:18 12:6 15:18
23:10 30:6 31:7
33:5 41:11 43:23
44:9 45:10 48:2
50:3 52:7 54:3
56:15 59:19 70:7
72:8 73:5 75:8
84:24 86:15
112:16,16,22
118:9 126:12
132:2,8,14 138:2
147:11,14 148:14
157:15 165:23
166:10
**goes** 13:13 18:7
33:15 36:10 66:10
87:21 109:15
144:21

**going** 5:23 14:13
18:19 23:5 28:24
30:6,13 32:13
36:5,6 42:3 46:10
50:19 51:9 53:15
54:12,13 57:23
58:17 65:10 68:12
68:15,20 69:4,6
70:11,13 71:24
72:13 73:6,12
79:6,10 80:14
81:6,17,18 82:13
82:19 83:13,14,15
83:21 84:5,23,24
85:17 86:4,7,22,22
87:5 88:1,11,22
89:21,21,23 91:15
92:8,21 93:9 94:6
94:7,7,8,16,22
95:23 96:5,13
97:3,3 103:20,24
105:20 106:22
108:1,22 111:14
112:14,18 113:1,3
114:3 115:5
119:11 120:2
122:19 123:11
124:24 126:19,21
128:24 132:21,22
134:16 138:23,24
144:17,19 145:5
146:1 147:14
156:6,18 157:16
160:1,22 165:1,3
166:10

**good** 5:5,7,8 32:11
32:20 33:13 46:6
66:18 79:14 83:19
98:18 138:21
139:22 167:3

**gotta** 123:8,9

**gotten** 87:20

**grammar** 50:23

**grant** 29:14 63:1

**granted** 56:18
63:2

**graph** 44:19

**graphics** 121:16

**grateful** 149:14

**gray** 2:11 11:12
16:15,23 17:2,16
18:8,19 19:18,21
22:1 31:18 32:6

**great** 90:1 91:16
91:21 92:9 102:13
138:21 166:5

**green** 36:8

**ground** 61:8 76:24

**grounds** 61:11

**group** 100:10
166:3

**groupme** 153:5

**grubert** 2:9

**guarantee** 83:12
83:13,14,21

**guaranteed** 87:5
89:22

**guess** 19:13 30:5
33:24 36:7 61:15
72:21 115:7
136:15 158:12,13

**guide** 34:9

**guy** 87:12 100:9
100:14 112:20,21
112:22 120:13,14
140:19,19

**guys** 81:18 104:21
105:20 139:24
145:4

**h**

**h2h** 47:2,5

**half** 34:10 74:16
79:9 88:22 95:5
126:5 146:10

**hand** 64:24 71:23
79:12 98:3 167:9

**handed** 17:1 72:22

**handles** 119:17

**handwritten** 65:9

**hang** 165:4

**happen** 54:12,13
116:15,16,24
119:19,23 122:15
164:23

**happened** 16:2
21:23 39:6 72:3
79:19,24 85:12
90:11 94:19 95:10
128:1 138:10
164:18

**happening** 54:13

**happens** 40:16
116:5 121:4 122:1
122:7 127:19
164:11

**happy** 142:22

**hard** 27:14 132:21

**hardship** 33:2

**head** 7:24 13:10
15:20 43:8 45:21
51:7 82:3 109:2,9
121:1 122:1

**hear** 5:18 6:10
13:9 14:4,11,13
27:14 30:3,15
32:14 33:24 34:3
50:19 53:15 59:8
59:22 68:12,15
74:3 104:16
130:11 160:6

**heard** 11:17 19:2
26:20 34:4 36:1
37:1 38:11 40:9
42:2 49:5,7 56:7
59:23 61:14 66:3
66:7 68:13 70:5
73:11,23 74:12
75:10 80:18 81:10
82:14 83:8,11
85:10 86:17 89:10
90:9 91:14,22
93:11,14 94:24
95:17 96:20 97:9
98:1 99:5 102:19
102:24 105:15
106:6 107:13
110:1 113:10
117:8 124:8,12
128:9 132:16
133:10,16,20
135:7 137:9,11,14
137:24 141:10
143:22 148:22
150:23 155:22

**hearing** 13:7 67:4

**heart** 36:11 111:9

**help** 34:13 44:14

**helpful** 46:12

**helpfully** 34:9

**hercules** 3:4

**hey** 132:12 135:21
136:3 138:19
139:24 143:11
146:1

**high** 36:4 58:7
127:10

**higher** 68:5

**highest** 38:18 57:1
87:21

**highlight** 58:16

**highlighted** 67:14
**highly** 28:24
**hint** 83:18 125:9
**hire** 98:17
**hired** 100:3
**history** 37:14
**hit** 112:8
**hmm** 84:17
**hold** 103:20
  112:13,15 118:17
  119:2,8,15 120:8
  135:13
**holding** 11:6 110:8
**honest** 152:11
**honor** 5:20 6:13
  6:14 11:11,12
  14:22 16:16 17:2
  17:4,17 22:2 27:2
  27:6,16 30:9
  31:10,18 32:6
  156:20 157:13
  163:17
**honorable** 1:20
  5:4
**honoring** 139:12
  139:13
**hopefully** 34:9
  39:7
**host** 6:22,23 7:2,4
  7:6,10 8:5 9:1
  10:9,12,12,16,16
  11:22 15:17,23,23
  26:6,6,15,15 37:2
  37:9 40:10,10,12
  45:8,18 46:22,22
  47:3,6,6 50:8
  62:15,17,18 64:1
  69:2,5,5,7,7,10,10
  69:12,12,13,13
  71:13,13,17,17,19
  72:1,1,2,2,24,24

73:1,1 83:1,1 84:9
  91:2,17 92:10
  93:1 94:9,20
  95:18 96:1 101:4
  101:4,9,9,14,14,21
  101:21 102:13,20
  102:21 103:2,11
  103:15,15,17
  104:3 105:9 107:4
  107:9,10 108:2,17
  108:19,23,24
  109:18 110:10,20
  110:23 111:8,14
  112:2,10 113:6
  115:1,15,16
  116:18,24 117:1,4
  117:24 118:4,4,7,9
  118:10,14,18
  119:16 120:5,10
  121:1,2,4,10,12
  122:2,6,13 123:21
  123:21 124:7,7,20
  124:20,22,22
  125:10,10,12,12
  125:15,15,18,18
  125:24,24 127:3,3
  127:11,11,18,18
  136:19,20 147:24
  147:24 148:21
**host's** 118:17
  119:2,15 120:8
**hosts** 6:17,19 7:13
  8:9,12,15,20 9:1
  10:11 11:21 21:22
  21:24 37:4,12
  47:14 49:5 50:18
  51:19 54:16 60:3
  91:4 96:2 102:6
  102:14 103:3
  104:8 105:4,8,8,13
  105:18 106:15

108:14 110:4,12
  111:13,18 113:19
  113:21 115:12,18
  116:2,3,5,12
  117:17 119:6,19
  120:18 123:16
  125:6,8 126:20
  131:3 135:9 137:1
  141:7 148:17
**hotel** 156:22 157:9
**hour** 34:10 79:9,9
**hub** 6:19 7:6,8,15
  7:21,22 8:4,7 11:2
  15:16 18:11 24:1
  24:3 27:21 47:9
  55:14,16 97:3
  111:3 113:12
  120:18 140:12
**hubs** 10:22
**huge** 83:11
**hugely** 149:23

**i**

**i.m.** 2:4
**iap2** 108:7
**idea** 19:14 45:6
  66:18 83:1 87:10
  91:21 103:16
  108:12 123:16
  131:7,11 134:7
  135:24 141:6
  148:11
**ideally** 139:16
**identical** 56:11
**identified** 28:15
  44:10 45:14 63:11
  82:18 102:10
**identify** 86:5
  101:13 117:13
**imagine** 51:7
  89:17

**impartial** 152:3
**implement** 10:6
  127:3
**implemented** 93:3
**implements** 40:13
**implications** 130:9
**imply** 29:1
**important** 32:23
  33:11,19 40:4
  41:10 44:15 63:24
  103:21 104:18
  113:9 120:14
  133:2 134:14,17
  134:21 135:4
  141:12 150:1
  151:17 153:12
  164:8
**imported** 40:23
**impossible** 84:15
**improperly** 29:3
**improvement** 40:9
  40:16
**improvements**
  40:7
**inaccurate** 153:16
**incidence** 52:18
**include** 60:16
  61:11 71:8 127:17
**included** 64:19
**includes** 40:2 41:8
  151:14
**including** 12:1
  16:18 30:24 87:23
  95:16 98:10
**income** 98:12
**incomplete** 153:16
**inconvenience**
  164:8
**inconvenient**
  130:16

**incorporated**  1:5

**independent**  6:22
  15:22 49:11 110:5
  120:5 142:12

**independently**
  109:19 118:15
  147:6

**indicated**  155:15
  167:5

**indicia**  65:17

**indie**  46:17

**indirect**  15:7,9
  16:3 17:9,12 21:4
  23:1

**indirectly**  22:22

**inducing**  21:9

**industry**  43:15

**inferences**  150:16

**influence**  151:3,22
  153:22

**information**  35:6
  43:9 67:2 68:8
  82:4,6 85:20,24
  87:19 88:1 89:1
  117:2 134:11
  135:19 152:20
  153:7,8,14,16

**informed**  22:2
  49:18

**infotainment**  93:3

**infringe**  12:15
  17:9 18:2 19:4,9
  19:15 21:3,7
  70:12 73:14 74:7
  104:20 105:4
  113:18 115:23
  116:1 122:17
  140:13 142:8
  146:23 147:2,14

