IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> APTIV SERVICES US, LLC, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 17-1194-JDW <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF JARED CROP IN SUPPORT OF MOTION TO SEAL AND REDACT PORTIONS OF THE TRIAL TRANSCRIPTS

I, Jared Crop, declare and state as follows:

1. I understand that Microchip Technology Incorporated is plaintiff in a lawsuit captioned *Microchip Technology Inc. v. Aptiv Services US, LLC*, Civ No. 17-1194-JDW-CJB (D. Del.) ("Lawsuit").

2. This declaration is submitted in in support of Microchip's Motion to Seal and Redact Portions of the Trial Transcripts. Specifically, I am submitting this declaration in support of Microchip's request to redact competitive financial information related to certain products manufactured and sold by Microchip.

3. I am over the age of 18 and hold the position of Director - IP & Litigation at Microchip Technology Incorporated. I have personal and direct knowledge of the facts stated in this declaration, or believe them to be true based on my experience, review of business records or information I have otherwise received in the course of my duties, and I am competent to testify regarding the same.

1

4. I understand that absent a motion to seal and redact, the Court will cause the trial transcripts in this case to be available to the public in their entirety.

5. Volumes 3, 5, and 6 of the trial transcript contain Microchip's sensitive financial information related to certain products that Microchip currently sells and has sold in the past. This information includes pricing, costing, and profit information related to these products that is not public information and that Microchip protects from public disclosure because it is sensitive business intelligence.

6. Disclosing Microchip's confidential pricing information, costing information, and profits will cause irreparable damage to Microchip's business.

7. Microchip's specific quotations and pricing are covered by NDAs and contracts that specifically prohibit disclosure. In the market related to the products at issue in the Lawsuit, Microchip quotes pricing to Tier1 suppliers who then sell their products to the OEM auto manufacturers. In almost all cases, Microchip is prohibited from providing its agreed pricing to a Tier1 supplier (Microchip's customer) to the Tier1's end customers (OEM auto manufacturers) because doing so would damage the Tier1's business.

8. Microchip's public disclosures never disclose specific product or product family revenue or profits (including for the products at issue in the Lawsuit), and doing so will cause damage to Microchip's market valuation. At no time does Microchip provide its product profitability, cost, or revenue details to its customers, partners, or shareholders, as doing so could cause severe damage to Microchip's business.

9. Although Microchip product "List" price is public, each customer is given a specific quotation aligned to that specific product and piece of business (including for the products at issue in the Lawsuit). There is significant variation between the prices provided to different customers, and providing relative reference points to the customer's quotations against

Microchip's true average for the same product will do irreparable damage to Microchip's relationship with each customer.

10. Providing customers with Microchip's true profitability will have a large negative impact on Microchip's future profits, as each customer could use that information to demand price reductions. With respect to the product line at issue in the Lawsuit, this product line has profits that exceed Microchip's average due the large investment in developing the intellectual property required for this business.

11. If Microchip's confidential profitability on the products at issue in the Lawsuit is made public (and thus available to Microchip's competitors), those competitors may be more likely to enter the market in which they previously had no insight. For example, if Microchip's historical pricing is available to its competitors, it will allow them to quote much more aggressively and effectively against Microchip on new business, resulting in Microchip losing many future contracts and the resulting revenue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 16, 2022

_____
Jared Crop