# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROCHIP TECHNOLOGY INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-01194-JDW |
| | ) |
| APTIV SERVICES US, LLC, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF ERIC C. WIENER IN SUPPORT OF DEFENDANT APTIV SERVICES US, LLC'S BILL OF COSTS

OF COUNSEL:

Daralyn J. Durie
Timothy Saulsbury
Eric C. Wiener
Joyce C. Li
DURIE TANGRI LLP
217 Leidesdorff St.
San Francisco, CA 94111
(415) 362-6666

W. Henry Huttinger
Andrew T. Jones
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA  90013
(213) 992-4499

Dated:  October 25, 2022

Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant*
*Aptiv Services US, LLC*

I, Eric C. Wiener, hereby declare, affirm, and state the following:

1.  I am an attorney with the law firm of Durie Tangri LLP ("Durie Tangri"), counsel to Defendant Aptiv Services US, LLC ("Aptiv"). I offer this declaration in support of Aptiv's Bill of Costs.

2.  This Bill of Costs relates to a patent infringement case brought by Microchip Technology Inc. ("Microchip"). Aptiv prevailed at trial in April 2022. On September 9, 2022, the Court denied Microchip's motion pursuant to Fed. R. Civ. P. 59 for a new trial and resolved all pending post-trial motions. Dkt. 394. October 11, 2022 was therefore the deadline for Microchip to appeal the Order for Judgment Following a Jury Verdict, Dkt. 370. Fed. R. App. P. 4(a)(4). Microchip did not appeal the judgment. Pursuant to the Court's April 28, 2022 Order, Aptiv herby moves for $75,047.05 in costs through the submission of the Bill of Costs which it is filing herewith.

3.  Daralyn Durie and the Durie Tangri firm served as lead counsel for Aptiv in this matter starting on or around August 31, 2020. Attorneys from Stris & Maher LLP ("Stris & Maher") and another law firm preceded Ms. Durie as lead counsel. Philip A. Rovner of Potter Anderson & Corroon LLP served as Delaware counsel for the entire case.

4.  Information supporting Aptiv's Bill of Costs as described in this Declaration is based on documents maintained by Durie Tangri and based on documents provided to Durie Tangri by Stris & Maher. Documentation supporting Aptiv's Bill of Costs is attached hereto and described below.

5.  As a result of this lawsuit, Aptiv has necessarily incurred costs in the amount of $75,047.05. Pursuant to 28 U.S.C. § 1920 and Local Rule 54.1(b), these costs are itemized as follows:

    a.    Deposition costs of $34,422.90

    b.    Trial transcript costs of $39,020.40

    c.    Trial exhibit printing costs of $1,603.75

6. Aptiv is seeking costs related to 10 depositions pursuant to Local Rule 54.1(b)(3) and 28 U.S.C. § 1920(2). Although 18 depositions were conducted in this case, Aptiv is seeking costs only for the 10 deposition transcripts and/or videos used at trial. For each of the witnesses identified in the chart below, their deposition testimony was either read into the record during cross-examination or video of their deposition was played for the jury. Specifically, Mr. Bohm's videotaped deposition testimony was played during his cross-examination at trial. Dr. Garney, Dr. Levy, Mr. Voto, and Mr. Zatkovich's deposition testimony was read into the record during these witnesses' cross-examinations at trial. Mr. Ghosh, Mr. Perkins, Mr. Petku, Mr. Rozycki, and Mr. Sroka appeared at trial via videotaped deposition.

| Deponent | Invoice Date | Invoice No. | Cost |
|---|---|---|---|
| Bohm, Mark | 8/23/2019 | SF3916770 | $2,218.75 |
| Bohm, Mark | 8/23/2019 | SF3917910 | $2,087.25 |
| Garney, John | 11/20/2019 | SF4049175 | $3,297.30 |
| Garney, John | 11/21/2019 | SF4051934 | $2,888.75 |
| Garney, John | 12/5/2019 | SF4072266 | $630.00 |
| Ghosh, Atish | 9/17/2019 | SF3932913 | $4,168.30 |
| Ghosh, Atish | 9/11/2019 | SF3940366 | $2,136.75 |
| Levy, John | 12/16/2019 | SF4090937 | $1,839.75 |
| Perkins, Donald | 8/30/2019 | SF3928644 | $1,927.00 |
| Perkins, Donald | 9/5/2019 | SF3934169 | $1,542.75 |
| Petku, Craig | 8/26/2019 | 103446 | $1,938.25 |
| Rozycki, Rene | 9/4/2019 | SF3930546 | $693.00 |
| Rozycki, Rene | 9/4/2019 | SF3925603 | $489.00 |
| Sroka, David | 8/29/2019 | SF3923945 | $1,788.55 |
| Sroka, David | 8/29/2019 | SF3922483 | $1,744.25 |
| Voto, Robert | 8/26/2019 | 103627 | $1,116.65 |
| Zatkovich, Ivan | 12/4/2019 | SF4067443 | $2,175.85 |
| Zatkovich, Ivan | 12/20/2019 | SF4101516 | $1,740.75 |
| | | Subtotal | $34,422.90 |

The invoices for these depositions, which were sent to Durie Tangri by Elizabeth Brannan of Stris & Maher, are attached at **Exhibit 1** in the order of appearance in the chart above.

7.  Aptiv is seeking costs for daily trial transcripts pursuant to Local Rule 54.1(b)(2) and 28 U.S.C. § 1920(2), which were necessary in order for Aptiv's counsel to prepare for examinations and cross-examinations, to understand the Court's rulings to objections at sidebars, to argue motions for judgment as a matter of law, and to prepare for closing arguments on the final day of trial. These costs are summarized in the chart below:

| Trial Day | Invoice Date | Invoice No. | Cost |
| --- | --- | --- | --- |
| 4/6/2022 | 4/18/2022 | 5697872 | $7,080.50 |
| 4/7/2022 | 4/18/2022 | 5701152 | $5,848.60 |
| 4/8/2022 | 4/18/2022 | 5704247 | $7,398.20 |
| 4/11/2022 | 4/18/2022 | 5711236 | $7,681.30 |
| 4/12/2022 | 4/18/2022 | 5714059 | $7,755.80 |
| 4/13/2022 | 4/18/2022 | 5715647 | $3,256.00 |
| | | **Subtotal** | **$39,020.40** |

The invoices for these trial transcript costs are attached at **Exhibit 2** in the order of appearance in the chart above.

8.  Aptiv is seeking printing costs for one copy of each exhibit that was admitted into evidence at trial pursuant to Local Rule 54.1(b)(5) and 28 U.S.C. § 1920(4). Counsel for Aptiv and Microchip retained Parcels, Inc. ("Parcels") to print copies of 343 potential trial exhibits. The invoice for Aptiv's share of that print order is attached as **Exhibit 3**. Only 82 of those printed exhibits were admitted into evidence. At my direction, staff at my firm have calculated the portion of the Parcels invoice attributable to the exhibits admitted into evidence using the Parcels rates, whether the exhibit was printed in color, and the number of pages for each exhibit. Parcels charged $1 per page for color exhibits. For black-and-white exhibits, Parcels charged $1

for the first page and 15 cents each for subsequent pages.  This calculation is reflected in the chart attached as **Exhibit 4**.  The total cost to Aptiv for printing one copy of each exhibit admitted into evidence at trial is $1,603.75.

I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct. Executed on October 25, 2022 in Berkeley, California.

*/s/ Eric. C. Wiener*
ERIC C. WIENER

10396685