# EXHIBIT 1

## Veritext, LLC
## Western Region



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| Bill To: | Elizabeth Brannen Esq.<br>Stris & Maher, LLP<br>777 South Figueroa Street<br>Suite 3850<br>Los Angeles, CA, 90071 | | | | |
|---|---|---|---|---|---|

| | | | | **Invoice #:** | SF3916770 |
|---|---|---|---|---|---|
| | | | | **Invoice Date:** | 8/23/2019 |
| | | | | **Balance Due:** | $2,218.75 |

| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC |
|---|---|
| **Job #:** | 3476690 | Job Date: 8/6/2019 | Delivery: Normal |
| **Billing Atty:** | Elizabeth Brannen Esq. |
| **Location:** | Slayden Grubert Beard |
| | 401 Congress Ave. | Frost Bank Tower, #1650<br>Austin, TX 78701 |
| **Sched Atty:** | Elizabeth Brannen Esq. | Stris & Maher LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 244.00 | $1,207.80 |
| | Attendance Fee | 1 | 8.50 | $212.50 |
| | Exhibits | Per Page | 193.00 | $125.45 |
| | Rough Draft | Page | 244.00 | $366.00 |
| Mark Bohm | Surcharge - Video Deposition | Page | 244.00 | $122.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| **Notes:** | | **Invoice Total:** | $2,218.75 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $2,218.75 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | **SF3916770** |
|---|---|
| **Job #:** | **3476690** |
| **Invoice Date:** | **8/23/2019** |
| **Balance:** | **$2,218.75** |

154610

## Veritext, LLC
## Western Region

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Hanna Chandoo | **Invoice #:** SF3917910 |
| Stris & Maher, LLP | **Invoice Date:** 8/23/2019 |
| 777 South Figueroa Street | **Balance Due:** $2,087.25 |
| Suite 3850 | |
| Los Angeles, CA, 90017 | |

| | | |
|---|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC | **Third Party:** |
| **Job #:** | 3476690 \| Job Date: 8/6/2019 \| Delivery: Normal | |
| **Billing Atty:** | Elizabeth Brannen Esq. | |
| **Location:** | Slayden Grubert Beard | |
| | 401 Congress Ave. \| Frost Bank Tower, #1650 Austin, TX 78701 | |
| **Sched Atty:** | Elizabeth Brannen Esq. \| Stris & Maher LLP | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Services | | 10.25 | $2,029.50 |
| Mark Bohm | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,087.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,087.25 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **SF3917910** |
| **Job #:** | **3476690** |
| **Invoice Date:** | **8/23/2019** |
| **Balance:** | **$2,087.25** |

154610

## Veritext, LLC
## California Region

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Hanna Chandoo Esq.<br>Stris & Maher, LLP<br>777 South Figueroa Street<br>Suite 3850<br>Los Angeles, CA, 90017 | **Invoice #:** SF4049175<br>**Invoice Date:** 11/20/2019<br>**Balance Due:** $3,297.30 |

| | |
|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC |
| **Job #:** | 3666645 \| Job Date: 11/14/2019 \| Delivery: Expedited |
| **Billing Atty:** | Hanna Chandoo Esq. |
| **Location:** | Stris & Maher LLP |
| | 777 Figueroa Street \| 3850<br>Los Angeles, CA 90017 |
| **Sched Atty:** | Brian C. Banner \| Slayden Grubert Beard PLLC |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $2,329.75 |
| John Garney | Exhibit Management | $427.05 |
| | Rough Draft | $505.50 |
| | Delivery and Handling | $35.00 |

| **Notes:** | | |
|---|---|---|
| | **Invoice Total:** | $3,297.30 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,297.30 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** **SF4049175**
**Job #:** **3666645**
**Invoice Date:** **11/20/2019**
**Balance:** **$3,297.30**

154610

## Veritext, LLC
## California Region



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Justin M. Barnes<br>Stris & Maher, LLP<br>777 South Figueroa Street<br>Suite 3850<br>Los Angeles, CA, 90017 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | SF4051934<br>11/21/2019<br>$2,888.75 |

| | |
|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC |
| **Job #:** | 3769450 \| Job Date: 11/15/2019 \| Delivery: Expedited |
| **Billing Atty:** | Justin M. Barnes |
| **Location:** | Stris & Maher LLP |
| | 777 Figueroa Street \| 3850<br>Los Angeles, CA 90017 |
| **Sched Atty:** | Brian C. Banner \| Slayden Grubert Beard PLLC |

| Witness | Description | Amount |
|---|---|---|
| John Garney , Vol. 2 | Transcript Services | $2,086.75 |
| | Rough Draft | $451.50 |
| | Exhibit Management | $315.50 |
| | Delivery and Handling | $35.00 |

| **Notes:** | | **Invoice Total:** | $2,888.75 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $2,888.75 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **SF4051934** |
|---|---|
| **Job #:** | **3769450** |
| **Invoice Date:** | **11/21/2019** |
| **Balance:** | **$2,888.75** |

