IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICROCHIP TECHNOLOGY INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 17-1194-JDW |
| APTIV SERVICES US, LLC, | ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF BRIAN C. BANNER

I, Brian C. Banner, declare and state as follows:

1. I am counsel of record for Plaintiff Microchip in this case. I am over the age of 18, and I have personal knowledge of the facts set forth herein and could competently testify about these matters if called upon to do so.

2. This declaration is submitted in support of Plaintiff Microchip's Objections to Defendant's Bill of Costs.

3. I reviewed the Mr. Bohm's cross-examination testimony at pages 128–190 of Volume 2 of the Trial Transcript. Aptiv's counsel presented a total of 12 lines of testimony from Mr. Bohm's deposition. *See* Trial Tr. Vol. 2 at 170:9-172:12 (playing/reading Bohm Dep. Tr. at 184:25–185:6, 158:25–159:4). I also reviewed Mr. Bohm's deposition transcript. Mr. Bohm's deposition started at 9:11 a.m. and ended at 5:31 p.m. During that time, a total of one hour and forty-four minutes were off the record. Mr. Bohm's testimony spanned from pages 6–201 and each page included 25 lines of testimony for a total of approximately 4,850 lines of testimony.

4. I reviewed Mr. Garney's cross-examination testimony at pages 94–223 of Volume 5 of the Trial Transcript. Microchip's counsel presented a total of 4 lines of testimony from Mr.

1

Garney's deposition transcript. *See* Trial Tr. Vol. 5 at 162:3–13 (reading Garney Dep. Tr. 156:23–157:1). I also reviewed Mr. Garney's deposition transcript. Mr. Garney's deposition spanned two days. The first day started at 9:01 a.m. and ended at 6:29 p.m.; the second day started at 8:59 a.m. and ended at 5:31 p.m. During those times, a total of five hours and twenty-one minutes were off the record. Mr. Garney's testimony spanned from pages 7–282 on the first day and pages 291–529 on the second day; each page included 25 lines of testimony for a total of approximately 12,825 lines of testimony.

5.      I reviewed the Dr. Levy's cross-examination testimony at pages 295–364 of Volume 5 of the Trial Transcript. Aptiv's counsel presented a total of 23 lines of testimony from Dr. Levy's deposition. *See* Trial Tr. Vol. 5 at 307:6–18 (reading Dep. Tr. 11:4–16); 308:12–19 (reading Dep. Tr. 34:24–35:4); 312:16–23 (reading Dep. Tr. 12:13–16). I also reviewed Dr. Levy's deposition transcript. Dr. Levy's deposition started at 9:00 a.m. and ended at 4:15 p.m. During that time, a total of one hour and thirty-nine minutes were off the record. Dr. Levy's testimony spanned from pages 5–200 and each page included 25 lines of testimony for a total of approximately 4,875 lines of testimony.

6.      I reviewed the Mr. Voto's cross-examination testimony at pages 135–174 of Volume 4 of the Trial Transcript. Microchip's counsel presented a total of 4 lines of testimony from Mr. Voto's deposition. *See* Trial Tr. Vol. 4 at 151:10–13 (reading Dep. Tr. 88:7–10). I also reviewed Mr. Voto's deposition transcript. Mr. Voto's deposition started at 9:01 a.m. and ended at 12:33 p.m. During that time, a total of thirty-eight minutes were off the record. Mr. Voto's testimony spanned from pages 5–120 and each page included 25 lines of testimony for a total of approximately 2,875 lines of testimony.

7.      I reviewed the Mr. Zatkovich's cross-examination testimony at pages 145–265 of Volume 3 of the Trial Transcript. Aptiv's counsel presented a total of 24 lines of testimony from

Mr. Zatkovich's deposition. *See* Trial Tr. Vol. 3 at 158:24–159:21 (reading Dep. Tr. 34:11–16); 240:12–241:13 (reading Dep. Tr. 74:21–75:13). I also reviewed Mr. Zatkovich's deposition transcript. Mr. Zatkovich's deposition started at 9:06 a.m. and ended at 4:00 p.m. During that time, a total of one hour and thirty-eight minutes were off the record. Mr. Zatkovich's testimony spanned from pages 6–167 and each page included 25 lines of testimony for a total of approximately 4,025 lines of testimony.

8. I reviewed Aptiv's trial disclosure of videotaped deposition testimony of Mr. Ghosh to be played at trial. The total time reported in Aptiv's clip report disclosure was 9 minutes and 48 seconds. I also reviewed Mr. Ghosh's deposition transcript. The deposition started at 9:16 a.m. and ended at 5:59 p.m. and included 2 hours and 15 minutes of breaks.

9. I reviewed Aptiv's trial disclosure of videotaped deposition testimony of Mr. Perkins to be played at trial. The total time reported in Aptiv's clip report disclosure was 2 minutes and 19 seconds. I also reviewed Mr. Perkins's deposition transcript. The deposition started at 10:00 a.m. and ended at 3:49 p.m. and included 40 minutes of breaks.

10. I reviewed Aptiv's trial disclosure of videotaped deposition testimony of Mr. Petku to be played at trial. The total time reported in Aptiv's clip report disclosure was 13 minutes and 34 seconds. I also reviewed Mr. Petkus's deposition transcript. The deposition started at 9:01 a.m. and ended at 4.58 p.m. and included 1 hour and 48 minutes of breaks.

11. I reviewed Aptiv's trial disclosure of videotaped deposition testimony of Mr. Rozycki to be played at trial. The total time reported in Aptiv's clip report disclosure was 10 minutes and 31 seconds. I also reviewed Mr. Rozycki's deposition transcript. The deposition started at 10:01 a.m. and ended at 10:37 p.m. and there were no breaks during the deposition.

12. I reviewed Aptiv's trial disclosure of videotaped deposition testimony of Mr. Sroka to be played at trial. The total time reported in Aptiv's clip report disclosure was 1 minute

and 42 seconds. I also reviewed Mr. Sroka's deposition transcript. The deposition started at 9:21 a.m. and ended at 2:10 p.m. and included 53 minutes of breaks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 8, 2022

/s/ Brian C. Banner

Brian C. Banner