**infringed**  7:20
  11:8 14:23 15:2

16:20 19:5 40:4
  56:3 95:3 97:1
  105:18 140:1
  161:5

**infringement**
  10:19 11:17 12:22
  14:7,14 15:6,7,9
  15:11,14 16:3
  17:10,12,17 18:5
  18:17,21 21:1,4,9
  22:3,5,13 23:1,21
  23:23 24:4 25:11
  27:19 28:5 29:16
  29:16 30:24 31:21
  35:23 39:14 40:19
  41:1,14 45:5
  49:19 55:10 58:2
  73:10 75:19 76:17
  99:6,11 104:23
  120:13 124:20
  140:19 146:23
  147:3 161:2

**infringes**  124:6,8
  147:8

**infringing**  10:23
  11:1 22:22 40:11
  55:9 56:5 74:3,5
  75:6 76:5 93:17

**initial**  22:2

**initially**  15:20
  85:13 121:8

**initiate**  92:18

**input**  142:13

**inside**  82:4 106:14

**instagram**  153:5

**installed**  13:10

**instance**  105:2

**instruct**  68:20
  151:10

**instructed**  23:7
  40:1 48:14 57:14

73:6 98:5

**instruction**  39:24
  53:18 56:12 68:2

**instructions**  32:13
  150:7,12 151:13
  151:15,16,17
  155:11 164:2

**integrated**  42:7

**intellectual**  145:16

**intended**  78:18
  96:9 155:12

**intends**  28:8

**intention**  152:1

**intentional**  150:15

**interact**  21:24

**interacts**  6:22

**interest**  34:20
  46:13

**interested**  46:8
  165:17 167:8

**interesting**  65:16
  99:3 113:10
  120:11 130:2
  139:11

**interface**  118:3,5

**interfaces**  117:7
  117:17

**interior**  5:14

**internal**  83:8,24
  138:9

**internally**  87:2

**internet**  60:13
  98:17 152:24
  153:1,2,14,17

**interpretation**
  55:6

**interrogatories**
  12:20

**interrogatory**
  15:13 16:13,17,23
  16:24 17:7,24

18:20 28:3,15

**intimate**  64:6

**invalid**  9:17 57:18
  58:13 70:16 72:14
  73:4,14 124:4
  129:6,9 130:14
  141:19 147:23
  148:4 161:18
  162:11 163:2

**invalidate**  27:24
  59:4 61:9 66:2
  130:19

**invalidated**  128:19
  140:21 141:16

**invalidity**  12:7
  23:22 25:14,15
  57:11 61:24
  122:21,22 127:8
  142:3

**invent**  141:1,3

**invented**  117:21
  123:4,5,14,15
  124:17,22 125:1,7
  126:2,5 128:5

**inventing**  36:19

**invention**  9:19
  10:7 58:13,19
  59:18 68:10,11
  69:22 70:17 71:12
  72:19 80:6 102:22
  103:3 104:13
  105:13 111:10,16
  117:19 118:1,7,22
  119:5 123:7,13
  127:17 128:7
  147:24 163:3

**inventor**  69:20
  80:5 129:10,16

**inventors**  9:24
  101:16

**inverse** 26:20
**invest** 146:1
**investigate** 153:11
**investigating**
  85:23
**investigation**
  28:22 29:2
**investigations**
  28:10
**investment** 88:21
  89:24
**invite** 59:24 64:21
  65:5
**involve** 15:23
**involved** 41:13
  46:9 87:20
**involves** 6:19
**ip** 96:8,14 146:5
**iphone** 15:14,21
  43:5 45:20 109:3
  109:7 121:7 122:2
  122:3,6,11
**ipr** 37:16 38:10,12
  56:20 61:2 63:5
**iprs** 27:23
**issuance** 57:4
**issue** 5:21,21
  11:15,15 12:6,22
  13:2 14:1 16:1,12
  16:24 18:7 21:14
  27:1,3,6 30:23,23
  31:7,21 34:1
  35:23 38:6 73:7
  78:11 90:21 93:16
  96:10 122:22
**issued** 36:23 37:18
  63:15 77:15
**issues** 5:15 12:8,10
  12:13 28:23
  122:21

**issuing** 57:6
  128:17

**j**

**j** 1:17 3:9
**jaguar** 81:20,23
  89:13
**january** 27:21
  88:10,17 92:16
  93:22 94:5 95:4
  96:24
**japanese** 61:14
**jgray** 2:16
**jli** 3:14
**job** 52:3,24 53:1
  56:16 151:1,10
  164:4 167:15
**john** 2:3
**joseph** 2:11
**joshua** 1:20 5:4
**joyce** 3:10
**jshaw** 2:7
**judge** 1:20 57:14
  68:19 80:20
**judges** 38:3,22,23
  39:2 56:20,23
  57:2,4
**judgment** 23:20
  25:11 154:15
**judicial** 33:16
**july** 85:3,18 95:20
  134:20
**jumping** 43:13
**june** 84:1
**juries** 98:20
**juror** 154:15,17
**jurors** 150:22
  151:23 152:5,12
**jury** 5:11 6:18 7:5
  7:14,18 8:23 9:7
  9:12,16 10:5,18
  11:3,7 12:6 14:4

23:7,13,24 24:8,21
25:4,13,14 26:2
28:9,18 29:15
30:12 31:17 32:7
33:17 39:24 48:11
48:18 56:12 76:10
78:24 79:14 81:7
115:5 150:8,10,18
152:17 154:2,16
154:22 156:13,15
156:16 157:24
158:8,24 159:19
160:2,9,14,15
165:10,14 166:2
**justice** 57:22
**justifies** 88:21

**k**

**keep** 26:22 58:17
  79:10 142:22
**keller** 2:3
**kept** 85:17
**key** 37:8 41:24
  47:4,11 58:16
  93:1
**keyboard** 131:20
**kicking** 142:24
**kids** 33:3
**kin** 167:8
**kind** 6:9 41:20
  48:1 57:21 60:14
  64:8 65:3 67:4
  72:7,8 77:2
  104:11 112:7
  115:1 124:12
  126:7 131:20
  137:23 144:20
  152:24 157:2
**king** 1:17
**knew** 14:14 91:9
  130:13

**know** 6:4 13:16
  18:20,23 23:6,10
  26:24 29:10 30:11
  31:7 32:24 41:20
  47:8 50:9 55:19
  57:14 62:5 65:7
  67:3 83:18 88:23
  89:5 94:6 95:9
  98:16 102:18
  105:20 107:22
  115:8 120:1
  124:14 127:23,24
  128:11,14,16
  129:12 134:1,8
  136:11,12 137:10
  137:19 138:3
  141:1 157:1,1,7,18
  158:12 159:22,22
  164:7
**known** 62:23
  93:23
**koehler** 31:16
  152:17 154:2
  157:10 158:18,22
  159:10 160:14,23

**l**

**labs** 113:24
**lack** 10:15 26:3
  71:2 162:11
**ladies** 32:20
  163:19
**laid** 121:19
**land** 81:21,23
  89:13 123:12
**lane** 83:4 84:12,22
  144:6
**lanes** 120:4
**language** 13:18
  17:4 20:20 21:17
  22:11 23:8,12
  41:8 42:3 50:4,20

50:22 52:8 66:6
**large** 98:12
**largely** 47:8
**late** 30:13 96:7
**law** 23:20 72:12
72:16 73:4 78:8
151:6,11
**lawful** 25:11
**lawsuit** 96:11
97:10 149:12
**lawyers** 41:13
48:22 154:5
**lay** 17:13 36:13
**layers** 135:11
**lays** 18:4
**lead** 35:13 143:3
**learn** 85:24 95:14
142:15
**learned** 91:18 92:2
92:11 142:19
**learning** 145:2
**learns** 85:3
**leash** 156:21
**left** 15:10 57:16
64:2
**legal** 1:23 71:11
72:18
**legally** 26:9,17
**leidesdorff** 3:11
**length** 128:11
**lengthy** 38:3
**lens** 56:15
**letter** 27:22 35:15
77:16 92:24 93:15
93:22 94:3,24
95:3 97:5 137:10
139:23 147:7
**level** 11:13 36:4
50:6 127:10
**levels** 87:22

**leverage** 139:19
139:21,22
**levy** 58:23 66:3,8
66:24 71:10 72:17
98:2 99:4,12,13,23
101:15,20 120:7
120:13 125:18
128:16 130:2
132:4 135:2,15
137:3
**li** 3:10
**liable** 21:8
**light** 16:1 25:18
27:9
**lighting** 124:11,13
124:18
**lights** 112:16
**limitation** 7:15
26:13
**limitations** 8:2
12:5 20:16 137:5
**limited** 156:9
**limiting** 5:22
**line** 29:19 43:23
149:6
**link** 16:7
**linkedin** 153:4
**listed** 22:8 101:12
133:22
**listen** 46:18 152:6
**listened** 78:21
149:22
**listening** 163:24
**litigation** 35:2,6
36:2 46:2,4
**little** 27:14 37:3
39:13 44:24 47:18
48:20 62:2 68:13
75:8 79:15 89:1
94:15 95:21 97:24
112:14,15 114:24

115:2 121:22
123:11,20 137:13
138:7 142:9 165:4
165:6
**live** 48:3,3
**lives** 33:1
**llc** 1:8
**llp** 2:3
**locally** 159:23
**logic** 44:17,19
**logical** 5:17,24
**logo** 114:16,18,22
114:24 115:3,7,8
**long** 40:1 129:19
135:16 139:10
**longer** 46:9 47:16
78:18 165:4
**look** 23:6 34:6,21
39:22 41:11 45:1
45:16 48:16 49:10
53:19 54:23 56:12
59:19,23,24 60:1
60:10,24 65:5
66:20 70:23 74:6
78:4 79:19 86:16
90:17 96:11 97:20
105:22 106:3
109:5 114:11
115:4 121:21
123:22 128:1,24
130:1 132:3,8,14
132:20 134:2
140:20 142:17
148:5 156:11
**looked** 44:14
56:20 76:24 82:15
82:16 86:11
104:23 105:16
128:12 130:5
132:18 133:5
144:13