154610

**Veritext, LLC**
**California Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Hanna Chandoo Esq. | **Invoice #:** | SF4072266 |
| Stris & Maher, LLP | **Invoice Date:** | 12/5/2019 |
| 777 South Figueroa Street | **Balance Due:** | $630.00 |
| Suite 3850 | | |
| Los Angeles, CA, 90017 | | |

| | |
|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC |
| **Job #:** | 3666645 \| Job Date: 11/14/2019 \| Delivery: Normal |
| **Billing Atty:** | Hanna Chandoo Esq. |
| **Location:** | Stris & Maher LLP |
| | 777 Figueroa Street \| 3850 Los Angeles, CA 90017 |
| **Sched Atty:** | Brian C. Banner \| Slayden Grubert Beard PLLC |

| Witness | Description | Amount |
|---|---|---|
| John Garney | Video Services | $595.00 |
| | Delivery and Handling | $35.00 |

| **Notes:** | | |
|---|---|---|
| | **Invoice Total:** | $630.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $630.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **SF4072266** |
| **Job #:** | **3666645** |
| **Invoice Date:** | **12/5/2019** |
| **Balance:** | **$630.00** |

154610

## Veritext, LLC
## California Region

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Elizabeth Brannen Esq.<br>Stris & Maher, LLP<br>777 South Figueroa Street<br>Suite 3850<br>Los Angeles, CA, 90017 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | SF3932913<br>9/17/2019<br>$4,168.30 |

| | |
|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC |
| **Job #:** | 3476744 \| Job Date: 8/21/2019 \| Delivery: Expedited |
| **Billing Atty:** | Elizabeth Brannen Esq. |
| **Location:** | Slayden Grubert Beard |
| | 401 Congress Ave. \| Frost Bank Tower, #1650<br>Austin, TX 78701 |
| **Sched Atty:** | Elizabeth Brannen Esq. \| Stris & Maher LLP |

**Third Party:**

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Atish Gosh | Original with 1 Certified Transcript | Page | 321.00 | $3,338.40 |
| | Surcharge - Extended Hours | Hour | 1.00 | $95.00 |
| | Exhibits | Per Page | 556.00 | $361.40 |
| | Surcharge - Video Deposition | Page | 321.00 | $160.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Parking Expense | Per hour | 1.00 | $28.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| **Notes:** | | **Invoice Total:** | $4,168.30 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $4,168.30 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

154610

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **SF3932913** |
|---|---|
| **Job #:** | **3476744** |
| **Invoice Date:** | **9/17/2019** |
| **Balance:** | **$4,168.30** |

**Veritext, LLC**
**California Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Elizabeth Brannen Esq. | | |
|---|---|---|---|
| | Stris & Maher, LLP | **Invoice #:** | SF3940366 |
| | 777 South Figueroa Street | **Invoice Date:** | 9/11/2019 |
| | Suite 3850 | **Balance Due:** | $2,136.75 |
| | Los Angeles, CA, 90017 | | |

| | |
|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC |
| **Job #:** | 3476744 \| Job Date: 8/21/2019 \| Delivery: Normal |
| **Billing Atty:** | Elizabeth Brannen Esq. |
| **Location:** | Slayden Grubert Beard |
| | 401 Congress Ave. \| Frost Bank Tower,#1650 |
| | Austin, TX 78701 |
| **Sched Atty:** | Elizabeth Brannen Esq. \| Stris & Maher LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Services | | 10.50 | $2,079.00 |
| Atish Gosh | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| **Notes:** | | **Invoice Total:** | $2,136.75 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $2,136.75 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

154610

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **SF3940366** |
|---|---|
| **Job #:** | **3476744** |
| **Invoice Date:** | **9/11/2019** |
| **Balance:** | **$2,136.75** |

**Veritext, LLC**
**California Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Justin M. Barnes | **Invoice #:** | SF4090937 |
| | Stris & Maher, LLP | **Invoice Date:** | 12/16/2019 |
| | 777 South Figueroa Street | **Balance Due:** | $1,839.75 |
| | Suite 3850 | | |
| | Los Angeles, CA, 90017 | | |

| | |
|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC |
| **Job #:** | 3613009 \| Job Date: 11/21/2019 \| Delivery: Normal |
| **Billing Atty:** | Justin M. Barnes |
| **Location:** | Slayden Grubert Beard PLLC |
| | 401 Congress Avenue \| Suite  1650 |
| | Austin, TX 78701 |
| **Sched Atty:** | Elizabeth Brannen Esq. \| Stris & Maher LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| John Levy , Ph.D. | Video - Services | | 9.00 | $1,782.00 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| **Notes:** | | **Invoice Total:** | $1,839.75 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,839.75 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **SF4090937** |
| **Job #:** | **3613009** |
| **Invoice Date:** | **12/16/2019** |
| **Balance:** | **$1,839.75** |