**looking** 18:8 39:10
46:1 82:13 90:20
97:14,17 126:8
131:21 132:2
134:9 138:4
156:10
**looks** 16:24 49:22
49:23 61:21 83:19
95:24 114:23
**loop** 86:21
**loosely** 106:19
**lose** 75:23
**lost** 11:4,5 24:11
24:19 25:7,8
73:21 74:19 75:13
75:16,21 76:8
78:2,10 143:9,16
143:17,19,23
144:2 145:8,10
**lot** 32:24 33:6,22
34:3,17 36:1,7
37:6 40:9 56:7
61:21 63:8,11
66:22 67:2 70:2
73:23 79:18 80:21
80:23 83:10 98:19
98:21 102:19
110:1,4 120:12
128:23 129:3
132:24 137:21
138:23 146:7
149:8 150:1
157:17 159:13
164:4
**lots** 133:22,22
**lucky** 81:23

**m**

**machine** 167:5
**main** 38:12 61:5
150:21

maintain  50:2
  64:11 91:3
maintaining  67:20
making  15:3 22:3
  22:12 23:6 30:20
  39:15 43:19 74:9
  75:20 77:13
  106:17 128:18
management
  87:20,22 90:2
manipulated
  35:11,12
manner  155:13
manufacturer
  44:13
mapped  42:9
march  95:10,13
  145:23
mark  76:12
  133:24 159:24
  160:1
marked  160:3
market  1:24 2:5
  3:4 74:23 75:1,13
  75:18,22 76:15
  77:20 78:1 80:8
  87:23 138:14
marketing  87:12
marketplace
  139:3
masters  89:20
matter  5:17 17:14
  23:20 32:23,24
  33:7,10,11,12
  40:12 70:4,20
matters  134:13
  150:1
mcu  43:18,24
mean  13:17 18:1,8
  19:13 21:14 22:10
  22:17 30:7 34:17

40:8,21 49:2
  53:11 57:13 59:4
  71:5 73:3 74:12
  75:11 84:21
  108:18 128:18
  136:2 138:17
  145:21 156:21
meaning  20:2,6
  53:21
means  13:18 50:20
  51:15,16 52:14
  53:10 54:4 61:8
  71:7 102:22 103:7
  109:2 116:12
  117:15 118:6,11
  118:16 129:7
  135:20 137:23
  138:15 147:3
  152:21 153:10
  155:24
meant  151:2
measure  16:8
mechanism  10:4
  124:21,23 126:19
  127:4 135:7 136:4
  136:22
mechanisms  113:1
  126:22
media  152:23
  153:15,18
meet  8:2 20:15
  24:2 25:21,22
  48:23 58:24 66:5
  90:6 92:22
meeting  27:9
  96:18 97:8 138:8
meets  7:15 118:1
member  150:17
memory  43:2
mention  29:18
  78:5 101:4 125:11

mentioned  42:21
  56:24 64:8 71:16
  101:21 103:23
  125:19
messages  153:24
  154:8
messaging  153:1
met  12:12 49:8
  71:6
metal  43:14,23
method  9:19 13:4
  19:7,8,9 20:16
  54:22,22 55:2
micro  14:3
microchip  1:4 7:3
  10:20,23 11:4,6
  12:19 18:16 23:19
  24:6,7,8,11,19,20
  24:22 25:10 27:17
  28:2,8 31:23
  35:15 46:12 73:8
  74:10,21 75:2
  77:12 78:9 79:2
  80:7,12 82:17
  83:22,23 84:3,8,21
  85:3,12,18 86:24
  87:3,13,22 88:10
  89:4,12,15 90:18
  91:13 92:1,16
  93:13,14,21,22
  95:7,23 97:6,15
  98:14 99:18 100:3
  100:17 105:17
  114:5 124:5 125:2
  127:14,20 130:16
  133:11 137:15
  138:10 139:5,9,15
  141:1,2,18 142:14
  143:12 144:5,23
  145:14 146:8
  149:8,12 161:3,7

161:24 162:14
  163:5
microchip's  10:20
  24:16,18 29:5
  45:4 48:8 49:8
  74:11 80:4 84:13
  89:17,19 93:12
  94:19 100:18,20
  103:1 104:17
  109:21 113:11
  118:23 124:8
  128:10 140:6
  148:23
microchips  137:16
microcontroller
  43:20,21
microphone  27:13
mid  1:23
middle  58:15
  76:23
million  23:22 25:6
  56:3 78:3,14,15
  83:10 88:23 146:2
  146:10,18
mind  26:23 58:17
  90:19 152:13
mindset  89:20
mine  110:15 151:1
minimum  76:2,14
  78:8,10
minute  50:4 59:13
  79:7 127:14
minutes  157:5
  165:5,16 166:11
misleading  81:13
missed  47:24
  97:16 149:6
missing  59:17
  150:14
mistake  128:15,17
  128:18

**model**  133:4 144:2
**module**  42:8
**modules**  124:14
**moment**  15:17
  99:17
**monday**  12:24
**money**  143:7
**monopolist**  137:17
  137:20
**monopoly**  137:23
**months**  84:17
  87:16,17 88:8,8,8
  92:3,3 93:24 95:8
  95:8,9 147:11,12
  147:12,12
**moorthy**  139:14
**moot**  30:19
**morning**  5:5,7,8
  5:11 32:11,14,20
  33:21 79:14
**motion**  6:3,8,11,11
  16:10 19:2,14
  26:20 32:3
**motions**  5:13
  23:16
**motivating**  146:19
**motivation**  9:13
  26:1
**mouth**  14:12
**mouthful**  49:23,24
**move**  12:9 27:12
  93:8
**moved**  48:6
**moves**  23:19
**movies**  164:13
**multi**  7:4,6 10:9
  11:22 37:9 40:12
  47:3 69:2 71:19
  84:10 91:2,17
  92:10 93:1 94:9
  94:20 96:1 103:15

104:3,8 111:8
  112:2,10 118:10
  119:17
**multiple**  102:21
  115:2 125:6

**n**

**n**  1:17 2:1,5 3:1,4
  4:1 55:1
**nak**  112:19 135:12
  135:14 136:18
**naks**  135:1 136:1
  136:11
**name**  87:11 94:10
  94:19
**narrative**  35:8,18
  41:13 48:24
**narrow**  20:2
**narrower**  20:4,5
**native**  155:23
**nature**  19:15
**ncm**  108:7
**nearly**  56:10
**necessarily**  19:10
  31:12 34:2 58:20
  140:13 164:15
**necessary**  9:14
  12:17 61:23 69:16
  117:5
**need**  59:15 73:13
  84:10 87:24 88:2
  88:24 104:7 110:7
  111:3,7,14,17,18
  111:20 113:3,4
  118:2,16 119:2
  120:8 139:19,20
  140:22 141:8
  142:3 156:19
  157:18 166:6
**needed**  14:2 22:16
  87:19 142:6

**needs**  131:1
**negotiating**  139:19
  139:21 145:23
**negotiation**  76:20
**neither**  66:4 167:7
**network**  6:24
  108:18 109:7,9
  115:14
**networking**  153:3
**networks**  108:21
  108:22 109:2,16
  115:14,18
**never**  14:14 19:15
  55:22 73:15,16,16
  100:7,8 110:5
  128:24 144:17,18
  145:9 154:9
**nevertheless**  17:13
**new**  14:13 46:15
  82:24 83:1 136:8
  138:12 139:17
**nice**  137:19
**nifty**  123:23
**night**  5:15 11:16
  27:11
**non**  12:22 14:7,14
  18:5 31:21 40:11
  74:3,5 75:6 103:4
  103:7,9 104:2
**noncompliant**
  114:6,7,7 115:21
**nope**  125:17
**normal**  57:9 82:9
**notary**  1:22 167:3
  167:11
**note**  17:6 38:8,9
  49:15 53:8 90:14
  133:10 150:13
  160:2
**noted**  33:11

**notes**  150:12
**notice**  27:22 35:15
  77:16 93:15,23
  94:2 167:4
**noticed**  55:19
**novelty**  111:11
**november**  138:7
**number**  24:14
  25:20 74:14 78:2
  78:13 84:2 133:4
  133:24 134:1,10
  142:7 143:23
  146:15,16 154:11
**numbered**  17:5
**numbers**  81:8
  133:17 134:2,6,7

**o**

**oath**  151:11
  156:18
**objection**  30:11
**obolsky**  33:8
  74:12 84:18 85:14
  87:23 88:3,17
  96:4,19,22 97:2
  114:14 137:13
  140:1 143:11,15
  144:22
**obolsky's**  149:4
**obtain**  76:5 153:20
**obtaining**  152:14
**obvious**  9:8 25:18
  58:14 131:12,13
  137:7 147:21
  161:19
**obviously**  31:23
  80:19 90:15 100:6
  141:9 157:15
  165:23
**obviousness**  12:8
  58:10,20 61:11
  128:9