154610

## Veritext, LLC
## Western Region



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Elizabeth Brannen Esq.<br>Stris & Maher, LLP<br>777 South Figueroa Street<br>Suite 3850<br>Los Angeles, CA, 90017 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | SF3928644<br>8/30/2019<br>$1,927.00 |

| | |
|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC |
| **Job #:** | 3476750 \| Job Date: 8/15/2019 \| Delivery: Normal |
| **Billing Atty:** | Elizabeth Brannen Esq. |
| **Location:** | Sheraton Chapel Hill Hotel |
| | One Europa Drive<br>Chapel Hill, NC 27517 |
| **Sched Atty:** | Elizabeth Brannen Esq. \| Stris & Maher LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 260.00 | $1,287.00 |
| | Attendance Fee | 1 | 1.00 | $175.00 |
| | Exhibits | Per Page | 300.00 | $195.00 |
| Donald Perkins | Surcharge - Video Deposition | Page | 260.00 | $130.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| **Notes:** | | **Invoice Total:** | $1,927.00 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,927.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **SF3928644** |
| **Job #:** | **3476750** |
| **Invoice Date:** | **8/30/2019** |
| **Balance:** | **$1,927.00** |

**Veritext, LLC**
**California Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| **Bill To:** | Elizabeth Brannen Esq. | **Invoice #:** | SF3934169 |
|---|---|---|---|
| | Stris & Maher, LLP | **Invoice Date:** | 9/5/2019 |
| | 777 South Figueroa Street | **Balance Due:** | $1,542.75 |
| | Suite 3850 | | |
| | Los Angeles, CA, 90017 | | |

| | |
|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC |
| **Job #:** | 3476750 | Job Date: 8/15/2019 | Delivery: Normal |
| **Billing Atty:** | Elizabeth Brannen Esq. |
| **Location:** | Sheraton Chapel Hill Hotel |
| | One Europa Drive |
| | Chapel Hill, NC 27517 |
| **Sched Atty:** | Elizabeth Brannen Esq. | Stris & Maher LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Donald Perkins | Video - Services | | 7.50 | $1,485.00 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| **Notes:** | **Invoice Total:** | $1,542.75 |
|---|---|---|
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,542.75 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

154610

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **SF3934169** |
|---|---|
| **Job #:** | **3476750** |
| **Invoice Date:** | **9/5/2019** |
| **Balance:** | **$1,542.75** |

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 103446 | 8/26/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 26814.001 | 7/30/2019 | 17-01194-LPS-CJB |
| **Case Name** | | |
| MICROCHIP TECHNOLOGY INCORPORATED VS. APTIV SERVICES US, LLC | | |
| **Records Pertaining To** | | |
| CRAIG PETKU, INDV/CR 30(b)(6) APTIV SERV. (Oral/Video Depo Schedul | | |

Kenneth J. Halpern
STRIS & MAHER, LLP
725 S. Figueroa Street, Suite 1830
Los Angeles, CA 90017

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ORAL/VIDEOTAPED DEPOSITION | Kenneth J. Halpern<br>STRIS & MAHER, LLP<br>725 S. Figueroa Street, Suite 1830<br>Los Angeles, CA 90017 | Client Matter No.: (Clinton Township, MI)<br>Claim No.:<br>Insured:<br>D/O/L: |
| , | | |

| | |
|---|---|
| CRAIG PETKU, INDV/CR 30(b)(6) APTIV SERV. (Oral/Video Depo<br>Scheduled 08/01/2019) (ORAL/VIDEOTAPED DEPOSITION) | 1,938.25 |
| **TOTAL DUE >>>** | **$1,938.25** |

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**Tax ID:** 26-4693089

*Please detach bottom portion and return with payment.*

Kenneth J. Halpern
STRIS & MAHER, LLP
725 S. Figueroa Street, Suite 1830
Los Angeles, CA 90017

| | | |
|---|---|---|
| Invoice No. | : | 103446 |
| Invoice Date | : | 8/26/2019 |
| **Total Due** | : | **$1,938.25** |

| | | | |
|---|---|---|---|
| Remit To: | **THE LEGAL CONNECTION, INC.**<br>**7103 Oak Meadow Dr., Suite A**<br>**Austin, TX 78736** | Order No.<br>BU ID<br>Case No.<br>Case Name | : 26814.001<br>: MAIN<br>: 17-01194-LPS-CJB<br>: MICROCHIP TECHNOLOGY INCORPORATED<br>  VS. APTIV SERVICES US, LLC |