**occurred** 73:10
**october** 87:7 96:18
  138:8 147:13
**odd** 18:24
**offensive** 147:3
**offered** 40:22
**offering** 7:21
  12:15 15:4 19:3
  22:4 91:19 141:14
**offers** 55:15
**office** 37:24 38:23
  56:16 61:17 62:3
  62:20,23 63:8,12
  63:18 64:17 65:14
  66:11,15 67:1,2
  100:4 111:6
  118:21 123:2
  126:8 128:16
  129:6 130:5,8,11
  130:17,18,23
  131:7,14 132:17
  140:20
**officer** 152:18
  154:3,3
**official** 167:9
**oh** 27:4 49:1 56:21
  89:15
**okay** 6:4 17:22
  22:23 23:4 26:18
  27:7 30:2,15 31:5
  31:14 48:19 79:12
  88:11 96:21 133:8
  138:23 140:14,24
  144:7 156:11,23
  158:20,22 159:16
  159:21,24 163:18
  165:7,20
**old** 70:7 131:21
  132:5
**once** 39:6 52:12
  63:2 90:23 155:10

**ones** 104:21
  147:17
**open** 20:21 150:20
**opening** 56:14
  57:20 62:2 70:6
  80:4,11 85:10
  93:12 100:19
  103:1,2 109:21
  128:10 149:5
**operable** 7:12 8:7
  8:13,18 13:18
  19:24 21:20,22
  50:2,16 51:2 53:9
  53:10 54:4,8,18
  105:7 116:10
  131:2
**operation** 56:11
**opinion** 23:9 38:21
  49:14 130:9 137:4
  141:14,22 152:9
  155:15
**opinions** 99:15,24
  100:2 120:14
  152:12
**opportunity** 63:6
  91:17 92:10 97:17
**opposes** 72:22
**opposition** 11:14
  31:23
**option** 82:16
**options** 82:16
**order** 21:3 53:6
  122:10 154:15
  155:8
**ordinary** 20:6
  23:11 53:21
**original** 57:5
  128:21 140:6
**ought** 146:7
**outcome** 97:9
  167:8

**outright** 18:1
**outside** 103:18,24
  104:11
**overcome** 126:17
**overview** 158:16
  159:7

**p**

**p** 2:1,1 3:1,1
**p.m.** 158:3 160:11
**p.o.** 3:5
**pack** 157:4
**page** 4:2 17:5
  37:20 39:7,9
  45:15 119:1
  132:19
**pages** 66:17,21
**paid** 33:6,12 34:17
  34:18 46:2,14
  47:17,18 83:9
**pair** 108:17 110:6
  110:11
**panduit** 73:21
**panel** 39:3
**paper** 154:1 156:3
**paragraph** 15:1,3
  17:5 18:9
**paragraphs** 20:22
**part** 25:20 29:18
  33:19 36:22 40:5
  43:19 44:15 49:24
  72:3 88:13,14
  98:12 104:14
  107:16 117:18
  123:1 126:4
  128:15 134:1
  155:15,17
**particular** 35:23
  94:12 113:2
  126:11 130:15
  134:5

**parties** 11:24 81:1
  94:13,14 105:1
  138:9 145:23
  146:13 149:16
  151:8 153:19
**partly** 19:13
**party** 32:15 34:2
  74:4 167:8
**pass** 16:16
**passed** 37:15
  113:24
**passes** 114:18
**patent** 6:15 9:21
  10:4 11:6,9 14:24
  25:15,17 26:4,7,11
  26:13 28:10 29:1
  36:17,20 37:9,15
  37:24 38:3,18,23
  38:24 39:8,9,10
  40:3,3,14 45:14
  47:3,5 51:8 54:23
  56:16,18 57:1,18
  61:17 62:3,20,23
  63:1,8,10,12,16,17
  63:18,20 64:4,16
  64:21 65:14 66:2
  66:11,14 67:1,2,5
  67:20 68:16 69:3
  69:8,17,19 70:15
  70:16,23 71:4,7
  72:14 73:3,14
  76:1,3 77:14,15
  78:6 90:16 91:18
  92:11 93:16 94:10
  95:11,12,13,14
  96:10,16 97:6
  100:4,17,17,20,23
  101:1,5,22,24
  102:4,5,8,16
  105:16 108:11,15
  111:5,6,7,10,13

112:5,12,24
113:14,18 115:10
115:20,21 117:16
118:14,16,21
120:7,16 123:1,2,2
123:3,8,24 124:3,4
124:16 125:4,5,10
125:12,20,23
126:7,16,24 127:4
127:15 128:12,12
128:16,22 129:4,6
130:5,7,11,17,18
130:23 131:7,14
132:17 136:23
140:13,15,20
147:20 148:18
161:9 162:1,15
163:6
**patent's** 10:7
**patented** 9:6 73:23
104:13
**patentee** 76:1
**patents** 16:21
92:16,24 94:20
96:22 101:9 104:4
125:15 126:12
139:7,21 140:1,9
142:8
**pause** 17:21 99:17
**pay** 80:13 94:12
**paying** 163:23
**pei** 2:4
**pennsylvania** 1:24
**people** 35:7 99:20
110:5 123:5,9
124:23 126:6
132:9 136:11,11
148:5 149:8 157:3
164:18
**people's** 164:11

**percent** 137:15,17
**perfectly** 142:22
**perform** 64:12
67:22 105:11
151:19
**performed** 13:5
**performing**
106:22
**period** 77:13,18
78:13
**peripheral** 15:19
62:10 66:13
102:15 109:10
131:19,23 148:12
**peripherals** 60:4
65:1,10
**permits** 10:10
**persistent** 84:22
87:13 144:6
**person** 9:23 10:6
110:7 150:18
157:11
**personal** 33:1
**personally** 76:7
151:14 165:7
**perspective** 34:15
80:9 90:11
**perspectives** 80:1
80:15
**pertain** 29:5
**petition** 37:16
**petku** 47:22 48:11
71:21 95:1 106:17
**petku's** 49:13
**phase** 19:4
**philadelphia** 1:24
**philip** 3:3
**philips** 134:15,16
134:19,23 135:3
135:13,19 136:2

**phone** 110:15,16
110:19 152:23
**phones** 156:22
**photographs** 27:3
**physical** 25:23
60:16,18 61:20
63:7 161:20,22
**pick** 33:3 110:15
110:17
**picked** 140:17
**picture** 67:13
164:19
**piece** 76:11 123:12
154:1 156:2
**pieces** 110:11
**place** 1:17 63:1
74:7 114:17
143:15 167:4
**plain** 20:5,6 23:11
53:21
**plaintiff** 1:6 2:18
**plan** 95:21 96:12
**planning** 30:20
31:2 88:12
**played** 48:11
106:18
**plaza** 3:4
**please** 5:9 109:22
158:6
**pled** 15:11
**plug** 51:13 52:19
62:9 119:19
**plugged** 51:23
119:24
**plugging** 51:10
53:3
**plus** 60:18 61:13
61:20 70:10,10,18
70:18,20,21,21
98:19

**point** 14:19 15:24
17:11,18 19:19
22:17,20 30:13
31:19 33:15 34:8
34:12 35:16,21
36:12 37:7,8
39:15 47:11 53:2
58:15,16 60:14
63:3,19 67:7 92:6
96:5 101:8 104:18
104:20 106:16
110:6 111:4,6,10
111:12,15 112:1
113:14 120:3,3
125:14 131:9,10
132:6 133:18
143:16,17,19
144:4 149:15
**pointed** 44:6 86:10
144:12
**points** 14:21 25:8
34:12 42:18 45:9
116:6 149:7
**polling** 163:15
**pop** 147:13
**port** 43:7 85:5
121:23
**portion** 46:21
77:11
**ports** 84:12
**position** 28:21
45:4,5 48:8 49:20
56:4 73:9 140:7
**positions** 14:7
32:15 148:2
**possess** 10:1
**possession** 10:9
**possibility** 116:1
**possible** 87:8 92:1
143:2,6 146:9

potter  3:3
potteranderson.c...
  3:6
power  120:1 121:3
practice  165:13
practicing  70:21
  78:6
pre  28:9,21 35:2
  36:2
precise  21:15
precisely  15:24
  20:23
preclude  23:5
precluded  22:11
  27:17
predicate  17:15
  18:4 145:13
predicated  21:1
prejudice  151:20
prejudicial  28:24
premise  143:8
prepared  154:20
preponderance
  40:20 57:22 58:3
  58:5 68:6 74:21
  161:4
present  5:23 10:21
  11:5 96:19,19,20
presentation
  113:11
presented  11:10
  12:1 16:4 22:20
  24:6,20 25:3,12
  79:20 94:17 100:1
  107:6 153:13
presents  108:4
preside  150:19
president  57:3
presiding  5:4
presumed  56:14
  71:4,5

presumption
  56:22 57:7,10
pretty  57:19 58:7
  79:24 84:19
  121:17 126:12
  132:5,6 142:18,23
  164:3
previous  96:14
previously  44:6
  53:23 64:9
pricing  139:12
primary  11:15
print  52:3,4,24
  53:6
printer  51:9,13,22
  52:9 62:9 148:13
printers  60:5 65:1
  102:12
prior  9:11,13
  25:24,24 58:19,23
  61:14 71:7 101:12
  126:10 128:23
  133:3,13,14
  141:17 145:18
  161:19,21
probably  5:12,13
  34:1 78:17 88:24
  146:18 157:22
  165:3
problem  84:14
  87:16 102:10,16
  111:22
problems  86:5
  132:9
proceed  160:23
proceeding  118:24
  131:15
proceedings  1:11
  5:2 137:11 149:16
  158:3 160:11
  166:15 167:4,5,7

process  15:18
  33:19 34:9 61:24
  63:4 91:16 92:9
  107:17 117:4,10
  120:10 122:9
  158:16 159:8,14
  159:22
processing  164:1
produced  41:7
  56:2
product  19:16
  24:1 26:5 60:3
  68:17,23 69:22
  72:11,15 73:23
  74:1 75:4 77:14
  77:19,21 94:21
  95:21 113:12
  114:16 115:6
  120:18 124:10
  133:9,11,21 147:9
production  74:16
products  16:6
  40:23 114:22
  133:12 137:21
  139:17 149:1
professional
  100:13
proffer  10:23
proffered  130:3
  143:20
profit  25:7 145:8
profits  11:4,5
  24:12,19 25:8
  73:21 74:20 75:14
  75:16,17,21 78:2
  78:10 143:9,16,17
  143:20,23 144:3
  145:10
programs  96:14
project  46:14 93:8

pronounce  158:13
proof  151:8
property  145:16
propose  20:8
proposed  87:24
  126:22
propounded  17:7
proud  90:15
prove  40:18,19,24
  58:20,22 71:2
proven  75:2,4,6
  161:3,17 162:9,24
proves  74:21
provide  62:14
  87:17 88:19
  152:20
provided  28:2
provides  6:24
  117:16
providing  118:2
proving  57:11
provner  3:6
ptab  38:22,24
  56:23
public  1:22 95:11
  141:17 167:3,11
publication  67:6
  95:12
publicizes  39:10
publicly  81:13
publishes  97:6
pure  35:9
purest  44:2,3
purported  111:9
purpose  152:14
  156:10
pursuant  167:4
pursue  94:6
pushing  142:21,22
put  30:22 31:9
  41:5 42:10 64:18