**Veritext, LLC**
**California Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Elizabeth Brannen Esq.<br>Stris & Maher, LLP<br>777 South Figueroa Street<br>Suite 3850<br>Los Angeles, CA, 90017 | | |
|---|---|---|---|

| | | Invoice #: | SF3930546 |
|---|---|---|---|
| | | Invoice Date: | 9/4/2019 |
| | | Balance Due: | $693.00 |

| Case: | Microchip Technology Incorporated v. Aptiv Services US, LLC |
|---|---|
| Job #: | 3493116 | Job Date: 8/16/2019 | Delivery: Normal |
| Billing Atty: | Elizabeth Brannen Esq. |
| Location: | Wilder Office Suites – Clearwater |
| | 3000 Gulf to Bay Blvd.<br>Clearwater, FL 33759 |
| Sched Atty: | Elizabeth Brannen Esq. | Stris & Maher LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Minimum Charge for Services Rendered | 1 | 1.00 | $375.00 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 |
| | Exhibits | Per Page | 20.00 | $13.00 |
| Rene Rozycki | Surcharge - Video Deposition | Page | 50.00 | $25.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | Invoice Total: | $693.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $693.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | SF3930546 |
|---|---|
| Job #: | 3493116 |
| Invoice Date: | 9/4/2019 |
| Balance: | $693.00 |

154610   Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Veritext, LLC**
**California Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Elizabeth Brannen Esq. | | |
|---|---|---|---|
| | Stris & Maher, LLP | **Invoice #:** | SF3925603 |
| | 777 South Figueroa Street | **Invoice Date:** | 9/4/2019 |
| | Suite 3850 | **Balance Due:** | $489.00 |
| | Los Angeles, CA, 90017 | | |

| | |
|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC |
| **Job #:** | 3493116 | Job Date: 8/16/2019 | Delivery: Normal |
| **Billing Atty:** | Elizabeth Brannen Esq. |
| **Location:** | Wilder Office Suites – Clearwater |
| | 3000 Gulf to Bay Blvd. Clearwater, FL 33759 |
| **Sched Atty:** | Elizabeth Brannen Esq. | Stris & Maher LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Rene Rozycki | Video - Services | | 2.25 | $416.25 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 |
| | Video-Electronic Access | 1 | 1.00 | $50.00 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $489.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $489.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

154610

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **SF3925603** |
|---|---|
| **Job #:** | **3493116** |
| **Invoice Date:** | **9/4/2019** |
| **Balance:** | **$489.00** |

# Veritext, LLC
# Western Region

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| **Bill To:** | Steven Stiglitz Esq<br>Stris & Maher, LLP<br>777 South Figueroa Street<br>Suite 3850<br>Los Angeles, CA, 90017 | **Invoice #:** | SF3923945 |
|---|---|---|---|
| | | **Invoice Date:** | 8/29/2019 |
| | | **Balance Due:** | $1,788.55 |

| | |
|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC |
| **Job #:** | 3476739 | Job Date: 8/8/2019 | Delivery: Normal |
| **Billing Atty:** | Steven Stiglitz Esq |
| **Location:** | Osborn Maledon PA |
| | 2929 North Central Avenue | 21st Floor<br>Phoenix, AZ 85012 |
| **Sched Atty:** | Steven Stiglitz Esq | Stris & Maher LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 169.00 | $929.50 |
| | Attendance Fee | 1 | 1.00 | $195.00 |
| | Exhibits | Per Page | 217.00 | $141.05 |
| | Rough Draft | Page | 169.00 | $253.50 |
| David Sroka | Surcharge - Video Deposition | Page | 169.00 | $84.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| **Notes:** | | **Invoice Total:** | $1,788.55 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,788.55 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**<br>**www.veritext.com**

154610   Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover)

Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303

| **Invoice #:** | **SF3923945** |
|---|---|
| **Job #:** | **3476739** |
| **Invoice Date:** | **8/29/2019** |
| **Balance:** | **$1,788.55** |

## Veritext, LLC
## Western Region

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| **Bill To:** | Steven Stiglitz Esq | **Invoice #:** | SF3922483 |
|---|---|---|---|
| | Stris & Maher, LLP | **Invoice Date:** | 8/29/2019 |
| | 777 South Figueroa Street | **Balance Due:** | $1,744.25 |
| | Suite 3850 | | |
| | Los Angeles, CA, 90017 | | |

| | |
|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC |
| **Job #:** | 3476739 | Job Date: 8/8/2019 | Delivery: Normal |
| **Billing Atty:** | Steven Stiglitz Esq |
| **Location:** | Osborn Maledon PA |
| | 2929 North Central Avenue | 21st Floor |
| | Phoenix, AZ 85012 |
| **Sched Atty:** | Steven Stiglitz Esq | Stris & Maher LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| David Sroka | Video - Services | | 6.75 | $1,336.50 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 |
| | Exhibit Capture | 1 | 1.00 | $350.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| **Notes:** Exhibit capture was setup but not used. | **Invoice Total:** | $1,744.25 |
|---|---|---|
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,744.25 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **SF3922483** |
|---|---|
| **Job #:** | **3476739** |
| **Invoice Date:** | **8/29/2019** |
| **Balance:** | **$1,744.25** |

154610

# INVOICE



**Corporate Office: 512.892.5700**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 103627 | 8/26/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 26909.001 | 8/1/2019 | 17-01194-LPS-CJB |
| **Case Name** | | |
| MICROCHIP TECHNOLOGY INCORPORATED VS. APTIV SERVICES US, LLC | | |
| **Records Pertaining To** | | |
| ROB VOTO (Oral/Video Deposition Scheduled 08/06/2019) | | |