72:7 73:7 74:6
80:23 81:7 83:19
85:19 96:6 136:2
142:10 146:14
156:3

### q

**question** 31:10
46:20 47:6 76:12
97:20 102:3
104:22 105:21
128:9 132:1 144:8
146:22,24 147:1
147:22 148:1
157:2 158:7,8,9,18
159:3,5,10,24
160:1,3 161:3,16
162:8,22
**questioning**
133:16
**questions** 153:23
154:21 159:13
166:4
**quick** 38:8 48:1
**quickly** 11:18
157:1
**quite** 19:1

### r

**r** 2:1 3:1 167:1
**rails** 96:22
**raise** 5:21 27:6
79:11
**raised** 5:22 14:1,6
14:17
**range** 48:4 76:20
76:23
**rate** 24:13 25:1
47:19
**reach** 73:7 158:17
159:9,15

**reached** 154:23
155:6
**reaching** 152:1
**reaction** 84:14
89:18
**read** 17:4 39:24
41:22 42:11 58:17
63:16 64:5,20
70:23 95:14 96:23
102:8 145:4 158:9
158:18 159:5
**reading** 23:12
**reads** 158:8
**ready** 52:3,7 64:10
67:21 79:12 80:7
86:18
**real** 51:12 79:21
99:1
**realize** 129:2
**realized** 89:14
**realizing** 91:16
92:9
**really** 26:19 29:22
33:13 39:14 51:15
60:11 74:18 82:24
86:6 94:8 97:7
98:18 103:21
104:17 124:3
126:18 129:19,19
129:24 130:16
133:6 134:5 136:8
139:5,10 140:2
141:24 147:4
149:24,24 150:2
**reason** 60:11
98:23 105:3,16
113:16,17 115:12
115:23,24 144:9
**reasonable** 6:18
7:5,14,18 8:23 9:7
9:12,16 10:5,18

11:3,7 23:23 24:8
24:21,23 25:2,8,13
25:14 26:2 66:1,7
76:2,9,13 77:2,7
77:10,12,18 78:7
78:12 145:11,12
**reasons** 9:4 10:2
130:22
**rebut** 25:6
**recall** 101:6
125:13
**receive** 8:13,18
21:20 54:18 64:10
64:12 67:22 156:6
**recess** 157:15,24
160:6,9
**recognize** 9:24
53:5
**recognized** 126:14
**recognizing** 90:24
**reconfigure** 52:5
53:5
**record** 31:9 94:16
126:11 128:1
147:16 167:7
**recorded** 167:5
**red** 36:9 42:7
109:8
**redirect** 129:24
133:20
**refer** 42:21
**reference** 25:19,20
38:11,12,13 61:5
61:15 84:1 96:10
114:24 155:22
**references** 61:6
101:12
**referred** 106:10
**reflect** 81:3
**refused** 93:16

**refutes** 45:6
**regarding** 48:8
49:19 126:10
**regards** 161:9
162:1,15 163:6
**region** 1:23
**regret** 23:2
**regularly** 98:11
**reiterated** 138:12
**rejected** 20:11
38:15 61:10
**relate** 11:23
164:20
**relates** 46:21
**relationship** 6:5
**relative** 90:12
146:18
**release** 165:1
**relevant** 17:3
28:22 30:22
**reliable** 34:21,24
39:16 47:20
**relied** 38:13 44:12
**relieve** 157:19
**rely** 34:16 47:21
57:8 98:8
**remaining** 28:23
**remarks** 31:24
**remember** 35:14
36:12 41:4,16
43:4 44:6 45:12
45:19 47:2 53:3
60:9 62:6 67:3
76:19 77:16 81:15
82:4 83:16 84:2
87:21 89:5 96:20
98:4 101:7 109:20
109:23 119:12
124:12 129:12,18
129:23 131:9
132:4 135:1 136:6

139:14 140:7,14
140:18,24
**remembered**
48:22
**remind** 36:21
155:10
**remotely** 145:6
**renamed** 46:17
**repeatedly** 103:5
**repeating** 49:24
**replace** 74:15
**replayed** 48:18
**replicated** 33:18
**report** 138:9
140:11
**reporter** 1:21
**reporting** 108:12
**reports** 18:21,22
107:11
**represent** 154:14
**representative**
140:18,22
**represented** 134:8
**representing** 2:18
3:15
**request** 9:2 29:11
29:12,13,14 30:4,4
30:5,7,16 116:18
117:12
**requests** 8:14,19
21:21 29:4,9
107:4,8,10 111:8
117:2 163:15
**require** 83:2
**required** 21:2 26:4
26:5 37:2 54:15
155:7
**requirement**
26:14 68:7,19
87:14 114:1,8

**requirements** 71:6
71:8 82:7 87:24
122:24
**requires** 6:16 7:4
7:11 8:17 54:24
105:6 116:9
**reserve** 23:16
26:21
**resolved** 14:2 27:3
**resources** 83:9
**respect** 10:14 15:8
98:5 100:12
**respective** 8:10,19
**respects** 26:19
**respond** 8:14,18
14:18 21:20 54:19
154:4 159:12
**responded** 95:4
**responds** 107:4,8
107:9,19
**response** 6:3 15:13
16:14 17:7,24
18:20 28:2,15
88:4,5,7,14 90:6
95:7,9
**responses** 22:18
31:12 85:21
119:18
**responsible** 117:1
**rest** 53:19 61:10
**result** 27:9 28:9
129:5 135:11
**resume** 159:17,20
**resumed** 158:2
160:10
**retire** 150:10
156:12
**retired** 156:15
**return** 88:21
150:8 154:16
155:2

**reusing** 96:14
**reveal** 155:5
**revealing** 142:11
**reverse** 122:11
**reverses** 121:9
**review** 56:20
66:17 67:14 81:5
132:17,23
**right** 6:6 15:9
16:11 17:19 20:4
22:8 23:4,17
26:18 27:1 31:5
31:15 32:9,11
35:16 42:15 45:22
53:13 64:2 71:23
77:6 79:4,12 81:9
81:17,23 82:8,10
83:20 84:15,17
85:2,11 87:5,22
88:4 93:24 94:15
94:24 95:4,8,22
97:5 98:19,23
99:9,22 101:2,5
102:21 104:12,22
105:12 106:8,18
107:18 108:5,14
110:4 112:21
113:13 114:1,5,19
118:8 119:8
120:15 121:10,11
121:12,13,14
122:7,7,8 123:7,12
124:10 125:22
126:19 127:17
128:20 130:3,19
130:21 131:4
132:18 133:24
135:13,14 137:12
137:22 138:1,21
138:24 140:3,7
141:17 142:6,13

144:12,24 145:13
146:7 147:5 149:6
149:10 150:5
156:17 157:10,14
158:5,6 159:3,16
160:7,12,17
163:13,14,18
164:24 165:8,11
166:13
**rigorous** 37:21
39:12 56:19
**rise** 5:3 158:4
160:24
**risk** 83:11 86:8
**risky** 143:6 146:3
**rob** 28:7
**role** 6:19 7:6,8,15
7:21,22 8:4,6
10:22 11:2 15:16
18:11 24:1,3
27:21 55:14,15
79:16 111:3
113:12 120:18
121:9 122:11
**roll** 96:17
**room** 81:7 115:5
150:8,10 153:3
154:22 156:13,16
**rose** 1:21
**roughly** 84:17
**rover** 81:21,23
89:13
**rovner** 3:3
**royalty** 24:23 25:2
25:9 76:2,9,14
77:2,7,10,12,18
78:7,12 145:12,12
**rpr** 1:21
**rule** 5:13,16,24
16:10 19:14 22:15
22:15 23:16,20

31:11 32:5
**ruled** 86:13
144:13
**run** 87:14 114:17
**runaround** 20:12
**running** 110:18
**russell** 2:4 5:20
6:12 23:19 27:2
30:17,18 31:8

**s**

**s** 2:1 3:1
**sailed** 30:14
**sale** 7:21 19:3,8,11
22:4 24:3 25:1
40:22 55:15 75:23
77:22
**sales** 11:1 16:5
18:23 24:9,13,18
24:24 55:9 56:3,5
74:12,13 76:8,16
78:1 137:16
**san** 3:11
**sandbagging**
21:13
**sandia** 74:15,24
75:12 76:15,24
77:20 95:22 96:12
97:7 143:13,21,24
144:24
**sat** 95:1
**satisfy** 12:4
**saulsbury** 3:10
129:14
**save** 159:23
**saw** 35:1 36:8
62:17 64:14 73:16
87:11 106:18
114:5 149:3
150:23
**saying** 39:19,21
49:1 84:8 92:24