Kenneth J. Halpern
STRIS & MAHER, LLP
725 S. Figueroa Street, Suite 1830
Los Angeles, CA  90017

| Records From | Ordered By | Reference Info. |
|---|---|---|
| VIDEOTAPED ORAL DEPOSITION | Kenneth J. Halpern<br>STRIS & MAHER, LLP<br>725 S. Figueroa Street, Suite 1830<br>Los Angeles, CA  90017 | Client Matter No.: (Clinton Township, MI)<br>Claim No.:<br>Insured:<br>D/O/L: |
| , | | |

ROB VOTO (Oral/Video Deposition Scheduled 08/06/2019)     1,116.65
(ORAL/VIDEOTAPED DEPOSITION)

**TOTAL DUE  >>>**     **$1,116.65**

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**Tax ID:** 26-4693089

*Please detach bottom portion and return with payment.*

Kenneth J. Halpern
STRIS & MAHER, LLP
725 S. Figueroa Street, Suite 1830
Los Angeles, CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 103627 |
| Invoice Date | : | 8/26/2019 |
| **Total Due** | : | **$1,116.65** |

| | | |
|---|---|---|
| Remit To: | **THE LEGAL CONNECTION, INC.**<br>**7103 Oak Meadow Dr., Suite A**<br>**Austin, TX  78736** | |

| | | |
|---|---|---|
| Order No. | : | 26909.001 |
| BU ID | : | MAIN |
| Case No. | : | 17-01194-LPS-CJB |
| Case Name | : | MICROCHIP TECHNOLOGY INCORPORATED<br>VS. APTIV SERVICES US, LLC |

## Veritext, LLC
## California Region

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Elizabeth Brannen Esq.<br>Stris & Maher, LLP<br>777 South Figueroa Street<br>Suite 3850<br>Los Angeles, CA, 90017 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | SF4067443<br>12/4/2019<br>$2,175.85 |

| | |
|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC |
| **Job #:** | 3608153 \| Job Date: 11/14/2019 \| Delivery: Normal |
| **Billing Atty:** | Elizabeth Brannen Esq. |
| **Location:** | Slayden Grubert Beard PLLC |
| | 401 Congress Avenue \| Suite 1650<br>Austin, TX 78701 |
| **Sched Atty:** | Elizabeth Brannen Esq. \| Stris & Maher LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Ivan Zatkovich | Original with 1 Certified Transcript | Page | 206.00 | $1,133.00 |
| | Attendance Fee | 1 | 7.00 | $175.00 |
| | Exhibits - Color | Per Page | 80.00 | $76.00 |
| | Exhibits | Per Page | 349.00 | $226.85 |
| | Rough Draft | Page | 206.00 | $309.00 |
| | Surcharge - Video Deposition | Page | 206.00 | $103.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $25.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 |

| **Notes:** | | |
|---|---|---|
| | **Invoice Total:** | $2,175.85 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,175.85 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

154610

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **SF4067443** |
| **Job #:** | **3608153** |
| **Invoice Date:** | **12/4/2019** |
| **Balance:** | **$2,175.85** |

## Veritext, LLC
## California Region

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Elizabeth Brannen Esq.<br>Stris & Maher, LLP<br>777 South Figueroa Street<br>Suite 3850<br>Los Angeles, CA, 90017 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | SF4101516<br>12/20/2019<br>$1,740.75 |

| | | |
|---|---|---|
| **Case:** | Microchip Technology Incorporated v. Aptiv Services US, LLC | **Third Party:** |
| **Job #:** | 3608153 | Job Date: 11/14/2019 | Delivery: Normal | |
| **Billing Atty:** | Elizabeth Brannen Esq. | |
| **Location:** | Slayden Grubert Beard PLLC | |
| | 401 Congress Avenue | Suite  1650<br>Austin, TX 78701 | |
| **Sched Atty:** | Elizabeth Brannen Esq. | Stris & Maher LLP | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Ivan Zatkovich | Video - Services | | 8.50 | $1,683.00 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,740.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,740.75 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **SF4101516** |
| **Job #:** | **3608153** |
| **Invoice Date:** | **12/20/2019** |
| **Balance:** | **$1,740.75** |

154610

# EXHIBIT 2

## Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Shannon J. Hamlin | |
| Potter Anderson & Corroon LLP | |
| 1313 N Market Street | |
| Hercules Plaza, 6th Floor | |
| Wilmington, DE, 19801 | |

| | |
|---|---|
| **Invoice #:** | **5697872** |
| **Invoice Date:** | 4/18/2022 |
| **Balance Due:** | **$0.00** |

| **Case: Microchip Technology Incorporated  v. Delphi Automotive Systems, LLC (1:17-cv-01194-JDW)** | **Proceeding Type: Courts/Trials/Bankruptcy** |
|---|---|