99:12 101:1
105:17 107:15
119:6 124:6,16
127:14 135:21
139:24 145:1
**says** 41:22 42:19
44:16 46:19 47:2
48:9 50:1 53:9
66:21 67:15,17
68:21 72:9,23
76:1 88:11 102:9
106:4 108:7
114:13 118:1,24
125:4,5,7 133:1
136:14 146:17
147:7 159:4
**scales** 57:21
**scenario** 91:1
**schematic** 36:11
**scissor** 109:23
**scissors** 109:20
110:2,6,7,8,11
**scope** 9:18 13:23
14:5 18:7 26:8,12
68:11 123:6
127:16
**score** 164:17
**screaming** 142:24
**screen** 156:3
**se** 75:23 76:8
**seal** 167:9
**search** 29:3
**seat** 5:9 32:10
158:6 159:3
160:13 163:14
**seated** 156:18
160:18 165:12
**second** 13:11
27:22 28:19 29:12
29:13 30:4,6
67:24 91:15 92:8

107:9,10 115:24
151:5
**seconds** 117:9
119:24
**secret** 154:13
**section** 161:1
**see** 18:9 36:6
37:11 38:16 42:3
42:12,14 44:7
45:3,3 47:1,5 48:7
48:9,20 53:3
55:12,13 58:23
61:7 64:15,24
65:4,4 68:20 69:6
70:24 72:17 88:6
95:20 96:13
106:22 109:23
118:8 121:22
131:7 132:8 139:8
143:4 144:11
153:17 164:13
166:12
**seeing** 112:17
115:12
**seek** 153:20
**seeking** 28:3
**seen** 34:5 52:9
80:16,21 91:7
105:13 109:6
110:5 114:22,23
164:14
**segment** 105:11
**segregated** 75:12
**select** 150:17
**selects** 117:6
**sell** 12:15 15:4
27:21 90:1 146:5
**selling** 7:20 12:14
15:3 19:3 21:9
22:4

**sells** 55:15
**semi** 46:8
**semiconductor**
43:15 67:11
**send** 52:3 83:19
92:23 135:1
136:13 139:23
147:7
**sending** 112:17
**sends** 9:1
**sense** 5:24 60:23
69:24 80:23 82:12
88:24 108:16
110:4 111:21,23
128:20 132:10,11
**sent** 8:14,20 21:21
27:10 35:15 73:15
77:16 94:2 135:20
137:10 140:2
**sentence** 41:22
**separate** 7:8 42:18
45:6,17 109:17
115:17 117:16
118:2
**sequential** 122:9
**series** 121:19
154:20
**seriously** 33:12
**serve** 15:16 89:20
**served** 12:19
**service** 153:1,2,4
163:20 164:21
165:8
**services** 1:8
**set** 17:1 41:13
76:22 114:2,7
120:4
**sets** 109:14 117:4
**setting** 28:12
**settings** 54:11
117:6

**seven** 137:10
**sgbfirm.com** 2:15
  2:15,16,16,17
**share** 6:17 9:20
  10:1 11:21 50:15
  60:6 65:11 102:6
  105:4,8,10,19
  126:20 148:12,15
**shared** 7:1,11 8:7
  8:11,21,22,24 10:3
  39:20,22 42:4
  43:10 45:7,16
  47:12 50:11 51:1
  72:4 105:6 116:10
  125:5
**sharing** 6:19 109:4
  123:16
**shaw** 2:3,3
**shawkeller.com**
  2:7,7
**sheet** 114:12
  133:21 134:18
  158:19 159:11
**shelf** 102:11
  148:14
**ship** 30:14
**shoes** 35:2
**short** 47:6 144:18
**shorthand** 167:5
**show** 10:8 24:16
  25:16 26:1,7,11
  63:17 86:23 91:24
  91:24 93:20 139:2
**showed** 25:4 57:20
  57:22 64:20
  101:16 121:17
  133:19 149:4
**showing** 12:3
  143:1
**shown** 42:15,20
  44:24 51:6 62:22

79:18,23 129:8
**shows** 7:16 8:3
  63:21 89:9 105:24
  106:5 137:18
**side** 27:10 41:6,6
  58:2 61:1 65:2
  67:6 70:7 71:23
  83:22 97:22
  151:21 157:11
**sides** 67:17 120:21
**sign** 154:1 155:1
**signal** 52:2,4,10,12
  54:16 64:10,12
  67:22
**signed** 158:11
  159:5
**significant** 16:2
  118:21
**signs** 112:4,7,8
**silence** 95:6
**silent** 96:24 99:9
  147:11,15
**silicon** 138:15
**similar** 54:3,8
  59:10,14 60:22,22
  67:16 76:20 88:20
  91:20 92:12 132:9
**simple** 70:8
**simpler** 132:14
**simplest** 113:9
**simply** 21:22
**simultaneous** 8:14
  8:19 10:10 21:21
  119:18 131:8,11
**simultaneously**
  7:12 8:50:17
  51:2,3,4 52:17,18
  91:4 105:7 116:3
  116:11,12,15,16
  118:12 131:2
  141:6

**sincerely** 32:22
**single** 6:17,20 7:10
  8:24 9:20 10:1
  11:21 42:14 48:15
  83:4 88:19 91:1
  91:11 97:22
  103:11,15 105:23
  105:24 106:4
  107:2 108:2
  117:24 144:6
**sir** 89:2
**sisofo** 158:12
  159:6
**sit** 62:8 86:24
  122:18 166:2
**sits** 55:23
**sitting** 50:10 51:12
  51:18,21 52:10,12
  52:23 53:6,12,14
  54:8,14 64:9
  145:24
**situations** 59:16
**six** 42:2,6,12
**skill** 9:23 10:6
  68:8 127:5
**skilled** 98:15
**slate** 105:2
**slayden** 2:9,10 4:6
  5:7 32:18,20
  48:12,19 79:5
  149:21 163:15,17
  163:21 166:9
**slide** 45:13 57:21
  63:21 75:11 76:19
  107:6,10
**slides** 76:20 78:16
**slowed** 145:2
**small** 45:1 85:8,15
  88:16 89:19 146:2
**smelled** 12:24

**smsc** 36:23
**snapchat** 153:5
**social** 153:3,15,17
**software** 8:1 13:9
  21:2
**sold** 7:23 8:4,15
  10:22 13:6 20:15
  22:21 40:22 46:13
  56:2 65:19,20
  74:14 78:15
  133:12
**solely** 153:13
**solution** 6:21 9:5,6
  83:4 85:13,16,19
  85:23 87:18,24
  88:9,11,13,15,20
  89:16 90:4,7
  91:10,20 92:12
  93:2,4,21,24 94:6
  95:15,23 102:9,17
  103:8 113:15
  114:9 115:22,22
  122:15 127:1
  128:2,6 136:17
  138:4,14,24 139:1
  140:8 141:3
  142:20 143:1,12
  147:7 148:20,20
**solutions** 1:23
  90:19
**solve** 111:22
**solved** 132:9
**somebody** 123:19
  157:21
**soon** 76:15 93:13
  93:20 154:4
**sorry** 19:18 23:13
  38:9 45:10 50:3
**sort** 12:24 29:1
  81:12 86:20
  106:10 107:13

127:10 129:22 130:14 132:16 133:14 138:8 140:10 149:3 166:3,4
**sounding** 91:20 92:12
**sounds** 19:6
**sparse** 126:9
**speak** 33:22 150:19
**speakers** 131:20
**speaking** 106:13
**spec** 103:24 113:19 133:21 136:7
**special** 147:4
**specific** 108:4,6 147:8 164:22
**specifically** 14:8 46:22 53:22 122:6
**specification** 10:8 20:4,10 68:22 72:10 99:1 100:9 102:19 103:10,19 104:12,15 107:23 116:20 117:22 126:9
**spell** 22:3
**spent** 83:8,10 92:3
**spreadsheet** 156:1
**spreadsheets** 156:7,10
**sroka** 87:11
**stake** 123:13
**stamped** 38:22
**stand** 28:8 62:5,7 62:11,13 64:15,24 65:24 85:15 88:16 89:19 149:9 154:9 157:15 160:5

**standard** 72:8,18 72:23 87:4 100:12 102:23 103:2,4,7,9 104:2 135:15 148:14
**standards** 37:2
**standing** 167:3
**standpoint** 5:12 17:23 50:24 55:24
**stands** 47:5 114:21
**starkly** 79:24
**start** 5:16 32:21 36:14,15 79:22 81:9 82:3 139:7 142:16,18 152:16
**started** 31:20 35:14,18,19 36:16 36:16,22 75:19 81:2 94:21 96:21 149:2
**starting** 144:4
**starts** 33:17 97:7
**state** 13:19,20 16:18 43:13 51:17 51:18 52:9,13,22 64:12
**stated** 73:22
**statement** 18:3 55:1 80:4 93:12 103:1,2 118:22 128:10 140:16 149:6
**statements** 35:5 64:18 86:1
**states** 1:1 38:19 45:8 55:14,16
**statute** 23:12 71:8 76:1
**stay** 154:12
**step** 39:23 55:2 61:23 119:7