Job #: 5162157   |   Job Date: 4/6/2022   |   Delivery: Daily

Location:            Wilmington, DE

Billing Atty:        Shannon J. Hamlin

Scheduling Atty:  George Wylesol Esq | United States District Court Delaware

| Witness: Trial Volume 1 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript - Hearing | 310.00 | $6.95 | $2,154.50 |
| Transcript - Fee for Daily | 310.00 | $6.95 | $2,154.50 |
| Attendance - Hearing | 1.00 | $200.00 | $200.00 |
| Realtime Services | 310.00 | $2.30 | $713.00 |
| Rough Draft | 310.00 | $2.30 | $713.00 |
| Realtime Services | 310.00 | $2.30 | $713.00 |
| Rough Draft | 310.00 | $1.15 | $356.50 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

| Notes: | **Invoice Total:** | **$7,080.50** |
|---|---|---|
| | **Payment:** | **($7,080.50)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 5697872
**Invoice Date:** 4/18/2022
**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

28857

# Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Daralyn J. Durie Esq | | | |
|---|---|---|---|---|
| | Durie Tangri LLP | **Invoice #:** | | **5701152** |
| | 217 Leidesdorff St | **Invoice Date:** | | **4/18/2022** |
| | San Francisco, CA, 94111 | **Balance Due:** | | **$0.00** |

| **Case: Microchip Technology Incorporated  v. Delphi Automotive Systems, LLC (1:17-cv-01194-JDW)** | **Proceeding Type: Courts/Trials/Bankruptcy** |
|---|---|

Job #: 5162168    |    Job Date: 4/7/2022    |    Delivery: Daily

| Location: | Wilmington, DE |
|---|---|
| Billing Atty: | Daralyn J. Durie Esq |
| Scheduling Atty: | George Wylesol Esq | United States District Court Delaware |

| Witness: Trial Volume 2 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript - Hearing | 374.00 | $4.00 | $1,496.00 |
| Transcript - Fee for Daily | 374.00 | $4.00 | $1,496.00 |
| Attendance - Hearing | 1.00 | $200.00 | $200.00 |
| Realtime Services | 374.00 | $2.30 | $860.20 |
| Rough Draft | 374.00 | $2.30 | $860.20 |
| Realtime Services | 374.00 | $2.30 | $860.20 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

| Notes: | **Invoice Total:** | **$5,848.60** |
|---|---|---|
| | **Payment:** | **($5,848.60)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 5701152** |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice Date: 4/18/2022** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Balance Due: $0.00** |
| Chicago IL 60694-1303 | **Bank Addr:** 311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:** 4353454 **ABA:** 071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

117715

## Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Vince Harrington | | |
|---|---|---|---|
| | Durie Tangri LLP | **Invoice #:** | **5704247** |
| | 217 Leidesdorff St | **Invoice Date:** | **4/18/2022** |
| | San Francisco, CA, 94111 | **Balance Due:** | **$0.00** |

| Case: Microchip Technology Incorporated  v. Delphi Automotive Systems, LLC (1:17-cv-01194-JDW) | Proceeding Type: Courts/Trials/Bankruptcy |
|---|---|

Job #: 5162169   |   Job Date: 4/8/2022   |   Delivery: Daily

| Location: | Wilmington, DE |
|---|---|
| Billing Atty: | Vince Harrington |
| Scheduling Atty: | George Wylesol Esq | United States District Court Delaware |

| Witness: Trial Volume 3 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript - Hearing | 478.00 | $4.00 | $1,912.00 |
| Transcript - Fee for Daily | 478.00 | $4.00 | $1,912.00 |
| Attendance - Hearing | 1.00 | $200.00 | $200.00 |
| Realtime Services | 478.00 | $2.30 | $1,099.40 |
| Rough Draft | 478.00 | $2.30 | $1,099.40 |
| Realtime Services | 478.00 | $2.30 | $1,099.40 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$7,398.20** |
| | **Payment:** | **($7,398.20)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 5704247** |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice Date: 4/18/2022** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Balance Due: $0.00** |
| Chicago IL 60694-1303 | **Bank Addr:** 311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:** 4353454 **ABA:** 071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

## Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Vince Harrington |  | **Invoice #:** | **5711236** |
|---|---|---|---|---|
|  | Durie Tangri LLP |  | **Invoice Date:** | **4/18/2022** |
|  | 217 Leidesdorff St |  | **Balance Due:** | **$0.00** |
|  | San Francisco, CA, 94111 |  |  |  |

| Case: Microchip Technology Incorporated  v. Delphi Automotive Systems, LLC (1:17-cv-01194-JDW) | Proceeding Type: Courts/Trials/Bankruptcy |
|---|---|