**steps** 121:19
**stick** 165:15
**stood** 157:23 160:8
**stop** 93:17 112:4,7 112:8,21 122:18
**stories** 35:7
**story** 29:19 48:23 79:16,21 80:1 97:11
**straightforward** 84:20
**street** 1:17,24 2:5 3:4,11
**strong** 57:19
**stronger** 57:8
**structure** 117:22
**studied** 95:1 129:19
**stuff** 82:9 124:14 131:13
**subject** 23:8
**subjects** 31:1
**submit** 44:1,23 45:24 47:19 55:19 55:20 58:8,24 60:20,21 61:19 63:6,7 65:23 66:6 66:14 114:16
**submits** 45:4
**submitted** 58:9 61:18 62:21 63:12 63:15,18 67:1,9 73:19 113:22
**submitting** 37:19
**subpoena** 48:4
**subsequently** 128:19
**substance** 137:6
**substantive** 130:24

**substitute** 74:5 75:6
**substitutes** 74:3
**subtle** 51:3
**successful** 89:23
**successfully** 27:23
**sudden** 95:22
**sue** 139:23 147:15
**sufficient** 7:19 18:1,6 68:7
**suffix** 134:1
**suggest** 91:12 93:19 102:2 134:4 155:13
**suggesting** 29:19
**suggestion** 81:12 82:2
**suggests** 97:23
**suit** 28:9,21 76:4
**suite** 1:24
**sum** 32:15 137:6
**summary** 75:9
**super** 66:23 143:22 146:3 148:16
**supervision** 167:6
**supplemental** 31:12
**supplier** 77:24
**suppliers** 74:22 75:1
**supply** 53:21
**support** 9:15 12:11 28:11,13,19 81:18 82:11,20 104:7
**supported** 80:16
**supporting** 140:12
**supports** 45:4 48:7 49:13

**supposed**  14:4
  27:18
**sure**  11:13 18:14
  29:7 88:21 99:15
  99:24 106:11,18
  146:11 157:9
  160:4
**surprise**  20:24
**surprised**  18:13
**survived**  38:2
  39:12
**sw211a**  65:16,23
  66:4
**switch**  52:7 56:9
  60:7,8 63:11,14
  64:1 65:12 66:13
**switched**  52:6
**switches**  56:10
  60:9 62:4,5,7,14
  62:22 63:19,21
  64:15,19,24 65:24
  67:9,9,11 121:10
**switching**  62:15
  63:22 64:8,11
  67:18,19
**sworn**  156:13
**sympathy**  151:20
**system**  33:16 93:4
  95:19 102:20
  108:3 110:9 116:7
  116:15 122:10
  123:2 132:13
  164:7

**t**

**t**  167:1,1
**table**  50:10 145:23
**tablet**  152:23
**tackle**  5:14 27:1
  156:19
**tainted**  35:6

**take**  22:7 52:3
  53:1 79:7 88:1
  90:17 92:17
  114:11 115:4
  117:9 121:21
  122:20 135:24
  142:17 150:11
  151:5 154:6,21
  156:18 157:22
  159:17 166:7
**taken**  32:24 167:4
**takes**  119:23
  139:18
**talk**  39:13 50:4
  55:18 57:23 58:1
  95:17 97:24
  100:16 101:17
  103:17 104:19
  106:7,14,19 109:1
  109:17,18 110:21
  111:15,19 112:14
  112:18,22 113:7
  113:20 122:21
  125:8 130:11
  131:18,23 142:1,1
  142:2,4,9 145:11
  149:19 152:17
  154:5 155:7
  164:20
**talked**  37:6,15,19
  38:17 42:24 44:7
  50:12 56:9,13,17
  60:8 61:4 66:24
  68:4 75:7 76:18
  76:18 77:9 99:10
  120:23 124:13
**talking**  31:3,21
  45:12 46:23 50:6
  52:21,21 54:6,7
  62:4,12 67:19,20
  81:16 83:23 84:4

92:15 94:21 96:15
  96:16 103:14
  108:23,24 109:8,9
  111:18 112:4
  115:15,17 116:4
  117:21 133:15
  134:22 138:11
  140:15 141:5
**talks**  75:11 96:13
  108:19 112:5
**tamburri**  1:21
**tangri**  3:8
**taught**  127:15,22
**teach**  68:8 123:5
  124:23 126:6
  127:5,21 148:5
**team**  33:4
**technical**  36:3
  88:19 92:18 106:3
  107:2 126:17
  127:1 135:19
**technically**  93:7
  106:13,20 126:21
**technology**  1:4
  11:7 70:2
**tecvox's**  88:13
**telephones**  110:14
**tell**  28:8 29:15
  30:12 32:16 41:7
  49:9 69:4 70:10
  70:11 71:24 72:13
  73:13 134:9 154:9
  154:11 164:18
**telling**  34:11 48:24
  84:21
**tells**  41:9 59:9
  66:22 146:18
**term**  19:23 70:8
**terms**  20:9 33:2
  53:17 54:7 141:22

**terrible**  41:7
**test**  97:3 147:14
**tested**  55:13
**testified**  46:7
  47:23 55:11,17,22
  58:24 71:10,13,21
  84:18 98:20 99:6
  99:7,13 100:8
  101:8 104:6
  114:15,20
**testifies**  46:11
  98:11
**testify**  99:5 100:12
**testifying**  98:13
  99:20
**testimony**  30:12
  30:21 31:1 35:12
  41:17 46:2 49:12
  49:13 55:22 59:9
  67:4 73:24 76:21
  77:8 80:19 84:20
  89:6 90:12,18
  91:14 96:5 98:6,9
  103:6 112:1
  141:10
**testing**  14:24 15:6
  15:12 16:8 18:10
  21:1
**tests**  114:17,18
**tethered**  16:5
**texas**  2:14
**text**  42:7 153:1
**tfenton**  2:16
**thank**  6:12,14
  11:11,12 32:6,22
  33:3,4,9,13,20
  78:17,20 79:3,4,13
  149:18 150:4
  157:13 163:20
  165:6,8 166:5

**thanks** 166:13

**theme** 84:16 87:8

**theoretically**
119:20

**theories** 10:20

**theory** 10:24
13:22 16:7 21:6
119:18 142:10

**thereof** 167:8

**thin** 126:12

**thing** 5:12 18:24
31:8 51:7 59:14
80:17 84:5,22
90:13 91:22 95:10
99:3,21 104:14
106:12 108:2
112:3,12 116:24
120:17 121:3
124:7,16,19
126:15 128:5
131:6 132:12
133:4 134:12
135:12,19 139:4,6
139:13 141:5
147:6,21 154:8
164:10

**things** 5:10 16:2
28:16 30:22 34:8
35:18 55:8 59:19
93:11 94:11 97:8
98:7 99:8 105:22
107:24 108:1
111:5 114:13
122:15 130:6
131:21 133:1,18
133:23 136:24
137:7,14

**think** 5:11,17 6:9
13:7 14:10,12
17:24 18:5 30:14
31:15,19 32:1,16

34:1,13 35:22
36:1 46:17 48:6
59:12 66:21 69:18
73:23 77:17 79:14
81:12 84:19 86:6
86:16 88:5,23
89:8,24 90:3,16
91:23 92:13 94:18
96:9 97:1,19 98:6
98:9,18 99:1
104:21 106:16
109:22 110:2,3
114:4 119:22
123:14,24 127:8
127:13 130:4
131:12,13 133:1
134:4 135:14,22
136:6 137:6,18
142:3,6,11,17
144:7,9,15,20
145:5,14,22
147:11,13,18,22
155:14,17,21
157:19 164:21

**thinking** 33:23
34:14 80:22 81:3
81:24 87:16 91:13
99:22 126:18
135:5 146:1,8,13

**thinks** 65:19

**third** 90:24

**thought** 34:23
77:1 82:22,23
92:1 95:2 96:3
103:20 117:20
127:9 129:18
130:8 158:15
165:3

**thoughtfulness**
150:3

**threat** 92:19

**three** 11:19 36:6,6
36:23 38:3 39:2
42:21 56:20 57:2
57:3 85:11 95:4
98:1 109:24
121:20 133:23
140:12

**tied** 43:22

**tiktok** 153:5

**time** 1:16 14:7,11
17:6,11,18 26:22
32:22 33:1,22
35:10,16 37:1,3
47:18 50:21 51:11
51:14,19 52:19
53:16 62:21 63:13
64:1 68:15 77:19
79:3 80:6 81:4
83:10 88:1 90:20
93:6 94:1 97:13
100:15 110:21
111:16 116:6,12
119:7,20,21
120:19 122:16,20
127:20 129:19
132:6,21 135:17
136:7 139:19
154:6 167:4

**timeframe** 90:22
92:20

**timeline** 92:7,13
97:4

**times** 98:19 109:6
120:20 155:22

**timothy** 3:10

**title** 37:8 40:14
67:6

**titled** 60:8

**titles** 67:8

**today** 17:15 33:24
36:14 53:16 62:23
78:20 100:21

**told** 32:12 36:5
48:21,22 62:3,20
64:16 144:22

**tone** 84:7

**top** 41:9 47:8 60:4
69:23 70:3,20
131:18 133:24

**total** 24:14 25:1,4
25:5 78:3

**touch** 128:8

**tower** 2:12

**traces** 43:14,23

**transcribed** 167:6

**transcript** 1:11
47:24 167:7

**transcription**
167:6

**translated** 156:2

**trial** 15:10 24:7,21
25:3 38:24 68:14
78:22 79:15 100:8
151:2,12,16
155:21 163:23

**trials** 78:24 98:20

**tricky** 121:22

**tried** 128:2

**true** 10:13 40:22
96:7 106:8 124:10
128:13,14 130:20
167:7

**truman** 2:11

**trust** 94:12

**truth** 48:21 164:15

**try** 79:20 81:8
92:21 93:9 99:11
110:5 130:7 133:7
135:8 148:6

**trying**  11:18 20:1
   20:9 51:13 81:24
   85:18 90:6 92:3
   105:19 111:22
   113:19 126:16
   149:12
**tsaulsbury**  3:13
**turn**  79:6 139:7
**turns**  111:21
**tv**  164:13
**twice**  61:16 106:18
**twitter**  153:2
**two**  6:16,19 7:8,13
   8:8,12,15,20 9:20
   11:20,23 13:24
   14:15 15:13 16:2
   16:4 21:21,24
   28:1,16 29:4,8
   37:4,12 39:18,19
   41:5 42:1,9,17,22
   43:16 45:6 47:12
   47:14 49:1,4
   50:17 51:8,13
   52:11 56:9,18
   59:10,13 60:3,22
   60:22 61:5,23
   72:7 74:9,22 75:3
   77:24 89:20 91:3
   95:5,18,19 96:2
   98:14 99:19
   100:21,24 101:2
   101:16 102:1,6
   103:3 105:4,8,8,13
   105:18,24 106:5
   106:13,15,21,23
   106:24 107:24
   108:1,21,22
   109:14,16 110:5
   110:10,11,12,14
   111:13,18,19
   112:5 113:19,20