Job #: 5162170   |   Job Date: 4/11/2022   |   Delivery: Daily

| Location: | Wilmington, DE |
|---|---|
| Billing Atty: | Vince Harrington |
| Scheduling Atty: | George Wylesol Esq | United States District Court Delaware |

| Witness: Trial Volume 4 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript - Hearing | 497.00 | $4.00 | $1,988.00 |
| Transcript - Fee for Daily | 497.00 | $4.00 | $1,988.00 |
| Attendance - Hearing | 1.00 | $200.00 | $200.00 |
| Realtime Services | 497.00 | $2.30 | $1,143.10 |
| Realtime Services | 497.00 | $2.30 | $1,143.10 |
| Rough Draft | 497.00 | $2.30 | $1,143.10 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

| Notes: | **Invoice Total:** | **$7,681.30** |
|---|---|---|
|  | **Payment:** | **($7,681.30)** |
|  | **Credit:** | **$0.00** |
|  | **Interest:** | **$0.00** |
|  | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 5711236
**Invoice Date:** 4/18/2022
**Balance Due:** $0.00

Pay by Credit Card: www.veritext.com

# Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Vince Harrington | | |
|---|---|---|---|
| | Durie Tangri LLP | **Invoice #:** | **5714059** |
| | 217 Leidesdorff St | **Invoice Date:** | **4/18/2022** |
| | San Francisco, CA, 94111 | **Balance Due:** | **$0.00** |

| Case: Microchip Technology Incorporated  v. Delphi Automotive Systems, LLC (1:17-cv-01194-JDW) | Proceeding Type: Courts/Trials/Bankruptcy |
|---|---|

Job #: 5162171   |   Job Date: 4/12/2022   |   Delivery: Daily

| Location: | Wilmington, DE |
|---|---|
| Billing Atty: | Vince Harrington |
| Scheduling Atty: | George Wylesol Esq | United States District Court Delaware |

| Witness: Trial Volume 5 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript - Hearing | 502.00 | $4.00 | $2,008.00 |
| Transcript - Fee for Daily | 502.00 | $4.00 | $2,008.00 |
| Attendance - Hearing | 1.00 | $200.00 | $200.00 |
| Realtime Services | 502.00 | $2.30 | $1,154.60 |
| Rough Draft | 502.00 | $2.30 | $1,154.60 |
| Realtime Services | 502.00 | $2.30 | $1,154.60 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$7,755.80** |
| | **Payment:** | **($7,755.80)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #: 5714059**
**Invoice Date: 4/18/2022**
**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

117715

# Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Vince Harrington | | |
|---|---|---|---|
| | Durie Tangri LLP | **Invoice #:** | **5715647** |
| | 217 Leidesdorff St | **Invoice Date:** | **4/18/2022** |
| | San Francisco, CA, 94111 | **Balance Due:** | **$0.00** |

| Case: Microchip Technology Incorporated  v. Delphi Automotive Systems, LLC (1:17-cv-01194-JDW) | Proceeding Type: Courts/Trials/Bankruptcy |
|---|---|

Job #: 5162172   |   Job Date: 4/13/2022   |   Delivery: Daily

| Location: | Wilmington, DE |
|---|---|
| Billing Atty: | Vince Harrington |
| Scheduling Atty: | George Wylesol Esq | United States District Court Delaware |

| Witness: Trial Volume 6 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript - Hearing | 200.00 | $4.00 | $800.00 |
| Transcript - Fee for Daily | 200.00 | $4.00 | $800.00 |
| Attendance - Hearing | 1.00 | $200.00 | $200.00 |
| Realtime Services | 200.00 | $2.30 | $460.00 |
| Rough Draft | 200.00 | $2.30 | $460.00 |
| Realtime Services | 200.00 | $2.30 | $460.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$3,256.00** |
| | **Payment:** | **($3,256.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 5715647** |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice Date: 4/18/2022** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Balance Due: $0.00** |
| Chicago IL 60694-1303 | **Bank Addr:** 311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:** 4353454 **ABA:** 071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

117715

# EXHIBIT 3

# Invoice

| Date | Invoice # | Created From |
|---|---|---|
| 3/31/2022 | 962384 | Sales Order #736236 |



**Customer**

3445 Durie Tangri - San Fran

**Bill To**

Accounts Payable
Durie Tangri
217 Leidesdorff Street
San Francisco CA 94111
United States

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 646**
**New Castle, DE 19720**
**United States**
**(302) 658-9926**

For all inquiries regarding your account,
please call 302-658-9926 or email,
accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

-------------------------------------------------------------------------------------

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 962384 | 3445 Durie Tangri - San Fran | | Net 30 | 4/30/2022 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| APTIV | 3/26/2022 | 10:42 am | Sales Order #736236 | 3/31/2022 |

**Contact**

3445 Durie Tangri - San Fran :
Vince Harrington
415-362-6666

VHarrington@durietangri.com

**Caller**

**Job Detail**

Blowback x 2 from provided link
d/s color for color
Insert tabs
Insert in binders
Insert custom covers/spines
"Ex. 1 – Ex. 343"