115:12,13,18
   116:2,3,5,5,11
   120:4,18 121:19
   122:15 123:16
   125:7 126:20
   128:11 131:3,10
   133:1 136:24
   141:7,10 143:19
   148:12,17 150:21
**type**  44:11 46:4
   62:24 64:23
   117:13
**typically**  42:20
   59:16 117:2

**u**

**u.s.**  133:13
**udc**  42:15,16
**udcs**  44:17,17
   45:11
**ultimate**  97:9
**ultimately**  119:13
**ultra**  77:3
**unanimous**  38:5
   154:18,23
**unchallenged**
   55:23
**uncontested**  55:11
   55:18
**understand**  12:17
   17:19 19:1 29:11
   85:21 86:6 97:1
   129:17 130:7
   160:19
**understanding**
   156:5
**understood**  21:15
**undisputed**  9:10
   9:14
**unfair**  69:19 70:1
   82:3

**unfortunately**
   164:12
**unit**  7:24 13:10
   15:20 24:14 43:8
   43:20,21 45:21
   66:13 109:2,9
   121:1 122:1
**united**  1:1 38:19
   55:14,16
**units**  24:10,12,24
   56:3
**unnoticed**  33:5
**unplugged**  52:6
**unplugging**  53:4
**unreasonable**
   24:17 70:1
**untainted**  46:2
**unwired**  41:11
   44:12,13 81:19
   82:3 85:9,13,19,22
   86:2,5,12 88:14,20
   89:11,18 90:5
   92:19 114:2 115:6
   143:11 144:22
   145:2 148:19
**updated**  44:9,20
**upper**  87:19,22
   90:1
**upstream**  42:16
   43:7,7 62:15 91:1
   121:23
**usb**  6:17 7:13 8:7
   8:9,10,11,15,19,20
   8:21,22 9:1,5 10:3
   15:17,21 20:3,10
   37:1,10 42:7,19,19
   47:3 50:11,17
   51:1,10,16 54:6
   62:13,15 66:12
   82:20 83:5 84:9
   84:12,22 87:4,14

89:22 93:1 98:24
   100:9,12 102:6,6
   102:11,18,20,23
   103:2,4,10,12,18
   103:24 104:12,15
   104:15,18 105:5,6
   105:11,19,24
   106:5 107:1,8,10
   107:22,23 108:5,6
   108:18,21 109:1,4
   109:8,11,14,16,16
   113:12,15,19
   114:3,10,13,16,18
   114:21,22 115:3,7
   115:8,9,12,13,14
   116:10,20,21
   117:22 123:16
   125:5 135:15
   136:7,8,10 144:6
   148:14,16,22
**usbgear**  65:20
**use**  10:10 13:2
   15:4,12 16:7 21:1
   28:20 34:10 45:2
   68:10 69:22 76:3
   94:19 96:7 102:15
   110:6 113:1
   116:24 123:6,9
   124:24 126:6
   127:16 136:3
   141:18,19 149:12
   152:22 153:10
   156:8,8,9 159:14
**uses**  72:23 135:7
**usually**  66:14,15

**v**

**valid**  38:6 39:5
   56:14 71:4,6
   126:2 128:13
   142:8 147:20

[validity - world]

**validity** 56:8 61:1
99:7,12,13 120:13
130:3,4,6 140:19
162:9
**valuable** 164:21
**value** 141:21
**various** 30:22
**vast** 97:21
**vendor** 108:4,6
**verdict** 146:21
148:8 152:1,15
153:9 154:14,16
154:17,17,19,24
155:4,7,12,14
158:17,19 159:9
159:11,15 160:13
160:19
**veritext** 1:23
**vested** 34:19
**viable** 90:4
**videotape** 48:10
**view** 9:8 20:12
129:6 161:20,21
**views** 152:8
**violation** 115:13
115:18
**virtue** 22:11 32:2
**vital** 164:5 165:2
**volume** 1:13
**voted** 154:11
**votes** 152:14
154:10,12
**voto** 28:7,22 29:2
46:7 71:21 81:22
82:5,14,22 83:12
86:17 89:11 94:24
95:17 96:19,23
105:15 106:8
108:20 109:3
113:22 115:11

**voto's** 28:9 30:21
30:24 49:12
**vs** 1:7

**w**

**w** 2:3
**wait** 22:14 52:4
96:2 118:18
**waiting** 51:21
52:10 80:8
**waiver** 31:10
**walk** 74:20
**walked** 129:11
**wall** 87:14
**want** 6:4 23:18
31:16 33:3,24
34:3 36:13 38:8,9
39:23 58:16 59:7
60:11 78:20 79:8
79:10,11,22 80:13
81:5,9 85:19,21
86:21 88:6 89:5
90:14 92:5 97:24
106:12,20 111:20
113:3,7 122:21
123:3,7 127:13
128:8 130:19
132:12,19,20
133:10,18 138:24
139:16 140:3
141:24 142:1,9
143:4 147:17
148:10 149:2,18
149:20 155:10,17
156:11 157:3,10
163:20,20 164:19
165:23 166:12
**wanted** 31:9 82:11
83:5 86:24 94:1
104:20 114:2
132:7 140:4 142:2

**wants** 33:4 53:22
79:8 110:21 111:1
118:8,11
**watching** 163:22
**way** 10:1 48:1
52:1 69:18 72:22
78:4 80:5 82:21
87:4 97:13,18
101:2,16,24 102:5
102:14 108:14
111:4,14 113:4
116:7 120:4,15
122:14 125:7
127:2 131:17,22
132:13 135:5,14
135:22 136:12,24
137:19 148:7,11
148:15 151:4,22
154:12 155:13
159:7,8
**ways** 81:22 112:5
**we've** 89:24
108:21 109:6
110:12 124:11,18
138:17 139:21
142:15 146:5,6
**website** 153:3
**wednesday** 1:15
**week** 164:14
**weeks** 95:5,5
**weight** 80:24
97:21 155:16
**went** 35:21 37:18
41:3 46:16,17
55:4 56:19 61:1
61:17 62:1 63:4,9
67:4 73:20 78:17
83:17 96:21 129:9
**widely** 130:14
**wiener** 3:9 27:5,8
27:15 29:13

**willful** 27:19 28:5
29:17,20 147:3,18
**willfully** 11:8
147:1
**willfulness** 23:21
25:10 28:11,13,19
28:20 31:2
**willing** 165:15,18
165:24
**wilmington** 1:18
2:6 3:5
**wire** 110:18
**wired** 43:16,16
**wireless** 43:13
**wish** 87:17
**witness** 4:2 98:10
100:7 155:19
157:17 167:9
**witnesses** 34:4,17
34:19 80:19 90:10
**wolson** 1:20 5:4
**wondering** 34:15
136:5
**words** 17:10 29:21
84:13 111:12
115:19 126:12
**work** 47:10 83:3
83:13,21 84:23
86:4 87:5,9 89:14
91:9 95:23 142:12
142:16 148:6,7
159:8
**worked** 133:7
**working** 81:10,20
82:10 88:18 89:13
97:7 100:10
**works** 86:6 110:20
120:16
**world** 33:16 51:12
127:16,21,22
128:23

**worry** 46:10
**worse** 138:23
**worth** 57:15 63:19
   66:9 89:23 99:22
   141:23 143:6
   146:7,9
**wound** 128:5
   146:20
**wrapped** 32:13
**write** 11:18 132:20
   147:10 153:24
   154:9,10
**writing** 38:21
**written** 10:14 12:8
   26:10,16 51:1
   57:13 61:14 66:15
   68:1 71:2,9 72:6,9
   103:11 122:23
   126:3 162:11
**wrong** 36:7 72:23
   115:16 153:15
**wrote** 93:14,22
   98:24 117:19
**wurzburg** 61:15
   61:16

**x**

**x** 4:1

**y**

**yeah** 31:14 56:21
   88:5 129:11
   132:10 148:5
   157:21
**years** 36:23 37:15
   57:5,6 69:20 70:2
   80:7 98:24 137:10
   137:11 149:15
**yellow** 36:9 43:11
   43:11
**yelp** 132:17,22

**yep** 158:21
**yesterday** 12:2
   32:12 41:4 89:3
   150:6
**youtube** 153:6

**z**

**zatkovich** 49:7,18
   49:20 55:4 56:4
   98:2 99:4,10,14
   104:24 105:9
   107:6 110:22
   111:24 116:14
   117:11 119:11
   120:12,23 121:17
   140:10
**zatkovich's** 49:14
   100:2
**zero** 142:7 146:16