*numbers below reflect 50/50 split with Slayden Grubert*

**Parcels Division**

Production Center

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 5,263 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 789.45 |
| 2,698 | Pages Printed 8.5x11 Color | 1.00 | 2,698.00 |
| 343 | Tabs | 0.25 | 85.75 |
| 16 | Custom Insert/Spine | 1.00 | 16.00 |
| 6 | 3" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 15.00 | 90.00 |
| 2 | 4" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 18.00 | 36.00 |

| **Total** | **$3,715.20** |
|---|---|

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# EXHIBIT 4

**EXHIBIT 4**

| Exhibit No. | Page Count | Color | Cost |
|---|---|---|---|
| 1 | 11 | B/W | $ 2.50 |
| 3 | 1548 | B/W | $ 233.05 |
| 5 | 16 | Color | $ 16.00 |
| 6 | 158 | Color | $ 158.00 |
| 7 | 1 | Color | $ 1.00 |
| 9 | 1 | Color | $ 1.00 |
| 12 | 8 | Color | $ 8.00 |
| 13 | 3 | B/W | $ 1.30 |
| 14 | 26 | Color | $ 26.00 |
| 16 | 150 | B/W | $ 23.35 |
| 17 | 14 | Color | $ 14.00 |
| 18 | 40 | Color | $ 40.00 |
| 19 | 1 | Color | $ 1.00 |
| 20 | 1 | Color | $ 1.00 |
| 22 | 14 | Color | $ 14.00 |
| 23 | 7 | Color | $ 7.00 |
| 24 | 10 | Color | $ 10.00 |
| 25 | 26 | Color | $ 26.00 |
| 26 | 47 | Color | $ 47.00 |
| 36 | 15 | Color | $ 15.00 |
| 41 | 3 | Color | $ 3.00 |
| 42 | 8 | Color | $ 8.00 |
| 45 | 10 | Color | $ 10.00 |
| 46 | 21 | Color | $ 21.00 |
| 47 | 9 | Color | $ 9.00 |
| 48 | 5 | Color | $ 5.00 |
| 50 | 2 | Color | $ 2.00 |
| 58 | 2 | Color | $ 2.00 |
| 62 | 4 | Color | $ 4.00 |
| 66 | 3 | Color | $ 3.00 |
| 67 | 14 | Color | $ 14.00 |
| 82 | 4 | Color | $ 4.00 |
| 88 | 1 | Color | $ 1.00 |
| 94 | 18 | Color | $ 18.00 |
| 102 | 11 | Color | $ 11.00 |
| 103 | 18 | B/W | $ 3.55 |
| 116 | 4 | B/W | $ 1.45 |
| 124 | 22 | Color | $ 22.00 |
| 125 | 8 | B/W | $ 2.05 |

| | | | | |
|---|---|---|---|---|
| 128 | 21 | B/W | $ | 4.00 |
| 139 | 8 | B/W | $ | 2.05 |
| 143 | 8 | Color | $ | 8.00 |
| 182 | 1 | Color | $ | 1.00 |
| 184 | 9 | B/W | $ | 2.20 |
| 186 | 650 | B/W | $ | 98.35 |
| 187 | 15 | B/W | $ | 3.10 |
| 188 | 16 | B/W | $ | 3.25 |
| 189 | 19 | B/W | $ | 3.70 |
| 190 | 15 | B/W | $ | 3.10 |
| 191 | 15 | B/W | $ | 3.10 |
| 192 | 3 | B/W | $ | 1.30 |
| 201 | 22 | B/W | $ | 4.15 |
| 209 | 28 | B/W | $ | 5.05 |
| 212 | 2 | Color | $ | 2.00 |
| 217 | 3 | Color | $ | 3.00 |
| 229 | 8 | B/W | $ | 2.05 |
| 236 | 50 | Color | $ | 50.00 |
| 238 | 1 | Color | $ | 1.00 |
| 241 | 6 | Color | $ | 6.00 |
| 245 | 1 | Color | $ | 1.00 |
| 246 | 2 | Color | $ | 2.00 |
| 248 | 21 | Color | $ | 21.00 |
| 252 | 3 | Color | $ | 3.00 |
| 262 | 2 | B/W | $ | 1.15 |
| 264 | 5 | Color | $ | 5.00 |
| 268 | 3 | Color | $ | 3.00 |
| 269 | 2 | B/W | $ | 1.15 |
| 270 | 1 | Color | $ | 1.00 |
| 271 | 2 | B/W | $ | 1.15 |
| 272 | 4 | Color | $ | 4.00 |
| 273 | 2 | B/W | $ | 1.15 |
| 275 | 6 | Color | $ | 6.00 |
| 287 | 2 | Color | $ | 2.00 |
| 288 | 9 | Color | $ | 9.00 |
| 292 | 14 | Color | $ | 14.00 |
| 329 | 5 | B/W | $ | 1.60 |
| 330 | 6 | B/W | $ | 1.75 |
| 370 | 3442 | B/W | $ | 517.15 |
| 373 | 1 | Color | $ | 1.00 |
| 379 | 8 | B/W | $ | 8.00 |

| | | | | |
|---|---|---|---|---|
| 381A | 3 | B/W | $ | 3.00 |
| | | **Subtotal** | **$ 1,603.75** | |